COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF,<br><br>v.<br><br>ROBERT PAUL RUNDO,<br><br>       DEFENDANT | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 18aJ02791 |
|---|---|

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT PAUL RUNDO** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Riots and Conspiracy to Riot, in violation of Title 18, United States Code, Sections 2101, 371.

REC: BY AUSA David Ryan [Detention]

_____10/20/18_____
Date

The Honorable Steve Kim

_[signature]_
Signature of Magistrate Judge

| **RETURN** ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER || SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | |||

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|
| | | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| | |

NOTES: