FILED

2018 OCT 22 AM 9: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA<br>V.<br><br>USMS# _____<br>Robert Rundo<br>DEFENDANT<br>PLAINTIFF | CASE NUMBER: 18MJ02791<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/21/2018   7:31   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   2101 Riots, 371 Conspiracy to Riot

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth: 1990

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin

10. Remarks (if any): Flight risk

11. Name: Marcus McCain   (please print)

12. Office Phone Number: (213) 326-2889   13. Agency: FBI

14. Signature: _____   15. Date: 10/22/2018

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION