

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:18-MJ-02791-1 |
| ROBERT PAUL RUNDO, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _defendant_ , IT IS ORDERED that a detention hearing is set for _Wednesday, October 24, 2018_ , at _10:00_ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_ , in Courtroom _580_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _October 22, 2018_        _Karen L. Stevenson_
                                  U.S. ~~District Judge~~/Magistrate Judge