```
 1  NICOLA T. HANNA
    United States Attorney
 2  PATRICK R. FITZGERALD
    Assistant United States Attorney
 3  Chief, National Security Division
    DAVID T. RYAN (Cal. Bar No. 295785)
 4  Assistant United States Attorney
    Terrorism and Export Crimes Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-4491
 7       Facsimile: (213) 894-2927
         E-mail:    david.ryan@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```


FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 18-2791 |
|---|---|
| Plaintiff, | [~~PROPOSE~~D] ORDER UNSEALING DOCUMENTS |
| v. | |
| ROBERT PAUL RUNDO, ROBERT BOMAN, TYLER LAUBE, and AARON EASON, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and underlying affidavit in this case shall be unsealed as of 6:00 a.m., Pacific Standard Time, on October 24, 2018.

10/23/18
_____
DATE

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE