FILED

2018 OCT 24  AM 10: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 18 MJ 2791 |
| | Laube, Tyler | REPORT COMMENCING CRIMINAL ACTION |
| USMS# | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/24/2018  0727  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   2101 Riots   371 ~~RR~~ Conspiracy to Riot

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: ~~English~~

7. Year of Birth: 1996

8. Defendant has retained counsel:  ☐ No
   ☒ Yes   Name: Jerome Higg   Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin

10. Remarks (if any): _____

11. Name: Scott Bremwirth  (please print)

12. Office Phone Number: 310-486-9373   13. Agency: FBI

14. Signature: [signature]   15. Date: 10/24/2018

CR-64 (05/18)                   REPORT COMMENCING CRIMINAL ACTION