# EXHIBIT 1

11/1/2018

To whom it may concern:

I am a veterinarian who, along with my husband, resides in Anza, Ca. Recent events have come to our attention lately regarding Aaron Eason, and his alleged involvement with a white supremacy group and inciting violence at Trump rallies. This was quite shocking to us, as the Aaron Eason that we know has been helping us for years here on our property. We have found this young man to be helpful, mellow, dependable, and never have I heard a hateful comment from him during all the time that we have had him working for us. We have never heard of this group RAM, and he never spoke of such a thing. We are seriously dismayed. Further, he has helped us beautify the town of Anza by adding decorative road signs that I had painted (of wild horses, etc) and he would accompany us and put them up around town, enjoying doing this. I just have to mention that one time, last July, my husband and I were camping in Big Bear, and Aaron called me and told me there was a brushfire near our house. He had driven to our house and had called me from the porch, ready to defend our house and evacuate our animals if need be. No one else had done that. I am mentioning this because my impression of Aaron Eason is that he is one that defends people in harm's way, rather than inciting violence or destruction. I am hoping that this will be your determination as well.

Thank you for listening.

[signature redacted]

# EXHIBIT 2

11-1-2018

To who it may concern

My name is ▓▓▓▓▓▓▓▓▓▓ I have had Aaron Eason work for me on and off as needed when I had small yard maintenance Company we worked all over Anza CA and a little in Aguanga CA I do Know Aaron dous still work for the ▓▓▓▓▓ witch is a old Clint when they call him

▓▓▓▓▓▓▓▓

11-1-2018