JOHN NEIL McNICHOLAS, ESQ.
CA Bar No.: 138304
McNICHOLAS LAW OFFICE
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831- FAX
john@mcnicholaslawoffice.com
Attorney for Defendant,
Aaron Eason

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON EASON,<br><br>Defendant. | Case No. 18MJ02791<br><br>**EXHIBITS 3-7 OF DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS RELEASE PENDING TRIAL** |
|---|---|

Defendant, AARON EASON ("Mr. Eason"), by and through his attorney of record, John Neil McNicholas, hereby submits the following Exhibits 3 through 7 of his memorandum in support of his request to be released pending trial.

DATED this 1st day of November, 2018.

McNICHOLAS LAW OFFICE

By /s/
JOHN NEIL McNICHOLAS, ESQ.
Attorney for Defendant,
AARON EASON