# EXHIBIT 3



# EXHIBIT 4

