# EXHIBIT 5

Berkeley Punch Detailed Analysis ♦ #AntiFa #MoldyLocks #Berkeley
Press Esc to exit full screen
uzalu
3:56 / 18:16

Berkeley Punch Detailed Analysis ♦ #AntiFa #MoldyLocks #Berkeley
uzalu
8 hrs
Headed to Berkeley to disrupt the neo Nazi/ white Supremacist jerk circle today. Nervous af but determined to bring back 100 nazi scalps
Like Comment Share
Tyler Jonah and 79 others
View 12 more comments
He is there now and can help comrade!
Like · Reply · 2 · 5 hrs
Respect.
Like · Reply · 4 hrs
Stay safe... with you in spirit! ~x~
Like · Reply · 3 hrs
Be careful n beat they ass
Like · Reply · 3 hrs
Can you bring back 100 white people's dreads while you're at it
Like · Reply · 3 hrs
Go get 'em!
Like · Reply · 1 hr
Write a comment...
People You May Know
See All
Mikayla Giroux
9 mutual friends
Add Friend
2:12 / 18:16




EXHIBIT 6



Antifa attempting to block traffic in Berkeley; "Trump Supporters" assisting vehicles to avoid damage, etc. caused by Antifa.

Antifa member strikes "Trump Supporter" with skateboard in Berkeley

