# EXHIBIT 7



Antifa attacking conservatives: Woman: "GET THE FUCK OUT OF HERE YOU RACIST PIECE OF SHIT"

Antifa man wearing helmet continuously pouring water on disabled veteran in wheelchair.

