1 JOHN NEIL McNICHOLAS, ESQ.
STATE BAR #138304
2 McNicholas Law Office
464 Palos Verdes Blvd.
3 Redondo Beach, CA 90277
(310) 545-0780
4 (310) 546-6831 - FAX
Email:john@mcnicholaslawoffice.com
5 Attorney for Defendant,
AARON EASON

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> AARON EASON, <br> Defendant. | Case No. CR 18-00759-CJC-4 <br> 18MJ02791 <br><br> [PROPOSED] ORDER ADVANCING POST INDICTMENT ARRAIGNMENT HEARING <br><br> Current PIA Hearing: <br> Date: November 9, 2018 <br> Time: 11:00 a.m. <br> Proposed PIA Hearing: <br> Date: November 8, 2018 <br> Time: Any |

Having considered the Stipulation by and between the parties to order advancing the post indictment arraignment in this matter from November 9, 2018, to November 8, 2018, and for good cause shown,

IT IS HEREBY ORDERED THAT the post indictment arraignment hearing currently scheduled on November 9, 2018, at the hour of 11:00 a.m., is vacated and reset on _____ at __.m.

DATED:_____

UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____/s/_____
JOHN NEIL McNICHOLAS, Attorney
For AARON EASON