JOHN NEIL McNICHOLAS, ESQ.
STATE BAR #138304
McNicholas Law Office
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831 - FAX
Email:john@mcnicholaslawoffice.com
Attorney for Defendant,
AARON EASON

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON EASON,<br><br>Defendant. | Case No. CR 18-00759-CJC-4<br><br>[~~PROPOSED~~] ORDER ADVANCING POST INDICTMENT ARRAIGNMENT HEARING<br><br>Current PIA Hearing:<br>Date: November 9, 2018<br>Time: 11:00 a.m.<br>Proposed PIA Hearing:<br>Date: November 8, 2018<br>Time: Any |

Having considered the Stipulation by and between the parties to order advancing the post indictment arraignment in this matter from November 9, 2018, to November 8, 2018, and for good cause shown,

IT IS HEREBY ORDERED THAT the post indictment arraignment hearing currently scheduled on November 9, 2018, at the hour of 11:00 a.m., is vacated and reset on **November 8, 2018 at 11:00 a.m.**

DATED: November 7, 2018

_____
ROZELLA A. OLIVER
U. S. MAGISTRATE JUDGE