# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00759          Recorder: CS 11/13/2018          Date: 11/13/2018

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Marlene Ramirez                    Assistant U.S. Attorney: David Ryan

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) ROBERT BOMAN<br>    CUSTODY-PRESENT<br>4) TYLER LAUBE<br>    CUSTODY-PRESENT | 2) PETER C. SWARTH<br>    PANEL<br>4) JEROME J. HAIG<br>    PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Cormac J. Carney.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 12/18/2018 at 08:30 AM
    Pre-trial Conference 12/10/2018 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: MR by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA

---

CR-85 (09/12)                    CRIMINAL MINUTES - ARRAIGNMENT                    Page 1 of 1

11/14/2018