Name & Address:

FILED
CLERK, U.S. DISTRICT COURT

11/19/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>3) TYLER LAUBE,<br>DEFENDANT. | 2:18-cr-00759-CJC-3<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Maria A. Audero

on November 20, 2018 at 3:00 ☐ a.m. ☑ p.m.

in courtroom 690, Roybal Federal Building/U.S. Courthouse, 255 E. Temple Street, Los Angeles.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| November 19, 2018 | Cheryl Wynn | 213.894.5247 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation  ☐ Interpreter's Office  ☑ PSA