Name & Address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Aaron Eason

DEFENDANT.

| CASE NUMBER |
| --- |
| 2:18-cr-00759-CJC-4 |

**NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Rozella A. Oliver _____

on  Tuesday, November 27, 2018 _____ at  1:00 _____ ☐ a.m. ☑ p.m.

in courtroom  790, 7th Floor, Roybal Federal Building and United States Courthouse _____ .

☐  is not approved.

☑ Other:  Note that hearing will be held in Judge Walsh's Courtroom 790, 7th Floor. _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

November 20, 2018 _____        Donnamarie Luengo _____        213-894-0381 _____
Date                                               Deputy Clerk                                        Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation   ☐ Interpreter's Office   ☑ PSA.

NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A  (10/09)