## DECLARATION OF SCOTT BIERWIRTH

I, Scott Bierwirth, declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") in Los Angeles, California. I am currently assigned to a counter-terrorism squad, where I specialize in the investigations of domestic terrorist groups. I attended 21 weeks of New Agent Training at the FBI Academy in Quantico, Virginia. Prior to joining the FBI, I was an Infantry Officer in the United States Army, where I trained for counter-terrorism related missions across the globe for over four years. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I am one of the agents assigned to the FBI investigation into Aaron Eason ("defendant") and other individuals associated with the Rise Above Movement ("RAM") who committed acts of rioting at public rallies, including rallies in Huntington Beach, California on March 25, 2017, Berkeley, California on April 15, 2017, San Bernardino, California on June 10, 2017, and Charlottesville, Virginia on August 11-12, 2017. In connection with that investigation, I have reviewed surveillance video from those rallies, reports of investigation regarding the rallies, and contents of social media communications.

3. Attached as Exhibits 1, 2, and 3 are true and accurate copies of screenshots from video taken in Berkeley, California, on April 15, 2017. Defendant is identified in the screenshots by a red circle.

4. Attached as Exhibit 4 are true and accurate copies of photographs depicting defendant and other RAM members engaging in training and posing for a photograph.

5. Attached as Exhibit 5 are excerpts of Facebook posts and messages between defendant and RAM co-founder Benjamin Daley. Pages 1 and 2 of Exhibit 5 depict comments made by defendant on posts originally made by Daley in August 2016. Page 3 depicts a post made by defendant on or about December 24, 2016. Page 4 depicts a message from defendant to Daley on or about November 21, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed at Los Angeles, California, on November 26, 2018.

_____
SCOTT BIERWIRTH