# Exhibit 2











