**Image**



**Photo Id:** 1128564473868902
**Id** 1128564473868902
**Title** Japan knows
**Link** https://www.facebook.com/photo.php?fbid=1128564473868902&set=a.154675731257786.31587.100001460804631&type=3
**Upload Ip** 2605:e000:a8c8:6500:e985:bb4e:d41d:aa31
**Album Name** Timeline Photos
**Uploaded** 2016-08-03 13:59:00 UTC
**Tags**
**Comments**

    **User** Aaron Aeson
    **Text** Asians aren't smarter than Europeans, but they are smarter than white liberals.
    **Time** 2016-08-04 02:04:24 UTC

    **User** Ben Daley
    **Text** And they sure try a lot harder. Japan's got the honor and discipline down, I wish our people had it at that level
    **Time** 2016-08-04 02:06:11 UTC

**Image**



|  |  |
|---:|:---|
| **Photo Id:** | 1136198243105525 |
| **Id** | 1136198243105525 |
| **Title** | There are 2 types of white Europeans who don't hate the Jews. 1 those who don't know history, 2 those who are willfully ignorant. Both are inexcusable |
| **Link** | https://www.facebook.com/photo.php?fbid=1136198243105525&set=a.669993086392712.1073741826.100001460804631&type=3 |
| **Upload Ip** | 2605:e000:a8c8:6500:f8fd:837:f1c9:722c |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2016-08-14 02:37:41 UTC |
| **Tags** | |
| **Comments** | |
|  | **User** Aaron Aeson ( |
|  | **Text** I see press gangs conscripting those fools into punishment battalions.  The can at least find some redemption in that function. |
|  | **Time** 2016-08-14 05:07:17 UTC |



|  | **Photo Id:** | 1263563727035642 |
|---|---|---|
| **Time** | 2016-12-24 15:58:25 UTC | |
| **Type** | Likes | |
| **Summary** | Ben Daley reacted to this post from December 2016. Content owned by Aaron Aeson ( ) | |
| **Object Id** | S:_I100001460804631:1261169970608351:105 | |

| **Time** | 2016-12-24 15:49:55 UTC |
|---|---|
| **Type** | Likes |
| **Summary** | Ben Daley liked this post from December 2016. Content owned by ▮▮▮ (1620739532) |
| **Object Id** | S:_I100001460804631:1261169970608351:102 |

| **Time** | 2016-12-24 15:49:24 UTC |
|---|---|
| **Type** | Likes |
| **Summary** | Ben Daley liked this post from December 2016. Content owned by ▮▮▮ (100001222010490) |
| **Object Id** | S:_I100001460804631:1261169970608351:101 |

| **Time** | 2016-12-24 15:48:33 UTC |
|---|---|
| **Type** | Comments |
| **Summary** | Ben Daley commented on a post from December 23, 2016. `I hope he died slow trying to hold his guts in ▯▯` |
| **Object Id** | S:_I100001460804631:164816563995062:21 |

| **Time** | 2016-12-24 15:47:27 UTC |
|---|---|
| **Type** | Likes |
| **Summary** | Ben Daley liked this post from December 2016. Content owned by Aaron Aeson ( ) |
| **Object Id** | S:_I100001460804631:1261169970608351:100 |

| **Time** | 2016-12-24 15:46:51 UTC |
|---|---|
| **Type** | Likes |
| **Summary** | Ben Daley liked this post from December 2016. Content owned by ▮▮▮ |

**Thread**
(█████████)
**Current Participants** 2018-02-28 16:42:25 UTC
█████ (█████)
Ben Daley (█████)

**Author** █████ (█████)
**Sent** 2017-12-15 16:45:55 UTC
**Body** Hello sir. Thank you for service in Cville and Berkeley.

**Thread** (10159639578735576)
**Current Participants** 2018-02-28 16:42:25 UTC
█████ (█████)
Ben Daley (█████)

**Author** █████
**Sent** 2017-12-13 03:43:50 UTC
**Body** I bet you won't die for all that white supremacy shit you're on.

**Author** █████ (█████)
**Sent** 2017-12-13 03:42:58 UTC
**Body** Whats so funny bitch?

**Thread** (1562640687127943)
**Current Participants** 2018-02-28 16:42:25 UTC
█████ (█████)
Ben Daley (█████)

**Author** █████ (█████)
**Sent** 2017-12-10 04:01:00 UTC
**Body** This is my other, more political, account. The other one (█████ █████) is for mostly immediate family.

**Author** █████ (█████)
**Sent** 2017-11-05 00:54:57 UTC
**Body** I trained with you guys today. It was great meeting you Brother.

**Thread** (1578318268893518)
**Current Participants** 2018-02-28 16:42:25 UTC
Aaron Aeson (█████)
Ben Daley (█████)

**Author** Aaron Aeson (█████)
**Sent** 2017-11-21 21:58:10 UTC
**Body** Lmao. Some goys who have been doxxed are accidently exposing their places of employment. The strange thing is they are anti-American companies that they dont actually work for. What if a bunch of leftists go apeshit on these companies? It would just destroy the effectiveness of doxxing. Terrible.