Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　PLAINTIFF<br>　　　v.<br>Tyler Laube<br><br>　　　　　　　　　　　　DEFENDANT. | CASE NUMBER<br><br>CR 18-00759-CJC-3<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  CORMAC J. CARNEY

☐ Magistrate Judge

on  Wednesday, November 28, 2018  at  10:00   ☑ a.m. ☐ p.m.

in courtroom  7C - First Street Courthouse, Los Angeles, CA 90012  .

☐ is not approved.

☐ Other: _____

　　An interpreter is  ☐ required  ☐ is not required.  Language _____
　　Defendant is  ☑ in custody  ☐ not in custody.

　　　　　　　　　　　　Clerk, U. S. District Court

| | | |
|---|---|---|
| November 26, 2018 | M. Kunig | 714-338-2849 |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA

---

**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

CR-88A (10/09)