NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No. 295785)
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4491/2253
     Facsimile: (213) 894-2979
     E-mail:    david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>              v.<br><br>ROBERT RUNDO,<br>ROBERT BOMAN,<br>AARON EASON, and<br>TYLER LAUBE,<br><br>           Defendants. | No. 18-759-CJC<br><br>STIPULATION REGARDING DEFENDANT TYLER LAUBE'S APPLICATION FOR REVIEW OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION UNDER 18 U.S.C. § 3142 |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys David T. Ryan and George E. Pence, and defendant TYLER LAUBE ("defendant"), by and through his counsel of record, Jerome Haig, hereby stipulate as follows:

   1.   The Complaint in this case was filed on October 20, 2018, charging defendant with Conspiracy, in violation of 18 U.S.C. § 371, and Riots, in violation of 18 U.S.C. § 2101.  On October 24, 2018,

defendant was arrested and made his initial appearance.  At his detention hearing, defendant sought release on a $15,000 bond based on an unsecured affidavit of surety from his mother.  The government requested detention, and the Court (The Honorable Maria A. Audero, United States Magistrate Judge) ordered defendant detained pending trial.

2.   On November 1, 2018, an Indictment was filed charging defendant with Conspiracy, in violation of 18 U.S.C. § 371.  On November 13, 2018, defendant signed a plea agreement in which he agreed to plead guilty to Conspiracy.  (Dkt. 59.)  On November 20, 2018, defendant pled guilty pursuant to the plea agreement.

3.   On November 19, 2018, defendant applied for reconsideration of the detention order.  On November 20, 2018, the Court (The Honorable Maria A. Audero, United States Magistrate Judge) held a hearing on defendant's application.  At that hearing, defendant sought release on $175,000 bond based on unsecured affidavits of surety from seven different sureties ($25,000 each).  In light of defendant's presentation of seven sureties, the qualifications of and representations made by those sureties, and defendant's early acceptance of responsibility for his conduct in this case, the government agreed that conditions of release could adequately mitigate the risks of flight and danger to the community.  The Court denied defendant's application, finding that no condition or combination of conditions reasonably would assure the appearance of defendant at future proceedings.  (Dkt. 68).

4.   On November 21, 2018, defendant filed an application to this Court for review of the detention order.  The government maintains its position set forth above.  The parties continue to

agree that the proffered bond is sufficient to reasonably assure the presence of defendant at future court proceedings and mitigate the risk of danger to the community.

IT IS SO STIPULATED.

Dated: November 27, 2018            Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

             /s/
DAVID T. RYAN
GEORGE E. PENCE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 27, 2018            */s/ by email authorization*
JEROME HAIG
Attorney for defendant
TYLER LAUBE