Case 2:18-cr-00759-CJC   Document 80   Filed 11/28/18   Page 1 of 1   Page ID #:273

Law Office of Jerome J. Haig
Jerome J. Haig, Attorney at Law (SBN 131903)
21143 Hawthorne Blvd., Suite 454
Torrance, CA 90503
Tel: (424) 488-0686
mobile: (424) 271-5990
email: jerome@jeromehaiglaw.com


FILED
CLERK, U.S. DISTRICT COURT
NOV 28 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | CR 18-759-CJC-3 |
| v. | |
| TYLER LAUBE | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, _____ Tyler Laube _____, declare that
*(Defendant/Material Witness)*

[✓]  I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ]  I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ]  I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ]  My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20th__ day of __November__, 20__18__
at __Los Angeles, CA__
       *(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____

_____
*Interpreter*

CR-37 (05/15)         DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS