NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 7 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-759-CJC-4 |
| v. | |
| AARON EASON | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits ~~listed on the joint~~ _____ ~~exhibit list~~ are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

11-27-2018                    DAVID RYAN
Date                          Counsel for: ☒ Plaintiff  ☐ Defendant  ☐ _____

                              _____    _____
                              Signature                          Telephone Number

11-27-2018                    JOHN McNICHOLAS
Date                          Counsel for: ☐ Plaintiff  ☒ Defendant  ☐ _____

                              _____    310 545-0780
                              Signature                          Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

                              Clerk, U.S. District Court

11-27-2018                    By _____
Date                                     Deputy Clerk

G-38 (08/16)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING