# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR18-759-CJC-4 | Title | USA v. Aaron Eason |
|---|---|---|---|
| Judge | Rozella A. Oliver | | |
| Dates of Trial or Hearing | 11/27/2018 | | |
| Court Reporters or Tape No. | CS 11/27/2018 | | |
| Deputy Clerks | Donnamarie Luengo | | |

**FILED**
CLERK, U.S. DISTRICT COURT
11/27/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: DL DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| David Ryan, AUSA | John McNicholas, CJA Appointment |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Brittney Welch | Def |
| | | | 11 | X | | Photo | |
| | | | 12 | X | | Photo | |
| | | | 13 | X | | Photo | |
| | | | 14 | X | | Photo | |

G-65 (03/07)  LIST OF EXHIBITS AND WITNESSES  Page 1 of 1