Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF  v. | CR 18-00759-CJC-4 |
| AARON EASON, DEFENDANT. | NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☑ District Judge  CORMAC J. CARNEY

☐ Magistrate Judge _____

on  Friday, January 4, 2019   at  9:00   ☑ a.m.  ☐ p.m.

in courtroom  7C.

☐ is not approved.

☑ Other:  Defendant's Brief due 12/1318; Government's Opposition due 12/20/18; Defendant's Reply due 12/27/18.

An interpreter is  ☐ required  ☐ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| December 4, 2018 | Melissa Kunig | 714-338-2849 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☑ Probation  ☐ Interpreter's Office  ☑ PSA.