# EXHIBIT 1

11/1/2018

To whom it may concern:

I am a veterinarian who, along with my husband, resides in Anza, Ca. Recent events have come to our attention lately regarding Aaron Eason, and his alleged involvement with a white supremacy group and inciting violence at Trump rallies. This was quite shocking to us, as the Aaron Eason that we know has been helping us for years here on our property. We have found this young man to be helpful, mellow, dependable, and never have I heard a hateful comment from him during all the time that we have had him working for us. We have never heard of this group RAM, and he never spoke of such a thing. We are seriously dismayed. Further, he has helped us beautify the town of Anza by adding decorative road signs that I had painted (of wild horses, etc) and he would accompany us and put them up around town, enjoying doing this. I just have to mention that one time, last July, my husband and I were camping in Big Bear, and Aaron called me and told me there was a brushfire near our house. He had driven to our house and had called me from the porch, ready to defend our house and evacuate our animals if need be. No one else had done that. I am mentioning this because my impression of Aaron Eason is that he is one that defends people in harm's way, rather than inciting violence or destruction. I am hoping that this will be your determination as well.

Thank you for listening.

Susan Eyer-Anderson, D.V.M.

*[signature]*

# EXHIBIT 1A

| | |
|---|---|
| From: | "Walter" [redacted] |
| Subject: | Fwd:Support letter from Wendy, Aaron worked for her |
| Date: | Wed, November 21, 2018 11:42 am |
| To: | "john@mcnicholaslawoffice.com" <john@mcnicholaslawoffice.com>, [redacted] |

Hi John McNicholas, Attorney at Law

Support letter from Wendy, Aaron worked for her.
Thank You Mr. McNicholas for your support of our family.
Have a very Blessed Week.
Walter H Eason Jr.
Aaron's Dad

-------- Forwarded Message --------

**Subject:** Fwd: Aaron
**Date:** Mon, 19 Nov 2018 15:52:08 -0800
**From:** Malia Eason < [redacted]
**To:** Walter Eason < [redacted]

---------- Forwarded message ---------
From: Wendi Strebe [redacted]
Date: Mon, Nov 19, 2018, 3:45 PM
Subject: Aaron
To: [redacted]

Wendi Strebe
[redacted]
Idyllwild Ca. 92549

11/19/2018

I have known Aaron Eason as a good friend for over 10 years. I was both surprised and troubled to hear about his recent case. It is for this reason I am writing the court. I understand the seriousness of this matter however, hope the court will show some leniency.

Aaron was always been an upright and responsible person. In our many years of friendship he has always been there for my daughter and myself. I have a small catering company, he has worked for me for 9 years. He is a great employee, always going above and beyond what is asked of him. He is professional and is great dealing with all kinds of people, which is necessary in the food business. Their is no one he could not talk to or relate to. He is a kind and thoughtful person. He is also an amazing dad, caring for his daughter J[redacted] has always been his number one priority. The bond they share is something very special and at 13 she needs her dad more than ever.

It is my hope you take note of my letter. Aaron Eason is a great friend, a valuable co-worker and an incredible father.

Sincerely,
Wendi Strebe

**Attachments:**

| untitled-[1].plain | |
|---|---|
| Size: | 1.7 k |
| Type: | text/plain |

# EXHIBIT 2

11-1-2018

To who it may concern

My name is Daniel Carlin I have had Aaron Eason work for me on and off as needed when I had small yard maintenance company we worked all over Anza CA and a little in Aguanga CA I do know Aaron dous still work for the Anderson's witch is a old Clint when they call him

Daniel Carlin
Daniel Carlin  11-1-2018