# EXHIBIT 3



# EXHIBIT 4



Robert Clanton, Antifa member sneaks upon unsuspecting protester, striking him in the head with a bike chain, causing serious injury.

U Lock Antifa Thug in Berkeley
Press Esc to exit full screen
0:22 / 0:25
HD

