# EXHIBIT 5

# EXHIBIT 6



Antifa attempting to block traffic in Berkeley; "Trump Supporters" assisting vehicles to avoid damage, etc. caused by Antifa.

Antifa member strikes "Trump Supporter" with skateboard in Berkeley

