# EXHIBIT 8



The Berkeley Speakers