# EXHIBIT 9



Aaron Eason at Huntington Beach