# EXHIBIT 9A



Jennifer Sterling, event organizer of Pro Trump Rally and march in Huntington Beach, was sprayed with mace by Antifa member as she tried to break up a fight.