# EXHIBIT 10

Aaron Eason to Antifa supporter: "The dossier was debunked."

