# EXHIBIT 13A



# EXHIBIT 13B



# EXHIBIT 13C



# EXHIBIT 13D



# EXHIBIT 13E



The same individual who attacked Eason, then attempts to attack Ben Daley, but is stopped by Miselis (Abner video).

# EXHIBIT 13F



This man was attacked by Antifa as he walked through the park. About the same time, an explosive device ignited on the Conservative/ right wing side of the fencing as the left wing/ Antifa crowd cheered. Eason and others went out. Eason was attacked by an Antifa and fought him off. The government would like the court to believe that Eason was the attacker. That is blatantly false according to the objective evidence.