# EXHIBIT 14



These 2 groups are separated by 2 orange mesh makeshift barriers with police in riot gear patrolling the center.

The above and below scenes are simultaneous. As you can hear someone on Eason's side singing part of the Star Spangled Banner, one on the left is yelling into a megaphone, "Racist, Sexist, Anti-Gay, Nazi Scumbags Go Away!"

