EXHIBIT 15



This promotional video was published on YouTube on December 6, 2017