# EXHIBIT 16



This promotional video was produced on December 17, 2017. Aaron Eason is not part of this group.