DAVID T. RYAN
Assistant United States Attorney
California Bar Number: 295785
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
Telephone: (213) 894-4491

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-759-CJC |
| v. | |
| ROBERT PAUL RUNDO, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
NOTICE OF LODGING OF EXHIBITS FILED IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT AARON EASON'S APPLICATION FOR BAIL REVIEW

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  - see list above

**Reason:**

☐ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| December 20, 2018 | DAVID T. RYAN |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    **NOTICE OF MANUAL FILING**