**EXHIBIT 2**

**Image**



**Photo Id:** 1483606207398605153
**Id** 1483606207398605153
**Taken** 2017-04-01 20:47:43 UTC
**Status** 4 - Deleted by inactivation
**Url** https://www.instagram.com/p/BSW0_wyjvFh
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 2602:306:bc5a:8170:5c7c:a431:a4c9:5c68
**Is Published** true
**Shared By** false
**Author**
**Comments**                    **User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]





**EXHIBIT 5**





# Featured Stories



Trumpenkriegers Physically Remove Antifa Homos in Huntington Beach

   

**Photo Id:**

237378966730132

| | |
|---|---|
| **Id** | 237378966730132 |
| **Title** | We did it fam |
| **Link** | https://www.facebook.com/photo.php?fbid=237378966730132&set=a.151871501947546&type=3 |
| **Upload Ip** | 2606:6000:e809:b900:58d1:9392:fffe:a5d2 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2017-03-26 04:30:08 UTC |
| **Camera Make** | |
| **Camera Model** | |
| **Orientation** | 1 |
| **Original Width** | 0 |
| **Original Height** | 0 |
| **Exposure** | |
| **Fstop** | |
| **Iso Speed** | 0 |
| **Focal Length** | |
| **Tags** | |
| **Comments** | |

| | |
|---|---|
| **User** | Aaron Aeson ▮▮▮▮▮▮ |
| **Text** | TRUMPENKRIEGERS!!!!!! |
| **Time** | 2017-03-26 07:47:17 UTC |

**EXHIBIT 6**



**RAM** @RiseAboveMovement
3 months

The day we got our start. Not many altrighters can say they Not only stood and fought antifa but actually chased them out of rallies and keep fellow patriots safe. #warriorspirt #nationalist #morethanmemes



⌃ 28      ↰ Reply      ● Comments      ⟳ Repost 7      ❝❝ Quote

**EXHIBIT 7**



Aaron Aeson
@AesonAaron

📅 Joined April 2017

**Tweet to Aaron Aeson**

Tweets **6**    Following **5**    Likes **6**

**Follow**

**Tweets**    Tweets & replies

Aaron Aeson @AesonAaron · 3 Apr 2017
Replying to @
Exactly. They usually aren't even brave enough to hit them. They sneak around and mace them at rallies, then go hide behind antifa girls.

Aaron Aeson @AesonAaron · 3 Apr 2017
Replying to @
The boys who chased antifa off the beach there in Huntington are coming up. They'd love a shout out.

Aaron Aeson @AesonAaron · 3 Apr 2017
Replying to @
The boys who chased Antifa off the beach in Huntington are coming up. Can they get a shout out Brittany?

Aaron Aeson @AesonAaron · 3 Apr 2017
Replying to @
Defending the Free Speech Rally.

Aaron Aeson @AesonAaron · 3 Apr 2017
Replying to @
The boys from the recent Huntington Beach rally who kicked antifa off the beach, are going to Berkely 4/15. Can you put some heart in them?

Aaron Aeson @AesonAaron · 3 Apr 2017
Replying to @
Trumpkriegers from the Huntington March4Trump rally need a shout out before the April 15, 1stAmend. Rally in Berkeley. Soden would do it!

**Who to follow** · Refresh · View all

President Trump ✓ @POT...
**Follow**

The New York Times ✓ @...
**Follow**

Hillary Clinton ✓ @Hillary...
**Follow**

M **Find people you know**
Import your contacts from Gmail

Connect other address books

**Trends for you** · Change

**Malibu**
City of Malibu under evacuation order due to Woolsey Fire

**#WoolseyFire**
City of Malibu under evacuation order due to Woolsey Fire

**Griffith Park**
7,424 Tweets

**#FridayFeeling**
154K Tweets

**#BlizzCon2018**

**Texas**
219K Tweets

**#CaliforniaFires**
2,271 Tweets

**#FlashbackFriday**
14.5K Tweets

**Beto**
208K Tweets

**#VeteransDay2018**
6,895 Tweets

# EXHIBIT 8



**EXHIBIT 9**









**EXHIBIT 13**



**EXHIBIT 14**



**Photo Id:** 1494032612921949525
**Id** 1494032612921949525
**Taken** 2017-04-16 06:03:08 UTC

**Status**

4 - Deleted by inactivation

**Url** https://www.instagram.com/p/BS73r7oD71V

**Source** iOS Share Extension

**Filter** 0 - Normal

**Upload Ip** 2600:1010:b05c:198e:c52a:3014:995b:7a69

**Is Published** true

**Shared By** false

**Author**

**Comments**

**User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
**Id** 17853674746174353
**Date Created** 2017-04-16 06:03:08 UTC
**Text** #berekly #antiantfa

**User**
**Id** 17866034332127201
**Date Created** 2017-04-16 23:52:15 UTC
**Status** 0
**Text** Total right wing victory

**User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
**Id** 17866534528096192
**Date Created** 2017-04-16 08:50:35 UTC
**Status** 0
**Text**                                    ha

**User**
**Id** 17866414489111969
**Date Created** 2017-04-16 08:45:20 UTC
**Status** 0
**Text** @diydivision I expect at least 20 shill scalps

**User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
**Id** 17866714288098459
**Date Created** 2017-04-16 08:38:38 UTC
**Status** 0
**Text**                                    to good to even talk about on here

**User**
**Id** 17877406573025957
**Date Created** 2017-04-16 08:17:05 UTC
**Status** 0
**Text** How'd you goys do?

**Image**

**EXHIBIT 15**



**Photo Id:** 1496822734490881350
**Id** 1496822734490881350
**Taken** 2017-04-20 02:26:36 UTC
**Status** 4 - Deleted by inactivation
**Url** https://www.instagram.com/p/BTFyFi1Ds1G
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 2600:8802:4000:5400:3c58:a36f:f1fb:a419
**Is Published** true
**Shared By** false
**Author**
**Comments**
    **User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
    **Id** 17854792522157912
    **Date Created** 2017-04-20 02:26:37 UTC
    **Text** #berkeley #antiantifa #anticommunist #altright #DIYDIV

    **User**
    **Id**
    **Date Created** 2017-04-20 09:42:17 UTC
    **Status** 0
    **Text** Proud Goys

**EXHIBIT 16**

**Author** ██████████████████████████

**Sent** 2017-04-19 00:35:48 UTC

**Body** Vermont. I'll be headed to Cali for a bit this July. I didnt know you were in the Red Elephants. I love the RE. Awesome. I am always commenting on there.

**Author** Rob Bie (██████████████

**Sent** 2017-04-19 00:33:49 UTC

**Body** Alright brother. Sure thing
You stay in so cal ?

**Author** ████████████████████████

**Sent** 2017-04-18 23:57:44 UTC

**Body** Love you guys. Keep at it. If you need anything, give out a yell. please.

**Author** Rob Bie (████████████

**Sent** 2017-04-18 23:57:21 UTC

**Body** Hail victory bro

**Author** Rob Bie (████████████

**Sent** 2017-04-18 23:57:14 UTC

**Body** Thanks for the acknowledgement, brother.
We all just have to do our part

**Author** Rob Bie (████████████

**Sent** 2017-04-18 23:56:37 UTC

**Body** You accepted Vance's request.

**Author** ██████████████████████████

**Sent** 2017-04-18 23:06:18 UTC

**Body** You guys are heroes. Thank you.

**Thread** (████████████████

**Current** 2018-09-13 19:03:28 UTC

**Participants** ███████████ (████████████
Brittney Dillinger (████████████
Aaron Aeson (████████████████
Rob Bie (██████████████
Ben Daley (██████████████████

**Author** Rob Bie (██████████████

**Sent** 2017-04-30 03:03:47 UTC

**Body** You sent an attachment.

**Share**       **Date Created**  2017-04-30 03:03:46 UTC

                    **Text**

                    **Url**

**Author** Aaron Aeson (████████████████

**Sent** 2017-04-22 17:06:42 UTC

**Body** Lots of people from the Berkeley Heroes page are driving up for Anne Coulter on the 27th.  One guy has a Tahoe with 5 empty seats. Brian and I are thinking about taking his car up. I'm going for sure. Lets spread the word to anyone we can get. Antifa can't be

SUBJECT TO PROTECTIVE ORDER

allowed a face saving victory.

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-21 05:25:32 UTC
**Body** 🔫🔫

**Author** ██████ (███████████)
**Sent** 2017-04-21 04:50:45 UTC
**Body** Worked all day. I'll cbeck it out in the morning

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 23:12:15 UTC
**Body** Any luck with airfare ████

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 15:23:57 UTC
**Body** Its not set in stone yet.

**Author** Brittney Dillinger (███████████)
**Sent** 2017-04-20 15:09:53 UTC
**Body** I need to build my commission and pipeline...I will be there in spirit. Please let me know if I can help with anything

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 07:07:31 UTC
**Body** Its true that she's lame. But we can't let antifa make a comeback. Another shaming will break them, a victory will make it like Berkeley necer happened.

**Author** Brittney Dillinger (███████████)
**Sent** 2017-04-20 05:58:17 UTC
**Body** Im on the fence with her. She makes good and bad points.  Would rather wait for Milo's return. Cannot take more time off from work anytime soon though.

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 05:35:10 UTC
**Body** https://itsgoingdown.org/modesto-ca-call-action-ann-coulter/
**Share**   **Date Created** 2017-04-20 05:35:10 UTC
          **Summary** Social Media Event Here Ann Coulter, the widely despised conservative columnist has been invited by the Stanislaus County Republican Party to speak in Modesto, California on April 28, 2017. Known for her staunch racism and borderline religious support of far-Right politicians such as President Donal...
             **Text**
            **Title** Modesto, CA: A Call to Action Against Ann Coulter - IT'S GOING DOWN
              **Url** https://itsgoingdown.org/modesto-ca-call-action-ann-coulter/

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 05:35:04 UTC
**Body** She's going to Modesto too. No reason not to make one of those.

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 04:57:34 UTC

SUBJECT TO PROTECTIVE ORDER

**Photo Id:**

250936512041044

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 04:22:23 UTC
**Body** Berkeley again. Returning victors. They're going to fwel like thw SoCal boys OWN their town.

**Author** Rob Bie (███████████)
**Sent** 2017-04-20 04:21:32 UTC
**Body** Where is it

**Author** Rob Bie (███████████)
**Sent** 2017-04-20 04:21:28 UTC
**Body** I'm so game. The city shut her down but she's still going to go

**Author** Aaron Aeson (███████████)
**Sent** 2017-04-20 04:20:52 UTC
**Body** How does everyone feel about this Ann Coulter Event next Thursday? Brian is searching around for supwr cheap plane tickets. If we can fly up there without spending too much, I think we should go.

**Author** Brittney Dillinger (███████████)
**Sent** 2017-04-19 22:34:42 UTC
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24gAAXl6edIvMthuZ_C81biFp60zs9w&uid=100013740917908&accid=100013740917908&preview=0&hash=AQDPL5rdCXQkezeH_l4KpzPbOE0YnD033FCC_u8s49l6iA



**Photo Id:** 369239263222822

**Author** ███████ (███████████)
**Sent** 2017-04-19 22:34:31 UTC
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%2

SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 17**



**Photo Id:** 258983697902992

**Posted** 2017-05-07 02:55:15 UTC
**Status** Shit is going to get buck out there
**Mobile** true
**Comments**

**User** ██████ ████████ (███████████████)
**Text** You should be there. ...you would ROCK some BLM bitches!
**Time** 2017-05-07 03:00:07 UTC

**User** ██████ ███████ (███████████████)
**Text** You know what I want, @[100013740917908:2048:Robert]. Let them start this civil war. We will end it.
**Time** 2017-05-07 03:02:32 UTC

**User** Rob Bie (██████████████)
**Text** I really do wish.. .
**Time** 2017-05-07 03:10:58 UTC

**User** Rob Bie (██████████████)
**Text** Shit bro. The Jew army would shut it down pretty quick I feel
**Time** 2017-05-07 03:11:19 UTC

**User** Brittney Dillinger (██████████████)
**Text** Totally wish we could be there
**Time** 2017-05-07 03:52:21 UTC

**User** Rob Bie (██████████████)
**Text** It's going to get outrageous. Cops arent going to do jackshit
**Time** 2017-05-07 03:53:20 UTC

**User** Brittney Dillinger (██████████████)
**Text** I know. I'm hoping that folks from all over decide to show up for

this.  Having been raised in Mississippi, I know that Southern patriots don't mess around either.  They're the toughest types I know!

**Time**  2017-05-07 03:55:18 UTC

**User**  ███ ███ (███████████

**Text**  I would've equipped you with a go pro.....

**Time**  2017-05-07 04:03:50 UTC

**User**  Rob Bie (█████████████

**Text**  Sheeeeit. Next one we on

**Time**  2017-05-07 04:12:03 UTC

**User**  ███ ███ (███████████

**Text**  Deal

**Time**  2017-05-07 04:13:42 UTC

**Posted**  2017-05-06 21:13:16 UTC
**Status**  Fuck Hollywood too.. . But I wanna go see guardians of the galaxy
**Mobile**  false

.

**Photo Id:**  258899554578073

**Comments**           **User**  ███ ███ (████████████

**Text**  Guardians wasn't really that good, it was a box of emotional tampons

**Time**  2017-05-06 21:18:27 UTC

**Posted**  2017-05-06 21:09:32 UTC
**Status**  Purge. Crusade. Prayer.
**Mobile**  false

.

**Photo Id:**  258898414578187

**Posted**  2017-05-06 19:12:47 UTC
**Status**  DOUBT YOUR DOUBTS AND BELIEVE YOUR BELIEFS ✝✝✝
**Mobile**  true

**Posted**  2017-05-06 16:33:28 UTC
**Status**  🔫🔫
**Mobile**  false

.

**Photo Id:**  258816364586392

**Posted**  2017-05-06 09:17:19 UTC
**Status**  Based af.
**Mobile**  true

**Posted**  2017-05-06 09:12:04 UTC
**Status**  These sandn!gger⚡⚡ need a bullet in the head
**Mobile**  true

**Posted**  2017-05-06 09:03:46 UTC
**Status**  Lol.  It's in mecca
**Mobile**  true

**EXHIBIT 18**



**Photo Id:** 1515493828005399624
**Id** 1515493828005399624
**Taken** 2017-05-15 20:42:44 UTC

**Status**

4 - Deleted by inactivation

**Url** htttps://www.instagram.com/p/BUIHZttjwxl

**Source** iOS Share Extension

**Filter** 0 - Normal

**Upload Ip** 2602:306:bc5a:8170:919e:58cb:2eb2:4b1a

**Is Published** true

**Shared By** false

**Author**

**Comments**　　　　　　　**User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]

**Id** 17857223680149894

**Date Created** 2017-05-15 20:43:17 UTC

**Text** #workout #nationalist #calisthenics #maga
#rightwingdeathsquad #altright #antiantifa #rightwing
#basedelbowman

**User** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Id** 17881366168043895

**Date Created** 2017-05-15 21:13:59 UTC

**Status** 0

**Text** ▯▯▯

**Image**

**EXHIBIT 19**





**EXHIBIT 20**

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER |
|---|---|---|

| CODE SECTION (S) VANDALISM | REPORT TYPE NARRATIVE |
|---|---|

| VICTIM'S NAME/ FIRMS NAME (LAST, FIRST, MIDDLE) UNKNOWN | RESIDENTIAL ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|---|

**ASSIGNMENT:**

On 06/10/17, I was assigned to work intelligence at the ACT for America anti-sharia law protest being held at the corner of Waterman Avenue and Orange Show Road. I had reached out to some of the organizers of the event and would maintain communication with them throughout the event. The coordinator of ACT for America was ███████████████████████ She would call me throughout the event to notify me of individuals on either side of the protest who were being violent.

The demonstrators took up positions on the northeast, southeast and southwest corners of the intersection. The counter protestors took up a position on the northwest corner, to the front of the Shell Gas Station located at 1194 S Waterman Ave, San Bernardino, CA 92408. The demonstrators parked their vehicles in commercial parking lots east of this location and along Parkcenter Circle. The counter protestors largely parked on Ennis Street, along the north side of the Shell Gas Station.

**INVESTIGATION:**

At one point, ███████ called to notify me that a small group of individuals was walking around the ACT for America crowd and appeared to be acting aggressively toward the counter protestors. ███████ wanted me to know that this group was not part of the larger ACT group and that she (███████ believed they were white supremacists.

I also observed this group of individuals. They were easily identifiable as the vast majority of them were all wearing black face masks with white skulls printed on them.  There were also a few wearing American flag bandanas but in total, there were approximately 13 individuals that were a part of this group. This group was observed on several occasions, walking aggressively toward the counter protestors in an apparent attempt to provoke and intimidate them. At one point, I overheard members of this group identify themselves as "Rise Above".

On another occasion, near the end of the event, this group again walked aggressively toward the counter protestors and into the Shell gas station. They stood near the entrance for several minutes before again walking back to the south west corner of the intersection. I was contacted by an unnamed counter protestor who said that her group was preparing to walk to their vehicles. She was concerned that the demonstrators might try to attack them on their to the cars.  At this time, Officer PALUZZI and I moved to the north end of the Shell Gas Station parking lot. As the counter protestors began walking west on Ennis Street toward their vehicles, I observed several individuals from the aggressive group walking west on the south side of Orange Show Road. As I observed the individuals on the south west corner begin walking to the west, Officer PALUZZI and I began walking west on Ennis in the event any of the protestors intended to engage in physical altercations.

As Officer PALUZZI and I walked near 269 E Ennis Street, we observed several individuals from the aggressive group running north onto Ennis through a vacant lot located west of this location. The individuals began chasing counter protestors to their vehicles. There were two SUVs attempting to leave the area and the suspects began

| REPORTING OFFICER (S) Rogers | IDENTIFICATION NUMBER (S) 50706 | DATE 06/13/2017 | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: Murray, Scott | DATE: 10/18/2017 | FURTHER ACTION: Y - YES | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER ███████ |
|---|---|---|

| CODE SECTION (S) **VANDALISM** | | REPORT TYPE **NARRATIVE** |
|---|---|---|

| VICTIM'S NAME / FIRMS NAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS   CITY   STATE   TELEPHONE NUMBER |
|---|---|

hitting their vehicles with flag poles. Suspect #2 hit the tailgate of the white SUV twice with his flag pole and suspect #1 shattered the back window of the gray SUV with his flag pole. Suspect #3 assisted by chasing other counter protestors on foot in an aggressive manner. Officer PALUZZI and I began chasing the suspects. All three suspects fled west on Ennis Street and north on Lincoln Avenue. Suspects# 1 and 3 stopped approximately 250 feet north of Ennis on the east side of Lincoln Avenue and put their hands up. I ordered both individuals to the ground and placed them into handcuffs. Suspect #2 was detained by Officer KELLY approximately 50 feet north of my location. Each of the suspects' actions was committed in my presence. The suspects were still wearing their black face masks with printed white skulls on them. I immediately recognized suspect #2 and #3 as previously walking around with the aggressive group earlier in the event.

