# EXHIBIT 18



From Govt Exhibit 4----Eason struck with mace.



From Exhibit 3A; Eason wiping pepper spray from his eyes.