# EXHIBIT 19



Screenshot from Government Exhibit 11, where government claims Eason initiated the assault. The video shows the actual assailant running toward Eason, and swinging his fist. Eason blocks the hit with his left arm and defends himself.