NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No. 295785)
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4491/2253
     Facsimile: (213) 894-2979
     E-mail:    david.ryan@usdoj.gov
                george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT AARON EASON'S APPLICATION FOR BAIL REVIEW |
| v. | |
| ROBERT RUNDO, ROBERT BOMAN, AARON EASON, and TYLER LAUBE, | Hearing Date: 1/4/2019 Hearing Time: 9:00 a.m. Location: Courtroom of the Hon. Cormac J. Carney |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys David T. Ryan and George E. Pence, hereby files supplemental exhibits in support of the government's opposition to defendant AARON EASON's application for bail review.

On December 27, 2018, Facebook provided additional raw data to the government. An initial but ongoing review of that data has

identified additional statements made by defendant Eason demonstrating his intent to engage in violence and to recruit others to do the same.

Exhibit 27: On March 26, 2017, the day after the rally in Huntington Beach, California, defendant Eason posted photographs on Facebook showing co-defendant Robert Rundo and others pursuing and assaulting a counter-protestor.  An associate commented, "Good shit! It's great fun smashing AntiFa scum!"  Defendant Eason replied, "Sometimes I feel sorry for them.  Then I remember how murderous they become when they have the upper hand."

Exhibit 28: On March 26, 2017, defendant Eason posted on Facebook, "We chased the antifa commies off the beach in Huntington today.  They managed to give me an eyeful of pepper spray.  The stuff works.  You can see me blind and trying to get it out in the background."  An associate responded, "we are sure to run into them in Berkeley next month."  Defendant Eason responded, "I will see you at Berkeley then.  Maybe we'll chase th[e]m down the street there too."

Exhibit 29: On March 26, 2017, defendant Eason's associate posted on Facebook, "We need as many as we can in Berkley (sic). That is where the war will be.  We will be in a city where the entire city is antifa damn near and hate us what happens last month in Berkeley is nothing to what we expect this time."  Defendant Eason replied, "Nah, I'm sure they will want to [have] well reasoned debates this time.  And they will most certainly have learned by now that they should respect other people's right to free expression."

The associate replied, "Lol[1] well we are going in plate carriers face shields bump hats and we have someone making sh[ie]lds as well!" Defendant Eason replied, "Wow.  Is that an SOO[2] deal?  Im not even bringing a pocket knife.  I can handle whatever the left wants to dish a lot better than weapons charges from Berkeley pd."  Defendant Eason repeatedly argues in his motion and his reply in support thereof that the fact that he was not carrying weapons during the riot in Berkeley proves that he lacked the intent to engage in violence there.  (CR 104 at p. 12; CR 110 at p. 8)  The foregoing Facebook post, however, undercuts that argument.  It shows that defendant Eason did not bring a weapon to Berkeley because he expected to perpetrate violence and feared a serious weapons charge.

Exhibit 30: On April 13, 2017, two days before the Berkeley event on April 15, 2017, defendant Eason wrote to an associate on Facebook, "It's almost time for us to stop being nice and give some (((people))) a lesson in 'do unto others.'"

Exhibit 31:  On April 28, 2017, the day after defendant Eason attended another event in Berkeley in order to "deny antifa a face-saving victory," but which did not result in violence, defendant Eason wrote to an associate on Facebook, "It's official.  Berkeley belongs to the alt right and is a lawful colony of Kekistan.[3] . . .

---

[1] The term "lol" means "laugh out loud," and indicated defendant Eason's associate's view that defendant Eason was being sarcastic when he expressed his expectation of having "well reasoned debates" with antifa activists.

[2] "SOO" refers to "Soldiers of Odin," which, as addressed at page 25 of the government's opposition brief, has been identified as a "hate group" by the Anti-Defamation League.

[3] "Kekistan" is a fictional country invented by users of internet message boards and generally associated with the alt-right movement.

