UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  CR 18-00759-CJC-4                                          Date: January 4, 2019

Present: The Honorable: CORMAC J. CARNEY, UNITED STATES DISTRICT JUJDGE

Interpreter   None

| Kelly Davis | Debbie Hino-Spaan | David Ryan; George Pence |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) Ret | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| 4.) Aaron Eason | X | X | | John McNicholas, CJA | X | X |

**Proceedings:** DEFENDANT AARON EASON'S APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER [96]

Application hearing held. Pretrial Services Agent Fernando Basulto also present. The Court confers with counsel regarding defendant's application.

After considering oral arguments made by all parties, the Court orders that the Application for Reconsideration of Detention Order is hereby GRANTED. See separate bond paperwork for further details. Release order D9066 issued to U.S. Marshal Service.

cc: PTS
    USM

                                                                          : 47
                                                                          kd
                                                            **Initials of Deputy Clerk**