# EXHIBIT 2





Aaron Eason to Antifa supporter: "The dossier was debunked."

