# EXHIBIT 3

**Photo Id:** 237472263387469

**Posted** 2017-03-26 05:29:22 UTC
**Status** Where are you at ladies 🌸
**Mobile** false

**Photo Id:** 237407800060582

**Posted** 2017-03-26 04:30:08 UTC
**Status** We did it fam
**Mobile** true
**Comments**
  **User** Aaron Aeson (100001379915296)
  **Text** TRUMPENKRIEGERS!!!!!!
  **Time** 2017-03-26 07:47:17 UTC

**Posted** 2017-03-26 04:24:42 UTC
**Status** Got em' goy........
**Mobile** false

**Photo Id:** 237377006730328

**Posted** 2017-03-26 03:04:53 UTC
**Status** Sobriety. God and a will to ensure
**Mobile** true

**Posted** 2017-03-26 01:20:04 UTC
**Status** Shit em down
**Mobile** true



**Photo Id:** 237309806737048
**Comments**
  **User** Rob Bie (100013740917908)
  **Text** @[100002364941624:2048:Brooke Dolan]
  **Time** 2017-03-26 09:05:22 UTC

**Posted** 2017-03-26 00:24:14 UTC
**Status** Hmm.. . 🤔
**Mobile** false



|        |                                                                                                                 |
|--------|-----------------------------------------------------------------------------------------------------------------|
| Author | Vance Savage (100013389671493)                                                                                  |
| Sent   | 2017-04-19 00:35:48 UTC                                                                                         |
| Body   | Vermont. I'll be headed to Cali for a bit this July. I didnt know you were in the Red Elephants. I love the RE. Awesome. I am always commenting on there. |
| Author | Rob Bie (100013740917908)                                                                                       |
| Sent   | 2017-04-19 00:33:49 UTC                                                                                         |
| Body   | Alright brother. Sure thing<br>You stay in so cal ?                                                             |
| Author | Vance Savage (100013389671493)                                                                                  |
| Sent   | 2017-04-18 23:57:44 UTC                                                                                         |
| Body   | Love you guys. Keep at it. If you need anything, give out a yell. please.                                       |
| Author | Rob Bie (100013740917908)                                                                                       |
| Sent   | 2017-04-18 23:57:21 UTC                                                                                         |
| Body   | Hail victory bro                                                                                                |
| Author | Rob Bie (100013740917908)                                                                                       |
| Sent   | 2017-04-18 23:57:14 UTC                                                                                         |
| Body   | Thanks for the acknowledgement, brother.<br>We all just have to do our part                                     |
| Author | Rob Bie (100013740917908)                                                                                       |
| Sent   | 2017-04-18 23:56:37 UTC                                                                                         |
| Body   | You accepted Vance's request.                                                                                   |
| Author | Vance Savage (100013389671493)                                                                                  |
| Sent   | 2017-04-18 23:06:18 UTC                                                                                         |
| Body   | You guys are heroes. Thank you.                                                                                 |

| Thread | (1660167653997771) |
|--------|--------------------|
| Current | 2018-09-13 19:03:28 UTC |
| Participants | Brian Enreich (1620739532)<br>Brittney Dillinger (1646667455)<br>Aaron Aeson (100001379915296)<br>Rob Bie (100013740917908)<br>Ben Daley (100015211688280) |

|        |                                     |                         |
|--------|-------------------------------------|-------------------------|
| Author | Rob Bie (100013740917908)           |                         |
| Sent   | 2017-04-30 03:03:47 UTC             |                         |
| Body   | You sent an attachment.             |                         |
| Share  | Date Created                        | 2017-04-30 03:03:46 UTC |
|        | Text                                |                         |
|        | Url                                 |                         |

|        |                                                                                                                                                                                                                                      |
|--------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Author | Aaron Aeson (100001379915296)                                                                                                                                                                                                        |
| Sent   | 2017-04-22 17:06:42 UTC                                                                                                                                                                                                              |
| Body   | Lots of people from the Berkeley Heroes page are driving up for Anne Coulter on the 27th.  One guy has a Tahoe with 5 empty seats. Brian and I are thinking about taking his car up. I'm going for sure. Lets spread the word to anyone we can get. Antifa can't be |

allowed a face saving victory.

