NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No. 295785)
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4491/2253
     Facsimile: (213) 894-2979
     E-mail:    david.ryan@usdoj.gov
                george.pence@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-759-CJC |
| Plaintiff, | |
| v. | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS; DECLARATION OF DAVID RYAN |
| ROBERT RUNDO, ROBERT BOMAN, AARON EASON, and TYLER LAUBE, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys David T. Ryan and George E. Pence, hereby submits this unopposed ex parte application to (1) extend the deadline for the government's opposition to the motion to dismiss to May 6, 2019; (2) extend the deadline for defendants' reply in support of the motion to dismiss to May 20,

2019; and (3) continue the hearing on the motion to dismiss to June 3, 2019.

The ex parte application is based upon the attached Declaration of David Ryan and the files and records in this case.

Dated: May 2, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

   /s/
DAVID T. RYAN
GEORGE E. PENCE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>DECLARATION OF DAVID RYAN</u>

I, David Ryan, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this matter, which includes the filing of this <u>ex parte</u> application.

2.  On April 22, 2019, defendants filed a motion to dismiss the Indictment in this case. The motion to dismiss raises several complex issues of constitutional law.

3.  On May 1, 2019, I learned that the government had inadvertently mis-calendered the due date for its opposition to the motion to dismiss as May 6, 2019, 14 days after the filing of the motion, rather than April 29, 2019, seven days after the filing of the motion. The government apologizes for this mistake and regrets any resulting inconvenience to the Court.

4.  Upon discovering this calendaring error, undersigned counsel notified their supervisor, Assistant United States Attorney Christopher D. Grigg, Chief of the Terrorism and Export Crimes Section, who requested, and to whom we have now provided, a copy of the Court's scheduling order and who has indicated he will personally monitor compliance with all deadlines in this case going forward.

5.  In light of the government's calendaring error, as well as the complex legal issues raised in the motion to dismiss, the government requests an extension of time to May 6, 2019 to file an opposition. The government further proposes that defendants be given until May 20, 2019 to file their reply in support of the

motion, and that the hearing on the motion be continued to June 3, 2019.

6.   On May 1, 2019, I contacted defense counsel, who informed me that they do not oppose this application or the proposed briefing schedule and hearing date set forth above.

7.   On May 2, 2019, the Court's chambers confirmed that the Court is available to hear the motion at 2:00 p.m. on June 3, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: May 2, 2019                    /s/ David Ryan
                                     David Ryan
                                     Assistant United States Attorney