UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | CR 18-00759-CJC | Date | May 31, 2019 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Gabriela Garcia | Not Reported | David T. Ryan – Not Present<br>George Emel Pence – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Paul Rundo | Not | X | | Julia Deixler | Not | X | |
| Robert Boman | Not | X | | Peter C. Swarth | Not | X | |
| Tyler Laube | Not | | X | Jerome J. Haig | Not | X | |
| Aaron Eason | Not | | X | John Neil McNicholas | Not | X | |

**PROCEEDINGS:** MINUTES OF IN CHAMBERS ORDER GRANTING THE FREE EXPRESSION FOUNDATION, INC.'S APPLICATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

The application of The Free Expression Foundation, Inc. for leave to file an *amicus curiae* brief, (Dkts. 140–41), is **GRANTED**.   The brief is deemed filed.

\- : \-

Initials of Deputy Clerk   gga