UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 18-00759-CJC |
| Date | June 3, 2019 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Gabriela Garcia | Debbie Hino-Spaan | David Ryan; George Pence |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | X | X | | 1) Julia Deixler, DFPD | X | X | |
| 2) Robert Boman | X | X | | 2) Peter Swarth, CJA | X | X | |
| 4) Aaron Eason | X | | X | 4) John McNicholas, CJA | X | X | |

**PROCEEDINGS:** DEFENDANTS' MOTION TO DISMISS [134]

Motion hearing held. The Court and counsel confer regarding the Court's tentative order. The Court hears oral argument. For the reasons stated on the record, the Court **GRANTS** Defendants' Motion. Further Order to issue.

Release orders issued:

    Robert Paul Rundo – Release Order No. 14255
    Robert Boman – Release Order No. 14256

Bond exonerated as to defendant Aaron Eason.

Government's Motion to Stay is **DENIED.**

Subpoena documents returned to attorney John McNicholas.

                                                                             0 : 30

Initials of Deputy Clerk  gga

cc: PSA
    USMS