UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>        vs.<br><br>TYLER LAUBE<br><br>                    Defendant | Case No: CR 18-759-CJC-3<br><br>[PROPOSED]<br>ORDER WITHDRAWING GUILTY<br>PLEA AND DISMISSING<br>INDICTMENT REGARDING<br>DEFENDANT TYLER LAUBE |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1.      Defendant Tyler Laube's guilty plea to Count 1 of the Indictment is
        withdrawn, pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B).

2.      The Indictment is dismissed consistent with the Order Granting Defendants
        Robert Rundo, Robert Boman, and Aaron Eason's Joint Motion to Dismiss
        the Indictment (Doc. 145), which is incorporated herein by reference.


        DATED:


        _____
        CORMAC J. CARNEY
        UNITED STATES DISTRICT JUDGE