```
HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
ALEXANDRA W. YATES (Bar No. 250442)
(E-Mail: Alexandra_Yates@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5059
Facsimile: (213) 894-0081
```

Attorneys for Defendant
ROBERT PAUL RUNDO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROBERT PAUL RUNDO, <br> Defendant. | Case No. CR 18-00759-CJC-1 <br><br> **NOTICE OF APPEARANCE** |

    Deputy Federal Public Defender Alexandra W. Yates hereby gives notice that she has been assigned to represent Defendant Robert Paul Rundo along with Deputy Federal Public Defender Julia Deixler.

    Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to accurately reflect the newly assigned attorney to ensure that she receives all e-mails relating to filings in this case

                                                           Respectfully submitted,

                                                           HILARY POTASHNER
                                                           Federal Public Defender

DATED: July 23, 2019        By  /s/ Alexandra W. Yates
                                                     ALEXANDRA W. YATES
                                                     Deputy Federal Public Defender
                                                     Attorneys for Robert Paul Rundo