FILED

JUL 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ROBERT PAUL RUNDO; et al., <br><br> Defendants-Appellees. | No.   19-50189 <br><br> D.C. No. <br> 2:18-cr-00759-CJC-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: FERNANDEZ and PAEZ, Circuit Judges, and TIGAR,[*] District Judge.

Appellant's motion to lift the stay of the mandate (Dkt. 60) is DENIED.

---

[*]   The Honorable Jon S. Tigar, United States District Judge for the Northern District of California, sitting by designation.