UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



## CRIMINAL MINUTES – GENERAL

| Case No. | 2:18-cr-00759-CJC | Date | February 10, 2022 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Rolls Royce Paschal | Not Reported | David Ryan & George Pence, IV - Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | Not | | | 1) Julia Deixler, DFPD | Not | X | |
| 2) Robert Boman | Not | | | 2) Peter Swarth, CJA | Not | X | |
| 3) Tyler Laube | Not | | | 3) Jerome Haig, CJA | Not | X | |
| 4) Aaron Eason | Not | | | 4) John McNicholas, CJA | Not | X | |

**PROCEEDINGS:** (IN CHAMBERS) ORDER REOPENING ACTION IN LIGHT OF NINTH CIRCUIT COURT OF APPEALS ORDER

In light of the order filed by the United States Court of Appeals for the Ninth Circuit on February 8, 2022, the Court orders this case REOPENED.

The Courts sets a status conference on **March 3, 2022 at 2:30 p.m.**

Initials of Deputy Clerk   rrp

cc: