TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450
     Facsimile: (213) 894-0104
     E-mail:    solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00759-CJC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ROBERT RUNDO, et al | |
| Defendant. | |

　　　Plaintiff, United States of America, hereby advises the Court that the above-captioned criminal case has been assigned to an Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| Newly-Assigned AUSA: | Solomon Kim | solomon.kim@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the assigned

AUSA's name is associated with this case as attorney of record for the United States and that the AUSA receives all emails relating to filings in this case.

Dated: March 1, 2022                    Respectfully submitted,

                                                TRACY L. WILKISON
                                               United States Attorney

                                               CHRISTOPHER D. GRIGG
                                               Assistant United States Attorney
                                               Chief, National Security Division

                                               */s/ Solomon Kim*
                                               SOLOMON KIM
                                               Assistant United States Attorney

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA