JOHN NEIL McNICHOLAS
STATE BAR #138304
McNicholas Law Office
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831 - FAX
Email:john@mcnicholaslawoffice.com
Attorney for Defendant,
AARON EASON

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON EASON,<br><br>Defendant. | Case No. CR 18-00759-CJC-4<br><br>Ex Parte Application to Permit Appearance by Video Conference<br><br>Hearing Date: March 3, 2022<br>Hearing Time: 2:30 p.m. |

Defendant, Aaron Eason, by and through his attorney of record, John Neil McNicholas, hereby applies *ex parte* to the Court requesting permission to appear at the status conference on March 3, 2022 by video conference.

This *ex parte* application is made and based upon Mr. Eason's current illness and isolation status at Temecula Valley Hospital where he has been for the past nine days and without a foreseeable release date, and the following declaration of John Neil McNicholas.

Defense counsel has conferred with Assistant United States Attorney David T. Ryan, who does not object to the instant request.

McNICHOLAS LAW OFFICE

DATED: March 2, 2022

/s/
JOHN NEIL McNICHOLAS,
Attorney for AARON EASON

## DECLARATION OF JOHN NEIL McNICHOLAS

I, John Neil McNicholas, do hereby declare under penalties of perjury that the following is true:

1. I am an attorney, duly licensed in the State of California, admitted to practice in the Central District of California, and represent Aaron Eason in this matter.

2. I have been in constant contact with Aaron Eason who has been hospitalized with a respiratory illness at Temecula Valley Hospital for the past nine days.

3. Mr. Eason is currently in isolation status, but has informed me that he is able to appear for the hearing on March 3, 2022 by video conference.

4. Mr. Eason has authorized me to execute a CR 29 waiver of appearance and consent to proceeding by video conference as well as a CR-35 general waiver of appearance which are being filed in conjunction with this *ex parte* application.

5. I have conferred with Assistant United States Attorney David T. Ryan, who does not object to the instant request.

Dated this 2nd day of March, 2022 in Redondo Beach California.

/s/ *John Neil McNicholas*
John Neil McNicholas