JOHN NEIL McNICHOLAS
CA Bar No.: 138304
McNICHOLAS LAW OFFICE
464 PalosVerdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831- FAX
john@mcnicholaslawoffice.com
Attorney for Defendant,
AARON EASON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00759-CJC-4 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| AARON EASON, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant, Aaron Eason shall be permitted to appear at the status conference on March 3, 2022 by video conference.

_____    _____
DATE                                                                    HONORABLE CORMAC J. CARNEY
                                                                              UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ John Neil McNicholas*
John Neil McNicholas
Attorney for Aaron Eason