UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>AARON EASON,<br><br>　　　　Defendant. | No. CR 18-00759-CJC-4<br><br>ORDER |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant, Aaron Eason shall be permitted to appear at the status conference on March 3, 2022 at 2:30 p.m. by video conference.

**\*ZOOM Courtroom Link:**

**https://cacd-uscourts.zoomgov.com/j/1619671193?pwd=ZjFkaUlKWHIrbUduLytLWmUzSU5Pdz09**

**Webinar ID: 161 967 1193**
**Passcode: 267932**

**\*COURT ORDER: audio and/or video recording of any proceeding is STRICTLY PROHIBITED.\***

March 2, 2022
　DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ John Neil McNicholas*
John Neil McNicholas
Attorney for Aaron Eason