# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No. | CR 18-00759-CJC |
| Date | March 3, 2022 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Rolls Royce Paschal | Debbie Hino-Spaan | David Ryan; Solomon Kim |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo (Release) | NOT | | | 1) Julia Deixler, DFPD | X | X | |
| 2) Robert Boman (Release) | NOT | | | 2) Peter Swarth, CJA | X | X | |
| 3) Tyler Laube (Bond Exonerated) | X | | | 3) Jerome Haig, CJA | X | X | |
| 4) Aaron Eason (Bond Exonerated) - (via video) | X | | | 4) John McNicholas, CJA | X | X | |

**PROCEEDINGS:** STATUS CONFERENCE IN LIGHT OF NINTH CIRCUIT COURT OF APPEALS ORDER

Status Conference in Light of Ninth Circuit Court of Appeals Order held.

Cause is called for hearing and counsel make their appearances. For the reasons stated on the record, counsel shall file a stipulation and proposed case management order no later than **March 17, 2022.**

00 : 28

Initials of Deputy Clerk  rrp

cc: