| | |
|---|---|
| 1 | LAW OFFICE OF JEROME J. HAIG |
| 2 | JEROME J. HAIG, Attorney at Law<br>State Bar No. 131903 |
| 3 | 21143 Hawthorne Boulevard, Suite 454<br>Torrance, California 90503 |
| 4 | Telephone:(424) 488-0686 – office<br>           (424) 999-5673 – mobile |
| 5 | Fax:      (424) 271-5990<br>E-mail:  jerome@jeromehaiglaw.com |
| 6 | Attorney for Defendant |
| 7 | Tyler Laube |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC-3 |
|         Plaintiff, | |
|     v. | **STIPULATION TO SET CONDITIONS OF RELEASE FOR TYLER LAUBE** |
| TYLER LAUBE, | |
|         Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Solomon Kim, and defendant Tyler Laube, by and through his attorney of record, Jerome J. Haig, that:

1. On November 28, 2018, this Court released the defendant was ordered on a $175,000 Appearance bond, with various conditions, including random narcotics testing.

2. On June 3, 2019, this Court dismissed the indictment. The defendant's bond was exonerated. At that time, Mr. Laube had fully complied with the terms and conditions of his pretrial release.

3. On March 3, 2022, Mr. Laube appeared before this Court for a status conference following the 9th Circuit Court of Appeal's ruling overturning the dismissal of

1  the indictment. The Court ordered the parties to meet and confer regarding case
2  management issues. (See Docket No. 168.)

3      4.      By stipulation, the parties agreed to continue the trial to April 11, 2023.
4  The Court adopted the findings of the stipulation and continued the trial as requested.

5      5.      The Court ordered United States Probation & Pretrial Services (PSA) to
6  conduct an investigation and prepare a report regarding Mr. Laube. On April 19, 2022,
7  PSA disclosed their report to the parties.

8      6.      The Government and the Defendant agree that Mr. Laube should be
9  released on bond, under the following terms and conditions:

10      a.      Supervision by PSA;

11      b.      $20,000 appearance bond, without justification, signed by Matthew
12            Mazzarino;

13      c.      Surrender all passports and travel documents to PSA no later than
14            April 30, 2022, sign a Declaration re Passport and Other Travel
15            Documents, and do not apply for a passport or other travel
16            document during the pendency of this case;

17      d.      Travel restricted to CDCA unless prior permission granted by PSA.
18            Court permission required for international travel;

19      e.      Reside as approved by PSA;

20      f.      Maintain employment as approved by PSA;

21      g.      Avoid contact with witnesses and the following individuals:
22            Frank Tristan, Brian Feinzimer, Brittany Welch, and any member of
23            a white nationalist organization;

24      h.      No contact with any co-defendants except in the presence of counsel;

25      i.      No possession of firearms or ammunition; and

26      j.      Abstain from all use of narcotics and alcohol.

27
28

|   |   |
|---|---|
|   | LAW OFFICE OF JEROME J. HAIG |
| DATED: April 20, 2022 | By */s/ Jerome J. Haig* |
|   | JEROME J. HAIG<br>Attorney for Tyler Laube |
|   |   |
|   | United States Attorney |
| DATED: April 20, 2022 | By   */s/ Solomon Kim* |
|   | SOLOMON KIM<br>Assistant United States Attorney<br>Attorney for Plaintiff<br>United States of America |