UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>TYLER LAUBE,<br>    Defendant. | Case No. CR 18-759-CJC-3<br><br>**[PROPOSED] ORDER SETTING CONDITIONS OF RELEASE FOR DEFENDANT TYLER LAUBE** |

After consideration of the stipulation of the parties and the report from United States Probation and Pretrial Services (PSA), IT IS HEREBY ORDERED that defendant TYLER LAUBE is released on bond, under the following terms and conditions:

1. Supervision by PSA;
2. $20,000 appearance bond, without justification, signed by Matthew Mazzarino;
3. Surrender all passports and travel documents to PSA no later than April 30, 2022, sign a Declaration re Passport and Other Travel Documents, and do not apply for a passport or other travel document during the pendency of this case;
4. Travel restricted to CDCA unless prior permission granted by PSA. Court permission required for international travel;
5. Reside as approved by PSA;
6. Maintain employment as approved by PSA;

7. Avoid contact with witnesses and the following individuals: Frank Tristan, Brian Feinzimer, Brittany Welch, and any member of a white nationalist organization;

8. No contact with any co-defendants except in the presence of counsel;

9. No possession of firearms or ammunition; and

10. Abstain from all use of narcotics and alcohol.

The defendant has one (1) week from the date of this order to file the necessary documents with the Court, including an executed bond form, passport certificate, and affidavit of surety.

IT IS HEREBY ORDERED

DATED:                              By_____
                                    CORMAC J. CARNEY
                                    United States District Judge

2