JOHN NEIL McNICHOLAS
STATE BAR #138304
McNicholas Law Office
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831 - FAX
Email:john@mcnicholaslawoffice.com
Attorney for Defendant,
AARON EASON

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON EASON,<br><br>    Defendant. | Case No. CR 18-00759-CJC-4<br><br>STIPULATION TO CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Solomon Kim, and defendant Aaron Eason, by and through his attorney of record, John Neil McNicholas to the following:

1. On January 4, 2019, this Court released the defendant on a $175,000 appearance bond, with various conditions.

2. On June 3, 2019, this Court dismissed the indictment. The defendant's bond was exonerated. At that time, Mr. Eason had fully complied with the terms and conditions of his pretrial release.

3. On March 3, 2022, Mr. Eason appeared before this Court for a status conference following the 9th Circuit Court of Appeal's ruling overturning the dismissal of the indictment. The Court ordered the parties to meet and confer regarding case management issues. (See Docket No. 168.)

4. By stipulation, the parties agreed to continue the trial to April 11, 2023. The Court adopted the findings of the stipulation and continued the trial as requested.

5. The Court ordered United States Probation & Pretrial Services (PSA) to conduct an investigation and prepare a report regarding Mr. Eason. On April 19, 2022, PSA disclosed its report to the parties.

6. The Government and the Defendant agree that Mr. Eason should be released on bond, under the following terms and conditions:

    a. Supervision by PSA.

    b. $10,000 unsecured appearance bond, without justification, signed by Mr. Eason.

    c. Since Mr. Eason already submitted a declaration that he has never been issued a passport [Doc. 123], and circumstances have not changed since making that declaration, no further passport declaration is needed.

    d. Travel restricted to CD/CA unless prior permission granted by PSA. Court permission is required for international travel.

    e. Reside as approved by PSA.

    f. Maintain employment as approved by PSA unless defendant's health condition prevents him from working.

    g. Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution.

    h. No contact with any co-defendants except in the presence of counsel.

    i. No possession of firearms or ammunition as defendant agrees to submit to

///

a search of his person and/or property by PSA in conjunction with the U.S. Marshal.

IT IS SO STIPULATED.

McNICHOLAS LAW OFFICE

DATED: April 23, 2022  /s/ *John Neil McNicholas*
JOHN NEIL McNICHOLAS,
Attorney for AARON EASON

DATED: April 23, 2022  United States Attorney
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ *Solomon Kim*
SOLOMON KIM,
Assistant United States Attorney
Attorney for United States of America