JOHN NEIL McNICHOLAS
STATE BAR #138304
McNicholas Law Office
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831 - FAX
Email:john@mcnicholaslawoffice.com
Attorney for Defendant,
AARON EASON

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON EASON,<br><br>    Defendant. | Case No. CR 18-00759-CJC-4<br><br>[PROPOSED] ORDER SETTING CONDITIONS OF RELEASE |

This matter, having been considered by the Court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant, Aaron Eason shall be released on bond, under the following terms and conditions:

    a. Mr. Eason shall be supervised by Probation & Pretrial Services (PSA).

    b. Mr. Eason shall execute an unsecured appearance bond, without justification in the amount of $10,000.

    c. Since Mr. Eason already submitted a declaration that he has never been issued a passport [Doc. 123], and circumstances have not changed since making that declaration, no further passport declaration is ordered.

    d. Travel is restricted to CD/CA unless prior permission granted by PSA. Court permission is required for international travel.

    e. Mr. Eason is to reside as approved by PSA.

    f. Mr. Eason is required to maintain employment as approved by PSA unless

defendant's health condition prevents him from working.

g. Mr. Eason is ordered to avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution.

h. Mr. Eason is ordered to avoid contact with any co-defendants except in the presence of counsel.

I. Mr. Eason is forbidden from possessing firearms or ammunition as he agrees to submit to a search of his person and/or property by PSA in conjunction with the U.S. Marshal.

Dated:_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

submitted by:

/s/ *John Neil McNicholas*
John Neil McNicholas
Attorney for Aaron Eason