LAW OFFICE OF JEROME J. HAIG
Jerome J. Haig, Attorney at Law (SBN 131903)
21143 Hawthorne Blvd., Suite 454
Torrance, CA 90503
(424) 488-0686
email: jerome@jeromehaiglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | CR 18-00759-CJC-3 |
| v. | |
| TYLER LAUBE | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, ___Tyler Laube___, declare that
*(Defendant/Material Witness)*

[X] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __25th__ day of __April__, 20__22__
at __Torrance, CA__
*(City and State)*

_____/s/ Tyler Laube_____
Tyler Laube (Apr 25, 2022 16:50 PDT)
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____            _____
                                              *Interpreter*

CR-37 (05/15)                    **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS**