Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2022 MAY -6 AM 10: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. | No. CR 18-759-CJC - 2 |
| PLAINTIFF | |
| Robert Boman | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5/5/2022  11:37   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC SS 371 Conspiracy, 18 USC SS 2101 Rioting

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1993

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Peter Swarth        Phone Number: 818-693-4433

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Special Agent Scott Bierwirth        (please print)

12. Office Phone Number: 310-486-9273
13. Agency: FBI- Los Angeles
14. Signature: [signature]
15. Date: 5/5/2022

CR-64 (09/20)        REPORT COMMENCING CRIMINAL ACTION