# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00759-CJC    Recorder: CS 05/06/2022    Date: 05/06/2022

Present: The Honorable Alka Sagar, U.S. Magistrate Judge

Court Clerk: Alma Felix                Assistant U.S. Attorney: David Lachman by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) ROBERT BOMAN CUSTODY-PRESENT BY VTC | 2) PETER CARL SWARTH PANEL BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Cormac J. Carney.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 04/11/2023 at 8:30 AM
Pre-trial Conference 04/03/2023 at 9:00 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: AF by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA