**PETER SWARTH**
ATTORNEY AT LAW
6520 PLATT AVE., # 557
WEST HILLS, CA 91307
TELEPHONE:(818)887-8800
FACSIMILE:  (323) 843-9232
E*MAIL:PSWARTH@GMAIL.COM


USA V Robert Boman
USDC Case No. 2:18-cr-759-CJC-2

Application for Review/Reconsideration
of Order Setting Conditions of Release/Detention
(18 U.S.C. §3142) and Request for Hearing

Attachment

1. Defendant's Mother Ms. Maureen Boman has agreed that the Defendant can reside in her home, now located in Harrodsburg, KY

2. Robert Kuchta, the Defendant's father has agreed to execute an affidavit of Sureties in the amount of $5000.00

3. The Defendant agrees to participate in a Location Monitoring program