***AMENDED***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR18-00759-CJC-2 |
| v. | |
| Robert Boman, | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, **(18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Alka Sagar

on **Friday, November 18, 2022** at **1:00 p.m.**

in courtroom 540 / Roybal Courthouse.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| November 10, 2022 | Alma Felix | (213) 894-1587 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation  ☐ Interpreter's Office  ☑ PSA.