1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          No. CR 18-00759-CJC

11            Plaintiff,                ORDER CONTINUING PRETRIAL
                                        MOTIONS DEADLINES
12                 v.

13   ROBERT PAUL RUNDO, et al.,

14            Defendants.

15

16

17        Pursuant to the stipulation of the government and defendants

18   ROBERT PAUL RUNDO, TYLER LAUBE, and AARON EASON requesting a

19   continuance of the pretrial motions deadlines in the above-captioned

20   matter, and good cause having been shown, IT IS HEREBY ORDERED as

21   follows:

22   • The government shall file a first superseding indictment on or

23   before **January 3, 2023.**

24   • Pretrial motions shall be filed on or before **February 10, 2023.**

25   • Oppositions to pretrial motions shall be filed on or before

26   **March 3, 2023.**

27   • Replies in support of pretrial motions, if any, shall be filed

28   on or before **March 10, 2023.**

- The motions shall be heard on **March 20, 2023, at 9:00 a.m.**

  IT IS SO ORDERED.


December 5, 2022
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:
    /s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney