UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | CR 18-00759-CJC |
| Date | December 8, 2022 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Rolls Royce Paschal | Not Reported | Solomon Kim; Annamartine Salick; Maria Jhai - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | Not | | | 1) Julia Deixler, DFPD; Brianna Mircheff, DFPD | Not | X | |
| 2) Robert Boman | Not | X | | 2) Peter Swarth, CJA | Not | X | |
| 3) Tyler Laube | Not | | X | 3) Jerome Haig, CJA | Not | X | |
| 4) Aaron Eason | Not | | X | 4) John McNicholas, CJA | Not | X | |

**PROCEEDINGS:    (IN CHAMBERS) ORDER ADVANCING TRIAL AND PRETRIAL CONFERENCE**

The Court, on its own motion, hereby ADVANCES the trial and pretrial conference in this matter as follows:

- The Trial is advanced to **March 28, 2023, at 8:30 a.m.**
- The Pretrial Conference is advanced to **March 20, 2023, at 9:00 a.m.**

_ _ _ _ _ _ _ : _ _ _ _ _

Initials of Deputy Clerk   rrp

cc: