E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450/4138
     Facsimile: (213) 894-0140
     E-mail:    solomon.kim@usdoj.gov
                maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION TO CONTINUE DEADLINE; DECLARATION OF SOLOMON KIM |
| v. | |
| ROBERT RUNDO et al., | |
| Defendants. | |

The government hereby applies, ex parte, for a continuance of the government's deadline to file any first superseding indictment in this case from January 3, 2023 to January 4, 2023.

///

///

///

This ex parte application is based upon the attached declaration of Solomon Kim.

Dated: December 30, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

     /s/
SOLOMON KIM
MARIA JHAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SOLOMON KIM**

I, Solomon Kim, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the AUSAs assigned to represent the government in United States v. Robert Rundo et al., CR 18-759-CJC.

2. On December 5, 2022, the Court ordered the government to file any first superseding indictment in this case on or before January 3, 2023. (Dkt. 205.)

3. On December 29, 2022, I was informed by my office's Grand Jury Clerk that the grand jury scheduled for January 3, 2023, the date on which the government's grand jury session for this case was scheduled, was cancelled. As a result, the government's grand jury session for this case was rescheduled to January 4, 2023.

4. Accordingly, the government requests that the Court grant a continuance of the deadline by which the government is required to file any first superseding indictment in this case from January 3, 2023 to January 4, 2024.

///
///

5. On December 29, 2022, the government reached out to counsel for defendants Robert RUNDO, Robert BOMAN, and Tyler LAUBE. Counsel for defendants BOMAN and LAUBE indicated that they do not object to the government's request. The government has yet to hear from counsel for defendant RUNDO.[1]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on December 30, 2022 at Los Angeles, California.

/s/
SOLOMON KIM

---

[1] The government does not intend to include defendant Aaron Eason in its first superseding indictment.