**F I L E D**
CLERK, U.S. DISTRICT COURT

1/4/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ROBERT RUNDO,<br>ROBERT BOMAN, and<br>TYLER LAUBE,<br><br>      Defendants. | CR No. 18-759(A)-CJC<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 2101: Riots; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1.   Beginning in or around February 2017, defendants ROBERT RUNDO ("RUNDO"), ROBERT BOMAN ("BOMAN"), and TYLER LAUBE ("LAUBE"), along with others known and unknown to the Grand Jury, participated in a white nationalist organization originally named the "DIY Division" and later re-named the "Rise Above Movement," or "RAM."

2.   Defendants and their co-conspirators presented RAM publicly, through various social-media platforms and other means, as a combat-ready, militant group of a new nationalist white supremacy and identity movement.

3.     Defendants and their co-conspirators used the Internet to post videos and pictures of themselves conducting training in hand-to-hand combat, often interspersed with pictures and video clips of themselves assaulting people at political events, accompanied by messages in support of their white supremacist ideology.

//

//

//

COUNT ONE

[18 U.S.C. § 371]

A.   OBJECT OF THE CONSPIRACY

    4.   The allegations set forth in paragraphs 1 through 3 are incorporated by reference as if fully set forth herein.

    5.   Beginning on a date unknown but not later than in or around March 2017, and continuing until on or about May 2018 in Los Angeles County, within the Central District of California, and elsewhere, defendants RUNDO, BOMAN, and LAUBE, along with others known and unknown to the Grand Jury, conspired and agreed with each other to commit an offense against the United States, namely, rioting, in violation of Title 18, United States Code, Section 2101.

B.   THE MANNER AND MEANS OF THE CONSPIRACY

    6.   The object of the conspiracy was to be accomplished, in substance, as follows:

        a.   Defendants RUNDO, BOMAN, and others known and unknown to the Grand Jury would use text messages and the Internet to recruit others to train for and engage in acts of violence at political rallies and organized demonstrations;

        b.   Defendants RUNDO, BOMAN, and others known and unknown to the Grand Jury would use text messages and the Internet to coordinate hand-to-hand and other combat training to prepare to engage in violence at political rallies and organized demonstrations;

        c.   Defendants RUNDO, BOMAN, LAUBE, and others known and unknown to the Grand Jury would engage in hand-to-hand and other combat training to prepare to engage in violence at political rallies and organized demonstrations;

        d.   Defendants RUNDO, BOMAN, LAUBE, and others known and unknown to the Grand Jury would travel to political rallies and

organized demonstrations and assault individuals they identified as holding opposing political views;

e. Defendants RUNDO, BOMAN, and others known and unknown to the Grand Jury would use the Internet to share videos and photographs of themselves and each other committing acts of violence at political rallies and organized demonstrations to recruit more people to engage in violence at future events.

C. OVERT ACTS

7. On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendants RUNDO, BOMAN, LAUBE, and others known and unknown to the Grand Jury committed the following overt acts within the Central District of California, and elsewhere:

**March 25, 2017: Huntington Beach, California**

Overt Act No. 1:    Beginning no later than on a date unknown but not later than in or around October 2009, and continuing until on or about May 2018, defendants RUNDO, BOMAN, and LAUBE registered and operated social media accounts for the purpose of recruiting others to join RAM, updating members on upcoming events and trainings, and publicizing events, including depictions of RAM members engaging in violence at organized events.

Overt Act No. 2:    On or about March 4, 2017, a RAM associate sent a message through an online social media platform to RAM members and other associates suggesting that the group should start training "group fighting," including "3v3, 1v2, etc."  Defendant RUNDO responded to the message stating, "100%. But with the newer guys they gotta get the basics down first."

Overt Act No. 3:    On or about March 15, 2017, defendants RUNDO, BOMAN, and LAUBE along with others, engaged in combat training in San Clemente, California, to prepare to engage in violence at upcoming political events.

Overt Act No. 4:    On or about March 18, 2017, a RAM associate sent messages through an online social media platform to RAM members and other associates to coordinate combat training, listing defendant RUNDO as the point of contact, to prepare RAM members and others to engage in violence at upcoming political events in Huntington Beach, California and Berkeley, California.

Overt Act No. 5:    On or about March 22, 2017, defendant RUNDO sent a message on an online social media platform to another associate stating, "I will be bring the [RAM] banner with some of the guys I train with anyone want to take part in carting it let me kno."

