E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450
    Facsimile: (213) 894-0141
    E-mail:   solomon.kim@usdoj.gov
             maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-4 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| AARON EASON, | |
| Defendant. | |

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the indictment filed in this matter as to defendant Aaron Eason be

//
//
//
//
//
//
//

be dismissed.  The dismissal is effective as to <u>only</u> defendant Aaron Eason.

    IT IS SO ORDERED.

_____      _____
DATE                                 HON. CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE

Presented by:

    */s/ Maria Jhai*
MARIA JHAI
Assistant United States Attorney