UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-3 |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ROBERT RUNDO, et al., | **TRIAL DATE: 12/12/2023** |
| Defendants. | **PRETRIAL CONFERENCE: 12/04/2023** |
| | **MOTIONS HEARING:    11/16/2023** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by in this matter on February 9, 2023. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) the continuance represents a reasonable period of delay as the defendants are joined for trial, the time for trial has not run, and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to **December 12, 2023 at 8:30 a.m.** The Pretrial Conference is continued to **December 4, 2023 at 9:00 a.m.**

2. A motion schedule is set as follows: motions to be filed by October 5, 2023; oppositions to be filed by October 26, 2023; replies to be filed by November 2, 2023; and any motions hearing on November 16, 2023.

3. The time period from March 28, 2023 to December 12, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//
//
//

//

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| February 10, 2023 | /s/ Cormac J. Carney |
|---|---|
| DATE | THE HONORABLE CORMAC J. CARNEY<br>UNITED STATES DISTRICT JUDGE |

Presented by:

    /s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney