# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 18-759-CJC-2 |
| ROBERT BOMAN | NOTICE DIRECTING DEFENDANT TO APPEAR FOR ARRAIGNMENT CALENDAR |
| DEFENDANT(S) | |

To: ROBERT BOMAN

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before United States Duty Magistrate Judge Courtroom No. **6B**, _____ floor, United States Courthouse located at:

- [ ] 255 E. Temple Street  
  Los Angeles, CA 90012  
  (213) 894-8288

- [x] 411 W. Fourth Street  
  Santa Ana, CA 92701  
  (714) 338-4750

- [ ] 3470 Twelfth Street  
  Riverside, CA 92501  
  (951) 328-0000

at **2:00 p.m.** on _____, at which time you shall be arraigned on the above Indictment / Information. Upon arraignment, your case will be assigned to a judge of this court before whom you must be prepared to appear on the same day and enter a plea.

**If you fail to appear at the date, time and place indicated, your present bond will be forfeited and the court will issue a warrant for your arrest.**

**IF YOU DO NOT HAVE RETAINED COUNSEL:**

Attorney _____ has been tentatively assigned to represent you in this matter provided there is a finding that you are without sufficient funds to retain a private attorney and upon approval of the Court. If you have already retained a private attorney, show this notice to your attorney at once and contact the assigned attorney and the Deputy Clerk immediately at the designated location above.

Clerk, U. S. District Court

February 17, 2023   By   *Kiry K. Gray*  
Date                         Kiry K. Gray, Clerk of Court

cc: Defendant  
Defense Attorney  
Assistant U.S. Attorney  
☐ PSALA, ☐ PSASA, ☐ PSAED

Bail Status:  
☐ Bond  
☒ Detention

Interpreter: ☐ Yes  
_____ Language  
☐ Rule 5 - in from: _____

CR-43 (10/15)       NOTICE DIRECTING DEFENDANT TO APPEAR FOR ARRAIGNMENT CALENDAR