# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No. | CR 18-00759-CJC-2 |
| Date | February 21, 2023 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter  None

| Rolls Royce Paschal | Debbie Hino-Spaan | Maria Jhai |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Robert Boman | X | X | | 2) Peter Swarth, CJA | X | X | |

**PROCEEDINGS:   STATUS CONFERENCE**

Status Conference held.   Change of Plea will not go forward.

The Court and counsel confer.   For the reasons stated on the record, counsel shall file a briefing and hearing schedule with respect to a renewed motion for bail.

The Court orders the Pretrial Office to confer with CJA counsel, Peter Swarth regarding the availability of a residential treatment facility for the defendant.

                                                                                        1  :  00

Initials of Deputy Clerk   rrp

**cc: USPO, PSA**