1  E. MARTIN ESTRADA
   United States Attorney
2  ANNAMARTINE SALICK
   Assistant United States Attorney
3  Chief, National Security Division
   SOLOMON KIM (Cal. Bar No. 31466)
4  MARIA JHAI (Cal. Bar No. 283059)
   Assistant United States Attorneys
5  Terrorism and Export Crimes Section
        1500 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2450/4138
        Facsimile: (213) 894-0104
8       E-mail:    solomon.kim@usdoj.gov
        maria.jhai@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                      UNITED STATES DISTRICT COURT

12                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA, | No. CR 18-759-CJC-2
14 |         Plaintiff, | NOTICE OF LODGING PROPOSED ORDER
                         | FOLLOWING STATUS CONFERENCE
15 |              v.
16 | ROBERT BOMAN,
17 |         Defendant.

18

19      Plaintiff United States of America, by and through its counsel

20 of record, Assistant United States Attorneys Solomon Kim and Maria

21 Jhai, hereby files the attached proposed order, following the

22 //

23 //

24

25

26

27

28

February 21, 2023 hearing before this Court in the above-captioned matter.

Dated: February 24, 2023           Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney

                                   ANNAMARTINE SALICK
                                   Assistant United States Attorney
                                   Chief, National Security Division


                                         /s/ Maria Jhai
                                   MARIA JHAI
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 31466)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450/4138
     Facsimile: (213) 894-0104
     E-mail:    solomon.kim@usdoj.gov
                maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| ROBERT BOMAN, | |
| Defendant. | |

A change-of-plea hearing for defendant Robert Boman ("defendant") was held in this matter on February 21, 2023. Defendant appeared in person with defense counsel Peter Swarth.

The Court and the parties conferred. Defendant did not proceed with the change of plea. (See Dkt. 224.) Defendant is detained pending trial.

As addressed on the record at the February 21, 2023 hearing and

//

//

in the Court's February 10, 2023, Amended Order to Continue Trial Date (Dkt. 220), trial for defendant is scheduled for December 12, 2023.

IT IS SO ORDERED.

_____     _____
DATE                                HONORABLE CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE

Presented by:

   /s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney