UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-2 |
|---|---|
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| ROBERT BOMAN, | |
| Defendant. | |

A change-of-plea hearing for defendant Robert Boman ("defendant") was held in this matter on February 21, 2023. Defendant appeared in person with defense counsel Peter Swarth.

The Court and the parties conferred. Defendant did not proceed with the change of plea. (See Dkt. 224.) Defendant is detained pending trial.

As addressed on the record at the February 21, 2023 hearing and

//
//
//
//
//
//

in the Court's February 10, 2023, Amended Order to Continue Trial Date (Dkt. 220), trial for defendant is scheduled for December 12, 2023.

IT IS SO ORDERED.

February 24, 2023
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

     /s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney