

February 28, 2023

RE: **Robert Boman**
DOB: **06/21/1993**

Please be advised that Robert Boman has been screened and approved for our residential Salvation Army Adult Rehabilitation Center program. We will accept him directly from custody contingent upon court disposition and eligibility.

The ARC is a minimum 6 month to 1yr max residential program, with the first thirty days being a period of restriction to the Center. While in the program, the beneficiary (resident) receives individual and group counseling, alcohol and drug abuse education and individual spiritual counseling. He attends Chapel, Bible study classes, AA & NA meetings, Relapse Prevention, Anger Management, Re-entry, and other specialty groups. His participation is monitored by regular and random drug testing to maintain the integrity of our drug free environment. The beneficiary's Work Therapy Assignment is an important component of the program. He is not an employee and earns no wages.

As a non-profit organization, The Salvation Army provides these services without charge to the recipient or the community. Instead, the program relies on material donations. These donations are sorted, repaired, and distributed to The Salvation Army thrift stores by men in the program.

If I can be of further service to you or answer any additional questions, please do not hesitate to call or email.

Sincerely,

Mark Oseguera
Intake Coordinator
The Salvation Army Adult Rehabilitation Center
1665 10th St.
Santa Monica , Ca. 90404
mark.osguera@usw.salvationarmy.org
Direct: 310 450 7235 x 2304

# EXHIBIT A