**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:18-cr-00759-CJC-2 |
| v. | |
| ROBERT BOMAN, | NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☑ District Judge  Cormac J. Carney

☐ Magistrate Judge _____

on  March 2, 2023   at  9:30   ☑ a.m.  ☐ p.m.

in courtroom  9B .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| March 1, 2023 | 𝕽𝖔𝖑𝖑𝖘 𝕽𝖔𝖞𝖈𝖊 𝕻𝖆𝖘𝖈𝖍𝖆𝖑 | cjc_chambers@cacd.uscourts.gov |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☑ Probation  ☐ Interpreter's Office  ☑ PSA.