Peter Swarth, SBN 143573
THE LAW OFFICES OF PETER SWARTH
6520 Platt Ave., #557
West Hills, CA 91307
(818) 887-8800
pswarth@gmail.com



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF<br>v.<br><br>ROBERT BOMAN<br><br>                             DEFENDANT. | CASE NUMBER:<br><br>18-cr-759-CJC-2<br><br>**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
|---|---|

I, Robert Boman _____, declare that
        *(Defendant/Material Witness)*

[✔] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2nd__ day of __MARCH__, 20__23__
at __SANTA ANA, CA__
           *(City and State)*

                                                          */s/ Robert Boman*
                                          *Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____                                                    _____
                                                                                    *Interpreter*

CR-37 (05/15)              DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS