## United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

March 2, 2023



F I L E D
CLERK, U.S. DISTRICT COURT
03/02/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

United States District Court
Santa Ana, California

**Re: Release Order Authorization**
Defendant: **Boman, Robert**
Docket No.: **2:18-CR-00759-02**

To Whom It May Concern:

On March 2, 2023, the defendant's bond was set by the Honorable Cormac J. Carney. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in a location monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Dalayna Ecklund

Digitally signed by Dalayna Ecklund
Date: 2023.03.02 15:40:29 -08'00'

Dalayna Ecklund
U.S. Pretrial Services Officer
951-315-5584

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax