# *United States Probation & Pretrial Services*

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT
03/06/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY



**Kiry K. Gray**
District Court Executive / Clerk of Court

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer

Date: March 6, 2023
Re: Release Order Authorization
Docket Number: 2:18-CR-00759-CJC-2
Defendant: Robert Boman

To Whom It May Concern:

The defendant's bond includes the following condition: "Defense counsel to clear any warrants prior to defendant's release". A new warrant check was conducted on today's date, and all previous warrants have been cleared.

The defendant was ordered released on a bond that includes the special condition of placement into the Residential Drug Treatment and **RELEASE TO PRETRIAL SERVICES ONLY**. Pretrial Services has secured placement for the defendant and is available to take the defendant out of custody.

The defendant will enter residential treatment at the following location on the following date and time:
**Salvation Army Adult Rehabilitation Center - 1665 10th St. Santa Monica , CA. 90404**
**Intake Date – March 7, 2023 anytime before 12 p.m.**

Pretrial Services respectfully requests that the defendant be released on March 7, 2023 due to his intake appointment being scheduled on such date. Pretrial Services has secured transportation with the defendant's counsel, Peter Swarth, for him to be transported to Salvation Army Rehabilitation Center in Santa Monica, CA on, March 7, 2023.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Joslyn Harris*

JOSLYN HARRIS
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-8916