E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0631
     Facsimile: (213) 894-0141
     E-mail:    kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00759-CJC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ASSIGNMENT OF CRIMINAL CASE |
| ROBERT PAUL RUNDO et al., | |
| Defendants. | |

Plaintiff, United States of America, hereby advises the Court and all parties that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-Mail Address** |
|---|---|---|
| **Newly Assigned AUSA** | KATHRYNNE N. SEIDEN | kathrynne.seiden@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

//

//

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: March 31, 2023          Respectfully submitted,

                                                E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

*/s/ Kathrynne N. Seiden*
KATHRYNNE N. SEIDEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA