E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450/0631
    Facsimile: (213) 894-0140
    E-mail:    solomon.kim@usdoj.gov
              kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR UNSEALING OF ARREST WARRANT |
| v. | |
| ROBERT RUNDO et al., | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's application for unsealing of the arrest warrant as to defendant Robert RUNDO arising from the First Superseding Indictment is GRANTED.

DATED: _____     _____
                                          HON. CORMAC J. CARNEY
                                          U.S. DISTRICT COURT JUDGE