UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-1 |
|---|---|
| Plaintiff, | ORDER GRANTING APPLICATION FOR UNSEALING OF ARREST WARRANT [241] |
| v. | |
| ROBERT RUNDO, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's application for unsealing of the arrest warrant as to defendant Robert RUNDO arising from the First Superseding Indictment is GRANTED.

DATED: April 21, 2023

_____
HON. CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE