LAW OFFICE OF JEROME J. HAIG
JEROME J. HAIG, Attorney at Law
State Bar No. 131903
21143 Hawthorne Boulevard, Suite 454
Torrance, California 90503
Telephone: (424) 488-0686 – office
             (424) 999-5673 – mobile
Fax:         (424) 271-5990
E-mail:      jerome@jeromehaiglaw.com

Attorney for Defendant
Tyler Laube

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYLER LAUBE, <br><br> Defendant. | Case No. CR 18-759(A)-CJC-3 <br><br> **EX PARTE APPLICATION FOR APPOINTMENT OF NEW COUNSEL TO REPRESENT DEFENDANT TYLER LAUBE** |

Defendant TYLER LAUBE, by and through his counsel, Jerome J. Haig, hereby requests an order relieving his current counsel and for appointment of John N. McNicholas as new counsel of record.

Respectfully submitted,

                                            LAW OFFICE OF JEROME J. HAIG

DATED: July 3, 2023      By *Jerome Haig*
                                          JEROME J. HAIG
                                          Attorney for Tyler Laube

## DECLARATION OF JEROME J. HAIG

1. I am an attorney licensed to practice law in the State of California and the Central District of California. I am a member of the CJA Trial Panel. I am appointed to represent defendant Tyler Laube.

2. On June 27, 2023, I was appointed as a judge for the Los Angeles County Superior Court. Effective on or about August 3, 2023, I will no longer be a practicing attorney.

3. John McNicholas, an attorney in good standing with this Court and a member of the CJA Trial Panel, has agreed to accept appointment as new defense counsel.

4. I have advised the defendant of the instant motion and the reasons for it. He concurs with the motion and asks for Mr. McNicholas to be appointed.

I declare under penalty of perjury that this declaration is true and correct. Executed this 3rd day of July, 2023, in Torrance, CA

*Jerome Haig*
Jerome J. Haig