# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TYLER LAUBE,<br><br>    Defendant. | Case No. CR 18-759(A)-CJC-3<br><br>**[PROPOSED] ORDER APPOINTING JOHN N. MCNICHOLAS AS CJA COUNSEL FOR DEFENDANT TYLER LAUBE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

Jerome J. Haig is relieved as counsel of record for the defendant. John N. McNicholas is appointed as counsel for the defendant.

DATED:

                                          CORMAC J. CARNEY
                                        United States District Judge