# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER LAUBE,<br><br>　　　　Defendant. | Case No. 2:18-cr-00759-CJC-3<br><br>**ORDER APPOINTING JOHN N. MCNICHOLAS AS CJA COUNSEL FOR DEFENDANT TYLER LAUBE [245]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

　　　Jerome J. Haig is relieved as counsel of record for the defendant. John N. McNicholas is appointed as counsel for the defendant.

DATED: July 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**CC:  CJA;**

　　**jerome@jeromehaiglaw.com**