E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MARIA JHAI (Cal. Bar. No. 283059)
Assistant United States Attorneys
Violent and Organized Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4138
     Facsimile: (213) 894-0141
     E-mail:    maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00759-CJC |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT |
| v. | |
| ROBERT PAUL RUNDO, et al., | |
| Defendants. | |

Plaintiff, United States of America, hereby advises the Court that the following Assistant United States Attorney ("AUSA") is no longer assigned to the above-captioned case:

|  | Name | E-Mail Address |
|---|---|---|
| No Longer Assigned AUSA | Maria Jhai | maria.jhai@usdoj.gov |

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the above identified AUSA is no longer associated with this case.

Dated: July 18, 2023                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK. E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


     /s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA