| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty. | 2023 AUG -2  AM 9: 54 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.   PLAINTIFF | No. CR 18-759(A)-CJC-1 |
| Robert Rundo | REPORT COMMENCING CRIMINAL ACTION |
| USMS#  _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: August 1, 2023    08:30 EEST    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:
   18 USC SS 371 Conspiracy, 18 USC SS 2101 Rioting

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:    ☐ No
   ☒ Yes    Name: Julia Deixler    Phone Number: 213-894-7550

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Special Agent Scott Bierwirth    (please print)

12. Office Phone Number: 310-486-9273

13. Agency: FBI- Los Angeles

14. Signature: _[signed]_

15. Date: 08/02/2023

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION