# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00759(A)-CJC    Recorder: CS 08/02/2023    Date: 08/02/2023

Present: The Honorable Jean P. Rosenbluth, U.S. Magistrate Judge

Court Clerk: Beatriz Martinez                    Assistant U.S. Attorney: Solomon Kim

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ROBERT PAUL RUNDO CUSTODY-PRESENT | JULIA DEIXLER DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the First Superseding Indictment and acknowledges having been read or having received a copy of the First Superseding Indictment and waives the reading thereof. .

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Cormac J. Carney.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 12/12/2023 at 8:30 AM
    Pre-trial Conference 12/04/2023 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: BM by TRB

cc: Statistics Clerk, PSALA USMLA