CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ROBERT RUNDO'S OPPOSED *EX PARTE* APPLICATION TO MODIFY PRE-TRIAL SCHEDULE** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED as follows: Pre-trial motions shall be filed no later than October 17, 2023. Oppositions shall be filed no later than October 26, 2023. Replies, if any, shall be filed no later than November 1, 2023. Any hearing on these motions will be on November 20, 2023, unless otherwise ordered. All other hearings and deadlines remain as previously ordered.

DATED: _____

                                                HONORABLE CORMAC J. CARNEY
                                                United States District Judge