UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LACR 18-00759-CJC-1 | Date | September 13, 2023 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Elsa Vargas for Rolls Royce Paschal | Not Reported | Annamartine Salick – Not Present<br>Kathrynne N. Seiden – Not Present<br>Solomon Kim – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Paul Rundo | Not | X | | Julia Deixler<br>Brianna Fuller Mircheff<br>Erin M. Murphy | Not<br>Not<br>Not | | X<br>X<br>X |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DENYING DEFENDANT ROBERT RUNDO'S *EX PARTE* APPLICATION TO MODIFY PRE-TRIAL SCHEDULE [Dkt. 257]**

Now before the Court is an *ex parte* application by Defendant Robert Rundo requesting the Court modify the pre-trial motions schedule in this matter. (See Dkt. 257.) Defendant argues counsel, in light of co-counsel's other commitments, needs additional time to review discovery and "the complex issues that might necessitate any variety of dispositive motions." (*Id.* at 5.) The government opposes the *ex parte* application, arguing the proposed schedule would not allow the government sufficient time to respond to "substantive pretrial motions, such as motions to suppress or motions to dismiss on complex constitutional grounds," while also preparing for trial. (Dkt. 258 at 3–4.)

The Court agrees that the proposed pre-trial motions schedule does not leave sufficient time for the government or the Court to adequately address the significant motions contemplated by Defendant. Defendant's application is therefore **DENIED**.

Notwithstanding the foregoing, the Court will entertain a request to continue the trial, currently set for December 12, 2023. Such a continuance would allow all parties to thoroughly address any potential "motions to dismiss on complex constitutional grounds." In the event of such a request, the Court's calendar would permit a trial date in March 2024.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

                                                                                                                                                                      _____ : _____

Initials of Deputy Clerk    eva/rrp