UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT RUNDO,<br>ROBERT BOMAN,<br>AARON EASON, and<br>TYLER LAUBE,<br><br>    Defendants. | No. CR 18-00759-CJC-1-2-3<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[NEW]  TRIAL DATE: 03/26/2024**<br>**[NEW]  PRETRIAL CONFERENCE: 03/18/2024**<br>**[NEW]  DISPOSITIVE MOTIONS HEARING:   02/26/2024** |
|---|---|

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 25, 2023.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to **March 26, 2024 at 8:30 a.m.** The Pretrial Conference is continued to **March 18, 2024 at 3:00 p.m.**

2. A motion schedule is set as follows:

   a. Dispositive motions (including any motion to dismiss or motion to suppress): motions to be filed by January 8, 2024; oppositions to be filed by January 29, 2024; replies to be filed by February 5, 2024; and any motions hearing on February 26, 2024.

   b. Non-dispositive motions (including any motion <u>in limine</u>): motions to be filed by February 26, 2024; oppositions to be filed by March 4, 2024; replies to be filed by March 11, 2024; and any motions hearing on March 18, 2024.

3. The time period from December 12, 2023 to March 26, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

2

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 25, 2023
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
SOLOMON KIM
KATHRYNNE N. SEIDEN
Assistant United States Attorneys