FILED
CLERK, U.S. DISTRICT COURT
9/26/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. CR 18-759(B)-CJC |
|---|---|
| Plaintiff, | S E C O N D |
| v. | S U P E R S E D I N G |
|  | I N F O R M A T I O N |
| TYLER LAUBE, | [18 U.S.C. § 245(b)(3): Interference with a Federally Protected Right Without Bodily Injury] |
| Defendant. |  |
|  | **[CLASS A MISDEMEANOR]** |

The United States Attorney charges:

[18 U.S.C. § 245(b)(3)]

On or about March 25, 2017, in Orange County, within the Central District of California, defendant TYLER LAUBE, and others known and unknown to the United States Attorney, each aiding and abetting the other, by force and threat of force during and incident to a riot and civil disorder, intimidated and

//

//

//

interfered with F.T., a person engaged in a business in commerce and affecting commerce.

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

DAVID T. RYAN
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

SOLOMON KIM
KATHRYNNE N. SEIDEN
Assistant United States Attorneys,
Terrorism and Export Crimes Section