# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR 18-00759-CJC-3 | Date October 23, 2023 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter None

| Rolls Royce Paschal | Deborah Parker | Kathrynne Seiden |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Tyler Laube | X | | X | 3) John McNicholas, CJA | X | | X |

**PROCEEDINGS:   CHANGE OF PLEA**

X   Defendant moves to change plea to the **Second Superseding Information.**   The plea agreement is incorporated herein by reference.

X   Defendant enters new and different plea of GUILTY to **Count 1 of the Second Superseding Information.**

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.   The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **March 4, 2024 at 2:30 p.m.** for sentencing.

X   **The Court further ORDERS position paper with respect to sentencing shall be filed not later than two (2) weeks prior to sentencing.**

X   Other: The Court vacates the pretrial conference date of March 18, 2024 and the trial date of March 26, 2024 **as to this defendant only.**   Defendant remains on bond under same terms and conditions.

                                                                                                  00  :  30

Initials of Deputy Clerk   rrp

**cc: USPO**