CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONINUE PRETRIAL BRIEFING SCHEDULE** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the stipulation to continue the pretrial briefing schedule is GRANTED. The following scheduling order shall apply:

Dispositive motions due no later than January 15, 2024.

Oppositions due no later than February 5, 2024.

Replies, if any, due no later than February 12, 2024.

Hearing on the motions to be held on February 16, 2024.

//

//

//

DATED:                              By _____
                                    HON. CORMAC J. CARNEY
                                    United States District Judge

Presented by:

*/s/ Julia Deixler*
Deputy Federal Public Defender