NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC-1 |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONINUE PRETRIAL BRIEFING SCHEDULE** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the stipulation to continue the pretrial briefing schedule is GRANTED. The following scheduling order shall apply:

Dispositive motions due no later than January 15, 2024.

Oppositions due no later than February 5, 2024.

Replies, if any, due no later than February 12, 2024.

Hearing on the motions to be held on **February 26, 2024 at 9:00 a.m.**

DATED: December 28, 2023          By _____
                                  HON. CORMAC J. CARNEY
                                  United States District Judge

1 | Presented by:
2 | */s/ Julia Deixler*
3 | Deputy Federal Public Defender