# EXHIBITS A-R

*Concurrently Filed Under Seal*