# EXHIBIT S

1/4/24, 8:28 AM                       7 stabbed at neo-Nazi event outside Capitol in Sacramento - Los Angeles Times



## Los Angeles Times

CALIFORNIA

# 7 stabbed at neo-Nazi event outside Capitol in Sacramento



A victim is attended to after he was stabbed during a violent confrontation between members of a neo-Nazi rally and counter-protesters at the state Capitol in Sacramento last summer.  (Renee C. Byer / Associated Press)

BY JAZMINE ULLOA, JOHN MYERS, EMILY ALPERT REYES AND VICTORIA KIM

JUNE 26, 2016 12:26 PM PT

The white nationalists and skinheads, clad in black, began to arrive a little before noon Sunday for their planned march on the state Capitol grounds. They were met by hundreds of protesters toting signs that denounced "Nazi scum."

**EXHIBIT S - Page 1 of 189**

Violence began almost immediately, authorities and witnesses said, and by the time the clashes ended 20 minutes later, at least seven people had been stabbed, nine were hospitalized and many more suffered bruises, scrapes and cuts.

"They attacked each other without hesitation," said counter-protester Chandra Zafra, 50, a member of the Mexica Movement nonprofit. "It was a war zone."

For much of the afternoon, the historic domed Capitol was locked down, with staffers and tourists inside. Police swarmed the park-like grounds, but by Sunday evening there had still been no arrests.

The Sacramento stabbings came several months after another violent confrontation between members of a Ku Klux Klan group and counter-protesters at an Anaheim park.

Counter-protester Yvette Felarca, 46, said the marchers had been driven away and had not been able to recruit members.

https://twitter.com/ABC10Frances/status/747144735442108416

https://twitter.com/ABC10Frances/status/747144187846373376

Brian Levin, director of the Center for the Study of Hate and Extremism at Cal State San Bernardino, said he had long warned that the Capitol rally could erupt into violence. It had been planned for weeks, giving both sides plenty of time to organize.

**Join the conversation on Facebook »**

Levin said such violence ultimately can play into the message of white supremacists who claim they are "under siege."

**EXHIBIT S - Page 2 of 189**

"Make no mistake – I think the hatemongers wanted to have this violence take place," Levin said. "And some of the anti-fascists very much wanted to have a violent confrontation."

The Traditionalist Worker Party, known as a white nationalist group, said on its website that it had planned the Sunday event in conjunction with the Golden State Skinheads "to make a statement about the precarious situation our race is in" after "brutal assaults" at Donald Trump events in California.

747163252832907266

Its vice chairman, Matt Parrott, blamed "leftist radicals" for instigating the violence Sunday. Videos and photos of the rally posted on social media showed the white nationalists vastly outnumbered by protesters from anti-fascist groups.

"We stood our ground. We will be back,"  Traditionalist Worker Party Chairman Matthew Heimbach, who was not at the rally, said in a phone interview.

The anti-fascist organization Antifa Sacramento, which had been promoting a "Shut Down Nazi Rally" event on its website, did not respond to requests for comment.

"The Nazis are the violent ones — we are acting in self-defense," said Felarca, who sustained a bloody blow to the head. "We need to take them head on, confront them, but with as many people as possible."

The Traditionalist Worker Party had a permit to hold a rally at noon, said George Granada, public information officer for the California Highway Patrol's Capitol Protection Section, which has jurisdiction over the Capitol grounds.

The violence erupted around 11:45 a.m., when word spread that roughly 30 people had shown up. Counter-protesters swarmed toward them and a fight immediately broke out,

Granada said.

One person was stabbed within minutes, Granada said. Other stabbings occurred elsewhere on the grounds shortly thereafter. Fire and public safety officials said it was not immediately clear which groups the stabbing victims belonged to.

**See the most-read stories in Local News this hour >>**

Robert Bautista, 65, said he saw a handful of white supremacists and skinheads arrive two or three at a time only to be immediately mobbed and chased away by the counter-protesters, who hurled water bottles and the wooden stakes that bore their signs.

"They beat the heck out of a couple guys," said Bautista, a retired construction worker who came to partake in the counter-protest. "You could see their adrenaline was running high."

Bautista also said he saw one counter-protester, a black man who appeared to be in his late 20s, convulsing on the ground with stab wounds to his chest and abdomen.

"He was a bloody mess," he said.

Dozens of counter-protesters remained after the injured had been taken away, watching over the Capitol steps in sweltering heat. On the grounds, a lone white nationalist supporter approached with a cellphone and shouted about his constitutional right to be on site and shoot video. After exchanging heated words with the protesters, people erupted into a chorus of "Nazi, go home."

747165062834487296

747139452825305089

Parrott said the Traditionalist Worker Party supports ethnic nationalism, but was neither violent nor "a supremacist party." Its website describes itself as "America's first political party created by and for working families."

Levin, of Cal State San Bernardino, described the group as "a Klan without robes" that had put "a new, hip wrapping" on white supremacist ideas. The Southern Poverty Law Center, which tracks hate groups, said the group advocates for a white nationalist homeland.

Heimbach "is the rising face of white supremacy in this country," said Ryan Lenz, online editor and senior writer for the Southern Poverty Law Center. "He is this generation's David Duke."

Lenz said the group, however, was not a neo-Nazi entity because it wasn't based on the ideology of the Nazi Party.

"The Nazi Party advocated for the genocide of everyone who was not Aryan. White nationalism does not advocate for that – but they want to be separate from everyone who is not Aryan," he said.

Lenz said that such groups had been energized with the emergence of a political figure who they believed was willing to fight for them: Trump.

He pointed out that Heimbach was captured in videos yelling at and shoving a Black Lives Matter protester at a Trump rally this spring. (Heimbach later defended his conduct in a blog post for the Traditionalist Youth Network, saying that the "heated moments" happened after the protester herself had been shouting and shoving rally attendees.)

"They have been energized in a way that's terrifying," Lenz said.

**EXHIBIT S - Page 5 of 189**

*Ulloa and Myers reported from Sacramento, Alpert Reyes and Kim from Los Angeles.*

**jazmine.ulloa@latimes.com** | **Twitter:** **@jazmineulloa**

**john.myers@latimes.com** | **Twitter:** **@johnmyers**

**emily.alpert@latimes.com** | **Twitter:** **@LATimesemily**

**victoria.kim@latimes.com** | **Twitter:** **@vicjkim**

**ALSO**

**Deadly fire in Kern County burns 70 square miles, is 40% contained**

**Former high-ranking Sheriff's official to be sentenced for role in obstructing FBI probe**

**Bear injures man in Angeles National Forest; officials order campground closed**

**UPDATES:**

**7:26 p.m.:** This article was updated with additional reporting and editing.

**4:40 p.m.:** This article was updated with information on those hospitalized.

**3:35 p.m.:** This article was updated with seven stabbed, other details.

**2:40 p.m.:** This article was updated with information about a lockdown at the Capitol.

**1:46 p.m.:** This article was updated with information on counter-protesters.

**1:35 p.m.:** This article was updated with interviews from group members.

1:15 p.m.: This post was updated with new details.

**1 p.m.:** This post was updated with more information on injuries, and additional background.

*This post was originally published at 12:35 p.m.*

 Jazmine Ulloa

Jazmine Ulloa covered California state politics and policy for the Los Angeles Times with a focus on criminal justice, immigration and tech privacy. She left in May 2019.

 John Myers

John Myers led the Los Angeles Times' coverage of state government as Sacramento bureau chief from 2015 to June 2022. He also wrote a weekly newsletter on California politics and provided regular news analysis.

 Emily Alpert Reyes

Emily Alpert Reyes covers public health for the Los Angeles Times.

 Victoria Kim

**EXHIBIT S - Page 7 of 189**

Victoria Kim is the former Seoul correspondent for the Los Angeles Times. She previously covered state and federal courts, worked on investigative projects and reported on Southern California's Korean community.

Copyright © 2024, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**EXHIBIT S - Page 8 of 189**

Protests rage outside Trump rally in Orange County; 17 arrested, police car smashed - Los Angeles Times



# Los Angeles Times

CALIFORNIA

# Protests rage outside Trump rally in Orange County; 17 arrested, police car smashed



1/28

An anti-Trump demonstrator lies at the intersection of Fair Drive and Fairview Road near the Pacific Amphitheatre, where the candidate made his first appearance of his California campaign.   (Gina Ferazzi / Los Angeles Times)

BY RUBEN VIVES, MATT PEARCE, MATT HAMILTON

APRIL 28, 2016 7:35 PM PT

Hundreds of demonstrators filled the street outside the Orange County amphitheater where Donald Trump held a rally Thursday night, stomping on cars, hurling rocks at motorists and forcefully declaring their opposition to the Republican presidential candidate.

Traffic came to a halt as a boisterous crowd walked in the roadway, some waving American and Mexican flags. Protesters smashed a window on at least one police cruiser, punctured the tires of a police sport utility vehicle, and at one point tried to flip a police car.

One Costa Mesa police officer was struck in the head by a rock thrown by a protestor, authorities said. The officer wasn't injured because he was protected from by his riot helmet.

About five police cars were damaged in total, police said, adding that some will require thousands of dollars' worth of repairs.

"Dump the Trump," one sign read. Another protester scrawled anti-Trump messages on Costa Mesa police cars.

1/4/24, 8:29 AM                    Protests rage outside Trump rally in Orange County; 17 arrested, police car smashed - Los Angeles Times



Donald Trump's rally in Costa Mesa attracted throngs of supporters and detractors.

"I'm protesting because I want equal rights for everybody, and I want peaceful protest," said 19-year-old Daniel Lujan, one of hundreds in a crowd that appeared to be mostly Latinos in their late teens and 20s.

"I knew this was going to happen," Lujan added. "It was going to be a riot. He deserves what he gets."

Video footage showed some anti-Trump demonstrators hurling debris at a passing pickup truck. One group of protesters carried benches and blocked the entrance to the 55 Freeway along Newport Boulevard, with some tossing rocks at motorists near the on-ramp.

**Election 2016** | **Live coverage on Trail Guide** | **April 26 primary election results** | **Track the delegate race** | **Sign up for the newsletter**

**EXHIBIT S - Page 11 of 189**

By 10:15 p.m., the bedlam had largely subsided and Lt. Mark Stichter of the Orange County sheriff's department said no major injuries were reported.

Costa Mesa police confirmed that 17 people -- 10 males and seven females -- were arrested on suspicion of unlawful assembly. Details on the ages and names of those arrested were not released.

The violent demonstration was underway after Trump concluded his speech before a crowd of thousands.



Donald Trump speaks at the rally.  (Wally Skalij / Los Angeles Times)

"This is the anger people have against Trump," said Jose Cruz, 21, as he pointed to the protesters running in the middle of the street.

"It's not because he's white -- it's because of what he's said."

**EXHIBIT S - Page 12 of 189**

Several echoed the comments, saying they were drawn to the streets to counter Trump's stated policies on immigration and his inflammatory remarks about Mexicans.

The billionaire developer has drawn fierce criticism by claiming Mexico was sending rapists over the border. Later, he called for "a total and complete shutdown of Muslims" entering the U.S.

**Join the conversation on Facebook >>**

Rep. Linda Sanchez (D-Whittier), chairwoman of the Congressional Hispanic Caucus, said there is "no doubt" Trump's candidacy has made the Latino community "a target for hateful rhetoric, and in some cases physical violence."

But destroying public property, she said, is not the answer.

"When we resort to violence, we're playing into the very hands of people like Donald Trump," Sanchez said in a statement released Friday. "I believe the solution must be peaceful protest and more importantly, directing our energy towards shifting our voter registration efforts into high gear."

The county is a major target for Republicans and remains California's biggest GOP stronghold, though it is less conservative than when it anchored the careers of Richard Nixon and Ronald Reagan.

Since then, Orange County's population has diversified, with an influx of Asian and Latino residents slowly diminishing the political clout of white voters.

**EXHIBIT S - Page 13 of 189**



A protester waves a flag before a phalanx of police o cers in riot gear.   (Barbara Davidson / Los Angeles Times)

Along Newport Boulevard outside the fairgrounds where Trump spoke, a line of officers clad in riot gear and mounted on horseback slowly pushed the crowd down the street as helicopters circled overhead.

Watching the chaos unfold, Colby Nicholson, 30, who described himself as a Trump supporter who traveled to the rally from San Diego, wore a "Make America Great Again" hat.

"These people are stupid, but Americans are not stupid in general," Nicholson said. "These are all underage Mexican high-schoolers who have nothing to do."

Holding a Mexican flag, Juan Carlos, 16, said his parents came to the U.S. from Mexico and that he was protesting to support others like him.

"Donald Trump is worthless," Carlos said. "There won't be no United States without Mexicans."

Costa Mesa resident Cornell Iliescu got into an argument with another anti-Trump protester who was displaying a Mexican flag outside the Pacific Amphitheater box office. Crowds with cameras and smartphones surrounded the two as they debated.

Iliescu told the Daily Pilot that he asked the man why he was proudly displaying a Mexican flag while being in the United States.

"If you come over here, you are welcome, but from now on, you are part of this country," Iliescu recalled telling him.

Law enforcement agencies had deployed additional forces, including 50 Orange County sheriff's deputies and a dozen Costa Mesa police officers to prepare for the night's crowds.

**See the most-read stories this hour >>**

Costa Mesa officials also set up an emergency operations center across the street from the fairgrounds, city spokesman Tony Dodero said.

"We're prepared for the worst," he said earlier Thursday.

But as the hundreds of protesters overwhelmed the streets, it was apparent to some that the sizable police presence was wrestling with a larger crowd than expected.

"It definitely got out of control," said Megan Iyall, 20, who was visiting from Seattle. "I shouldn't feel this unsafe."

> Thank you Costa Mesa, California! 31,000 people tonight with thousands turned away. I will be back! #Trump2016 pic.twitter.com/4P0tzvZn0e
>
> — Donald J. Trump (@realDonaldTrump) April 29, 2016

David Villanueva attributed the disorder to the last-minute news about Trump's arrival, which he said didn't give civil rights leaders much time to organize the community.

When community organizers have time to plan, he said, protesters are more likely to protest peacefully.

"Rallies that take to the streets are usually led by a group, and are not wild and all over the place like tonight," said Villanueva, a member of Chicanos Unidos in Santa Ana, an organization that was part of the anti-Trump demonstrations.

Thursday's rally also drew a throng of faithful supporters who proudly showed their allegiance to the GOP front-runner.

One man waved a "Gays for Trump" sign while other supporters swapped high-fives as they carried homemade signs reading, "Latinos for Trump." Another sign said, "Black Christian Women for Trump."

In the crowd was Brent Fisher, 65, a retired carpenter, who drove from Apple Valley to attend the rally and hear the Republican presidential candidate speak.

"I love Trump," Fisher said. "He'll stand up and fight and do the things he's talking about."

William Pages, 19, agreed, praising the candidate as an energetic outsider who "says what needs to be said."

Some Trump supporters who had reserved tickets were turned away.

> Back window has been smashed out of a Costa Mesa police cruiser. Protester: "I think Donald Trump did it!" pic.twitter.com/FTj4JoiAdN

— Matt Pearce 🏌 (@mattdpearce) April 29, 2016

"I'm very disappointed," said Jan Strahl, 66 a Tustin resident who had reserved a ticket but could not get inside the amphitheater to hear Trump.

Those left outside stood facing the horde of anti-Trump protesters, each side taunting the other while police helicopters circled above. As the sun set, the crowd grew more hostile and eventually turned violent.

To Arianna Perez, 19, the flaring of tempers over Trump were a necessary reaction to the inflammatory rhetoric of his campaign.

"We could be peaceful and do things different," she said, "but if we did, we wouldn't get our voice heard."

**For breaking news in California, follow [@MattHjourno](#).**

*Times staff writers Sarah Parvini and Cindy Carcamo and Times Community News writer Bradley Zint contributed to this report.*

**ALSO**

**[Clash between supporters, protesters heat up ahead of Donald Trump's rally](#)**

**[Donald Trump and his supporters wonder how much being 'presidential' matters](#)**

**[Donald Trump says illegal immigration is at a record high. He's wrong](#)**

 Ruben Vives

Ruben Vives is a general assignment reporter for the Los Angeles Times. A native of Guatemala, he got his start in journalism by writing for The Times' Homicide Report in 2007. He helped uncover the financial corruption in the city of Bell that led to criminal charges against eight city officials. The 2010 investigative series won the Pulitzer Prize for public service and other prestigious awards.

 Matt Pearce

Matt Pearce is a reporter for the Los Angeles Times covering internet culture and podcasting.

 Matt Hamilton

Matt Hamilton is a reporter for the Los Angeles Times. He won the 2019 Pulitzer Prize for investigative reporting with colleagues Harriet Ryan and Paul Pringle and was part of the team of reporters that won a Pulitzer Prize for its coverage of the San Bernardino terrorist attack. A graduate of Boston College and the University of Southern California, he joined The Times in 2013.

Copyright © 2024, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**EXHIBIT S – Page 18 of 189**

1/4/24, 8:30 AM                    Protesters punch, throw eggs at Trump supporters in San Jose | AP News



# Protesters punch, throw eggs at Trump supporters in San Jose

BY MARTHA MENDOZAAP NATIONAL WRITER
Published 10:54 PM PST, June 2, 2016

SAN JOSE, Calif. (AP) — A group of protesters attacked Donald Trump supporters who were leaving the presidential candidate's rally in San Jose on Thursday night. A dozen or more people were punched, at least one person was pelted with an egg and Trump hats grabbed from supporters were set on fire on the ground.

Police stood their ground at first but after about 90 minutes moved into the remaining crowd to break it up and make arrests. At least four people were taken into custody, though police didn't release total arrest figures Thursday night. One officer was assaulted, police Sgt. Enrique Garcia said.

There were no immediate reports of injuries and no major property damage, police said.

The crowd, which had numbered over 300 just after the rally, thinned significantly as the night went on, but those that remained near the San Jose Convention Center were rowdy and angry.

Some banged on the cars of Trump supporters as they left the rally and chased after those on foot to frighten them.

Police were keeping their distance from the crowd as the scuffles played out, but keeping them from getting any closer to the convention center.

"Our police officers have done an extremely courageous and professional job so far," San Jose Mayor Sam Liccardo told The Associated Press by phone. "We're all still holding our breath to see the outcome of this dangerous and explosive situation."

https://apnews.com/df798efde45148a3aa2b0da220b840c8.                                    1/2

**EXHIBIT S – Page 19 of 189**

The mayor, a Democrat and Hillary Clinton supporter, criticized Trump for coming to cities and igniting problems that local police departments had to deal with.

"At some point Donald Trump needs to take responsibility for the irresponsible behavior of his campaign," Liccardo said.

The presumptive GOP nominee spoke for about 50 minutes at the rally, sniping at Democratic candidate Hillary Clinton and calling her speech on foreign policy earlier in the day "pathetic" and "sad to watch."

Protesters before the speech included Adam Rivas, a 22-year-old community college student who was born and raised in San Jose, was holding a spray-painted sign that read "Dump Trump."

Rivas said he was particularly disturbed by Trump's remarks about Mexicans.

"For any one Mexican here he bashes, there are about 20 Mexicans out there who are hard-working and just doing their job," he said.

Trump supporter Debbie Tracey, a U.S. Navy veteran from San Jose, she came to hear Trump speak, she left his rally with two hats a T-shirt and a handful of signs that said "Veterans for Trump."

Passing in front of a wall of protesters, many chanting in Spanish, she said she supported Trump's call for a wall along the U.S.-Mexico border.

"I'll go help build the wall because if you are going to come to this country, land of opportunity, you should be here legally," she said.

**EXHIBIT S - Page 20 of 189**

San Jose police criticized for not stopping attacks outside Trump rally

 By Matt Keller 
Friday, June 3, 2016

  



Eggs and fists were flying at the Donald Trump rally in the South Bay on Thursday, with the violent scene making national headlines.

KGO

SAN JOSE, Calif. (KGO) -- Eggs and fists were flying at the Donald Trump rally in the South Bay on Thursday, with the violent scene making national headlines.

San Jose police were criticized from not doing more to intervene during the violence.

The protest outside San Jose's Convention Center started with a message. "We have to fight for working people, we have to fight for the underprivileged," Melissa Willette said. But it ended with violence.

When Trump supporters left the rally on Thursday night, many were attacked, harassed and even sucker punched - including women.

Andrew Zambetti was walking down the street with blood streaming off his head. "I was just walking right there and they came up behind me and socked me. There was like 20 of them," he said.

1/4/24, 8:30 AM                San Jose Police Department criticized for not stopping attacks outside Trump rally - ABC7 San Francisco

Another man said he went to police to get help for Zambetti but got no response. "I went over to the police to let them know he was being attacked and look how they responded. They were smug. This one got the smiling at me. They ignored me," the man said.

ABC News reporter Tom Llamas witnessed much of the same thing as the violence escalated. "Now the police were here the entire time, but they never seemed to intervene as people were getting beaten up. It seems like they were trying to hold the perimeter," he said.

San Jose Police Chief Eddie Garcia tweeted out the day before the rally, "Tomorrow, we will protect the First Amendment, our community, and our officers."

But after the rally, there was a harsh response to Garcia online. "Lousy job. Pathetic. You should hang your heads in shame. Women were attacked and your officers did nothing," Cheryl Rose tweeted.

Another reply said, "Have always supported the police, but San Jose PD were a complete failure and disgrace. You sir should resign."

San Jose police released a statement saying, "While several physical assaults did occur, the police personnel on scene had the difficult task of weighing the need to immediately apprehend the suspect(s) against the possibility that police action involving the use of physical force under the circumstances would further incite the crowd and produce more violent behavior."

Mayor Sam Liccardo released a statement saying San Jose police officers performed admirably and professionally, but said there is absolutely no place for violence against people who are simply exercising their rights to participate in the political process.

Police say one officer was assaulted Thursday night. There were no reports of any significant property damage. Four people were arrested.

SJPD urges anyone with information to contact San Jose Police Department's Assault's Unit at 408-537-4161 or "311."

**For full coverage on the presidential election, <u>click here</u>.**

**EXHIBIT S – Page 22 of 189**

*Coming up on @GMA the most violent protests yet at a Trump rally. Trump supporters attacked by mobs of protestors. pic.twitter.com/N2Y7QPzaIl*
*— Tom Llamas (@TomLlamasABC) June 3, 2016*

Copyright © 2024 KGO-TV. All Rights Reserved.

Related Topics

POLITICS   SAN JOSE   DONALD TRUMP

**EXHIBIT S – Page 23 of 189**



**NEWS**                                    Protests    **Add Topic +**

# Anti-Trump protests, some violent, erupt for 3rd night nationwide

**Melanie Eversley, Aamer Madhani, and Rick Jervis** USA TODAY

Published 4:49 a.m. ET Nov. 11, 2016 | **Updated 3:03 p.m. ET Nov. 11, 2016**

For the third night in a row, anti-Donald Trump demonstrators took to the streets in several big cities and on college campuses across the United States, including an outburst of smashed windows and a dumpster fire in Portland that police countered with pepper spray and flash-bang devices.

About 4,000 protesters assembled downtown late Thursday chanting "we reject the president-elect!" the Associated Press reported. Some among the crowd vandalized 19 cars at a dealership in Northeast Portland, according to a sales manager, Oregonlive.com reports. Protesters then headed west, over the Broadway Bridge and into the Pearl District, where the windows of several businesses were smashed.

The protest was mostly peaceful until demonstrators met with an anarchist group, after which demonstrators vandalized buildings, kicked cars and knocked out power, KGW-TV reported.

On Twitter, Portland police said many protesters were "trying to get anarchist groups to stop destroying property" and that "anarchists" were refusing to do so. Demonstrators repeatedly chanted "peaceful protest."

Officers ordered protesters to disperse after the demonstration turned into what they called a riot, citing "extensive criminal and dangerous behavior." At least 26 people were arrested.

Police said the crowd, which included many people armed with bats, threw projectiles at officers, who responded by pushing back against the crowd, then making arrests and using flash-bang devices, pepper spray, rubber projectiles and types of smoke or tear gas to force people to disperse.

