# EXHIBIT W:

W - 2017-06-26_BAMN.com-No Free Speech for Fascists.mp4

# *Manually Filed*

# EXHIBIT W-1

# W - 2017-06-26_BAMN.com-No Free Speech for Fascists

**ABC10 REPORTER**  Do you mind sharing your first and last name?

**YVETTE FELARCA**  Sure. It's Yvette Felarca, Y V E T T E, F as in Frank E L R C A and I'm a national organizer with BAMN which stands for By Any Means Necessary. Our whole name is the Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary.

**ABC10 REPORTER**  So there's a lot going on today. Obviously, you have some blood on your head. Is this how it was planned? Is this what you expected or what was, what was the plan? What was the goal?

**YVETTE FELARCA**  The goal today was to shut down the Nazis recruitment rally. And I want to congratulate everyone who came out today because we succeeded in doing that. We defeated them in their efforts. They had to run hiding, running from hiding behind the police and then just running away altogether. They were not able to hold any kind of demonstration on the West steps or any steps of the capital. And that was absolutely because of the militant integrated direct action of the people who came out, BAMN mobilized to get people out here to shut them. And we're really glad that there's been such an integrated direct action struggle by people who came out to succeed in doing that. To us, there's no free speech for fascists. They do not have the right to organize for genocide. And we were organizing to tell people to one, let the fascists know anyone who's thinking about joining them don't because it's not going to be a good day for you. And I think on balance. Absolutely, our side won. They lost.

**ABC10 REPORTER**  A lot of people have their face covered, didn't want to show their faces. On the other hand, are speaking to us. You don't have your face covered. Talk about the difference in the protesters. It seemed like there were different groups...

**YVETTE FELARCA**  There were, there were different groups, people have different ways that they approached the struggle. BAMN, our method is to build a mass militant, integrated, anti-racist and immigrant rights movement and to do that and getting as many people as possible to take militant mass direct action. And so, you know, but we all, everyone who came here to came here united with one goal and that's to shut down the Nazi scum and we did that.

**ABC10 REPORTER**  And, so they had a recruitment party, it ended up being canceled. Police told us we're not sure if it's because they canceled it or police said, hey, you can't have it. Well, I guess they were permitted by whoever permits people to have rallies here at the Capitol. Maybe they pulled it. We don't know why it was canceled. But we know it was canceled and that seemed to have been your goal.

**YVETTE FELARCA**  Absolutely. The Nazis and the fascists are dangerous. They need to be stopped and shut down by any means necessary. We can't just ignore them because then they grow, they hold these rallies not to just talk to each other. They're trying to recruit. But today they looked as weak as they are. They had to run hiding and we want to make sure that happens and we're committed to making sure that if they try to show their faces publicly again and hold any other rally, whether it's in Sacramento, whether it's any other place in California or nationally, BAMN is building and leading a movement that's committed to building militant, integrated, direct action to shut them down by any means necessary.

**ABC10 REPORTER**  There's a lot of people here today. Are you all from the Sacramento area from California? It seems like people may have traveled from all over the state.

**YVETTE FELARCA**  Absolutely. This was a very widespread mobilization. People came from all over California, in fact, some places outside of California. And you know, but that's what it takes, that's what building a mass militant movement takes.

**ABC10 REPORTER**  And I saw you from the get go, not afraid to get down there. The first man who appeared that you attacked over there and then, you know, every time it seemed like there was a sign of anyone who may have been a Nazi the crowds would just run and that was all part of the plan.

**YVETTE FELARCA**  Well, you know, it's important for anyone who's thinking about joining racist genocide and a racist genocide organization like the Nazi groups that were holding this, that they're not welcome. And if they trip and fall in the process of that good, they need to go. We succeeded in driving them out.

**ABC10 REPORTER**  So it seems like you're very happy with the overall outcome. Is there anything you might have changed? Five people from what we heard? At least five did get stabbed part of the counter protest group which would be your side.

**YVETTE FELARCA**  And we are really glad to say that the people who were injured did not sustain life threatening injuries. And we do have people who are, you know, making sure that they're getting taken care of and that they have people who are taking care of them. What this means though. But I'm not, I feel like all of us from that, all it did was fuel our determination to keep this movement going and fight even harder, which is what we did after that. The Nazis, a couple of them tried to come out on the steps for about 20 seconds and they were driven out and were said to be scurried back into the building and then they had to cancel the entire event. And so, but that's why the Nazis are dangerous and that's why we need to take them on directly, take them on head on, confront them. But with as many people as possible prepared to shut them down. And that is what this demonstration did today.

**ABC10 REPORTER**  I've seen you fighting, I've seen you leading the chants. I see you getting teary eyed talking about this. It seems like this was a whirlwind of emotions for you. What is it mean to you that this was canceled, that you accomplished? What was set to be your goal?

