# EXHIBIT X



12/5/23, 9:21 AM Case 2:18-cr-00759-CJC Document 281-8 Filed 01/15/24 Page 2 of 5 Page ID #:1925 Shut Down Milo Yiannopoulos - BAMN

BAMN

Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary

**Por Cualquier Medio Necesario**

Coalición para Defender la Acción Afirmativa, la Integración y Derechos de Inmigrantes y Luchar por la Igualdad Por Cualquier Medio Necesario

About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español | OTHER LANGUAGES | Contact

# Shut Down Milo Yiannopoulos

You are here: Home / Immigrant Rights / Shut Down Milo Yiannopo

# SHUT DOWN MILO YIANNOPOULOS

## No White Supremacist Neo-Fascists at UC Berkeley

**Wednesday, Feb. 1 Pauley Ballroom in the MLK Student Union at UC Berkeley**

**(Telegraph and Bancroft, 10 min. walk from downtown Berkeley BART)**

**Arrive early at 5pm (Milo intends to speak at 8 pm)**

******Wear a white t-shirt and blue jeans to show solidarity and ensure safety for protesters on our side.******

ALL OUT THURSDAY, DECEMBER 7TH!
SPEAK OUT, RALLY, MARCH
VICTORY TO THE PALESTINIAN STRUGGLE
3:00 PM
3:30 PM
University of Michigan, Ann Arbor
Ruthven Building

community Bay Ridge, Brooklyn.
December 2, 2023

"Biden, Biden you can't hide!
We charge you with genocide!"

Privacy & Cookies Policy

EXHIBIT X - Page 1 of 4

https://www.bamn.com/2017/01/31/shut-down-milo-yiannopoulos/ 1/4

12/5/23, 9:21 AM Case 2:18-cr-00759-CJC Document 281-8 Filed 01/15/24 Page 3 of 5 Page ID #:1926 Shut Down Milo Yiannopoulos - BAMN

BAMN Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary

Por Cualquier Medio Necesario

Coalición para Defender la Acción Afirmativa, la Integración y Derechos de Inmigrantes y Luchar por la Igualdad Por Cualquier Medio Necesario

About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español | OTHER LANGUAGES | Contact

"Daddy." Steve Bannon, white supremacist and Milo's other mentor, is likely driving this neo-fascist youth touring effort.

If Yiannopoulos is able to go forward with his speech, Chancellor Dirks and his administration will be directly responsible for aiding and allowing this neo-fascist to come and endanger students at UCB, and all the fallout that takes place as a result. It is clearly dangerous for Dirks to be allowed to make the decisions for UCB campus. There is no question that he should leave his post immediately. Presidents of DePaul University, University of Missouri President and Chancellor, Claremont McKenna Dean of Students, Ithaca College President, State University were all forced to resign by anti-racist struggles on their campuses that included student mobilizations to shut down Milo.

The Milo Yiannopoulos tour represents an imminent, physical threat to the students and faculty of UCB. By hosting the event, the UCB administration would be giving direct license to the incitement of bigotry and terror across the campus. Hate speech is not free speech—a primary aim of demagogues like Yiannopoulos is to repress and silence the speech of minorities and women, to eradicate from all social life everything that Yiannopoulos labels as "political correctness." His aim is to create a hostile climate in which free speech becomes impossible, in which the rights and obligations of civil discourse can no longer be upheld because civil discourse itself will cease to exist.

UCB should follow the example of other campuses that have canceled Milo's tour engagements: NYU, University of Miami, Florida Atlantic University, Villanova University, and the University of Maryland. The alternative is the prospect of clashes between white and minority students, anti-fascist and fascist sympathizers as occurred at places like UC David, University of Washington, DePaul University, the UC Irvine, Rutgers University and others. Yiannopoulos incited, escalated, and promoted the confrontations, as his audiences chanted "grab her by the pussy!" and other hate speech. This is not an event that any college campus should condone—it threatens the safety and well-being of the students and faculty, and threatens the academic mission to promote learning and leadership. The confrontations will not be confined to the time and place of the event; hate crimes will escalate, and innocent people will suffer verbal or physical abuses. This is the established pattern of the Milo Yiannopoulos tour—that hateful pattern must be broken at UCB.

