# EXHIBIT Z

## McCormick, Jacquelyn

**From:**
**Sent:** Sunday, March 05, 2017 8:40 AM
**To:** Berkeley Mayor's Office
**Cc:** All Council
**Subject:** Our complaint - on 3/4/17 March 4 Trump rally

To Mayor and Council Members,

Our family of 4 came to the rally on 3/4/17 at Martin Luther King Jr. Civic Center Park.

While we were peacefully standing in the rally, we were pushed by the mob, being thrown with objects, and were hit. A few people came out from the mob, sprayed pepper spray into my husband's eyes, and forcibly took the flag out from his hands. They ran back to the mob and burned the American flag.

My son saw a man that was pushed out by the mob, pushed to the ground and was hit continuously. My High School-aged son tried to help the victim getting up from the ground and was beaten by the mob.
Many of the victims were elderly and women. One woman was pushed to the ground, crying. In the midst of these violent acts conducted onto the rally participants, the police stood afar and did not help.

Is it true that one's rights is stopped when his fist is raised to harm others? If so, why the police did not intervene? The police saw how participants were attacked by the mob.

**Our complaint to the City Council Members is that the City did not act in the protection of its people and free speech.**
Berkeley has been looked upon as the forth front of free speech.
How to uphold it? When there is a peaceful rally, no matter what side they are on, the police force needs to be allowed to protect the participants from violent acts.

Please kindly reply to our complaint on or before your upcoming meeting on March 14, 2017.
Olivia Liou

Sincerely,

Olivia Liou



1

**EXHIBIT Z - Page 1 of 1**