# EXHIBIT AA




# LAW ENFORCEMENT SENSITIVE
# SYMBOL INTELLIGENCE GROUP
## Officer Awareness Bulletin
### Intelligence on Trending Symbols
### 15 March 2017

## (LES) ANTIFA & ANTI-ANTIFA MOVEMENT SYMBOLS

**(LES) Antifascist Action aka Antifa, AFA, Black Bloc** is a global network of left-wing anarchist groups whose goal is to 'smash fascism in all its forms' specifically sexism, racism, homophobia, government corruption and Islamophobia. **The Anti-Antifa Movement** is a global collective of extreme right nationalist groups who oppose antifascist groups. Anti-Antifa groups have appropriated some of the symbolism and tactics of Antifa. Both movements are active in global protests, advocate aggressive tactics and use violence against police and each other.

### ANTIFA – Left Wing Anarchists

**(LES)** ANTIFA has grown significantly in the U.S. in response to the election of President Donald Trump. Militant Antifa anarchists use black bloc tactics to oppose those they perceive as fascists including the police. They are very active in Anti-Trump demonstrations and recently have destroyed property at the presidential inauguration and Univ. of California, Berkeley. They frequently engage in violent protests against white nationalist groups. In June 2016, several people were hospitalized when Antifa members attacked and fought with white supremacist groups outside the state Capitol in Sacramento. A popular Antifa tactic is disclosing private information online of individuals involved in white nationalist groups. Some Antifa Facebook pages advocate and depict violence, destruction and theft of property against perceived fascists.

### ANTI-ANTIFA – Right Wing Nationalists

**(LES)** ANTI-ANTIFA is both a slogan and a name that refers to individuals and groups who are engaged in a political battle against Antifa groups. In rare cases, Anti-Antifa is a term for right-wing conservatives who are not affiliated with racist nationalists. Anti-Antifa activists are often recruited from violent right wing extremist groups and include militant white supremacists, neo-Nazis, racist skinheads and football hooligans. Anti-Antifa activists have adopted the outing tactics of Antifa and publish personal data of Antifa members. Although most groups do not publish direct calls for the use of force, they do not dissuade it, resulting in intimidation and the potential for violence. On March 4, 2017, Philadelphia Anti-Antifa posted on their website a $5000 reward for information and photographs of active Antifa members in the area and wrote "We are especially interested in their addresses and where they work."









**LAW ENFORCEMENT SENSITIVE**
Symbol Intelligence Group Officer Awareness Bulletin / 15 March 2017
# (LES) ANTIFA & ANTI-ANTIFA MOVEMENT SYMBOLS

**(LES) ANTIFA & ANTI-ANTIFA Emblems** initially appear similar. Anti-Antifa groups have appropriated some of Antifa's symbolism for several reasons: 1) displaying openly Nazi symbols is illegal in many countries, 2) to ridicule what the symbols represent and 3) to mimic the success of left wing movements. Antifa and Anti-Antifa symbols appear as logos, flags, tattoos, patches, graffiti, signs, stickers and on clothing. Logos are extremely similar so it can be easy to misinterpret which group individuals are affiliated with. The following analysis provides detailed information that distinguishes Antifa left wing anarchists from Anti-Antifa right wing nationalists.

## ANTIFA – Left Wing Anarchists

**(LES) ANTIFA Emblem** consists of a black circle with red and black flags in the center. Distinguishing attributes include the words Antifa or Antifascist Action (in various languages) written on the black circle. Sometimes the name and/or location of a specific group is written. The positions of the black and red flags can differ. The origin of the symbol is the 1932 German communist paramilitary movement Antifaschistische Aktion logo that depicted the circle and the flags facing right in red.
**(LES) Three Arrows in a Circle** is another popular Antifa symbol and sometimes appears on the flag. The symbol of three arrows pointing southwest/to the lower left inside a circle originated with the German 1930's antifascist group 'Iron Front'. It was designed to easily cover Nazi swastikas. The Antifa International website claims that the arrows currently stand for equality, fraternity, and solidarity.

## ANTI-ANTIFA – Right Wing Nationalists

**(LES) Anti-Antifa Emblems** consist of a black circle with red and black flags in the center that are identical to the Antifa logo. Distinguishing attributes include variations of the words and symbols on the flag. Anti-Antifa groups replace the words Antifa Action with expressions such as Anti-Antifa Action and the names and/or geographic locations of their group. The Celtic Cross is often depicted on the black flag and the Swastika on the red flag. Anti-Antifa graphics have included the No symbol (a circle with a red diagonal line through it) encircling the Antifa symbol and other popular white supremacist symbols.
**(LES) The Swastika** is the symbol of the Nazi Party in Germany. It is the most identifiable symbol of white supremacy in the world.
**(LES) The Celtic Cross** (equal armed version) is one of the most common white supremacist symbols in use. It signifies white racial purity.







**LAW ENFORCEMENT SENSITIVE**
Symbol Intelligence Group Officer Awareness Bulletin / 15 March 2017
## (LES) ANTIFA & ANTI-ANTIFA MOVEMENT SYMBOLS

### (LES) ANTIFA & ANTI-ANTIFA Good Night Symbols

**(LES) The Good Night White Pride aka GNWP Logo** originated from an actual incident in Ann Arbor, Michigan. On May 9, 1998, the KKK held a rally and clashed with anti-racist counter-protesters. A photo of 18-year-old Harlon Jones, an Ann Arbor anti-racist kicking a KKK member in the head at the rally became the iconic silhouette image of the logo. Good Night symbols appear as logos, flags, tattoos, patches, graffiti, signs, stickers and on clothing. There have been many subsequent variations of the Good Night theme by both Antifa and Anti-Antifa activists. Since the left and the right both employ the iconic image it can be easy to misinterpret which group an individual is affiliated with. The following analysis provides distinctions between Antifa left wing anarchists from Anti-Antifa right wing nationalists.

