# Exhibit BB

**From:**
**Sent:** Tuesday, March 28, 2017 1:16 PM
**To:**
**Subject:** HB event - Questions needed

As discussed – here are the questions asked for the Berkeley event. If we can get the same questions asked that would be great.

Plus the POC and police arrest reports

ANTIFA/ANARCHISTS:

Numbers in crowd?

Number of arrests?

Any from outside of area?

Any group/movement affiliations?

Were all masked?

Were most wearing backpacks?

Description of flags/signs?

Evidence of pre-planning?

Describe weapons used?

What else confiscated?

Any property destruction?

Any repeat offenders from last Berkeley clashes?

Any attacks on media?

Any known meet-up points afterwards?

PRO-TRUMP:

1

**EXHIBIT BB - Page 1 of 2**

#s in crowd?

Number of arrests?

Any from outside of area?

Any white supremacist or anti-government group affiliations?

Any notable tattoos?

Flags?

Any weapons used/confiscated?

Did persons come prepared for violence?

Any other notable confiscations?

Provoking antifa/anarchists?


Thank You

███████████
U.S. Department of Homeland Security
Intelligence Officer - Southern California
███████████ Cell
███████████