# EXHIBIT DD

## Legal Hotlines

| | |
|---|---|
| SF Bay Area: | (415) 285-1011 |
| NYC: | (212) 679-6018 |
| Chicago: | (312) 913-0039 |
| Los Angeles: | (310) 313-3700 |
| Philadelphia: | (484) 758-0388 |

YOUR CITY:

## Further Resources

Legal Collective - UpAgainstTheLaw.org
Legal Collective – TiltedScalesCollective.org

**NYC Rapid Response Network**:
thebasebk.org/rapid-response

**San Francisco Immigrant Legal & Education Network:**
SFilen.org

**Mutual Aid Self Therapy:**
themastproject.wordpress.com

## Counter-Information Projects
Crimethinc - crimethinc.com
Submedia – Sub.Media
Its Going Down – ItsGoingDown.org



# Message in a bottle

A quick tip pamphlet for street based resistance



**EXHIBIT DD - Page 1 of 2**

# ❶ Preparation: *Get Ready!*

- Choose your personal level of participation.
- Form an Affinity Group of 2-5 people, stay together.
- Choose your collective level of participation.

**DO NOT TALK TO THE POLICE:**
It cannot help you or others in any way, ever. Try to practice not being swayed by pressure tactics and the immediacy of answering to something now.

**DO BECOME ANONYMOUS:**
We cover our faces to uncover ourselves.

**TAKE STOCK AND PACK:**
Bring a rain jacket, sunglasses, balaclava, gloves, tools, food and water, bandages, Ibuprofen, Maalox (to counteract pepper spray) change of clothes.

Your face and fingerprints identify you and put you and those around you at risk. Your Employers, The Police, Fascists can & will target you – even if you aren't rioting/violent.

Leave behind cameras and phones; they are snitch boxes and make evidence for our enemies.

**TAKE A MOMENT TO PAUSE:**
Exhale. Collect yourself.
You are brave!



# ❷ Participation: *It's Going Down!*



Write the **legal number** on your arm in Sharpie. It's usually announced at the beginning of demos.

**We may not always agree** with the tactics others choose, or how they choose to get free. It's better to hold movement discussions on tactics / strategy than to engage in public call outs that endanger individuals in a moment. Don't police others actions.

There are many paths of struggle towards liberation. Learning when to escalate and deescalate situations is vital to your safety and others. Be bold but not cocky.

**Keep your goal(s) in mind.**

**Collective struggle** has proven itself effective when many different elements come together.

Movements are strong when we act in concert, in solidarity and towards our goals through many different avenues.

Stay Together - Don't leave alone!

Good Job!      ¡No Bueno!

 

**EXHIBIT DD - Page 2 of 2**

# ❸ Aftercare: *To sustain, we must tend.*

They don't call it struggle for no reason, the long journey toward liberation requires us to be as militant about our care as we are in the streets.

Collective care starts with the individual. Demonstrations can be rough and our bodies and mind need to come back to center.

Here are a few suggestions for caring for yourself past protest. Remembering that care can look different for everyone, we respect the variety of ways one may show themselves love.

**Breathe,** our breath is our birthright.

Take some time to **slow down:**

- Decide whether you need solitude or time with others.
- Take a bath, a warm bath with Epsom salt relaxes muscles.
- Listen to music, write.
- Have a beer or make some tea

There are a variety of herbal teas to help calm the nervous system and aid with sleep. Sleep!

Eat a comforting meal, you have fed your spirit, now don't forget to feed your body.

Take a minute before jumping in to a media binge of what just happened. Remember we are revolutionaries, not reactionaries.

If comrades have been arrested, jail support!