EXHIBIT EE

# FOR THE NEXT TIME...
## STAYING SAFER IN THE STREETS

### WHY WEAR A MASK?



It allows us to take action without fear of immediate identification. It's not enough to cover half our face. Even if we get away, the police may use photos or video to charge us later. It's best to cover our hair, face, arms, tattoos, and hands. Cloth gloves are best because they don't transfer print, unlike plastic gloves. Make sure there are no identifying features on your clothes, shoes, or backpack; it's nice to have a change of clothing. If we bring any materials with us, let's wipe them down with rubbing alcohol to remove fingerprints. Bragging and storytelling are natural, but they're easy to use against us. Don't post anything on Facebook that we wouldn't show a cop. The same goes for Twitter, Instagram, Tumblr. Remember that police will read our texts and call-log if they arrest us. If you are arrested, invoke your right to remain absolutely silent; name, address, birthdate and no more.

## HOW TO MAKE A MASK FROM A SHIRT



Step 1: Put the shirt over your head inside-out, with the tag sticking down, hold the sleeves out to the side.



Step 3: Fold the top part of the collar up and under, close to your brows.



Step 2: Take the sleeves and tie them in a knot behind your head.

Step 4: Pull bottom collar over nose and and folding the tag inside the shirt.





# THE RIOT IS ONE NIGHT...

COVER YOUR FACE AND HAIR • THINK BEFORE YOU TEXT OR CALL • WEAR GLOVES • DON'T USE FACEBOOK, PERIOD • DON'T PUT YOUR PICTURE ONLINE • DON'T BRAG • REMEMBER THAT THE POLICE CAN READ YOUR EMAIL • BE CAREFUL, NOT PARANOID • LET'S MAKE THE MEDIA CAMERAS UNWELCOME, AND HAVE EACH OTHER'S BACKS

## ...BUT PHOTOS LAST FOREVER.

find the pdf at
MTLCOUNTER-INFO.ORG

**EXHIBIT EE- Page 1 of 2**

## POUR LA PROCHAINE FOIS... POUR RESTER PLUS EN SÉCURITÉ

POURQUOI PORTER UN MASQUE? Ça nous permet d'agir sans être immédiatement reconnu‑es. Ce n'est pas suffisant de couvrir la moitié de notre visage. Même si nous réussissons à nous enfuir de la police, elle pourrait utiliser des photos ou des vidéos de nous plus tard pour nous incriminer. Il vaut mieux couvrir nos cheveux, notre visage, nos bras, nos tattoos et nos mains. Les meilleurs gants sont ceux en coton puisqu'ils ne transmettent pas les empreintes digitales contrairement aux gants en plastique ou avec du 'grip'. Assurons-nous qu'il n'y ait pas de marque qui permette d'identifier nos vêtements, nos souliers ou nos sacs-à-dos; et c'est nice d'avoir des vêtements pour se changer après s'être démasqué‑es. Si on amène des outils avec nous dans la manif, on doit les frotter avec de l'alcool pour effacer les empreintes digitales. C'est normal de se vanter et de raconter nos histoires, mais elles sont faciles à utiliser contre nous. On ne devrait pas poster sur Facebook quoi que ce soit qu'on ne montrerait pas à un flic. C'est la même chose pour Twitter, Instagram, Tumblr. Rappelons-nous que la police va lire nos textos et la liste des dernières personnes que nous avons appelées lorsqu'ils vont nous arrêter. Si on est arrêté‑es, on peut invoquer notre droit de rester absolument silencieux‑se; la seule chose qu'on doit dire c'est notre nom, notre adresse, notre date de naissance, rien de plus.

## COMMENT FAIRE UN MASQUE AVEC UN T-SHIRT



1. Revire le t-shirt à l'envers et mets le sur ta tête, tiens les manches sur le côté de ta tête.



3. Place la partie supérieure du col du t-shirt par-dessus tes sourcils.



2. Prend les manches et fais un noeud avec elles derrière ta tête.



4. Place la partie inférieure par-dessus ton nez





# L'ÉMEUTE DURE UNE NUIT

COUVRE TON VISAGE ET TES CHEVEUX • RÉFLÉCHIS AVANT D'APPELER OU DE TEXTER • PORTE DES GANTS • N'UTILISE PAS FACEBOOK, POINT • NE METS PAS TA PHOTO SUR INTERNET • NE TE VANTE PAS • RAPPELLES-TOI QUE LA POLICE PEUT LIRE TES E-MAILS • SOIT PRUDENT MAIS PAS PARANO • SORTONS LES MÉDIAS DES MANIFS ET FAISONS ATTENTION LES UNS AUX AUTRES

# LES PHOTOS DURENT POUR TOUJOURS

*Le pdf se trouve sur* MTLCOUNTER-INFO.ORG

**EXHIBIT EE- Page 2 of 2**