# EXHIBIT FF

[–] **Fgtm8089** -1 points 9 minutes ago
oh sweet irony
permalink embed parent

[–] **Neo-man** socialist :Socialism or barbarism 2 points 34 minutes ago
The only thing that this shows is that fascism in America exists only as mindless violence and is completely politically impotent, there little more then street gang's.
permalink embed

[–] **Drep_Reaper** anarchist 3 points 1 hour ago
I'm really honestly disappointed. Today was supposed to be OUR DAY.
permalink embed

[–] **The_Great_Cornlord** 1 point 2 minutes ago
So am I, comrade. So am I. But there is always another day, another riot.
permalink embed parent

[–] **immallama** 1 point 1 minute ago
IT WAS SUPPOSED TO BE *HER* TURN. REEEEEEEEE
permalink embed parent

[–] **TotesMessenger** 6 points 58 minutes ago
I'm a bot, *bleep*, *bloop*. Someone has linked to this thread from another place on reddit:

- [/r/drama] r/anarchism panics after AntiFa gets beat down and run out during Berkeley riot

*If you follow any of the above links, please respect the rules of reddit and don't vote in the other threads. (Info / Contact)*
permalink embed

[–] **immallama** 1 point 2 minutes ago
wew
permalink embed parent

[–] **dub_tree** -14 points 1 hour ago
Scrraming extremism at an extremist on the opposite end of the spectrum will only serve to solidify their intolerance of your views.

The "battleground" today is just a way to get all the idiots on both sides to waste their energy fighting, rather than coming to a consensus about other things upon which they might actually agree.

By fighting at all, you are losing, because when you are angry, you are easier to demonize, easier to predict (you will lash out), and therefore, easier to marginalize and/or control.

Civility, compromise, tolerance, and education are the weapons. Punching a fascist will just fuel them even more, which damages your cause and bolsters their resolve, because it makes you the villain in the eyes of the public, especially those who have no horse in the race.

Moderates may prove to be a strong ally, for whichever side wins them over.
permalink embed

[–] **Evolutionfire** anarcho-communist [S] 9 points 1 hour ago
What are you even doing in this sub?
permalink embed parent

[–] **dub_tree** 1 point 10 minutes ago
I browse r/all, sorted by rising, so that i might voice my opinions of reality in many places and, ideally, be convinced it's wrong by someone wiser than myself.

Acceptance of different perspectives can be enlightening and humbling, which is something we could all, as citizens of the arguably-free world, stand to have more of.

Also, as an American, I take an interest in many facets of our current political climate, because it's something that has gotten a lot of people upset (and hurt) and that's worth looking at.

Also, as humans, we tend to instinctively fear outsiders. So it can be interesting to be an outsider, especially for someone with social anxiety such as myself, just to understand why and how people respond to stuff.
permalink embed parent

[–] **MrDocProfRyan** communist but anarchism is still pretty cool 5 points 1 hour ago
> The "battleground" today is just a way to get all the idiots on both sides to waste their energy fighting, rather than coming to a consensus about other things upon which they might actually agree.

This might be the most liberal bullshit I've ever read. What the fuck are we supposed to agree on?

> Punching a fascist will just fuel them even more, which damages your cause and bolsters their resolve

Antifascist tactics aren't about convincing anyone. That's what propoganda, education, etc. are for. Antifa is only there to keep committed fascists from organizing a physical presence.

> because it makes you the villain in the eyes of the public, especially those who have no horse in the race.

Most liberals I've actually talked to seem happy whenever someone attacks a white nationalist, but I admittedly don't know actual public opinion stats here.

> Moderates may prove to be a strong ally, for whichever side wins them over.

Maybe if they stop being fucking moderates.
permalink embed parent

[–] **dub_tree** 1 point just now
> This might be the most liberal bullshit I've ever read. What the fuck are we supposed to agree on?

The idea that humanity's actions, and the consequences thereof, should not be detrimental to survival of life on this planet. For starters.

> Antifascist tactics aren't about convincing anyone. That's what propoganda, education, etc. are for. Antifa is only there to keep committed fascists from organizing a physical presence.

What a person intends, and the message they actually communicate, can often be two completely different things. Intentions are much more subjective, and fallible, than outcomes.

> Most liberals I've actually talked to seem happy whenever someone attacks a white nationalist, but I admittedly don't know actual public opinion stats here.

Yes, schadenfreude is very real, especially among adversaries. I was not trying to speak for liberals, as I do not consider myself aligned with the tenets they seem to embody. I was speaking more of the general public, and how most people just want to get on with life without fighting. At least, that's my perception of it, from most people I've met. But this will, of course, vary from person to person.

> Maybe if they stop being fucking moderates.

Their worth is implicit in their identification. Think of politics as a see-saw, with both extremes on either end. When that see-saw breaks, it does so at the very middle, where the fulcrum is. And also, like a see-saw, even a slight change in the position of the fulcrum will drastically alter the balance of the entire contraption.
permalink embed parent

[–] **crsstev** anarcho-communist 6 points 1 hour ago
No, "moderates" will continue to do what they've always done: bury their fucking heads in the sand.
permalink embed parent

[–] **SSG_Metal** anarchist 0 points 1 hour ago
Moderates by definition support the status quo, but if when faced with the realities of fascism and nazism they still decide to support their ability to propagate, those moderates deserve one fate. And that fate is the same one any fascists deserve.
permalink embed parent

[–] **dub_tree** 0 points 20 minutes ago*
Most people cannot relate to extremist behavior. The populace is comprised of a bunch of "most people." edit: and we are supposed to be governed by the many, not the whims of a few extremists

Moderate does not mean inactive. It means not blindly throwing one's self toward a cause based on emotional response. It can mean many things, and to generalize out of lack-of-perspective only closes you off to new ideas.

But it sounds like you're full of gloom, and bent on getting to decide who deserves what.
permalink embed parent

[–] [deleted] 1 hour ago
[removed]

[–] **Sssgth** mutualist / solidarity and self-determination 7 points 1 hour ago
Kill yourself, fascist scum.
permalink embed

[–] **The_Great_Cornlord** 3 points 1 hour ago
> alt left

and then

> DEUS VULT

not sure if liberal or fash
permalink embed

[–] **krashnburn200** 0 points 1 hour ago
> DEUS VULT.

Allahu Akbar

ftfy
permalink embed

[–] **immallama** -1 points 4 minutes ago
Man, I feel bad for you guys. Must suck, losing literally all the time.
permalink embed

[–] **downonthesecond** -10 points 1 hour ago
If some people don't wear masks, they wouldn't have to leave the area if they lose them or they're ripped off, then they could hold their ground better.
permalink embed


about
blog
about
source code
advertise
careers

help
site rules
FAQ
wiki
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website
buttons

<3
reddit gold
redditgifts





Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2017 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.




Cookies help us deliver our Services. By using our Services or clicking I agree, you agree to our use of cookies. Learn More I AGREE