# EXHIBIT GG

Southern Poverty Law Center has been surveilling all the "Anti-sharia law" June 10th Facebook events and has screenshots of very hateful and racist comments and pictures that some of the to be attendees posted.

We need as many people as possible, as the organizers of the anti-Muslim march will try to bring people from out of Southern California area and possibly out of state. Additionally this will be the only anti-Muslim march sponsored by ACT for America in Southern California.

The climate in Portland was perfect for a victory against the fascists, even the mayor was in support of shutting down the rally. Here in San Bernardino, the social and political climate favor the fascists. Despite this, our community organizers have been able to assemble a sizable force of dedicated leftists to combat these bigots. With the help of radical anti-fascists, we can make June a month that fascists will never forget.

Our goal is to SHUT the anti-muslim march DOWN.



PROTECT OUR MUSLIM BROTHERS AND SISTERS!
JOIN THE COUNTER DEMONSTRATION TO RESIST FASCISM, RACISM AND NAZISM!

WHEN: JUNE 10TH @ 8AM
WHERE: WATERMAN AVE & ORANGE SHOW RD, SAN BERNARDINO

A recognized anti Muslim hate group, ACT for America, is hosting a "march against sharia law" on the site of the San Bernardino terrorist attack. The attack on the inland regional center was devastating for our community, but we cannot let it be used as an excuse to turn to the bigotry and violence of white nationalism. We as a community must come together and stand in solidarity against the racism that this group has invited to our city. We will meet across the street from the memorial.

Liked it? Take a second to support It's Going Down!



SHARE
Facebook  Twitter  Google+

## About the author:

Anonymous Contributor
https://itsgoingdown.org/contribute/

This submission was sent to It's Going Down anonymously through itsgoingdown.org/contribute. IGD is not the author nor are we responsible for the post content.



RELATED ARTICLES    MORE FROM AUTHOR





    

To Our Comrades: The Victories of Antifa and Our Future Struggles

Spencer's Website Endorses "Leaderless Resistance" of KKK

Call For a Week of Actions Against the Oil Lobby: Solidarity with the Fight Against Jones In Gaspesie

Gulf South Indigenous Led Mutual Aid for Hurricane Harvey: How You Can Help

Against Censorship, Against White Supremacy: Spencer Denied Speaking Gig at UNC



FOLLOW US ON INSTAGRAM @ITS.GOING.DOWN



Mailing List
@IGD_News
Tweets by IGD_News
Support our work
Channel Zero Network Stream
ABOUT US
It's Going Down is a digital community center for anarchist, anti-fascist, autonomous anti-capitalist and anti-colonial movements. Our mission is to provide a resilient platform to publicize and promote revolutionary theory and actions.
Contact us: info@itsgoingdown.org
FOLLOW US