# EXHIBIT JJ



Receive alerts from your local agencies  [Sign Up]  ...or text your ZIP CODE to 888777 for mobile alerts

Registered Subscribers: Sign In Here ◄

Full Notification

### Berkeley Police Department ✓ certified

Sunday August 27th, 2017 :: 08:06 p.m. PDT

   

 **Berkeley Police make 13 arrests during today's demonstrations.** *Message Expired*

Today, the Berkeley Police Department, the Berkeley Fire Department, Public Works, Parks and Recreation, and a variety of city staff, and our Law Enforcement Mutual Aid partners, worked to safeguard the peaceful expression of freedom of speech, while keeping people on our streets and parks safe.

Thirteen people were arrested on a variety of charges, including assault with a deadly weapon, felony assault, and violations of the Berkeley Municipal Code.

One officer was injured during an arrest and several officers were struck with paint. Six people were injured and treated by paramedics. Two of those individuals were transported to local hospitals for treatment.

The Berkeley Police Department's investigation into crimes committed during today's demonstration is continuing. To help further our investigations, we are asking members of the public to send us photos or videos of today's events, using any web-enabled device by visiting http://bit.ly/berkvideo.

The Berkeley Police Department is extremely appreciative of the support provided to our community by law enforcement agencies throughout the region, including the Alameda County Sheriff's Office, the Oakland Police Department, the California Highway Patrol, the University of California Police Department, and Police Departments from the cities of Alameda, San Leandro, Hayward, Fremont, Union City, and Newark, and the Alameda County District Attorney's Office.

Arrested were:

| Name | Description | Charges |
|---|---|---|
| Vasquez, Seth | 25 year old male from Berkeley | BMC 6.32.030 & BMC 13.36.065 |
| Misohink, Mark | 23 year old male from Berkeley | BMC 6.32.030 & BMC 13.36.065 |
| Dominic, James | 23 year old male from Oakland | PC 182(a)(1) |
| Wyrick, Kristopher | 39 year old male from Alpine | PC 415(1) |
| Pankau, Harlan | 38 year old male from Jamul | PC 647(f) |
| Smith, Levi | 32 year old male from Sparks, NV | BMC 13.36.065 & BMC 6.32.030 |
| Hines, Sean | 20 year old male from Santa Rosa | PC 148(a)(1) & BMC 13.36.065 |
| Moorman, Brittany | 26 year old female from Oakland | BMC 13.36.065 & BMC 6.32.030 |
| Mendez, Yesenia | 22 year old female, Unknown City | PC 245(a)(1) & PC 148(a)(1) & PC 185 |
| Gillespie, Emily | 24 year old female from Berkeley | PC 242 |
| Dougan, Sean | 47 year old male from Portland, OR | PC 242 & PC 594(a) & PC 404.6(a) |
| Moore, Rachel | 40 year old female from Oakland | PC 243(d) |
| Phillips, Joshua | 36 year old male from Oakland | PC 148(a)(1) & PC 405 |

**Address/Location**
Berkeley Police Department
2100 Martin Luther King Junior Way
Berkeley, CA 94704

**Contact**
Emergency: 9-1-1
Non-emergencies: 510-981-5900

Message and data rates may apply. Message frequency varies. Terms and privacy.

Company Overview | Contact | Careers | Terms of Service | Privacy Policy | FAQs

Powered by Nixle. © 2018 Everbridge, Inc.