# EXHIBIT KK

*Filed Under Seal*