# EXHIBIT LL
# *Filed Under Seal*