# EXHIBIT MM:

MM - Hunt. Beach Rally - 2017-3-25_USA_00008673_UNDER SEAL.mp4

# *Manually Filed Under Seal*