# EXHIBIT NN:

NN - Berkeley Rally - 2017-04-15_USA_00006_UNDER SEAL.MTS

*Manually Filed Under Seal*