# EXHIBIT OO:

OO - Berkeley Rally - 2017-04-15_USA_00000045_UNDER SEAL.mp4

*Manually Filed Under Seal*