# EXHIBIT SS

## DECLARATION OF MARIA SAPENE

I, Maria Sapene, declare:

1.      I am the Chief of the Litigation Support Unit in the Office of the Federal Public Defender for the Central District of California.

2.      I obtained materials in support of the Motion to Dismiss for Selective Prosecution (hereinafter, "Motion").  They are contained at Exhibits T through JJ and <u>under seal</u> Exhibit TT.  I obtained these materials through open-source investigation.  This includes using tools like the Wayback Machine at Archive.org to retrieve and preserve now-deleted or deactivated links; reviewing responses to California Public Record Act ("PRA") or Freedom of Information Act ("FOIA") requests; reviewing public information posted by law enforcement agencies (*e.g.,* Nixle Notifications, arrest logs, social media posts); and other matters of public record, like social media, and internet searches.  I specify how I obtained the materials in these Exhibits here:

3.      Exhibit T - Joint Intelligence Bulletin, *California: Escalation in Anti-Fascist, Right-Wing Extremist Violence*, States Threat Assessment Center & Northern California Regional Intelligence Ctr. (June 26, 2017).  I obtained this from a response to a PRA request to the California Office of Emergency Services.

4.      Exhibit U - *Forming An Antifa Group:  A Manual*, ItsGoingDown.org (Feb. 16, 2017).  I obtained this through open-source investigation of the ItsGoingDown.org website.

5.      Exhibit V - *No "FREE SPEECH" FOR FASCISTS! Mass, militant demonstration shuts down Sacramento Neo-Nazi rally!*,  BAMN: Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary (June 26, 2016).  I obtained this through open-source investigation of the ItsGoingDown.org website.

6.      Exhibit W - Interview Clip -- Yvette Felarca, BAMN.com (June 26, 2016).  I obtained this through open-source investigation of the ItsGoingDown.org website.

7.      Exhibit X - *Shut Down Milo Yiannopoulos*, BAMN: Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary (Jan. 31, 2017). I obtained this through open-source investigation of the ItsGoingDown.org website.

8.      Exhibit Y - FBI Rpt. re: BAMN Fliers -- Feb. 1, 2017 Milo Yiannopoulos Berkeley Speech.  I obtained this from a response to a FOIA request to the FBI.

9.      Exhibit Z - Citizen Email to Berkeley Mayor's Office re: March 4 Trump Rally (March 5, 2017).  I obtained this from a response to a PRA request to the Berkeley Police Department.

10.     Exhibit AA - Officer Awareness Bulletin, *(LES) ANTIFA & ANTI-ANTIFA MOVEMENT SYMBOLS*, Symbol Intelligence Group (March 15, 2017).  I obtained this from a response to a PRA request to the California Office of Emergency Services**.**

11.     Exhibit BB - Email from DHS Officer re: Huntington Beach Event (March 28, 2017).  I obtained this from a response to a PRA request to the Orange County Sheriff's Department**.**

12.     Exhibit CC - Bay Area Committee Against Fascism, *Why the Bay Area Must Shut Down the Alt-Right Rally on April 15th*, IndyBay - East Bay (April 5, 2017). I obtained this through open-source investigation of the IndyBay.org website.

13.     Exhibit DD - Pamphlet, *Message in a Bottle*, It's Going Down (undated). I obtained this through open-source investigation of the ItsGoingDown.org website, which linked to the pamphlet.

14.     Exhibit EE - Pamphlet, *The Riot is One Night*, It's Going Down (undated). I obtained this through open-source investigation of the ItsGoingDown.org website, which linked to the pamphlet.

15.     Exhibit FF - Thread, *The troubling implications of the conflict in Berkeley today*, Reddit.com/r/anarchism (April 16, 2017).  I obtained this through open-source investigation of the website Reddit.com and Archive.is, which contained the thread.

16.     Exhibit GG - *San Bernardino, CA:  Counter-Demonstrate Against Islamophobic March*, It's Going Down.org (June 6, 2017).  I obtained this through open-source investigation of the ItsGoingDown.org website.

17.     Exhibit HH - *Domestic Terrorist Violence at Lawfully Permitted White Supremacist Rallies Likely to Continue*, Dep't Homeland Security, Office of Intelligence & Analysis (Aug. 9, 2017).  I obtained this from a response to a FOIA request to the Department of Homeland Security.

18.     Exhibit II - *Revealed: This is Palantir's Top-Secret User Manual for Cops*, Vice News (July 12, 2019).  I obtained this through open-source investigation of the Vice.com website.

19.     Exhibit JJ - *Berkeley Police make 13 arrests during today's demonstration*, Nixle Notification - Berkeley Police Department (Aug. 27, 2017).  I obtained this through an open-source investigation of the Berkeley Police Department Nixle page.

20.     Under seal Exhibit - TT.  This is an Excel sheet listing the relevant information about people arrested at various protests described in the Motion.  I obtained this information from the following sources:  arrest reports contained in discovery produced by the government in this case, open-source investigation into law enforcement agency websites, news articles, and social media posts from law enforcement agencies and individual users.  Where I obtained the information from a social media post or news article, I linked that information within under seal Exhibit TT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2024, at Los Angeles, California.


*/s/ Maria Sapene                          .*
Maria Sapene

3