# Exhibit TT:

*Filed Under Seal*