CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Robert Rundo's Motion to Dismiss Due to Selective Prosecution is hereby GRANTED. The First Superseding Indictment [Dkt. No. 209] is hereby dismissed with prejudice.

DATED:                                            _____
                                                  HONORABLE CORMAC J. CARNEY
                                                  United States District Judge

OR:

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the government produce the discovery requested by the defense, as set forth in Exhibit PP to Defendant Robert Rundo's Motion to Dismiss Due to Selective Prosecution.

DATED:

                                        HONORABLE CORMAC J. CARNEY
                                        United States District Judge