CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RUNDO,<br><br>　　　　Defendant. | Case No. CR 18-759-CJC<br><br>**[PROPOSED] ORDERS IN THE ALTERNATIVE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following document entitled: "Exhibits A through R, and Exhibits KK, LL, MM, NN, OO, and TT to Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" and an unredacted copy of the Motion to Dismiss for Selective Prosecution shall be filed under seal.

DATED: January ___, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　United States District Judge

**OR**

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the documents entitled document entitled: "Exhibits A through R, and Exhibits KK, LL, MM, NN, OO, and TT to Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" and the unredacted copy of the Motion to Dismiss for Selective Prosecution are not to be filed. The Clerk is directed to return such documents to defense counsel.

DATED: January ___, 2024

HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender