CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT RUNDO, <br><br> Defendant. | Case No. CR 18-759-CJC <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Robert Rundo's Motion to Strike is hereby GRANTED. The information contained in alleged Overt Act Nos. 34-49 at paragraph 7 of the First Superseding Indictment [Dkt. No. 209] are hereby stricken from the indictment.

DATED:

_____
HONORABLE CORMAC J. CARNEY
United States District Judge