**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00759-CJC-1 |
| Plaintiff, | **ORDERS GRANTING EX PARTE APPLICATION FOR ACCEPTANCE OF OVERSIZED BRIEF [282]** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Defendant Robert Rundo's Ex Parte Application for Acceptance of Oversized Brief is GRANTED.

DATED: January 16, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender