# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT RUNDO,<br><br>    Defendant. | Case No. 2:18-cr-00759-CJC-1<br><br>**ORDERS [283]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following document entitled: "Exhibits A through R, and Exhibits KK, LL, MM, NN, OO, and TT to Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" and an unredacted copy of the Motion to Dismiss for Selective Prosecution shall be filed under seal.

DATED: January 16, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

**OR**

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the documents entitled document entitled: "Exhibits A through R, and Exhibits KK, LL, MM, NN, OO, and TT to Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" and the unredacted copy of the Motion to Dismiss for Selective Prosecution are not to be filed. The Clerk is directed to return such documents to defense counsel.

DATED: January ___, 2024

HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender

2