CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC |
|---|---|
| Plaintiff, | **NOTICE OF LODGING** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

Defendant Robert Rundo, by and through his counsel of record, Deputy Federal Public Defenders Julia Deixler and Erin M. Murphy, hereby lodges the enclosed Table of Exhibits to Motion to Dismiss for Selective Prosecution (Dkt No. 281).

                                                    Respectfully submitted,

                                                    CUAUHTEMOC ORTEGA
                                                    Federal Public Defender

DATED: January 17, 2024      By  */s/ Erin M. Murphy*
                                                     ERIN M. MURPHY
                                                   Deputy Federal Public Defender