## TABLE OF EXHIBITS

| Exhibit Number | Filing Method | Bates-number(s) (if applicable) | Description |
|---|---|---|---|
| Exhibit A | Under Seal | USA_00028503-512 | Arrest report for A.B. |
| Exhibit B | Under Seal | USA_0028619-623 | Arrest report for C.Y. |
| Exhibit C | Under Seal | USA_00042372-76, | Arrest report for J.F |
| Exhibit D | Under Seal | USA_0042360-71 | Arrest report for J.A. |
| Exhibit E | Under Seal | USA_42354-59 | Arrest report for J.A. |
| Exhibit F | Under Seal | USA_201269-71, | Federal Bureau of Investigation report regarding law enforcement officer S.F. |
| Exhibit G | Under Seal | USA_201279-80 | Federal Bureau of Investigation report regarding law enforcement officer S.M. |
| Exhibit H | Under Seal | USA_28560-66 | Arrest report for R.S. |
| Exhibit I | Under Seal | USA_28587-94 | Arrest report for G.J. |
| Exhibit J | Under Seal | USA_28612-13 | Arrest report for C.S. |
| Exhibit K | Under Seal | USA_28492-96 | Arrest report for R.S. |
| Exhibit L | Under Seal | USA_28477-84 | Arrest report for E.Y. |
| Exhibit M | Under Seal | USA_28461-65 | Arrest report for J.C. |
| Exhibit N | Under Seal | USA_28579-84 | Arrest report for Mr. Rundo |
| Exhibit O, | Under Seal | USA_28597-609 | Arrest report for J.D |
| Exhibit P | Under Seal | USA_28468-74 | Arrest report for M.V. |
| Exhibit Q | Under Seal | USA_00019875-89 | March 5, 2018 Federal Bureau of Investigation report. |
| Exhibit R | Under Seal | USA_00020098-99 | October 18, 2018 Federal Bureau of Investigation report |
| Exhibit S | Public/E-Filed | N/A | Cited publicly-available news articles |
| Exhibits T | Public/E-Filed | N/A | Joint Intelligence Bulletin, *California: Escalation in Anti-Fascist, Right-Wing Extremist Violence*, States Threat Assessment Center & Northern California Regional Intelligence Ctr. (June 26, 2017). |
| Exhibit U | Public/E-Filed | N/A | *Forming An Antifa Group: A Manual*, ItsGoingDown.org (Feb. 16, 2017). |

TABLE OF EXHIBITS

| Exhibit V | Public/E-Filed | N/A | *No "FREE SPEECH" FOR FASCISTS! Mass, militant demonstration shuts down Sacramento Neo-Nazi rally!*, BAMN: Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary (June 26, 2016). |
|---|---|---|---|
| Exhibit W | Manually Filed | N/A | Interview Clip -- Yvette Felarca, BAMN.com (June 26, 2016). |
| Exhibit W-1 | Public/E-Filed | N/A | Transcript Interview Clip -- Yvette Felarca, BAMN.com (June 26, 2016). |
| Exhibit X | Public/E-Filed | N/A | *Shut Down Milo Yiannopoulos*, BAMN: Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary (Jan. 31, 2017). |
| Exhibit Y | Public/E-Filed | N/A | FBI Rpt. re: BAMN Fliers -- Feb. 1, 2017 Milo Yiannopoulos Berkeley Speech. |
| Exhibit Z | Public/E-Filed | N/A | Citizen Email to Berkeley Mayor's Office re: March 4 Trump Rally (March 5, 2017). |
| Exhibit AA | Public/E-Filed | N/A | Officer Awareness Bulletin, *(LES) ANTIFA & ANTIANTIFA MOVEMENT SYMBOLS*, Symbol Intelligence Group (March 15, 2017). |
| Exhibit BB | Public/E-Filed | N/A | Email from DHS Officer re: Huntington Beach Event (March 28, 2017). |
| Exhibit CC | Public/E-Filed | N/A | Bay Area Committee Against Fascism, *Why the Bay Area Must Shut Down the Alt-Right* |

TABLE OF EXHIBITS

| | | | |
|---|---|---|---|
| | | | *Rally on April 15th*, IndyBay - East Bay (April 5, 2017). |
| Exhibit DD | Public/E-Filed | N/A | Pamphlet, *Message in a Bottle*, It's Going Down (undated). |
| Exhibit EE | Public/E-Filed | N/A | Pamphlet, *The Riot is One Night*, It's Going Down (undated). |
| Exhibit FF | Public/E-Filed | N/A | Thread, *The troubling implications of the conflict in Berkeley today*, Reddit.com/r/anarchism (April 16, 2017). |
| Exhibit GG | Public/E-Filed | N/A | *San Bernardino, CA: Counter-Demonstrate Against Islamophobic March*, It's Going Down.org (June 6, 2017). |
| Exhibit HH | Public/E-Filed | N/A | *Domestic Terrorist Violence at Lawfully Permitted White Supremacist Rallies Likely to Continue*, Dep't Homeland Security, Office of Intelligence & Analysis (Aug. 9, 2017). |
| Exhibit II | Public/E-Filed | N/A | *Revealed: This is Palantir's Top-Secret User Manual for Cops*, Vice News (July 12, 2019). |
| Exhibit JJ | Public/E-Filed | N/A | *Berkeley Police make 13 arrests during today's demonstration*, Nixle Notification - Berkeley Police Department (Aug. 27, 2017). |
| Exhibit KK | Under Seal | USA 00065325, USA 00065402, USA 00065405, USA 00065549, USA 00000083, and USA 00065409. | Photographs of Berkeley event |
| Exhibit LL | Under Seal | USA00029393-96, USA00028708-12, USA00028673-76, | Compiled RightBrandWear Federal Bureau of Investigation Reports |

## TABLE OF EXHIBITS

|  |  | USA00029140-43, USA00042247-50, USA00029107-10, USA00029032-35, USA00028683-86, and USA00030172-75. |  |
|---|---|---|---|
| Exhibit MM | Under Seal/Manual Filing | USA_00008673 | Video: Huntington Beach Rally, March 25, 2017, USA_00008673.mp4." |
| Exhibit NN | Under Seal/Manual Filing | USA_00006. | Video: Berkeley Rally, April 15, 2017, USA_00006.mts |
| Exhibit OO | Under Seal/Manual Filing | USA_00000045 | Video: Berkeley Rally, April 15, 2017, USA_00000045.mp4 |
| Exhibit PP | Public/E-Filed | N/A | Defense discovery request sent Dec. 13, 2023. |
| Exhibit QQ | Public/E-Filed | N/A | Government discovery response received Jan. 9, 2024 |
| Exhibit RR | Public/E-Filed | N/A | Declaration of Brittany Klein; Exhibits |
| Exhibit SS | Public/E-Filed | N/A | Declaration of Maria Sapene |
| Exhibit TT | Filed Under Seal | N/A | Arrest report spreadsheet |