UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LACR 18-00759-CJC-1-2 | Date | January 26, 2024 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Rolls Royce Paschal | Not Reported | Annamartine Salick – Not Present<br>Kathrynne N. Seiden – Not Present<br>Solomon Kim – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Julia Deixler | Not |  | X |
|  |  |  |  | Brianna Fuller Mircheff | Not |  | X |
| Robert Paul Rundo | Not | X |  | Erin M. Murphy | Not |  | X |
| Robert Boman | Not |  | X | Peter C. Swarth | Not |  | X |

| PROCEEDINGS: | (IN CHAMBERS) ORDER REQUESTING DEFENDANT BOMAN'S POSITION ON PENDING MOTIONS [Dkts. 281, 286, 287] |
|---|---|

  On January 15, 2024, Defendant Rundo filed a motion to dismiss for selective prosecution, a motion to dismiss for failure to state a claim under Federal Rule of Criminal Procedure 12 and under the Due Process Clause of the Fifth Amendment, and a motion to strike allegations regarding the Charlottesville rally.  (*See* Dkts. 281, 286, 287.)  The government's oppositions are due no later than February 5, 2024, and replies, if any, are due no later than February 12, 2024.  (Dkt. 275.)  Defendant Boman is hereby **ORDERED** to file either a statement of joinder in or non-opposition to Defendant Rundo's motions **no later than January 31, 2024**.

                     _____  :  _____
                Initials of Deputy Clerk   rrp