THE LAW OFFICE OF PETER SWARTH
PETER SWARTH, SBN 143573
6520 Platt Ave., #557
West Hills, CA 91307
Telephone:     (818) 887-8800
Facsimile:      (323) 843-9232
E-Mail:          pswarth@gmail.com

Attorney for Defendant
Robert Boman

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                         Plaintiffs,       )<br>                                                             )<br>           v.                                              )<br>                                                             )<br>ROBERT BOMAN                              )<br>                                                             )<br>                                                             )<br>                                                             )<br>                                                             )<br>                                                             )<br>                                                             ) | CASE NO: 8:18-cr-759-CJC-2<br><br>DEFENDANT ROBERT BOMAN'S JOINDER IN DEFENDANT ROBERT RUNDO'S MOTION TO DISMISS FOR SELECTIVE PROSECUTION (DOC. 281).<br><br>DATE: February 26, 2024<br>TIME:  9:00 AM<br>COURT: Courtroom of the Hon.<br>            Cormac J. Carney |

   TO THE CLERK OF THE ABOVE ENTITLED COURT, AND TO: UNITED STATES ATTORNEY E. MARTIN ESTRADA AND ASSISTANT UNITED STATES ATTORNEYS KATHRYNNE SEIDEN AND SOLOMON KIM:

   PLEASE TAKE NOTICE that Defendant ROBERT BOMAN, hereby joins in the MOTION TO DISMISS FOR SELECTIVE PROSECUTION filed by co-defendant Robert Rundo (Doc 281).

Dated: January 28, 2024                              Respectfully submitted,


                                                                    _____s/_____
                                                                    Peter Swarth
                                                                    Attorney for Robert Boman