THE LAW OFFICE OF PETER SWARTH
PETER SWARTH, SBN 143573
6520 Platt Ave., #557
West Hills, CA 91307
Telephone:   (818) 887-8800
Facsimile:   (323) 843-9232
E-Mail:   pswarth@gmail.com

Attorney for Defendant
Robert Boman

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>v.<br><br>ROBERT BOMAN | CASE NO: 8:18-cr-759-CJC-2<br><br>DEFENDANT ROBERT BOMAN'S JOINDER IN DEFENDANT ROBERT RUNDO'S MOTION TO DISMISS UNDER THE DUE PROCESS CLAUSE AND FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B).<br><br>DATE: February 26, 2024<br>TIME: 9:00 AM<br>COURT: Courtroom of the Hon.<br>          Cormac J. Carney |

TO THE CLERK OF THE ABOVE ENTITLED COURT, AND TO: UNITED STATES ATTORNEY E. MARTIN ESTRADA AND ASSISTANT UNITED STATES ATTORNEYS KATHRYNNE SEIDEN AND SOLOMON KIM:

     PLEASE TAKE NOTICE that Defendant ROBERT BOMAN, hereby joins in the MOTION TO DISMISS UNDER THE DUE PROCESS CLAUSE AND FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B) filed by co-defendant Robert Rundo (Doc. 286).

Dated: January 28, 2024                     Respectfully submitted,


                                                       s/
                                         Peter Swarth
                                         Attorney for Robert Boman