CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RUNDO,<br><br>　　　　Defendant. | Case No. CR 18-759-CJC-1<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT RUNDO'S *EX PARTE* APPLICATION REQUESTING STATUS CONFERENCE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a status conference regarding the matters addressed in Defendant Robert Rundo's *Ex Parte* Application Requesting a Status Conference representation is set for February 2, 2024 at 10:00 a.m.

DATED:

　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*/s/ Erin M. Murphy*
Deputy Federal Public Defender