NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC-1-2 |
| Plaintiff, | **ORDER GRANTING DEFENDANT ROBERT RUNDO'S *EX PARTE* APPLICATION REQUESTING STATUS CONFERENCE [299]** |
| v. | |
| 1) ROBERT PAUL RUNDO;<br>2) ROBERT BOMAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a status conference regarding the matters addressed in Defendant Robert Rundo's *Ex Parte* Application Requesting a Status Conference representation is set for **February 2, 2024 at 10:00 a.m.**  Counsel, defendants Robert Paul Rundo and Robert Boman are ordered to be present in-person for this hearing.

DATED:  February 1, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Erin M. Murphy*
Deputy Federal Public Defender