**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CR 18-00759-CJC-1-2 | Date February 2, 2024 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Rolls Royce Paschal | Debbie Hino-Spaan | Kathrynne Seiden; Solomon Kim |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | X | X | | 1) Julia Deixler, DFPD; Erin Murphy, DFPD | X | X | |
| 2) Robert Boman | X | | X | 2) Peter Swarth, CJA | X | X | |

**PROCEEDINGS:   STATUS CONFERENCE**

Status Conference held.

Cause is called for hearing and counsel make their appearances.   For the reasons stated on the record, a further status conference is set for **February 12, 2024, at 8:00 a.m.**

The Court, with the agreement of counsel, advances Defendant Robert Rundos Motion to Dismiss [281], Defendant Robert Rundos Motion to Dismiss [286], Defendant Robert Rundos Motion to Strike [287], Defendant Robert Boman's Joinder in Defendant Robert Rundo's Motion to Dismiss (Doc. 281) [293], Defendant Robert Boman's Joinder in Defendant Robert Rundo's Motion to Dismiss [294] and Defendant Robert Boman's Joinder in Defendant Robert Rundo's Motion to Strike [295] to **February 21, 2024, at 9:00 a.m.**

00 : 33

Initials of Deputy Clerk   rrp

**cc:**