E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0631/2450
     Facsimile: (213) 894-2927
     E-mail:    kathrynne.seiden@usdoj.gov
                solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>ROBERT RUNDO et al.,<br><br>             Defendants. | No. 2:18-759-CJC<br><br>GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF; DECLARATION OF KATHRYNNE N. SEIDEN |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kathrynne N. Seiden and Solomon Kim, hereby applies ex parte for leave to file an oversized brief.  This ex parte application is based upon the attached declaration of Kathrynne N. Seiden.

//

//

//

//

Counsel for defendants do not object to this ex parte application or to the government's filing of an oversized brief.

Dated: February 5, 2024             Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    CAMERON L. SCHROEDER
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                     */s/ Kathrynne N. Seiden*
                                    KATHRYNNE N. SEIDEN
                                    SOLOMON D. KIM
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF KATHRYNNE N. SEIDEN**

I, Kathrynne N. Seiden, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys assigned to represent the government in this case.

2. The government requests permission to file an oversized brief in response to Defendants' Motion to Dismiss for Selective Prosecution. Given the nature of the motion, the government submits that an oversized brief is necessary to present the Court with a sufficient factual record and to respond in full to defendants' arguments.

3. I have conferred with counsel for defendants regarding this request. Counsel do not oppose the filing of an oversized brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 5, 2024.

*/s/ Kathrynne N. Seiden*
KATHRYNNE N. SEIDEN