UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT RUNDO et al.,<br><br>　　　　Defendants. | No. 2:18-cr-759-CJC-1-2<br><br>ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION TO FILE AN OVERSIZED BRIEF |

　　　The Court has read and considered the government's unopposed ex parte application for leave to file an oversized brief in opposition to defendants' motion to dismiss for selective prosecution.

//

//

//

//

//

//

//

For good cause shown, IT IS HEREBY ORDERED that the government's unopposed ex parte application is GRANTED and the government's oversized brief in opposition to defendants' motion to dismiss for selective prosecution shall be accepted.

IT IS SO ORDERED.

February 5, 2024
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

KATHRYNNE N. SEIDEN
SOLOMON D. KIM
Assistant United States Attorneys