DECLARATION OF KATHRYNNE N. SEIDEN

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys assigned to represent the government in United States v. Rundo et al., 2:18-CR-759-CJC.

2. Attached as **Exhibits 1** and **2** are videos of a protest that occurred in Huntington Beach, California on March 25, 2017, which were produced to defendants at USA_00008670 and USA_00008574, respectively.

3. Attached as **Exhibits 3** and **4** are videos of a protest that occurred in Berkeley, California on April 15, 2017, which were produced to defendants at USA_00065862 and USA_00000052, respectively.

4. Attached as **Exhibit 5** is an FBI report dated September 20, 2017, which was produced to defendants at USA_00003006-07.

5. Attached as **Exhibit 6** is an FBI report dated January 2, 2018, which was produced to defendants at USA_00003017-3030.

6. Attached as **Exhibit 7** are excerpts from Robert Boman's Facebook account, which were produced to defendants at USA_00000189.

7. Attached as **Exhibit 8** is an FBI report dated August 24, 2018, which was produced to defendants at USA_00008878-880.

8. Attached as **Exhibit 9** are excerpts from the Rise Above Movement Instagram account, which were produced to defendants at USA_00070445, 70458-59, and 70474.

9. Attached as **Exhibit 10** is a report from the California Department of Parks and Recreation related to the March 25, 2017 arrest of N.H., which was produced to defendants at USA_00042377-

1. 42382.
2.    10. Attached as **Exhibit 11** is a report from the Berkeley Police Department related to the April 15, 2017 arrest of L.D., which was produced to defendants at USA_00028487-89.
3.    11. Attached as **Exhibit 12** is a report from the Berkeley Police Department related to the April 15, 2017 arrest of L.R., which was produced to defendants at USA_00028551-57.
4.    12. Attached as **Exhibit 13** is a report from the San Bernardino Police Department dated June 10, 2017, which was produced to defendants at USA_00029851-55.

# **Exhibits 1-4**

Manually Lodged

# Exhibits 5-13

Filed Under Seal