Kathrynne N. Seiden (Cal. Bar No. 310902)
United States Attorney's Office
312 North Spring Street Ste. 1500
Los Angeles, CA 90026
(213) 894-0631

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-CR-759(A)-CJC |
| v. | |
| Robert Rundo et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

1. Exhibits 1-4 to Seiden Decl. ISO Government's Opposition to Defendants' Motion to Dismiss for Selective Prosecution (videos)
2. Exhibits 5-13 to Seiden Decl. ISO Government's Opposition to Defendant's Motion to Dismiss for Selective Prosecution (sealed exhibits)

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 5, 2024
Date

Kathrynne N. Seiden
Attorney Name

United States of America
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                       NOTICE OF MANUAL FILING OR LODGING