Erin M. Murphy (Bar No. 285087)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-759-CJC-1 |
| v. | |
| Robert Rundo, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

1. [In Camera, Under Seal] Ex Parte Application to File In Camera
2. [In Camera, Under Seal] Proposed Order
3. In Camera & Under Seal Documents

**Reason:**
[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

February 8, 2024
Date

Erin M. Murphy
Attorney Name

Robert Rundo
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                   **NOTICE OF MANUAL FILING OR LODGING**