**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CR 18-00759-CJC-1-2 | Date: February 12, 2024 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Rolls Royce Paschal | Debbie Hino-Spaan | Kathrynne Seiden; Solomon Kim |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | X | X | | 1) Julia Deixler, DFPD; Erin Murphy, DFPD | X | X | |
| 2) Robert Boman | X | | X | 2) Peter Swarth, CJA | X | X | |

**PROCEEDINGS:   STATUS CONFERENCE**

Status Conference held.

Cause is called for hearing and counsel make their appearances.   For the reasons stated on the record, the government shall disclose tentative witness and exhibit lists to defense counsel by February 26, 2024.

Counsel shall meet and confer and submit a hearing and briefing schedule regarding motions in limine.

00 : 29

Initials of Deputy Clerk   rrp

CC: