CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC |
| Plaintiff, | **[PROPOSED] ORDERS IN THE ALTERNATIVE** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following document entitled: "Exhibits A and B to Reply in Support of Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" shall be filed under seal.

DATED: February ___, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

**OR**

1    NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

2   the document entitled: "Exhibits A and B to Reply in Support of Defendant Robert

3   Rundo's Motion to Dismiss for Selective Prosecution" is not to be filed. The Clerk is

4   directed to return such document to defense counsel.

6   DATED: February ___, 2024        _____

7                                    HONORABLE CORMAC J. CARNEY
                                     United States District Judge
8

10  Presented by:

12  */s/ Erin M. Murphy*
    ERIN M. MURPHY
13  Deputy Federal Public Defender

2