# EXHIBIT A
*Concurrently filed under seal*