# EXHIBIT B

*Concurrently filed under seal*