EXHIBIT D

# Santa Rosa man among protesters arrested in violent Berkeley clash

The 20-year-old former Mesa High student identifies himself as an antifa activist on his Facebook page.




**SLIDE 1 OF 4**
Sean Hines in a photo posted to his Facebook page in February 2017. (SEAN HINES/ FACEBOOK)

**PAUL PAYNE**
THE PRESS DEMOCRAT
August 28, 2017

A Santa Rosa man was among 13 people arrested Sunday during violent clashes in Berkeley between supporters of President Donald Trump and counterprotesters, Berkeley police said.

Sean Hines, 20, faced charges of resisting arrest and violations of the city's municipal code after the chaotic event that pitted an estimated 4,000 people denouncing Trump and white-supremacist groups against about 24 Trump supporters.

Video of the melee that drew police in riot gear showed black-clad antifa members hitting and chasing Joey Gibson, the leader of the conservative Patriot Prayer group, after he showed up at Martin Luther King Jr. Civic Center Park. The right-wing leader had earlier canceled a Saturday event planned for San Francisco's Crissy Field.

Berkeley police said six people were injured and two taken to local hospitals. One officer was injured and several officers were struck with paint.

Others arrested Sunday were mostly from Oakland and Berkeley and were booked on a variety of charges including assault with a deadly weapon.

Hines' role was not immediately clear. His Facebook pages identified him as an antifa activist and former student at Mesa High School in Santa Rosa.

 Start the conversation



**Have your say.**
Leave a comment below and let us know what you think.

Be the First to Comment

On Facebook, he referred to the recent death of a protester in Charlottesville, Virginia, as tragic but said it would help mobilize people against fascism.

"Every time we bleed we grow stronger," said the post.

"This is the philosophy of martyrdom."

Hines was being held in the Santa Rita jail Monday, with bail set at $5,146.

An arraignment hearing was scheduled for today, according to the Alameda County Sheriff's Office.

## DAILY HEADLINES NEWSLETTER
**DAILY**

Wake up to local news every day. Subscribe and start your day in-the-know, exclusively from the Press Democrat newsroom.

Enter your email address

**Subscribe Now**

Opt out anytime. Read our **Privacy Policy**

## Trending Articles



Monday's Letters to the Editor — 43 comments

Dowd: Mr. President, ditch the stealth about health — 13 comments

Sunday's Letters to the Editor — 211 comments

'We're hurting,' 49ers' Shanahan experiences — 11 comments

Open ad privacy settings

**UPDATED: Please read and follow our commenting policy:**                    Send a letter to the editor

- This is a family newspaper, please use a kind and respectful tone.
- No profanity, hate speech or personal attacks. No off-topic remarks.
- No disinformation about current events.
- We will remove any comments — or commenters — that do not follow this commenting policy.

## Conversation   FOLLOW

 Start the conversation

ALL COMMENTS                                                                   MOST LIKED 

 Start the conversation

**ACTIVE CONVERSATIONS**

 Monday's Letters to the Editor — 42

 NATO leader says Trump puts allies at risk by saying Russia can 'do whatever…

**EXHIBIT D - Page 2 of 3**

💬 40

Open ad privacy settings

Powered by viafoura

**EXHIBIT D - Page 3 of 3**