1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11

12 UNITED STATES OF AMERICA,

Case No. CR 18-759-CJC

13          Plaintiff,

**ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO FILE UNDER SEAL EXHIBITS A AND B [322]**

14     v.

15 ROBERT RUNDO,

16          Defendant.

17

18     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

19 following document entitled: "Exhibits A and B to Reply in Support of Defendant

20 Robert Rundo's Motion to Dismiss for Selective Prosecution" shall be filed under seal.

21

22

23 DATED: February 13, 2024     _____

24                              HONORABLE CORMAC J. CARNEY
                                United States District Judge
25

26 Presented by:

27

28 */s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender