Julia Deixler (Bar No. 301954)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-759-CJC-1 |
| v. | |
| Robert Rundo, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. [In Camera, Under Seal] Ex Parte Application to File In Camera
2. [In Camera, Under Seal] Proposed Order
3. In Camera & Under Seal Documents

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 16, 2024
Date

Julia Deixler
Attorney Name

Robert Rundo
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING