**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 18-00759-CJC-1-2 | Date | February 21, 2024 |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter   None

| Rolls Royce Paschal | Deborah Parker | Kathrynne Seiden; Solomon Kim; Anna Boylan |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | X | X | | 1) Julia Deixler, DFPD; Erin Murphy, DFPD | X | X | |
| 2) Robert Boman | X | | X | 2) Peter Swarth, CJA | X | X | |

**PROCEEDINGS:** DEFENDANT ROBERT RUNDO'S MOTION TO DISMISS FOR SELECTIVE PROSECUTION [281]
DEFENDANT ROBERT RUNDO'S MOTION TO DISMISS UNDER THE DUE PROCESS CLAUSE AND FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B) [286]
DEFENDANT ROBERT RUNDO'S MOTION TO STRIKE [287]
DEFENDANT ROBERT BOMAN'S JOINDER IN DEFENDANT ROBERT RUNDO'S MOTION TO DISMISS FOR SELECTIVE PROSECUTION (DOC. 281) [293]
DEFENDANT ROBERT BOMAN'S JOINDER IN DEFENDANT ROBERT RUNDO'S MOTION TO DISMISS UNDER THE DUE PROCESS CLAUSE AND FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B) [294]
DEFENDANT ROBERT BOMAN'S JOINDER IN DEFENDANT ROBERT RUNDO'S MOTION TO STRIKE [295]

Motions hearing are held.   The Court hears oral argument from the parties.

Order issued.   For the reasons stated on the record, Defendant Robert Paul Rundo ordered released FORTHWITH.   Clerk issued electronic remand order (see attachment).

Bond is exonerated as to Defendant Robert Boman.

The Court denies the government's request for detention and stay.

|   |   |
|---|---|
|   | 1 : 08 |
| Initials of Deputy Clerk | rrp |

**cc: PSA, USPO, USM, BOP**

# UNITED STATES DISTRICT COURT
## THE CENTRAL DISTRICT OF CALIFORNIA

TO UNITED STATES MARSHAL:

PURSUANT TO AN ORDER OF COURT, YOU ARE AUTHORIZED AND DIRECTED TO:

*Check one box:*

☒ RELEASE FROM CUSTODY   ☐ TAKE INTO CUSTODY

*Check one box:*

☒ FORTHWITH
☐ TO PROBATION/PRETRIAL SERVICES ONLY
☐ TO IMMIGRATION AND CUSTOMS ENFORCEMENT
☐ OTHER: _____

NAME: Robert Paul Rundo

CASE NO: 2:18-cr-00759-CJC-1

CHARGES: 18:371: Conspiracy;
18:2101: Riots: 18:2(a): Aiding and Abetting

*Check one box:*

☐ Defendant Acquitted of Charge(s)
☐ Defendant Restored to Probation Status
☐ Defendant Sentenced to a Period of Incarceration
☐ Defendant Sentenced to a Period of Probation
☐ Defendant's Prior Bond Reinstated
☐ Bond Revoked Pending Trial/Sentencing/other hearing
☐ Supervised Release/Probation Violation
☐ Defendant Sentenced to Time Served
☒ Motion to Dismiss Indictment/Information granted
☐ _____

CLERK, U.S. DISTRICT COURT

Issued on: February 21, 2024
at 10:40 AM

BY: /s/ Rolls Royce Paschal
    (signature)

Deputy Clerk: Rolls Royce Paschal
    (print name)

ORDERED BY THE HONORABLE Cormac J. Carney

CR-12 (12/23)                    TAKE INTO/RELEASE FROM CUSTODY