**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
| --- | --- |
| PLAINTIFF, | CR 18-00759-CJC-1-2 |
| v. | |
| 1) Robert Paul Rundo;<br>2) Robert Boman,<br><br>DEFENDANT. | **JUDGMENT OF DISCHARGE**<br>**(Fed. R. Crim. P. 32(k)(1))** |

The defendants named above are now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

☐ the Court has granted the motion of the government for dismissal;
☐ the Court has granted the motion of the defendant for a judgment of acquittal;
☐ a jury has been waived, and the Court has found the defendant not guilty;
☐ the jury has returned its verdict, finding the defendant not guilty;
☒ an order of dismissal has been entered by the court;
☐ other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendants named above are hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☒ IT IS ORDERED that the bond of the defendant(s) is/are hereby exonerated.

February 21, 2024
Date

_____
United States District Judge

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.

CR-68 (06/18)        JUDGMENT OF DISCHARGE (Fed. R. Crim. P. 32(k)(1))