CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAROLINE S. PLATT (Bar No. 353326)
(E-Mail: caroline_platt@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1628
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT PAUL RUNDO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-00759-CJC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ROBERT PAUL RUNDO, | |
| Defendant. | |

Deputy Federal Public Defender Caroline Platt hereby gives notice that she has been assigned to represent Robert Paul Rundo in the above-captioned case.

/ / /

/ / /

/ / /

Please make all necessary changes to the court's Case Management/Electronic Case filing system to accurately reflect the newly-assigned attorney and to ensure that she receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  February 21, 2024          By  /s/ Caroline S. Platt

CAROLINE S. PLATT
Deputy Federal Public Defender

2