AO 436 (Rev. 04/13)
*Read Instructions.*

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
**AUDIO RECORDING ORDER**

| | | |
|---|---|---|
| 1. NAME: Erin M. Murphy | 2. PHONE NUMBER: (213) 894-5310 | 3. EMAIL ADDRESS: erin_murphy@fd.org |
| 4. MAILING ADDRESS: Federal Public Defender's Office, 321 E. 2nd Street | 5. CITY: Los Angeles | 6. STATE: CA  7. ZIP CODE: 90012 |
| 8. CASE NUMBER: 2:18-cr-00759-CJC | 9. CASE NAME: US v. Rundo, et al. | DATES OF PROCEEDINGS — 10. FROM: 2/22/2024  11. TO: 2/22/2024 |
| 12. PRESIDING JUDGE: Hon. Steve Kim | | LOCATION OF PROCEEDINGS — 13. CITY: Los Angeles  14. STATE: CA |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* Hearing re arrest warrant iss | 02/22/2024 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| | **ESTIMATE TOTAL** | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE: /s/ Erin M. Murphy | 19. DATE: 2/22/2024 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   ORDER RECEIPT   ORDER COPY