UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SEALED
**CRIMINAL MINUTES – GENERAL**

Case No.   CR 18-00759-CJC                                Date: February 23, 2024

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter: N/A

| Connie Chung | N/A | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Robert Paul Rundo | Not | | | Not Present | | | |

**Proceedings:** **SEALED**   **(IN CHAMBERS) SCHEDULING NOTICE**

The Court sets a Status Conference for February 23, 2024 at 11:00 AM, to be held via Zoom videoconference.