UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ROBERT RUNDO et al.,<br><br>       Defendants. | No. CR 18-759-CJC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ARREST WARRANT<br><br>**[UNDER SEAL]** |

In accordance with the Ninth Circuit's February 22, 2024 order (in No. 24-932) administratively staying the district court's February 21, 2024 order releasing Defendant Robert Rundo, the government's application for the issuance of an arrest warrant to effectuate the Ninth Circuit's stay is GRANTED without prejudice to Defendant's rights to seek bail pending appeal. Meanwhile, the government should continue to seek further appropriate instructions from the Ninth Circuit.

DATED: February 22, 2024      _____
                              HON. STEVE KIM
                              U.S. MAGISTRATE JUDGE