UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SEALED
**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CR 18-00759-CJC-1 | Date: February 22, 2024 |

Present: The Honorable: **Steve Kim, United States Magistrate Judge**

Interpreter: N/A

| Connie Chung | CS 02/22/24 | Solomon Kim<br>Anna Boylan<br>Bram Alden<br>David Ryan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Robert Paul Rundo | Not | | | Julia Deixler, DFPD<br>Erin Murphy, DFPD<br>Margaret Farrand, DFPD<br>Caroline Platt, DFPD | X<br>X<br>X<br>X | | |

Proceedings:   **SEALED MINUTES**
**GOVERNMENT'S EX PARTE APPLICATION FOR ISSUANCE OF ARREST WARRANT**

Hearing held by Zoom videoconference. Case called. Counsel state their appearances for the record. The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation. The Court confers with the parties and hears oral argument. The matter is taken under submission. The recording and transcript for this hearing is ordered sealed.

00:55
Initials of Deputy Clerk   CC