|    |    |
|----|----|
| 1  | CUAUHTEMOC ORTEGA (Bar No. 257443)<br>Federal Public Defender<br>JULIA DEIXLER (Bar No. 301954)<br>(E-Mail: julia_deixler@fd.org)<br>ERIN M. MURPHY (Bar No. 285087)<br>(E-Mail: erin_murphy@fd.org.org)<br>Deputy Federal Public Defenders<br>321 East 2nd Street<br>Los Angeles, California 90012-4202<br>Telephone: (213) 894-2854<br>Facsimile: (213) 894-0081 |

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC-1 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER PERMITTING UNSEALING PROCEEDINGS ON FEBRUARY 22, 2024** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the proceedings held on February 22, 2024 before the Honorable Steve Kim, United States Magistrate Judge are hereby unsealed.

DATED: February __, 2024

_____
HONORABLE STEVE KIM
United States Magistrate Judge

Presented by:
*/s/ Erin Murphy*
Deputy Federal Public Defender