UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No.  CR 18-00759-CJC-1 | Date: February 23, 2024 |

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter: N/A

| Connie Chung | CS 02/23/24 | Solomon Kim<br>Anna Boylan<br>Bram Alden |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Robert Paul Rundo | Not | | | Julia Deixler, DFPD<br>Erin Murphy, DFPD<br>Margaret Farrand, DFPD<br>Caroline Platt, DFPD<br>Amy Karlin, DFPD | | | |

**Proceedings:**   STATUS CONFERENCE

    Hearing held by Zoom videoconference. Case called. Counsel state their appearances for the record. The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation. The Court confers with Counsel as stated on the record.

    The Court grants Defendant's application to unseal the proceedings held on February 22, 2024. (ECF 347). A separate order will issue.

    The parties are ordered to obtain and lodge the transcripts of the proceedings held on February 22, 2024 and February 23, 2024 as soon as possible. The government is ordered to discuss the transcripts with the front office of the U.S. Attorney's Office, as instructed on the record.

    The parties shall confer and advise whether they want the next proceeding to with Judge Kim or Judge Carney.

 

                                                                                                                                             01:40

**Initials of Deputy Clerk**   CC