# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | CR 18-00759-CJC-1 | Date | February 23, 2024 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Deborah Lewman for Rolls Royce Paschal | Debbie Hino-Spaan | Mark Takla; Solomon Kim; Anna Boylan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | X | X | | 1) Julia Deixler, DFPD; Erin Murphy, DFPD; Margaret Farrand, DFPD | X | X | |

**PROCEEDINGS:   STATUS CONFERENCE**

Hearing held. The Court hears oral argument.

For the reasons stated on the record, the Court will issue an order releasing defendant Robert Paul Rundo. In light of the Ninth Circuit's order directing the Court not to release Defendant absent further order, however, the Court will stay its order pending further direction from the Ninth Circuit.

Defendant is REMANDED into the custody of the USMS.

|  | 1 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | djl | | |

**cc: USM**