# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Jessica Ruvalcaba |
| 2a. Contact Phone Number | (213) 894-3650 |
| 3a. Contact E-mail Address | jessica_ruvalcaba@fd.org |
| 1b. Attorney Name (if different) | Erin Murphy |
| 2b. Attorney Phone Number | (213) 894-5310 |
| 3b. Attorney E-mail Address | erin_murphy@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
FEDERAL PUBLIC DEFENDER'S OFFICE
Central District of California
321 East Second Street
Los Angeles, California 90012

**5. Name & Role of Party Represented:** Robert Rundo, Defendant
**6. Case Name:** US v. Rundo, et al.
**7a. District Court Case Number:** 2:18-cr-00759-CJC
**7b. Appeals Court Case Number:** 24-932

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED
☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Hino-Spaan.

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | FORMAT | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|
| 02/22/2024 | 356 | CJC | Status Conference | CM/ECF ACCESS (web) | None | DAILY (Next day) |
|  |  |  |  |  | None |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 02/23/2024   Signature: /s/ Erin Murphy

G-120 (06/18)