| Standard Form 1034<br>Revised October 1987<br>Department of the Treasury<br>1 TFM 4-2000 | **PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL** | VOUCHER NO. |
|---|---|---|

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED | SCHEDULE NO. |
|---|---|---|
| FEDERAL PUBLIC DEFENDER'S OFFICE<br>Central District of California<br>321 East Second Street<br>Los Angeles, California 90012<br>(213) 894-2854 | 02/23/2024 | |
| | CONTRACT NUMBER AND DATE | **PAID BY** |
| | REQUISITION NUMBER AND DATE | |

**PAYEE'S NAME AND ADDRESS**

Debbie Hino-Spaan

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NUMBER

SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES<br>*(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary)* | QUAN-TITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | COST | PER | (1) |
| 02/23/2024 | | US v. Rundo, et al.<br>2:18-cr-00759-CJC<br>(1) 02/23/2024 Status Conference<br><br>***DAILY RATE*** | | | | |

(Use continuation sheet(s) if necessary)   **(Payee must NOT use the space below)**   **TOTAL**

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES |
|---|---|---|---|
| ☐ PROVISIONAL | = $ | = $1.00 | |
| ☐ COMPLETE | BY 2 | | |
| ☐ PARTIAL | | | |
| ☐ FINAL | Erin M. Murphy | Amount verified; correct for |
| ☐ PROGRESS | TITLE | *(Signature or initials)* |
| ☐ ADVANCE | Deputy Federal Public Defender | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____   Annabel Alvarez  _____   Administrator  _____
*(Date)*   *(Authorized Certifying Officer)* 2   *(Title)*

ACCOUNTING CLASSIFICATION

24 -092300-F09CACF  -F09CACF -2532

| CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON *(Name of bank)* |
|---|---|---|---|
| CASH $ | DATE | PAYEE 3 | |

1 When stated in foreign currency, insert name of currency.
2 If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3 When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John

PER

TITLE

Previous edition usable.                                      NSN 7540-00-900-2234

**PRIVACY ACT STATEMENT**

The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid.  Failure to furnish this information will hinder discharge of the payment obligation.