CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RUNDO,<br><br>Defendant. | Case No. CR 18-759-CJC-1<br><br>**[PROPOSED] ORDER PERMITTING UNSEALING OF APPLICATION FOR ISSUANCE OF ARREST WARRANT AND ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the government's February 22, 2024 *ex parte* application for issuance of arrest warrant and order signed by the Honorable Steve Kim, United States Magistrate Judge are hereby unsealed.

DATED: February __, 2024

_____
HONORABLE STEVE KIM
United States Magistrate Judge

Presented by:
*/s/ Erin Murphy*
Deputy Federal Public Defender