E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450/0631/2170
     Facsimile: (213) 894-2979
     E-mail:    solomon.kim@usdoj.gov
                kathrynne.seiden@usdoj.gov
                anna.boylan@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-3 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| TYLER LAUBE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Solomon Kim, Kathrynne Seiden, and Anna Boylan, and defendant TYLER LAUBE ("defendant"), by and through his counsel of record, John McNicholas, hereby stipulate and request as follows:

a.   On October 23, 2023, defendant pleaded guilty to a Second Superseding Information charging him with a misdemeanor offense of Interference with a Federally Protected Right Without

Bodily Injury, in violation of Title 18, United States Code, Section 245(b)(3). The Court set a sentencing hearing for March 4, 2024.

      b.   To provide the parties additional time to confer and prepare for defendant's sentencing, the parties jointly request that defendant's sentencing hearing be continued to April 4, 2024 at 11:00 a.m.

Dated: February 28, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

      /s/
SOLOMON KIM
KATHRYNNE N. SEIDEN
ANNA P. BOYLAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

      /s/ *with authorization*
JOHN MCNICHOLAS
Attorney for Defendant
TYLER LAUBE