E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450/0631
    Facsimile: (213) 894-2979
    E-mail:    solomon.kim@usdoj.gov
                   kathrynne.seiden@usdoj.gov
                   anna.boylan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-3 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| TYLER LAUBE, | |
| Defendant. | |

    The Court has read and considered the parties' Stipulation to Continue the Sentencing Hearing, filed on February 28, 2024, which is incorporated herein by reference.

//

//

//

     Good cause having been shown, IT IS HEREBY ORDERED THAT the sentencing hearing for defendant Tyler Laube set for March 4, 2024 is continued to April 4, 2024 at 11:00 a.m.

_____        _____
DATE                                HONORABLE CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
SOLOMON KIM
Assistant United States Attorney