UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>TYLER LAUBE,<br><br>      Defendant. | No. CR 18-759-CJC-3<br><br><u>ORDER CONTINUING SENTENCING HEARING</u> |

The Court has read and considered the parties' Stipulation to Continue the Sentencing Hearing, filed on February 28, 2024, which is incorporated herein by reference.

Good cause having been shown, IT IS HEREBY ORDERED THAT the sentencing hearing for defendant Tyler Laube set for March 4, 2024 is continued to **April 4, 2024 at 11:00 a.m.**

February 28, 2024
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SOLOMON KIM
Assistant United States Attorney

2