# EXHIBIT 4

March 14, 2024

Dear Honorable Judge Carney:

I'd like to first start by saying I take full responsibility for my actions on March 25th, 2017. I was 20 years old at the time with no real guidance and lack of self-discipline. I have since taken control of my life and the decisions that I make. I have had no ties to this group I was associated with since shortly after the Huntington beach rally. I have completely changed my life around. I am currently working full time and going to school for digital marketing. I go to AA meetings regularly. I've devoted my life to helping other people get sober by sharing the message of recovery. I've used all the pain and suffering I've endured in my lifetime and found a positive way to help other people learn from my mistakes. I have truly learned my lesson and found my purpose in life.

Sincerely,

Tyler Laube