JOHN NEIL McNICHOLAS
STATE BAR #138304
McNicholas Law Office
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831 - FAX
Email: john@mcnicholaslawoffice.com
Attorney for Defendant
TYLER LAUBE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TYLER LAUBE,<br><br>　　　　Defendant. | 2:18-cr-00759-CJC-3<br><br>**EXHIBITS 5 AND 6 IN SUPPORT OF TYLER LAUBE'S SENTENCING MEMORANDUM**<br><br>Sentencing Date: 04/04/2024<br>Sentencing Time: 11:00 a.m. |

JOHN NEIL McNICHOLAS
STATE BAR #138304
McNicholas Law Office
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831 - FAX
Email: john@mcnicholaslawoffice.com
Attorney for Defendant
TYLER LAUBE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER LAUBE,<br><br>Defendant. | 2:18-cr-00759-CJC-3<br><br>**EXHIBITS 5 AND 6 IN SUPPORT OF TYLER LAUBE'S SENTENCING MEMORANDUM**<br><br>Sentencing Date: 04/04/2024<br>Sentencing Time: 11:00 a.m. |
|---|---|

TYLER LAUBE ("Mr. Laube"), by and through his counsel of record, John Neil McNicholas, hereby submits Exhibits 5 and 6 in support of his previously filed sentencing memorandum [Dkt. 376]. Exhibit 5 consists of two redacted pay stubs verifying Mr. Laube's current employment. Unredacted pay stubs will be submitted separately to the Court for under seal filing as Exhibit 5A. Exhibit 6 is a letter authored by Mr. Laube's aunt, Sandra Stevens, and addressed to the Court on behalf of Mr. Laube.

DATED this 28th day of March, 2024.

McNICHOLAS LAW OFFICE

By: /s/
JOHN NEIL McNICHOLAS, ESQ.
Attorney for Defendant,
TYLER LAUBE