# EXHIBIT 5

**Employee**
Tyler J Laube,

**SSN**
***-**-8425

5920

Pay Period: 02/26/2024 - 03/03/2024

Pay Date: 03/08/2024

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 39:30 | 20.00 | 790.00 | 790.00 |
| Overtime Pay | 0:30 | 30.00 | 15.00 | 15.00 |
|  | 40:00 |  | 805.00 | 805.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -58.00 | -58.00 |
| Social Security Employee | -49.91 | -49.91 |
| Medicare Employee | -11.67 | -11.67 |
| CA - Withholding | -18.24 | -18.24 |
| CA - Disability | -8.86 | -8.86 |
|  | -146.68 | -146.68 |

| Net Pay | 658.32 | 658.32 |
|---|---|---|

Powered by **Intuit Payroll**

5953

Employee
Tyler J Laube,

SSN
***-**-8425
Pay Period: 03/04/2024 - 03/10/2024

Pay Date: 03/15/2024

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 39:00 | 20.00 | 780.00 | 1,570.00 |
| Overtime Pay | | | 0.00 | 15.00 |
| | 39:00 | | 780.00 | 1,585.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| | 0.00 | |
| Medicare Employee Addl Tax | -55.00 | -113.00 |
| Federal Withholding | -48.36 | -98.27 |
| Social Security Employee | -11.31 | -22.98 |
| Medicare Employee | -17.14 | -35.38 |
| CA - Withholding | -8.58 | -17.44 |
| CA - Disability | -140.39 | -287.07 |
| | 639.61 | 1,297.93 |

Net Pay

Powered by Intuit Payroll