3/2024

To The Honorable Judge Carney:

My name is Sandra Stevens, I am Tyler Laubes aunt.

I have known Tyler and been a part of his life since he was born. Tyler and his Mom lived with me from the time he was born until he was two years old.

Tyler had a very unstable childhood. An absent Father, and a Mother (my niece) who used drugs in his formative years. Tyler did not have the parental guidance that he needed and would always be looking for someone to fill that void. This resulted in a troubled teenager, who went into several boys homes where I would visit him. Tyler did struggle in his late teens.

For the last several years he has been responsible and upright in his work, home-life responsibilities. He has been sober for almost 3 years and has plans for becoming an electrician. Tyler also has a heart that cares about people. He had recognized he needed to change. He is a Born Leader and has alot to give to his family and society.

I am happy to see has changed and that he is on the road to a productive life.

Best Regards,
Sandra Stevens