John Neil McNicholas
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
john@mcnicholaslawoffice.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-cr-00759-CJC-3 |
| v. | |
| TYLER LAUBE, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibit 5A, unredacted version of Exhibit 5 (pay stubs) [Dkt. 380] in support of Mr. Laube's sentencing position [Dkt. 376].

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 28, 2024                    John Neil McNicholas
Date                              Attorney Name

                                  Tyler Laube (3)
                                  Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING