# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 18-00759-CJC-3 |
| Date | April 4, 2024 |

**Present: The Honorable** CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

**Interpreter** None

| Rolls Royce Paschal | Debbie Hino-Spaan | Anna Boylan; Mark Takla |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Tyler Laube | X | | X | 3) John McNicholas, CJA | X | | X |

**PROCEEDINGS:   SENTENCING**

Sentencing hearing held.   See separate Judgment and Commitment Order.

          : 24

Initials of Deputy Clerk   rrp

cc: