# EXHIBIT A

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2023**

| Circuit and District | Total Cases Open | Cases in Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations - Felony | Rearrest Violations - Misdemeanor | Rearrest Violations - Other | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **171,868** | **55,715** | **32.4** | **9,265** | **16.6** | **615** | **590** | **90** | **567** | **8,491** | **14,928** |
| **1st** | **6,349** | **2,462** | **38.8** | **247** | **10.0** | **17** | **13** | **3** | **12** | **221** | **393** |
| ME | 469 | 227 | 48.4 | 48 | 21.1 | 3 | 3 | 2 | 0 | 44 | 91 |
| MA | 1,716 | 814 | 47.4 | 71 | 8.7 | 5 | 5 | 0 | 8 | 61 | 120 |
| NH | 426 | 199 | 46.7 | 22 | 11.1 | 1 | 3 | 0 | 0 | 17 | 29 |
| RI | 460 | 212 | 46.1 | 38 | 17.9 | 6 | 2 | 1 | 4 | 32 | 58 |
| PR | 3,278 | 1,010 | 30.8 | 68 | 6.7 | 2 | 0 | 0 | 0 | 67 | 95 |
| **2nd** | **10,925** | **5,009** | **45.8** | **744** | **14.9** | **49** | **82** | **10** | **34** | **654** | **1,260** |
| CT | 1,076 | 485 | 45.1 | 75 | 15.5 | 6 | 4 | 1 | 3 | 71 | 149 |
| NY,N | 1,167 | 418 | 35.8 | 52 | 12.4 | 3 | 2 | 0 | 0 | 47 | 90 |
| NY,E | 3,361 | 1,626 | 48.4 | 263 | 16.2 | 21 | 32 | 1 | 12 | 240 | 509 |
| NY,S | 3,578 | 1,665 | 46.5 | 169 | 10.2 | 14 | 32 | 7 | 17 | 124 | 224 |
| NY,W | 1,305 | 640 | 49.0 | 126 | 19.7 | 4 | 10 | 1 | 2 | 116 | 183 |
| VT | 438 | 175 | 40.0 | 59 | 33.7 | 1 | 2 | 0 | 0 | 56 | 105 |
| **3rd** | **9,341** | **4,209** | **45.1** | **687** | **16.3** | **87** | **69** | **11** | **25** | **625** | **1,156** |
| DE | 309 | 86 | 27.8 | 4 | 4.7 | 0 | 0 | 0 | 0 | 3 | 5 |
| NJ | 3,523 | 1,861 | 52.8 | 223 | 12.0 | 41 | 21 | 1 | 8 | 214 | 311 |
| PA,E | 1,847 | 651 | 35.2 | 100 | 15.4 | 6 | 4 | 1 | 3 | 98 | 225 |
| PA,M | 1,530 | 557 | 36.4 | 114 | 20.5 | 10 | 25 | 5 | 10 | 88 | 179 |
| PA,W | 1,827 | 868 | 47.5 | 225 | 25.9 | 29 | 18 | 4 | 1 | 205 | 412 |
| VI | 305 | 186 | 61.0 | 21 | 11.3 | 1 | 1 | 0 | 3 | 17 | 24 |
| **4th** | **10,308** | **3,869** | **37.5** | **654** | **16.9** | **39** | **46** | **7** | **24** | **598** | **1,000** |
| MD | 1,465 | 699 | 47.7 | 121 | 17.3 | 5 | 10 | 0 | 6 | 118 | 196 |
| NC,E | 1,934 | 608 | 31.4 | 116 | 19.1 | 13 | 14 | 7 | 3 | 97 | 188 |
| NC,M | 611 | 162 | 26.5 | 33 | 20.4 | 3 | 2 | 0 | 0 | 29 | 48 |
| NC,W | 987 | 245 | 24.8 | 18 | 7.3 | 1 | 1 | 0 | 3 | 12 | 20 |
| SC | 1,733 | 654 | 37.7 | 63 | 9.6 | 5 | 1 | 0 | 2 | 57 | 72 |
| VA,E | 1,639 | 663 | 40.5 | 71 | 10.7 | 6 | 7 | 0 | 6 | 62 | 94 |
| VA,W | 596 | 213 | 35.7 | 52 | 24.4 | 0 | 4 | 0 | 1 | 49 | 78 |
| WV,N | 819 | 404 | 49.3 | 120 | 29.7 | 4 | 6 | 0 | 1 | 117 | 197 |
| WV,S | 524 | 221 | 42.2 | 60 | 27.1 | 2 | 1 | 0 | 2 | 57 | 107 |
| **5th** | **38,218** | **7,852** | **20.5** | **1,061** | **13.5** | **81** | **49** | **2** | **83** | **973** | **1,326** |
