# Exhibit B

**ANAHEIM ADULT REHABILITATION CENTER**
1300 S. Lewis Street
Anaheim, Ca. 92805



WILLIAM BOOTH
Founder

LYNDON BUCKINGHAM
General

DOUGLAS RILEY
Territorial Commander

MARK NELSON
ARC Commander

CAPTAIN
TIM PEMBERTON
TANYA PEMBERTON
Administrators

**Date:** April 11, 2024

**To:** Whom It May Concern

**Re:** Rundo, Paul (D.O.B. ▮▮▮▮)

## CONDITIONAL ACCEPTANCE

**Mr. Rundo** was pre-screened for admittance to the Salvation Army Anaheim long-term (**6-12 month**) residential rehabilitation program for chemically dependent men and women. He has *CONDITIONAL APPROVAL* to enter our program and a bed is available for him. He made a commitment at that screening to participate in all aspects of the Adult Rehabilitation Center. Please note, program participants are on **restriction-status to the ARC the first 30 days** and are not permitted to leave County during their first six (6) months **(phase I).** All day passes submitted by residents for court, medical, job search, etc., are reviewed and approved by staff one (1) week in advance and after they are off restriction.

In **Phase I**, the 6-month residential-treatment phase of our program, **Mr. Rundo** participates in daily Work Therapy and Individual/Group Counseling. He also takes advantage of our Chemical Dependency, Anger Management, 12-Step Recovery, Relapse Prevention, and Smoking Cessation classes, which are mandatory for each beneficiary's (client's) program. He also participates in Daily Devotions, Bible Studies, and Chapel services. All beneficiaries must attend 5-7 AA/NA meetings weekly, along with frequent contact with a Sponsor. While a resident in any phase of the program, beneficiaries are tested for alcohol and drug use - any use of either will result in immediate discharge.

Upon completion of the first phase of our program he may be invited to continue his recovery in our re-entry phase (**Phase II**). In re-entry, he will be able to remain in the Men's Residence until he becomes employed. (Let it be noted that during **Phase I** beneficiaries are not allowed to seek outside employment.) Once employed, he'll live-in/work-out from the ARC (**Phase III**) until having enough funds for transition to aftercare.

Beneficiaries residing at the Center are neither employees nor receive wages. If you have any questions regarding this matter, please contact me at ▮▮▮▮▮▮▮▮.

Sincerely,

Kevin Breehl-Paton
*Intake Coordinator*

Phone: ▮▮▮▮▮▮▮    To donate: www.SATRUCK.org  1-800-SATRUCK

**Your donation helps us rebuild lives and restore families.**