CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT RUNDO, <br><br> Defendant. | Case No. CR 18-759-CJC-1 <br><br> **[PROPOSED] ORDER SETTING CONDITIONS OF BOND PENDING APPEAL** |

The Court has considered: (a) the nature and circumstances of the offenses charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. 18 U.S.C. § 3142(g). The Court has also considered the parties' briefing, all the evidence adduced at the hearing and the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court finds that it can set a combination of conditions that will reasonably assure Robert Rundo's appearance and the safety to any person and the community. 18 U.S.C. § 3142(f).

IT IS THEREFORE ORDERED that Mr. Rundo be released pending appeal upon the following terms and conditions:

- Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

- Surrender all passports and travel documents to Supervising Agency immediately, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

- Travel is restricted to the Central District of California unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel.

- Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

- Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency. Verification to be provided to Supervising Agency.

- Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency.

- Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency.

- Participate in a Location Monitoring program and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. Location Monitoring technology at the discretion of the Supervising Agency.

This Order shall be stayed for a period of 96 hours in accordance with the March 13, 2024 Order of the U.S. Court of Appeals for the Ninth Circuit in Ninth Circuit Case No. 24-932 (Ninth Circuit Doc. 33).

So ordered.

DATED: _____

HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Julia Deixler*
JULIA DEIXLER
Deputy Federal Public Defender

2