Solomon Kim
U.S. Attorney's Office
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 18-795(A)-CJC-1 |
| v. | |
| ROBERT RUNDO ET AL. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Exhibits 25 and 36 to the Government's Opposition to Defendant's Request for Release Pending Appeal (under seal)
Exhibits 2, 8, and 29 (filed manually)

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 12, 2024
Date

Solomon Kim
Attorney Name
Plaintiff
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                              NOTICE OF MANUAL FILING OR LODGING