E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450/0631/2170
    Facsimile: (213) 894-2979
    E-mail:   solomon.kim@usdoj.gov
              kathrynne.seiden@usdoj.gov
              anna.boylan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>ROBERT RUNDO and ROBERT BOMAN,<br><br>       Defendants. | No. CR 18-00759(A)-CJC-1<br><br><u>DELCARATION OF ANTHONY BEST;<br>EXHIBITS</u><br><br>Hearing Date: 4/30/2024<br>Hearing Time: 10:00 A.M.<br>Location:    Courtroom of the<br>                   Hon. Cormac J.<br>                   Carney |