**DECLARATION OF ANTHONY BEST**

I, Anthony Best, declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigation. I am one of the case agents assigned to <u>United States v. Rundo et al.</u>, No. CR 2:18-759-CJC. I have knowledge of the facts set forth herein and could testify truthfully to those facts if called upon.

2. Defendant Robert Rundo, along with his friend Benjamin Daley, founded the Rise Above Movement ("RAM") in 2017.

3. Attached as **Exhibit 1** is a true and correct copy of a word document seized from Ben Daley's Apple laptop computer.

4. Attached as **Exhibit 2** is a true and correct copy of a recording of a YouTube video that was posted on December 17, 2017, from RAM's account.

5. Attached as **Exhibit 3** are true and correct copies of screenshots of social media posts from RAM's social media accounts.

6. Attached as **Exhibit 4** are true and correct copies of photographs taken at defendant's residence on October 2, 2018.

7. Attached as **Exhibit 5** are true and correct copies of screenshots from videos of the Huntington Beach Rally on March 25, 2017, and the Berkeley Rally on April 15, 2017. Defendant was arrested at the Berkeley Rally after assaulting an officer.

8. Attached as **Exhibit 6** is a true and correct copy of an October 4, 2018, email from defendant's email account.

9. Attached as **Exhibit 7** are true and correct copies of records from New York State Department of Correctional Services Greene Correctional Facility.

10. Attached as **Exhibit 8** is a true and correct copy of a recording of an interview of defendant by Federal Bureau of Investigation ("FBI") agents on October 7, 2018, at Los Angeles International Airport.

11. Attached as **Exhibit 9** is a true and correct copy of records regarding defendant's October 22, 2018, flight between Kiev, Ukraine and Los Angeles, California.

12. Attached as **Exhibit 10** is a true and correct copy of screenshots of defendant's text messages from October 2018.

13. Attached as **Exhibit 11** is a true and correct copy of records regarding defendant's October 10, 2018, flight from New York to Ukraine.

14. Attached as **Exhibit 12** is a true and correct copy of records regarding defendant's October 11, 2018, flight from New York to Ukraine.

15. Attached as **Exhibit 13** is a true and correct copy of records regarding defendant's October 9, 2018, flight from Santa Ana to New York.

16. Attached as **Exhibit 14** is a true and correct copy of records regarding defendant's October 11, 2018, flight from New York to Ukraine.

17. Attached as **Exhibit 15** is a true and correct copy of records regarding defendant's October 9, 2018, flight from Santa Ana to New York.

18. Attached as **Exhibit 16** is a true and correct copy of defendant's text messages from on or about October 10, 2018.

19. Attached as **Exhibit 17** is a true and correct copy of records regarding defendant's October 11, 2018, flight from Tijuana to Mexico City.

20. Attached as **Exhibit 18** is a true and correct copy of records regarding defendant's October 11, 2018, flight from Mexico City to Cuba.

21. Attached as **Exhibit 19** is a true and correct copy of records regarding defendant's October 17, 2018, flight from Cuba to Russia.

22. Attached as **Exhibit 20** is a true and correct copy of records regarding defendant's October 18, 2018, flight from Russia to Dubai.

23. Attached as **Exhibit 21** is a true and correct copy of records regarding defendant's October 18, 2018, flight from Russia to Dubai.

24. Attached as **Exhibit 22** is a true and correct copy of records regarding defendant's October 19, 2018, flight from Mexico City to Guatemala.

25. Attached as **Exhibit 23** is a true and correct copy of records regarding defendant's October 21, 2018, flight from El Salvador to Turkey.

26. In October 2018, defendant was returned from El Salvador to the United States and was arrested.

27. Attached as **Exhibit 24** is a true and correct copy of defendant's Wells Fargo bank statements.

28. After the indictment in Case No. 2:18-CR-759-CJC was dismissed in June 2019, defendant traveled through different

countries for the next several years, including, among others, Bulgaria, Bosnia, and Serbia.

29. Attached as **Exhibit 25** is a true and correct copy of an April 19, 2022, Pretrial Services Report for defendant.

30. Attached as **Exhibit 26** are true and correct copies of an April 27, 2022 and a January 4, 2023 arrest warrant for defendant.

31. Attached as **Exhibit 27** is a true and correct copy of a purported United States passport bearing a picture of defendant. According to Bulgarian law enforcement, defendant presented this passport to a real estate agent in November 2022 in connection with an apartment lease application. The passport number listed on the passport is not a legitimate number.

32. Attached as **Exhibit 28** are true and correct copies of screenshots of defendant's public posts from Telegram on January 27, 2023 and February 1, 2023.

33. On March 29, 2023, the FBI arrested defendant in Romania.

34. Attached as **Exhibit 29** is a true and correct copy of a video with defendant captured from Vimeo on or about June 30, 2022.

35. Attached as **Exhibit 30** is a true and correct copy of a photograph of identification documents recovered from defendant upon his arrest in Romania.

36. Attached as **Exhibit 31** is a true and correct copy of conviction and court records regarding defendant's 2009 attempted gang assault in New York.

37. Attached as **Exhibit 32** are true and correct copies of FBI reports (some still in draft form) regarding February 2024 surveillance and photographs of items found on defendant's person upon his arrest. Shortly after defendant was arrested by an FBI task

1   force officer, defendant told the officer that he was going to turn
2   himself in, but was going to grab a beer first.
3       38.   Attached as **Exhibit 33** is a true and correct copy of the
4   criminal complaint filed in this case (Dkt. 1.)
5       39.   Attached as **Exhibit 34** is a true and correct copy of plea
6   documents related to Benjamin Daley in Case No. 3:18-CR-00025-NKM-JCH
7   in the Western District of Virginia.
8       40.   Attached as **Exhibit 35** are true and correct copies of
9   reports detailing interviews with officers from the Berkeley Police
10  Department.
11      41.   Attached as **Exhibit 36** is a true and correct copy of an FBI
12  report.
13      I declare under penalty of perjury under the laws of the United
14  States of America that the foregoing is true and correct and that
15  this declaration is executed at San Clemente, California, on April
16  12, 2024.

                                          /s/
                                          ANTHONY BEST
                                          Special Agent, FBI