SUSPECTS:
Suspect #1 was identified as D█████ K████████ ████████ was issued citation# 0981261 for violating PC 415(1), Disturbing the Peace and PC 594, Vandalism. Suspect #2 was identified as R███ S███ ████████. S████ was issued citation# 098160 for violating PC 415(1), Disturbing the Peace. Suspect #3 was identified as J█ K████████ ████ K████ was issued citation #0981259 for violating PC 415(1), Disturbing the Peace.

Officer RETAMOZA responded to the scene of the arrest with the jail van and transported the suspects to the Central Detention Center where they were booked. All three subjects were booked for fear they could return to the scene of the protest and conduct further disturbances.
I obtained statements from the suspects. For further information, see attached suspect statements.

EVIDENCE:
I took several photographs of the suspects along with the items they had in their possession as the crimes were committed. I checked with Police Dispatch in order to make contact with the victim of the vandalism but was advised that no one had come forward to report the incident. I also took photographs of the shattered glass left on the ground as a result of the vandalism from suspect #1. The photograph was taken on E Ennis Street, east of Lincoln Avenue, facing to the east. For further information, see attached photos.
The flags used by K██████ and S██████ were tagged into evidence under evidence tag# 2017-6034.
The incident was also captured on Officer PALUZZI's body camera. For further information, see his camera recording.

RECOMMENDATIONS:
Although the victim of the vandalism left the area and did not contact law enforcement, the suspects were observed acting aggressively throughout the day. They appeared intent on provoking a physical altercation through their actions. Their decision to wear aggressive face masks also appeared to be part of their intent to intimidate the counter protestors. Eventually, the individuals in that group ran across Orange Show Road, chasing and attempting to assault counter protestors. These actions even resulted in a vehicle being damaged. It

| REPORTING OFFICER (S) Rogers | IDENTIFICATION NUMBER (S) 50706 | DATE 06/13/2017 | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: 10/18/2017 | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER ███████ |
|---|---|---|

| CODE SECTION (S) **VANDALISM** | | REPORT TYPE **NARRATIVE** |
|---|---|---|

| VICTIM'S NAME/ FIRMS NAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS    CITY    STATE | TELEPHONE NUMBER |
|---|---|---|

is recommended that all three suspects be charged with violating PC 415(1), disturbing the Peace and that K█████ be charged with violating PC 549, Vandalism.

K█████ STATEMENT:

On 06/10/17, at approximately 1350 hours, while at the Central Detention Center, I advised K██████ of his Miranda rights per my department issued Miranda advisement card. When I asked if K██████ understood his rights, he said, "Yes." When I asked if he wanted to answer my questions, he said, "sure, I'll answer them."

K█████ told me that he went to the ACT anti sharia law protest because he believes that sharia law is a bad thing for the country. His intention was to educate people on this topic. K██████ told me that while at the protest, he was given the black face mask with the white skull print on it by a group of protestors. There was no discussion about assaulting anyone at the protest but toward the end, several members of this unknown group began running north from Orange Show Road through a vacant field. K██████ told me that he just saw people running and started following them but did not know what their intentions were. K██████ told me that he didn't hit anyone or damage any property.

| REPORTING OFFICER (S) **Rogers** | IDENTIFICATION NUMBER (S) **50706** | DATE **06/13/2017** | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: **10/18/2017** | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER ███████ |
|---|---|---|

| CODE SECTION (S) **VANDALISM** | REPORT TYPE **NARRATIVE** |
|---|---|

| VICTIM'SNAME/ FIRMSNAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|---|

S█████ STATEMENT:

On 06/10/17, at approximately 1402 hours, while at the Central Detention Center, I advised S██████ of his Miranda rights per my department issued Miranda advisement card. When I asked if S███████ understood his rights, he said "Yes." When I asked if he wanted to answer my questions, he said, "No."

| REPORTING OFFICER (S) **Rogers** | IDENTIFICATION NUMBER (S) **50706** | DATE **06/13/2017** | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: **10/18/2017** | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER ███████ |
|---|---|---|

| CODE SECTION (S) **VANDALISM** | | REPORT TYPE **NARRATIVE** |
|---|---|---|

| VICTIM'S NAME/ FIRMS NAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|---|

K███████ STATEEMENT:

On 06/10/17, at approximately 1414 hours, while at the Central Detention Center, I advised K██████ of his Miranda rights per my department issued Miranda advisement card. When I asked if K██████ understood his rights, he said "Yes." When I asked if he wanted to answer my questions, he said, "I can answer some of them."

K██████ told me that he went to the anti-sharia law protest along with other individuals. While at the protest, he and other members of his group were yelling back and forth at the counter protests. He told me that he doesn't have clear recollection of all the events that occurred that day. He told me that at one part of the event, the counter protestors began walking back to their vehicles. K██████ and several other protestors began running toward the counter protestors as they got into their vehicles. K██████ told me that the intention was to taunt the counter protestors because they were leaving the area first. Once K██████ got to the counter protestors, his memory gets "fuzzy" and he can't remember everything that transpired after that. I asked K██████ if he remembered hitting the SUV with his flag pole and he said that he didn't remember and that he couldn't answer that question.

He then said that one of the protestors pointed a gun at him so he and several other individuals began running from the area. Later, he looked back and realized he was actually being chased by the Police. K██████ then stopped and obeyed orders because he believes in following the law and respecting Law Enforcement.

| REPORTING OFFICER (S) **Rogers** | IDENTIFICATION NUMBER (S) **50706** | DATE **06/13/2017** | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: **10/18/2017** | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: |

**EXHIBIT 21**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:18-CR-00759-CJC-4 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| AARON EASON, | ) | Friday, November 2, 2018 |
| | ) | (10:06 a.m. to 10:54 a.m.) |
| Defendant. | ) | |

DETENTION HEARING

BEFORE THE HONORABLE ROZELLA A. OLIVER,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For The Government:        PATRICK FITZGERALD, ESQ.
                           Assistant United States Attorney
                           312 North Spring Street
                           Los Angeles, CA 90012

For The Defendant:         JOHN N. McNICHOLAS, ESQ.
                           McNicholas Law Office, LLC
                           464 Palos Verdes Blvd.
                           Redondo Beach, CA 90277

Court Reporter:            Recorded; CourtSmart

Courtroom Deputy:          Donnamarie Luengo

Transcribed by:            Exceptional Reporting Services, Inc.
                           P.O. Box 18668
                           Corpus Christi, TX 78480-8668
                           361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1    **Los Angeles, California; Friday, November 2, 2018; 10:06 a.m.**

2                       **(Call to Order)**

3         **THE COURT:**  Calling Case MJ-18-2791, *United States of*

4    *America versus Aaron Eason*.

5         Counsel, your appearances, please?

6         **MR. FITZGERALD:**  Good morning, Your Honor.  Patrick

7    Fitzgerald on behalf of the United States.

8         **THE COURT:**  Good morning, Mr. Fitzgerald.

9         **MR. McNICHOLAS:**  Good morning, Your Honor.  John

10   McNicholas appearing on behalf of Aaron Eason, who's present in

11   custody.

12        Also, Your Honor, with me at counsel table is Florida

13   attorney Augustus Invictus, who is planning on being involved

14   in this case.  And we're asking if he can remain at counsel.

15   He is Mr. Eason's private attorney.

16        **THE COURT:**  Okay.  Let me ask -- thank you very much

17   -- is it Mr. Invictus?

18        **MR. INVICTUS:**  Yes, ma'am.

19        **THE COURT:**  All right.  Have you -- are admitted into

20   the central district?

21        **MR. INVICTUS:**  No, ma'am, I've not --

22        **THE COURT:**  Okay, all right.

23        **MR. INVICTUS:**  -- (indisc.) yet.

24        **THE COURT:**  Okay.  I think then for purposes of

25   today, I don't think you can participate.  I didn't hear

Case 2:18-cr-00759-CJC Document 109-1 Filed 12/20/18 Page 48 of 156 Page ID #:555
Case 2:18-cr-00759-CJC Document 105 Filed 12/14/18 Page 3 of 34 Page ID #:392

3

1   Mr. McNicholas saying that he would be participating, but

2   instead --

3           **MR. McNICHOLAS:** He's -- he will be -- I just want

4   him to stay at counsel table.  He's a witness.

5           And we -- actually, we have a proffer regarding

6   something that happened with Mr. Invictus and the Defendant.

7   And the Government's aware of it.  And so he may actually

8   testify.

9           **THE COURT:** Okay.  Well, why don't we take it one

10  step at a time.  And please be seated.

11          And then Mr. Eason, I see that you're here; good

12  morning, sir.

13          **DEFENDANT EASON:** Good morning.

14          **THE COURT:** Okay.  We are here, as you know, on a

15  continued detention hearing.  I have had an opportunity to

16  review the updated Pretrial Services report.

17          And I've also received the Defendant's memorandum in

18  support of his release pending trial.  Mr. Fitzgerald, have you

19  had an opportunity to review the memorandum?

20          **MR. FITZGERALD:** I have, Your Honor, yes.

21          **THE COURT:** Okay, all right; thank you.

22          So why don't we just begin.  First, I'll take the

23  Government's proffer again.  And then I'll hear from

24  Mr. McNicholas.

25          **MR. FITZGERALD:** Your Honor, the Government proffers

1    the complaint in this matter, the contents of the Pretrial

2    Services report.

3           And it also proffers that yesterday afternoon, a two-

4    count indictment against the Defendant and other members of the

5    RAM organization was returned by the grand jury, one count at

6    18 USC; Section 371, conspiracy, and then 18 USC; 2101, riot --

7    an aiding and abetting, rioting.

8           **THE COURT:**  Okay.  All right.  Thank you very much.

9           Mr. McNicholas, so I will hear you first.  Why don't

10   you go ahead and state what you're prepared to offer in support

11   of bond in this case?  And then I'll hear argument as well.

12          **MR. McNICHOLAS:**  Your Honor, for general information

13   -- and we offer the complaint and the Pretrial Services report,

14   and that Mr. Eason had never been arrested in his life prior to

15   October 28, 2018.  He's 38 years old.

16          Number two, Mr. Eason has lived in the central

17   district of California for about 98 percent of his life.  He

18   also lived in Portland.  I believe he lived in Arizona for just

19   a few months at one point in like 2000.

20          Mr. Eason has never been to Europe.  There were some

21   comments about the organization having ties to Europe and

22   actually going there for some kind of training.

23          Mr. Eason has never been to Europe.  Mr. Eason has

24   been outside of the United States two times his entire life,

25   once at age 10.  And another time a few years later, they were

Case 2:18-cr-00759-CJC Document 109-1 Filed 12/20/18 Page 50 of 156 Page ID #:557
Case 2:18-cr-00759-CJC Document 105 Filed 12/10/18 Page 5 of 34 Page ID #:394

5

1  both (phonetic) to Mexico with his family.

2          His entire family, except for one brother who lives

3  in Arizona, is here.  His father, his mother, his sister, and

4  his brother, and his daughter are all in the back row.  And I

5  would proffer the testimony from his father, Walter Eason,

6  regarding some of the issues that have been alleged in the

7  amended Pretrial Services report.

8          So we have a situation where the individual's never

9  been arrested before, and suddenly, he's charged with a crime

10  of inciting or remaining in a riot, which carries a maximum of

11  five years' imprisonment, how -- when I read the statute.

12          I believe, just based on the statute itself, that the

13  time and imprisonment is not enough for a reasonable person to

14  want to commit flight, because you can also get probation off

15  of this offense if you are convicted, assuming that you are in

16  fact guilty.

17          Regarding the flight issue, apparently, the news on

18  the mainstream media came out midweek last week that there was

19  a warrant for Mr. Eason's arrest.  Mr. Eason found out from his

20  father that there was a warrant for his arrest, that the FBI

21  was looking for him.

22          Mr. Eason didn't know what to do.  He's never --

23  remember, he's never had issues with the law in his life.  So

24  the logical thing to do is of course try to find a lawyer.

25          So Mr. Eason calls around trying to find a lawyer in

6

1   the area where they live up in Anza.  It's far away from a lot;

2   I mean there's not a lot out there where he lives.

3          East of him, no -- it's not like they're right next

4   to San Bernardino or even Riverside.  It's a long ways to go

5   from there.

6          Eventually, a friend referred Augustus Invictus, who

7   is an attorney from the state of Florida, licensed in four

8   states.  And this is up his alley, these issues; he's dealt

9   with these issues before.

10         So Mr. Eason contacted Augustus Invictus.  I'm

11  proffering the testimony of Mr. Invictus.  He's prepared to

12  testify.

13         I don't know if the Government wants to accept the

14  testimony or not.  But the bottom line is this; the information

15  I had is that Mr. Invictus spoke to Mr. Eason on either Friday

16  or Saturday, the 26th or 27th of October.

17         He -- they agreed that Mr. Invictus would be his

18  counsel on this matter, and that Mr. Eason wanted to know what

19  should he do.  The advice of counsel, based upon his fear of

20  Government retaliation or danger regarding the FBI was, wait

21  for me, we'll turn you in together, we will drive to the FBI

22  together, I will drop you off at the office.

23         Mr. Invictus was flying from Florida.  He did not

24  arrive until Sunday the 28th.  As soon as Mr. Invictus arrived,

25  he escorted Mr. Eason to the FBI office on Wilshire Boulevard.

7

```
 1           They met with the FBI agents.  He turned himself in;
 2  and he remained in custody ever since.  So that's the extent of
 3  what you could call some sort of flight issue.
 4           I believe he did what most ordinary human beings do
 5  when they're charged with a criminal complaint, is they find a
 6  lawyer, they try to do it the best they can, so they're not
 7  arrested and they're not subject to the byproducts of an
 8  arrest, especially where they live out in that property.
 9           Now, in the amended Pretrial Services report, there
10  is additional information regarding Walter Eason.  Walter Eason
11  has no criminal record either.  He's lived in the central
12  district his entire life.
13           And when the FBI came to his property, Walter Eason
14  was just simply putting the FBI on alert; he said, you know,
15  400 feet from our property, there is a Marijuana growing farm;
16  and I just want -- just be careful out there, because these
17  guys, you don't know if they're going to shoot you, if you
18  happen to stumble upon their property.
19           Well, in the amended report, the commentary that I'm
20  reading, are like, oh, Mr. Eason's actually the bad guy, and he
21  might shoot somebody or some of his family member might shoot
22  somebody.
23           That's not the case.  We're dealing with a very
24  reasonable ordinary group of people that are all together.
25  They all work.  They all have jobs.  Everybody's gainfully
```

8

1    employed.

2            So that wasn't the point.  Yes, there are a few

3    firearms on the property.  But if the Court were to release

4    Mr. Eason, the firearms would be removed from the property.

5            And that would obviously be a condition that he

6    couldn't go to the property unless the firearms are removed.

7    There are a few firearms on the property.

8            Now, this Rise Above movement, Aaron Eason is not a

9    member, period.  He never was a member.  The three codefendants

10   in this case, maybe they're members and maybe they're not

11   members.

12           But the bottom line is, Aaron Eason's had very little

13   contact with any of those people.  He doesn't know them on a

14   personal level.  They are not his friends.

15           They associated for the purpose of going to this

16   Berkley rally, because Mr. Eason ended up putting a van on

17   somebody else's credit card and signed the contract for the van

18   for the basic premise that he was the only individual in the

19   van that was actually old enough to rent the van.

20           So he was designated to do it.  He used somebody

21   else's credit card.  So he rented the van, so then went up to

22   this rally.

23           Now, I believe, Your Honor, based on the facts that

24   I'm reading, and going to the facts, which are the least

25   important part of the release issue, but still significant, is

Case 2:18-cr-00759-CJC Document 109-1 Filed 12/20/18 Page 54 of 156 Page ID #:561
Case 2:18-cr-00759-CJC Document 105 Filed 12/14/18 Page 54 of 345 Page ID #:398

9

1   that conservative rallies, Donald Trump rallies, right-wing

2   rallies, rallies based on the First Amendment speech,

3   regardless of the content, are still protected, still

4   protected.

5           Yet this group of people, anarchists, Antifa,

6   communists, whatever you want to call them, have been

7   inflicting violence upon Donald Trump supporters, upon

8   conservatives, upon right-wingers, upon white supremacists,

9   whatever, they've been doing it, and they've been showing up at

10  events where these people have been peacefully speaking and

11  peacefully marching, throwing anything from eggs in the face,

12  to locks over the head, to mace in the eyes, over, and over,

13  and over again.

14          So these people see this stuff on the news, and

15  they're going, why doesn't the police protect speech?  They're

16  not protecting speech.

17          Why can't we do something?  Can something be done?

18  Well, why can't we just go there, at least to stand by?  Why

19  can't we go there to stand by?

20          And as -- when they stand by, the confrontation

21  begins.  The -- I mean there's thousands of videos on the

22  internet, Your Honor, regarding what's going on.

23          Berkley, almost the entire Berkley April 15th, 2017

24  rally is captured on video.  And virtually all that I've seen

25  is Antifa going to the conservative, or right-winger, Trump

10

1  supporters, whatever they are, and right in their face,

2  aggressively instigating confrontation.

3          I attached several exhibits, Your Honor, because I

4  think those exhibits are important.  In addition to the two

5  letters that I have, Your Honor -- and I'll just mention those

6  briefly, because those go more towards the integrity of

7  Mr. Eason -- the first letter is from a veterinarian in the

8  area, Mrs. Anderson, who actually employed Mr. Eason to do

9  landscaping work on -- for the community of Anza, where they

10 actually went, and put up decorative signs throughout the

11 community.

12         And he has actually assisted her before.  And when

13 there was a fire in -- on her property, he was the first one to

14 go there and protect the property.  So she wanted to make that

15 clear.

16         And any thought that Mr. Eason is a white supremacist

17 is completely beyond her belief, because she actually sees him

18 on a daily basis.  And that is not her opinion of Mr. Eason at

19 all; okay?  So this is somebody that actually knows her.

20         Also, I included a letter from Mr. Eason's brother-

21 in-law.  And he has also stated that Mr. Eason did work for

22 him, and -- when they were doing landscaping.

23         Also, Your Honor, I'm proffering that Mr. Eason also

24 had a job as a bartender at a winery.  And he worked at a feed

25 store in the area as well.  So he's kept himself busy.

Case 2:19-cr-00758-CJC Document 109-1 Filed 12/20/18 Page 56 of 156 Page ID #:563
Case 2:18-cr-00759-CJC Document 103 Filed 12/14/18 Page 55 of 34 Page ID #:400

11

1         His dad, Walter Eason, they have a deal; take care of

2    this property, cook our meals for us, keep the place clean, and

3    you can stay here, you and your daughter can stay here.  And

4    Mr. Eason's 13-year-old daughter is also here in the courtroom.

5         The two of them live together.  The mother is not the

6    caregiver for that child; Mr. Eason is.  The -- Mr. Eason is

7    the provider and the caregiver.  And Mr. Eason, his father

8    Walter, and his brother Tim, and his daughter, they all live in

9    that house together.

10        There's another residence on the property; it's

11   actually a converted barn.  That's where Mr. Eason's mother

12   lives, because the parents are divorced.  And his sister and

13   his sister's family live in that converted barn.