Some Kekistanis were handing out Pepsis yesterday, definitely for the [laughs].  Sadly there were no opportunities to use them as ammunition since all of our protestors were peaceful normie cucks[4]. . . . 16 hours behind the wheel and a pair of fists that went tragically unused."

Exhibit 32: On October 10, 2018, defendant Eason wrote to an associate on Facebook, "I wanna join atomwaffen.  Im t[i]red [o]f limp dicked faggots."[5]  Defendant Eason then wrote to two other associates proposing they "go to the spot Where that nig killed the 70 [year old] deputy" and "put up flyers warning people that its an active area for niger murder."  Defendant Eason suggested they create a symbol of a "black figure with a weapon standing over a dying

//

//

---

[4] The term "normie" is a slang pejorative label for an individual who is deemed to be boringly conventional or mainstream, and "cuck" is an insult used by members of the alt-right to describe a "cuckservative" (a combination of the words "cuckold" and "conservative"), i.e., someone whose views are deemed insufficiently conservative.

[5] According to the Anti-Defamation League, the Atomwaffen Division is a violent neo-Nazi group that conducts combat and arms training for members and is known for posting recruitment posters on college campuses stating "Join Your Local Nazis!"  Members of the Atomwaffen Division have been charged and convicted of numerous crimes including murder and possession of illegal explosives.  See https://www.adl.org/resources/backgrounders/atomwaffen-division-awd (Last Accessed Jan. 3, 2019).

1   figure," and "we should make it whites being murdered by beans too. .

2   . . Something iconic like the wetback family running across the

3   freeway sign."

4   Dated: January 3, 2018              Respectfully submitted,

5                                      NICOLA T. HANNA
                                       United States Attorney
6
                                       PATRICK R. FITZGERALD
7                                      Assistant United States Attorney
                                       Chief, National Security Division
8

9                                      _____/s/_____
                                       DAVID T. RYAN
10                                     GEORGE E. PENCE
                                       Assistant United States Attorneys
11
                                       Attorneys for Plaintiff
12                                     UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 27**

**Photo Id:**

1227444854039007

**Comments**

**User** ▉ ▉ (▉▉▉▉)
**Text** Good shit @[100001379915296:2048:Aaron]! It's great fun smashing AntiFa scum!
**Time** 2017-03-26 06:49:18 UTC

**User** Aaron Aeson (
**Text** Sometimes I feel sorry for them. Then I remember how murderous they become when they have the upper hand.
**Time** 2017-03-26 06:55:12 UTC

**User** ▉ ▉ ▉ (▉▉▉▉)
**Text** What is antifa
**Time** 2017-03-26 07:12:47 UTC

**User** Aaron Aeson (
**Text** Militant left wing communists. They show up at right wing events block roads, riot, attack women and old people etc. We weren't having it today.
**Time** 2017-03-26 07:25:25 UTC

**User** Aaron Aeson ▉
**Text** Pretty much low grade domestic terrorists.
**Time** 2017-03-26 07:25:54 UTC

**User** ▉ ▉ ▉ (▉▉▉▉)
**Text** NO INVITE!?!?!
**Time** 2017-03-26 07:32:10 UTC

**User** Aaron Aeson (
**Text** Come to Berkeley April 15. We're caravanning. It'll be great.
**Time** 2017-03-26 07:33:36 UTC

**User** ▉ ▉ (
**Text** Hey @[100001379915296:2048:Aaron] you made it to the Australian NBN nine news. I can't find the clip online yet but will post it if I do.
**Time** 2017-03-26 07:36:21 UTC

**User** Aaron Aeson (
**Text** Thanks. The guys will be stoked to find out we made it international.
**Time** 2017-03-26 07:37:13 UTC

**User** ▉ ▉ ▉ (▉▉▉▉)
**Text** Got it
**Time** 2017-03-26 07:37:52 UTC

**User** ▉ ▉ ▉ (▉▉▉▉)
**Text** I don't think I'll be able to make it to Berkley but I can usually make it to SoCal events if I hear about them in time to make arrangements for my daughter
**Time** 2017-03-26 07:39:12 UTC

**User**

Aaron Aeson (

**Text** I will keep you informed. If you change your mind or if you've got some really solid guys that want to get in on this I can get them a ride and a place to crash the night before.