**Author** Aaron Aeson (100001379915296)
**Sent** 2017-04-21 05:25:32 UTC
**Body** 󠀠󠀠

**Author** Brian Enreich (1620739532)
**Sent** 2017-04-21 04:50:45 UTC
**Body** Worked all day. I'll cbeck it out in the morning

**Author** Aaron Aeson (100001379915296)
**Sent** 2017-04-20 23:12:15 UTC
**Body** Any luck with airfare Brian?

**Author** Aaron Aeson (100001379915296)
**Sent** 2017-04-20 15:23:57 UTC
**Body** Its not set in stone yet.

**Author** Brittney Dillinger (1646667455)
**Sent** 2017-04-20 15:09:53 UTC
**Body** I need to build my commission and pipeline...I will be there in spirit. Please let me know if I can help with anything

**Author** Aaron Aeson (100001379915296)
**Sent** 2017-04-20 07:07:31 UTC
**Body** Its true that she's lame. But we can't let antifa make a comeback. Another shaming will break them, a victory will make it like Berkeley necer happened.

**Author** Brittney Dillinger (1646667455)
**Sent** 2017-04-20 05:58:17 UTC
**Body** Im on the fence with her. She makes good and bad points.  Would rather wait for Milo's return. Cannot take more time off from work anytime soon though.

**Author** Aaron Aeson (100001379915296)
**Sent** 2017-04-20 05:35:10 UTC
**Body** https://itsgoingdown.org/modesto-ca-call-action-ann-coulter/
**Share** **Date Created** 2017-04-20 05:35:10 UTC
**Summary** Social Media Event Here Ann Coulter, the widely despised conservative columnist has been invited by the Stanislaus County Republican Party to speak in Modesto, California on April 28, 2017. Known for her staunch racism and borderline religious support of far-Right politicians such as President Donal...
**Text**
**Title** Modesto, CA: A Call to Action Against Ann Coulter - IT'S GOING DOWN
**Url** https://itsgoingdown.org/modesto-ca-call-action-ann-coulter/

**Author** Aaron Aeson (100001379915296)
**Sent** 2017-04-20 05:35:04 UTC
**Body** She's going to Modesto too. No reason not to make one of those.

**Author** Aaron Aeson (100001379915296)
**Sent** 2017-04-20 04:57:34 UTC

**Photo Id:** 250936512041044

| | |
|---|---|
| **Author** | Aaron Aeson (100001379915296) |
| **Sent** | 2017-04-20 04:22:23 UTC |
| **Body** | Berkeley again. Returning victors. They're going to fwel like thw SoCal boys OWN their town. |

| | |
|---|---|
| **Author** | Rob Bie (100013740917908) |
| **Sent** | 2017-04-20 04:21:32 UTC |
| **Body** | Where is it |

| | |
|---|---|
| **Author** | Rob Bie (100013740917908) |
| **Sent** | 2017-04-20 04:21:28 UTC |
| **Body** | I'm so game. The city shut her down but she's still going to go |

| | |
|---|---|
| **Author** | Aaron Aeson (100001379915296) |
| **Sent** | 2017-04-20 04:20:52 UTC |
| **Body** | How does everyone feel about this Ann Coulter Event next Thursday? Brian is searching around for supwr cheap plane tickets. If we can fly up there without spending too much, I think we should go. |

| | |
|---|---|
| **Author** | Brittney Dillinger (1646667455) |
| **Sent** | 2017-04-19 22:34:42 UTC |
| **Body** | |
| **Attachments** | sticker (369239263222822) |
| **Type** | image/png |
| **Size** | 0 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24gAAXl6edIvMthuZ_C81biFp60zs9w&uid=100013740917908&accid=100013740917908&preview=0&hash=AQDPL5rdCXQkezeH_l4KpzPbOE0YnD033FCC_u8s49l6iA |



**Photo Id:** 369239263222822

| | |
|---|---|
| **Author** | Brian Enright (1620739532) |
| **Sent** | 2017-04-19 22:34:31 UTC |
| **Body** | |
| **Attachments** | sticker (369239263222822) |
| **Type** | image/png |
| **Size** | 0 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%2 |