Overt Act No. 6:    On or about March 25, 2017, defendants RUNDO, BOMAN, LAUBE and other RAM members attended a political rally in Huntington Beach, California (the "Huntington Beach Rally").

Overt Act No. 7:    On or about March 25, 2017, defendant RUNDO committed, participated in, and aided and abetted one or more acts of violence against individuals at the Huntington Beach Rally.

Overt Act No. 8:    On or about March 25, 2017, defendant BOMAN committed, participated in, and aided and abetted one or more acts of violence against individuals at the Huntington Beach Rally.

Overt Act No. 9:    On or about March 25, 2017, defendant LAUBE committed, participated in, and aided and abetted one or more acts of violence against individuals at the Huntington Beach Rally.

Overt Act No. 10:    On or about March 26, 2017, defendant BOMAN posted on his Facebook account a link to an article on The Daily

Stormer titled "Trumpenkriegers Physically Remove Antifa Homos in Huntington Beach," along with the comment, "We did it fam."

Overt Act No. 11:   On or about March 26, 2017, defendant BOMAN posted a photograph on his Facebook account showing himself and other RAM members at the Huntington Beach Rally, along with the comment, "Hail victory and the alt-reich."

**April 15, 2017: Berkeley, California**

Overt Act No. 12:   From on or about March 27, 2017 through on or about April 3, 2017, a RAM member used interstate communications, including text messages, and Facebook and Twitter messages, to recruit individuals to attend and to provide "security" at a political event in Berkeley, California, on April 15, 2017 (the "Berkeley Rally"), where they would be prepared to engage in hand to hand combat.

Overt Act No. 13:   On April 3, 2017, the RAM member posted a Twitter message to another Twitter user, stating "[t]he boys from the recent Huntington Beach rally who kicked antifa off the beach, are going to Berkely 4/15. Can you put some heart in them?"

Overt Act No. 14:   On or about April 13, 2027, defendant RUNDO sent a YouTube link to other RAM members and associates on a social medial platform showing large groups of individuals engaging in hand-to-hand combat, with the following message: "I was thinking along these lines."

Overt Act No. 15:   On or about April 14, 2017, a RAM member used a Visa credit card with account number ending in 0807 to rent a multi-passenger van from Airport Van Rental at the Los Angeles International Airport, and used the van to transport defendants RUNDO

and BOMAN, and other RAM members from Southern California to the
Berkeley Rally.

Overt Act No. 16:   On or about April 14, 2017, defendants RUNDO
and BOMAN used and caused to be used a Visa credit card belonging to
an associate to reserve hotel rooms for themselves at a Courtyard by
Marriott hotel in Richmond, California, to facilitate their
attendance at the Berkeley Rally.

Overt Act No. 17:   On or about April 15, 2017, defendant RUNDO
exchanged messages on a social media platform with the leader of
another organization to coordinate their activities at the Berkeley
Rally.

Overt Act No. 18:   On or about April 15, 2017, defendants
RUNDO, BOMAN, and other RAM members prepared to commit acts of
violence at the Berkeley Rally by wearing some combination of
coordinating grey shirts, goggles, mouth guards, athletic tape around
their wrists, and black face masks with white skeleton designs.

Overt Act No. 19:   On or about April 15, 2017, defendant RUNDO
committed, participated in, and aided and abetted one or more acts of
violence against individuals at the Berkeley Rally, including against
a Berkeley Police Department police officer.

Overt Act No. 20:   On or about April 15, 2017, defendant BOMAN
committed, participated in, and aided and abetted one or more acts of
violence against individuals at the Berkeley Rally.

Overt Act No. 21:   On or about April 15, 2017, a RAM member
wrote to a representative of a media company seeking footage of the
Berkeley Rally, "We chased over a hundre[d] of them down the street
for 2 blocks.  We were savage.  Give a shout out to the [Huntington
Beach] boys who went to Berkeley.  We'll love y[o]u forever."

<u>Overt Act No. 22:</u>   On or about April 16, 2017, defendant BOMAN posted a photograph on his Facebook page showing him punching persons at the Berkeley Rally along with the caption, "Oooooi vey!!! Dagoyiiiim knooooow."

<u>Overt Act No. 23:</u>   On or about April 16, 2017, defendant BOMAN posted a photograph on his Facebook account containing a Twitter post in which a journalist identified defendant BOMAN and another RAM member at the Berkeley Rally and accused them of shoving him. Defendant BOMAN wrote, "You come face to face with the enemy, what do you expect. . . [.]"