At about 6:15 a.m. ET Friday, the president-elect tweeted: "Love the fact that the small groups of protesters last night have passion for our great country. We will all come together and be proud! "

It was a change of tone for Trump, who weighed in on the protests Thursday evening, complaining that he took part in a "very open and successful presidential election" but now "professional protesters, incited by the media, are protesting. Very unfair!"

Anti-Trump groups called for demonstrations Friday evening in Miami and West Palm Beach. Organizers of the Miami rally stressed that peaceful nature of the protests and called on demonstrators to bring signs to reflect that. "Many people voted for Trump because of an anti-establishment feeling which we embrace," protest organizers said on Facebook. "It is "him" as a solution we resist. There may be common ground with these people and this is focused on Trump, not all his supporters."

Demonstrations also took place Thursday night in Columbus, Ohio, and Minneapolis, Minn. Protests in Madison, Wisconsin's capital, and Milwaukee, the state's most populous city, drew some of the biggest crowds, with more than 1,000 demonstrators taking to streets in both cities.

Rudy Giuliani, a top Trump surrogate, described the thousands of anti-Trump protesters that have taken to the street as "a bunch of spoiled cry-babies."

"Calm down, things are not as bad as you think," Giuliani said of the protesters in a *Fox & Friends* interview Thursday.

Trump calls protests 'unfair' in first controversial tweet as president-elect

Similar protests broke out across the country:

• In New York, hundreds of protesters gathered near the iconic Trump Tower for the second straight night to express their anger over the election of the businessman.

The crowd was notably young. The organizers were not yet old enough to vote, but said that they wanted to inspire young people to voice their opinions and understand that they can shape the future.

"We've got to protest," said organizer Elijah Newman, 16, of Brooklyn, as he stood with hundreds of other Millennials.

"It's not just Donald Trump — it's the system of education," he said. "New York City is like a megaphone to the entire world. It's important that we're protesting here because it will inspire and influence other people to start protesting."

• In Los Angeles, protests continued Thursday as organizers claimed they were saving their energy for the weekend, *The Los Angeles Times* reported. Hundreds marched onto a busy highway and brought traffic to a standstill there late Wednesday night, prompting the city's police department to arrest several demonstrators. The protest was mostly peaceful, but some vandalized property, threw bottles and launched fireworks, the *Times* reported.

• In Denver, protesters briefly shut down Interstate 25 near downtown. Police said demonstrators made their way onto the freeway and traffic was halted in the northbound and southbound lanes for about a half-hour. Protesters also briefly shut down interstate highways in Minneapolis and got into shoving matches with police in Oakland, Calif.

• In San Francisco, high-spirited high school students marched, chanting "not my president" and holding signs urging a Trump eviction. They waved rainbow banners and Mexican flags, as bystanders in the heavily Democratic city high-fived the marchers from the sidelines.

• In Philadelphia, protesters near City Hall held signs bearing slogans like "Not Our President," "Trans Against Trump" and "Make America Safe For All."

• In Louisville, about 500 people turned out at a protest while in Baltimore, hundreds of people marched to the stadium where the Ravens were playing a football game.

Meanwhile, dozens of students from Texas State University rallied on their campus against Trump.

Holding signs, some of which read "Make America Free Again" and "Tear Down the Fascist," the students gathered on the quad of the campus in San Marcos, Texas, about 30 miles south of Austin. Some chanted, "What do we need? Love! When do want it? Now!" Others argued with Trump supporters who waded into the crowd. The gathering appeared to be generally peaceful.

The afternoon rally came a day after fliers appeared in bathrooms across campus warning of pro-Trump "vigilante squads." The fliers contained a picture of men clad in camouflage holding rifles and said the squads would "arrest and torture those deviant university leaders spouting off all this diversity garbage." University police were investigating the source of the fliers.

In York, Pa., however, a small group of people rallied for peace and unity on the town square, prompting honks from passersby. Participants held signs saying: "Treat others the way you want to be treated." and "Equality starts with understanding." They chanted: "Stand for unity!" and "Love trumps hate!"

Drayden Raber, a freshman at the York County School of Technology, participated. Officials at his school and police are investigating allegations of racially motivated incidents after a recent video surfaced showing school students carrying a Trump sign and someone can be heard saying 'white power."

John Beck of York and Tony Strouse of Dover Township, who organized the walk to bring a message of peace, said they want people to feel that their freedom hasn't been taken away.

"There's a lot of fear going around right now," Strouse said. "We're in a turbulent time with this whole changing of the office. And there are people who have been fighting for equal rights for a long time, and they're scared to leave their house right now because with this current event came a bunch of hate and bigotry being spewed all over the place."

More unity walks were planned for the weekend.

*Contributing: Jane Onyanga-Omara in London, and Teresa Boeckel, reporting for the York Daily Record.*

 

News  |  Donald Trump

## Protests against Donald Trump's win turn violent

*President-elect says demonstrations "very unfair" amid riots in Portland and marches in cities on East and West Coasts.*



01:47

11 Nov 2016

 

Protests in the US against Republican presidential candidate Donald Trump's election victory have turned violent as demonstrators take to the streets for a second day.

Thousands of protesters on Thursday threw objects at police in Portland, Oregon, and damaged a car park, the Portland Police Department said on Twitter.

KEEP READING

- **Michigan Supreme Court keeps Donald Trump on 2024 primary ballot**
- **Donald Trump stumbled in 2022. How is he leading the 2024 race?**
- **US Supreme Court declines to speed up ruling on Trump immunity claim**
- **Who might be the next US president?**

[IN PICTURES: Violence as anti-Trump rallies sweep US cities](#)

Some protesters sprayed graffiti on cars and buildings and destroyed shop windows, local media in Portland reported.

"Many in the crowd are trying to get anarchist groups to stop destroying property, anarchists refusing. Others encouraged to leave area," the department said on Twitter after declaring the demonstration a riot.



Portland has witnessed some of the most violent anti-Trump protests so far [Steve Dipaola/Reuters]

As thousands of people marched, some vandalised shop windows, lit firecrackers and set waste bins on fire.

An estimated 4,000 protesters chanted "We reject the president-elect!", with some throwing objects at police, prompting several arrests.

On the East Coast, protests occurred in Washington DC, Baltimore, Philadelphia and New York, while on the West Coast demonstrators rallied in Los Angeles, San Francisco and Oakland in California besides Portland.

Dozens in Minneapolis marched on to Interstate 94, blocking traffic in both directions for at least an hour as police stood by.



Teenagers and young adults tend to dominate the racially mixed crowds [Steve Dipaola/Reuters]

A smaller band of demonstrators briefly halted traffic on a busy Los Angeles freeway before police cleared them off.

Sign up for Al Jazeera

# Americas Coverage Newsletter

US politics, Canada's multiculturalism, South America's geopolitical rise—we bring you the stories that matter.

E-mail address

Sign up

By signing up, you agree to our **Privacy Policy**

protected by reCAPTCHA.

Baltimore police reported that about 600 people marched through the downtown Inner Harbor area, with some blocking roadways by sitting in the street.

Two people were arrested, police said.



Shop windows and cars have been vandalised and dumpsters set on fire [Steve Dipaola/Reuters]

In Denver, a crowd that media estimated to number about 3,000 gathered on the grounds of the Colorado state capitol and marched through downtown in one of the largest of Thursday's events.

Hundreds also demonstrated in Dallas.

Thursday's gatherings were generally smaller in scale and less intense than Wednesday's, and teenagers and young adults again dominated the racially mixed crowds.

"Just had a very open and successful presidential election. Now professional protesters, incited by the media, are protesting. Very unfair!" Trump said in on Twitter on Thursday night.

Police pitched special security barricades around two Trump marquee properties that have become focal points of the protests – his newly opened Pennsylvania Avenue Hotel in Washington DC and Trump Tower, where he lives in Manhattan.



Protesters have been accused by Trump of not respecting the democratic process [Steve Dipaola/Reuters]

In the nation's capital, about 100 protesters marched from the White House, where Trump had his first transition meeting with President Barack Obama on

Thursday, to the Trump International Hotel several blocks away.

At least 200 people rallied there after dark, many of them chanting "No hate! No fear! Immigrants are welcome here!" and carrying signs with such slogans as "Impeach Trump" and "Not my president".

Trump supporters say the protesters are not respecting the democratic process.

As of Thursday, Hillary Clinton, the Democratic Party candidate, was leading Trump in votes nationwide 47.7 percent to 47.5 percent, but Trump secured victory in the Electoral College.

SOURCE: NEWS AGENCIES

---

## LISTEN TO THESE PODCASTS ■

From: The Inside Story Podcast
### Why does Israel target Palestinian children?
Two Palestinian boys have been shot dead by Israeli forces in the occupied West Bank, and more than six thousand children ...



From: The Take
### New Zealand's Indigenous Maori in battle for their rights
Thousands across New Zealand are protesting in opposition to the new right-leaning government, and policies they say rever...

1/4/24, 8:36 AM                    Protests against Donald Trump's win turn violent | Donald Trump News | Al Jazeera



From: The Take

## Are Hezbollah and Israel close to an all-out war?

There's been a regular exchange of fire between Hezbollah and the
Israeli army for more than two months. Now, the fight is...



## RELATED ■

### Reports of racist attacks rise after Trump's victory

Victims take to social media to recount physical and verbal
abuse as rights groups call on president-elect to act.

11 Nov 2016



**EXHIBIT S – Page 34 of 189**

1/4/24, 8:36 AM                    Protests against Donald Trump's win turn violent | Donald Trump News | Al Jazeera

From: Inside Story

### The reasons behind Trump's surprise victory

How did the former reality TV star clinch victory over Hillary Clinton with a campaign marred by gaffes and controversy?

▶ 25:05   10 Nov 2016



### What can Donald Trump actually do as president?

Everything you need to know about what the controversial president-elect can and cannot do as leader of the US.

11 Nov 2016



---

## MORE FROM NEWS ■

### Sunak says he expects general election in second half of 2024



**EXHIBIT S – Page 35 of 189**

**Israel has been targeting Palestinian leaders in Lebanon for decades.**



**Jeffrey Epstein list: Whose names are on the newly unsealed documents?**



**Egypt's economy will be its biggest challenge during el-Sisi's third term**



## MOST READ ■

**Death toll rises as Israeli army intensifies bombing of southern Gaza**



## Netanyahu's bait: Why Israel might have killed Hamas leaders in Beirut now



## Names linked to Jeffrey Epstein set to be made public: All you need to know



## Ambiguous Ethiopia port deal fuels uncertainty over Somaliland statehood



About ∨

Connect ∨

**EXHIBIT S – Page 37 of 189**

Protests against Donald Trump's win turn violent | Donald Trump News | Al Jazeera

## Our Channels ⌄

## Our Network ⌄

Follow Al Jazeera English:

    



© 2024 Al Jazeera Media Network

**The New York Times** | https://www.nytimes.com/2017/01/21/us/politics/richard-spencer-punched-attack.html

# *Attack on Alt-Right Leader Has Internet Asking: Is It O.K. to Punch a Nazi?*

**By Liam Stack**

Jan. 21, 2017

Is it O.K. to punch a Nazi?

That is not a brainteaser or a hypothetical question posed by a magazine on Twitter. It is an actual question bouncing around the internet after an attack on a well-known far-right activist, Richard B. Spencer, in Washington after the inauguration of Donald J. Trump as president on Friday.

Mr. Spencer, who is credited with coining the term alt-right and describes himself as an "identitarian," was punched in the head on Inauguration Day by a person clad in black as he was being interviewed by a journalist. At the time of the attack, Mr. Spencer was explaining the meaning of Pepe the Frog, a cartoon figure adopted as a mascot by the alt-right, a racist, far-right fringe movement that is anti-immigrant, anti-Semitic and anti-feminist. Video of the attack shows Mr. Spencer reeling to one side under the force of the blow and his attacker darting through a crowd after landing the punch.

A bystander who chased the attacker later posted a video on YouTube of his encounter with the man. The assailant can be heard telling a friend that the man filming them is "mad at me because I hit Richard Spencer." (The bystander who made the video does not appear to be a supporter of Mr. Spencer and disparagingly refers to the activist in the clip as "a neo-Nazi.")



Mr. Spencer described the incident in a Periscope video he posted on Twitter on Friday. Shortly after the attack, he said, he was spat on by another person. On Saturday, he said he had a black eye.



Mr. Spencer's video was recorded from what he described as "a safe space." He said he thought the attack happened, in part, because he was in the wrong place at the wrong time.

"There was an actual anti-fascist rally going on, and I walked into it," he said. Margarita Mikhaylova, a spokeswoman for the District of Columbia Metropolitan Police Department, said on Friday afternoon that Mr. Spencer had not filed a police report.

Video of the attack quickly inspired a flood of jokes and memes online, some of which set the punch to songs like "Born in the U.S.A." Jon Favreau, a former speechwriter for Barack Obama, was one of many who posted a comment.

There was little substantive debate online about the ethics of punching Mr. Spencer. Twitter is not a place where minds are often changed, and the supporters and opponents of the sucker punch were unmoved by one another's quips.

Opponents of the punch tended to say that violence had no place in political debate. Supporters tended to say the punch was funny, and more than a few compared Mr. Spencer's attacker to famous Nazi punchers from pop culture, like Indiana Jones and Captain America.



**EXHIBIT S – Page 40 of 189**



One person who disapproved of the attack? A longtime writer for the comic book hero Captain America, Nick Spencer. (He said he was not related to Richard Spencer.)

For the record, Richard Spencer says he is not a Nazi. In an interview on Saturday, he said he was a member of the alt-right, which he calls "identity politics for white Americans and for Europeans around the world."

How is that different from Nazism? Nazism is "a historical term" that "is not going to resonate today," he said.

"German National Socialism is a historic movement of the past," Mr. Spencer said. "It arose at a very particular time and had particular motives and ideas and policies and styles, and those aren't mine."

Mr. Spencer said he was worried about being attacked again.

"I don't think I could go out to an inauguration event without bodyguards or a protest or a conference," he said. "I am more worried about going out to dinner on an average Tuesday because these kind of people are roaming around."

On Periscope, Mr. Spencer also expressed concern about the spread of the footage of the attack online.

**EXHIBIT S – Page 41 of 189**

"I'm afraid this is going to become the meme to end all memes," he said. "That I'm going to hate watching this."

**EXHIBIT S – Page 42 of 189**

**NEWS | CRIME**

# At Berkeley Yiannopoulos protest, $100,000 in damage, 1 arrest

By **Michael Bodley**

Updated Feb 2, 2017 10:22 p.m.

  



    Sign in    Newsletters



○○○○○

A portable light unit burns after protesters forced the cancellation of a talk by right-wing provocateur Milo Yiannopoulos at UC Berkeley in Berkeley, Calif., on Wednesday, February 1, 2017.

Scott Strazzante/The Chronicle

Unrest on the UC Berkeley campus Wednesday resulted in $100,000 in damage and just one arrest, officials said.

The university Thursday defended the hands-off approach of its police force in the midst of the chaos that broke out after a group of 150 or so black-clad, masked people hijacked a previously peaceful protest against a far-right provocateur, Milo Yiannopoulos, who had been scheduled to speak at UC Berkeley's student center Wednesday night. The protest forced officials to cancel Yiannopoulos' appearance.

Six minor injuries were reported in the fray, said Dan Mogulof, a spokesman for the university, and the one arrest was for failure to disperse.

In the city of Berkeley south of the campus, where protesters later paraded through the streets, some smashing store windows — about 15 in all — and spraying graffiti, there were no arrests, said Officer Byron White, a spokesman for the Berkeley Police Department.

White added that officers, even with extra staffing planned for the evening, were kept busy shutting off roads from protesters darting through traffic, saying that the department's main priority was "the protection of life," even if that meant some vandalism. No major injuries were reported, White noted.

## More For You



**After night of violent protests, Berkeley cleans up damage**

**EXHIBIT S - Page 44 of 189**

1/4/24, 8:40 AM                                    At Berkeley Yiannopoulos protest, $100,000 in damage, 1 arrest



**Protest at UC Berkeley prompts funding threat**



**Cops: At Yiannopoulos Berkeley protest, car through crowd not a crime**

Mogulof said that while dozens of officers were called in throughout the University of California system, the "paramilitary force that showed up with weapons" was an "unprecedented event" that upended security plans.

"We know we're always going to be second-guessed, and there's always going to be Monday-morning quarterbacking about what happened," Mogulof said.

President Trump weighed in on Twitter, tweeting: "If U.C. Berkeley does not allow free speech and practices violence on innocent people with a different point of view – NO FEDERAL FUNDS?"

The masked vandals, most, if not all, said to be from outside the campus, shut down Yiannopoulos' talk before it started.

Wearing "ungovernable" logos adorned on all-black jumpsuits, with bandannas and masks covering their faces, the self-described anarchists struck with near-military precision.

They crept out of the crowd as dusk set in outside the three rows of zip-tied fencing that police set up, trying to prevent a repeat of the scene at UC Davis, when Yiannopoulos was prevented from speaking in January. In ones and twos, and then

**EXHIBIT S - Page 45 of 189**

all at once, the vandals ripped the fencing down, daring the dozens of police behind the barrier to do something about it.

As Yiannopoulos waited inside the Martin Luther King Jr. Student Union, still more than two hours before he was supposed to take the stage, the police fell back inside the building under fire from Molotov cocktails, bricks and a host of other makeshift weapons.

"Very often when police have waded into large crowds, the situation can get out of control very quickly," Mogulof said of why police didn't confront protesters, adding that the risk was too high of many innocent protesters getting injured if police were to use force.

All the while, the vast majority of the crowd was peaceful, many of them students, wearing jeans and hoodies, not the "paramilitary" gear, clutching cardboard signs bashing Yiannopoulos, of the far-right publication Breitbart News, as hateful, as dangerous, as cruel. Many of the onlookers had never seen anything of the sort in Berkeley before, where protests are plentiful, but generally peaceful.

As police watched from skirmish lines on the other side of the student center's glass, the hooded figures wreaked their work, throwing pieces of discarded metal fencing through the glass windows and shooting flares at the building.

Many of those flares and fireworks narrowly missed other protesters who were dancing peacefully in the middle of the chaos, bopping their heads to a booming speaker system that someone brought into the plaza.

After a spell, officers emerged on the second-floor balcony, saying over a loudspeaker that Yiannopoulos was gone, repeatedly threatening to use force that never came.

In speeches on other campuses, Yiannopoulos has publicly outed trans students, and he has ridiculed the Black Lives Matter movement and a host of other left-leaning organizations.

Mogulof said the department had multiple investigations ongoing, saying police were "not done with these incidents yet," adding that "we believe deeply there should be consequences for violations of the law."

*Michael Bodley is a San Francisco Chronicle staff writer. Email: mbodley@sfchronicle.com. Twitter: @michael_bodley*

Feb 2, 2017 | Updated Feb 2, 2017 10:22 p.m.

 By **Michael Bodley**                                     

Michael Bodley is a breaking news reporter for The Chronicle. A Baltimore native, Michael has previously covered business for The Baltimore Sun and The Boston Globe. His work has also been published in The Washington Post, NBC News and The Center for Public Integrity, among other outlets.

# SFGATE

Top ^

About                                                                                      ⌄

Contact                                                                                    ⌄

Services                                                                                   ⌄

Quick Links                                                                                ⌄

1/4/24, 8:40 AM                                   At Berkeley Yiannopoulos protest, $100,000 in damage, 1 arrest

HEARST *newspapers*   © 2024 Hearst Communications, Inc.   Terms of Use  |  Privacy Notice  |  CA Notice at Collection  |

Your CA Privacy Rights (Shine the Light)  |  DAA Industry Opt Out

Your Privacy Choices (Opt Out of Sale/Targeted Ads)

**EXHIBIT S – Page 48 of 189**



# Los Angeles Times

CALIFORNIA

# UC Berkeley blames violent 'black bloc' protesters for 'unprecedented invasion'



Protesters watch a fire on Sproul Plaza during a rally against the scheduled appearance by Breitbart News editor Milo Yiannopoulos at UC Berkeley.  (Ben Margot / Associated Press)

BY VERONICA ROCHA, PETER H. KING

FEB. 5, 2017 10:20 AM PT

Reporting from BERKELEY —  They dressed "like ninjas" and marched onto UC Berkeley's Sproul Plaza like a paramilitary force armed with bats, steel rods, fireworks and Molotov cocktails, officials say.

The scheduled appearance Wednesday of conservative provocateur Milo Yiannopoulos was still two hours away, but it was precisely the time that most local television stations were beginning their live 6 p.m. broadcasts.

Within minutes, the group of 100 to 150 agitators had smashed half a dozen windows with barricades, launched fireworks at police and toppled a diesel-powered klieg light, which caused it to burst into flames.

"They didn't come to lock arms and sing 'Kumbaya,'" said Dan Mogulof, assistant vice chancellor and spokesman for the UC Berkeley. "They came to [mess stuff] up," he said, using stronger language.

While so-called black bloc agitators have become a fixture of Bay Area demonstrations in the last decade, their appearance at Berkeley on Wednesday and otherwise peaceful demonstrations threatens to inflame tensions in an already polarized nation.

After learning that Yiannopoulos talk was canceled, President Trump tweeted: "If U.C. Berkeley does not allow free speech and practices violence on innocent people with a different point of view — NO FEDERAL FUNDS?"

The self-described anarchists or antifascists have left school and law enforcement agencies struggling to cope with their tactics.

Moving officers into Wednesday night's melee, would have created "a lethal, horror situation," said campus Police Chief Margo Bennett.

"We have to do exactly what we did last night: to show tremendous restraint," she said.

UC Berkeley officials are now talking with federal and local law enforcement agencies about how to address black bloc tactics, which first appeared in Europe in the 1980s but have grown increasingly common in the United States in recent years.

To be sure, the University of California system has seen far larger disruptions by ordinary students. Window breaking and barricade tossing were common during Regents meetings when tuition was being raised significantly in the last decade, and protesters at UCLA trapped the Regents and other UC officials in a meeting building and garage.

But even though there was only one arrest Wednesday night, Berkeley officials insist the incident was something altogether new.

"We have never seen this on the Berkeley campus," Mogulof said. "This was an unprecedented invasion."

Mogulof said Berkeley administrators are dedicated to protecting the 1st Amendment and free speech, but certain events might need to have a closer look, especially if there is potential for major disruption and destruction on campus. School officials, he said, are reviewing their policing tactics as well as their policies and protocols for future events featuring controversial speakers.

He said "it's not about limiting free speech," but about protecting the students and campus.

The agitators, who keep their faces covered with bandannas, attach themselves to peaceful protests and then break out and start shattering windows and attacking cars, authorities say.

Police are investigating the group's tactics, and additional arrests could come in the future, officials said.

Members of the group seem to be most active in Oakland, which has long been a hotbed of the protest movement. In downtown Oakland, shopkeepers have taken to boarding up their windows before protests they believe will attract the anarchist element.

At UC Berkeley, Police Chief Bennett said she doubts it would come to that on campus, but did allow there might need to be some rethinking about allowing controversial appearances to take place at night.

**[veronica.rocha@latimes.com](mailto:veronica.rocha@latimes.com)**

**Twitter: [VeronicaRochaLA](https://twitter.com/VeronicaRochaLA)**

**UPDATES:**

**10:20 a.m.:** This article has been updated with information about Oakland demonstrations.

This article was originally published at 9:30 a.m.

Veronica Rocha

Veronica Rocha worked on the Metro desk and at L.A. Now covering breaking news in California. She joined the Los Angeles Times in 2014 and left in 2017.

 Peter H. King

Peter H. King was a California-based correspondent who reported from all corners of the state, exploring its people, culture, past and politics, as well as the pressing issues of the day. Among other roles at The Times, he previously served as city editor and as a columnist, writing the award-winning "On California" column for several years. A native of Fresno, he attended Cal Poly San Luis Obispo.