**YVETTE FELARCA**  I am very, very proud of everyone who came out for this protest today because this wasn't just a protest for the sake of protesting or for the record. We've got to build a movement in this nation. Everything is polarizing in this country and around the world, especially in terms of racist attacks on immigrants and the scapegoating of immigrants in this country, especially Latina and Latino and Mexican immigrants. I'm an immigrant myself from the Philippines. But we have people here of all races, Latina, Latino, Filipino, Asian Arab, white, anti racist white people. LGBT people, people who are heterosexual standing together saying we will not accept or allow racist genocide, organizing to take place on the front steps of the capital of California. And we would do it again. And I am really, really glad that we did that. I would do it again and we urge other people to join us next time, the more people who come, the more we can defeat them in the future.

**ABC10 REPORTER**  For anyone who may criticize the militant tactics or the violence. What would you say?

**YVETTE FELARCA**  I say it's self defense and it is what we have to do because if we ignore them and allow them to just hold their recruitment rallies, they are not non-violent, they are organizing to attack and kill us. So we have a right to self defense. We have an obligation to that and that is why we have to shut them down by any means necessary.

**EXHIBIT W-1 (transcript) - Page 2 of 5**

**CBS13 REPORTER**  I don't know if you answered this already, but some people were upset because they felt like the Capitol was protecting the Nazi group. What do you say about that?

**YVETTE FELARCA**  Yeah. I mean, it was absolutely outrageous and scandalous that the cops were out here. They never should have gotten a permit to begin with and that the police were out here protecting them. One of our main chances, cops go hand in hand because we know at the end the police are out here to back them up. That's ridiculous. At the same time, I have to say that that did not stop us from achieving our goals, which was to shut them down, which we did. Can you tell us about your injury? It's, you know, it looks worse than it is. In fact, it's pretty dramatic. I'm sorry, just because, you know, head injuries have a lot of blood. I'm fine and I do want, I don't want people to feel, you know, are afraid of that because in the end, they came out of this in worse shape than us, not just physically, but politically they lost. The Nazis did not recruit anyone today and our side did.

**UNKNOWN REPORTER**  What happened here today with you? With your injury

**YVETTE FELARCA**  You know, we shut down the Nazis that were in the process of that. They attacked us but they were not successful. And the people that were, we are really really glad that they were not life threating injuries. And they were not

**UNKNOWN REPORTER**  Exactly what happened to you? Were you going on the ground?

**YVETTE FELARCA**  You know, there was a lot going on at the time. And so, you know, but I'm, I'm OK.

**UNKNOWN REPORTER**  You going to the the doctor?

**YVETTE FELARCA**  Um You know, yeah, I'm gonna get checked out and everything. But I'm like, like I said, head injuries look worse than they are.

**UNKNOWN REPORTER**  What do you want to tell that feel like there was a lot of bad words and kind of violence on both sides here today? That's what the police are saying.

**YVETTE FELARCA**  Racism has to be stopped by a and the mass militant action of an integrated group of people that mobilized out here today. They have organized to shut them down today. Other people came out to shut them down. We succeeded in doing that and in the end that's gonna stop and prevent more violence by the Racists against our communities, especially to defend the rights of immigrant communities, Latina, Latino, Asian immigrant communities, Arab people in this country. And that's what we have to do to stop them from taking violent action against us. We'll do it again.

**UNKNOWN REPORTER**  And who was stabbed here today? Was it the Nazis or was it the other side?

**YVETTE FELARCA**  There are people on our side who were stabbed by the Nazis. It's clear that they clearly are not here to just speak and talk. They are here to attack us. They are dangerous and they need to be stopped. And that's why we mobilized this action to shut them down, which we did.

**UNKNOWN REPORTER**  Did you see this happening again? I mean, it got pretty tense out here today.

**SPEAKER 1**  Clearly, they are dangerous and we need to keep building this movement. We've got to build it as an independent political movement. Bam has no interest in sowing any illusions in the Democrats, obviously

**EXHIBIT W-1 (transcript) - Page 3 of 5**

not the Republicans. This is about building a militant integrated movement that's independent, organizes masses of people and takes militant direct action to stop.

**UNKNOWN REPORTER**  Is violence the answer to stop Nazis?

**YVETTE FELARCA**  The Nazis are the violent ones. We have a right to defend ourselves. That's what we did.

**UNKNOWN REPORTER**  You fear that there could be a death in the process?

**YVETTE FELARCA**  I fear that there could be a death in the process and there already are. If the Nazis are allowed to continue organizing, we have an obligation to stop them and to defend ourselves.

**UNKNOWN REPORTER**  What's your name?

**YVETTE FELARCA**  Yvette Felarca. Y V E T T E  F as in Frank E L A R C A. I'm with BAMN, By Any Means Necessary. And our full name is..

**UNKNOWN REPORTER**  Is that a local group?

**YVETTE FELARCA**  We, you know, we have members all over California. I'm from Oakland and our full name is the coalition to defend affirmative action, integration and immigrant rights and fight for equality by any means necessary.