The faculty of Berkeley have already rightly demanded that Milo be kept off the campus. The faculty understands that this is not a question of abstract free speech; it is a question of the right of immigrant, minority, and women students to attend Berkeley free to live and learn in a safe environment. Dirks' failure to recognize that warrants the faculty to call for his immediate removal now, and not wait until his scheduled departure in June. Students and the Bay Area community must also stand up against the proliferation of hate and the prospect of a lynch-mob, race-riot mentality spreading across campus. The instigator of this phenomenon must be stopped. Milo Yiannopoulos intends to speak at Pauley Ballroom in the MLK Student Union Building at UCB (corner of Telegraph and Bancroft) at 8pm. This event m

VICTORY TO THE PALESTINIAN STRUGGLE

Stop the Imperialists' \ Drive! No War for Cont of Ukraine! No NATO W with Russia

STOP THE IMPERIALISTS' WAR-
NO WAR FOR CONTROL OF UKR
NO NATO WAR WITH RUSSI
FOR A FREE, INDEPENDENT UKRAINE
NO NATO TAKE-OVER – NO RUSSIAN INV

"NO UNION WITH FASCISM" = BAMN's statement after the Jan 2021 attempted coup

Privacy & Cookies Policy

EXHIBIT X - Page 2 of 4

https://www.bamn.com/2017/01/31/shut-down-milo-yiannopoulos/ 2/4

12/5/23, 9:21 AM Case 2:18-cr-00759-CJC Document 281-8 Filed 01/15/24 Page 4 of 5 Page ID #:1927 Shut Down Milo Yiannopoulos - BAMN

BAMN Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary

Por Cualquier Medio Necesario

Coalición para Defender la Acción Afirmativa, la Integración y Derechos de Inmigrantes y Luchar por la Igualdad Por Cualquier Medio Necesario

About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español | OTHER LANGUAGES | Contact

#METOO, SHUT DOWN NEO-FASCISTS AND THE ALT-RIGHT TAGS BAMN, BERKELEY, FEATURED, ISLAMOPHOBIA, MILO, PROTEST, SHUT DOWN, UC BERKELEY, YIANNOPOULOS

‹ CONFRONT AND DEFEAT THE TRUMP MOVEMENT: COUNTER-PROTEST THE PRO-TRUMP BERKELEY RALLY

NATIONAL CALL TO ACTION: DEMAND THAT OBAMA PARDON ALL DACA IMMIGRANTS! ›

To protect the movement and sav democracy, Trump must resign or removed now, by any means nece

Theses on the Climate Crisis

THESES ON THE
CLIMATE CRIS

A draft perspective to build th mass environmentalist mover to shut down oil, gas, and coa

Stop ICE Terror: Build community defense gu to STOP, BLOCK, and DRIVE I.C.E. OUT

Yearning to Breathe Fr BAMN Declaration on

Privacy & Cookies Policy

EXHIBIT X - Page 3 of 4

https://www.bamn.com/2017/01/31/shut-down-milo-yiannopoulos/ 3/4



Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary

# Por Cualquier Medio Necesario

Coalición para Defender la Acción Afirmativa, la Integración y Derechos de Inmigrantes y Luchar por la Igualdad Por Cualquier Medio Necesario

About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español | OTHER LANGUAGES | Contact

Nov. 2008: "The Obam – Renewal of King's Dr or a New Jim Crow?"

Join the BAMN Discord

Select Category

Home | Home | Actions | Actions | Events | Events | Voices | Voices | Shop | Shop | Members | Members | News | News | Shortcodes | Shortcodes | Post Types | Post Types

Privacy & Cookies Policy