### ANTIFA – Left Wing Anarchists

**(LES) Good Night White Pride Logo** White pride signifies white nationalist ideology. The symbol on the victim in the image is typically a swastika or other popular white supremacist emblem to indicate who is losing the fight. Variations in images include multiple offenders and attack positions. Variations of the expression Good Night White Pride include; Good Night Alt-Right and Good Night Right Side. (photo that inspired logo below)

### ANTI-ANTIFA – Right Wing Nationalists

**(LES) Good Night Red Side Logo** Red Side signifies socialist, communist and left-wing ideologies. The symbol on the victim in the image is typically a five-pointed red star signifying communism or identifiers of an Antifa group. Variations in images include multiple offenders, attack positions and vehicle attacks. Variations of the expression Good Night Red Side include; Good Night Anti-White, Good Night Left Side aka GNLS and Good Night Antifa Scum.

   

   

   



**LAW ENFORCEMENT SENSITIVE**
Symbol Intelligence Group Officer Awareness Bulletin / 15 March 2017
# (LES) ANTIFA & ANTI-ANTIFA MOVEMENT SYMBOLS

## (LES) ANTIFA & ANTI-ANTIFA Emblems
**(LES)** Both ANTIFA and ANTI-ANTIFA activists and organizations are based in many countries. Several cities, states, regions and political causes have their own variations of Antifa emblems. The following are just a few examples.

## (LES) ANTIFA – Left Wing Anarchists
There are many graphic variations of the flags, arrows and colors of the Antifa symbol. The most popular variation is to add the name of the city or region to the logo. The addition of other colors and/or graphics typically signifies a particular cause and/or geographic location. Sometimes other popular left wing symbols are incorporated into a local logo.

       

Original 1930's logo | Sydney, Australia | Catalan Countries | Brittany, France | Norway | London, England | Sicily, Italy | France

       

Anti-sexist | Anti-speciesism | Anonymous | Anti-homophobia | Support Antifa Prisoners | Queer Antifa | Antifa Torch Network | Basque Vegan

    

New York City | Philadelphia, PA | Berkeley, CA | Portland, OR | Fort Pierce, FL | Philadelphia, PA | Knoxville, TN | Bay Area, CA

## (LES) ANTI-ANTIFA – Autonomous Nationalists (AN)
are a new generation of primarily German neo-Nazis who have adopted the far left's organizational concept of autonomous activism, black bloc tactics and symbolism as part of a 'Third Position' ideology and as a method to appeal to nationalist youth by mirroring the subculture of global justice movements. In addition to the Antifa logo AN activists have appropriated some of the most popular left-wing symbols including the iconic image of Che Guevara and the Palestinian keffiyeh scarf. Their emblems include variations of the Antifa logo, typically with the words Autonomous Nationalists (in local languages) and the name of the city or region. A common symbol of AN is the red crossed hammer and sword which originated with the 1930 group the 'Black Front' that advocated a more radical anti-capitalist and worker-based form of Nazism, a precursor of Third Position politics. AN is very active in Anti-Antifa actions. They are extremely violent and have targeted Antifa protesters. These are a few examples of their logos.

       

   



**LAW ENFORCEMENT SENSITIVE**
Symbol Intelligence Group Officer Awareness Bulletin / 15 March 2017
**(LES) ANTIFA & ANTI-ANTIFA MOVEMENT SYMBOLS**

## (LES) FOOTBALL HOOLIGANS & ULTRAS

Football hooliganism involves conflict between association football clubs, aka soccer, for the purpose of intimidating and physically attacking supporters of other teams. Certain teams have long-standing rivalries with other clubs. Violence may take place before, during or after matches and in extreme cases, hooligans, police, and bystanders have been killed. Ultras are similar to hooligans in that they are renowned for ultra-fanatical support. Although the terms are often used interchangeably, the main goal of hooligan clubs is to fight hooligans of other clubs, while the main focus of ultras is generally to support their own team. Ultras are more influenced by political ideas and some embrace extreme political ideologies ranging from white nationalists to anti-fascist. Their political views are evident in their banners, signs, gestures and graffiti.

### ANTIFA HOOLIGANS – Left Wing Ultras

Some left wing radical ultras groups are commonly referred to as Antifa Ultra or Antifa Hooligans. They display Antifa flags and other socialist and communist symbols, such as Che Guevara, red stars and red flags in their emblems and banners at stadiums.

### ANTI-ANTIFA HOOLIGANS – Right Wing Ultras

Anti-Antifa football clubs openly display white supremacist symbols and Neo-Nazi flags during matches. A common expression on banners and signs is 100% Anti-Antifa. Some far-right ultra fans have performed Nazi salutes at soccer games.

     

    

   

 

(LES) The information in this bulletin is provided to assist law enforcement in addressing potential event safety and security threats. In the event that any of these symbols are observed in conjunction with suspicious activity law enforcement should follow established protocols. Report prepared by the Symbol Intelligence Group. For additional information about the Symbol Intelligence Group visit our website at www.symbolintelligence.com Copyright © 2017 Symbol Intelligence Group, LLC. All Rights Reserved.