| LA,E | 995 | 346 | 34.8 | 10 | 2.9 | 1 | 0 | 0 | 2 | 8 | 11 |
| LA,M | 284 | 105 | 37.0 | 20 | 19.0 | 0 | 0 | 0 | 0 | 20 | 34 |
| LA,W | 803 | 200 | 24.9 | 9 | 4.5 | 0 | 0 | 0 | 1 | 8 | 10 |
| MS,N | 456 | 204 | 44.7 | 18 | 8.8 | 2 | 4 | 0 | 1 | 12 | 23 |
| MS,S | 934 | 274 | 29.3 | 7 | 2.6 | 1 | 1 | 0 | 0 | 5 | 9 |
| TX,N | 2,687 | 695 | 25.9 | 113 | 16.3 | 12 | 8 | 1 | 10 | 98 | 155 |
| TX,E | 3,150 | 815 | 25.9 | 94 | 11.5 | 12 | 5 | 0 | 10 | 81 | 102 |
| TX,S | 13,976 | 2,770 | 19.8 | 308 | 11.1 | 20 | 7 | 0 | 30 | 277 | 378 |
| TX,W | 14,933 | 2,443 | 16.4 | 482 | 19.7 | 33 | 24 | 1 | 29 | 464 | 604 |
| **6th** | **12,515** | **4,824** | **38.5** | **843** | **17.5** | **80** | **88** | **1** | **54** | **770** | **1,507** |
| KY,E | 954 | 274 | 28.7 | 26 | 9.5 | 2 | 0 | 0 | 1 | 24 | 32 |
| KY,W | 951 | 323 | 34.0 | 54 | 16.7 | 6 | 5 | 1 | 3 | 46 | 107 |
| MI,E | 2,346 | 1,155 | 49.2 | 267 | 23.1 | 12 | 10 | 0 | 4 | 261 | 558 |
| MI,W | 536 | 200 | 37.3 | 30 | 15.0 | 1 | 1 | 0 | 1 | 27 | 36 |
| OH,N | 2,118 | 921 | 43.5 | 98 | 10.6 | 8 | 10 | 0 | 29 | 78 | 149 |
| OH,S | 1,772 | 866 | 48.9 | 154 | 17.8 | 20 | 26 | 0 | 1 | 153 | 264 |
| TN,E | 1,659 | 296 | 17.8 | 21 | 7.1 | 2 | 2 | 0 | 1 | 18 | 22 |
| TN,M | 1,019 | 393 | 38.6 | 99 | 25.2 | 20 | 21 | 0 | 2 | 85 | 182 |
| TN,W | 1,160 | 396 | 34.1 | 94 | 23.7 | 9 | 13 | 0 | 12 | 78 | 157 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2023**

| Circuit and District | Total Cases Open | Cases in Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations - Felony | Rearrest Violations - Misdemeanor | Rearrest Violations - Other | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **7th** | 7,279 | 2,901 | 39.9 | 562 | 19.4 | 49 | 28 | 5 | 19 | 501 | 919 |
| IL,N | 2,852 | 1,373 | 48.1 | 247 | 18.0 | 22 | 19 | 3 | 6 | 215 | 389 |
| IL,C | 736 | 188 | 25.5 | 26 | 13.8 | 3 | 1 | 0 | 4 | 22 | 39 |
| IL,S | 646 | 271 | 42.0 | 71 | 26.2 | 11 | 4 | 0 | 1 | 65 | 140 |
| IN,N | 787 | 273 | 34.7 | 35 | 12.8 | 6 | 2 | 0 | 5 | 25 | 49 |
| IN,S | 1,067 | 309 | 29.0 | 62 | 20.1 | 0 | 0 | 0 | 2 | 60 | 96 |
| WI,E | 873 | 402 | 46.0 | 105 | 26.1 | 7 | 2 | 2 | 1 | 98 | 180 |
| WI,W | 318 | 85 | 26.7 | 16 | 18.8 | 0 | 0 | 0 | 0 | 16 | 26 |
| **8th** | 13,731 | 4,495 | 32.7 | 1,213 | 27.0 | 82 | 94 | 45 | 72 | 1,121 | 2,456 |
| AR,E | 1,890 | 818 | 43.3 | 240 | 29.3 | 29 | 12 | 4 | 24 | 212 | 393 |
| AR,W | 541 | 157 | 29.0 | 12 | 7.6 | 1 | 1 | 0 | 1 | 11 | 14 |
| IA,N | 657 | 167 | 25.4 | 56 | 33.5 | 2 | 5 | 2 | 1 | 56 | 75 |
| IA,S | 793 | 186 | 23.5 | 47 | 25.3 | 0 | 6 | 7 | 0 | 40 | 77 |
| MN | 1,118 | 466 | 41.7 | 82 | 17.6 | 7 | 12 | 0 | 7 | 71 | 121 |
| MO,E | 3,061 | 775 | 25.3 | 368 | 47.5 | 19 | 14 | 29 | 11 | 355 | 1,200 |