14        So those people are all on this property.  It is not

15   an active ranch; it's just a property; it's a -- it's land, and

16   it's where they live.  It's been in the Eason family for a few

17   generations.  Mr. Eason owns the property outright.

18        So anyway, those are Exhibit 1 and 2.  Exhibit 3,

19   going down the list, has to do -- I put that out there, because

20   I think it's really important that that shows significantly

21   that the three codefendants, they're all in-action photos;

22   okay?

23        They're actually -- those photos were taken at events

24   at rallies, days where there was actually confrontation.  Aaron

25   Eason, they don't have anything; there's no pictures of him

12

1   punching people or getting in fights with anybody.  They took a

2   DMV photo.

3           So here, we have Rondelle (phonetic) Bowman and Laub

4   (phonetic); and they're action photos.  And you got a picture

5   of Aaron Eason smiling for the camera when he's getting his

6   driver's license.

7           I think that's important, Your Honor, because Aaron

8   Eason was never in the picture in this case until he

9   communicated with the individuals about going to Berkley, and

10  they're taking a van, they're going to do some training.

11          And then they go to Berkley.  And you never hear

12  about Mr. Eason again.  Despite the history of this RAM

13  movement, despite the allegations of white supremacy, Aaron

14  Eason is in this picture for a short period of time.

15          Exhibit 4 through 7 illustrates who the true

16  aggressors are.  And it is the Antifa, communist, anarchist

17  movement that is stifling speech in places like Berkley, in

18  places like Portland, in places like Washington DC.

19          It is a very difficult position for some reason.  I

20  don't know why law enforcement stands down.  But the Berkley

21  Police definitely stood down on April 15th.

22          They waited for all these events to happen.  They

23  actually -- in Exhibit 4, this is actually a photograph of an

24  individual hitting a -- basically a helpless victim over the

25  head with a bike lock.

1       The individual who hit him over the head with a bike

2  lock was prosecuted by local authorities.  He ended up with a

3  misdemeanor.  But he did some pretty serious damage.

4       It's all on video for the world to see.  But it was a

5  pretty violent act.  The guy was sitting here engaged with the

6  women standing in front wearing a mask; those are Antifa

7  members.

8       And suddenly, somebody behind the man with the hoodie

9  pops out with a lock in his hand and hits him over the head

10 gushing blood.  He had to be -- he had to go to the hospital

11 and get -- and be treated.

12      Okay, so that was significant.  That is when police

13 actually stepped in at that Berkley rally.

14      The next picture just illustrates the type of person

15 who is there, the antagonizers, the communists, the anarchists,

16 who actually go to these rallies.  This is a woman who makes

17 very clear what her positions are, that she was headed to

18 Berkley to disrupt the neo-white supremacist jerk circle today,

19 nervous but determined to bring back 100 Nazi scalps.

20      And then she gets there.  She's got a wine bottle in

21 her hand during the video, during when there was actually

22 rioting going on.  That's what she's got for her weapon as

23 she's jumping into the crowd, to do damage.

24      I know this woman is fairly notorious for her

25 actions.  And she's on Twitter, and on Facebook, and everywhere

14

1    else, just advertising what she does.

2             We also wanted to show Exhibit 6, because Exhibit 6

3    is the Berkley April 15th.  And there were actually -- many of

4    these people were wearing Trump, support Trump, Donald Trump t-

5    shirts.

6             And they're in the street in downtown Berkley.  And

7    cars are trying to drive through.  Well, the Antifa guys, all

8    the guys here with the hoodies, and the masks, and everything,

9    standing on the right, are blocking traffic; they're not

10   letting people go through.

11            So the ones on the left were there basically trying

12   to get the cars escorted through, so that they could get

13   peacefully to their destination.  Confrontation obviously

14   resulted.

15            But there is a video, Your Honor, that I watched,

16   that shows these -- Trump's -- people with Trump t-shirts on,

17   people that are part of Mr. Eason's group that were actually

18   trying to help these cars move through.

19            Then also, Your Honor, I attached another photograph

20   with the individual being struck by a skateboard.  He's wearing

21   a Trump t-shirt.

22            The individual hitting him is an Antifa member

23   wearing a mask.  And then the final Exhibit 7 was just an

24   illustration of what these people were up against.

25            You see a guy just basically sitting down, being

Case 2:19-cr-00758-CJC Document 109-1 Filed 12/20/18 Page 60 of 156 Page ID #:567
Case 2:18-cr-00759-CJC Document 103 Filed 12/14/18 Page 15 of 34 Page ID #:464

15

1    confronted by a mob of Antifa members, most of them masked, but

2    the woman in front who is yelling, get the fuck out of here,

3    you racist piece of shit, she's not wearing a mask; she's

4    wearing sunglasses and a hat, and she looks like she might be a

5    leader of the group.

6        Within seconds, there's an individual standing behind

7    the woman.  He's wearing a motorcycle helmet and a mask.  His

8    face is covered.

9        Within seconds, that individual goes to a helpless

10   World War II veteran sitting in a wheelchair, takes the

11   veteran's water bottle from his hands and sprays it all over

12   his body.  And that's depicted in Exhibit 7.  I showed the

13   screen shot of that.

14       That's the reality of what happened in Berkley.  It

15   has nothing to do with viewpoint.  It has nothing to do with

16   white supremacy.  It has nothing to do with going after certain

17   groups because they have things to say about other groups.

18       Mr. Eason is not a flight risk.  Conditions are

19   definitely -- conditions can be fashioned to make sure that he

20   appears at every court appearance.

21       And conditions can be fashioned to ensure that if in

22   fact anybody considers him a danger to the community, that he

23   will not be a danger to the community.  Number one, he doesn't

24   know those codefendants; he wants to be severed from them.

25       A condition that he have no contact with

1    codefendants, or any members of RAM, or any members of any

2    white supremacy group, or any other hate group, or whatever

3    people think, is an appropriate condition, because Mr. Eason's

4    moved on, he's not part of that.  So that's an appropriate

5    condition.

6            Curfew is an appropriate condition.  I mean house

7    arrest would be an appropriate condition as well, but I don't

8    believe, Your Honor, that he's done anything to require house

9    arrest; but it would -- I mean you could do that as well.  I've

10   asked for curfew.

11           Staying in the central district of California, he's

12   never had a passport in his life, so that's not an issue.  And

13   removing weapons from the property, of course is something that

14   can be done as well.

15           I do believe, Your Honor, that this group has been

16   targeted.  It is definitely viewpoint discrimination against

17   certain people.

18           I don't know why the FBI has decided to go after

19   Mr. Eason and a few others.  I know that they were on the

20   property just a couple days ago with a search warrant, looking

21   for additional, whatever they could find to link him to hate

22   groups or whatever.

23           So they're still after him; they're still looking for

24   information.  But that's not what he's being charged with; he's

25   being charged with being involved with a riot, inciting and

Case 2:19-cr-00758-CJC Document 109-1 Filed 12/20/18 Page 62 of 156 Page ID #:1569
Case 2:18-cr-00759-CJC Document 105 Filed 12/14/18 Page 17 of 34 Page ID #:406

17

1    carrying on a riot.

2           Well, what did he do to that?  There's no evidence he

3    did that.

4           **THE COURT:**  All right, thank you very much,

5    Mr. McNicholas.

6           All right, any response from the Government?

7           **MR. FITZGERALD:**  Yes, Your Honor.  First, again,

8    because the indictment has been returned, and there are two

9    counts, the Defendant is looking at a 10-year possible

10   sentence.  And the difference between 10 years and five years

11   is relevant to the risk of flight.

12          Going in reverse order to the points that were made

13   by Defense counsel; first, in regard to Mr. Eason's conduct,

14   the complaint and the indictment do charge Mr. Eason with being

15   a member of the RAM group.

16          And as set forth in the complaint and the contents of

17   the Pretrial Services report, there is ample evidence to

18   support that charge.

19          In particular, I would note on paragraph 55 of the

20   complaint, the Defendant sent a text message on September 25th,

21   2017, which was after the events in Charlottesville (phonetic),

22   saying, back in position to go hard with activism, but said he

23   had been sidetracked after Berkley.

24          So the idea that he had just an intermittent contact

25   with members of the group for this one event and then had

Case 2:19-cr-00753-CJC Document 109-1 Filed 12/20/18 Page 63 of 156 Page ID #:570
Case 2:18-cr-00759-CJC Document 93 Filed 12/14/18 Page 18 of 34 Page ID #:457

18

1    severed ties of last interest is not particularly accurate.

2             Furthermore, along with organizing and setting up the

3    transport to the Berkley event, he also was setting up and

4    inviting people to training, as set forth, for example, in

5    paragraph 33 of the complaint.  And again, they had talked

6    about providing, quote/unquote, security for events.

7             And also, as set forth in the complaint, what the

8    Government is charging and what the evidence supports is that

9    these were not persons who were at a rally or assembly

10   exercising their First Amendment rights.

11            There were, of course, many people there who were

12   doing that.  But also, they went there with the intent and the

13   understanding to engage in violent activities, or in fact to

14   riot.

15            And in fact, even as Defense counsel described it,

16   the event at Berkley was a riot.  And what happened there, as

17   set forth in some of the materials, again listed in the

18   complaint, was in fact the members of RAM, including to a

19   degree, the Defendant did actively engage with persons that

20   they perceived to be ideological enemies, and assaulted them,

21   and otherwise engaged in the violent activities that are

22   covered by the statute.

23            So this is not a situation where people were

24   exercising their First Amendment rights, obviously which should

25   be protected, and then engaged in self-defense when confronted

Case 2:18-cr-00759-CJC Document 1101 Filed 12/20/18 Page 64 of 156 Page ID #:1571
Case 2:18-cr-00759-CJC Document 103 Filed 12/14/18 Page 19 of 34 Page ID #:406

19

1  with others, were people, A, who were proactively looking for

2  trouble, and B, were in often cases, the aggressors.

3          And while certainly, to the extent that members of

4  the assembly were attacked by other persons, that is

5  regrettable, and it may be at some point, those other persons

6  should also be charged or will be charged, that does not excuse

7  the activities of the group or of the Defendant.

8          Finally, in regard to the discussion of the

9  ideological interests, and statements, and general position of

10 white supremacy, that was expressed by the members of RAM, that

11 is not charging people for having a particular ideology per

12 say; but it is relevant to showing the nature of the group, the

13 aims of the group, and what the group wanted to accomplish,

14 namely in this case, for this charge, rioting, preparing for

15 riot, inciting a riot.

16         And I think the white supremacist views that are

17 suppressed and established throughout the complaint adequately

18 show the relevance of that to the charges that we are bringing.

19         And then, in regard to the flight risk, even under

20 the circumstances that are described by the Defense, we have a

21 Defendant who was aware that there was a arrest warrant out for

22 him.

23         I can certainly proffer that the FBI was very clear

24 in talking to the Defendant's father, that the Defendant needed

25 to turn himself in immediately.  And they were certainly

Case 2:19-cr-00759-CJC Document 109-1 Filed 12/20/18 Page 65 of 156 Page ID #:1572
Case 2:18-cr-00759-CJC Document 105 Filed 12/14/18 Page 25 of 34 Page ID #:457

20

1   willing to discuss how he could do that in the safest manner

2   possible.

3           Furthermore, even under the circumstances that we've

4   received from the Defense proffer, there are inconsistencies

5   with the father talking to the Defendant, talking about getting

6   an attorney, while what the FBI was being told was that the

7   Defendant was unavailable and was out somewhere in the desert.

8           So that goes both to the credibility of the father,

9   the credibility of the proffer, and then the credibility of the

10  father as a potential surety in the case.

11          In regard to the proffer regarding the advice of

12  counsel, I've discussed with counsel, and they've agreed,

13  because the advice of counsel has been proffered to this Court,

14  that there's been a limited waiver of the attorney/client

15  privilege.

16          I would prefer not to put a fellow attorney on the

17  stand if that's not necessary.  But I would ask through the

18  Court if we could have a supplemental proffer, where the timing

19  and the circumstances of the discussions between counsel and

20  Defendant occurred; did they occur over the phone, did counsel

21  know where the Defendant was when those discussions took place.

22          **THE COURT:**  Okay.  All right, thank you, very much.

23          All right, Mr. McNicholas, why don't I first pick up

24  where Mr. Fitzgerald left off there with the request for the

25  supplemental proffer.  I do agree that there has to be a

21

 1    limited waiver of the attorney/client privilege if --

 2              **MR. McNICHOLAS:**  Yes.  And --

 3              **THE COURT:**  -- Mr. Invictus is offering that.

 4              **MR. McNICHOLAS:**  -- Mr. Eason is waiving that

 5    privilege.

 6              **THE COURT:**  Okay.

 7              **MR. McNICHOLAS:**  Yes.

 8              **THE COURT:**  All right.  Have you had an opportunity

 9    to talk to Mr. Eason about that?

10              **MR. McNICHOLAS:**  Yes, I have, Your Honor.

11              **THE COURT:**  Okay.

12              **MR. McNICHOLAS:**  The communication, as I stated

13    during my opening statement, was that the communication was on

14    Friday, the, I believe it's October 26th, between Mr. Eason and

15    Mr. Invictus.

16              And the discussion was, you wait for me, we will turn

17    you in together.  And appointment was made.  Mr. Invictus

18    contacted the FBI.

19              He set up an appointment to meet them on Sunday

20    afternoon, October 28th.  And it was done; and it happened.

21    They met at the federal building.

22              The building's closed on Sundays, but they met there.

23    And Mr. Eason voluntarily surrendered to the FBI.  And by the

24    way, Your Honor, 30 years I've been doing this, criminal

25    defense work.  And occasionally, I -- an individual contacts me

Case 3:19-cr-00759-CJC Document 199-1 Filed 12/20/18 Page 27 of 156 Page ID #:574
Case 3:18-cr-00759-CJC Document 195 Filed 12/14/18 Page 27 of 34 Page ID #:457

22

1    who has a warrant for his arrest, wanting to know what to do.

2         I do exactly what Mr. Invictus does; let's figure out

3    a way to turn yourself in, so they don't come marching to your

4    house busting your door down, scaring your family and your

5    children, and we'll do this peacefully, the right way, we'll

6    surrender directly to them.

7         It is the appropriate, and peaceful, and reasonable

8    method of surrender.  Especially, in this case, you've got

9    press all over the place.  Everybody's just dying to take blood

10   of these so-called white supremacists.

11        It wasn't a good situation at all.  If anything,

12   there was legitimate concern for Mr. Eason's safety.  So 100

13   percent reasonable what went on there.

14        I don't think the Court should hold that in any way

15   against Mr. Eason, because it lasted a couple of extra days,

16   because he's waiting for his attorney to come from Florida.

17        Another thing, I do not accept the proffer of the

18   Government, that Mr. Eason is a member of RAM.  They need to

19   prove it; there's no proof of that, okay, there's none

20   anywhere.  So they need to prove that.

21        Number two, Mr. Eason has never been to

22   Charlottesville.  If they're going to bring up the word

23   Charlottesville, prove that as well.  I don't accept any

24   proffer that has anything to do with Charlottesville.  That's

25   irrelevant; it has nothing to do with this case.

23

1        **THE COURT:**  All right, Mr. McNicholas, why don't I

2   share with you some of my concerns and ask you to respond to

3   them?  So I'm looking at the affidavit.  And so what I have

4   here is -- I look at the timeline.

5        **MR. McNICHOLAS:**  Right.

6        **THE COURT:**  And again, this is based -- focusing on

7   what Mr. Eason was alleged to have said, either through social

8   media, text messages.

9        So we have him identifying himself, and then

10  referencing the Huntington Beach rally, and then after that,

11  undertaking the, what I think can be fairly characterized as

12  organizational steps with respect to the upcoming Berkley

13  rally.

14       And so -- and this is in paragraph 32 -- I mean

15  paragraph 34, the reference to training and preparation for

16  Berkley.  And then the description, paragraph 37, of what

17  transpired at Berkley, including these images of Mr. Eason --

18       **MR. McNICHOLAS:**  Mr. --

19       **THE COURT:**  I think that's, again, paragraph 37.  And

20  then I have after that, I have, I believe the description of

21  the pursuit in paragraph 40, which identifies Mr. Eason as one

22  of those.

23       And then the reference to -- excuse me -- the

24  statements attributed to Mr. Eason about after Berkley, ready

25  to go hard with activism.

Case 2:19-cr-00759-CJC Document 199-1 Filed 12/20/18 Page 69 of 156 Page ID #:576
Case 2:18-cr-00759-CJC Document 195 Filed 12/14/18 Page 24 of 34 Page ID #:436

24

 1          **MR. McNICHOLAS:** Right.

 2          **THE COURT:** And so I don't construe what was --

 3   what's in the affidavit as saying that Mr. Eason was at

 4   Charlottesville, but rather just simply after what transpired

 5   in Charlottesville, that there was a, perhaps a quiet period.

 6          **MR. McNICHOLAS:** You know, as far --

 7          **THE COURT:** But -- so I guess -- so -- but let me

 8   just be clear on what my concern is.  So we have the Huntington

 9   Beach rally, right, with -- I think without their -- at least

10   publicly described about the activities of this group.

11          And then we have what happens at Berkley, and then

12   these images of individuals assaulting other protestors.  And

13   then what I have in front of me -- and there's a finding of

14   probable cause by a magistrate judge with respect to that --

15   and now, I have the proffer of the indictment --

16          **MR. McNICHOLAS:** Okay.

17          **THE COURT:** -- of violence occurring.  And then I

18   have description of Mr. Eason standing there.  And again, I

19   think that was -- well, somebody else alleged to be in this

20   movement is assaulting someone, another protestor.

21          **MR. McNICHOLAS:** Right, right, Your Honor.

22          **THE COURT:** And then -- but then here's my concern

23   about the danger, Mr. McNicholas, is after all that.  But

24   there's no, at least not from what I'm seeing, kind of like a

25   disavow of this.  I'm not -- this isn't what I signed up for,

25

 1   this is -- this has gone beyond the First Amendment viewpoint.

 2           And instead, I then have the post-Berkley, I'm ready

 3   to go hard with activism; and that's --

 4           **MR. McNICHOLAS:**  Your Honor --

 5           **THE COURT:**  -- paragraph 55.

 6           **MR. McNICHOLAS:**  -- and I would like to comment on

 7   that.

 8           **THE COURT:**  Please.

 9           **MR. McNICHOLAS:**  Mr. Eason was literally going to be

10   involved in planting trees.  That is what that text is speaking

11   to.  It has nothing to do with the rallies; it has nothing to

12   do with violence; it has to do with legitimate concern for his

13   community and planting trees.

14           And Your Honor, I got a letter right there that you

15   have, Exhibit 1.  Mr. Eason is around the community.  He's

16   beautifying the community.

17           He's putting signs up.  He's a landscaper.  He

18   literally was talking about planting trees.  And without more,

19   there is nothing else.

20           **THE COURT:**  So --

21           **MR. McNICHOLAS:**  I mean to infer that that means

22   anything that is a -- that is criminal, is beyond belief.

23           **THE COURT:**  So in paragraph 55, where it says, I'm

24   back in the position to go hard with activism?