**Time** 2017-03-26 07:42:48 UTC

**User**



Should have stayed in
mom's basement.

**Photo Id:** 10211108246134961

**Text**

**Time** 2017-03-26 10:20:04 UTC

**User** Aaron Aeson (

**EXHIBIT 28**

**Photo Id:**

▓▓▓▓▓▓▓▓▓▓▓▓

**Text** Somebody flagged it
**Time** 2017-03-27 02:36:58 UTC

**User** Aaron Aeson (▓▓▓▓▓▓▓▓▓▓
**Text** Censor happy YouTube needs replacing.
**Time** 2017-03-27 04:45:06 UTC

**Posted** 2017-03-26 06:10:29 UTC
**Status** We chased the antifa commies off the beach in Huntington today. They managed to
give me an eyefull of pepper spray. The stuff works. You can see me blind and trying
to get it out in the background.
**Mobile** false

.

**Photo Id:** 1285636684825650
**Comments**   **User** ▓▓▓▓ ▓▓▓▓ (
**Text** Good job my friend. We were quiet out in sacremento today but we
are sure to run into them in Berkeley next month
**Time** 2017-03-26 06:27:33 UTC

**User** ▓▓ ▓▓▓▓ (▓▓▓▓▓▓▓▓▓▓
**Text** Are you wearing the red cap? Goggles and kerchief are the go next
time.
**Time** 2017-03-26 06:40:21 UTC

**User** Aaron Aeson (▓▓▓▓▓▓▓▓▓
**Text** Yep. Red cap and beard.
**Time** 2017-03-26 06:40:57 UTC

**User** Aaron Aeson (▓▓▓▓▓▓▓▓▓▓
**Text** I will see you at Berkeley then.
**Time** 2017-03-26 06:41:29 UTC

**User** Aaron Aeson (▓▓▓▓▓▓▓▓▓
**Text** Maybe we'll chase thwm down the street there too.
**Time** 2017-03-26 06:41:53 UTC

**User** ▓▓▓▓ ▓▓▓▓ (▓▓▓▓▓
**Text** Definitely! Can't wait!
**Time** 2017-03-26 06:43:57 UTC

**User** ▓▓▓▓ ▓▓▓▓ (▓▓▓▓▓▓▓
**Text** Couldn't make you out
**Time** 2017-03-26 14:41:22 UTC

**User** Aaron Aeson (▓▓▓▓▓▓▓▓▓
**Text** Greenish brown jacket, red cap and beard.
**Time** 2017-03-26 16:40:30 UTC

**User** ▓▓▓▓ ▓▓▓▓ (▓▓▓▓▓▓
**Text** What the Hell is going on?
**Time** 2017-03-26 17:05:45 UTC

**User**
   Aaron Aeson (███████████████)
**Text** Militant left wing groups were promising to shut down the Trump
   rally in HB. The said they were going to: "make racists afraid
   agian," bash the fash(ists)." And generally promised lots of
   carnage. It didn't work out for them. They didn't even get to use
   most of the weapons they brought.
**Time** 2017-03-26 17:23:27 UTC

**User** ████████ (████████████████)
**Text** K I'll look again handsome
**Time** 2017-03-27 00:12:19 UTC

**User** ████████ (████████████████)
**Text**
**Time** 2017-03-27 00:12:23 UTC

**Posted** 2017-03-25 05:50:11 UTC
**Status**
**Mobile** true

**Posted** 2017-03-24 14:54:55 UTC
**Status**
**Mobile** true

**Posted** 2017-03-24 07:10:23 UTC
**Status**
**Mobile** true

**EXHIBIT 29**

**Text**

Hahhahahahah. Good job 
**Time** 2017-03-26 16:45:16 UTC

**User** Aaron Aeson (

**Text** The whole fight started when antifa started pepper spraying old
ladies because the weren't brave enough to use it on anyone else.
Of course no one was going to let them keep doing it.
**Time** 2017-03-26 16:58:15 UTC