<u>Overt Act No. 24:</u>   On or about April 16, 2017, a RAM member sent a text message to a RAM associate describing his actions at the Berkeley Rally, and stating, "I was about to jump into that but our guys were just wrecking them, like not even any room to get a hit in. I was like alrite, u guys got it handled then lol."  The associate responded, "I've been looking at videos.  There's a grey-shirted storm trooper at the fucking front every, single, time.  You guys were lions."  The RAM member replied, "Total Aryan victory."

<u>Overt Act No. 25:</u>   On or about April 19, 2017, defendant RUNDO sent a text message to another RAM member to thank him for attending the Berkeley Rally, and then invited him to combat training and offered to buy lunch for all who attend.

<u>Overt Act No. 26:</u>   On or about April 20, 2017, a RAM member wrote on Facebook to defendant BOMAN and other members to request that they participate in another rally in Berkeley on April 27, 2017, stating, "Berkeley again.  Returning victors.  They're going to f[e]el like th[e] SoCal boys OWN their town," and "we can't let

antifa make a comeback.  Another shaming will break them, a victory will make it like Berkeley ne[v]er happened."

Overt Act No. 27:   On or about April 21, 2017, a RAM member sent a text message to another RAM member to invite him to the April 27, 2017, political rally in Berkeley, California, stating that he was "driving up to deny antifa a face-saving victory," and intended to "leave in the morning, drive fast, get up there early so we can stretch out and power up, hit it hard and skip town."

**June 10, 2017: San Bernardino, California**

Overt Act No. 28:   On or about June 1, 2017, a RAM member sent a Facebook message to a RAM associate stating that he and 30 other RAM members were planning to "take over" a "normie" march and shared photographs of signs that RAM members planned to carry at the march.

Overt Act No. 29:   On or about June 10, 2017, defendant RUNDO and other RAM members attended a political rally in San Bernardino, California (the "San Bernardino Rally") carrying several of the signs had been shared via Facebook on June 1, 2017.

Overt Act No. 30:   On or about June 10, 2017, defendant RUNDO and other RAM members committed, participated in, and aided and abetted one or more acts of violence against persons and property at the San Bernardino Rally.

Overt Act No. 31:   On or about June 11, 2017, the RAM Instagram account posted a photograph of defendant RUNDO and other RAM members at the San Bernardino Rally, and the comment, "Just another block taken from #antifa cowards!!!!!!!"

Overt Act No. 32:   On or about June 11, 2017, defendant RUNDO wrote to a RAM associate on a social media platform and offered to

send the associate a video recording showing "us smashing the antifa car and chas[]ing them" at the San Bernardino Rally.

Overt Act No. 33:   On or about June 13, 2017, a RAM member sent a text message to a RAM associate, stating, "We smashed some antifa as they were leaving."  The associate responded, "If it wasn't for the White Nationalists nothing would ever get done."  The RAM member replied, "This is true would've been no victory in Huntington or Berkeley."

**August 11-12, 2017: Charlottesville, Virginia**

Overt Act No. 34:   On or about June 18, 2017, two RAM members exchanged text messages regarding booking flights to the Unite the Right rally in Charlottesville, Virginia on August 11-12, 2017 (the "Charlottesville Rally").

Overt Act No. 35:   On or about July 23, 2017, defendant RUNDO used the Internet to post a RAM promotional video showing RAM members assaulting counter-protestors at the Huntington Beach Rally and the Berkeley Rally.

Overt Act No. 36:   On or about July 26, 2017, defendant RUNDO sent a Twitter message from the RAM Twitter account to another Twitter user stating, "hope we can get y'all some more commie beatdown vids soon – Antifa never learn ☺."

Overt Act No. 37:   On or about August 10, 2017, defendant BOMAN posted a photograph on his Facebook page showing himself punching a person at the Berkeley Rally.

Overt Act No. 38:   On or about August 10-11, several RAM members traveled from Los Angeles, California, to Charlottesville, Virginia to attend the Charlottesville Rally.

<u>Overt Act No. 39:</u>   On or about August 12, 2017, several RAM members attended the Charlottesville Rally, where they committed, participated in, and aided and abetted one or more acts of violence against individuals at the Charlottesville Rally.