**EXHIBIT S - Page 52 of 189**

Copyright © 2024, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**EXHIBIT S - Page 53 of 189**



## Los Angeles Times

---

CALIFORNIA

# Inside the black bloc militant protest movement as it rises up against Trump



The movement first made its presence felt in California more than two decades ago, then built its forces amid the protests against the Iraq war in San Francisco's Financial District in 2003.

BY PAIGE ST. JOHN  |  STAFF WRITER

FEB. 12, 2017 5 AM PT

Reporting from OAKLAND —  The movement first made its presence felt in California more than two decades ago, then built its forces amid the protests against the Iraq war.

Out of the sea of largely peaceful antiwar demonstrators marching in San Francisco's Financial District in 2003, a more militant subgroup emerged. Its members wore black

**EXHIBIT S - Page 54 of 189**

masks, black jackets, black hoods and helmets. They smashed windows and looted military recruitment offices.

---

**For the record:**

**9:50 p.m. June 28, 2019** *An earlier version of this story described It's Going Down as an organization. It is a website.*

---

Since then, the so-called black bloc protesters have become a force in the Bay Area and beyond. They have been blamed for violence during protests in Oakland over corporate power and police abuse, notably the case of Oscar Grant, an unarmed black man who was killed by BART police in 2009.

Scorned by critics on both the left and right and hunted by police, the black bloc is bringing its radical tactics to the massive protest movement sparked by the presidency of Donald Trump.

The masked militants went fist to fist with neo-Nazis at the state Capitol in June, where five of their allies were stabbed. Black bloc tactics also dogged Trump's inaugural ceremonies in Washington, leaving broken windows, vandalized banks and a torched limo.

And early this month on the UC Berkeley campus, black bloc militants tore down police barricades, broke windows, started a fire and assaulted Trump supporters.

They represented a small percentage of the 1,000 mostly nonviolent demonstrators who went to Berkeley to protest a speech by controversial Breitbart columnist and conservative writer Milo Yiannopoulos, but they dominated the outcome.



People protest the appearance of Breitbart News editor Milo Yiannopoulos in Berkeley.   (Ben Margot / Associated Press)

The university had been determined to allow the event in the name of free speech. Within minutes of the bloc's assault on the building where the speech would be held, officials shut it down.

The protests earned rebukes from students, university administrators and Trump.

The angry vice chancellor called the melee an "unprecedented invasion" of an otherwise peaceful protest.

But some leaders of the campus protest called it a smashing success.

"It wasn't just people dressed in black who were acting militantly and everyone else is peace-loving Berkeley hippies," said Yvette Felarca, a political organizer of By Any Means Necessary, an immigration and affirmative action coalition that seeks to build a mass militant movement.

"Everyone cheered when those barricades were dismantled. ... Everyone was there with us in political agreement of the necessity of shutting it down, whatever it was going to take. It shows we have the power," Felarca said. "I thought it was quite stunning."

::

The term "black bloc" was used to describe the tight wedges of black-clad protesters in helmets and masks who appeared in street demonstrations in Germany in the 1970s, confounding efforts to single out, identify and prosecute individuals.

*I go through the Bay Area and there are people sleeping in the doorways of million-dollar condos that are empty. ... Is that not violent?*

**— Bay Area black bloc militant**

Its aim was, and still is, direct action. Practitioners care little for speech or to shape public opinion, and the media are held in disdain, as are liberals who espouse nonviolence.

Members operate in small squads that organize themselves around flags during the havoc of a protest. Many are anarchists, and anarchist websites such as It's Going Down provide a public platform for reports from the underground.

They say they battle police brutality, corporate greed, immigration bans and erosion of civil liberties. The Bay Area has provided a fertile base for the group, especially Oakland, birthplace to the armed militias of the Black Panther movement.

"I subscribe to self-defense in the very same sense that the Black Panther Party does and that Malcolm X does," said a veteran Bay Area black bloc militant who spoke on the condition that he not be named because much of the group's actions are illegal.

He described himself as an employed college graduate, the product of youth incarceration and a household where street respect — not pacifism — was preached.

"Which means for me to recognize one type of violence, which is people being beat up for having certain types of political views and being brazen about them, compared to the everyday violence … like I go through the Bay Area and there are people sleeping in the doorways of million-dollar condos that are empty. … Is that not violent?" he said. "That is the most cruel and violent thing I think I have ever seen."

The UC Berkeley protest was a call to arms for him and others. For months, protesters on campuses across the country have sought to shut down Yiannopoulos' provocative college shows, in which he ridicules transgender people, immigrants who are in the country illegally and others.

Yiannopoulos, permanently banned from Twitter for racist and misogynist posts, denies allegations he is a white supremacist.



Milo Yiannopoulos speaks at the University of Colorado in Boulder in January.   (Jeremy Papasso / Associated Press)

In the weeks leading up to the Berkeley event, campus administrators made clear their intent to allow the controversial speaker, part of a larger state university system's adoption of the ACLU mantra to "combat hate speech with more speech."

After a Yiannopoulos supporter shot a protester during demonstrations in Seattle, UC Berkeley responded to the rising threat of violence by pulling in officers from nine other campuses.

They stayed inside the barricaded Student Union building during most of the protest, arguing that to intervene would have escalated the violence. The effect instead was to raise the ante for the black bloc.

"They were going to allow it to happen until they determined that it was too dangerous for it to actually happen," the black bloc member said. "So what other choice did we have?"

Berkeley put the blame for the violence at the Yiannopoulos event squarely on the black bloc faction, which campus police said numbered 100 to 150 members.

They "marched onto campus and began immediately throwing rocks, M-80s flares and Molotov cocktails at our officers and the crowd," UC Berkeley Police Department Sgt. Sabrina Reich said.

Videos show black bloc members using firecrackers as a shield to get close to the Student Union, where they pulled down barricades. They took turns whacking at its windows with their sticks, rocks and the crowd-control barriers themselves. The bulk of the blows were directed at the Amazon store.

Videos also show black bloc members tackling and assaulting Yiannopoulos supporters.

There is a strategy behind much of the smashing, according to interviews and published manifestos.

The bloc pushes back against police lines, opening and holding space for mass demonstrations as police seek to corral and disperse the crowd. They draw pepper spray, rubber bullets and other uses of force. They say they focus destruction on standard-bearers of capitalism: Bank machines and a campus Starbucks were hit after Berkeley called off the Yiannopoulos speech.

"Starbucks is a symbol of global capitalization," the black bloc member said.

Those activists interviewed expressed no remorse for the property damage. They said it should pressure the university to think twice about allowing such events in the future. They hold the same regard for violence against people.

Bloc activists accompanying demonstrators against a white nationalist rally at the Capitol in Sacramento in the summer were met by white supremacists armed with knives.

Two law enforcement agencies continue to investigate the June 26 clash. Five people were stabbed, all on the side of the antifa, the anti-fascist movement. One was Felarca, who said assailants used box cutters and knives taped to their protest sticks. She required 24 stitches in her arm and head.

Sacramento police said they had been warned about the intent for violence, but they felt unable to stop it and after the fact, thwarted from investigating.

Within the anti-fascist movement, blog posts admonish wounded protesters not to speak to police.

**EXHIBIT S - Page 60 of 189**

Felarca and other activists said there is no official coordination with the black bloc, but there is covert communication between longtime street allies. Sometimes it is broadcast to the world, such as Facebook event invitations that call for participants to bring bandannas and other safeguards against pepper spray.

But they do recruit. An anarchist group is hosting a two-day conference in Oakland and San Francisco next month to draw newcomers. The black bloc member said he hopes it will help more people find the movement.

"The people I see coming in are curious about what this direct politics looks like. They have come up in the post-Oscar Grant, post-Occupy sort of political environment," the member said. "In the next few years, they're going to get their wings and they'll start flying."

**Paige.stjohn@latimes.com**

**Twitter: @paigestjohn**

**ALSO**

**Immigration arrests heighten fears in Southern California as hoaxes, false rumors swirl**

**Trump hints at cutting federal funds to UC Berkeley after violent protests over Milo Yiannopoulos**

**BART rail system may designate itself a 'sanctuary in transit'**

 Paige St. John

**EXHIBIT S - Page 61 of 189**

Paige St. John covers criminal justice, disasters and investigative stories for the Los Angeles Times from Northern California.

---

Copyright © 2024, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**EXHIBIT S – Page 62 of 189**

Berkeley protests of Yiannopoulos caused $100,000 in damage

  By Madison Park and Kyung Lah, CNN
4 minute read · Updated 8:33 PM EST, Thu February 2, 2017



Video Ad Feedback

Trump slams Berkeley after violent protests

02:59 - Source: CNN

**Berkeley, California CNN —** Protests that erupted at UC Berkeley ahead of a planned Wednesday appearance by right-wing commentator Milo Yiannopoulos caused $100,000 worth of damage to the campus, the school said Thursday.

The university blamed "150 masked agitators" for the unrest, saying they had come to campus to disturb an otherwise peaceful protest.

Two Berkeley College Republicans "were attacked while conducting an interview" on the campus on Thursday, UC Berkeley also said in a prepared statement. The attackers, who were not affiliated with the university, were taken into custody by UC Berkeley police.

Administrators decided to cancel the event about two hours before the Breitbart editor's speech. UC Berkeley said it removed him from campus "amid the violence and destruction of property and out of concern for public safety."

Black-clad protesters wearing masks threw commercial-grade fireworks and rocks at police. Some even hurled Molotov cocktails that ignited fires. They also smashed windows of the student union center on the Berkeley campus where the Yiannopoulos event was to be held.

At least six people were injured. Some were attacked by the agitators – who are a part of an anarchist group known as the "Black Bloc" that has been causing problems in Oakland for years, said Dan Mogulof, UC Berkeley spokesman.

The violent protesters tore down metal barriers, set fires near the campus bookstore and damaged the construction site of a new dorm. One woman wearing a red Trump hat was pepper sprayed in the face while being interviewed by CNN affiliate KGO. She was able to respond that she was OK after the attack.

As the scene spiraled out of control, university police warned protesters to disperse and issued a lockdown for campus buildings.

**EXHIBIT S - Page 63 of 189**

"We condemn in the strongest possible terms the violence and unlawful behavior that was on display and deeply regret that those tactics will now overshadow the efforts to engage in legitimate and lawful protest against the performer's presence and perspectives," UC Berkeley said in a statement.

"While Yiannopoulos' views, tactics and rhetoric are profoundly contrary to our own, we are bound by the Constitution, the law, our values and the campus's Principles of Community to enable free expression across the full spectrum of opinion and perspective," it stated.

As police dispersed the crowd from campus, a remaining group of protesters moved into downtown Berkeley and smashed windows at several local banks.

No arrests were made throughout the night.

Yiannopoulos on college speaking tour



Video Ad Feedback

'I just want to burn it down'

09:10 - Source: CNN

Yiannopoulos had been invited to speak by the Berkeley College Republicans. He has been on a college speaking tour and had planned to speak about cultural appropriation on Wednesday.

In a Facebook Live video, Yiannopoulos described what happened as "an expression of political violence."

"I'm just stunned that hundreds of people … were so threatened by the idea that a conservative speaker might be persuasive, interesting, funny and might take some people with him, they have to shut it down at all costs."

President Donald Trump weighed in on Twitter, suggesting the possibility of cutting federal funds to the public university.

"If U.C. Berkeley does not allow free speech and practices violence on innocent people with a different point of view – NO FEDERAL FUNDS?" Trump tweeted Thursday morning.

"American universities are on notice. The President is watching," he wrote. "The days you could silence conservative and libertarian voices on campus and still expect to collect their tax money are coming to an end."

Yiannopoulos trying to convince colleges hate speech is cool

But some protesters said the Yiannopoulos event wasn't a matter of free speech, because he espouses hate speech.

UC Berkeley said it had prepared security measures following what had happened at Yiannopoulos' previous events. One of his planned speaking engagements at UC Davis was also canceled last month in response to protests.

EXHIBIT S - Page 64 of 189



Protesters shut down Milo
Yiannopoulos event at UC Davis

"Ultimately, and unfortunately, however, it was impossible to maintain order given the level of threat, disruption and organized violence," UC Berkeley said in a statement.

Controversial speech

Most UC Berkeley students who spoke with CNN said they were relieved that Yiannopoulos wasn't able to speak, but this was not how they wanted to accomplish that goal.

One student told CNN that he didn't agree with what happened.

"It's a sad irony in the fact that the Free Speech Movement was founded here and tonight, someone's free speech got shut down. It might have been hateful speech, but it's still his right to speak," said Shivam Patel, a freshmen who stood outside of Sproul Plaza.

The Free Speech Movement started at UC Berkeley in 1964 after students protested en masse when administrators tried to restrict their political activities on campus.

Patel said he supported peaceful protests, but disagreed with the way things turned out on Wednesday.

"It allows people on the right to say, 'Look at all these liberal Berkeley snowflakes. They're intolerant of speech.' I don't think it's productive at all. It does nothing to help this country."

CNN's Jamiel Lynch and Stephanie Becker contributed to this report.

🕐 This article was published more than **6 years ago**

# The Washington Post

*Democracy Dies in Darkness*

**POST NATION**

# Pro-Trump rally in Berkeley turns violent as protesters clash with the president's supporters

 By <u>Amy B Wang</u>

March 5, 2017 at 11:57 a.m. EST

Supporters of the president and anti-Trump protesters clashed violently Saturday in Berkeley, Calif., on a day that numerous pro-Trump rallies took place across the country.

A planned "<u>March 4 Trump</u>" demonstration held at the city's Martin Luther King Jr. Civic Center Park — several blocks from the University of California at Berkeley campus — escalated after fights broke out between those who had shown up for the event and counter-protesters, which led to at least 10 arrests.

<u>Photos and video</u> from the afternoon showed police outfitted in riot gear, as shouting matches erupted within the crowd of a few hundred people, according to police. People could be seen kicking and hitting one another, either with their bare hands or with the signs they had been carrying.

Seven people received medical attention for injuries, but none needed or wanted to be taken to the hospital, police said.

Of the arrests, five were for battery, four for assault with a deadly weapon (including one person who had a dagger) and one for resisting arrest, according to Berkeley police.

Among the items confiscated from the crowd were metal pipes, baseball bats, two-by-four blocks of wood and bricks, police added.

Throughout the afternoon, images of the Berkeley clashes circulated on social media. At one point, Berkeley police released an alert to quash a rumor spreading online that someone had died of a stab wound at the rally.



**lizzie johnson**
@lizziejohnsonnn · **Follow**

The #Trump rally in Berkeley has broken out in violence four minutes before the march is supposed to start.

Watch on X

2:00 PM · Mar 4, 2017 from Berkeley, CA

♥ 70     💬 Reply     ⬆ Share

**Read 36 replies**

The situation was further complicated when groups of self-described anarchists joined the crowd around 3 p.m., the San Francisco Chronicle reported. The anarchists were dressed in black and blocked traffic as they marched through downtown Berkeley, mingling with pro-Trump and anti-Trump demonstrators, according to the newspaper.

"These people just want to fight," Nancy Chase, a Trump supporter, told the Chronicle. "They are anarchists in black, and it's not what we are about. I just want to stand up for liberty."

It is unclear whether the anarchists belonged to any one group. Activists aligned with "black bloc" groups had similarly wreaked havoc during protests in Washington during the inauguration, destroying property for the sake of upending order, The Washington Post reported in January.

These groups take "advantage of the legitimate protesters to destroy things and emphasize their anarchist roots," David Gomez, a former senior FBI counterterrorism official in Seattle, told The Post.



**lizzie johnson**
@lizziejohnsonnn · **Follow**

Fighting is spreading to the streets in Berkeley. This isn't a Trump rally anymore. It's the anarchists.

Watch on X

3:21 PM · Mar 4, 2017 from Berkeley, CA

🩷 273     💬 Reply     ⬆ Share

**Read 110 replies**

"This is a sad day," Berkeley Councilman Ben Bartlett said, according to the newspaper. "We're better than this."

Police encouraged people to report crimes even after the event ended.

"Because of the nature of the crowd, police are not always able to make immediate arrests without inciting further violence or injuring peaceful bystanders," police said in a statement.

The liberal Northern California city has seen its share of intense demonstrations, most recently last month, when Milo Yiannopoulos, then a writer for Breitbart, was scheduled to speak at U.C. Berkeley on Feb. 1. Hundreds protested his presence on campus, allegedly setting off fireworks, throwing rocks and bricks and breaking windows, according to the Daily Californian.

The protests reached such a pitch that the campus was placed on lockdown and Yiannopoulos's talk was canceled.

The incident prompted Trump to threaten to pull federal funding from the university.

Saturday's "March 4 Trump" rally in Berkeley was part of a nationwide demonstrations in support of the president, which drew praise from Trump.

Though the other events were mostly peaceful, many were met with counterprotesters. A handful of people were arrested in various cities as a result of the protests, according to the Associated Press.

https://twitter.com/latinaafortrump/status/838243151257063425



https://twitter.com/YoungDems4Trump/status/838048289782038528

**Read more:**

Sanders burns Trump with taunting tweet about the size of his inauguration crowd

Milo Yiannopoulos grabs headlines in wake of Berkeley riot

The 96 hours that brought down Milo Yiannopoulos

**EXHIBIT S – Page 69 of 189**

1/4/24, 8:48 AM                    FBI, Homeland Security warn of more 'antifa' attacks - POLITICO

**POLITICO**

   

POLITICS

## FBI, Homeland Security warn of more 'antifa' attacks



Protesters in black, associated with Antifa, shown at a &quot;No-To-Marxism&quot; rally Aug. 27 in Berkeley, California. The rally had been canceled, but still attracted attendees and demonstrators to Martin Luther King, Jr. Civic Park along with score of police in riot gear. | M. Scott Mahaskey/POLITICO

By JOSH MEYER
09/01/2017 04:55 AM EDT

   

Federal authorities have been warning state and local officials since early 2016 that leftist extremists known as "antifa" had become increasingly confrontational and dangerous, so much so that the Department of Homeland Security formally classified their activities as "domestic terrorist violence," according to interviews and confidential law enforcement documents obtained by POLITICO.

EXHIBIT S - Page 70 of 189

**POLITICO**                                             

between the left-wing anarchists and right-wing white supremacist and nationalist groups.

Previously unreported documents disclose that by April 2016, authorities believed that "anarchist extremists" were the primary instigators of violence at public rallies against a range of targets. They were blamed by authorities for attacks on the police, government and political institutions, along with symbols of "the capitalist system," racism, social injustice and fascism, according to a confidential 2016 joint intelligence assessment by DHS and the FBI.

After President Donald Trump's election in November, the antifa activists locked onto another target — his supporters, especially those from white supremacist and nationalist groups suddenly turning out in droves to hail his victory, support crackdowns on immigrants and Muslims and to protest efforts to remove symbols of the Confederacy.

Those reports appear to bolster Trump's insistence that extremists on the left bore some blame for the clashes in Charlottesville and represent a "problem" nationally. But they also reflect the extent that his own political movement has spurred the violent backlash.

In interviews, law enforcement authorities made clear that Trump's inflammatory rhetoric and policies — first as a candidate and then as president — helped to create a situation that has escalated so quickly and extensively that they do not have a handle on it.

"It was in that period [as the Trump campaign emerged] that we really became aware of them," said one senior law enforcement official tracking domestic extremists in a state that has become a front line in clashes between the groups. "These antifa guys were showing up with weapons, shields and bike helmets and just beating the shit out of people. ... They're using Molotov cocktails, they're starting fires, they're throwing bombs and smashing windows."

**EXHIBIT S - Page 71 of 189**

FBI, Homeland Security warn of more 'antifa' attacks - POLITICO

**POLITICO**     

their own, the documents and interviews show. And the extremists on both sides have been using the confrontations, especially since Charlottesville, to recruit unprecedented numbers of new members, raise money and threaten more confrontations, they say.

"Everybody is wondering, 'What are we gonna do? How are we gonna deal with this?'" said the senior state law enforcement official. "Every time they have one of these protests where both sides are bringing guns, there are sphincters tightening in my world. Emotions get high, and fingers get twitchy on the trigger."

Even before Charlottesville, dozens and, in some cases, hundreds of people on both sides showed up at events in Texas, California, Oregon and elsewhere, carrying weapons and looking for a fight. In the Texas capital of Austin, armed antifa protesters attacked Trump supporters and white groups at several recent rallies, and then swarmed police in a successful effort to stop them from making arrests.

California has become another battleground, with violent confrontations in Berkeley, Sacramento and Orange County leading to numerous injuries. And antifa counter-protesters initiated attacks in two previous clashes in Charlottesville, according to the law enforcement reports and interviews.

Rallies are scheduled over the next few months across the country, including in Texas, Oregon, Missouri and Florida. Authorities are particularly concerned about those in states where virtually anyone, including activists under investigation for instigating violence, can brandish assault rifles in public.

Tensions have gotten so heated that after activists traded accusations after Charlottesville, a rumor circulated online that antifa would try and shut down the massive Sturgis, South Dakota, motorcycle rally because there were too many Confederate flags and Trump signs. It wasn't true, but it prompted an

**EXHIBIT S - Page 72 of 189**

   

complete with a tourniquet, morphine, body cast and defibrillator.

"Both the racists and a segment of violent antifa counter-protestors are amped for battle in an escalating arms race, where police departments are outmaneuvered, resulting in increasingly violent dangerous confrontations," said former New York City police officer Brian Levin, who has been monitoring domestic militants for 31 years, now at the Center for the Study of Hate and Extremism at California State University, San Bernardino. "It's an orchestrated dance. The rallies spill over into social media and then even more people show up at the next rally primed for violent confrontation."

In recent decades, authorities have focused almost exclusively on right-wing groups as the most likely instigators of domestic terrorist violence, especially since Timothy McVeigh blew up the Oklahoma City federal building in 1995, killing 168 people.

More recently, the antifa groups, which some describe as the Anti-Fascist Action Network, have evolved out of the leftist anti-government groups like "Black bloc," protesters clad in black and wearing masks that caused violence at events like the 1999 Seattle World Trade Organization protests. They claim to have no leader and no hierarchy, but authorities following them believe they are organized via decentralized networks of cells that coordinate with each other. Often, they spend weeks planning for violence at upcoming events, according to the April 2016 DHS and FBI report entitled "Baseline Comparison of US and Foreign Anarchist Extremist Movements."

**EXHIBIT S - Page 73 of 189**

1/4/24, 8:48 AM                    FBI, Homeland Security warn of more 'antifa' attacks - POLITICO

**POLITICO**        



Protesters in black, associated with Antifa, beat a man with a pole and shield during a "No-To-Marxism" rally Aug. 27 in Berkeley, California. | M. Scott Mahaskey/POLITICO

Dozens of armed anti-fascist groups have emerged, including Redneck Revolt and the Red Guards, according to the reports and interviews. One report from New Jersey authorities said self-described antifa groups have been established in cities including New York, Philadelphia, Chicago and San Francisco.

Some of the DHS and FBI intelligence reports began flagging the antifa protesters before the election. In one from last September, portions of which were read to POLITICO, DHS studied "recent violent clashes ... at lawfully organized white supremacist" events including a June 2016 rally at the California Capitol in Sacramento organized by the Traditionalist Workers Party and its affiliate, the Golden State Skinheads.

According to police, counter-protesters linked to antifa and affiliated groups like By Any Means Necessary attacked, causing a riot after which at least 10 people were hospitalized, some with stab wounds.

At the Sacramento rally, antifa protesters came looking for violence, and

The intelligence assessments focus less on guns than handmade weapons used by antifa, with photos of members brandishing ax handles and shields, often with industrial-sized bolts attached to create crude bayonets. A senior state law

**EXHIBIT S - Page 74 of 189**

1/4/24, 8:48 AM                                      FBI, Homeland Security warn of more 'antifa' attacks - POLITICO

# POLITICO                                                                        

---

The FBI and DHS had no comment on that, or on any aspect of the assessments, saying they were not intended to be made public.