| MO,W | 2,268 | 590 | 26.0 | 114 | 19.3 | 5 | 12 | 3 | 3 | 104 | 180 |
| NE | 1,239 | 503 | 40.6 | 88 | 17.5 | 9 | 12 | 0 | 3 | 82 | 114 |
| ND | 987 | 411 | 41.6 | 86 | 20.9 | 4 | 4 | 0 | 12 | 76 | 108 |
| SD | 1,177 | 422 | 35.9 | 120 | 28.4 | 6 | 16 | 0 | 10 | 114 | 174 |
| **9th** | 38,439 | 12,012 | 31.2 | 2,124 | 17.7 | 68 | 59 | 0 | 193 | 1,996 | 3,301 |
| AK | 459 | 211 | 46.0 | 35 | 16.6 | 0 | 1 | 0 | 0 | 35 | 48 |
| AZ | 14,024 | 2,640 | 18.8 | 568 | 21.5 | 27 | 13 | 0 | 42 | 526 | 748 |
| CA,N | 1,758 | 950 | 54.0 | 157 | 16.5 | 1 | 0 | 0 | 5 | 153 | 286 |
| CA,E | 1,903 | 692 | 36.4 | 46 | 6.6 | 2 | 2 | 0 | 3 | 41 | 50 |
| CA,C | 5,464 | 2,003 | 36.7 | 295 | 14.7 | 8 | 17 | 0 | 13 | 273 | 526 |
| CA,S | 7,905 | 2,471 | 31.3 | 396 | 16.0 | 7 | 9 | 0 | 58 | 366 | 592 |
| HI | 432 | 229 | 53.0 | 25 | 10.9 | 2 | 0 | 0 | 1 | 24 | 33 |
| ID | 712 | 223 | 31.3 | 44 | 19.7 | 5 | 3 | 0 | 8 | 41 | 58 |
| MT | 791 | 303 | 38.3 | 56 | 18.5 | 5 | 5 | 0 | 0 | 50 | 64 |
| NV | 1,227 | 475 | 38.7 | 59 | 12.4 | 2 | 3 | 0 | 2 | 53 | 83 |
| OR | 1,446 | 770 | 53.3 | 233 | 30.3 | 3 | 0 | 0 | 13 | 229 | 442 |
| WA,E | 897 | 354 | 39.5 | 102 | 28.8 | 3 | 2 | 0 | 10 | 100 | 194 |
| WA,W | 1,257 | 573 | 45.6 | 87 | 15.2 | 3 | 3 | 0 | 36 | 85 | 146 |
| GU | 110 | 80 | 72.7 | 20 | 25.0 | 0 | 1 | 0 | 2 | 19 | 28 |
| NMI | 54 | 38 | 70.4 | 1 | 2.6 | 0 | 0 | 0 | 0 | 1 | 3 |
| **10th** | 11,736 | 3,338 | 28.4 | 577 | 17.3 | 25 | 18 | 4 | 25 | 537 | 885 |
| CO | 1,058 | 324 | 30.6 | 43 | 13.3 | 1 | 1 | 0 | 3 | 40 | 59 |
| KS | 1,066 | 386 | 36.2 | 66 | 17.1 | 5 | 0 | 0 | 3 | 63 | 92 |
| NM | 4,211 | 903 | 21.4 | 119 | 13.2 | 1 | 0 | 0 | 6 | 116 | 154 |
| OK,N | 1,211 | 347 | 28.7 | 92 | 26.5 | 6 | 3 | 1 | 2 | 88 | 215 |
| OK,E | 672 | 130 | 19.3 | 25 | 19.2 | 0 | 1 | 0 | 4 | 21 | 29 |
| OK,W | 1,644 | 606 | 36.9 | 130 | 21.5 | 3 | 5 | 2 | 7 | 119 | 213 |
| UT | 1,550 | 561 | 36.2 | 92 | 16.4 | 9 | 8 | 1 | 0 | 80 | 113 |
| WY | 324 | 81 | 25.0 | 10 | 12.3 | 0 | 0 | 0 | 0 | 10 | 10 |
| **11th** | 13,027 | 4,744 | 36.4 | 553 | 11.7 | 38 | 44 | 2 | 26 | 495 | 725 |
| AL,N | 994 | 380 | 38.2 | 60 | 15.8 | 2 | 5 | 0 | 0 | 58 | 80 |
| AL,M | 433 | 223 | 51.5 | 32 | 14.3 | 3 | 1 | 0 | 6 | 26 | 43 |
| AL,S | 604 | 227 | 37.6 | 36 | 15.9 | 5 | 3 | 2 | 6 | 29 | 49 |
| FL,N | 661 | 301 | 45.5 | 42 | 14.0 | 1 | 5 | 0 | 0 | 41 | 66 |
| FL,M | 3,015 | 891 | 29.6 | 106 | 11.9 | 9 | 7 | 0 | 2 | 96 | 133 |
| FL,S | 3,615 | 1,275 | 35.3 | 116 | 9.1 | 9 | 0 | 0 | 2 | 107 | 145 |
| GA,N | 1,925 | 773 | 40.2 | 62 | 8.0 | 4 | 9 | 0 | 7 | 52 | 80 |
| GA,M | 992 | 337 | 34.0 | 41 | 12.2 | 2 | 7 | 0 | 3 | 36 | 48 |
| GA,S | 788 | 337 | 42.8 | 58 | 17.2 | 3 | 7 | 0 | 0 | 50 | 81 |

NOTE: This table excludes data for the District of Columbia and includes transfers received.