25           **MR. McNICHOLAS:**  Yeah, hard with activism.

26

1           **THE COURT:**  I got sidetracked after Berkley?

2           **MR. McNICHOLAS:**  Yeah.  And by the way, Your Honor,

3    when you say there was no disavow, he did get sidetracked after

4    Berkley.  He was disheartened after Berkley, after seeing what

5    went on in Berkley, he did step back; he didn't want to be

6    involved in a violent atmosphere.

7           He did make an effort to lead -- and do you know

8    what, Your Honor; he did leave.  He hasn't been there; he has

9    not been there.

10          April 15th, 2017, a year-and-a-half ago, one day,

11   where no photographs are of him, Your Honor -- by the way,

12   Mr. Eason disputes that he's in any photographs.

13          There's a claim that he's in a photograph with a

14   banner.  I don't believe he is; okay?  There's no photographs

15   of Mr. Eason engaged in any kind of confrontational conduct.

16          Again, it's about protecting speakers, about

17   protecting viewpoint.  But the theme is assault; and it's just

18   not the case.  And I mean that will be litigated later on.

19          But even assuming that's the case, a man who's had a

20   life of no crime, a life of no violence -- and I do disagree

21   that it's a consecutive term, because I believe they merge; I

22   believe the conspiracy merges with the 2101 allegation.

23          I do believe it's a five-year maximum.  I mean maybe

24   the Government will continue to argue with me on that; but I do

25   believe they merge, and it is a five-year maximum; okay?

Case 2:19-cr-00759-CJC Document 109-1 Filed 12/20/18 Page 72 of 156 Page ID #:579
Case 2:18-cr-00759-CJC Document 103 Filed 12/14/18 Page 27 of 34 Page ID #:413

27

 1          This is an individual that deserves a chance.  His

 2    family is here; they are willing sureties.  Whatever the

 3    Government -- whatever the Court asks from them, I'm sure they

 4    will agree to do.

 5          I am 100 percent sure that Mr. Eason will be a

 6    remarkable individual on pretrial release.  There will be no

 7    concerns.  There will be no issues about him going to rallies

 8    or events if there were.

 9          The internet's pretty big, he's now an infamous

10    individual, and people will know.

11          **THE COURT:**  All right, thank -- anything else,

12    Mr. McNicholas?

13          **MR. McNICHOLAS:**  No, Your Honor.

14          **THE COURT:**  Okay.

15          Mr. Fitzgerald, with respect to the flight danger, I

16    -- as I already expressed to Mr. McNicholas, my concerns about

17    danger, when I look at the flight component or analysis, I see

18    an individual who did self-surrender, eventually not long after

19    being notified.

20          And then I see an individual with no criminal history

21    and who now has willing sureties.  So while I have my concerns

22    about danger, I guess I -- from my position, I do see a

23    condition or combination of conditions with respect to flight.

24          And so I just want to give the Government an

25    opportunity if it wants to be heard on flight.

Case 2:19-cr-00758-CJC Document 109-1 Filed 12/20/18 Page 73 of 156 Page ID #:580
Case 2:18-cr-00759-CJC Document 105 Filed 12/14/18 Page 28 of 34 Page ID #:419

28

1          **MR. FITZGERALD:**  Yes, Your Honor.  First, I would

2   state that a person who -- aware of a search warrant and --

3   excuse me -- an arrest warrant and an order of the Court, and

4   is aware that the FBI is actively looking for him and is trying

5   to arrange to have him surrender as soon as possible, feels

6   that it is appropriate to delay, to discuss, determine what's

7   in his best interest, is someone who when he makes that

8   calculus in the future could well decide once again not to

9   appear in court.

10          Second, I'll just reiterate the sureties and the

11   circumstances, whereby he would let out are involved with his

12   family, the property.  And I believe he have shown why there

13   are issues there, where at least one of the surety members, the

14   father, was not being candid with law enforcement regarding the

15   location of his son.

16          And I'll note, despite by request, we have not heard

17   from the Defendant's private counsel where the Defendant was

18   when these telephone calls took place.  And it's certainly

19   possible he was actually at the house with his parents in a

20   safe place, where they simply could have called up the FBI and

21   said, please come and in a low-key nonconfrontational way,

22   please, I'll surrender, you can arrest me.

23          And certainly, I think nothing in the case or

24   anything in the record suggests that the FBI was looking to go

25   in, in a SWAT-sort of mode and was trying to make this as

29

 1  dramatic and violent as possible; quite the opposite.

 2          Furthermore, in regard to the number of sureties,

 3  there was a suggestion in the Defense memorandum that there

 4  would be $100,000; but that would appear to be unsecured.  And

 5  I would suggest that any sort of surety that would guarantee

 6  the Defendant being here would have to be a larger amount and

 7  would have to be secured by real property.

 8          **THE COURT:**  Okay.  All right, thank you very much.

 9          Anything else, Mr. McNicholas?

10          **MR. McNICHOLAS:**  No, Your Honor.

11          **THE COURT:**  Okay.

12          All right, so Mr. Eason, we -- I've heard from the

13  attorneys.  I've evaluated the information in the complaint and

14  the affidavit, as well as the information in the Pretrial

15  Services report.

16          And I've tried to let your attorney know where my

17  concerns are.  And I still have the same concerns that I

18  mentioned to Mr. McNicholas.

19          And it concerns the danger here, the safety of the

20  community, and whether or not a condition or conditions can be

21  fashioned that will ensure the safety of the community.

22          So I know that your attorney disagrees with what I'm

23  about to say.  I'll let you make a record, Mr. McNicholas,

24  after this.  But I have in front of me the information

25  contained in the affidavit.

Case 2:19-cr-00758-CJC Document 109-1 Filed 12/20/18 Page 75 of 156 Page ID #:582
Case 2:18-cr-00759-CJC Document 90-1 Filed 12/14/18 Page 35 of 34 Page ID #:439

30

1          And I spent a lot of time looking at the timeline

2    that's set out in that affidavit, what's described about this

3    organization RAM.  I took a look at the statements that are

4    attributed to you and what's described about your participation

5    and/or involvement at Berkley.

6          And what I take away from that is that you appear to

7    understand what the movement, this movement was doing or did in

8    appearing at (indisc.) appearing at these events, these

9    rallies, that you took steps to arrange, not only for

10   transportation, but some type of training.

11         I don't have any more information about that.  Your

12   attorney will be able to make arguments about what that really

13   means, based on your understanding or your view.

14         But I have just this limited information; and then I

15   have the description about you and what you were doing while

16   you were at the Berkley rally.

17         And then I have a statement after that, when it

18   appears to me that you should know or should've known what the

19   movement was attempting to do, based on the violence that

20   occurred at Berkley, and then knowing all of that.

21         Again, as I had come back to a couple of times, I

22   have this paragraph showing that you are not -- it's not

23   withdrawing from the movement or the conspiracy that's been

24   charged, but instead, you are still participating.  I'm

25   referring again to the paragraph 55.

Case 2:19-cr-00758-CJC Document 109-1 Filed 12/20/18 Page 76 of 156 Page ID #:283
Case 2:18-cr-00759-CJC Document 105 Filed 12/14/18 Page 31 of 34 Page ID #:420

31

1        I appreciate what Mr. McNicholas is saying and trying

2   to explain that.  I don't -- I guess I -- within the four

3   corners of the affidavit, I just -- I don't see that as a

4   reasonable description that can somehow make that not of

5   concern to the Court.

6        So for that reason and for those reasons, Mr. Eason,

7   I'm going to order that you be detained and remanded to the

8   custody of the marshals while this case is pending.

9        All right, Mr. McNicholas, do you want to state

10  anything on the record?

11       **MR. McNICHOLAS:**  I will say that the Court has the

12  premise wrong.  It is clearly inaccurate that the group of

13  individuals that did go to Berkley went there to defend

14  speakers, to defend people who were exercising their First

15  Amendment rights.  And when they were being attacked

16  physically, they defended them.

17       However, with that in mind, Mr. Eason never committed

18  a crime.  And even -- the evidence that we've seen so far, so

19  minimum, so transparent, it does not go to the essence of

20  criminal activity.

21       Again, the Rise Above movement is a figment of the

22  Government's imagination, at least regarding Mr. Eason.  I

23  could go on, and on, and on about this.

24       But when you say Mr. Eason never withdrew from the

25  conspiracy, he didn't do anything.  After Berkley, I mean

1    besides one text, where he says, I'm going to get active again,

2    there's nothing.

3            So it really -- there is no justification for holding

4    him in custody pending trial.  It's really too bad.

5            **THE COURT:**  All right.  Does the Government want to

6    put anything else on the record before we --

7            **MR. FITZGERALD:**  Yes, Your Honor.  I want to

8    emphasize, it's not as significant as the post-Charlottesville

9    text is; that is not the only evidence.

10           And in fact, in the complaint itself, shortly after

11   the Berkley melee, the Defendant sent a text message to

12   Mr. Masellis (phonetic) asking if Mr. Masellis' broken hand was

13   strong enough to attend another event at Berkley on April 27th,

14   2017, stating, I'm driving up to deny Antifa, a face-saving

15   (phonetic) victory.

16           And I respectfully submit that they were not talking

17   about planting trees in that exchange.

18           **THE COURT:**  Okay.  All right, thank you.

19           All right, so Mr. McNicholas, I think then what --

20   having now concluded the detention hearing portion, I think we

21   just need to set the date for post indictment arraignment, now

22   that the indictment has been returned.

23           **MR. McNICHOLAS:**  That's fine, Your Honor.

24           **THE COURT:**  And I propose November 9, which is a week

25   from today, at 11:00 a.m.

Case 2:19-cr-00759-CJC  Document 104  Filed 12/20/18  Page 78 of 156  Page ID #:525
Case 2:18-cr-00789-CJC  Document 103-1  Filed 12/14/18  Page 33 of 34  Page ID #:422

33

1          **MR. McNICHOLAS:**  That's fine, Your Honor.

2          **THE COURT:**  All right.

3          All right, Mr. Eason, you're going to be back here in

4    this courtroom a week from today Friday, November 9 at 11:00

5    a.m. for post indictment arraignment, which is when your

6    district judge will be assigned and the Court, whoever is

7    sitting here, will take the not guilty plea and then set dates.

8          All right, anything further, Mr. McNicholas?

9          **MR. McNICHOLAS:**  No, Your Honor.

10         **THE COURT:**  All right.

11         From the Government?

12         **MR. FITZGERALD:**  No, Your Honor.

13         **THE COURT:**  All right.  Thank you.  We're adjourned.

14         **(Proceeding adjourned at 10:54 a.m.)**

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                    December 13, 2018_

TONI HUDSON, TRANSCRIBER

**EXHIBIT 22**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:18-CR-00759-CJC-4 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| AARON EASON, | ) | Tuesday, November 27, 2018 |
| | ) | (1:08 p.m. to 2:25 p.m.) |
| Defendant. | ) | |


DETENTION HEARING


BEFORE THE HONORABLE ROZELLA A. OLIVER,
UNITED STATES MAGISTRATE JUDGE



<u>APPEARANCES</u>:

For The Government:      DAVID T. RYAN, ESQ.
                         GEORGE E PENCE, IV, ESQ.
                         Assistant United States Attorney
                         312 North Spring Street
                         Los Angeles, CA 90012


For The Defendant:       JOHN N. McNICHOLAS, ESQ.
                         McNicholas Law Office, LLC
                         464 Palos Verdes Blvd.
                         Redondo Beach, CA 90277


Court Reporter:          Recorded; CourtSmart

Courtroom Deputy:        Donnamarie Luengo

Transcribed by:          Exceptional Reporting Services, Inc.
                         P.O. Box 18668
                         Corpus Christi, TX 78480-8668
                         361 949-2988


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

1                                    <u>INDEX</u>

2    <u>DEFENSE WITNESS</u>          <u>DIRECT</u>      <u>CROSS</u>      <u>REDIRECT</u>   <u>RECROSS</u>

3    **BRITTNEY WELCH**                **9**         **23**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

| | |
|---|---|
| 1 | **Los Angeles, California; Tuesday, November 27, 2018; 1:08 p.m.** |
| 2 | **(Call to order)** |
| 3 | **THE CLERK:** Calling Case CR-18-759, *United States of* |
| 4 | *America versus Aaron Eason*. Counsel, appearances, please? |
| 5 | **MR. RYAN:** Good afternoon, Your Honor, David Ryan and |
| 6 | George Pence on behalf of the United States. Also at counsel |
| 7 | table is FBI Special Agent Hank Waldheim. |
| 8 | **THE COURT:** Good afternoon. |
| 9 | **MR. McNICHOLAS:** Good afternoon, Your Honor, John |
| 10 | McNicholas appearing on behalf of Aaron Easton who's present in |
| 11 | custody. |
| 12 | **THE COURT:** Good afternoon. Good afternoon, please |
| 13 | be seated. All right, we're here today on, Mr. McNicholas, |
| 14 | your motion for a bail review. And procedurally I thought it |
| 15 | would go to the district judge but it looks like it's been sent |
| 16 | back to me to resolve. |
| 17 | **MR. McNICHOLAS:** Yes, Your Honor. We submitted the |
| 18 | declaration of Brittney Welsh (sic) who is present in court, |
| 19 | and I would actually like her to testify if your -- if the |
| 20 | Court would permit. And I'm also reading the addendum to the |
| 21 | Pretrial Services Report which does state that Walter Eason |
| 22 | would actually be willing to act as a secured surety. So that |
| 23 | could be new information as well. |
| 24 | **THE COURT:** Okay, all right. So I'll take that in -- |
| 25 | for purposes of the new information that's been presented. All |

Case 2:18-cr-00759-CJC Document 109-1 Filed 12/20/18 Page 84 of 156 Page ID #:2591
Case 2:18-cr-00759-CJC Document 105 Filed 12/14/18 Page 4 of 58 Page ID #:2557

4

1   right, and --

2          **MR. McNICHOLAS:**  Additionally, Your Honor, with the -

3   - with Ms. Welsh's (sic) declaration, I submitted Exhibits 9

4   and 10.  After I filed the declaration, the Government did

5   provide me with video recordings and I was able to do

6   screenshots of parts of those that I have provided to the Court

7   as well.  So my exhibit numbers actually trail from the last

8   hearing that we were at and that's why I started --

9          **THE COURT:**  Right.

10          **MR. McNICHOLAS:**  -- with Exhibit 9.

11          **THE COURT:**  Right.  And then so what was handed up to

12  me are color copies at least I pulled down your -- the

13  declaration of Ms. Welsh (sic) at Docket 65 and so I have two

14  exhibits, nine and ten, and then it looks like after that are

15  the additional ones that you just referenced --

16          **MR. McNICHOLAS:**  Right.

17          **THE COURT:**  -- that you made screenshots.

18          **MR. McNICHOLAS:**  And I could describe them to the

19  Court.  Exhibit 11 is intended to show the actual speaker's

20  area from the perspective of the group that Mr. Eason was

21  associated with.  It was a free speech rally.  So Exhibit 11

22  actually shows the area in the background where the speakers

23  were engaged.  So I thought that was significant and that

24  should be shown to the Court.

25          Exhibit 12 is merely a shot of the resistance

Case 2:18-cr-00759-CJC Document 106 Filed 12/14/18 Page 5 of 58 Page ID #:728

5

1  movement, the Antifa crowd, that was there, possessing banners

2  "Trump must go by any means necessary."  I thought that was

3  significant enough to show to the Court as well.

4         Exhibit 13 is four different still screenshots.  The

5  Government has presented exhibits of Mr. Eason using physical

6  force against an individual who appears to be on the ground

7  who's wearing dark clothing.  Exhibit 13 gives the Court

8  perspective on what actually occurred.  Mr. Eason was attacked

9  by that individual.  It's shown by the stills that I have

10  starting with 13-A, I call it, the first page, where the

11  individual is actually taking a swing at Mr. Eason.  Mr. Eason

12  does not punch the man.  He puts his arm up in the air, his

13  hand is in the air to block the punch.  After that, the second

14  shot, the second still, shows the individual trying to tackle

15  Mr. Eason.  He puts his hands around Mr. Eason's waist and the

16  two of them go to the ground.  As you can see by the third

17  photograph, they're going to the ground.  And by the fourth

18  still, Mr. Eason has the man, the man is face down, but he's

19  still holding on to Mr. Eason's legs.  And Mr. Eason then uses

20  his elbow and he uses his fist to get the guy loose.  When the

21  man is loose, Mr. Eason stands up, he returns to where he was

22  before.  That's extremely important because from the evidence

23  I've seen, that is the most significant act of violence that

24  the Government claims Mr. Eason engaged in ever.  So that was

25  important.

Case 2:18-cr-00759-CJC Document 109-6 Filed 12/20/18 Page 86 of 156 Page ID #:2593
Case 2:18-cr-00759-CJC Document 106 Filed 12/14/18 Page 86 of 58 Page ID #:459

6

1            Exhibit 14 is also important because it kind of lays

2    out the positions of the different individuals, the different

3    groups.  As you can see on the first page of Exhibit 14 there's

4    Aaron Eason standing behind what is an orange mesh that was

5    placed by the Berkeley Police Department.  On the other side of

6    the orange mesh, you see in the distance there is Berkeley

7    police officers.  Well that was sort of a no-walk zone.  That

8    was the area that the police were to patrol during the rally.

9    On the other side is -- of the mesh, there's actually another

10    mesh, and you'll see that 14-B, the second page, that is what

11    is on the other side of the mesh.  So you see there's a

12    significant number of individuals dressed in black with their

13    faces covered, and that is what Aaron Eason's looking at,

14    because these pictures were taken simultaneously, Your Honor.

15    The camera was panning one group and then panning the other

16    group.  I was noting what was actually being verbalized, which

17    I will proffer.  I'm not going to play the recordings today but

18    there's an individual singing "The Star Spangled Banner" next

19    to Aaron Eason, and meanwhile the -- you can hear where the

20    Antifa crowd is, their chant is, "Racist, sexist, antigay, Nazi

21    scumbags, go away."  And that was going on pretty much

22    throughout the entire day from that side until actual violence

23    did ring out.  It's also important to note, I just wanted the

24    Court to take notice of who's on the side where -- who's Aaron

25    Eason standing with.  Well, one of the individuals is Brittney

1  Welsh (sic), who I want to testify.  She's right next to him.

2  And then there's other people, various different colors,

3  various different racial backgrounds that are standing in Aaron

4  Eason's group.  And I thought was significant as well.  That's

5  why I attached that.

6           **THE COURT:**  That's Exhibit 14, the --

7           **MR. McNICHOLAS:** Yeah, Exhibit 14, Your Honor.

8           **THE COURT:**  Okay, 14-A.

9           **MR. McNICHOLAS:**  Yes.

10           **THE COURT:**  All right, let me just ask either

11  Mr. Ryan or Mr. Pence, with respect to the exhibits, it sounds

12  like Mr. McNicholas, there's -- obtained them from the

13  discovery that you produced being the Government so I assume

14  there's no objection as to foundation.

15           **MR. RYAN:**  No objection.