**User**

**Text** We need as many as we can in berkley. That is where the war will
be. We will be in a city where the entire city is antifa damn near
and hate us what happens last month in Berkeley is nothing to
what we expect this time
**Time** 2017-03-26 17:13:37 UTC

**User**



**Photo Id:** 10154225428662443

**Text**
**Time** 2017-03-26 17:14:18 UTC

**User** Aaron Aeson (

**Text** Nah, I'm sure they will want to well reasoned debates this time.

And they will most certainly have learned by now that they should respect other people's right to free expression.

**Time** 2017-03-26 17:30:23 UTC

**User** ████ ████ (████████████████

**Text** Lol well we are going in plate carriers face shields bump hats and we have someone making sheilds as well!

**Time** 2017-03-26 17:32:09 UTC

**User** Aaron Aeson (████████████████

**Text** No balls and now no toes either.

**Time** 2017-03-26 17:32:14 UTC

**User** Aaron Aeson (████████████████

**Text** Wow. Is that an SOO deal? Im not even bringing a pocket knife. I can handle whatever the left wants to dish a lot better than weapons charges from Berkeley pd.

**Time** 2017-03-26 17:36:47 UTC

**User** ████ ████ (████████████

**Text** No its not and none of these things are weapons its a vest a helmet and something to keep pepper spray out of our eyes

**Time** 2017-03-26 17:50:11 UTC

**User** ████ ████ (████████████████

**EXHIBIT 30**

**Time**

2017-04-13 22:04:02 UTC
**Story** Aaron Aeson shared a link.

**Time** 2017-04-13 22:03:52 UTC
**Story** Aaron Aeson shared a post.
**Message** It's almost time for us to stop being nice and give some (((people))) a lesson in 'do unto others'.

**Time** 2017-04-13 21:13:17 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-13 20:07:21 UTC
**Message** Back of the Prius cracker!

**Time** 2017-04-13 01:37:10 UTC
**Story** Aaron Aeson and ▮▮▮ L▮ are now friends.

**Time** 2017-04-12 15:32:01 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-12 15:29:40 UTC
**Story** Aaron Aeson updated his status.

**Time** 2017-04-12 15:24:18 UTC
**Story** Aaron Aeson and ▮▮▮ are now friends.

**Time** 2017-04-10 07:41:53 UTC
**Story** Aaron Aeson shared a photo.

**Time** 2017-04-10 02:43:26 UTC
**Story** Aaron Aeson shared a photo.

**Time** 2017-04-10 02:21:33 UTC
**Story** Aaron Aeson shared a photo.

**Time** 2017-04-10 02:21:09 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-10 01:26:37 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-09 06:58:25 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-09 04:06:07 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-08 22:33:04 UTC
**Story** Aaron Aeson shared a photo.

**Time** 2017-04-08 15:43:28 UTC
**Story** Aaron Aeson shared a photo.

**Time** 2017-04-08 14:24:57 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-08 07:54:43 UTC
**Story** Aaron Aeson updated his status.

**EXHIBIT 31**

**Time**

2017-04-29 03:54:10 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-29 00:49:19 UTC
**Story** Aaron Aeson shared an event.

**Time** 2017-04-28 23:43:11 UTC
**Story** Aaron Aeson shared a post.
**Message** You bunch of fatties. This kind of thing is why fat shaming was invented and why we need more of it.