**<u>August 2017-May 2018: RAM Members Celebrate Their Assaults and Train For Future Events</u>**

<u>Overt Act No. 40:</u>   On or about September 14, 2017, defendant RUNDO posted a Twitter message containing a photograph of other RAM members assaulting counter-protestors at the Berkeley Rally, with the accompanying text: "#antiantifa, #goodnightleftsisde, #riseabovemovement."

<u>Overt Act No. 41:</u>   On or about September 25, 2017, a RAM member sent a text message to another RAM member stating that he was "back in a position to go hard with activism" after having been "sidetracked after Berkeley."   The receiving RAM member replied that people were "laying a little low on account of [Charlottesville] fallout," and the sending RAM member replied that they could pursue other avenues, and he had "been working on souring Mexicans on visiting my mountain community."

<u>Overt Act No. 42:</u>   On or about December 17, 2017, defendant RUNDO used the Internet to post a promotional video showing defendants RUNDO, BOMAN, LAUBE, and other RAM members assaulting persons at the Huntington Beach Rally and the Berkeley Rally, combined with videos and pictures of RAM members engaging in combat training.

<u>Overt Act No. 43:</u>   On or about January 10, 2018, defendant RUNDO posted a Twitter message from the RAM Twitter account, stating,

"What's up with giving a shoutout to the only alt right crew that actually beats antifa senseless and wins rallies."

Overt Act No. 44:   On or about January 17, 2018, defendant RUNDO posted a Twitter message from the RAM Twitter account, stating, "From the guys that [won] every rally they ever attended and always chased out antifa."

Overt Act No. 45:   On or about February 5, 2018, defendant RUNDO posted a Twitter message from the RAM Twitter account containing a photograph of RAM members, covering their faces with books, stating, "When the squads not out smashing commies . . . #nationalist #lifestyle."

Overt Act No. 46:   On or about February 15, 2018, defendant RUNDO posted a Twitter message from the RAM Twitter account containing a photograph of RAM members, including defendants RUNDO and BOMAN and other RAM members, at the Huntington Beach Rally, standing behind a large banner with the accompanying text, "Shortly after this pic antifa was [blown the fuck out] in Huntington Beach."

Overt Act No. 47:   On or about April 18, 2018, defendant RUNDO and other RAM members traveled to Germany, Ukraine, and Italy, where they engaged in combat training with members of European white supremacist organizations.

Overt Act No. 48:   On or about May 15, 2018, defendant RUNDO sent a Twitter message from the RAM Twitter account to another Twitter user who had proposed interviewing RAM leaders on a podcast, and stated, "Maybe if there [is] enough time could mention [Berkeley] how we were the first guys to jump over the barrier and engage and how that had a huge impact."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[18 U.S.C. §§ 2101, 2(a)]

8.   The allegations set forth in paragraphs 1 through 3 are incorporated by reference as if fully set forth herein.

9.   Beginning on or about March 16, 2017, and continuing until on or about April 15, 2017, in Los Angeles County, within the Central District of California, defendants RUNDO and BOMAN, each aiding and abetting the other, used facilities of interstate commerce with intent to incite, participate in, and carry on a riot, and to commit an act of violence in furtherance of a riot, and to aid or abet any person in inciting and participating in and carrying on a riot and committing any act of violence in furtherance of a riot, including but not limited to:

a.   Between March 16, 2017 and April 14, 2017, defendant BOMAN sent Facebook messages to recruit RAM members and others to attend an organized demonstration in Berkeley, California, on April 15, 2017 (the "Berkeley Rally").

b.   Between March 18, 2017 and April 15, 2017, defendant RUNDO sent messages through the online social media platform to coordinate RAM members' attendance at the Berkeley Rally and to arrange combat training events to prepare RAM members and associates to engage in violence at the Berkeley Rally.

c.   On or about April 14, 2017, defendants RUNDO and BOMAN used and caused to be used a Visa credit card belonging to an associate to reserve hotel rooms for themselves and others at a Courtyard by Marriott hotel in Richmond, California.

10.   During the course of such use of facilities of interstate commerce and thereafter, on or about April 15, 2017, on and around

13

the grounds of Martin Luther King Jr. Civic Center Park in Berkeley, California, defendants RUNDO and BOMAN incited, participated in, and carried on a riot, committed acts of violence in furtherance of a riot, and aided and abetted other persons inciting and participating in and carrying on a riot and committing acts of violence in furtherance of a riot.

A TRUE BILL

/S/

_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

SOLOMON KIM
MARIA JHAI
Assistant United States Attorneys
Terrorism and Export Crimes Section

14