By the spring of 2016, the anarchist groups had become so aggressive, including making armed attacks on individuals and small groups of perceived enemies, that federal officials launched a global investigation with the help of the U.S. intelligence community, according to the DHS and FBI assessment.

The purpose of the investigation, according to the April 2016 assessment: To determine whether the U.S.-based anarchists might start committing terrorist bombings like their counterparts in "foreign anarchist extremist movements" in Greece, Italy and Mexico, possibly at the Republican and Democratic conventions that summer.

Some of the antifa activists have gone overseas to train and fight with fellow anarchist organizations, including two Turkey-based groups fighting the Islamic State, according to interviews and internet postings.

In their April 2016 assessment, the DHS and FBI said the anarchist groups would likely become more lethal if "fascist, nationalist, racist or anti-immigrant parties obtain greater prominence or local political power in the United States, leading to anti-racist violent backlash from anarchist extremists."

The assessment also said the anarchist groups could become more aggressive if they seek to "retaliate violently to a violent act by a white supremacist extremist or group," they acquire more powerful weapons or they obtain the financial means to travel abroad and learn more violent tactics.

Several state law enforcement officials said that all of those accelerating factors have come to pass. And recent FBI and DHS reports confirm they are actively monitoring "conduct deemed potentially suspicious and indicative of terrorist activity" by antifa groups.

**EXHIBIT S - Page 75 of 189**

1/4/24, 8:48 AM                                    FBI, Homeland Security warn of more 'antifa' attacks - POLITICO

# POLITICO



decentralized organizational structure," which made it difficult for law enforcement to identify violent groups and individuals. Authorities also "lack information to identify the travel patterns linking U.S. and foreign anarchist extremists," the assessment said.

The two agencies also said in their April 2016 assessment that many of the activities the groups engaged in "are not within the purview of FBI and DHS collection" due to civil liberties and privacy protections, including participating in training camps, holding meetings and communicating online.

In another assessment this past August, DHS warned about the potential for unprecedented violence at Charlottesville. The agency also acknowledged gaps in its understanding of antifa, saying it had only "medium confidence" in its assessments regarding both the affiliations among the various groups and the motivation of attackers.

Said one senior New Jersey law enforcement official following the antifa groups: "There's a lot more we don't know about these groups than what we do know about them."

**FILED UNDER:** DEPARTMENT OF HOMELAND SECURITY, TERRORISM, FBI, DONALD TRUMP, ⋯

## Playbook

The unofficial guide to official Washington, every morning and weekday afternoons.

EMAIL

Your Email

EMPLOYER

Employer

JOB TITLE

Job Title

**EXHIBIT S – Page 76 of 189**

1/4/24, 8:48 AM                    FBI, Homeland Security warn of more 'antifa' attacks - POLITICO

# POLITICO

   

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

© 2024 POLITICO LLC

**EXHIBIT S – Page 77 of 189**

1/4/24, 8:49 AM                                Berkeley sends strong message ahead of Pro-Trump, anti-Trump protests - ABC7 San Francisco

Berkeley businesses board up windows ahead of dueling Trump protests

 By Laura Anthony
Friday, April 14, 2017

Some businesses in Berkeley are boarding up their windows ahead of another round of dueling protests over President Donald Trump planned for Saturday.
KGO
BERKELEY, Calif. (KGO) -- Some businesses in Berkeley are boarding up their windows ahead of another round of dueling protests over President Donald Trump planned for Saturday.

The city of Berkeley says there will be no extra police or a different approach to the protest just five weeks after the March 4th rally that resulted in violence and arrests.

**PHOTOS:** <u>**Both sides of Trump debate clash**</u>



Some businesses in Berkeley are boarding up their windows ahead of another round of dueling protests over President Donald Trump planned for Saturday.

Protesters clash over President Donald Trump on Saturday, March 4, 2017 in Berkeley, Calif.
KGO-TV

Matthai Chakko is a spokesman for the city of Berkeley, which had officers surrounding the park last time, but with very little direct intervention. "We're going to make sure we facilitate the expression of free speech in a peaceful way."

Some businesses like the Mechanics Bank on Shattuck Avenue are not taking any chances, and boarding up windows ahead of the event.

"The hope for us tomorrow is that this rally is obviously very peaceful, it's contained to the park and cooler heads prevail," Lance Goree with the Downtown Berkeley Association said.

Much of the organizing for the event is being done on the internet.

https://abc7news.com/berkeley-protest-uc-pro-trump-march-4/1874601/                                                                    1/2

**EXHIBIT S - Page 78 of 189**

> *Some #Berkeley businesses boarding up ahead of Saturday's expected dueling protests at #CivicPark. Similar event in March turned violent. pic.twitter.com/CrJRmft34D*
> *— Laura Anthony (@LauraAnthony7) April 14, 2017*

**RELATED: Protesters clash violently in Berkeley over President Trump**

"We're not punks. We're not scared of standing up for what we believe in, and we'll be darned if some random, ignorant close-minded misogynists are going to come in start tearing up the city," Berkeley resident Jason Jones said.

Police made 10 arrests and this week released photos of several others they believe may have been involved in violence during that similar set of protests in March.

"People who commit violent acts often do so under the cover of a peaceful crowd, so what we want people to do who are coming for peaceful protest is to separate themselves and not get provoked," Chakko said.

**Click here for continuing coverage on President Trump.**

Copyright © 2024 KGO-TV. All Rights Reserved.

Related Topics

| BERKELEY | DONALD TRUMP | PROTEST | UC BERKELEY | VIOLENCE | PRESIDENT DONALD TRUMP | POLICE | IMMIGRATION |

Some businesses in Berkeley are boarding up their windows ahead of another round of dueling protests over President Donald Trump planned for Saturday.

**EXHIBIT S - Page 79 of 189**

Watch Live

# Rallies against Islamic law draw counter-protests, some arrested in Seattle

Published June 10, 2017 | Associated Press |

**Anti Sharia Law and counter protests**

Anti Sharia Law and counter protests

SEATTLE — Demonstrators at small but raucous gatherings around the country Saturday raised the specter that extremist interpretations of Islamic law might somehow spread across the U.S., but many of the rallies drew even more boisterous counter-protests by people who called such fears unfounded.

Hundreds of counter-protesters marched through downtown Seattle, banging drums, cymbals and cowbells behind a large sign saying "Seattle stands with our Muslim neighbors." Participants chanted "No hate, no fear, Muslims are welcome here" on their way to City Hall, where dozens of anti-Shariah protesters rallied.

A phalanx of bicycle police officers kept the sides separated during the sanctioned events, but authorities said a large fight broke out after the gathering concluded. Police used tear gas to disperse rowdy demonstrators and arrested three people for obstructing law enforcement.

In front of the Trump building in downtown Chicago, about 30 people demonstrated against Islamic law and in favor of President Donald Trump, shouting slogans and holding signs that read "Ban Sharia" and "Sharia abuses women." About twice as many counter-protesters marshaled across the street.

A similar scene played out in a park near a New York courthouse, where counter protesters sounded air-horns and banged pots and pans in an effort to silence anti-Shariah rally. In St. Paul, Minnesota, state troopers arrested about a half-dozen people when scuffles broke out at the close of competing demonstration at the state Capitol.

"The theme of today is drowning out racism," said New York counter-protester Tony Murphy, standing next to demonstrators with colorful earplugs. "The mor racists get a platform, the more people get attacked."

The rallies, held in more than two dozen U.S. cities, were organized by ACT for America, which claims Islamic law is incompatible with Western democracy.

The organization said it opposes discrimination and supports the rights of thos subject to Shariah. However, the Southern Poverty Law Center, which tracks ha groups, calls it the largest American anti-Muslim group.

"I don't believe Islam can peacefully co-exist with the Constitution," said Seattle anti-Shariah demonstrator Aaron Bassford, 29. "We need unity in this country under no ideology and no banner except the Constitution of the United States America."

But the overwhelming majority of Muslims don't want to replace U.S. law with Islamic law, known as Shariah, and only "radical extremist groups" would call fo that, said Liyakat Takim, a professor of Islamic studies at McMaster University in the Canadian city of Hamilton, Ontario.

Shariah, Takim said, refers to guidelines or principles — how Muslims should liv "Fiqh" refers to jurisprudence, or specific laws. The values embedded in Shariah do not change and are shared among Muslims, he said, while fiqh is open to interpretation and change, and in fact differs among Islamic sects and

communities.

"The Quran allows slavery. So does the Old Testament. That doesn't mean we allow it today, too," Takim said. "Laws are amenable to change."

In Seattle, activists set up an "Ask an American Muslim" booth to give rally participants on either side a chance to speak with a Muslim.

"American Muslims support the American values and freedoms we all cherish," said Arsalan Bukhari, executive director of the state chapter of the Council on American-Islamic Relations.

The marches come amid a rise in reports of anti-Muslim incidents in the U.S., including arson attacks and vandalism at mosques, harassment of women wearing Muslim head coverings and bullying of Muslim schoolchildren.

In California, small but raucous demonstrations were held in a handful of cities including San Bernardino, where a husband and wife inspired by the Islamic State group killed 14 people and wounded 22 in a 2015 shooting attack.

Clusters of protesters and counter-protesters gathered on four corners of an intersection at a memorial to the slain, yelling and waving American flags and posters proclaiming various causes. Anti-Islamic law demonstrators marched p the building where the shootings occurred.

"There's an anti-Trump, a pro-Trump, anti-extremists, so there are a variety of messages here," San Bernardino police spokeswoman Eileen Hards said. "Ther are so many messages going on that I'm not sure who's who."

Anti-Islamic law protester Denise Zamora, 39, said she and others in her group were not opposed to all Muslims.

"We're anti-Shariah. We're anti-radicals," the Upland woman said. She added, o
Shariah: "It's coming in very slowly, and a lot of the refugees are bringing that
ideology here. All of it is just barbaric."

About 300 people attended San Bernardino's rallies. Three were arrested on
suspicion of vandalism for smashing windows of two cars, Hards said.

—

Associated Press writers Andrew Selsky in Portland, Oregon; Deniz Cam in New
York; Jeff Karoub in Detroit; Kimberlee Kruesi in Boise, Idaho; Robert Jablon in L
Angeles; Dave Kolpack in Fargo, North Dakota; and Michael Tarm in Chicago
contributed to this report.

This material may not be published, broadcast, rewritten, or redistributed. ©2024 FOX Television Stations

**NEWS**

# San Bernardino anti-Islamic law rally and counter-protests trigger violence



San Bernardino Police officers push back "March Against Sharia Law" protesters as they clash with counter protesters at the intersection of Orange Show and Waterman Avenues in San Bernardino on Saturday, June 10, 2017. (Photo by Watchara Phomcinda, The Press-Enterprise/SCNG)

 By **JOE NELSON** | jnelson@scng.com | San Bernardino Sun
PUBLISHED: June 10, 2017 at 7:33 p.m. | UPDATED: June 10, 2017 at 10:19 p.m.



SAN BERNARDINO >> A San Bernardino rally against Islamic law being implemented in the United States drew hundreds of protesters and counter-protesters Saturday near the site of the Dec. 2, 2015, terrorist attack – but also sparked violence and acts of vandalism, police say.

Sponsored by the nonprofit group ACT for America, the Inland March Against Sharia was one of numerous rallies held nationwide.

**RELATED: Is Inland Regional Center the appropriate site for anti-Sharia Law rally?**

In San Bernardino, protesters gathered at the memorial to the terror attack victims on the southeast corner of Waterman Avenue and Orange Show Road; counter-protesters assembled on the opposite corner.

Sharia Law, the protesters say, oppresses woman and is a gateway to radicalization and terrorism. Protesters fear the establishment of Sharia Law in the U.S., which they say would erode the Constitution and American values and culture.

The demonstrations were meant to be peaceful.

But emotionally charged language — as well as water — was hurled at one another.

At one point, a group of protesters crossed the street and cut a path through counter-protesters, which erupted into a fracas that immediately drew a swarm of police officers – with guns drawn and batons at the ready.

"It's my understanding that one of the groups crossed over with the intent to antagonize. We got officers involved," said Police Chief Jarrod Burguan, who arrived at the protests shortly after the incident. "There was a little bit of shoving or something of that nature. We got folks involved pretty quickly and were able to break it up. There were no arrests that stemmed from the incident."

**RELATED: Anti-Sharia Law rallies held nationwide**

He said one officer was struck by a soda can, but the officer wasn't injured. The person who threw the can was not identified, Burguan said.

Later in the day, three men were arrested on suspicion of vandalism for smashing out the windows of a car. Their names were not immediately available, but Burguan said the men were from San Diego, San Clemente and Torrance.

The police presence was ramped up Saturday to include about 30 officers on foot, horseback and motorcycle, Burguan said.

The national protests were organized by ACT for America, which refers to itself as a "national security organization." ACT stands for American Congress for Truth.

However, the Southern Poverty Law Center, a civil rights nonprofit organization that tracks and studies hate groups, calls the organization the largest grassroots anti-Muslim group in America.

Founded in 2007, ACT for America is 500,000 strong, with more than 1,000 volunteer groups.

Protesters say Sharia Law is incompatible with American law. They say Sharia Law condones, among other things, genital mutilation, domestic violence, and stoning.

"It's a religion where you have the potential to become radicalized. If you become radicalized, you commit jihad," said Gregory Maximus, clad in a black bandana with white skull imprint covering the lower half of his face as he stood in line to buy snacks at a gas station.

The cashier told him he had to remove his bandana if he wanted to buy something.

Maximus complied.

Maximus said he was with a group calling themselves Rise Above, and that about 30 of them attended Saturday's March Against Sharia Law demonstration.

Ruben Torres, 27, of Corona, said he saw news about the event on Facebook and decided to join in Saturday's protest..

"It's a set of rules within an ideology that degrades women. They're second-class citizens," Torres said, of Sharia Law. "There are violent acts committed against women and homosexuals, yet we're considered the hate group. We have a natural, valid concern."

Those not buying that claim say Sharia Law is an excuse for ACT for America to perpetuate its anti-Muslim agenda.

"Who is trying to create Sharia Law here in this country? We have a democracy. We have a system of checks and balances. It's pretty absurd," said Jen Yaghoubian, 48, of Redlands, holding a sign reading, "I love our Muslim brothers and sisters" on the front and "There's no community without unity" on the flipside.

"It's something they're making up to create fear and animosity," she said.

There was no coexistence during Saturday's demonstrations, only impasse.

Counter-protesters referred to the anti-Sharia protesters as racists and white supremacists, and counter-protesters were referred to as "traitor scum."

The words "Do not engage!" were heard repeatedly throughout the day as both sides came close to, or actually engaged in, physical confrontation.

"Sharia Law is what instigates them to kill," Robert Schmidt, 58, of Riverside, said of radicalized Muslim terrorists. "It's not about illegal immigration. It's not about Muslims. It's about no Sharia Law."

Over Schmidt's voice could be heard the repetitive percussive sound of counter-protesters keeping time on a tom-tom drum and orange bucket while chanting, "Get these Nazis off our streets!"

Brian Levin, a nationally recognized expert on hate groups and director of Cal State San Bernardino's Center for the Study of Hate and Extremism, could be seen roaming among both the protesters and counter-protesters Saturday.

He said he considers ACT for America a hate group.

"There's some people who really seem dyed-in-the-wool bigots, indeed," Levin said. "ACT for America has said that any Muslim that follows the Quran is basically incompatible with the United States, and that seems to me very discriminatory against someone's faith."

Counter-protester Alex Sanchez, a business agent for Teamsters Local 896 in Los Angeles, said he was offended by ACT for America's choice of location for their protest, the IRC, where on Dec. 2, 2015, 14 people, including 13 San Bernardino County public health employees, were fatally shot and 22 others wounded in a terrorist attack implemented by radicalized Muslim spouses Syed Rizwan Farook, a county health inspector, and his wife, Tashfeen Malik. They were both killed in a shootout with police hours after the massacre.

"What we need to do is, in this age of Trump and Pence and all the White House hate, we need to unite even stronger and drive the message that hate and racism is not allowed in our communities," Sanchez said.

In response to protests such as Saturday's rally, the Ahmadi Muslim Community held an interfaith dinner at the Baitul Hameed Mosque in Chino. The dinner was held in honor of Iftar, the traditional breaking of the Ramadan fast.

**T** **The Trust Project** ⌄

**2017** › **June** › **10**

EXHIBIT S - Page 88 of 189

**LOCAL NEWS**

# Counterprotesters vastly outnumber those at 'America First!' rally in Laguna Beach



Mounted units from Orange County Sheriff Department and Santa Ana Police join other law enforcement agencies trying to keep order during the rally in Laguna Beach. (Photo by Kevin Sullivan, Orange County Register/SCNG)



EXHIBIT S - Page 89 of 189

Counterprotesters vastly outnumber those at 'America First!' rally in Laguna Beach – Orange County Register

   By **CHRIS HAIRE** | chaire@scng.com | Long Beach Press-Telegram, **TOMOYA SHIMURA** | tshimura@scng.com | Orange County Register and **KEITH SHARON** | ksharon@scng.com | Orange County Register
PUBLISHED: August 20, 2017 at 5:37 p.m. | UPDATED: August 22, 2017 at 10:18 a.m.

Mounted police maneuvered between political rivals. Angry Americans shouted about President Trump, the Ku Klux Klan, illegal immigrants and racism – all in the name of free speech.

Some of the most beautiful beachfront property in the world was blocked by barricades. Police held their ground in riot gear.

But as of 10 p.m. Sunday, Laguna Beach did not become a violent political flashpoint.

A regular monthly vigil called "America First!," usually attended by a couple dozen people who are opposed to illegal immigration, attracted counter-protesters that vastly outnumbered the pro-Trump group for much of the evening.

**Social media: See how the rally in Laguna Beach unfolded**

Fearing that white nationalists, neo-Nazis and members of the KKK would assemble, counterprotesters swarmed Main Beach.

There was little evidence, however, of an extremist presence.

Still, some Laguna Beach residents were stunned by the scene.

"I have never seen anything like this," said longtime Laguna Beach resident Dottie Morss. "I have never seen so many police. Surprisingly, with hot tempers, calm has prevailed."

**EXHIBIT S - Page 90 of 189**

The Laguna Beach Police Department reported three arrests among a crowd of about 2,500. There were a few shoving matches and some people were pepper sprayed. But an estimated 200 police officers helped keep the tense rally from becoming more violent.

"No more victims. Secure our borders now," read one "America First!" sign.

"Our state is trying to put the rights and feelings of illegals before citizens," Nikki Ciantra of Anaheim said.

Valentina Bankhead, who has attended several "America First!" vigils, said her group always holds L.E.D. glow lights when it gets dark. They say a prayer, then they leave. They had never attracted protesters.

"This is not a KKK rally," said Bankhead, whose father was born in Mexico. "We are here to acknowledge people who have lost their lives at the hands of undocumented people."

Bankhead said the news media and left-leaning groups have misinterpreted the point of the rally. "They (counterprotesters) walk by calling us racists," Bankhead said. "How can I be some sort of racist? I'm proud of my father and my heritage."



**Camp Chronicles Season 6 Now Booking!**
@JonathanKhamis · **Follow**

Watch on X

5:55 PM · Aug 20, 2017

♥ 4     💬 Reply     ⬆ Share

**Read 2 replies**

She said she called the police earlier in the day to report someone shouting Nazi slogans. Later, a man who joined the rally had a large swastika tattoo on his neck.

Rick Macias sat on the grass Sunday afternoon and, marker in hand, wrote, "One planet, one race" on a green poster.

He drove from Corona to protest white nationalism.

"We cannot be silent," Macias, 52, said. "That's how evil wins."

Macias said he draws no distinction between the America First! group, which organized the anti-immigration rally at the other end of the beach, and the white nationalists and supremacists who marched in Charlottesville, Va., last week.

Counterprotesters shouted, "No Nazis. No KKK. No fascist USA." Many passing car horns added to the noise.

Others tried to stay away from the fray.

"I'm afraid I might get trampled if I go to the front," said Marissa Viszolay, 29, a fashion designer from Laguna Beach. "But I was appalled by the president's reaction to Charlottesville.

"That's why I'm here."

Though Donald Trump condemned the white supremacists who incited bloody demonstrations in Charlottesville, he blamed "both sides" for the violence, drawing widespread criticism that he created a false moral equivalency between hate groups and the protesters who pushed back.

Wearing a red Make America Great Again cap, Lisa Collins of Mission Viejo said she considered not coming to Laguna Beach.

"I thought it was going to be dangerous," Collins said. "And people will think I'm a white supremacist or KKK because we get lumped into those groups. I am not that at all."

Collins said she was happy there was little violence.

"We showed that patriots, Republicans, conservatives and libertarians can come together, have a meeting, have a rally and be peaceful," Collins said.

The heated night had at least one amazing moment. Two attendees from opposite sides of the political spectrum noticed they were both carrying signs with the same, one-word message:

Love.

"America First!" supporter Tenaya Delgado of Yucaipa and counterprotester Corinne St. Claire of Orange had a discussion about their similar signs and their differences.

"That's the great thing about America," Delgado said. "We are able to have different feelings or different beliefs and still live in one country."

They smiled together and hugged.

***See also:***

**See how the rally in Laguna Beach is shaping up**

**Laguna Beach, law enforcement authorities gear up for 'America First!' rally**

**Peace rallies stretch from Laguna Beach to Boston**

**T** **The Trust Project** ⌄

**2017** › **August** › **20**

**NEWS**

# Laguna Beach police make 4th arrest stemming from America First! rally



Richard Losey of Ohio was arrested by Laguna Beach police on suspicion of assault after Sunday's America First! rally in Laguna Beach. (Photo courtesy of Laguna Beach Police Department)



EXHIBIT S - Page 94 of 189

 By **ERIKA I. RITCHIE** | eritchie@scng.com | Orange County
Register
PUBLISHED: August 23, 2017 at 9:24 p.m. | UPDATED: August 29, 2017 at
1:51 p.m.

LAGUNA BEACH — Just two days after the America First! rally at Main Beach that
drew 2,500 and resulted in three arrests, Laguna Beach have arrested a fourth
person on suspicion of assault.

According to police, a man was talking peacefully with a group of people at the
rally Sunday, Aug. 20 when he was punched in the face by a man, who then fled.

On Monday, Aug. 21, police received a report of an assault and a video provided
by the victim. The video had also been posted on social media sites.

"The video shows a black man wearing a 'Make America Great Again' shirt hit
squarely in the face by another man," said Sgt. Jim Cota.

The victim, identified as R.C. Maxwell of Inglewood, told KTLA that he was
attacked because of the color of his skin.

**EXHIBIT S - Page 95 of 189**

Maxwell told KTLA that he was attacked by someone from the left because he was a "black man who happens to support President Donald Trump."

"It important we show violence on the left when it happens," Maxwell said.

Laguna Beach police detectives recognized the man in the video and found him in town on Tuesday night, Aug. 22 as he was trying to buy a bus pass to Ohio. The man was identified as 20-year-old Richard Losey of Lancaster, Ohio.

"He was arrested on suspicion of battery and making threats," Cota said.

On Sunday, Laguna Beach police also arrested Samuel Gonzales on suspicion of resisting and delaying arrest; Harlan William Pankau on suspicion of weapons charge for carrying a knife; and Trevail Dominique Johnson was arrested on suspicion of assault.

Police said Losey was booked into Orange County Jail on $50,000 bail on suspicion of misdemeanor battery with a hate crime enhancement.

Anyone with information on the incident is asked to call 949-497-0701.

**T** The Trust Project ⌄

**2017** › **August** › **23**

**EXHIBIT S – Page 96 of 189**

🕐 This article was published more than **6 years ago**

## The Washington Post

*Democracy Dies in Darkness*

**MORNING MIX**

# Black-clad antifa members attack peaceful right-wing demonstrators in Berkeley

 By Kyle Swenson

August 28, 2017 at 3:47 a.m. EDT

Their faces hidden behind black bandannas and hoodies, about 100 anarchists and antifa— "anti-fascist" — members barreled into a protest Sunday afternoon in Berkeley's Martin Luther King Jr. Civic Center Park.