16           **THE COURT:**  Okay, all right.  And then we have -- let

17  me -- I'll just ask you to sit down for just a minute,

18  Mr. McNicholas, so we can ascertain how we're going to proceed.

19           And then I have from the Government an exhibit binder

20  which I assume, Mr. Ryan, has already been provided to

21  Mr. McNicholas.

22           **MR. McNICHOLAS:**  I --

23           **THE COURT:**  Or the exhibits, the content.

24           **MR. McNICHOLAS:**  I did receive them by email

25  yesterday.  I don't -- did you give me the book?  I didn't get

Case 2:18-cr-00759-CJC Document 109 Filed 12/20/18 Page 88 of 156 Page ID #:2595
Case 2:18-cr-00759-CJC Document 106 Filed 12/14/18 Page 8 of 58 Page ID #:751

8

```
 1   the book.

 2           THE COURT:  And it looks like they're the same

 3   exhibits as contained in the courtesy copy; is that right, --

 4           MR. RYAN:  Yes, it should --

 5           THE COURT:  -- Mr. Ryan?

 6           MR. RYAN:  -- be file-stamped.

 7           THE COURT:  Okay.

 8           MR. RYAN:  On the top.

 9           THE COURT:  Great.  And does the Government intend to

10   put on a witness?

11           MR. RYAN:  No, Your Honor.

12           THE COURT:  Okay, all right.  So then,

13   Mr. McNicholas, you did indicate that you would like to call a

14   witness; is that Ms. Welsh (sic)?

15           MR. McNICHOLAS:  Yes, Your Honor.

16           THE COURT:  Okay, all right, you may go ahead and do

17   that.  Is she present, Ms. Welsh (sic)?

18           MR. McNICHOLAS:  Yes, she is.

19           THE COURT:  All right.  Good afternoon, Ms. Welsh

20   (sic).  If you could come forward?

21           MS. SPEAKER:  I'm so sorry.

22           THE COURT:  It's all right.  We misdirected you.

23   We're in a --

24           MS. SPEAKER:  We're in a different courtroom.

25           THE COURT:  -- different courtroom from our normal
```

Welch - Direct / By Mr. McNicholas                    9

 1  one.  Sorry about that.

 2          THE CLERK:  Can you stand right there and raise your

 3  right hand?

 4          **BRITTNEY WELCH, DEFENDANT'S WITNESS, SWORN**

 5          THE CLERK:  Thank you.  You can go ahead and have a

 6  seat.  Go ahead and state and spell your name for the record.

 7          THE WITNESS:  Brittney Welch, that's B-R-I-T-T-N-E-Y,

 8  Welch, W-E-L-C-H.

 9          THE COURT:  All right, you may proceed,

10  Mr. McNicholas.

11          MR. McNICHOLAS:  Hello, Ms. Welsh (sic).

12                      DIRECT EXAMINATION

13  BY MR. McNICHOLAS:

14  Q    What is it that you do for a living?

15  A    Right now I'm a caretaker for my father.  He has late-

16  stage cancer.  I am also a fulltime student getting my

17  certification as a respiratory therapist practitioner.

18  Q    And do you live in San Diego County?

19  A    I'm in North County, Oceanside.

20  Q    Do you know Aaron Eason?

21  A    Yes.

22  Q    And how do you know Aaron Eason?

23  A    He attended the rally that I had organized in San Diego

24  called "March For Trump."

25  Q    Okay.  Now, you said you organized a rally in San Diego

Welch - Direct / By Mr. McNicholas                    10

1    called "March For Trump."  What was that about?

2    A    It was the nationwide march that occurred on March 4th,

3    2017.  I had volunteered to organize the location of San Diego.

4    Q    And what was it about Aaron Eason that called for the two

5    of you to meet?

6    A    He showed up.  I had introduced -- I had met a lot of the

7    attendees that had showed up as well.  He volunteered to assist

8    me if I had any troubles, and we exchanged information and we

9    kept in contact and stuff.

10   Q    Do you recall whether the "March For Trump" in San Diego

11   was an organized event?

12   A    Yes.  It was extremely organized.

13   Q    And were there permits requested for that?

14   A    We had permits.  We also had the Embarcadero area.  We had

15   the FBI and the police of the area patrol and, you know, scout

16   the area to make sure that nothing was out of place and made

17   sure that people were safe as well.

18   Q    And were there speakers at that event?

19   A    Not at that -- not in my organized march.  There was a

20   second part to it called "The Spirit Rally," I believe, and

21   there were speakers.

22   Q    Okay.  Now, you say you organized this "March For Trump."

23   Is it because of any political leanings or affiliations that

24   you have?

25   A    I don't have any political leanings.  I never really

1   identified with one.  But I wanted to express my right to show

2   my support for our president.

3   Q    Have you ever heard of a group called the "Rise Above

4   Movement?"

5   A    Not until recently.

6   Q    Like how recently?

7   A    Until this case.

8   Q    So after this case you -- was filed, you heard about it.

9   A    Correct.

10  Q    Do you know who told you about it?

11  A    It was you.  You did.

12  Q    Okay.  And that was obviously after I was appointed to be

13  Mr. Eason's attorney.

14  A    Correct.

15  Q    So at the San Diego march, was there anything unusual that

16  happened between different groups of people that was noticeable

17  to you?

18  A    Our march -- the march was pretty peaceful.  There was no

19  altercations whatsoever.  Now, at the spirit rally afterwards

20  there were some extreme groups there.  There was like a handful

21  of Antifas.

22  Q    Okay, now you mentioned a spirit rally, where was the

23  spirit rally?

24  A    That was held by the Bay, right behind the convention

25  center.

Welch - Direct / By Mr. McNicholas                    12

1   Q    And were you there for that?

2   A    I attended after the march ended.

3   Q    Was Aaron Eason there?

4   A    I believe so.

5   Q    Now, you said some Antifa were present at the spirit

6   rally.  How do you know what Antifa is?

7   A    Just from what they look like online, their presence in

8   the media of -- I've known what Antifa was from what the media

9   have, you know, shown on TV, their violence presence of

10  attacking people at different events.

11  Q    So did any attacks occur at San Diego?

12  A    No attacks occurred at San Diego.  I made sure that there

13  was police and the authorities involved to make sure people

14  were safe.

15  Q    All right.  After you organized the San Diego event, did

16  you go on to assist with any other events?

17  A    I provided my support for the Berkeley free speech rally.

18  Q    And that was on April 15, 2017, correct?

19  A    Yes, sir.

20  Q    Now, before that, I believe it was in March, not too long

21  after your San Diego "March For Trump," there was an event in

22  Huntington Beach; did you know about that?

23  A    Yes, I did.

24  Q    And were you part of that group?

25  A    No, I was not.

Welch - Direct / By Mr. McNicholas                    13

1  Q    Were you -- did you have any communications with anybody

2  that was actually in Huntington Beach?

3  A    Yes, I did.

4  Q    And who was that?

5  A    With Aaron.

6  Q    And what was -- what were your communications involving?

7  A    He just asked if I was going to be there.

8  Q    Okay.  The -- your involvement in the San Diego event was

9  related to what you said was a national movement, correct?

10 A    Correct, a totally grassroot national movement.

11 Q    And in fact wasn't there a group based out of Berkeley

12 that was also organizing an event on that same day?

13 A    Correct.  It was the Berkeley's location of the "March For

14 Trump."

15 Q    And do you know who organized that event?

16 A    Rich Black.

17 Q    So Rich Black was the organizer of the "March For Trump."

18 Did Rich Black then organize the April 15th event?

19 A    Yes, he did.

20 Q    Did -- and did Rich Black ask you to assist him at the

21 April 15th event?

22 A    He did.

23 Q    And what did he ask you to do?

24 A    He asked if I could try to invite people, see if there was

25 anyone that -- any supporters from my event would be willing to

Welch - Direct / By Mr. McNicholas                              14

1   go show up because, you know, more power in numbers.

2   Q    Did you contact Aaron Eason based upon that?

3   A    I did let Aaron know that I was thinking about going to

4   Berkeley because it was being promoted on Facebook.  I asked if

5   he would like to volunteer and come along and he -- yes.

6   Q    And what was the purpose of asking Aaron to come along?

7   A    To help with the event, to help protect some of the

8   attendees from getting attacked.

9   Q    And why was there an actual threat of attendees being

10  injured or hurt?

11  A    Because that is precisely what Antifa did at the "March

12  For Trump" rally on March 4th, 2017.  They also threatened Rich

13  Black directly and the other attendees that were there.

14  Q    Did you actually witness Antifa attacking attendees of the

15  San Diego event?

16  A    The San Diego event I did not witness it.  I did receive

17  threats online that they were going to try to attack the

18  attendees.

19  Q    And you were also familiar with what happened with Milo

20  Yiannopoulus --

21  A    Yes.

22  Q    -- at Berkeley?

23  A    Yes.

24  Q    And you are also familiar with Ben Shapiro's event being

25  canceled.

Welch - Direct / By Mr. McNicholas                              15

1    A    Correct.

2    Q    So what -- did Rich Black actually voice his concerns to

3    you that he thought that people were in danger if there was not

4    some sort of a presence at the Berkeley event in order to

5    protect the speakers?

6    A    Yes.

7    Q    So did he ask you to recruit these people?

8    A    No.  He just asked if I could just invite more people

9    because he felt that if there weren't as many people, then

10   there won't be -- then they would be outnumbered by Antifa.

11   Q    So you told Aaron Eason about the event, correct?

12   A    I told him about the event and I asked if he could see if

13   he can reach out to any friends, any people that he met at the

14   rally.  I reached out to a bunch of people at the rally if they

15   would like to go to the Berkeley event.

16   Q    Now, Rich Black also said that he would reimburse for

17   travel expenses and hotels, correct?

18   A    Correct.  He said he would reimburse if I were to bring a

19   group of people, however many, just as long as we had people to

20   provide as a deterrent or protection.

21   Q    So did in fact everybody get reimbursed for their expenses

22   to come?

23   A    No.

24   Q    Okay.  Including who?

25   A    Me.

1   Q    So you were out-of-pocket --

2   A    Yes.

3   Q    -- for what?  What expenses did you have to pay for?

4   A    Probably altogether for the hotel it was like 1,500.

5   Q    Did you pay for Aaron's hotel room?

6   A    Yes.

7   Q    When the event at Berkeley took place on April 15th, do

8   you recall approximately what time of the morning you arrived

9   at that location?

10  A    I'm going to say it was around 8:00 a.m., 7:00 a.m., 8:00

11  a.m.

12  Q    And what was going on when you arrived?

13  A    A lot of the people were just standing around.  There was

14  hardly any attendees there at first.  There was no PD, there

15  was no orange mesh.

16  Q    So it was a small crowd.

17  A    Small crowd.

18  Q    What time did the speaker start speaking?

19  A    It's hard to say.  I want to say maybe around 10:00 a.m.

20  Q    And then I've submitted an exhibit which you've already

21  seen earlier today and it was marked as Exhibit 11, but it

22  shows the area where the speakers were; you recall seeking that

23  exhibit?

24  A    Yes.

25  Q    And what was the sound system like that the speakers had?

Welch - Direct / By Mr. McNicholas                    17

1   A    They had a couple speakers, stereos, and a microphone.

2   Q    Do you recall a time where Antifa started flooding the

3   park?

4   A    Yes.

5   Q    And was that -- do you recall approximately what time that

6   was?

7   A    It had to have been around 9:00 a.m., --

8   Q    When the --

9   A    -- 8:30, 9:00 a.m.

10  Q    -- Antifa people came, did they bring their own sound

11  systems?

12  A    They did.  A lot of them had stereos.  Yes, they did.

13  Q    When Antifa people arrived, could you even hear the

14  speakers that were with your group?

15  A    No, not really.  They had blowhorns.

16  Q    And of course they were chanting as well.

17  A    They were chanting.  They had rap music cranked up really

18  loud.

19  Q    Was there a time where you observed Antifa people with

20  weapons?

21  A    Yes.

22  Q    And what did you observe from the Antifa side?

23  A    I saw sticks, not sticks but like wooden poles, some metal

24  poles, bats, bottles, big rocks, bricks.

25  Q    Were they being thrown?

Welch - Direct / By Mr. McNicholas                    18

1  A    They weren't being thrown but you can just -- they had

2  them in the grass area with them.

3  Q    Were there any explosive devices that you witnessed?

4  A    Yes.

5  Q    And when -- did you actually see explosive devices

6  ignited?

7  A    Yes.

8  Q    And were any of them from your side of the mesh?

9  A    They were being thrown in from the Antifa side onto my

10 side of the mesh.

11 Q    Do you recall a point in the day where the event really

12 got out of control and it looked like there were fights

13 breaking out?

14 A    Yes.

15 Q    What was -- from your perspective, what did you observe?

16 A    I observed Antifa, the Antifa side, they were reaching

17 over, you know, threatening to hit people.  And then it got to

18 the point where they started initially throwing things, M80's,

19 they were throwing them.  They started exploding by my feet and

20 by my head.  They started throwing more.  And then they tried

21 to go around the barrier and through the sides of the park to

22 where the speakers were.

23 Q    Did any of the Antifa people make it to the other side

24 where the speakers were?

25 A    Some of them tried and what ended up happening was a lot

Welch - Direct / By Mr. McNicholas                    19

1   of the speakers -- or not the actual speakers but the

2   attendees, some of the attendees were pushing them out onto the

3   street.

4   Q    Did you see a point where basically most of the people

5   ended up in the streets and out of the park?

6   A    Yes.

7   Q    Were you part of that group that left the park?

8   A    I tried to stay as near to the stage as possible.

9   Q    And why was that?

10  A    To help the attendees that were getting hurt.

11  Q    So there were attendees being hurt.

12  A    Yes.

13  Q    People that were there to attend the free speech rally.

14  A    Yes.

15  Q    Were any of those Antifa members or were there -- were the

16  victims associated with your group?

17  A    All of the victims were the attendees that were there for

18  the event.

19  Q    And when you say that, --

20  A    For the rally.

21  Q    -- because the Government has a different perspective on

22  what attendees are, when you say "attendees," are you talking

23  about Antifa protestors or are you talking about people that

24  were there to support the free speech movement.

25  A    People that were there to support the free speech movement

Welch - Direct / By Mr. McNicholas                    20

1   were the ones that were getting hurt.

2   Q    And what kind of injuries did you witness?

3   A    People had gashes on their faces.  A lot of pepper sprays,

4   a lot of people, like older people, younger people, they

5   couldn't walk, couldn't see.  We had to drag them behind the

6   stage because that was the only safe area.  Some of the people,

7   some of the attendees, if they tried to push Antifa away, were

8   getting dragged out into the street into the crowd of Antifa to

9   get beat up and thrown back.  So it was pretty scary, it was

10  pretty hectic.

11  Q    How much contact did you have with Aaron Eason that day?

12  A    I tried to keep in contact with him as much as possible.

13  Like I kept -- you know, if I saw someone that knew him or if I

14  saw him, I just made sure he was okay.  So as much as possible

15  to make sure he was okay.

16  Q    Did you have any belief that Mr. Eason was actually part

17  of some kind of White supremacist group when he came to assist

18  you that day?

19  A    Not at all.

20  Q    Now, the Government is -- has screenshots of Mr. Eason

21  engaging in a fight; you're aware of that, right?

22  A    Correct.

23  Q    You never witnessed Mr. Eason in actual physical

24  altercations, though, right?

25  A    Never.

1   Q    As far as the color of the shirts, was there an agreement

2   as to what color Mr. Eason would wear or what color you would

3   wear while you were there?

4   A    We were all to wear light gray.

5   Q    And the reason was what?

6   A    To be able to distinguish ourselves in case we got lost in

7   the chaos.

8   Q    Right.  And of course Antifa was mostly in black.

9   A    They were all in black so we wanted to make sure that we

10  were able to distinguish ourselves from them.

11  Q    Now, some of these individuals on your side were also

12  wearing masks; you recall that?

13  A    Yes.

14  Q    And did you know those people?

15  A    No.  Not personally.

16  Q    Not personally.  Did you know whether they were affiliated

17  with Mr. Eason in any kind of organizations?

18  A    No.

19  Q    Now, you got to know Aaron Eason pretty well, correct?

20  A    Correct.

21  Q    And you saw him outside of these rallies, didn't you?

22  A    Correct.

23  Q    How many times do you think you saw Mr. Eason outside of

24  these political events?

25  A    Maybe ten times.

Welch - Direct / By Mr. McNicholas                    22

1   Q    And in the ten times that you saw Mr. Eason outside of

2   these political events, were you able to gauge in your mind

3   whether Mr. Eason was a responsible individual will actually

4   show up for court if he were asked to do so?

5   A    Absolutely.

6   Q    Was Mr. Eason working or was he engaged in any other

7   activities that you knew of at the time?

8   A    Every time I would ask Aaron what he was doing, he was

9   either working, looking for work, or he was spending time with

10  his daughter.

11  Q    Did you ever see anything regarding Mr. Eason that would

12  make you believe that he was dangerous?

13  A    Not at all.

14  Q    So you wouldn't think that he's a threat to the community

15  if he were to be released.

16  A    Oh, no, not at all.  He's too responsible.

17  Q    Did anyone on your side of the mesh at any of the events

18  you were involved with or -- I mean on your side of the mesh or

19  involved with your groups at either San Diego or in Berkeley,

20  did any of them ever possess weapons that you saw?

21  A    Never.

22  Q    There were allegations that Mr. Eason actually wore a

23  mask; did you ever see Mr. Eason with a mask?

24  A    Never.  Everyone knew not to wear masks because, you know,

25  we had nothing to hide.

1   Q    And did you ever see Mr. Eason put tape on his hands?

2   A    Never.

3   Q    And did you ever see Mr. Eason hold sticks or talk about

4   sticks or anything like that?

5   A    Never.

6   Q    In fact, the whole idea of Mr. Eason's presence was just

7   to protect the people that were speaking, correct?

8   A    Absolutely.

9           **MR. McNICHOLAS:**  Thank you, I have nothing further.

10          **THE COURT:**  All right, thank you very much.  Cross

11  examination?

12          **MR. RYAN:**  Thank you.

13      **(Mr. Ryan/Mr. Speaker confer)**

14          **MR. RYAN:**  Your Honor, may I approach with the

15  exhibit binder?

16          **THE COURT:**  Yes, yes.

17      **(Pause)**

18          **MR. RYAN:**  Good afternoon, Ms. Welsh (sic).

19          **THE WITNESS:**  Hello.

20                      **CROSS EXAMINATION**

21  **BY MR. RYAN:**

22  Q    In your declaration and I believe just now, you wrote that

23  you were not familiar with RAM, or the "Rise Above Movement" in

24  2017, correct?

25  A    Correct.

Welch - Cross / By Mr. Ryan                          24

1   Q    You're not a part of the "Rise Above Movement" or RAM?

2   A    No.

3   Q    You never attended any RAM boxing training sessions or

4   mixed martial arts training sessions.

5   A    No.

6   Q    Did you -- you didn't communicate with RAM leaders Ben

7   Daily or Robert Rundo about who was involved in RAM.

8   A    Not at all.

9   Q    Or about what RAM's goals were or ideology.

10  A    No.

11  Q    If you can, take a look in the binder in front of you in

12  Exhibit 4, it's one of the last tabs there.  It has three

13  pages.  If you can look at Exhibit 1, do you recognize anyone

14  in that photograph?