**Time** 2017-04-28 20:18:24 UTC
**Message** Somehow I like this here "rap music."

**Time** 2017-04-28 19:22:09 UTC
**Message** Looks like we'll be going to war with the Philippines now.

**Time** 2017-04-28 15:33:40 UTC
**Story** Aaron Aeson shared a post.
**Message** Some Kekistanis were handing out Pepsis yesterday, definitely for the lulz. Sadly there were no opportunities to use them as ammunition since all of our protestors were peaceful normie cucks. I've got to recognize ████ ████ for funding yesterday's expedition like an alt-right George Soros. Gas,  gearl, 16 hours behind the wheel and a pair of fists that went tragically unused. Kicked down mightily.

**Time** 2017-04-28 11:33:12 UTC
**Message** It's official. Berkeley belongs to the alt right and is a lawful colony of Kekistan.

**Time** 2017-04-28 10:41:01 UTC
**Story** Aaron Aeson and ████ ████ are now friends.

**Time** 2017-04-28 10:40:58 UTC
**Story** Aaron Aeson and ████ ████ Jr are now friends.

**Time** 2017-04-28 10:40:57 UTC
**Story** Aaron Aeson and ████ ████ are now friends.

**Time** 2017-04-26 20:51:06 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-26 20:03:13 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-26 20:02:16 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-26 20:01:56 UTC
**Story** Aaron Aeson shared a post.

**Time** 2017-04-26 19:23:35 UTC
**Message** We'll be there

**Time** 2017-04-26 09:06:21 UTC
**Story** Aaron Aeson shared a photo.

**Time** 2017-04-26 09:05:08 UTC
**Story** Aaron Aeson shared a post.

**EXHIBIT 32**

**Author**
Aaron Aeson (
**Sent** 2018-10-08 02:21:58 UTC
**Body** The mad you sick

**Author**
**Sent** 2018-10-08 02:21:57 UTC
**Body** Yes

**Author** Aaron Aeson (
**Sent** 2018-10-08 02:21:51 UTC
**Body** Like those bug people frim last night

**Author**
**Sent** 2018-10-08 02:21:35 UTC
**Body** I hear you

**Author**
**Sent** 2018-10-08 02:21:28 UTC
**Body** Wow babe

**Author**
**Sent** 2018-10-08 02:21:17 UTC
**Body** 

**Author** Aaron Aeson (
**Sent** 2018-10-08 02:20:43 UTC
**Body** Im too much of a blue personality. Their contentment with effete
mediocrity and cowardice enters my psyche and causes a spiritual
allergic reaction.

**Author**
**Sent** 2018-10-08 02:20:22 UTC
**Body** Whatcha doin

**Author**
**Sent** 2018-10-08 02:18:50 UTC
**Body** It's okay

**Author** Aaron Aeson (
**Sent** 2018-10-08 02:18:18 UTC
**Body** I wanna join atomwaffen. Im tured if limp dicked faggots

**Author**
**Sent** 2018-10-08 02:18:08 UTC
**Body** Miss you

**Author**
**Sent** 2018-10-08 02:17:59 UTC
**Body** Baby

**Author**
**Sent** 2018-10-08 02:17:43 UTC
**Body** Lol

**Author** Aaron Aeson (
**Sent** 2018-10-08 02:06:35 UTC
**Body** Sluts

cover so it's smaller without all that satanic shit and it's lowkey so you can read it anywhere

**Author**
**Sent** 2018-10-08 07:42:22 UTC
**Body** And you'll be able to buy it

**Author**
**Sent** 2018-10-08 07:42:17 UTC
**Body** Btw I have a guy who's formatted siege

**Author**
**Sent** 2018-10-08 07:42:16 UTC
**Body** Yeah

**Author** Aaron Aeson (
**Sent** 2018-10-08 07:42:01 UTC
**Body** Simple design

**Author** Aaron Aeson (
**Sent** 2018-10-08 07:41:48 UTC
**Body** We want it to be something that can easily be copied by others