Jumping over plastic and concrete barriers, the group melted into a larger crowd of around 2,000 that had marched peacefully throughout the sunny afternoon for a "Rally Against Hate" gathering.

Shortly after, violence began to flare. A pepper-spray-wielding Trump supporter was smacked to the ground with homemade shields. Another was attacked by five black-clad antifa members, each windmilling kicks and punches into a man desperately trying to protect himself. A conservative group leader retreated for safety behind a line of riot police as marchers chucked water bottles, shot off pepper spray and screamed, "Fascist go home!"

All told, the Associated Press reported at least five individuals were attacked. An AP reporter witnessed the assaults. Berkeley Police's Lt. Joe Okies told The Washington Post the rally resulted in "13 arrests on a range of charges including assault with a deadly weapon, obstructing a police officer, and various Berkeley municipal code violations."

And although the anti-hate and left-wing protesters largely drowned out the smaller clutch of far-right marchers attending a planned "No to Marxism in America" rally, Sunday's confrontation marked another street brawl between opposing ends of the political spectrum — violence that has become a regular feature of the Trump years and gives signs of spiraling upward, particularly in the wake of the violence in Charlottesville.

"I applaud the more than 7,000 people who came out today to peacefully oppose bigotry, hatred and racism that we saw on display in Charlottesville," Berkeley Mayor Jesse Arreguín said in a statement. "... However, the violence that small group of protesters engaged in against residents and the police, including throwing smoke bombs, is unacceptable. Fighting hate with hate does not work and only makes each side more entrenched in their ideological camps."

In February, 150 similarly black-clad agitators caused $100,000 worth of damage when they smashed through Berkeley protesting a University of California at Berkeley speech by right-wing provocateur Milo Yiannopoulos. Portland, Ore., has been the scene of street battles between antifa members and white nationalists this summer. White nationalist Richard Spencer was sucker-punched by a protester in a January video that went viral. And Inauguration Day 2017 in Washington, D.C., was marked by violence when masked protesters burned vehicles, smashed windows and clashed with police, leading to 231 arrests.

On Sunday, police in Berkeley maintained a strict perimeter around the area in the beginning of the afternoon, including enforcing an emergency city rule outlawing sticks and other potential weapons from the park. Fifty officers were spread out at the area's four entrances, according to the Daily Californian.

But antifa protesters — armed with sticks and shields and clad in shin pads and gloves — largely routed the security checks and by 1:30 p.m. police reportedly left the security line at the Center Street and Milvaia Street entrance to the park. Berkeley Police Chief Andrew Greenwood told the AP the decision was strategic — a confrontation was sure to spark more violence between the protesters and police.

"No need for a confrontation over a grass patch," Greenwood said.

Joey Gibson was among the right-wing activists assaulted Sunday. Gibson, the leader of the Oregon-based Patriot Prayer group, had planned to hold a "Freedom Rally" at Crissy Field Beach. Gibson previously told the L.A. Times his group was not "white supremacist" but "feared that extreme or racist figures might try to co-opt his event."

Yet, as with other planned right-wing events in the wake of Charlottesville, Saturday's rally drew controversy in the San Francisco area, with one group stockpiling dog feces to lay at the scene on Saturday.

Last Friday, Gibson canceled the event because of the mounting pressure. "It doesn't seem safe; a lot of people's lives are going to be in danger tomorrow," he told Unite America First.

Attention shifted to Sunday's "No to Marxism in America" event. However, last week, that event's organizer, Amber Cummings, also signaled the event was off due to the growing tensions. "I stress I DO NOT WANT ANYONE COMING and if they do you will be turned away, I'm sorry for this but I want this event to happen peacefully and I do not want to risk anyone getting harmed by terrorists," Cummings wrote online, according to NBC Bay Area.

On Sunday, Cummings reportedly did not appear for her event, and anti-hate marchers far outnumbered the right-wing element that did make an appearance, the AP reported.

Although Gibson was reportedly seen being taken into custody, on Sunday the Patriot Prayer Facebook page stated "Joey is NOT in jail, and has NOT been arrested. He was cuffed and released after being shoved through the police line." Gibson did not reply to a Facebook message seeking comment.

"We're just puzzled as to why people consider violence a valid tactic," Berkeley resident Kristin Leiumkuhler, 60, told SFGate. She, like others, had turned out with neighbors for a peaceful rally but left when things got ugly. "We felt disappointed and surprised by how many people were not in any way discreet about being with antifa — in fact being very bold and prepared to be violent."

**More from Morning Mix:**

‘Urgent please send help’: Desperate Houston residents plead on social media for rescue

Storm victims take shelter at Houston's convention center — arriving by foot, bus and dump truck

Louisiana governor issues plea to Trump as the state braces for possible Harvey-related flooding

everbridge NIXLE

Registered Subscribers: Sign In Here

Receive alerts from your local agencies Sign Up ...or text your **ZIP CODE** to **888777** for mobile alerts

Full Notification

certified **Berkeley Police Department**

Sunday August 27th, 2017 :: 08:06 p.m. PDT

Community

## Berkeley Police make 13 arrests during today's demonstrations.

Message Expired

Today, the Berkeley Police Department, the Berkeley Fire Department, Public Works, Parks and Recreation, and a variety of city staff, and our Law Enforcement Mutual Aid partners, worked to safeguard the peaceful expression of freedom of speech, while keeping people on our streets and parks safe.

Thirteen people were arrested on a variety of charges, including assault with a deadly weapon, felony assault, and violations of the Berkeley Municipal Code.

One officer was injured during an arrest and several officers were struck with paint. Six people were injured and treated by paramedics. Two of those individuals were transported to local hospitals for treatment.

The Berkeley Police Department's investigation into crimes committed during today's demonstration is continuing. To help further our investigations, we are asking members of the public to send us photos or videos of today's events, using any web-enabled device by visiting http://bit.ly/berkvideo.

The Berkeley Police Department is extremely appreciative of the support provided to our community by law enforcement agencies throughout the region, including the Alameda County Sheriff's Office, the Oakland Police Department, the California Highway Patrol, the University of California Police Department, and Police Departments from the cities of Alameda, San Leandro, Hayward, Fremont, Union City, and Newark, and the Alameda County District Attorney's Office.

Arrested were:

| | | |
|---|---|---|
| Vasquez, Seth | 25 year old male from Berkeley | BMC 6.32.030 & BMC 13.36.065 |
| Misohink, Mark | 23 year old male from Berkeley | BMC 6.32.030 & BMC 13.36.065 |
| Dominic, James | 23 year old male from Oakland | PC 182(a)(1) |
| Wyrick, Kristopher | 39 year old male from Alpine | PC 415(1) |
| Pankau, Harlan | 38 year old male from Jamul | PC 647(f) |
| Smith, Levi | 32 year old male from Sparks, NV | BMC 13.36.065 & BMC 6.32.030 |
| Hines, Sean | 20 year old male from Santa Rosa | PC 148(a)(1) & BMC 13.36.065 |
| Moorman, Brittany | 26 year old female from Oakland | BMC 13.36.065 & BMC 6.32.030 |
| Mendez, Yesenia | 22 year old female, Unknown City | PC 245(a)(1) & PC 148(a)(1) & PC 185 |
| Gillespie, Emily | 24 year old female from Berkeley | PC 242 |
| Dougan, Sean | 47 year old male from Portland, OR | PC 242 & PC 594(a) & PC 404.6(a) |
| Moore, Rachel | 40 year old female from Oakland | PC 243(d) |
| Phillips, Joshua | 36 year old male from Oakland | PC 148(a)(1) & PC 405 |

**Address/Location**
Berkeley Police Department
2100 Martin Luther King Jr Way
Berkeley, CA 94704

**Contact**
Emergency: 9-1-1
Non-emergencies: 510-981-5900

More Messages

See more messages from Berkeley, California »

Navigate & Discover

Enter a town, zip code or address GO!

Message and data rates may apply. Message frequency varies. Terms and privacy.



Company Overview    Contact    Careers    Terms of Service    Privacy Policy    FAQs

Powered by Nixle. © 2024 Everbridge, Inc.

EXHIBIT S – Page 101 of 189

Berkeley Mayor Calls for Antifa to be Classified as Crime Gang After Clashes at Weekend Protest

**U.S.**

# Berkeley Mayor Calls for Antifa to be Classified as Crime Gang After Clashes at Weekend Protest

Aug 29, 2017 at 10:25 AM EDT



Antifa members and counterprotesters gather during a right-wing No-To-Marxism rally on August 27, at Martin Luther King Jr. Park in Berkeley, California.

AMY OSBORNE/AFP/GETTY IMAGES

By **Tom Porter**

 0              

1/4/24, 8:53 AM                    Berkeley Mayor Calls for Antifa to be Classified as Crime Gang After Clashes at Weekend Protest

Berkeley Mayor Jesse Arreguin has called for authorities to tackle left-wing violence by classifying members of antifa, the loosely organized group of "anti-fascists" who believe that violence is acceptable in countering right-wing extremism, as a gang.

A largely peaceful demonstration in Berkeley's Martin Luther King Civic Center Park was disrupted Sunday by black-clad antifa counterprotesters, who jumped over police barriers and chased Trump supporters, according to multiple news reports.

Berkeley police made 10 arrests on Sunday, using tear gas to disperse black-clad counterprotesters on several occasions, _Newsweek reported from the protests Sunday._

Organizers had called off the "No Marxism in America" event earlier after strict police measures were introduced, but hundreds of counterdemonstrators and a small group of right-wing protesters gathered regardless.

Arreguin said that new measures were required to tackle a violent fringe of left-wing demonstrators.

"I think we should classify them as a gang," said Arreguin, as quoted by CBS. "They come dressed in uniforms. They have weapons, almost like a militia, and I think we need to think about that in terms of our law enforcement approach."



📰 **NEWSLETTER**
The Bulletin

Your daily briefing of everything you need to know

Email address    [ SIGN ME UP ]

By clicking on SIGN ME UP, you agree to Newsweek's Terms of Use & Privacy Policy. You may unsubscribe at any time.

Arreguin said that although he does not support the far-right, tougher measures were required to counter left-wing violence, and he called for nonviolent protesters to take a stand.

"I think we are going to have to think 'big picture' about what is the strategy for how we are going to deal with these violent elements on the left as well," said the mayor.

"We also need to hold accountable and encourage people not to associate with these extremists because it empowers them and gives them cover," said Arreguin.

Under California law, a gang is defined as an organization of at least three persons, with a common name, or identifying mark or symbol, which engages in criminal activity. Criminals who commit offenses for gangs can face tougher sentences in the state.

_Newsweek_ has contacted a group identifying itself on Twitter as Berkeley Antifa for comment on Arreguin's remarks.

**Sign up for Newsweek's daily headlines**

**EXHIBIT S – Page 103 of 189**

White nationalist violence has become a national issue in the U.S. since the rally in Charlottesville, Virginia, in which an anti-racism activist was killed when a white nationalist barreled a car into a group of counterdemonstrators.

Following the violence, President Trump was roundly criticized for failing to single out white nationalists for condemnation, instead insisting that "all sides" were to blame. President Trump and supportive news outlets such as Fox News have since portrayed the actions of antifa as representative of the excesses of the left.

A well-known bastion of liberalism, Berkeley's campus has been the scene of clashes between left-wing protesters earlier this year, with an appearance on campus by alt-right provocateur Milo Yiannopoulos canceled in February.

On Saturday, a planned right-wing rally in San Francisco fizzled out after widespread opposition.

In the wake of Charlottesville and Sunday's unrest, Arreguin called for the University of California Berkeley to cancel a follow-up appearance by Yiannopoulos scheduled for September, during an event titled Free Speech Week.

"I believe that is the right thing to do," said Arreguin. "And if they don't do that, then they need to work with the city and potentially assist the city through resources to be able to adequately police what we know is going to be a large protest that will spill out onto the city streets."

---

**Request Reprint & Licensing**  |  **Submit Correction**  |  **View Editorial Guidelines**

## About the writer

**Tom Porter**

---

To read how Newsweek uses AI as a newsroom tool, click here.

---

EXHIBIT S – Page 104 of 189

 NEWS     VIDEO     LIVE     SHOWS     ELECTION 2024     538          ⚲

# Protesters rally against conservative speech at UC Berkeley by former Breitbart editor

Hundreds of protesters gathered to oppose a speech by former Breitbart editor.

By ABC News
September 14, 2017, 10:30 PM



&#151; -- A large demonstration took over the campus of the University of California, Berkeley on Thursday night once again to protest a planned speech by a controversial conservative.

This time, it was the editor-in-chief of Dailywire.com and former Breitbart editor Ben Shapiro who was invited to speak by the Young America's Foundation, a conservative college group, and Berkeley's College Republicans organization. The invite sparked outrage and protests that had the city's police taking unprecedented steps to keep the peace.

Inside Zellerbach Hall, about 200 to 300 people of mostly pro-Shapiro students listened to his speech. He attacked the left, made the case for why he's not a white supremacist and launched into a profanity-laced rant about antifa.

Attendees were ticketed and made their way through metal detectors before entering the hall.

Outside, a few hundred demonstrators where kept back by a large show of police force. Officers dressed in riot gear lined up behind concrete barricades while protesters with a bullhorn rallied on the street.

Thursday's event was the first since the Berkeley City Council modified a ban and allowed police to use pepper spray if needed.

Police announced they have made nine total arrests outside the event on Thursday night.

Even hours before the speech, Berkeley Police said they had made three arrests for people carrying banned weapons in the area surrounding the hall. Sarah Roark, 44, and Michael Sullivan, 29, were both arrested for possession of a banned weapon, while Hannah Benjamin, 20, was arrested for possessing a weapon and battery of a police officer.

After the Shapiro speech, attendees exited far away from where demonstrators were staged with a heavy line of police protecting them.

Shapiro's event may be a precursor for later in September when right-wing speaker Milo Yiannopoulos plans to hold "Free Speech Week" at Berkeley with a lineup that includes author Ann Coulter and Steve Bannon, President Donald Trump's ex-strategist and recently rehired head of Breitbart News.

Campus officials told The Associated Press the event is not yet confirmed.

Previous visits by Yiannapoulos and Coulter have both been cancelled at Berkeley in 2017.

*ABC News' Mark Osborne contributed to this report.*



ABC News Network | Privacy Policy | Your US State Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use

Do Not Sell or Share My Personal Information | Contact Us

© 2024 ABC News

**EXHIBIT S – Page 106 of 189**

1/4/24, 8:55 AM                    Milo Yiannopoulos' 'Free Speech Week' At Berkeley Falls Apart, Organizers Say : NPR




PLAYLIST

                                                        DONATE

Here & Now Compass

## Milo Yiannopoulos' 'Free Speech Week' At Berkeley Falls Apart, Organizers Say

SEPTEMBER 22, 2017 · 8:06 AM ET

By Samantha Raphelson



After days of uncertainty, an event at the University of California, Berkeley, touted as "Free Speech Week" by organizers — including far-right activist Milo Yiannopoulos — has been canceled.
*Seth Wenig/AP*

### Updated at 6:15 p.m. ET

"Free Speech Week," a four-day, right-wing rally at the University of California, Berkeley, has been called off, student organizers of the event tell member station

https://www.npr.org/2017/09/22/552427627/why-a-potential-free-speech-week-at-berkeley-is-causing-a-stir                1/15

**EXHIBIT S – Page 107 of 189**

KQED.

Another organizer, controversial far-right activist Milo Yiannopoulos, will reportedly hold a press conference on Saturday formally canceling the event, which was scheduled to start Sunday. A spokesperson for Yiannopoulos told KQED on Friday that he "couldn't confirm" the event would happen.

The event fell apart after the co-organizers — *The Berkeley Patriot,* an online publication, and Yiannopoulos — failed to confirm the guest list and book multiple indoor venues on campus.

Tensions and confusion mounted this week ahead of the event, which organizers said was planned in response to Berkeley's efforts to shut down conservative speakers.

A fierce debate about free speech on campus ignited in February when the university canceled an appearance by former Breitbart editor Yiannopoulos because of security concerns.

Steve Bannon, former adviser to President Trump, and conservative commentator Ann Coulter were reportedly scheduled to speak at this weekend's event, but their appearances were never confirmed. Coulter had also been scheduled to appear at Berkeley in April, but her speech was abruptly canceled and protests followed.

---

U.S.

**After Ann Coulter Backs Out Of Visit, UC Berkeley Braces For Free Speech Rallies**



LISTEN · 3:28    PLAYLIST    Download

Transcript

The confusion around whether Bannon and Coulter would appear is "part of the whole chaos" in the runup to the Berkeley event, said John Sepulvado, host of KQED's *The California Report.*

"It is part of the M.O. of these activities ... to be as confusing and disorienting as possible," Sepulvado told *Here & Now*'s Jeremy Hobson earlier this week.

**EXHIBIT S – Page 108 of 189**

Since Yiannopoulos' appearance was canceled earlier this year, students and right-wing groups have criticized Berkeley — widely considered to be one of the centers of the free speech movement in the 1960s — for shutting down conservative speech. Berkeley officials say the school is committed to preserving free speech but at the same time must protect safety on campus.

Yiannopoulos posted a YouTube video this week saying the university is using "slippery and bureaucratic tactics" to try to prevent the event from happening.

The university did not try to cancel the event outright, as Yiannopoulos suggests, but a group of about 130 professors, graduate students and lecturers called for a boycott of classes and university events next week.

An open letter argued that many students, faculty and staff would feel unsafe at school because of the anti-immigrant, anti-female, anti-gay rhetoric of many of the speakers. They also expressed fears that there might be an "uncontrollable confrontation" during the week.



**AROUND THE NATION**

**As White Supremacists Push Onto Campuses, Schools Wrestle With Response**

What about the legality of such rhetoric? Hate speech is protected under the First Amendment, in part because there isn't a legal definition of it, says Santa Clara University law professor Margaret Russell.

A person can only be prosecuted for a specific crime associated with the hate speech but not the speech on its own, she explains.

"I think the law is pretty clear, at least to the extent that hate speech is not considered, by itself, to be unprotected under the First Amendment," Russell told Hobson in February. "So, if people want to enact laws or if people want to prosecute people who violate the law, the prosecution can't be based on the viewpoint of the person. It has to be based on the underlying crime."

The free speech debate has grown more contentious in light of the growing number of nationwide protests since Trump took office. In August, a woman was killed after a group of white supremacists and neo-Nazis at a "Unite the Right" rally violently clashed with counterprotesters in Charlottesville, Va.

Sepulvado of KQED says it's no coincidence the far-right is using Berkeley — one of the most liberal cities in the U.S. — as the center of this debate.

"It's become a center of far-right speech because the far-right has taken the tactic — and Milo Yiannopoulos being the prime example — of essentially trolling people who wouldn't want to hear it — and that's what this is," Sepulvado said. "When I talked to *Berkeley Patriot*, and I said, you know, 'What is the academic value of having Ann Coulter or Milo Yiannopoulos speak on campus?' They say there isn't any. They are the first to acknowledge that there is no academic value."

### Editor's note

**Sept. 22, 2017**

Since NPR published this story, it's come to our attention that significant questions have been raised about the methodology of a survey quoted in this report. We've removed references to the survey, which was conducted by a nonresident senior fellow at the Brookings Institution. You can read more about the questions surrounding the survey here.

milo yiannopoulos      far right      free speech      university of california, berkeley

## Were you expecting a paywall? Not our style.

We are on a mission to create a more informed public. To make that happen, we need you to do something extraordinary: donate. Your dollars will be transformed into news, shows, and more. And, all that trustworthy journalism will be freely available to everyone. Can you help?

Select an amount

**$5/MONTH**      **$15/MONTH**      **$30/MONTH**      **$100/MONTH**      Give a different amount

## More Stories From NPR

**EXHIBIT S – Page 110 of 189**



SCIENCE

**Scientists Unveil Weed Breathalyzer, Launching Debate Over Next Steps**



ENVIRONMENT

**How A Grocery Store's Plan To Shame Customers Into Using Reusable Bags Backfired**

**EXHIBIT S – Page 111 of 189**

Milo Yiannopoulos' 'Free Speech Week' At Berkeley Falls Apart, Organizers Say : NPR



HERE & NOW COMPASS

**Report Finds More Than 47,000 'Structurally Deficient' Bridges In The U.S.**



BUSINESS

**Nobody Is Moving Our Cheese: American Surplus Reaches Record High**

Milo Yiannopoulos' 'Free Speech Week' At Berkeley Falls Apart, Organizers Say : NPR



SCIENCE

**Arctic Report Card Documents 'Cascading Effects' Of Warming Ocean Temperatures**



ANIMALS

**Dead Sea Lions With Gunshot Wounds Wash Up On Washington State Shores**

**EXHIBIT S – Page 113 of 189**

**Popular on NPR.org**



ON AGING

**Older Americans say they feel trapped in Medicare Advantage plans**



**SPORTS**

### An Australian cyclist has died after being hit by a car. Police arrested her husband



**YOUR HEALTH**

### 9 ways to get healthier in 2024 without trying very hard



**GAMING**

**A 13-year-old in Oklahoma may have just become the 1st person to ever beat Tetris**



**POLITICS**
**Several state capitols evacuated after bomb threats**



INVESTIGATIONS

**The Trump campaign embraces Jan. 6 rioters with money and pardon promises**

**NPR Editors' Picks**



TECHNOLOGY

**From Amazon to Facebook and Google, here's how platforms can 'decay'**



WORLD

**A teenage British darts phenom astounds as runner-up in the world championship**



FAMILY

**The 5-minute daily playtime ritual that can get your kids to listen better**



MIDDLE EAST

**Israeli troops have withdrawn from some parts of Gaza City, a city official says**



HEALTH

**Hearing aids may boost longevity, study finds. But only if used regularly**



NATIONAL
**After the Surfside collapse, Florida is seeing a new condo boom**

---

**Here & Now Compass**

READ & LISTEN

**Home**

**News**

**Culture**

**Music**

**Podcasts & Shows**

CONNECT

**Newsletters**

**Facebook**

**Instagram**

**Press**

**Public Editor**

**Corrections**

**Contact & Help**

ABOUT NPR

**Overview**

GET INVOLVED

**Support Public Radio**

**Diversity**

**NPR Network**

**Accessibility**

**Ethics**

**Finances**

**Sponsor NPR**

**NPR Careers**

**NPR Shop**

**NPR Events**

**NPR Extra**

---

terms of use

privacy

your privacy choices

text only

© 2024 npr

# Berkeleyside

CITY

# Berkeley teacher Yvette Felarca arrested at Patriot Prayer march

A right-wing rally and march and counterprotest at UC Berkeley on Tuesday afternoon ended with three arrests.

By Emilie Raguso
Sept. 26, 2017, 12:49 p.m.

Privacy - Terms

**EXHIBIT S – Page 122 of 189**

Berkeley teacher Yvette Felarca arrested at Patriot Prayer march



BAMN organizer Yvette Felarca, 47, is arrested on suspicion of battery and resisting arrest on Telegraph Avenue during a Patriot Prayer demonstration in Berkeley, on Tuesday, Sept. 26, 2017. Photo: David Yee

The formal "Free Speech Week" may have fallen apart, but right-wing protesters are still taking the opportunity to rally on UC Berkeley's campus, including on Tuesday afternoon, when a group of about 50 marched to People's Park, spoke there and returned to Sproul Plaza.

**See live tweets for the latest news (no account is needed to view them). See more protest coverage.**

The group, led by Joey Gibson of Portland-based "Patriot Prayer" and Kyle "Based Stickman" Chapman, along with other right-wing media figures and Berkeley College Republican Ashton Whitty, met first at Telegraph Avenue and Bancroft Way at 2 p.m. But they quickly were drowned out by protesters from **By Any Means Necessary** (BAMN) and Refuse Fascism, who rallied there to oppose the other side's presence.

**EXHIBIT S – Page 123 of 189**

Both sides then marched down Telegraph, and three people — including prominent BAMN activist Yvette Felarca — were arrested, to cheers from the right.