15  A    Okay, yes.

16  Q    Who do you recognize?

17  A    That is Aaron.

18  Q    Is that the Defendant, Mr. Eason, inside of the red circle

19  there?

20  A    Yes.

21  Q    Do you recognize anyone else in that photograph?

22  A    No.  I can't really tell.

23  Q    Okay, if you can turn to page two, please; do you

24  recognize anyone in that photograph?

25  A    I'm assuming that's another picture of Aaron.

1   Q    Do you recognize anyone else in the photograph?

2   A    No.

3   Q    And then if you can turn to page three, do you recognize

4   anyone in that photograph?

5   A    Aaron and Ben Daily.

6   Q    Is that Ben Daily with the sunglasses in the front middle

7   standing up?

8   A    Yes.

9   Q    How do you know Ben Daily?

10  A    He attended my "March For Trump" rally.

11  Q    In San Diego?

12  A    Correct.

13  Q    Did you ever see Mr. Daily after that event?

14  A    Yes.

15  Q    Where did you see him?

16  A    At the Berkeley --

17  Q    Event?

18  A    Yes.

19  Q    Did you ever see Mr. Daily on any other occasions?

20  A    Yes.

21  Q    What occasions are those?

22  A    He -- a few months ago he paid me some cash because he

23  felt bad about me not getting reimbursed for the Berkeley

24  event.

25  Q    Did you ever talk with Mr. Daily about the "Rise Above

1   Movement?"

2   A    Not -- I wasn't aware about the "Rise Above Movement."  I

3   knew that he had a group of friends that, you know, he hung out

4   with.  But I wasn't aware that he had a movement.

5   Q    Okay.

6   A    I just, you know, I knew he had a group of friends that,

7   you know, he went to AA meetings with.

8   Q    Okay.  And you testified that you asked Mr. Eason to go to

9   Berkeley, and in your declaration you wrote you asked him to go

10  there and to "invite friends to assist in protecting speakers

11  and innocent bystanders from violent attacks."  Do you recall

12  that?

13  A    Correct.

14  Q    Did you know that Mr. Eason was inviting people associated

15  with the "Rise Above Movement" to the event?

16  A    No.

17  Q    You said that at the event, everyone knew -- I believe

18  your testimony was everyone knew not to wear masks.

19  A    Correct.

20  Q    Did you see the people standing around Mr. Eason at the

21  event wearing masks with skeleton or skull designs on their

22  faces?

23  A    I did see a few people.  I did see a couple people wearing

24  masks.

25  Q    Yes.  One of them was Mr. Daily.  Or if you know.

1   A    When I saw him at the event, I didn't see him wearing a

2   mask.

3   Q    Okay.  You didn't follow RAM social media accounts or

4   Twitter or Instagram.

5   A    No.

6   Q    You didn't see RAM describe itself on Twitter as:  "The

7   only alt-right crew that actually beats Antifa senseless and

8   wins rallies."

9   A    No.  I've never seen that.

10  Q    If you can look at page four, there's a tab called

11  "complaint."  It's towards the front of the binder.  If you

12  can, look at page four.  Just let me know when you're there.

13  A    Okay.  Okay, I'm there.

14  Q    You don't recall ever seeing these posts on any social

15  media accounts.

16  A    On page four?

17  Q    Page four of the complaint which should be the first tab,

18  the two pictures at the bottom, one of which says:  "White

19  unity" and the other says:  "R-A-M" with people with the skull

20  masks.

21  A    No, I've never seen this and I've never seen these

22  pictures before.

23  Q    And so you didn't know that Ben Daily's group was a group

24  that promoted White unity.

25  A    Correct.

Welch - Cross / By Mr. Ryan                                28

1   Q    You never saw Ben Daily or Mr. Eason or the friends that

2   he went to Berkeley or San Diego with, you never saw them with

3   tattoos or sculptures or social media posts promoting Adolph

4   Hitler or Nazi ideology.

5   A    I've never seen that.

6   Q    And you were not at the Huntington Beach event on March

7   25th, 2017, correct?

8   A    Correct.

9   Q    You were not at this -- in an event in San Bernardino on

10  June 10, 2017.

11  A    Correct.

12  Q    At Huntington Beach, you didn't see Mr. Eason and several

13  others pursue or assault protestors.

14  A    Not at all.

15  Q    And at San Bernardino, you didn't see Mr. Eason and

16  several others chase protestors and smash their car windows.

17  A    No.

18  Q    And regarding Berkeley, before Berkeley, did you know that

19  Mr. Eason -- whether he was organizing hand-to-hand and

20  formation fighting training with RAM members?

21  A    No.

22  Q    And at the Berkeley event, when you were there, you didn't

23  see Mr. Eason assault anyone.

24  A    Not at all.

25  Q    You didn't see the friends that Mr. Eason came with

1   assault anyone.

2   A    No.

3   Q    If you can, please look at Exhibit 1, pages five and six.

4   Is it correct that you didn't see this incident when it

5   happened?

6   A    I just saw this picture today.

7   Q    Okay.

8   A    During this event, like when this was actually happening,

9   I wasn't in the area.

10  Q    Okay.  If you can, look at Exhibit 2, pages one and two,

11  and focusing on the portion inside the red circle there, did

12  you see that incident when it happened?

13         MR. McNICHOLAS:  Objection, asked and answered.

14         THE COURT:  Overruled.

15  A    I don't remember.  I don't think so.

16  Q    Okay.

17         THE COURT:  Which -- are you on Exhibit 2, Mr. Ryan?

18         MR. RYAN:  Exhibit 2, pages one and two.

19  A    No.

20  Q    Okay.  And if you can return to Exhibit 1, page one, is it

21  correct that this depicts the orange barrier that you were

22  testifying about earlier?

23  A    Yes.

24  Q    And your group would be on the left side of this picture.

25  A    Yes.

1   Q    And if you can, turn to page two; do you recognize the

2   individual there inside the red circle?

3   A    Yes.

4   Q    Who is that?

5   A    That's Aaron Eason.

6        **(Pause)**

7             **MR. RYAN:**  One moment.

8   Q    If you can, turn to the indictment tab, page 11.  It's the

9   second tab.  You'll see at the bottom, overt act number 47.  It

10  continues on to page 12.

11  A    Okay.

12  Q    Where it says:  "Maybe if there is enough time, could

13  mention Berkeley, how we were the first guys to jump over the

14  barrier and engage and how that had a huge impact."  Did you

15  see that the men with the skull masks and Mr. Eason were the

16  "first guys to jump over the barrier and engage and how that

17  had a huge impact?"

18  A    I'm not sure who was the first to run over the barrier.

19  All I know is that there was an altercation, there was a fight.

20  I saw people on the ground.  And that's when people all started

21  rushing in over the barrier to fight.

22  Q    And that fight that you saw, was that on your side of the

23  orange barrier or on the other side of the orange barrier?

24  A    It started on our side and then it moved over to the

25  Antifa side.

Welch - Cross / By Mr. Ryan                                    31

1   Q    Okay.  At the event in San Diego or Berkeley, did you see

2   Mr. Eason and the people he was with gathered around a sign

3   that said:  "Da Goyim Know?"

4   A    At the San Diego --

5          MR. McNICHOLAS:  Your Honor, I'm going to object.

6   The crime charged here is inciting a riot.  This is totally

7   irrelevant.

8          THE COURT:  Overruled.  You may proceed.

9          MR. RYAN:  Would you like me to repeat the question?

10  A    In San Diego?

11  Q    In San Diego or in Berkeley.

12  A    No.

13  Q    In neither event.

14  A    I think I saw -- no, I don't remember seeing any of those

15  signs at those events.

16  Q    Did you ever hear Mr. Eason or the people he was with use

17  the phrase, "Da Goyim Know?"

18  A    No.

19          MR. McNICHOLAS:  Objection, Your Honor, irrelevant.

20  I don't think there was any allegation regarding anti-Jewish

21  bias at these rallies.

22          THE COURT:  All right, you can answer with respect to

23  Mr. Eason, and I think the answer was "no."

24  //

25  //

Welch - Cross / By Mr. Ryan                                    32

1   **BY MR. RYAN:**

2   Q    Did you ever hear Mr. Eason or his -- or the friends that

3   he invited to Berkeley refer to the event as a "total Aryan

4   victory?"

5   A    No.

6   Q    Did you ever hear them refer to RAM and their -- the goals

7   of RAM as White nationals?

8        **MR. McNICHOLAS:**  Your Honor, I'm going to object

9   again --

10  A    No.

11       **MR. McNICHOLAS:**  -- because he keeps referring to

12  "them."  And I believe this is Aaron Eason's hearing and not

13  Mr. Rundo's hearing or anybody else's hearing.  It's

14  Mr. Eason's hearing.

15       **THE COURT:**  All right, if you could, rephrase.  I'm

16  going to sustain the objection.

17  **BY MR. RYAN:**

18  Q    So, did you ever hear Mr. Eason refer to white

19  nationalism, refer to RAM, as white nationalist?

20  A    No.

21  Q    If you can look at Exhibit 5, page 1 --

22       **MR. McNICHOLAS:**  Your Honor, again, I'm going to

23  object to this line of questioning.  It's irrelevant.  Whether

24  Mr. Eason is anti-Semitic has nothing to do with whether he's a

25  danger to the community or is a flight risk.  And we're going

33

1    way off with this line of questioning.

2            THE COURT:  I guess my first comment is, my binder

3    doesn't have Exhibit 5.

4            MR. RYAN:  All right.  It should have a tab that says

5    Exhibit 5, and that --

6            THE COURT:  Oh, it does --

7            MR. RYAN:  -- okay.

8            THE COURT:  -- but there's nothing behind it.

9            MR. RYAN:  Is the cover sheet?

10           THE COURT:  So --

11           MR. RYAN:  Well, why don't you take my binder?

12           THE COURT: -- I wonder if that's --

13           MR. RYAN:  Take my binder, there.

14           MR. PENCE:  Your Honor, may we approach with a new

15   binder for?

16           THE COURT:  Thank you.  Maybe, okay, all right.

17           MR. RYAN:  I'm happy to address the objection if Your

18   Honor would like.

19           THE COURT:  I do, I'm inclined to sustain it because

20   I don't see how this goes to the issue of danger or what's been

21   charged.

22           MR. RYAN:  Certainly, Your Honor.  So, as the court

23   previously ordered defendant detained, primarily due to danger

24   to the community.  As the court noted, the allegations set

25   forth, the defendant's association with an extremist, white

34

1    supremacist organization that violently attacked people.  And

2    then used footage of those attacks along with repeatedly

3    racist, anti-Semitic, and Neo-Nazi messages to recruit more

4    members.  I think, at that detention hearing as well as for the

5    other defendants in the case, and in the complaint and the

6    indictment, the ideology of the organization is relevant both

7    to the underlying charges, but also with respect to danger.

8    Because the allegations are not that these were random acts of

9    violence people happened to get into a fight, but that this was

10   an organization, a conspiracy, it's charged a conspiracy, that

11   this was an organization that existed to further its white

12   supremacy, extremist ideology.

13          And so, that makes its activities and its members

14   more dangerous than those who might have on one occasion or

15   another happen to get into a fight.  The white supremacist

16   nature of the organization is set forth in numerous of the

17   overt acts, numerous paragraphs of the complaint.  It was the

18   organizing principle for the organization.

19          **THE COURT:**  I guess --

20          **MR. McNICHOLAS:**  And Your Honor, it's a 411 argument

21   as well.  If in fact, the government insists on attacking

22   individuals for their viewpoint, perhaps they should go after a

23   white supremacist organization in a RICO prosecution, but not

24   in this case.  Because they're using prejudice to keep these

25   individuals tied up in court on a very minor charge compared to

35

1    what we normally see in federal court, where they're looking at

2    maybe a year in jail if they're convicted.  Yet, we have this

3    huge attempt to inflame the court by throwing things in here

4    that are completely irrelevant to what they're charged with.

5         **THE COURT:**  Mr. Ryan, I guess my concern with this

6    line of questioning though, is that Ms. Welsh, Welch excuse me,

7    has already said that she doesn't testify that she was not

8    familiar with Mr. Eason's association with RAM or any other

9    organization.  So, unless you think, have reason to think that

10   she's going to say, yes, she has seen or discussed, somehow has

11   personal knowledge with respect to Exhibit 5 --

12        **MR. RYAN:**  My anticipation would be that she had not

13   based on her prior testimony, and that's what I wanted to

14   confirm.  But, happy to move on, Your Honor, if you'd prefer.

15        **THE COURT:**  Okay.  Thank you.

16        **MR. RYAN:**  Okay.

17        **THE COURT:**  So, I'll go ahead and sustain the

18   objection.

19        **(Pause)**

20        **MR. RYAN:**  No further questions, Your Honor.  Thank

21   you very much.

22        **THE COURT:**  Okay.  Any re-direct, Mr. McNicholas.

23        **MR. McNICHOLAS:**  No, Your Honor.

24        **THE COURT:**  All right.  I just have a couple of

25   questions, Ms. Welch.  How long have you known Mr. Eason?

36

1        THE WITNESS:  Since the 2017 march.  March 4th.

2        THE COURT:  That's the San Diego?

3        THE WITNESS:  Yes.

4        THE COURT:  Okay.

5        THE WITNESS:  Yes, Your Honor.

6        THE COURT:  And how would you describe your

7   relationship with Mr. Eason?

8        THE WITNESS:  We're friendly.  He was very smart,

9   intelligent, and he helped me with coming up with ideas and

10  gathering people to support the Berkeley event.

11       THE COURT:  Okay.  And, you mentioned that, for as

12  part of the San Diego event, is it you were one of the

13  organizers or an, the organizer?

14       THE WITNESS:  Yes.

15       THE COURT:  Okay.

16       THE WITNESS:  The, the March for Trump started, I

17  think, the first march was going to be in D.C. or something.

18  And, what ended up happening, a lot of other states wanted to

19  hold their own march, a lot of other towns.  And so, people

20  elected to hold their own.  I inquired about the San Diego, if

21  there was going to be one in California.

22       THE COURT:  Uh-huh.

23       THE WITNESS:  I heard there was one happening in

24  Berkeley, and I decided that was too far.  And, someone reached

25  out to me and said that there's no one organizing one for San

37

1    Diego, that if I wanted to, I could organize that one.

2            THE COURT:  Okay.

3            THE WITNESS:  For the location.

4            THE COURT:  And you were asked questions by

5    Mr. McNicholas about, or said something to the effect of, it

6    was a peaceful march.  And you mentioned that you had

7    coordinated with law enforcement, and perhaps the FBI --

8            THE WITNESS:  Correct.

9            THE COURT:  -- to ensure that, is that?  With respect

10   -- and then you were later asked to help in some capacity with

11   Berkeley?

12           THE WITNESS:  Uh-huh.

13           THE COURT:  Did you undertake, was there similar

14   efforts with respect to outreach to law enforcement?

15           THE WITNESS:  For Berkeley --

16           THE COURT:  Yes.

17           THE WITNESS:  -- no.  The main organizer, Rich Black,

18   who organized with David Fatta (Phonetic), they said they had

19   it under control and they already had permits and Berkeley

20   Police.  They quoted, Berkeley Police is all over it.  That

21   they're going to be there to protect, and it's not going to be

22   anything like the first event that happened at Berkeley.  And

23   so, I was like, okay.  But they did ask if I could bring more

24   supporters in.  Just to help with protecting the attendees.

25           THE COURT:  Okay.  So, supporters, okay.

Case 2:18-cv-00759-JC  Document 109-1  Filed 12/20/18  Page 118 of 156  Page ID #:625
Case 2:16-cv-00759-CJC  Document 106  Filed 12/14/18  Page 38 of 58  Page ID #:469

38

1       THE WITNESS:  Uh-huh.

2       THE COURT:  And then, last question I think, so you

3  were shown pictures where it appears that Mr. Eason is, has

4  some physical contact with other individuals.  I just wanted to

5  clarify, is it your testimony that you weren't there at that

6  moment?  That you weren't around Mr. Eason when that, when

7  those events unfolded.

8       THE WITNESS:  Yeah.  I was near the area, by you

9  know, of being shorter than a lot of the people I was kind of

10  far enough to where I wouldn't get hurt.  Because there were

11  firecrackers and M-80s going off at the same time.

12      THE COURT:  Okay.  So, you didn't, I guess what I'm

13  trying to get at is, were you there as Mr. Eason had this

14  contact that we see depicted in the pictures?  You weren't?

15  Okay.  All right.

16      I don't have anything else.  Mr. McNicholas, do you

17  want to ask anything in follow up to what I asked?

18      MR. McNICHOLAS:  No, Your Honor.

19      THE COURT:  Oh, okay.  All right, Mr. Ryan?

20      MR. RYAN:  No, Your Honor.  Thank you.

21      THE COURT:  Okay.  Thank you so much, Ms. Welch, for

22  coming down.

23      THE WITNESS:  Okay, thank you.  Thank you, Your

24  Honor.

25      THE COURT:  Thank you.

Case 2:18-cr-00759-JC Document 109-1 Filed 12/20/18 Page 119 of 156 Page ID #:626
Case 2:18-cr-00759-JC Document 106 Filed 12/14/18 Page 39 of 58 Page ID #:462

39

1      **(Witness steps down)**

2          **THE COURT:** Okay. Anything else Mr. McNicholas,

3   before we turn to argument?

4          **MR. McNICHOLAS:** No, Your Honor. I'm ready to argue.

5          **THE COURT:** Okay. All right. And I, the government,

6   nothing from the government?

7          **MR. RYAN:** No, Your Honor.

8          **THE COURT:** Okay. Then Mr. McNicholas, why don't you

9   begin please.

10          **MR. McNICHOLAS:** Your Honor, and I'm trying to stress

11   the least significant aspect of this hearing, is the facts of

12   the case. However, even the government's exhibits where they

13   show Aaron Eason squaring off in kind of a fight stance,

14   there's about fifty black clad individuals running towards him

15   in that photograph. One against fifty. He's wearing a light

16   colored shirt, so he can be noticed because he thinks he's on

17   the good side. He's actually there to defend, not to attack.

18          It's also important, the government showed the stills

19   of Aaron Eason with his arms swinging in a punch, but the

20   government did not show the full picture. The government is

21   hiding the truth, which is shown in our Exhibit 13, starting

22   with 13A, the first page. That kid comes right at him,

23   swinging at Aaron. Aaron Eason is not punching him. He's

24   holding his arm up to block the guy's punch. Then, on the

25   second page, the individual's actually tackling Aaron Eason.

40

1    Okay? So he's got, he's being tackled. They go all the way to

2    the ground, and it's not until the ground, the guy's still

3    holding onto Aaron Eason's legs. And Aaron Eason's surrounded

4    by a hundred people in black garb with masks on, and this guy's

5    got him by the legs. He's doing whatever he can to free

6    himself. That's what he is doing in that video. He's not

7    doing anything else. Once he's free, he stands up, he stand

8    guard, and he goes back to his station. The government wants

9    you to believe something totally different than what actually

10   occurred.