**Author**
**Sent** 2018-10-08 07:41:02 UTC
**Body** Itd be a more complex molding but maybe

**Author** Aaron Aeson (
**Sent** 2018-10-08 07:40:16 UTC
**Body** Should we make the victim a woman?

**Author**
**Sent** 2018-10-08 07:40:07 UTC
**Body** Ya

**Author** Aaron Aeson (
**Sent** 2018-10-08 07:40:01 UTC
**Body** *nigger is filled in, victim is outlined. So on concrete it's clearly white

**Author**
**Sent** 2018-10-08 07:39:56 UTC
**Body** Mup da doo didda po mo gub bix nood

**Author**
**Sent** 2018-10-08 07:39:27 UTC
**Body** Yeah

**Author** Aaron Aeson (
**Sent** 2018-10-08 07:39:11 UTC
**Body** If we use black spraypaint we can be filled while the victim is outlined

**Author**
**Sent** 2018-10-08 07:37:52 UTC
**Body** A monkey with a gun over a gravestone

**Author** Aaron Aeson (
**Sent** 2018-10-08 07:37:33 UTC

**Body**

A black figure with a weapon standing over a dying figure.

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:36:49 UTC

**Body** I have a few ram stixrs still too

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:36:16 UTC

**Body** Oh shit lol

**Author** Aaron Aeson (▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:36:02 UTC

**Body** Something iconic like the wetback family running across the freeway sign

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:35:07 UTC

**Body** Hmm

**Author** Aaron Aeson (▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:34:49 UTC

**Body** I think a drawing that conveys the message

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:34:24 UTC

**Body** Oof

**Author** Aaron Aeson (▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:34:13 UTC

**Body** We should make it whites being murdered by beans too

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:33:44 UTC

**Body** Fuckkk

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:32:57 UTC

**Body** Lowes or home depot has letter stencils also

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:32:13 UTC

**Body** Aka "peace" symbol

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:32:03 UTC

**Body** Death rune

**Author** Aaron Aeson (▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:32:01 UTC

**Body** Maybe it'll become nationwide

**Author** Aaron Aeson (▮▮▮▮▮▮▮▮▮▮

**Sent** 2018-10-08 07:31:49 UTC

**Body** Heres an idea. We make a symbol means a black has murdered a white in that spot. We make stencils and start spray painting the symbol where that has happened

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent**

2018-10-08 07:29:08 UTC

**Body** Dam yeah

**Author** Aaron Aeson (⬛⬛⬛⬛⬛⬛⬛⬛⬛)

**Sent** 2018-10-08 07:28:49 UTC

**Body** When the press reports on it, we'll put them everywhere

**Author** Aaron Aeson (⬛⬛⬛⬛⬛⬛⬛⬛⬛)

**Sent** 2018-10-08 07:28:18 UTC

**Body** Put up flyers warning people thats its an active area for niger murder.

**Author** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Sent** 2018-10-08 07:27:12 UTC

**Body** I feel like its the best just to make new stuff, they were pretty rad though

**Author** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Sent** 2018-10-08 07:26:54 UTC

**Body** I wish I could lmao

**Author** Aaron Aeson (⬛⬛⬛⬛⬛⬛⬛⬛⬛)

**Sent** 2018-10-08 07:26:38 UTC

**Body** Lets go to the spot Where that nig killed the 70yo deputy.

**Author** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Sent** 2018-10-08 07:26:21 UTC

**Body** ⬛⬛ sent a photo.

**Attachments** image-2096075710416895 (2096075710416895)

**Type** image/jpeg

**Size** 40808

**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=2096075710416895&mid=mid.% 24gAAYSGJQL6t1sg9cevVmUpHOgDNrJ&uid=10 0001379915296&accid=100001379915296&pre view=0&hash=AQDuMP1ZFP- NjxlMxlaav6vT2eRCyQaARkK803seX1X5_A