At People's Park, the protesters on the right held speeches and got into a number of verbal spats with individuals on the left, including students. The right-wing marchers returned to campus around 3:30 p.m. where, guarded by a heavy police presence, they encountered little resistance. Gibson said this is far from the last Berkeley will see of him and his supporters: "We will never stop in a million years."



*Patriot Prayer leader Joey Gibson speaks to the crowd from the stage at People's Park, in Berkeley, on Tuesday, Sept. 26, 2017. Photo: David Yee*

*Berkeleyside's live coverage of the day follows. Read each section from the bottom for a chronological experience.*

**See past coverage of Yvette Felarca on**

**Update, 9:31 p.m.** The three people who were arrested remain in custody at Santa Rita Jail and are set for arraignment Thursday at the East County Hall of Justice in Dublin, according to online records from the Alameda

Berkeley teacher Yvette Felarca arrested at Patriot Prayer march

**Berkeleyside**

County sheriff's office. Felarca is being held on $20,000 bail on suspicion of three misdemeanors: rioting, obstruction and battery. Robinson is being held in connection with two misdemeanors, rioting and obstruction, and has a bail of $10,000. Monzon, in jail in connection with a banned weapon, has a $5,000 bail.

**Update, 6:40 p.m.** The Berkeley Unified School District said, regarding teacher Felarca, it is "monitoring developments in this case. Should an occasion arise for the District to take action, we will respond in an appropriate manner, in keeping with federal law, the California Education Code and the BUSD collective bargaining agreement with our teachers." BUSD said Felarca is a part-time employee who "worked her normal hours today." No further information was provided.

**Update, 4:25 p.m.** Berkeleyside has left the scene. "There were still about 40 on the right there, who seemed like they were about to head out. No protesters at that point," said Berkeleyside's Natalie Orenstein.

Now that the protesters have left, a scrim of "Free Speech" loyalists talk on Sproul, ignored by most of the passers-by. Police still here.

— Daphne White (@BerkeleyNew) <u>September 26, 2017</u>

**Update, 4:14 p.m.** UC Berkeley spokesman Mogulof has released a brief statement about all costs related to events since Sunday: "We just want to repeat and emphasize that the estimate of $800,000 in security expenses was for the entire Sunday–Wednesday four-day period. We anticipate no additional costs as the result of activities today and yesterday. All of the law enforcement reinforcements were in place or on the way due to what was a last-minute decision by the students to cancel the planned events."

**Update, 3:55 p.m.** BPD reports the arrest of Eddy Robinson, 47, of Oakland, near Telegraph and Bancroft, on suspicion of participating in a riot and resisting arrest. **<u>Robinson also was arrested</u>** Sept. 14, when Ben Shapiro spoke at UC Berkeley, on suspicion of carrying a banned weapon.

Kyle Chapman and Joey Gibson both spoke again at Sproul, says Berkeleyside's Natalie Orenstein. The main group in attendance appears to be their supporters. Minimal action happening now. There continues to be a significant police presence.

*Scroll through photos by contributors Ted Friedman, Daniel McPartlan and David Yee:*

**EXHIBIT S – Page 125 of 189**

1/4/24, 8:55 AM                                    Berkeley teacher Yvette Felarca arrested at Patriot Prayer march



**Update, 3:40 p.m.** BPD said the third arrest of the day was of a 21-year-old man from Rocklin, near Telegraph and Bancroft, on suspicion of illegal possession of body armor and a probation violation. The march has returned to Sproul Plaza from People's Park. An estimated 100 people are there, and Gibson said he planned to have more speeches there. BPD said moments ago that the "Marchers have cleared the streets and moved onto the sidewalks. Roadways are opening up." [BPD said later he was only detained — not arrested. Berkeleyside has removed his name from the story as a result.]

**EXHIBIT S – Page 126 of 189**

1/4/24, 8:55 AM                              Berkeley teacher Yvette Felarca arrested at Patriot Prayer march



**Update, 3:30 p.m.** UCPD reports that "The group is now marching north on Bowditch from Durant. Some traffic is still impacted in the area. Please use caution when driving in the area."

**EXHIBIT S – Page 127 of 189**

1/4/24, 8:55 AM                                    Berkeley teacher Yvette Felarca arrested at Patriot Prayer march



Arrested: Monzon, Felarca, Robinson. Photos: BPD

**Update, 3:10 p.m.** BPD confirms that 47-year-old **Yvette Felarca** of Oakland was arrested near Telegraph Avenue and Channing Way on suspicion of battery and resisting arrest. Felarca's given name is Yvonne, but she goes by "Yvette." Felarca, a Berkeley middle school teacher, is a lead organizer for By Any Means Necessary and is facing a **federal charge of inciting a riot** in connection with a neo-Nazi rally in Sacramento last year. BUSD confirmed Tuesday afternoon that Felarca remains employed by the Berkeley Unified School District as a teacher at King Middle School.



Yvette Felarca on the ground after her arrest. Photo: Ted Friedman

**EXHIBIT S – Page 128 of 189**

An actual conversation taking place at People's Park between the right and left about genocide and white supremacy. @berkeleyside pic.twitter.com/Yq8y7VGPOv

— Daphne White (@BerkeleyNew) September 26, 2017

**Update, 2:55 p.m.** BPD Officer Byron White, a department spokesman, said Felarca was arrested on suspicion of battery and resisting arrest, and there may be other violations to come. She is still being processed. The first arrest of the afternoon was Ricky Joseph Monzon, 20, of Las Vegas, near Telegraph Avenue and Bancroft Way, on suspicion of carrying a banned weapon.

**Update, 2:50 p.m.** Speaking to the crowd at People's Park, Kyle Chapman, who is facing a felony charge for possession of a leaded stick at a Berkeley rally, said he was there to talk "about the need and importance for brave warriors, brothers and sisters of God, to stand up for their First Amendment rights and put their lives on the line, and bleed if necessary."

Responding to another protester asking him to discuss "white genocide," Chapman said, "There is absolutely a war on whites," but he went on to say that was not what he was in Berkeley to talk about. A couple dozen people remain in the park, according to Berkeleyside reporters on the scene.

**Update, 2:47 p.m.** The latest from UCPD: "Protesters holding rally in People's Park. Police are monitoring. Use caution when walking near south campus and be aware of your surroundings. Crossroads and 2610 Channing Street are secure. No entry into the building is allowed." That followed an earlier update a short time prior: "Approximately 200 protesters are approaching People's Park. Protesters are near Crossroads and the residence halls. Stay clear of the area. Be aware of your surroundings."



Berkeleyside freelancer **Daphne White** says "More heated conversations, but no one is really listening to each other. Accusations fly back-and-forth." She shared this photograph, along with other **updates on Twitter**.

**Update: 2:35 p.m.** Police have detained Yvette Felarca, reports Berkeleyside's Natalie Orenstein. Felarca, and other members of By Any Means Necessary, were at the front of the march on Telegraph Avenue — near opponents Kyle Chapman and his supporters — when police swooped in, put Felarca on the ground, and handcuffed her. Officers walked her to a police vehicle and drove her away.

The march has slowed down near People's Park for the time being.

**Update, 2:30 p.m.** Gibson announced his visit to Berkeley while live-streaming on Facebook and Twitter on Monday. He said it would be an "awesome day" and said his group had an "awesome plan" to meet at Sproul Plaza at 2 p.m., then march to an undisclosed location where there would be amplified sound.

"Bring your flags … whatever it is you gotta bring, OK?" he said. "We are participating in history right now as we speak because we are literally living through a revolution." Gibson said he stands for freedom, patriotism and free speech, as well as love and unity.

1/4/24, 8:55 AM                                    Berkeley teacher Yvette Felarca arrested at Patriot Prayer march

He has also **appeared in the past with white nationalists**, however. He has disavowed those groups more recently and said he has no sympathy for those views. Portland, Oregon-based Gibson — who has repeatedly pointed out that he is not white himself — also held a rally one week after a **fatal stabbing "by an alt-right fanatic" on a Portland train**, according to the Southern Poverty Law Center, which has concluded that Gibson's campaign "appears more an attempt to troll the left than a sincere effort at dialogue."

Gibson said in his live-stream Monday that he and others need to put pressure on Berkeley to push back against groups such as By Any Means Necessary (BAMN) and antifa, and "stand up for free speech."

"You can elect all the communists that you want but you have to respect the constitution," he said. "We will destroy your narrative by coming in, talking about freedom, talking about love and peace. These are things 99% of Americans agree with and you cannot stop us.… Your lies, your deception, your darkness will be uncovered. It is being uncovered right now as we speak."

He said, in closing: "They hate the media attention, the national attention that we're bringing into Berkeley … because it's exposing them for who they are.… So we will use that against them, we will continue to bring attention on Berkeley because there are some disgusting things going on in Berkeley. I'm telling you: There are disgusting things."



Crowds have gathered at UC Berkeley on Tuesday. Photo: Daniel McPartlan

**EXHIBIT S - Page 131 of 189**

1/4/24, 8:55 AM                              Berkeley teacher Yvette Felarca arrested at Patriot Prayer march

**Update, 2:05 p.m.** Berkeleyside's Natalie Orenstein said "There are about 10 loud protesters drowning out a speech" by Joey Gibson, of Patriot Prayer, "who ran into the 'Empathy Tent' set up on Bancroft.'" The crowd's slowly growing, she said, with around 10 on the right, 10 on the left, and many police and reporters.

UCPD estimated there were 40-50 protesters in Sproul Plaza as of about 1:55 p.m., and continued to advise people to "Avoid the area."

Protesters try to run **@JoeyRockstone** out of Cal **https://t.co/6Lqa4znHYO**

— Berkeleyside (@berkeleyside) **September 26, 2017**

**Update, 1:12 p.m.** UC Berkeley spokesman Dan Mogulof told Berkeleyside's Natalie Orenstein earlier in the day Tuesday that the rally "will be stopped if they disrupt classes." He said the university isn't sure what to expect from the event, adding, "Their announcements are so hard to understand." Mogulof said amplified sound is not allowed by "anybody who comes on campus who hasn't reserved a venue, or been invited or sponsored by a student group."

He declined to discuss security arrangements, which is in line with the university's general stance on the subject.



UCPD has set up security at Sproul Hall (file photo). Photo: Roger Jones

**Original post, 12:49 p.m.** Authorities have put out a community alert about a rally planned on campus Tuesday at 2 p.m.

UCPD said a group called Patriot Prayer will rally in Sproul Plaza, and "Counter protests associated with Patriot Prayer's appearance have been announced."

Pedestrian traffic near the plaza "will be impacted" starting at 1:30 p.m. and continuing until at least 3 p.m.

Said UCPD: "If you choose to engage in the protests, we encourage you to review our suggestions found at this link: **how to protest safely**. UCPD will not tolerate acts of violence or the destruction of property, and will dutifully investigate, arrest, and prosecute anyone who commits crimes on our campus."

Police said they will provide updates via the **Nixle alert system**.

The city of Berkeley posted reminders in the past 24 hours about its own rules, related to prohibited items, at various locations in the city.

https://twitter.com/hbduffy1/status/912769711447826432

*Berkeleyside senior reporter Emilie Raguso oversaw the live blog for the bulk of the day, and contributed reporting to the story. Berkeleyside reporter Natalie Orenstein wrote the introduction to the piece, and sent in updates from the field, along with freelancer Daphne White. Photographers David Yee, Ted Friedman and Daniel McPartlan contributed images to this story.*

**Don't miss breaking news alerts from Berkeleyside.**

343 comments

© 2024 Cityside. All Rights Reserved.

Proudly powered by Newspack by Automattic

**EXHIBIT S – Page 133 of 189**

# Berkeleyside

## SCHOOLS

# Berkeley teacher Yvette Felarca arrested on charges of inciting a riot

The 47-year old teacher at MLK middle school will be charged with assault by means of force likely to inflict great bodily injury, participating in a riot, and inciting a riot.

By Frances Dinkelspiel
July 19, 2017, 6:52 p.m.

Privacy - Terms

**EXHIBIT S – Page 134 of 189**

Berkeley teacher Yvette Felarca arrested on charges of inciting a riot



*Yvette Felarca was among the leaders of the December 2014 Black Lives Matter protests in Berkeley, as well as protests against Donald Trump and Milo Yiannopoulos. Photo: Emilie Raguso*

Yvette Felarca, the controversial Berkeley middle school teacher who frequently marches and protests against groups she considers to be fascistic, was arrested Tuesday night in connection with a violent neo-Nazi rally in Sacramento in June 2016.

Police took Felarca, 47, into custody in Southern California on charges of assault by means of force likely to inflict great bodily injury, a felony, and participating in a riot, and inciting a riot, both misdemeanors, according to information provided by the Sacramento County District Attorney's office.

**Read Berkeleyside's coverage of Yvette Felarca.**

Felarca was captured on video hitting a member of the Traditionalist Worker's Party, a white nationalist group that had taken out permits for a rally on the west steps of the state capitol. Felarca, a member of the group **By Any Means Necessary,** and other counter-protesters blocked the rally

**EXHIBIT S – Page 135 of 189**

by chasing and hitting members of the Traditional Worker's Party. At least 10 people suffered stab wounds and lacerations in the melee.

Felarca was filmed calling a man a Nazi, and punching him in the stomach repeatedly while shouting for him to "get the fuck off our streets."



The brawl between the protesters and counter protesters resulted in 14 reported injuries as well as thousands of dollars in property damage on Capitol grounds. The California Highway Patrol spent eight months investigating the rally and its aftermath and turned in a 2,000-page report based on hundreds of interviews to the Sacramento County District Attorney's office in March. The report, which included hours of video footage from many sources, listed 514 misdemeanor and 68 felony violations involving 101 people relating to everything from unlawful assembly to assault with a deadly weapon, according to a prepared statement.

In the end, the DA's office did not go forward with charging all those people.

"Many of the charges submitted did not meet the District Attorney's filing guidelines including 85 counts of Unlawful Assembly, 55 counts of Conspiracy to Unlawfully Assemble and 32 counts related to the possession of illegal signs and banners," the DA's office said in a statement. "In several other cases, there was clear evidence of felonious conduct but the identity of the perpetrators could not be established.

Unfortunately, included in this category were all of the stabbings and the attack on a local television reporter."

The DA did announce the arrest of four individuals: Felarca, and William Planer and Porfirio Paz, who were arrested on charges of assault with a deadly weapon or by means of force likely to inflict great bodily injury and participating in a riot, and Michael Williams, who was arrested today in Yolo County on charges of assault with a deadly weapon and participating in a riot. There are no other outstanding warrants in connection with the rally, according to the DA's office.

The District Attorney's office did not announce when Felarca would be arraigned.

BUSD, which employees Felarca, had no substantive comment on her arrest.

"We are still gathering information and have no comment at this time," said BUSD spokesman Charles Burress.

Felarca's political activities have brought her both support from some families in the Berkeley Unified School District, as well as criticism and calls for her ouster.

A day after the Sacramento rally, **someone sent an anonymous threa**t to BUSD saying that harm would come to young people enrolled in MLK's summer program unless Felarca was fired. As a precaution, the school was vacated.

Felarca, who had been very involved in the 2014 Black Lives Matter protests, also participated in a number of rallies this year that turned violent. Felarca protested Milo Yiannopolous' appearance at UC Berkeley on Feb. 1 and directly confronted pro-Trump protesters on March 4 and April 15 in rallies in Civic Center Park that turned violent.

Felarca gained even more notoriety after she appeared on Fox News after the Yiannopolous riots to say she was obligated to shut down his "racist, misogynistic and homophobic" messages. BUSD received more than 1,000 emails about Felarca's continued employment at MLK middle school after that, said Burress. A petition calling for her to be fired **garnered 10,635 signers.**



Part of the crowd of supporters for Felarca at an October BUSD board meeting. Image: BUSD

In September, BUSD put Felarca on administrative leave. The district declined to specify why she was put on leave, citing personnel reasons. In October, a roomful of her supporters **testified to her teaching abilities** and insisted BUSD reinstate her. Their comments got so heated that the board shut down the meeting for a short period. Felarca returned to her classroom six weeks after being placed on leave.

Felarca then filed a civil rights lawsuit against BUSD for suspending her. **Court documents** revealed that BUSD had placed her on administrative leave her because the district thought she was soliciting students to participate in protests and had used personal time off inappropriately. Felarca dropped the lawsuit in May.

**RELATED STORIES**

1/4/24, 8:51 AM                              Berkeley teacher Yvette Felarca arrested on charges of inciting a riot



**CHP completes 2,000-page report about Sacramento rally; 106 are implicated**



**Teacher asks for help after Fox backlash; court papers show contentious history with BUSD**

**EXHIBIT S – Page 139 of 189**

Berkeley teacher Yvette Felarca arrested on charges of inciting a riot



**Rage against Yvette Felarca mounts after Fox News interview**



**Yvette Felarca to return to Berkeley classroom today**

EXHIBIT S – Page 140 of 189

1/4/24, 8:51 AM                    Berkeley teacher Yvette Felarca arrested on charges of inciting a riot



**Berkeley school district places teacher Yvette Felarca on administrative leave**



**Petition to fire Berkeley teacher garners 500 signatures**

**EXHIBIT S – Page 141 of 189**



**Anonymous email threatens students at Berkeley school after Sacramento rally tied to local teacher**

56 comments

© 2024 Cityside. All Rights Reserved.

Proudly powered by Newspack by Automattic

**EXHIBIT S – Page 142 of 189**

The Wayback Machine - https://web.archive.org/web/20180419131523/https://www.bloomberg.com/features/2018-palantir-peter-thiel/

**BloombergBusinessweek**

**EXHIBIT S - Page 143 of 189**

# Palantir Knows Everything About You

## Peter Thiel's data-mining company is using War on Terror tools to track American citizens. The scary thing? Palantir is desperate for new customers.

By Peter Waldman, Lizette Chapman, and Jordan Robertson
April 19, 2018

High above the Hudson River in downtown Jersey City, a former U.S. Secret Service agent named Peter Cavicchia III ran special ops for JPMorgan Chase & Co. His insider threat group–most large financial institutions have one–used computer algorithms to monitor the bank's employees, ostensibly to protect against perfidious traders and other miscreants.

Aided by as many as 120 "forward-deployed engineers" from the data mining company Palantir Technologies Inc., which JPMorgan engaged in 2009, Cavicchia's group vacuumed up emails and browser histories, GPS locations from company-issued smartphones, printer and download activity, and transcripts of digitally recorded phone conversations. Palantir's software aggregated, searched, sorted, and analyzed these records, surfacing keywords and patterns of behavior that Cavicchia's team had flagged for potential abuse of corporate assets. Palantir's algorithm, for example, alerted the insider threat team when an employee started badging into work later than usual, a sign of potential disgruntlement. That would trigger further scrutiny and possibly physical surveillance after hours by bank security personnel.

Over time, however, Cavicchia himself went rogue. Former JPMorgan colleagues describe the environment as Wall Street meets *Apocalypse Now*, with Cavicchia as Colonel Kurtz, ensconced upriver in his office suite eight floors above the rest of the bank's security team. People in the department were shocked that no one from the bank or Palantir set any real limits. They darkly joked that Cavicchia was listening to their calls, reading their emails, watching them come and go. Some planted fake information in their communications to see if Cavicchia would mention it at meetings, which he did.

Palantir Knows Everything About You



Featured in *Bloomberg Businessweek*, April 23, 2018. Subscribe now.

It all ended when the bank's senior executives learned that they, too, were being watched, and what began as a promising marriage of masters of big data and global finance descended into a spying scandal. The misadventure, which has never been reported, also marked an ominous turn for Palantir, one of the most richly valued startups in Silicon Valley. An intelligence platform designed for the global War on Terror was weaponized against ordinary Americans at home.

Founded in 2004 by Peter Thiel and some fellow PayPal alumni, Palantir cut its teeth working for the Pentagon and the CIA in Afghanistan and Iraq. The company's engineers and products don't do any spying themselves; they're more like a spy's brain, collecting and analyzing information that's fed in from the hands, eyes, nose, and ears. The software combs through disparate data sources–financial documents, airline reservations, cellphone records, social media postings–and searches for connections that human analysts might miss. It then presents the linkages in colorful, easy-to-interpret graphics that look like spider webs. U.S. spies and special forces loved it immediately; they deployed Palantir to synthesize and sort the blizzard of battlefield intelligence. It helped planners avoid roadside bombs, track insurgents for assassination, even hunt down Osama bin Laden. The military success led to federal contracts on the civilian side. The U.S. Department of Health and Human Services uses Palantir to detect Medicare fraud. The FBI uses it in criminal probes. The Department of Homeland Security deploys it to screen air travelers and keep tabs on immigrants.

Police and sheriff's departments in New York, New Orleans, Chicago, and Los Angeles have also used it, frequently ensnaring in the digital dragnet people who aren't suspected of committing any crime. People and objects pop up on the Palantir screen inside boxes connected to other boxes by radiating lines labeled with the relationship: "Colleague of," "Lives with," "Operator of [cell number]," "Owner of [vehicle]," "Sibling of," even "Lover of." If the authorities have a picture, the rest is easy. Tapping databases of driver's license and ID photos, law enforcement agencies can now identify more than half the population of U.S. adults.

JPMorgan was effectively Palantir's R&D; lab and test bed for a foray into the financial sector, via a product called Metropolis. The two companies made an odd couple. Palantir's software engineers showed up at the bank on skateboards. Neckties and haircuts were too much to ask, but JPMorgan drew the line at T-shirts. The programmers had to agree to wear shirts with collars, tucked in when possible.

As Metropolis was installed and refined, JPMorgan made an equity investment in Palantir and inducted the company into its Hall of Innovation, while its executives raved about Palantir in the press. The software turned "data landfills into gold mines," Guy Chiarello, who was then JPMorgan's chief information officer, told *Bloomberg Businessweek* in 2011.

The founder of Palantir is extremely well connected. Here's how his life might appear in the company's model.



Chart: Dorothy Gambrell

Cavicchia was in charge of forensic investigations at the bank. Through Palantir, he gained administrative access to a full range of corporate security databases that had previously required separate authorizations and a specific business justification to use. He had unprecedented access to everything, all at once, all the time, on one analytic platform. He was a one-man National Security Agency,

surrounded by the Palantir engineers, each one costing the bank as much as $3,000 a day.

Senior investigators stumbled onto the full extent of the spying by accident. In May 2013 the bank's leadership ordered an internal probe into who had leaked a document to the *New York Times* about a federal investigation of JPMorgan for possibly manipulating U.S. electricity markets. Evidence indicated the leaker could have been Frank Bisignano, who'd recently resigned as JPMorgan's co-chief operating officer to become CEO of First Data Corp., the big payments processor. Cavicchia had used Metropolis to gain access to emails about the leak investigation–some written by top executives–and the bank believed he shared the contents of those emails and other communications with Bisignano after Bisignano had left the bank. (Inside JPMorgan, Bisignano was considered Cavicchia's patron–a senior executive who protected and promoted him.)

JPMorgan officials debated whether to file a suspicious activity report with federal regulators about the internal security breach, as required by law whenever banks suspect regulatory violations. They decided not to–a controversial decision internally, according to multiple sources with the bank. Cavicchia negotiated a severance agreement and was forced to resign. He joined Bisignano at First Data, where he's now a senior vice president. Chiarello also went to First Data, as president. After their departures, JPMorgan drastically curtailed its Palantir use, in part because "it never lived up to its promised potential," says one JPMorgan executive who insisted on anonymity to discuss the decision.

The bank, First Data, and Bisignano, Chiarello, and Cavicchia didn't respond to separately emailed questions for this article. Palantir, in a statement responding to questions about how JPMorgan and others have used its software, declined to answer specific questions. "We are aware that powerful technology can be abused and we spend a lot of time and energy making sure our products are used for the forces of good," the statement said.