11          So, with that in mind, Your Honor, that's what Aaron

12   Eason did. Aaron Eason went to a couple training sessions, he

13   did have some dealings with some of these people that were

14   there. He was never, and the government can't prove this, he

15   was never associated with the Rise Above Movement. They have

16   no evidence, except for him showing up and going to a boxing,

17   training, in the park, in a public location which almost

18   everybody in this courtroom probably has done at one point in

19   their lives, at least recently. Because it's very popular

20   nowadays to do kickboxing, sparring, martial arts, and all that

21   sort of thing, especially with the millennial crowd.

22          So, there's no doubt he was there, there's no doubt

23   that he trained, but this whole thing about going to that extra

24   step, the government has the evidence. The evidence that I've

25   seen in this case has video, and Aaron Eason's not part of any

Case 2:18-cr-00759-JC   Document 109-1   Filed 12/20/18   Page 121 of 156   Page ID #:628
Case 2:18-cr-00759-JC   Document 106   Filed 12/14/18   Page 41 of 58   Page ID #:464

41

1    of the Rise Above Movement video in any way, shape, or form,

2    because he's not part of that group.

3           For the court's just education, I do intend to

4    request severance, because Mr. Eason's not affiliated with that

5    group.  I also intend to file a motion to dismiss, because I

6    believe that the government has misrepresented the facts to the

7    grand jury in getting this indictment.  Because, virtually

8    every word of the first ten paragraphs of the indictment is

9    false.  So, we will be attacking that.

10          But, just going to the, assuming, assuming he was

11   there to fight people that one day, he has a lifetime of no

12   crime.  A lifetime of no violence.  There's a woman who stood

13   up here and said, that's not her experience with Aaron Eason,

14   is he's not a danger.  Her experience with Aaron Eason, he's

15   not a flight risk.  We have his father and his sister here in

16   the courtroom, and his brother, people that know him the best

17   are willing to put their lives on the line in order to sign for

18   Mr. Eason and put up a bond in order, because they believe he's

19   not a flight risk.  They believe he's going to come to court

20   and they believe he's not going to threaten anybody.  Mr. Eason

21   has zero ties with any white nationalist groups.

22          And once again, I want to go back to Mr. Laube.

23   Mr. Laube plead guilty.  He's guideline a level, which if

24   Mr. Eason had the same plea agreement, it would be nine to

25   thirteen months imprisonment for that charge.  Nine to thirteen

Case 2:18-cr-00759-JC   Document 109-1   Filed 12/20/18   Page 122 of 156   Page ID #:629
Case 2:18-cr-00759-JC   Document 106   Filed 12/14/18   Page 42 of 58   Page ID #:465

42

1    months.

2         I also worked on the ICDA Panel in L.A. Superior

3    Court, and I don't know if the court is aware, but just

4    recently there's been a massive bail reform to make the state

5    system more like the federal system, in that people are

6    basically being held to a bail schedule that was impossible and

7    did not fit the crimes.  And defendants in L.A. Superior Court

8    were being forced to enter guilty pleas simply because by the

9    time their cases got to trial, they were long past time served,

10   and the only reason why the plead guilty, was so they would get

11   out of jail.  And this is looking like this would be one of

12   those situations, Your Honor.  And it shouldn't be that way.

13   There is not enough at stake, regarding the current charges

14   that Mr. Eason would have any interest at all not to come to

15   court and if convicted, to serve his sentence accordingly.  So,

16   I wanted to make that point as well.

17        Again, the facts speak for themselves.  The

18   aggregating factors, he was filmed in a physical altercation,

19   he had bright colors, he went to a few training sessions.  The

20   points in mitigation, no weapons, no tape, no masks, no

21   membership in RAM.  The facts actually show, that I presented

22   to the court, clearly show self-defense and not an attack.  No

23   record, a lifetime in the Central District of California, and

24   also, racial diversity of the group.  Just to contradict

25   everything that the government claims about Mr. Eason's

43

1    involvement, his group had the racially diverse side.  The

2    other side, you couldn't tell because they all looked like they

3    were all wearing black.

4            The condition, or combination of conditions, could

5    easily be fashioned, Your Honor.  I do believe if there's any

6    concern, it could be met with a GPS ankle monitoring device.

7    Mr. Eason could be required to work, he could be required to

8    attend anger management, he could be required to stay away from

9    anybody associated with this case.  It could be done extremely

10   easy, Your Honor.  He lives far enough from everybody else, I

11   mean, as you know well most of the people involved are in jail.

12   But, from my recollection, most of these people that were

13   allegedly associated with this group lived either in South Bay,

14   Redondo Beach area, some lived down in southern Orange County.

15   Mr. Eason lives in east, in the east part of the valley near

16   Palm Springs.  So, that's how far away he is.  So, they live on

17   a ranch up in the hills there, and they have no, they have no

18   interaction with most of society.

19           **THE COURT:**  So, Mr. McNicholas, before I turned to

20   the government, I'm thinking back to the first detention

21   hearing.  I did spend a lot of time looking at the text

22   messages, I think they're all text messages, maybe they're

23   emails.  And so I came, I come back to those again, both in the

24   complaint, and then ones that are in the indictment.  And I

25   appreciate the point you're making.  It sounds like among

44

1    others, that there's no video or other documentary evidence to

2    affirmatively show Mr. Eason's membership in this organization,

3    RAM.

4              But, I look at the text messages, which show, it

5    appears communication among some of the charged individuals.

6    But, then there are these other individuals not identified, the

7    co-conspirators numbers 1 and 2.  And then I look at just the

8    language, the content of the messages.  Which seem to

9    contradict, or I think in parts do contradict, the averment of

10   no knowledge about what was afoot.  So, I, I'm not sure there

11   is any additional response.  But I just, I do always like to

12   let the attorneys know where I'm focused.

13             **MR. McNICHOLAS:**  And, Your Honor, I believe I gave a

14   response, and I mentioned trees.  That actually was a

15   legitimate response, when you talked Mr. Eason being more

16   politically engaged or politically active.  And I think that's

17   the text you're referring to.

18             **THE COURT:**  Right.  He wanted to go hard, he'd taken

19   some --

20             **MR. McNICHOLAS:**  Right.  Hard and in community

21   involvement, and political involvement, it's not all about

22   beating people up, Your Honor.  It's about doing good for the

23   community.  Mr. Eason was telling them about different

24   community service projects that he wanted to work on, like

25   beautification of his neighborhood.  And that actually came up

Case 2:18-cr-00759-JC Document 109-1 Filed 12/20/18 Page 125 of 156 Page ID #:632
Case 2:18-cr-00759-JC Document 106 Filed 12/14/18 Page 45 of 58 Page ID #:468

45

1    in one of the letters as well, Your Honor.  That he was

2    involved in that.

3           **THE COURT:**  -- right.  No, I remember that.

4           **MR. McNICHOLAS:**  There are other ways, there are

5    other ways to be involved.  However, even assuming, assuming

6    that these guys, the evidence speaks for itself.  The video

7    speaks for itself.  There were not going to be fights without

8    innocent people being attacked.  And the innocent people were

9    on Mr. Eason's side of the mesh.  But, you know, worst case

10   scenario, even if Mr. Eason had this day of violence, even if

11   he was violent for that one day, does that warrant keeping him

12   imprisoned pending his trial?

13          We have cases here in front of the court where

14   individuals, drug dealers, people with weapons, are released

15   based on signature bonds.  Mr. Eason has a lifetime of no

16   criminal activity, yet here he sits here in custody because of

17   this very short period in his life.  And it's completely

18   unreasonable, Your Honor.

19          **THE COURT:**  Well, I think the, I do find -- you know

20   I appreciate that you're relaying the information as you, as

21   it's been described.  But, the explanation about the trees, at

22   the time I was, I found difficult to credit.  I, and now

23   looking at the indictment, which I think was returned after was

24   returned.

25          **MR. McNICHOLAS:**  The indictment was actually issued

46

 1    prior, just like the day before the detention hearing.  We

 2    didn't have an opportunity --

 3              THE COURT:  Oh, okay.

 4              MR. McNICHOLAS:  -- to review it fully.

 5              THE COURT:  Okay.

 6              MR. McNICHOLAS:  I have reviewed it since --

 7              THE COURT:  Okay.

 8              MR. McNICHOLAS:  -- and I still, I challenge

 9    virtually every word.

10              THE COURT:  Well --

11              MR. McNICHOLAS:  Prior to the overt acts.

12              THE COURT:  -- well, I guess so that was then, I did

13    not similarly digest it.  I had not focused on another text

14    message sent to an unidentified individual by Mr. Easton that

15    talks about -- I guess I'm not sure about the timing of it.  It

16    appears to be after Berkeley.

17              MR. McNICHOLAS:  Is it an overt act, Your Honor?

18              THE COURT:  It is.  It's overt act number 23.

19    Because, my understanding, my notes said that the Berkeley

20    event was in mid-April.  And so this is in a text message sent

21    after that.

22              MR. McNICHOLAS:  It was sent the following, five days

23    later.

24              THE COURT:  Five days later.  And so, I don't know

25    what it's in reference to.

47

1          **MR. McNICHOLAS:**  Oh.

2          **THE COURT:**  Again, it talks about Berkeley.

3          **MR. McNICHOLAS:**  Yes, Your Honor.  And I will tell

4    you exactly what happened.  Ann Coulter, I don't know if the

5    court's heard of Ann Coulter, but she's fairly famous

6    conservative journalist.  And she's an editorialist, and she's

7    featured on Fox News, and she writes columns in various

8    different publications.

9          She was scheduled to speak in Berkeley right after

10   the event occurred, where the riot occurred.  And, there was

11   pressure on her from Berkeley, they actually canceled, or they

12   withdrew her permit so she could not speak.  But, the rally

13   organizers were going to go forward with the event anyway

14   without Ann Coulter.  Well, Aaron Eason volunteered to go up to

15   that rally and actually film it, videotape it.  And, you know,

16   hopefully nothing would occur that day.  Apparently, ANTIFA

17   didn't get the memo that the event was still on, and none of

18   them showed up.  But Aaron Eason was there.  Aaron Eason

19   actually filmed the event.  Ann Coulter wasn't there.  It was a

20   minor event, but there were speakers, they were there.  So

21   that's what that was.

22         **THE COURT:**  So, that he was going up there to film

23   it?

24         **MR. McNICHOLAS:**  Yeah, and he did.  And he, Mr. Eason

25   actually filmed the event and shared the film with a website.

48

```
 1              THE COURT:  Okay.  All right.  Thank you,

 2   Mr. McNicholas.  I'll hear from the government.

 3              MR. RYAN:  Thank you, Your Honor.  So, the court

 4   previously ordered the defendant detained, as I said, primarily

 5   due to danger to the community.  Maybe I'll step over to the --

 6              THE COURT:  I think it was exclusively the danger --

 7              MR. RYAN:  -- okay.

 8              THE COURT:  -- I think it, or it certainly wasn't

 9   with respect to flight.  I think Mr. McNicholas and I had a

10   robust conversation about that at the time.

11              MR. RYAN:  Now, we're back again, and what we have

12   new in terms of the facts presented, we have the indictment in

13   addition to the complaint.  We have a declaration and testimony

14   which, I think, generally reviewed the declaration from a

15   person who apparently was not at, two of the three events

16   described in the charges.  And apparently did not see the

17   relevant assaults discussed in the charges at the Berkeley

18   event.  Apparently didn't know anything about the Rise Above

19   Movement, didn't know about the defendant's participation at

20   events arranged by the Rise Above Movement trainings, et cetera

21              That testimony, declaration is essentially though a

22   restatement of the argument that I understand defendant

23   presented before, which is essentially that he didn't do it,

24   that he's not guilty.  Of course, a detention hearing is not

25   the forum for a mini trial on the merits, and we do take the
```

49

1    allegations, but I'll just make three points about those

2    allegations.

3         Before I do, just to touch on two quick things.  The

4    guideline sentence of nine to thirteen months that defense

5    counsel raised, I suspect that's coming from the base offense

6    level that was identified in the plea agreement without any of

7    the enhancements which apply of which, is that not right?

8         **MR. McNICHOLAS:**  If I could clarify, it would be the

9    base offense level with acceptance of responsibility, criminal

10   history category one.

11        **MR. RYAN:**  Right.  So without any of the specific

12   offense characteristics that the government anticipates would

13   apply.  So, of course its unsurprising that the argument from

14   the defendant is that he's not guilty.

15        First, the idea that the defendant was not affiliated

16   with RAM.  And we've just provided a few excerpts to the court.

17   I hesitate to make this, as I say, a mini trial on the evidence

18   that the government would produce, or would produce at trial.

19   The allegations which are supported by the text messages in the

20   indictment, in the complaint, the excerpts of the photographs

21   that we've provided are that he trained with RAM, helped

22   organize the RAM trainings, traveled to events with RAM locally

23   and in northern California, remained alongside the RAM members

24   at the events, fought alongside RAM at the events.

25   Communicated frequently with RAM leaders in person, on social

1    media, through phone.  This is for several months.  Several

2    months when RAM was at its peak establishing its reputation, at

3    least four different events for what its Twitter account called

4    quote, the only alt-right crew that actually beats ANTIFA

5    senseless and wins rallies.  Or what it's co-founder Ben Daley

6    called quote, the only reason shit was popping off at So-Cal

7    right wing events.

8         This is how RAM presented itself, very openly

9    throughout 2017.  And defendant's involvement with that

10   organization is pretty continuous and significant throughout

11   that period of time.  That's what's set forth in the

12   allegations, we provided a few snippets of what the evidence

13   would be on that point.

14        Second, the idea, I think at the last hearing, the

15   argument from the defendant was that he was quote, standing

16   nearby as other engaged in violence.  That there weren't

17   pictures of him engaging in violence, we've provided those

18   exhibits here.  I would note that the statement that the

19   defendant was surrounded when he was engaged in violence at

20   Berkeley by a lot of people in black shirts, is because the

21   defendant and the RAM members that he was with had, as they

22   later said, crossed the barrier to engage and that had a huge

23   impact.  Those are not my words, that's Ben Daley's words about

24   what happened.  The video does show that, that's why they're

25   surrounded by the other side.  They were on the other side.

51

 1    They'd crossed the barrier, and that's when the fights broke

 2    out.

 3              After that one fight, that's Exhibit 1, I think

 4    Counsel made the argument that the defendant went back to the

 5    other side.  But, of course, there's Exhibit 2, which is

 6    another fight on the ANTIFA side of the barrier.  That fight

 7    lead to the police intervening and arresting Mr. Rundo, one of

 8    the RAM members the defendant was fighting alongside throughout

 9    the day.

10              Exhibit 3 is after the fights on the grass, when the

11    majority of the protesters, counter-protesters, whatever the

12    terminology, had left the grass and were going down the street.

13    And the defendant, Mr. Daley, and RAM members, and people they

14    had traveled with were pursuing them along the street and

15    engaging in assorted scuffles as that occurred.

16              So, the idea that the defendant was just standing

17    nearby quote unquote, which was their argument before, I think

18    that's just not supported either by the allegations, or again,

19    the little excerpts or snippets that have been presented.

20              And then third and finally, the idea that the

21    defendant didn't associate with RAM's ideology, which is

22    relevant to the finding of danger because part of the danger

23    here is that these were not random events.  This was a

24    coordinated effort by a group of people.  The effort was as Ben

25    Daley, the founder, put it to quote live the fourteen words.

52

1    Live the fourteen words was the stated mission, a stated

2    mission, of the organization that the defendant is charged with

3    affiliating with and conspiring with to commit these crimes.

4             So, that's part of the danger.  If they were random

5    events, he'd arguably be less dangerous.  The social media

6    posts and communications between RAM members, a very few of

7    which are provided in Exhibit 5, highlight that ideology.  If

8    the court would like, we can provide many more.

9             These are the gist of the reasons why all eight of

10   the RAM members charged in this case, and the related case in

11   Virginia remain detained pending trial.  I believe the

12   defendant should as well, Your Honor.  If the court has any

13   further questions, I'm happy to answer them.

14            **THE COURT:**  Okay.  Thank you.  Mr. McNicholas, any

15   response?

16            **MR. McNICHOLAS:**  Clearly, the government has a huge

17   burden when this case actually goes to trial.  And, it's going

18   to hands full.  Because, we just had a witness who totally

19   contradicts every word that the government states as to who

20   instigated the fighting.  And, I do think it's quite ridiculous

21   that an individual would be in custody for fist fighting

22   pending trial.  Because, that's really what it comes down to.

23   When no weapons, no weapons -- and this group, this RAM group

24   that they condemn, no drugs, no alcohol, pure lifestyles, there

25   you know there's a lot worse.  Maybe they don't agree mentally,

53

1  they don't have the same point of view that's correct for

2  today's society, but these individuals that really thought they

3  were doing the right thing.  Aaron Eason wasn't part of RAM.

4  The RAM videos that the government has provided in discovery do

5  not show Aaron Eason.  He was never part of the group.

6          When they all showed up with their masks, at

7  Berkeley, Aaron Eason wasn't given a mask.  Aaron Eason wasn't

8  given a cape.  Aaron Eason wasn't part of their promotions.

9  Aaron Eason's fifteen years older than most of those guys.

10  There's just not a connection.

11          So, we will submit on that.

12          **THE COURT:**  Thank you, Mr. McNicholas.

13          **MR. RYAN:**  Very briefly, Your Honor --

14          **THE COURT:**  Can I, let me just ask a question.

15     **(Pause)**

16          Mr. Ryan, on Exhibit 2, the very last photograph,

17  that would be one, two, three --

18          **MR. RYAN:**  -- Your Honor, may I go grab it off the

19  witness stand?

20          **THE COURT:**  -- five --

21          **MR. RYAN:**  I think we gave the court our binder.

22          **THE COURT:**  -- no, let me.  I'll hand that.  I

23  apologize, let me hand, okay.  Do you have an extra copy?  It

24  wasn't touched upon, I don't, I just don't understand what that

25  is.

54

1          **MR. RYAN:**  I'm sorry, which page?

2          **THE COURT:**  So, it's the very last page of Exhibit 2.

3          **MR. RYAN:**  Oh, so in the altercation that's shown on

4    the previous two pages, the RAM guys in the masks, that's Ben

5    Daley there in the blond, and Michael Miselis there, or Robert

6    Boman there next to him, ripped this banner away from a group

7    of other protesters.  And this is a photograph of them

8    celebrating that, and it's Mr. Eason there next to them.

9          Mr. Eason drove this group in a van, that's set forth

10   in the indictment that he rented and then traveled to the event

11   with them.  And then, it's just one example along with the

12   others of him being with the group throughout the, going to the

13   event, fighting at the event, leaving the event, training for

14   the event, organizing the next event, et cetera.

15         **THE COURT:**  Okay.  All right, thank you.  And I

16   interrupted you Mr. Ryan.  You wanted to make one point.

17         **MR. RYAN:**  No, that was the point I was going to

18   make.  So, that's enough.