Much depends on how the company chooses to define good. In March a former computer engineer for Cambridge Analytica, the political consulting firm that worked for Donald Trump's 2016 presidential campaign, testified in the British Parliament that a Palantir employee had helped Cambridge Analytica use the personal data of up to 87 million Facebook users to develop psychographic profiles of individual voters. Palantir said it has a strict policy against working on political issues, including campaigns, and showed Bloomberg emails in which it turned down Cambridge's request to work with Palantir on multiple occasions. The employee, Palantir said, worked with Cambridge Analytica on his own time. Still, there was no mistaking the implications of the incident: All human relations are a matter of record, ready to be revealed by a clever algorithm. Everyone is a spidergram now.

**EXHIBIT S - Page 147 of 189**



Thiel addresses the 2016 Republican National Convention. JIM WATSON/AFP/GETTY IMAGES

Thiel, who turned 50 in October, long reveled as the libertarian black sheep in left-leaning Silicon Valley. He contributed $1.25 million to Trump's presidential victory, spoke at the Republican convention, and has dined with Trump at the White House. But Thiel has told friends he's had enough of the Bay Area's "monocultural" liberalism. He's ditching his longtime base in San Francisco and moving his personal investment firms this year to Los Angeles, where he plans to establish his next project, a conservative media empire.

As Thiel's wealth has grown, he's gotten more strident. In a 2009 essay for the Cato Institute, he railed against taxes, - government, women, poor people, and society's acquiescence to the inevitability of death. (Thiel doesn't accept death as inexorable.) He wrote that he'd reached some radical conclusions: "Most importantly, I no longer believe that freedom and democracy are compatible." The 1920s was the last time one could feel "genuinely optimistic" about American democracy, he said; since then, "the vast increase in welfare beneficiaries and the extension of the franchise to women–two constituencies that are notoriously tough for libertarians–have rendered the notion of 'capitalist democracy' into an oxymoron."

Thiel went into tech after missing a prized Supreme Court clerkship following his graduation from Stanford Law School. He co-founded PayPal and then parlayed his winnings from its 2002 sale to EBay Inc. into a career in venture investing. He made an early bet on

Facebook Inc. (where he's still on the board), which accounts for most of his $3.3 billion fortune, as estimated by Bloomberg, and launched his career as a backer of big ideas–things like private space travel (through an investment in SpaceX), hotel alternatives (Airbnb), and floating island nations (the Seasteading Institute).

He started Palantir–named after the omniscient crystal balls in J.R.R. Tolkien's *Lord of the Rings* trilogy–three years after the attacks of Sept. 11, 2001. The CIA's investment arm, In-Q-Tel, was a seed investor. For the role of chief executive officer, he chose an old law school friend and self-described neo-Marxist, Alex Karp. Thiel told Bloomberg in 2011 that civil libertarians ought to embrace Palantir, because data mining is less repressive than the "crazy abuses and draconian policies" proposed after Sept. 11. The best way to prevent another catastrophic attack without becoming a police state, he argued, was to give the government the best surveillance tools possible, while building in safeguards against their abuse.

Legend has it that Stephen Cohen, one of Thiel's co-founders, programmed the initial prototype for Palantir's software in two weeks. It took years, however, to coax customers away from the longtime leader in the intelligence analytics market, a software company called I2 Inc.

In one adventure missing from the glowing accounts of Palantir's early rise, I2 accused Palantir of misappropriating its intellectual property through a Florida shell company registered to the family of a Palantir executive. A company claiming to be a private eye firm had been licensing I2 software and development tools and spiriting them to Palantir for more than four years. I2 said the cutout was registered to the family of Shyam Sankar, Palantir's director of business development.



**As shown in the privacy breaches at Facebook and Cambridge Analytica, the pressure to monetize data at tech companies is ceaseless**

I2 sued Palantir in federal court, alleging fraud, conspiracy, and copyright infringement. In its legal response, Palantir argued it had the right to appropriate I2's code for the greater good. "What's at stake here is the ability of critical national security, defense and intelligence agencies to access their own data and use it interoperably in whichever platform they choose in order to most effectively protect the citizenry," Palantir said in its motion to dismiss I2's suit.

The motion was denied. Palantir agreed to pay I2 about $10 million to settle the suit. I2 was sold to IBM in 2011.

Sankar, Palantir employee No. 13 and now one of the company's top executives, also showed up in another Palantir scandal: the company's 2010 proposal for the U.S. Chamber of Commerce to run a secret sabotage campaign against the group's liberal opponents. Hacked emails released by the group Anonymous indicated that Palantir and two other defense contractors pitched outside lawyers for the organization on a plan to snoop on the families of progressive activists, create fake identities to infiltrate left-leaning groups, scrape social media with bots, and plant false information with liberal groups to subsequently discredit them.

After the emails emerged in the press, Palantir offered an explanation similar to the one it provided in March for its U.K.-based employee's assistance to Cambridge Analytica: It was the work of a single rogue employee. The company never explained Sankar's involvement. Karp issued a public apology and said he and Palantir were deeply committed to progressive causes. Palantir set up an

advisory panel on privacy and civil liberties, headed by a former CIA attorney, and beefed up an engineering group it calls the Privacy and Civil Liberties Team. The company now has about 10 PCL engineers on call to help vet clients' requests for access to data troves and pitch in with pertinent thoughts about law, morality, and machines.

During its 14 years in startup mode, Palantir has cultivated a mystique as a haven for brilliant engineers who want to solve big problems such as terrorism and human trafficking, unfettered by pedestrian concerns such as making money. Palantir executives boast of not employing a single salesperson, relying instead on word-of-mouth referrals.

The company's early data mining dazzled venture investors, who valued it at $20 billion in 2015. But Palantir has never reported a profit. It operates less like a conventional software company than like a consultancy, deploying roughly half its 2,000 engineers to client sites. That works at well-funded government spy agencies seeking specialized applications but has produced mixed results with corporate clients. Palantir's high installation and maintenance costs repelled customers such as Hershey Co., which trumpeted a Palantir partnership in 2015 only to walk away two years later. Coca-Cola, Nasdaq, American Express, and Home Depot have also dumped Palantir.

Karp recognized the high-touch model was problematic early in the company's push into the corporate market, but solutions have been elusive. "We didn't want to be a services company. We wanted to do something that was cost-efficient," he confessed at a European conference in 2010, in one of several unguarded comments captured in videos posted online. "Of course, what we didn't recognize was that this would be much, much harder than we realized."

Palantir's newest product, Foundry, aims to finally break through the profitability barrier with more automation and less need for on-site engineers. Airbus SE, the big European plane maker, uses Foundry to crunch airline data about specific onboard components to track usage and maintenance and anticipate repair problems. Merck KGaA, the pharmaceutical giant, has a long-term Palantir contract to use Foundry in drug development and supply chain management.

Deeper adoption of Foundry in the commercial market is crucial to Palantir's hopes of a big payday. Some investors are weary and have already written down their Palantir stakes. Morgan Stanley now values the company at $6 billion. Fred Alger Management Inc., which has owned stock since at least 2006, revalued Palantir in December at about $10 billion, according to Bloomberg Holdings. One frustrated investor, Marc Abramowitz, recently won a court order for Palantir to show him its books, as part of a lawsuit he filed

alleging the company sabotaged his attempt to find a buyer for the Palantir shares he has owned for more than a decade.

As shown in the privacy breaches at Facebook and Cambridge Analytica—with Thiel and Palantir linked to both sides of the equation—the pressure to monetize data at tech companies is ceaseless. Facebook didn't grow from a website connecting college kids into a purveyor of user profiles and predilections worth $478 billion by walling off personal data. Palantir says its Privacy and Civil Liberties Team watches out for inappropriate data demands, but it consists of just 10 people in a company of 2,000 engineers. No one said no to JPMorgan, or to whomever at Palantir volunteered to help Cambridge Analytica—or to another organization keenly interested in state-of-the-art data science, the Los Angeles Police Department.



Screenshots of Palantir's Gotham program, from a promotional video. SOURCE: YOUTUBE

Palantir began work with the LAPD in 2009. The impetus was federal funding. After several Sept. 11 postmortems called for more intelligence sharing at all levels of law enforcement, money started flowing to Palantir to help build data integration systems for so-called fusion centers, starting in L.A. There are now more than 1,300 trained Palantir users at more than a half-dozen law enforcement agencies in Southern California, including local police and sheriff's departments and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

The LAPD uses Palantir's Gotham product for Operation Laser, a program to identify and deter people likely to commit crimes. Information from rap sheets, parole reports, police interviews, and other sources is fed into the system to generate a list of people the department defines as chronic offenders, says Craig Uchida, whose consulting firm, Justice & Security Strategies Inc., designed the Laser system. The list is distributed to patrolmen, with orders to monitor and stop the pre-crime suspects as often as possible, using excuses such as jaywalking or fix-it tickets. At each contact, officers fill out a field interview card with names, addresses, vehicles,

physical descriptions, any neighborhood intelligence the person offers, and the officer's own observations on the subject.

The cards are digitized in the Palantir system, adding to a constantly expanding surveillance database that's fully accessible without a warrant. Tomorrow's data points are automatically linked to today's, with the goal of generating investigative leads. Say a chronic offender is tagged as a passenger in a car that's pulled over for a broken taillight. Two years later, that same car is spotted by an automatic license plate reader near a crime scene 200 miles across the state. As soon as the plate hits the system, Palantir alerts the officer who made the original stop that a car once linked to the chronic offender was spotted near a crime scene.

The platform is supplemented with what sociologist Sarah Brayne calls the secondary surveillance network: the web of who is related to, friends with, or sleeping with whom. One woman in the system, for example, who wasn't suspected of committing any crime, was identified as having multiple boyfriends within the same network of associates, says Brayne, who spent two and a half years embedded with the LAPD while researching her dissertation on big-data policing at Princeton University and who's now an associate professor at the University of Texas at Austin. "Anybody who logs into the system can see all these intimate ties," she says. To widen the scope of possible connections, she adds, the LAPD has also explored purchasing private data, including social media, foreclosure, and toll road information, camera feeds from hospitals, parking lots, and universities, and delivery information from Papa John's International Inc. and Pizza Hut LLC.

## The Constitutionality Question

**Why the courts haven't ruled on whether Palantir's analytical tools are legal**

Civil rights advocates say the compilation of a digital dossier of someone's life, absent a court warrant, is an unlawful intrusion under the U.S. Constitution. Law enforcement officials say that's not the case. For now, the question is unsettled, and that may be no accident. Civil liberties lawyers are seeking a case to challenge the constitutionality of Palantir's use, but prosecutors and immigration agents have been careful not to cite the software in evidentiary documents, says Paromita Shah, associate director of the National Lawyers Guild's National Immigration Project. "Palantir lives on that secrecy," she says.

Since the 1970s, the Supreme Court has differentiated between searching someone's home or car, which requires a warrant, and searching material out in the open or shared with others, which doesn't. The justices' thinking seems to be evolving as new technologies rise.

In a 2012 decision, *U.S. v. Jones*, the justices said that planting a GPS tracker on a car for 28 days without a warrant created such a comprehensive picture of the target's life that it violated the public's reasonable expectation of privacy.

Similarly, the court's 2014 decision in *Riley v. California* found that cellphones contain so much personal information that they provide a virtual window into the owner's mind, and thus necessitate a warrant for the government to search. Chief Justice John Roberts, in his majority opinion, wrote of cellphones that "with all they contain and all they may reveal, they hold for many Americans 'the privacies of life.'" Justice Louis Brandeis, 86 years earlier, wrote a searing dissent in a wiretap case that seems to perectly foresee the advent of Palantir.

"Ways may someday be developed," Brandeis warned, "by which the government, without removing papers from secret drawers, can reproduce them in court, and by which it will be enabled to expose to a jury the most intimate occurrences."
—Peter Waldman

The LAPD declined to comment for this story. Palantir sent Bloomberg a statement about its work with law enforcement: "Our

Palantir Knows Everything About You

[forward-deployed engineers] and [privacy and civil liberties] engineers work with the law enforcement customers (including LAPD) to ensure that the implementation of our software and integration of their source systems with the software is consistent with the Department's legal and policy obligations, as well as privacy and civil liberties considerations that may not currently be legislated but are on the horizon. We as a company determine the types of engagements and general applications of our software with respect to those overarching considerations. Police Agencies have internal responsibility for ensuring that their information systems are used in a manner consistent with their policies and procedures."

Operation Laser has made L.A. cops more surgical–and, according to community activists, unrelenting. Once targets are enmeshed in a spidergram, they're stuck.

Manuel Rios, 22, lives in the back of his grandmother's house at the top of a hill in East L.A., in the heart of the city's gang area. Tall with a fair complexion and light hair, he struggled in high school with depression and a learning disability and dropped out to work at a supermarket.

He grew up surrounded by friends who joined Eastside 18, the local affiliate of the 18th Street gang, one of the largest criminal syndicates in Southern California. Rios says he was never "jumped in"–initiated into 18. He spent years addicted to crystal meth and was once arrested for possession of a handgun and sentenced to probation. But except for a stint in county jail for a burglary arrest inside a city rec center, he's avoided further trouble and says he kicked his meth habit last year.

In 2016, Rios was sitting in a parked car with an Eastside 18 friend when a police car pulled up. His buddy ran, pursued by the cops, but Rios stayed put. "Why should I run? I'm not a gang member," he says over steak and eggs at the IHOP near his home. The police returned and handcuffed him. One of them took his picture with a cellphone. "Welcome to the gang database!" the officer said.

Since then he's been stopped more than a dozen times, he says, and told that if he doesn't like it he should move. He has nowhere to go. His girlfriend just had a baby girl, and he wants to be around for them. "They say you're in the system, you can't lie to us," he says. "I tell them, 'How can I be in the hood if I haven't got jumped in? Can't you guys tell people who bang and who don't?' They go by their facts, not the real facts."

The police, on autopilot with Palantir, are driving Rios toward his gang friends, not away from them, worries Mariella Saba, a neighbor and community organizer who helped him get off meth. When whole communities like East L.A. are algorithmically scraped for pre-crime suspects, data is destiny, says Saba. "These are systemic processes. When people are constantly harassed in a gang context, it pushes them to join. They internalize being told they're bad."

**EXHIBIT S - Page 154 of 189**

In Chicago, at least two immigrants have been detained for deportation by Immigration and Customs Enforcement officers based on erroneous information in gang databases, according to a pair of federal lawsuits. Chicago is a sanctuary city, so it isn't clear how ICE found out about the purported gang affiliations. But Palantir is a likely link. The company provided an "intelligence management solution" for the Cook County Sheriff's Office to integrate information from at least 14 different databases, including gang lists compiled by state and local police departments, according to county records. Palantir also has a $41 million data mining contract with ICE to build the agency's "investigative case management" system.

One of the detained men, Wilmer Catalan-Ramirez, a 31-year-old body shop mechanic, was seriously injured when six ICE agents burst into his family's home last March without a warrant. He'd been listed in the local gang database twice–in rival gangs. Catalan-Ramirez spent the next nine months in federal detention, until the city of Chicago admitted both listings were wrong and agreed to petition the feds to let him stay in the U.S. ICE released him in January, pending a new visa application. "These cases are perfect examples of how databases filled with unverified information that is often false can destroy people's lives," says his attorney, Vanessa del Valle of Northwestern University's MacArthur Justice Center.



When whole communities are algorithmically scraped for pre-crime suspects, data is destiny

Palantir is twice the age most startups are when they cash out in a sale or initial public offering. The company needs to figure out how to be rewarded on Wall Street without creeping out Main Street. It might not be possible. For all of Palantir's professed concern for individuals' privacy, the single most important safeguard against abuse is the one it's trying desperately to reduce through automation: human judgment.

As Palantir tries to court corporate customers as a more conventional software company, fewer forward-deployed engineers will mean fewer human decisions. Sensitive questions, such as how deeply to pry into people's lives, will be answered increasingly by artificial intelligence and machine-learning algorithms. The small team of Privacy and Civil Liberties engineers could find themselves even less influential, as the urge for omnipotence among clients overwhelms any self-imposed restraints.

Computers don't ask moral questions; people do, says John Grant, one of Palantir's top PCL engineers and a forceful advocate for mandatory ethics education for engineers. "At a company like ours with millions of lines of code, every tiny decision could have huge implications," Grant told a privacy conference in Berkeley last year.

JPMorgan's experience remains instructive. "The world changed when it became clear everyone could be targeted using Palantir," says a former JPMorgan cyber expert who worked with Cavicchia at one point on the insider threat team. "Nefarious ideas became trivial to implement; everyone's a suspect, so we monitored everything. It was a pretty terrible feeling." –*With Michael Riley*

Apr 2, 2018

**Waymo Isn't Going to Slow Down Now**

Apr 4, 2018

**How Southern California Became Home to Bond Kings**

Apr 13, 2018

**The Tax Break for Business Is Still Confusing Everyone**







Apr 6, 2018

**These New Pharma Bros Are Wreaking Havoc on Prescription Drug Prices**

Apr 9, 2018

**America's Virtual Border Wall Is a 1,954-Mile-Long Money Pit**

Apr 9, 2018

**The Bloody Grab for Gold in Venezuela's Most Dangerous Town**

**EXHIBIT S - Page 156 of 189**

Palantir Knows Everything About You

  

Terms of Service  Trademarks  Privacy Policy

©2018 Bloomberg L.P. All Rights Reserved

Careers  Made in NYC  Advertise  Ad Choices ▷  Website Feedback  Help

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

# Berkeleyside

CITY
___

# Protests end with 20 arrests, 11 injuries

Berkeleyside covered Saturday's protests right here beginning at about 11:30 a.m. Scroll through
the live blog.

By Berkeleyside staff
April 15, 2017, 8:00 a.m.
___



Protesters for and against President Trump clash in Civic Center Park during a Patriots Day demonstration, in
Berkeley, on Saturday, April 15, 2017. There were 20 arrests. Photo: David Yee

**By Emilie Raguso, Frances Dinkelspiel and Tracey Taylor**

**8 p.m.**



Berkeley police, in a statement at 7:35 p.m., said they arrested 20 people Saturday "for their roles in violence in the area of Civic Center Park." Authorities said they will pursue additional arrests as they "review social media and video footage." Alleged violations Saturday include assault with a deadly weapon and several other felony assaults. Police said two people were arrested on warrants dating back to the last protest at the park March 4.

Eleven people were hurt, and they were treated by the Berkeley Fire Department. Seven of those were taken to local hospitals. Police said there have been "no reports of damage to downtown businesses and no injuries to anyone not involved with the event."

The city imposed rules at the park to limit what people could bring in (see below). Many items authorities said could be used as weapons were confiscated. According to Saturday evening's statement, "The City also imposed restrictions on entry and exit from the park and made people subject to citation or arrest for violating the rules."

**7:50 p.m.**



Police set up special rules Saturday for what people could bring into the park. Confiscated items: "dozens of weapons, including a slew of sticks, wooden dowels and poles. Confiscated items included a stun gun, mace, knives, bear spray, an axe handle, pepper spray and a can filled with concrete." Photo: BPD

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



Photo: BPD



Photo: BPD

**7:43 p.m.**

**EXHIBIT S – Page 160 of 189**

Protests end with 20 arrests, 11 injuries                                                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Latest from BPD: 20 arrests, 11 injuries, seven of those to the hospital. We'll report back when we know more. A number of the arrests were on suspicion of felony assaults, BPD says.

**5:20 p.m.**

To recap: Downtown Berkeley BART has recently re-opened. Most everyone has dispersed. BPD says there were at least 18 arrests and 10 injuries. We hope to share more when police make further detail available. Winding down here at Berkeleyside HQ. Thanks for tuning in. (Also, for those who weren't keeping track, amid the protest, local residents started sharing scenes of daily life on Twitter under the headline, "meanwhile in real Berkeley." Some of those tweets appear below, too.)

Shout out to the person who offered us sugar snap peas as we helped someone recover from a severe hit to the nose. It was appreciated!

— Pastel Bloc (@PastelBloc) **April 16, 2017**

My favorite Berkeley riot moment: the street artist who strives to capture the conflict between alt-right and black bloc, pepper bombs & all **pic.twitter.com/Lqam1Ccasi**

— Paige St. John (@paigestjohn) **April 15, 2017**

Downtown BART has now reopened. **#berkeleyprotest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Police opening up downtown BART "in a few minutes" says one officer. **#BerkeleyProtest pic.twitter.com/WPMuIrqKBv**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Remaining **#BerkeleyProtest** outside downtown BART. Small anti-Trump group. BART still closed. **pic.twitter.com/x46AJWnSaW**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Police in riot gear in several unmarked vans appear to be leaving remaining **#BerkeleyProtest** (>100) outside downtown BART **pic.twitter.com/1vfCBfkb7k**

— Berkeleyside (@berkeleyside) **April 15, 2017**

None of these people are part of our peaceful and loving community. They chose to stage their performance here because of what we represent.

— Ensign Benson (@ensignbenson) **April 15, 2017**

**#Berkeleyprotest** is over, **@berkeleyside** reports. Just a few people left in Civic Center park, where it all began.

— KQED News (@KQEDnews) **April 15, 2017**

**EXHIBIT S – Page 161 of 189**

Protests end with 20 arrests, 11 injuries                                https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Now if we can just get the helicopters to go home; did .@**Berkeleyside** say the it's OPD? **https://t.co/Dbtkul69lK**

— Ann-Marie Hogan (@amhogansings) **April 15, 2017**

https://twitter.com/wkamaubell/status/853346022239514624

This is the real Berkeley **https://t.co/JGGifNuirM**

— (((Jill Smo))) (@jillsmo) **April 15, 2017**

At the Peace Wall, after main **#BerkeleyProtests** have ended, conversations between the left and the right. **pic.twitter.com/ILVYJC30uA**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Just a few people left in Civic Center Park. **#BerkeleyProtest** is over **pic.twitter.com/b05EFV3B59**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Center at Milvia and Shattuck still closed to traffic. Milvia itself open. **#BerkeleyProtests** **pic.twitter.com/Ho8v6pawnN**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Berkeley Police said most of **#BerkeleyProtests** are finished. Many BPD officers leaving. Downtown BART still closed. **pic.twitter.com/nEeO2wj08o**

— Berkeleyside (@berkeleyside) **April 15, 2017**

About 30 minutes ago police were staying back from mêlée at Shattuck and Milvia, but ready to intervene. **#BerkeleyProtest pic.twitter.com/YYdyNKBnTm**

— Berkeleyside (@berkeleyside) **April 15, 2017**

BPD says the helicopter is "legal because OPD is using it," not Berkeley. Berkeley has strict rules about when helicopters can be used.

— Berkeleyside (@berkeleyside) **April 15, 2017**

If you're wondering about that helicopter overhead, BPD says, "It's an OPD resource that OPD brought with them."