19         **THE COURT:**  All right.  Mr. McNicholas, what I'm

20   going to do as I go through this, I think procedurally I need

21   to anchor whatever I say to your bail review filing.  And one

22   of the points that you raise in seeking reconsideration from

23   the District Judge is that I failed to consider the delay and

24   the self-surrender.  And I apologize if I made an imperfect or

25   inaccurate record, but I don't, that did not factor in to my

55

1    consideration.

2          And I similarly thought that I had been clear that

3    the detention order was with respect to danger and not with

4    respect to flight.  Because, at the original hearing you had

5    proffered significant sureties.  There was the lack of criminal

6    history as well as the fact of the self-surrender.  So, I'll

7    just state clearly, in my mind the time between the notice that

8    Mr. Eason purportedly received the warrant for his arrest, and

9    the ultimate self-surrender did not make an impact on my

10   decision.

11         With respect to, at the time of the detention hearing

12   you had not had an opportunity to obtain more information from

13   organizers of perhaps another event.  I don't know if you meant

14   the Berkeley event, I assume based on what you presented today

15   that you mean, for example, Ms. Welsh, and being able to obtain

16   her testimony.  And that this information, her testimony

17   combined with videos of the event supports your argument that

18   Mr. Eason is not a danger.

19         So, I'll begin first with Ms. Welsh, who I thought

20   was a credible witness who testified to what she knows and

21   appeared to be truthful about that.  One thing though that

22   stood out, and I asked a follow up question about the extent of

23   her relationship in terms of how much she knows Mr. Easton,

24   because I think that goes, or informs my evaluation of how well

25   she knows Mr. Eason as a person and as an individual.  And it

56

1    sounds like it's their friendly, I think is the word that she

2    used.  And it was clear to me that when shown exhibits,

3    photographs of Mr. Eason in other situations, even at the

4    Berkeley event, that she testified that she had no familiarity

5    and indeed with respect to what happened at Berkeley, that she

6    was not within the immediate vicinity, and therefore was not a

7    percipient witness.  I think that's a fair characterization of

8    what happened at Berkeley.  And similarly was unaware of

9    Mr. Eason's participation at these training events.

10        And I think, without getting into how you would

11   characterize that, if that was a RAM organized event, or an

12   event for RAM members, she simply just doesn't know anything

13   about it.  And so, I think that limits her knowledge as to

14   whether or not Mr. Eason is a danger to the community.

15        When we were together at the first detention hearing,

16   my recollection is that the allegations in the complaint were

17   limited with respect to whether or not Mr. Eason had engaged in

18   any physical contact or assaults.  I think there was a

19   generalized reference, but I thought it was, there wasn't that

20   much there.  Since then, what I have confirmed in front of me

21   is that Mr. Eason did engage physically with other individuals

22   who were present at the Berkeley event.  I appreciate your

23   characterization, or your description Mr. McNicholas, that this

24   was perhaps self-defense or defense of others.  But, at least

25   in looking at the stills of the video, he did engage in

1    physical contact with at least one, potentially two,

2    individuals at the Berkeley event.  So, again, I think that

3    that goes to what you stated in your bail review as bases, some

4    of the bases for why the court should consider, or reconsider,

5    its previous detention order.

6            So, I just wanted to address what I see as the new

7    information that's presented to the court.  Is there anything

8    else that you think is newly presented to the court that I

9    should address for purposes of the record, Mr. McNicholas?

10           **MR. McNICHOLAS:**  No, Your Honor.

11           **THE COURT:**  Okay.  All right.  Then based on all of

12   that, I'm going to deny the, Mr. Eason's request for

13   reconsideration of bail.  Mr. Eason, so I'm essentially denying

14   your attorney's request.  It's up to you and your attorney

15   whether or not you now want to take this before the District

16   Judge, who is the Judge who is presiding and will handle your

17   case. The substance of the case going forward.

18           Anything else for today, Mr. McNicholas?

19           **MR. McNICHOLAS:**  No, Your Honor.

20           **THE COURT:**  All right.  From the government?

21           **MR. RYAN:**  No, Your Honor.

22           **THE COURT:**  Okay.  Thank you.

23       **(Proceeding adjourned at 2:25 p.m.)**

24

25

CERTIFICATION


I certify that the foregoing is a correct transcript from the

electronic sound recording of the proceedings in the above-

entitled matter.




_____          _December 13, 2018_



                    TONI HUDSON, TRANSCRIBER

**EXHIBIT 23**

**Thread**
(1424462514306277)

| | |
|---|---|
| **Current** | 2018-07-05 20:42:11 UTC |
| **Participants** | Brittney Dillinger (███████████) |
| | Rob Bie (███████████) |
| | Ben Daley (███████████) |

| | |
|---|---|
| **Author** | Rob Bie (███████████) |
| **Sent** | 2017-04-30 03:04:22 UTC |
| **Body** | |
| **Share** | |

| | |
|---|---|
| **Date Created** | 2017-04-30 03:04:22 UTC |
| **Link** | https://www.facebook.com/robedkuchbom1/posts/255803558221006 |
| **Text** | |
| **Url** | |

| | |
|---|---|
| **Author** | Brittney Dillinger (███████████) |
| **Sent** | 2017-04-29 06:05:29 UTC |
| **Body** | It's an opportunity for you guys to recruit |

| | |
|---|---|
| **Author** | Brittney Dillinger (███████████) |
| **Sent** | 2017-04-29 06:00:47 UTC |
| **Body** | I'm going to be helping Brian with organizing |

| | |
|---|---|
| **Author** | Brittney Dillinger (███████████) |
| **Sent** | 2017-04-29 06:00:20 UTC |
| **Body** | |
| **Share** | |

| | |
|---|---|
| **Date Created** | 2017-04-29 06:00:19 UTC |
| **Link** | https://www.facebook.com/brittney.welch.564/posts/10211246181184115 |
| **Text** | |
| **Title** | SoCAL Patriots BBQ and Meet and Greet - HB State Beach |
| **Url** | /events/219007178584489/ |

**Thread**   (1461340067214045)

| | |
|---|---|
| **Current** | 2018-07-05 20:42:11 UTC |
| **Participants** | ███████████ |
| | Rob Bie (100013740917908) |

| | |
|---|---|
| **Author** | ███████████ |
| **Sent** | 2017-05-30 04:50:56 UTC |
| **Body** | |
| **Share** | |

| | |
|---|---|
| **Date Created** | 2017-05-30 04:50:55 UTC |
| **Link** | https://www.facebook.com/anthonyking4ever/posts/1721782441169805 |
| **Text** | |
| **Url** | /IDONTSNITCH/videos/1762978107052449/ |

**Thread**   (1548875541819288)

**EXHIBIT 24**

FILED IN OPEN COURT
DATE _11·30·2018_
BY _Foleman_
DEPUTY CLERK
_Lynchburg_ DIVISION, W.D. of VA

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:18 CR 25 |
| | : | |
| v. | : | |
| | : | |
| COLE EVAN WHITE | : | |
| | : | |

## STATEMENT OF OFFENSE

The offenses described below occurred within the Western District of Virginia, as well as other districts. This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation.

This statement of facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial in the event this plea is later withdrawn notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11.

### I.    Berkeley Riots on April 15, 2017

On or about April 15, 2017, the defendant, Cole Evan White, attended a purported political rally in Martin Luther King Jr. Civic Center Park in Berkeley, California. At that event, the defendant met and befriended Benjamin Daley ("Daley"). Daley was with a group of individuals who identified themselves as the "Rise Above Movement" or "RAM." Throughout the day, there were several violent clashes between some rally attendees and some individuals protesting the rally. In one of the first such instances, RAM members crossed the barrier separating the attendees and protestors, and assaulted protestors. As the rally broke up, rally attendees and protestors dispersed onto the streets of downtown Berkeley. The defendant, alongside other RAM members, followed a group of protestors who were leaving the area. In at least one instance, the defendant observed protestors who he believed were "too slow to leave" the area. The defendant chased after one of the protestors and attacked him, punching him several times in the head. Immediately afterwards, the defendant stood over top of another individual who was on the ground and punched him in the head approximately four to five times before leaving the scene.

None of these acts of violence were in self-defense.

*Defendant's Initials:*  _CW_

## II.      Travel to Charlottesville in August 2017

In or around the spring and summer of 2017, an event referred to as the "Unite the Right" rally was organized and scheduled to occur on August 12, 2017, at Emancipation Park in Charlottesville, Virginia.  This rally was widely promoted on social media and internet sites associated with white-supremacist individuals and groups, and was scheduled to feature a lineup of well-known white-supremacist speakers.

After fighting together in Berkeley on April 15, 2017, the defendant and Daley maintained contact, often through phone calls.  In one call in the summer of 2017, Daley asked the defendant if he was going to attend the Unite the Right rally in Charlottesville.  Daley offered to pay for the defendant's flight and his stay in Charlottesville, and encouraged him to attend the event.  Daley told him: "It's going to be like Berkeley again . . . It's going to be the event of the year."

On or about August 9, 2017, the defendant, using his credit card, purchased a round-trip ticket from Delta Airlines for commercial flights from San Francisco International Airport in California, to Charlottesville Albemarle Airport in Charlottesville, Virginia, departing on August 11, 2017, and returning on August 13, 2017.  On August 11, 2017, the defendant boarded his flight and traveled from California to Charlottesville, Virginia, landing at approximately 9:09 p.m. (EST).  At the time of his travel, the defendant expected to engage in violent confrontations with protestors or other individuals at the upcoming events in Charlottesville.

## III.     The Torch-Lit March at the University of Virginia on August 11, 2017

About the time that the defendant landed in Charlottesville on August 11, 2017, the evening prior to the scheduled Unite the Right rally, hundreds of individuals were gathering to engage in a torch-lit march on the grounds of the University of Virginia in Charlottesville, Virginia.  Around the time that the defendant landed, Daley sent a text message to the defendant with an address of a field where this group was gathering.  The defendant took a cab from the airport and joined Daley and other RAM members, who were lining up in formation, lighting their torches, and waiting for the march to commence.

Throughout the march, the participants engaged in chants promoting or expressing white supremacist and other racist and anti-Semitic views, such as "Blood and soil!" and "Jews will not replace us!"  The march culminated near the University of Virginia's Rotunda, where a smaller group of individuals, including University of Virginia students, had gathered around a statue of Thomas Jefferson to protest the torch-lit march.  Members of this group held a banner that read: "VA Students Act Against White Supremacy."  Chanting and bearing torches, the march participants encircled the Thomas Jefferson statue and surrounded the protestors.  Violence erupted among the crowd, with some individuals punching, kicking, spraying chemical irritants, swinging torches, and otherwise assaulting others, all resulting in a riot as that term is defined under 18 U.S.C. § 2102.

*Defendant's Initials:*  _ew_

During and in furtherance of this riot, the defendant swung and struck multiple individuals with his torch.

None of these acts of violence were in self-defense.

### IV.     The Unite the Right Rally on August 12, 2017

On the morning of August 12, 2017, multiple groups and individuals espousing white-supremacist and other anti-Semitic and racist views arrived in and around the vicinity of Emancipation Park in Charlottesville, Virginia, to attend the Unite the Right rally. After several instances of violence prior to the scheduled start of the rally, law enforcement declared an "unlawful assembly" and required rally participants to disperse.

One of the first breakouts of violence on the morning of August 12, 2017 occurred on 2nd Street NE, between Jefferson and High Streets, in downtown Charlottesville. The defendant, Daley, and other RAM members were part of a large group of (over forty) individuals seeking entry to Emancipation Park by way of 2nd Street NE, but were told by members of law enforcement they had to enter from a different location. The group, including the defendant, Daley, and other RAM members turned around, lined up, and began to make their way through a group of (over twenty) individuals who had come to the rally to protest against racial and other forms of discrimination.

As they made their way through the group of protestors, the defendant, Daley, other RAM members collectively pushed, punched, kicked, choked, head-butted, and otherwise assaulted several individuals, resulting in a riot. During and in furtherance of this riot, the defendant personally committed multiple acts, including but not limited to, the following: (1) after having already made his way through the group, the defendant turned around and observed a protestor who was blocking the sidewalk by holding onto a street sign. The defendant walked back, grabbed the individual by the shoulders, and punched him until he released the sign; (2) the defendant head-butted a male individual who was in his way; and (3) the defendant head-butted a female protestor who was present on the sidewalk, resulting in a laceration to her face.

None of these acts of violence were in self-defense.

| | |
|---|---|
| _11.28.2018_ | _(signature)_ |
| Date | Cole White<br>Defendant |
| _11/20/2018_ | _(signature)_ |
| Date | Michael Hemenway<br>Counsel for Cole White |

**Defendant's Initials:** _CW_

11-30-18
Date

_____
Thomas T. Cullen
United States Attorney

11-30-18
Date

_____
Christopher Kavanaugh
Assistant United States Attorney

*Defendant's Initials:* CW

**EXHIBIT 25**

**Image**



**Photo Id:** 1128564473868902

**Id** 1128564473868902

**Title** Japan knows

**Link** https://www.facebook.com/photo.php?fbid=1128564473868902&set=a.154675731257786.31587.100001460804631&type=3

**Upload Ip** 2605:e000:a8c8:6500:e985:bb4e:d41d:aa31

**Album Name** Timeline Photos

**Uploaded** 2016-08-03 13:59:00 UTC

**Tags**

**Comments**

**User** Aaron Aeson ( ▇▇▇▇▇▇▇▇

**Text** Asians aren't smarter than Europeans, but they are smarter than white liberals.

**Time** 2016-08-04 02:04:24 UTC

**User** Ben Daley ( ▇▇▇▇▇▇▇▇

**Text** And they sure try a lot harder. Japan's got the honor and discipline down, I wish our people had it at that level

**Time** 2016-08-04 02:06:11 UTC

**Image**





**Photo Id:** 1136198243105525
**Id** 1136198243105525
**Title** There are 2 types of white Europeans who don't hate the Jews. 1 those who don't know history, 2 those who are willfully ignorant. Both are inexcusable
**Link** https://www.facebook.com/photo.php?fbid=1136198243105525&set=a.669993086392712.1073741826.100001460804631&type=3
**Upload Ip** 2605:e000:a8c8:6500:f8fd:837:f1c9:722c
**Album Name** Mobile Uploads
**Uploaded** 2016-08-14 02:37:41 UTC
**Tags**
**Comments**          **User** Aaron Aeson (███████████)
                      **Text** I see press gangs conscripting those fools into punishment battalions.  The can at least find some redemption in that function.
                      **Time** 2016-08-14 05:07:17 UTC



" We Can Not State that all Jews are Bolsheviks. But : Without Jews there would never have been Bolshevism. For a Jew nothing is more insulting than the truth.  The Blood Maddend Jewish terrorists had murdered sixty-six million In Russia from 1918 to 1957 "

Aleksandr Solzhenitsyn

**Photo Id:** 1263563727035642

**Time** 2016-12-24 15:58:25 UTC
**Type** Likes
**Summary** Ben Daley reacted to this post from December 2016. Content owned by Aaron Aeson (█████████████)
**Object Id** S:_l100001460804631:1261169970608351:105

**Time** 2016-12-24 15:49:55 UTC
**Type** Likes
**Summary** Ben Daley liked this post from December 2016. Content owned by ████████ (1620739532)
**Object Id** S:_l100001460804631:1261169970608351:102

**Time** 2016-12-24 15:49:24 UTC
**Type** Likes
**Summary** Ben Daley liked this post from December 2016. Content owned by ████████ (100001222010490)
**Object Id** S:_l100001460804631:1261169970608351:101

**Time** 2016-12-24 15:48:33 UTC
**Type** Comments
**Summary** Ben Daley commented on a post from December 23, 2016. `I hope he died slow trying to hold his guts in 🔫🔫`
**Object Id** S:_l100001460804631:164816563995062:21

**Time** 2016-12-24 15:47:27 UTC
**Type** Likes
**Summary** Ben Daley liked this post from December 2016. Content owned by Aaron Aeson (███████████)
**Object Id** S:_l100001460804631:1261169970608351:100

**Time** 2016-12-24 15:46:51 UTC
**Type** Likes
**Summary** Ben Daley liked this post from December 2016. Content owned by ████████

**EXHIBIT 26**

# Courage Plan

Fear a toe nail, make the a sacrifice,
fight and trance someone in anger,
practice an attitude of alpha dominance
everywhere you go.

WN 3.0
Cultural Incarnation

History - 1.0 GLR. Tom Metzger, Skinhead Movement, WTC,
   Anti-social, hystoronic, abrasive, sought to be shocking
   and always ~~moved~~ strove to appear on the fringes. ~~OP~~tially embraces self-destructive lifestyle
   - 1.5. David Duke, William Pierce, Don Black
   ~~Less hystoronic~~ More sensible, sought to appear reasoned & sophisticated,
   didn't fail at everything. Promoted more practicle but still many
   outlandish goals. ~~Co~~ Constantly struggling with effects of
   ~~2~~1.0 negativity. Used tech, but reach was ~~pr~~ insulated by proprietary territory.
   - 2.0 ~~It~~ Richard Spencer, Mike Enoch, Jared Taylor, Red Ice, TradlArmies.
   Overwhelmingly online but in public view, many bridges ~~to~~ from
   moderate activists. Works harder to ~~ge~~ create good
   public oppinion. ~~Still~~ Less effected by 1.0 ugliness.
   ~~Being demon~~ Unfair demonication ~~help~~ helps ~~potential~~
   ~~recruits~~ people who feel demoniced themselves identify
   with movement. Public association is still socially dangerous
   but to a diminished degree. Probability of ~~to~~ criminal
   repercussions have gone from very high to obscure.
   ~~Keep~~ Culturally superior, committed toward & actively
   building cultural superiority. Tradlife, high agency. ~~cts~~
   ~~Help~~ Expanding networks in entertainment & news,
   ~~a athletes as~~ Commitment to high quality public ~~engagements~~
   events.

Pitfalls of previous ~~incarn~~ & present incarnations.
- Crazy people. 2.0 has considerably fewer
psychogically damaged members than ~~prev~~ 1.0 & 1.5,
which seemed to be composed entirely of people in
varying states of ~~dd~~ distress and abberation.
  2.0 seems to still draw in the odd autist who
~~occassionally~~ associates himself ~~in say~~ ~~technically~~
idealogically but is an orbiter to social circles
and often ~~acts~~ occasionally performs outrages
causing setbacks in public oppinion.
- Difficulty ~~in avoiding its~~ in avoiding ~~it~~
~~its~~ the dispersion of disparaging narratives to
the public from Talmudic media.

- S0O Recruit members, develope patrol technique, gain ddmn.
- Invention: General purpose protective gear
- Enculturation: Ren faire, Shakspear, S.C.A.
- Physical Training: Find gym, buy boxing gloves.

Reps
Training
858

S.O.O - Potential recruits: Tim, Scott M., Brad, Ryan ███, Josh Smith, Kosh. Personal cirle completely insufficient. Ad campaign: Local, online, search posters for talent. Post contact, ad in comments section. Research Twitter and other Soc media. Set up PLE "Trooper" for local contacts. SF, create message, account, speak to ████ posting, attract local viewer by posting area cities on front of home page. Remember to avoid making it look like we are associating with S.F.

The idealised life. Gym, S.O.O. patrols and recruiting & Protective fabric.