— Berkeleyside (@berkeleyside) **April 15, 2017**

A large group is still gathered at Center St. and Shattuck Ave. Roads blocked. Please avoid the area. **#berkeleyprotests**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

https://twitter.com/kiarafrobles/status/853370107594014720

**EXHIBIT S – Page 162 of 189**

Based Stick Man arrested in Berkeley **https://t.co/493p7gTwcj**

— Irma (@irmahinojosa_) **April 15, 2017**

As always thx for keeping us informed, and stay safe you guys

— Stylewylde (@stylewylde) **April 15, 2017**

Caught up with racist group at **#berkeleyprotests**. This guy just spouted words about how sub Saharan Africans … well don't want to say. **pic.twitter.com/2hsh1WydTQ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Promoter of **#berkeleyprotests** event should be liable for police / public safety & damage costs ‿**@berkeleyside**

— paw 👌(⚡);} (@pawhite) **April 15, 2017**

It's sort of ironic this sign sits in Civic Center Park. **#Berkeleyprotests pic.twitter.com/8KgxnNAMK5**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Tim Mueller of @**RiverdogFarm** said they made about $800 today during **#berkeleyprotests**, 1/10th of usual haul. Only farm to show up **pic.twitter.com/JSytAO5HjP**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Police are staying away from **#antifa** group at Shattuck and Center. About 150-strong. **#berkeleyprotests pic.twitter.com/SG0o9Mn1dl**

— Berkeleyside (@berkeleyside) **April 15, 2017**

BART workers making sure no one used Downtown station **#berkeleyprotesrs pic.twitter.com/ofP6xCFzem**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Correction, number of arrests associated with Berkeley demonstration is 13. **#berkeleyprotests**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

Mainly **#antifa** demonstrators downtown. **#berkeleyprotest pic.twitter.com/XqX0aH91uY**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Shattuck closed to traffic from University to Kittredge as **#berkeleyprotest** now concentrated at Shattuck and Center. **pic.twitter.com/U6ZK3TrQkr**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Protests end with 20 arrests, 11 injuries                              https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

The so-called **#pastelbloc** are treating an injured person behind their screens. **#berkeleyprotests**
**pic.twitter.com/oFO2PJv7gi**

— Berkeleyside (@berkeleyside) **April 15, 2017**

The **#berkeleyprotest** has split up. Stragglers at Milvia and Center. Group on Center at Shattuck
**pic.twitter.com/EjNYxl86Uq**

— Berkeleyside (@berkeleyside) **April 15, 2017**

https://twitter.com/jetta_rae/status/853346325005455360

Confrontational group now down to about 50 with Based Stickman in center. **#berkeleyprotests**
**pic.twitter.com/zzVIukndB1**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**#Berkelyprotest pic.twitter.com/BG2eI1IGi3**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Kyle Chapman, arrested 2x in Berkeley, rails against "domestic terrorism" and communism. He doesn't have stick today
**#BerkeleyProtests pic.twitter.com/Iqe5e9tBtZ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Things are getting out of hand. Large crowd on Center St now. **#berkeleyprotests**. **pic.twitter.com/0vFdnmkLgU**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Jordan and his dog are here for patriotism and to show national pride. Lives in Berkeley but knows he's in a minority
**#BerkeleyProtest pic.twitter.com/IducDA9DdX**

— Berkeleyside (@berkeleyside) **April 15, 2017**

The demonstration crowd has spread out. Large groups are blocking Center St. @ Milvia St. Please avoid the area.
**#berkeleyprotests**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

This group has brought food for "the comrades." Finding it hard to get into the mêlée and the "frontline" they say
**#BerkeleyProtest pic.twitter.com/F1ldVL1uYY**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Bart is not stopping at Downtown Berkeley station because of **#berkeleyprotests https://t.co/nu387ViCfn**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**EXHIBIT S – Page 164 of 189**

https://twitter.com/johnjoe/status/853337476139700224

Milvia and Center closed to traffic. Seeing people who have been pepper sprayed. Occasional fire cracker. **#BerkeleyProtest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**#BerkeleyProtest** action now concentrated at Milvia-Center intersection. A standoff. 200-300? Police on hand. **pic.twitter.com/kDCoOwlniL**

— Berkeleyside (@berkeleyside) **April 15, 2017**

@**berkeleypolice** officers are informing community members about park rules for today's demonstration. **https://t.co /3qx3smYwgk pic.twitter.com/ZUYHbMMhcO**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

Here are some of the prohibited items that have already removed from the park today. **https://t.co/3qx3smYwgk pic.twitter.com/A70VCxFYEu**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

American bikers tells us one of theirs may have broken nose, concussion going to hospital. **#BerkeleyProtest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Injured demonstrator at **#BerkeleyProtest** appears to have been pepper sprayed. **pic.twitter.com/TGFFF4giFX**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Pro-Trump contingent declared rally over and advised everyone to leave peacefully. Activity in park is pretty much over. **#BerkeleyProtest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**#BerkeleyProtest** Center and Milvia Street. **https://t.co/9FxFgnpYG8**

— Berkeleyside (@berkeleyside) **April 15, 2017**

I wish the violent opportunists would let peaceful protesters express themselves in peace. So tired of their violent bs.

— … Vee … (@SylVee42) **April 15, 2017**

BPD says "Large crowds have taken over Center Street and Allston Way between Milvia Street and Martin Luther King Jr. Way."

— Berkeleyside (@berkeleyside) **April 15, 2017**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Crowd is in the thousands now **#berkeleyprotests** **https://t.co/bNaE2NBIS9**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Antifas use dumpster to get through crowd. **pic.twitter.com/bg07C56CqX**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Burning the American flag to music. **#berkeleyprotests** **pic.twitter.com/nzFiz9LiKR**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Demo has taken over Allston Way. Police seem to be holding back. Lots of pepper spray **#Berkeleyprotests** **pic.twitter.com/chJ1PObTeg**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**@berkeleyside** We have to let people know our community doesn't support bigots. The rally itself is an attack, & must be countered.

— Daniel Foglens (@510home) **April 15, 2017**

**@berkeleyside** please go away helicopters!! Media stop covering this nonsense **#Berkeley**

— Heather (@hedder02) **April 15, 2017**

Now **@themanspot** is speaking up for gun rights "responsible people defend themselves in the right manner" **#BerkeleyProtests** **pic.twitter.com/H96gt3EBNQ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Small crowd 2 hear Bethany Pettibone talk about how left=censorship. No matter, right wing info spreads thru social media. **#berkeleyprotests** **pic.twitter.com/n4SndhLkr5**

— Berkeleyside (@berkeleyside) **April 15, 2017**

The two sides are fighting again. Lotsat least two pepper bombs have gone off. Don't know how speakers will be heard **#berkeleyprotests** **pic.twitter.com/Ecyyf6j2sD**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Berkeley Police aren't taking any chances now. More than 25 of them are lined up in no mans land area after fight **#berkeleyprotests** **pic.twitter.com/Y3HSII9Uqo**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Lots of people got doused when a pepper spray "bomb" went off. **#berkeleyprotests** **pic.twitter.com/JVPD6CMspp**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**EXHIBIT S - Page 166 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

An exploding pepper spray device, fights break out. **#berkeleyprotests** **pic.twitter.com/OX4ttHBajo**

— Berkeleyside (@berkeleyside) **April 15, 2017**

One speaker @**Lauren_Southern** says she wants to stop Commies who have "infested" Berkeley. **#berkeleyprotests** **pic.twitter.com/G3me7ia4bH**

— Berkeleyside (@berkeleyside) **April 15, 2017**

What if they gave a protest & no one showed up? went for a walk, read a book, adopted a homeless animal? & police not geared up for fight? **https://t.co/iLHW7Gdhhi**

— Joyce Carol Oates (@JoyceCarolOates) **April 15, 2017**

Let the chanting begin! **#berkeleyprotests** **pic.twitter.com/cnyFUeNMuQ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Rally at Civic Center Park has two sides talking (or yelling) to one another. bPD set up no mans land barrier **pic.twitter.com/0KYXkbx88D**

— Berkeleyside (@berkeleyside) **April 15, 2017**

For more Berkeleyside coverage from April 15, **click here**.

A clash came Saturday in Berkeley between pro- and anti-Trump activists. See **all recent coverage** for the background. Let us know in the comments below what you're most interested to learn today.

## Share information with Berkeleyside

**Learn about more ways to help Berkeleyside**

Berkeleyside will be on the ground at Civic Center Park reporting live Saturday, **first on Twitter** (no account is needed to view), and right here beginning at 11:30 a.m. Community members can share information and photographs with Berkeleyside at **tips@berkeleyside.com**. Share photographs on our **Facebook page** or in the **Berkeleyside Flickr group**. Mention @Berkeleyside on Twitter if you want to share your tweets. And **sign up for our News Alert email** which we will send out if there are significant crime or public safety developments.

**RELATED STORIES**

**EXHIBIT S - Page 167 of 189**



**Sticks, pipes, poles and more banned as Berkeley preps for Saturday protests**



**Berkeley braces for more protests**

EXHIBIT S – Page 168 of 189

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**Activist sought by police after Berkeley Trump riot says he's innocent**



**'Based Stickman' arrested again after fight with skateboarder, man with knife**

EXHIBIT S – Page 169 of 189

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**Berkeley police ask for help to ID 3 more from March Trump rally**



**Saturday farmers market canceled because of 'Patriots Day' rally**

EXHIBIT S – Page 170 of 189

Protests end with 20 arrests, 11 injuries                          https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**Berkeley leaders call for Trump impeachment**



**Berkeley Police ask for help identifying suspects at March 4 protest**

**EXHIBIT S – Page 171 of 189**



**'Intervention risks escalation': Police explain approach to March 4 demo**



**Photos: Pro- and anti-Trump campaigners face off in Berkeley**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**Downtown Berkeley protest ends with 10 arrests, at least 7 injured**

**0 comments**

© 2024 Cityside. All Rights Reserved.

Proudly powered by Newspack by Automattic

**EXHIBIT S - Page 173 of 189**

# Berkeleyside

CITY

# Protests end with 20 arrests, 11 injuries

Berkeleyside covered Saturday's protests right here beginning at about 11:30 a.m. Scroll through the live blog.

By Berkeleyside staff
April 15, 2017, 8:00 a.m.



Protesters for and against President Trump clash in Civic Center Park during a Patriots Day demonstration, in Berkeley, on Saturday, April 15, 2017. There were 20 arrests. Photo: David Yee

**By Emilie Raguso, Frances Dinkelspiel and Tracey Taylor**

**8 p.m.**



**EXHIBIT S – Page 174 of 189**

Protests end with 20 arrests, 11 injuries                                                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Berkeley police, in a statement at 7:35 p.m., said they arrested 20 people Saturday "for their roles in violence in the area of Civic Center Park." Authorities said they will pursue additional arrests as they "review social media and video footage." Alleged violations Saturday include assault with a deadly weapon and several other felony assaults. Police said two people were arrested on warrants dating back to the last protest at the park March 4.

Eleven people were hurt, and they were treated by the Berkeley Fire Department. Seven of those were taken to local hospitals. Police said there have been "no reports of damage to downtown businesses and no injuries to anyone not involved with the event."

The city imposed rules at the park to limit what people could bring in (see below). Many items authorities said could be used as weapons were confiscated. According to Saturday evening's statement, "The City also imposed restrictions on entry and exit from the park and made people subject to citation or arrest for violating the rules."

**7:50 p.m.**



Police set up special rules Saturday for what people could bring into the park. Confiscated items: "dozens of weapons, including a slew of sticks, wooden dowels and poles. Confiscated items included a stun gun, mace, knives, bear spray, an axe handle, pepper spray and a can filled with concrete." Photo: BPD

**EXHIBIT S – Page 175 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



Photo: BPD



Photo: BPD

**7:43 p.m.**

**EXHIBIT S – Page 176 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Latest from BPD: 20 arrests, 11 injuries, seven of those to the hospital. We'll report back when we know more. A number of the arrests were on suspicion of felony assaults, BPD says.

**5:20 p.m.**

To recap: Downtown Berkeley BART has recently re-opened. Most everyone has dispersed. BPD says there were at least 18 arrests and 10 injuries. We hope to share more when police make further detail available. Winding down here at Berkeleyside HQ. Thanks for tuning in. (Also, for those who weren't keeping track, amid the protest, local residents started sharing scenes of daily life on Twitter under the headline, "meanwhile in real Berkeley." Some of those tweets appear below, too.)

Shout out to the person who offered us sugar snap peas as we helped someone recover from a severe hit to the nose. It was appreciated!

— Pastel Bloc (@PastelBloc) **April 16, 2017**

My favorite Berkeley riot moment: the street artist who strives to capture the conflict between alt-right and black bloc, pepper bombs & all **pic.twitter.com/Lqam1Ccasi**

— Paige St. John (@paigestjohn) **April 15, 2017**

Downtown BART has now reopened. **#berkeleyprotest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Police opening up downtown BART "in a few minutes" says one officer. **#BerkeleyProtest pic.twitter.com/WPMuIrqKBv**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Remaining **#BerkeleyProtest** outside downtown BART. Small anti-Trump group. BART still closed. **pic.twitter.com/x46AJWnSaW**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Police in riot gear in several unmarked vans appear to be leaving remaining **#BerkeleyProtest** (>100) outside downtown BART **pic.twitter.com/1vfCBfkb7k**

— Berkeleyside (@berkeleyside) **April 15, 2017**

None of these people are part of our peaceful and loving community. They chose to stage their performance here because of what we represent.

— Ensign Benson (@ensignbenson) **April 15, 2017**

**#Berkeleyprotest** is over, **@berkeleyside** reports. Just a few people left in Civic Center park, where it all began.

— KQED News (@KQEDnews) **April 15, 2017**

**EXHIBIT S - Page 177 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Now if we can just get the helicopters to go home; did **@Berkeleyside** say the it's OPD? **https://t.co/Dbtkul69lK**

— Ann-Marie Hogan (@amhogansings) **April 15, 2017**

https://twitter.com/wkamaubell/status/853346022239514624

This is the real Berkeley **https://t.co/JGGifNuirM**

— (((Jill Smo))) (@jillsmo) **April 15, 2017**

At the Peace Wall, after main **#BerkeleyProtests** have ended, conversations between the left and the right. **pic.twitter.com/ILVYJC30uA**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Just a few people left in Civic Center Park. **#BerkeleyProtest** is over **pic.twitter.com/b05EFV3B59**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Center at Milvia and Shattuck still closed to traffic. Milvia itself open. **#BerkeleyProtests** **pic.twitter.com/Ho8v6pawnN**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Berkeley Police said most of **#BerkeleyProtests** are finished. Many BPD officers leaving. Downtown BART still closed. **pic.twitter.com/nEeO2wj08o**

— Berkeleyside (@berkeleyside) **April 15, 2017**

About 30 minutes ago police were staying back from mêlée at Shattuck and Milvia, but ready to intervene. **#BerkeleyProtest pic.twitter.com/YYdyNKBnTm**

— Berkeleyside (@berkeleyside) **April 15, 2017**

BPD says the helicopter is "legal because OPD is using it," not Berkeley. Berkeley has strict rules about when helicopters can be used.

— Berkeleyside (@berkeleyside) **April 15, 2017**

If you're wondering about that helicopter overhead, BPD says, "It's an OPD resource that OPD brought with them."

— Berkeleyside (@berkeleyside) **April 15, 2017**

A large group is still gathered at Center St. and Shattuck Ave. Roads blocked. Please avoid the area. **#berkeleyprotests**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

https://twitter.com/kiarafrobles/status/853370107594014720

Protests end with 20 arrests, 11 injuries                          https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Based Stick Man arrested in Berkeley **https://t.co/493p7gTwcj**

— Irma (@irmahinojosa_) **April 15, 2017**

As always thx for keeping us informed, and stay safe you guys

— Stylewylde (@stylewylde) **April 15, 2017**

Caught up with racist group at **#berkeleyprotests**. This guy just spouted words about how sub Saharan Africans … well don't want to say. **pic.twitter.com/2hsh1WydTQ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Promoter of **#berkeleyprotests** event should be liable for police / public safety & damage costs **@berkeleyside**

— paw 👌(⚡);} (@pawhite) **April 15, 2017**

It's sort of ironic this sign sits in Civic Center Park. **#Berkeleyprotests** **pic.twitter.com/8KgxnNAMK5**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Tim Mueller of **@RiverdogFarm** said they made about $800 today during **#berkeleyprotests**, 1/10th of usual haul. Only farm to show up **pic.twitter.com/JSytAO5HjP**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Police are staying away from **#antifa** group at Shattuck and Center. About 150-strong. **#berkeleyprotests** **pic.twitter.com/SG0o9Mn1dl**

— Berkeleyside (@berkeleyside) **April 15, 2017**

BART workers making sure no one used Downtown station **#berkeleyprotesrs** **pic.twitter.com/ofP6xCFzem**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Correction, number of arrests associated with Berkeley demonstration is 13. **#berkeleyprotests**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

Mainly **#antifa** demonstrators downtown. **#berkeleyprotest** **pic.twitter.com/XqX0aH91uY**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Shattuck closed to traffic from University to Kittredge as **#berkeleyprotest** now concentrated at Shattuck and Center. **pic.twitter.com/U6ZK3TrQkr**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**EXHIBIT S - Page 179 of 189**

The so-called **#pastelbloc** are treating an injured person behind their screens. **#berkeleyprotests** **pic.twitter.com/oFO2PJv7gi**

— Berkeleyside (@berkeleyside) **April 15, 2017**

The **#berkeleyprotest** has split up. Stragglers at Milvia and Center. Group on Center at Shattuck **pic.twitter.com/EjNYxl86Uq**

— Berkeleyside (@berkeleyside) **April 15, 2017**

https://twitter.com/jetta_rae/status/853346325005455360

Confrontational group now down to about 50 with Based Stickman in center. **#berkeleyprotests** **pic.twitter.com/zzVIukndB1**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**#Berkelyprotest pic.twitter.com/BG2eI1IGi3**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Kyle Chapman, arrested 2x in Berkeley, rails against "domestic terrorism" and communism. He doesn't have stick today **#BerkeleyProtests pic.twitter.com/Iqe5e9tBtZ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Things are getting out of hand. Large crowd on Center St now. **#berkeleyprotests**. **pic.twitter.com/0vFdnmkLgU**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Jordan and his dog are here for patriotism and to show national pride. Lives in Berkeley but knows he's in a minority **#BerkeleyProtest pic.twitter.com/IducDA9DdX**

— Berkeleyside (@berkeleyside) **April 15, 2017**

The demonstration crowd has spread out. Large groups are blocking Center St. @ Milvia St. Please avoid the area. **#berkeleyprotests**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

This group has brought food for "the comrades." Finding it hard to get into the mêlée and the "frontline" they say **#BerkeleyProtest pic.twitter.com/F1ldVL1uYY**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Bart is not stopping at Downtown Berkeley station because of **#berkeleyprotests https://t.co/nu387ViCfn**

— Berkeleyside (@berkeleyside) **April 15, 2017**

https://twitter.com/johnjoe/status/853337476139700224

Milvia and Center closed to traffic. Seeing people who have been pepper sprayed. Occasional fire cracker. **#BerkeleyProtest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**#BerkeleyProtest** action now concentrated at Milvia-Center intersection. A standoff. 200-300? Police on hand. **pic.twitter.com/kDCoOwlniL**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**@berkeleypolice** officers are informing community members about park rules for today's demonstration. **https://t.co /3qx3smYwgk pic.twitter.com/ZUYHbMMhcO**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

Here are some of the prohibited items that have already removed from the park today. **https://t.co/3qx3smYwgk pic.twitter.com/A70VCxFYEu**

— Berkeley Police (@berkeleypolice) **April 15, 2017**

American bikers tells us one of theirs may have broken nose, concussion going to hospital. **#BerkeleyProtest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Injured demonstrator at **#BerkeleyProtest** appears to have been pepper sprayed. **pic.twitter.com/TGFFF4giFX**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Pro-Trump contingent declared rally over and advised everyone to leave peacefully. Activity in park is pretty much over. **#BerkeleyProtest**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**#BerkeleyProtest** Center and Milvia Street. **https://t.co/9FxFgnpYG8**

— Berkeleyside (@berkeleyside) **April 15, 2017**

I wish the violent opportunists would let peaceful protesters express themselves in peace. So tired of their violent bs.

— … Vee … (@SylVee42) **April 15, 2017**

BPD says "Large crowds have taken over Center Street and Allston Way between Milvia Street and Martin Luther King Jr. Way."

— Berkeleyside (@berkeleyside) **April 15, 2017**

**EXHIBIT S - Page 181 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

Crowd is in the thousands now **#berkeleyprotests https://t.co/bNaE2NBIS9**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Antifas use dumpster to get through crowd. **pic.twitter.com/bg07C56CqX**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Burning the American flag to music. **#berkeleyprotests pic.twitter.com/nzFiz9LiKR**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Demo has taken over Allston Way. Police seem to be holding back. Lots of pepper spray **#Berkeleyprotests pic.twitter.com/chJ1PObTeg**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**@berkeleyside** We have to let people know our community doesn't support bigots. The rally itself is an attack, & must be countered.

— Daniel Foglens (@510home) **April 15, 2017**

**@berkeleyside** please go away helicopters!! Media stop covering this nonsense **#Berkeley**

— Heather (@hedder02) **April 15, 2017**

Now **@themanspot** is speaking up for gun rights "responsible people defend themselves in the right manner" **#BerkeleyProtests pic.twitter.com/H96gt3EBNQ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Small crowd 2 hear Bethany Pettibone talk about how left=censorship. No matter, right wing info spreads thru social media. **#berkeleyprotests pic.twitter.com/n4SndhLkr5**

— Berkeleyside (@berkeleyside) **April 15, 2017**

The two sides are fighting again. Lotsat least two pepper bombs have gone off. Don't know how speakers will be heard **#berkeleyprotests pic.twitter.com/Ecyyf6j2sD**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Berkeley Police aren't taking any chances now. More than 25 of them are lined up in no mans land area after fight **#berkeleyprotests pic.twitter.com/Y3HSlI9Uqo**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Lots of people got doused when a pepper spray "bomb" went off. **#berkeleyprotests pic.twitter.com/JVPD6CMspp**

— Berkeleyside (@berkeleyside) **April 15, 2017**

**EXHIBIT S - Page 182 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests

An exploding pepper spray device, fights break out. **#berkeleyprotests pic.twitter.com/OX4ttHBajo**

— Berkeleyside (@berkeleyside) **April 15, 2017**

One speaker @**Lauren_Southern** says she wants to stop Commies who have "infested" Berkeley. **#berkeleyprotests pic.twitter.com/G3me7ia4bH**

— Berkeleyside (@berkeleyside) **April 15, 2017**

What if they gave a protest & no one showed up? went for a walk, read a book, adopted a homeless animal? & police not geared up for fight? **https://t.co/iLHW7Gdhhi**

— Joyce Carol Oates (@JoyceCarolOates) **April 15, 2017**

Let the chanting begin! **#berkeleyprotests pic.twitter.com/cnyFUeNMuQ**

— Berkeleyside (@berkeleyside) **April 15, 2017**

Rally at Civic Center Park has two sides talking (or yelling) to one another. bPD set up no mans land barrier **pic.twitter.com/0KYXkbx88D**

— Berkeleyside (@berkeleyside) **April 15, 2017**

For more Berkeleyside coverage from April 15, **click here**.

A clash came Saturday in Berkeley between pro- and anti-Trump activists. See **all recent coverage** for the background. Let us know in the comments below what you're most interested to learn today.

## Share information with Berkeleyside

**Learn about more ways to help Berkeleyside**

Berkeleyside will be on the ground at Civic Center Park reporting live Saturday, **first on Twitter** (no account is needed to view), and right here beginning at 11:30 a.m. Community members can share information and photographs with Berkeleyside at **tips@berkeleyside.com**. Share photographs on our **Facebook page** or in the **Berkeleyside Flickr group**. Mention @Berkeleyside on Twitter if you want to share your tweets. And **sign up for our News Alert email** which we will send out if there are significant crime or public safety developments.

**RELATED STORIES**

**EXHIBIT S – Page 183 of 189**



**Sticks, pipes, poles and more banned as Berkeley preps for Saturday protests**



**Berkeley braces for more protests**



**Activist sought by police after Berkeley Trump riot says he's innocent**



**'Based Stickman' arrested again after fight with skateboarder, man with knife**

**EXHIBIT S – Page 185 of 189**

Protests end with 20 arrests, 11 injuries                                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**Berkeley police ask for help to ID 3 more from March Trump rally**



**Saturday farmers market canceled because of 'Patriots Day' rally**

**EXHIBIT S – Page 186 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**Berkeley leaders call for Trump impeachment**



**Berkeley Police ask for help identifying suspects at March 4 protest**

**EXHIBIT S – Page 187 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**'Intervention risks escalation': Police explain approach to March 4 demo**



**Photos: Pro- and anti-Trump campaigners face off in Berkeley**

**EXHIBIT S – Page 188 of 189**

Protests end with 20 arrests, 11 injuries                    https://www.berkeleyside.org/2017/04/15/live-coverage-berkeley-protests



**Downtown Berkeley protest ends with 10 arrests, at least 7 injured**

<div style="text-align:center">**0 comments**</div>

© 2024 Cityside. All Rights Reserved.

Proudly powered by Newspack by Automattic

**EXHIBIT S – Page 189 of 189**