# Exhibit 1

# R.A.M.

## Event / Activism Guidelines

-Be in good physical shape and sober

-NO explicit clothing (if you have to ask the answer is no)

-Wear track pants or sweats and grey shirt. (subject to change depending on event)

-If we are wearing masks keep on at all times

-NO talking to press or live streamers. Exception for small talk for friendlies

-Do not engage with shit libs and general public only antifa or serious opposition

-Absolutely no Roman salutes or racial slurs

-Go with the plan of said event. Entrance, duration, and exit

-Stay with group at all times at high risk events

-Look defensive in beginning of all scuffles or fights

## **Exhibit 2**
## **(filed manually)**

**Exhibit 3**

 **RAM** @RiseAboveMovement
3 months

The day we got our start. Not many altrighters can say they Not only stood and fought antifa but actually chased them out of rallies and keep fellow patriots safe. #warriorspirt #nationalist #morethanmemes



∧ 28      ← Reply      ● Comments      ↻ Repost 7      ‖ Quote

1

| Instagram Business Record | Page 68 |
| --- | --- |

**Status**
4 - Deleted by inactivation
**Url** https://www.instagram.com/p/BUjyTd8j6ja
**Source** iOS Share Extension
**Filter** 0 - Normal
**Upload Ip** 2600:1012:b01a:7a0f:2056:990f:9a3f:8bf
**Is Published** true
**Shared By** false
**Author**
**Comments**          **User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
                     **Id** 17856412591193746
          **Date Created** 2017-05-26 14:37:07 UTC
                   **Text** #maga #identity #nationalist #trump #altright #farright
                          #Berkeley #antiantifa

**Image**



**Photo Id:** 1520402424350606317
**Id** 1520402424350606317
**Taken** 2017-05-22 15:15:14 UTC
**Status** 4 - Deleted by inactivation
**Url** https://www.instagram.com/p/BUZjfMTD4Pt
**Source** iOS Share Extension
**Filter** 0 - Normal
**Upload Ip** 2600:1012:b147:2169:69dd:4da0:b461:9edc
**Is Published** true

**Upload Ip**
107.197.168.23
**Is Published** true
**Shared By** false
**Author**
**Comments**          **User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
                      **Id** 17866536088093577
              **Date Created** 2017-05-13 22:46:38 UTC
                     **Text** #altright #maga #boxing #training #antiantifa

**Image**



**Photo Id:** 1504487477435368694
              **Id** 1504487477435368694
           **Taken** 2017-04-30 16:15:05 UTC
          **Status** 4 - Deleted by inactivation
             **Url** https://www.instagram.com/p/BThA2O9jwT2
          **Source** iOS Library
          **Filter** 613 - Juno
       **Upload Ip** 2602:306:bc5a:8170:1c74:fd2c:53e:2796
    **Is Published** true
     **Shared By** false
        **Author**
      **Comments**          **User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
                            **Id** 17883426766050602
                    **Date Created** 2017-06-14 15:19:38 UTC

**Text**

#maga #berkeley #evola #altright #trump #antiantifa
#nationalist #riot #riseabovemovement

**User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
**Id** 17855648305156251
**Date Created** 2017-04-30 19:56:26 UTC
**Status** 0
**Text** @bullitt182  no problem we hope to be at more to come!

**User** bullitt182 (269173403) [Hog]
**Id** 17855274781161433
**Date Created** 2017-04-30 16:18:48 UTC
**Status** 0
**Text** Proud to have you boys show up. My home needs more men like
you. I refuse to give up on the Bay Area. Thank you so much for
coming here. So thankful. See you soon.

**Image**



**Photo Id:** 1481338547394577822
**Id** 1481338547394577822
**Taken** 2017-03-29 17:42:17 UTC
**Status** 4 - Deleted by inactivation
**Url** https://www.instagram.com/p/BSOxY91jAWe
**Source** iOS Library
**Filter** 0 - Normal
**Upload Ip** 2602:306:bc5a:8170:5d71:a8ab:7b9d:3e81
**Is Published** true
**Shared By** false
**Author**
**Comments**                              **User** rise_above_movement (4931962208) [RISE ABOVE MOVEMENT]
                                         **Id** 17867138884076007
                              **Date Created** 2017-03-29 17:42:18 UTC

## Exhibit 4







## Exhibit 5



1















**Exhibit 6**

| | |
|---|---|
| **From:** | WOW air <noreply@wowair.com> |
| **Sent:** | 10/4/2018 10:07:28 PM +0000 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Confirmation from WOW air - UJACWY |
| **Attachments:** | UJACWY.pdf |

# Booking Confirmation and Itinerary

Guest's Confirmation Number **UJACWY**

## WW174/814

**From: Los Angeles International Airport (LAX)**
Terminal :
Friday, October 5, 2018 7:00:00 PM
Flight duration : 08:55
Wait: 04:35

**To: Keflavik International Airport (KEF)**
Flight Number : WW 174
Saturday, October 6, 2018 10:55:00 AM
Operated By :

**From: Keflavik International Airport (KEF)**
Terminal :
Saturday, October 6, 2018 3:30:00 PM
Flight duration : 03:20

**To: Gatwick Airport (LGW)**
Flight Number : WW 814
Saturday, October 6, 2018 7:50:00 PM
Operated By :

| Guest | Description | Original Amount | Total |
|---|---|---|---|
| ROBERT PAUL RUNDO | WW174/814 | 16179.58 INR | 16179.58 INR |
| | ZU passenger fee Winter 2018-2019 | 258.7 INR | 258.7 INR |
| | US-PASSENGER FACILITY CHARGE | 330.01 INR | 330.01 INR |
| | US-PASSENGER CIVILATION SECURITY SERVICE CHARGE | 410.68 INR | 410.68 INR |
| | US-INTL TRANSPORTATION TAX DEPARTURE | 1320.03 INR | 1320.03 INR |

## Booking Total

| | |
|---|---|
| Air Fares | 16180 INR |
| Taxes | 2319 INR |
| Services | 0 INR |
| **Total** | **18499 INR** |

## Payments

| | | |
|---|---|---|
| 10/4/2018 Credit Card | 18499 INR | 18499 INR |

1

| Total paid | | 18499 INR |
|---|---|---|



2

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   2/4

**Have a WOW trip!**

**All tickets are nonrefundable.**

**Check-in**
Web check-in is available for all WOW air destinations from 24 hours and up to 1 hour before the flight's scheduled departure. On connecting flights, web check-in starts 24 hours prior to the second flight of the journey. Web check-in is available on our website wowair.com and in the WOW app.

Check-in at the airport typically opens 3 hours prior to the scheduled departure time according to your booking confirmation and closes **45 minutes** before the scheduled departure time unless stated otherwise by WOW air. Check-in closes **1 hour** before all departures from the USA, Canada, India and Tel Aviv.

You will need to provide your booking confirmation number, your passport and valid visas (where applicable) to receive your boarding pass.

Please be advised that terminals/gates are subject to change based on operational needs. We advise our guests to arrive at the airport in good time or at least two hours before the scheduled departure time.

The boarding gate closes 15 minutes before the scheduled departure time of your flight.

Passengers who fail to show up in time for check-in and/or boarding will be considered No-Shows, and the airline will not be held responsible.

**Baggage**
Included in the basic airfare is one small personal item up to a maximum of 42x32x25cm/ 17x13x10in, such as a small purse/backpack, laptop or a camera bag. The personal item must fit under the seat in front of you.

WOW air guests can purchase allowance for one carry-on bag, up to 56x45x25cm/ 22x18x10in, including handles and wheels. Checked baggage and special equipment (skis, golf bag, bicycle, etc) are also available at an additional fee.

Use the size-gauges at the airport to measure your carry-on items. If the personal item doesn't fit it will be treated as a carry-on bag. If the carry-on bag doesn't fit it must be checked into the hold according to the standard price list.

Baggage allowance is not refundable, not changeable and not transferable. Cash is not accepted as a form of payment for baggage allowance and other services at the check-in counter. Debit- and credit cards are accepted (VISA and MasterCard).

**Do you need to change your ticket?**
You can change your booking online under **MY BOOKING** on our website wowair.com.

Please note that additional services such as baggage allowance, cancellation protection and seat selection, are non-refundable. Seat reservations are not guaranteed and are subject to change without notice due to a schedule change, equipment change or other unforeseen circumstances. In this event, we will always attempt to assign you a seat of equal value (window/aisle).

**Travel documents and visas**
It is the responsibility of the passenger to identify and obtain the required travel documents, visas and travel authorizations (as applicable) needed for entry into the destination country. This includes but is not limited to, ESTA for travel to the USA; eTA for travel to Canada; and eTV for travel to India.

Please note that you must have a valid passport on hand for the whole of your journey. For some countries, the passport must be valid for **six months** from the date of entry (USA, Israel, India). This differs depending on destination and your nationality. If you are travelling beyond our destinations, we advise you to be aware of other possible passport requirements.

Terms and conditions

---

Delivered-To:            robertrundo@gmail.com
Received:                by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp1403334wrt; Thu, 4 Oct 2018 15:07:29 -0700
                         (PDT)
X-Google-Smtp-Source:    ACcGV61kWcYzEKwN0hr3aVGkcwNSoUkCidNlWmqjSrya5m+gk5JYXbzZr9GZN5W20N+OH2htfD2x
X-Received:              by 2002:a17:906:4946:: with SMTP id f6-v6mr8681019ejt.129.1538690849527; Thu, 04 Oct 2018
                         15:07:29 -0700 (PDT)
ARC-Seal:                i=1; a=rsa-sha256; t=1538690849; cv=none; d=google.com; s=arc-20160816;
                         b=eEmZrQ0pfjvDBqggcAHsY43wmAVmsAWb0c5GiXALS04fKLMQJftC0LhBsWmyi90MW+

3

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…    3/4

tRu+ojLHyNC0EULrBiS+dNa1vb9blXBvrHmqR2nAegxmqGIETXjnJkXYP5BfYBdXpQv3
XYWD0uUwSmkw4C8x8oYA6jNzqezXh4nLS/MxD/2Sjep6feMRoCB28ZSlB1MTK/Mlnj4G
OoMiTFWRxrR73jGipttXfQim3e2xnKDot916UJUb6mte/JARr2M1uq5QwKci0BKUIkOh
3AkWXZ3jZyfKtMqFTrbObYkj2AidT7axRs3Z6GG/eUd1xNVrAYCFk/NeRqaNGmfsYk/X ROGA==

| | |
|---|---|
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=feedback-id:mime-version:to:message-id:subject:date:from :dkim-signature:dkim-signature; bh=AMUqviFsYME+7hwSBPrx1v87sRxwNOtt1R4Jk09M+3E=; b=EwGYChN/toz7odYOX98xWciU3oOA6unKVYMdLHvTWCMtM0CO1ip0IQ0V9DE652SYS0 7Hu9o0wTDD0OGjR9j7bR7+Kikn1fq5WLYESWTnO/WefzF2Z+NJXqW+i9YDktxlU4h1zf WgvUUALTOOnq1Cz8dj4ZCIPKd/JQ8zfkF2EJ8BewtG2W89HVP5t+4Yx6lNAzrH3kevA5 C3pFV/OJLFP9sO1kobmCxbc843LqYjjweC/cZT/mgbBSdE7pbKRw3zUFIq5KmdomnL9H XMBSZHke16aLeUIZsFzW1wQoHHyETz/OkFmBnoGZIBBLNh+mnhKs+RjYMHyHkvLbJDBr GvKg== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; dkim=pass header.i=@wowair.com header.s=ms7rswwz2eswcknjpp77diik6sowc32m header.b=F5WIdF2v; dkim=pass header.i=@amazonses.com header.s=uku4taia5b5tsbglxyj6zym32efj7xqv header.b="culB/5z0"; spf=pass (google.com: domain of 01020166411f1850-e472dcee-3a9c-4f3f-a585-8d15c222920a-000000@eu-west-1.amazonses.com designates 54.240.3.11 as permitted sender) smtp.mailfrom=01020166411f1850-e472dcee-3a9c-4f3f-a585-8d15c222920a-000000@eu-west-1.amazonses.com |
| **Return-Path:** | <01020166411f1850-e472dcee-3a9c-4f3f-a585-8d15c222920a-000000@eu-west-1.amazonses.com> |
| **Received:** | from a3-11.smtp-out.eu-west-1.amazonses.com (a3-11.smtp-out.eu-west-1.amazonses.com. [54.240.3.11]) by mx.google.com with ESMTPS id d10-v6si4708976edh.283.2018.10.04.15.07.29 for <robertrundo@gmail.com> (version=TLS1_2 cipher=ECDHE-RSA-AES128-SHA bits=128/128); Thu, 04 Oct 2018 15:07:29 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of 01020166411f1850-e472dcee-3a9c-4f3f-a585-8d15c222920a-000000@eu-west-1.amazonses.com designates 54.240.3.11 as permitted sender) client-ip=54.240.3.11; |
| **Authentication-Results:** | mx.google.com; dkim=pass header.i=@wowair.com header.s=ms7rswwz2eswcknjpp77diik6sowc32m header.b=F5WIdF2v; dkim=pass header.i=@amazonses.com header.s=uku4taia5b5tsbglxyj6zym32efj7xqv header.b="culB/5z0"; spf=pass (google.com: domain of 01020166411f1850-e472dcee-3a9c-4f3f-a585-8d15c222920a-000000@eu-west-1.amazonses.com designates 54.240.3.11 as permitted sender) smtp.mailfrom=01020166411f1850-e472dcee-3a9c-4f3f-a585-8d15c222920a-000000@eu-west-1.amazonses.com |
| **DKIM-Signature:** | v=1; a=rsa-sha256; q=dns/txt; c=relaxed/simple; s=ms7rswwz2eswcknjpp77diik6sowc32m; d=wowair.com; t=1538690849; h=From:Date:Subject:Message-Id:To:MIME-Version:Content-Type; bh=Bar5p8pEIOp0k5GLeHRMu/ivFKXs2pEjS6aPJ+Vedo=; b=F5WIdF2vExTjmUpqD+eSERoveJhXc4Olsw1s7h0jffzkDCdz52QNgtHMLGnkmkMz Jnx9R3mIPMrQwbZigC2vuSY7X48G7hyZJfGYMI5rpyJ8io1sDxvERE5MQEpFn+blnwp oUk2H35gRJgsS503FfvFjp9fhN8VPqNsuHa3u7JE= |
| **DKIM-Signature:** | v=1; a=rsa-sha256; q=dns/txt; c=relaxed/simple; s=uku4taia5b5tsbglxyj6zym32efj7xqv; d=amazonses.com; t=1538690849; h=From:Date:Subject:Message-Id:To:MIME-Version:Content-Type:Feedback-ID; bh=Bar5p8pEIOp0k5GLeHRMu/ivFKXs2pEjS6aPJ+Vedo=; b=culB/5z0vN/76qWMvNCYli1OOHGlHzfhLahi7lisSY20so1klqi2NMmV17Lj1++p II7DHgZTi8YLz2bnH41Tl29oON4vWAzlCPzpP3wsZxOXDubiSanmxB+kHozdsaNXfMb Eolj7u/rNA/9e3XqJ6bgNpk7I9KpKQwLiQxNkVqg= |
| **Message-ID:** | <01020166411f1850-e472dcee-3a9c-4f3f-a585-8d15c222920a-000000@eu-west-1.amazonses.com> |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/mixed; boundary="=-uEP/9X9SkPh+UCXaxenfcw==" |
| **X-SES-Outgoing:** | 2018.10.04-54.240.3.11 |
| **Feedback-ID:** | 1.eu-west-1.pTa8JsqGNj8X6wwObQTtvTLe/VGygGoIKqHsW8/FyWw=:AmazonSES |

**Exhibit 7**





RUNDO_00000206

**NEW YORK STATE**
**DEPARTMENT OF CORRECTIONAL SERVICES**
**GREENE CORRECTIONAL FACILITY**
COXSACKIE, NEW YORK

## Free Will Statement

I, _Robert Rundo_ , D.I.N. _10A1614_ , do hereby
state that I give this statement of my own free will and I have not been threatened or coerced to do so, nor have
any promises of favors or leniency been made to me in any way. I also acknowledge that false statements made
herein are punishable as a Class A misdemeanor pursuant to section 210.45 of the Penal Law of the State of
New York. I further state that I have read and understand the preceding text. My statement is as follows:

_I Robert Rundo HAS 2 UNAUTORIZED TATTOO'S_
_1 NUMber 8 on eAch Shoulder for The Symbols_
_of white pride. I got Them Here AT_
_Greene facility A few weeks ago._

Signed: _Rob Rundo_       D.I.N.: _10A1614_       Date: _11/5/10_

Witnessed: _Sgt Begly_       Title: _Sgt_       Date: _10/5/10_

RUNDO_00000207

2

## **Exhibit 8**
**(filed manually)**

**Exhibit 9**

3/26/24, 11:19 AM                                    Booking 11325842: Booking Received

| | |
|---|---|
| **From:** | "Kiwi.com" <tickets@kiwi.com> |
| **Sent:** | 9/25/2018 2:34:32 AM +0000 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Booking 11325842: Booking Received |



For more info, visit our
**Help Centre**

---

| Booking number: | Booking status: |
|---|---|
| **11325842** | **IN PROCESS** |

| Passengers (1): | Baggage: |
|---|---|
| **Robert Rundo Paul** | 1x  **Cabin baggage** 7 kg  55 × 23 × 40 cm |
| | 1x  **Checked baggage** 20 kg |

## Booking Received

Thanks for booking with Kiwi.com. We're processing your order. Expect your
confirmation and e-ticket soon.
You can sign in and view your booking status in Manage My Booking.

Enter Manage My Booking

| | | |
|---|---|---|
| Kiev - Kyiv International Airport (Zhuliany) **IEV** | Mon Oct 22, 2018 | 06:10 |
| Berlin - Berlin Schönefeld **SXF** | Mon Oct 22, 2018 | 07:20 |
| Airline: **Wizzair** | | |

| | | |
|---|---|---|
| Berlin - Berlin Schönefeld **SXF** | Mon Oct 22, 2018 | 08:50 |
| Copenhagen - Airport Copenhagen **CPH** | Mon Oct 22, 2018 | 09:50 |
| Airline: **Norwegian International** | | |

| | | |
|---|---|---|
| Copenhagen - Airport Copenhagen **CPH** | Mon Oct 22, 2018 | 13:50 |
| Los Angeles - Los Angeles International **LAX** | Mon Oct 22, 2018 | 16:00 |
| Airline: **Norwegian** | | |

| | |
|---|---|
| Booked by | Robert rundo Paul |
| Email | robertrundo@gmail.com |
| Total paid | 507.63 USD |

1



| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp147566wrt; Mon, 24 Sep 2018 19:34:33 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV621MbPKkI+AGzRG1S96g0LvW4gsUfFl6FKbFVZ8r4O3FaFqz9lmlfpycY77ZpJnRktm4DV1 |
| **X-Received:** | by 2002:a81:2b82:: with SMTP id r124-v6mr737245ywr.249.1537842873075; Mon, 24 Sep 2018 19:34:33 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1537842873; cv=none; d=google.com; s=arc-20160816; b=U1CWO9VjQy5VgL24CXrAq7zvbvjJZS7WJUANrWQ8f2mH6VQp/RXnfZRfnkkhAS8JsA GUnQWN0whEnGPuF00huzm7Khp5BS6vm7/3gvXThovHxxo2arLzyiahePAmPdfcrnaa26U c3R1paq99N2ypygettCI85I6SPAWoX/KFatAxzx1hG7p2LustxzKANSLoh6endpTbjAk d9KLbM96BMm5FnLVGvpeChWrv+4n0XPL8fbq8+SpAsMtoM2Mo+wALEp8QnPFxNshTZoj DBPyfBPx2QFFSthDM5bSQpDKHVnyMp7ED6KjzLEBa/WjMzKsd9p6Zdsh6W4yrOYdtFEQ ddag== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:date:message-id:to:reply-to:subject:from :dkim-signature:dkim-signature; bh=kTIwrdd59Z27u6BFbS+YnhLu6PT3jvR7tlgoaq+qxVs=; b=GTWwAxV6PK1dCYJNTsmdODLc05TkxvrNtgfQ+Ovuyb6/ePhP0hW6qYSGY26jA3xEAA mVIWTW6za/HAmHS+ZG9T/Rc+yM1kkdFGAdCLtnakazzT8ypwGYNDya1a/o9cCwrrS8kA 7AflsqAyzgePvvWJpN2LRN+Oo43goS2SSC4O9Ynx5Mvvx0X4iKub82caiDfa/xUXwv3a 4tfEHchyGeguvW6ZfRfGV3Ywmi7WU0aOxf1xCTKl2HKar86gqqbAL6vWZ07NZYPizq8B JNd2U+IYJXOnABfD5fdsNkLPMJftuLdGndhZto88KZjBuOON9AuylTtkUe5wdJMvMEyO Ci4g== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; dkim=pass header.i=@kiwi.com header.s=mandrill header.b=gLqvhKMy; dkim=pass header.i=@mandrillapp.com header.s=mandrill header.b=mG27Ns9z; spf=pass (google.com: domain of bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com designates 198.2.178.27 as permitted sender) smtp.mailfrom=bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com |
| **Return-Path:** | <bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com> |
| **Received:** | from mail178-27.suw51.mandrillapp.com (mail178-27.suw51.mandrillapp.com. [198.2.178.27]) by mx.google.com with ESMTPS id 20-v6si272799ybl.178.2018.09.24.19.34.32 for <robertrundo@gmail.com> (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Mon, 24 Sep 2018 19:34:33 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com designates 198.2.178.27 as permitted sender) client-ip=198.2.178.27; |
| **Authentication-Results:** | mx.google.com; dkim=pass header.i=@kiwi.com header.s=mandrill header.b=gLqvhKMy; dkim=pass header.i=@mandrillapp.com header.s=mandrill header.b=mG27Ns9z; spf=pass (google.com: domain of bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com designates 198.2.178.27 as permitted sender) smtp.mailfrom=bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com |
| **DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; s=mandrill; d=kiwi.com; h=From:Subject:Reply-to:To:Message-Id:Date:MIME-Version:Content-Type; i=tickets@kiwi.com; bh=gLqvhKMyjFJXcqw1TVT48kNNrzYrfMW3iPz8ZRUJ9JvyuyAKc9taoKLRcYwfEV4j/KF62Z5utvn4 k7jCfkZCmxtn3OrdkiqSxfxGEvRQ+Ui0GLECNDcHXfdPk758+4+L/rW3a29Rx8qXPvgWhR4sp9Kq 9+wfX/9Qainbi5aG5SM= |
| **Received:** | from prnta05.mandrill.prod.suw01.rsglab.com (127.0.0.1) by mail178-27.suw51.mandrillapp.com id hl6fbi22s109 for <robertrundo@gmail.com>; Tue, 25 Sep 2018 02:34:32 +0000 (envelope-from <bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com>) |
| **DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; d=mandrillapp.com; i=@mandrillapp.com; q=dns/txt; s=mandrill; t=1537842872; h=From : Subject : Reply-to : To : Message-Id : Date : MIME-Version : Content-Type : From : Subject : Date : X-Mandrill-User : List-Unsubscribe; bh=kTIwrdd59Z27u6BFbS+YnhLu6PT3jvR7tlgoaq+qxVs=; b=mG27Ns9zqBLvEFNkNSo+NJug2K8zqNJmd58gBBHYpb4kYGyAMpYXxbvD+h2Yre6KmTKXrn 59Ac978QrqEhENFSoE+YGuvdvCNdwNm28VPSL+RnT5RKD6ZDnMAFFKGaKzCkWZIlcOB7Kp+s h8lQiZKVCDNu95bcpkzMEzFqNibvE= |

3/26/24, 11:19 AM                                    Booking 11325842: Booking Received

| | |
|---|---|
| **Return-Path:** | <bounce-md_30178145.5ba99eb8.v1-81c503a136e045958975fdbf9b1638a2@mandrillapp.com> |
| **Received:** | from [52.16.237.132] by mandrillapp.com id 81c503a136e045958975fdbf9b1638a2; Tue, 25 Sep 2018 02:34:32 +0000 |
| **Reply-to:** | <tickets@kiwi.com> |
| **X-Report-Abuse:** | Please forward a copy of this message, including all headers, to abuse@mandrill.com |
| **X-Report-Abuse:** | You can also report abuse here: http://mandrillapp.com/contact/abuse?id=30178145.81c503a136e045958975fdbf9b1638a2 |
| **X-Mandrill-User:** | md_30178145 |
| **Message-Id:** | <30178145.20180925023432.5ba99eb8a13c67.19291654@mail178-27.suw51.mandrillapp.com> |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="_av-Ve1ci-k1dMqa8bxSBY_vFg" |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   3/3

3

**<u>Exhibit 10</u>**



USA_00201340

 21:05 16 % 

 Сообщения **~Robtheroman** Править

Ha ok

I think this is a better place to talk

21:59  Make same



22:01  Ok. At least the mood is fine )

Ha yeah just about to repack and get ready for tomorrow

 

USA_00201341

2

**‹ Сообщения   ~Robtheroman   Править**

Do it man.
Bob said (if tomorrow doesn't work out) you should fly out of Mexico

22:02 👁

Yeah i was thinking that

It might be even better to just do that the first time because if they keep seeing me trying to leave they'll say I am trying to escape etc

See to it that u got all cleaned up - cell, computer, hard drives...

22:04 👁

They took all my old ones but yes I bought a new phone and laptop that I will bring and set up there

What about money? Cards/cash ?
We will take care of u here, no worries, but what if your accounts will get frozen?

22:07 👁



21:05

16 % 

< Сообщения **~Robtheroman** Править

I pulled out a few thousand in cash I will go buy some prepaid cards also so they don't see me traveling with so much

Ok, get as much ready as you can.
As I said - once you are here we'll take care of you, just see to it that you get your white terror ass here.

22:10 👁

Ok am just worried that Germany will do the same thing as the U.K. To me and just send me back

Then u fly to Dubai out of Mexico or Cancun

22:11 👁

And from there to Kiev.

22:11 👁

Yeah will look into it now

Or to Zürich. But Dubai is better.

22:12 👁

Ok I will check it out I also



USA_00201343

4

 21:06    16 % 

< Сообщения  **~Robtheroman**    Править

Ok I will check it out I also might be able to fly to NYC then just get a direct flight to Kiev

Even better. 22:36 

ASOV guys are willing to help and if you need we'll raise this whole topic on the internet
22:36 

Yeah I would appreciate that and I found a good ticket direct flight to Kiev from nyc lands on the 10th

I think I will take that the less layovers the better

Ok.
If there is any problems at the airport here we will take of that. But it is very unlikely... anyway, we got our guys at border control.
22:39 

That's why I like Ukraine so much :)



USA_00201344

5

21:06   16 % ⚡

< Сообщения   **~Robtheroman**   Править

> Well then get prepared as much as you can.
> For the border control guys Robert Rundo ?
> Born : ... ?

22:53 👁

04/28/92

United States

Robert Paul rundo

What else u need

Tell them very good looking guy will be hard to miss him

> I'll forward it to the guys. But we do not need too many good looking guys here🤔

22:55 👁

Lol

> ) do it my friend, do all you can and get out of the freaking US.
>
> I met up with the guy who fled US

23:23 👁

USA_00201345

6



21:06   16 % ⚡

‹ Сообщения   **~Robtheroman**   Править

> I thought he was crazy. Now I see he was right about everything.

23:23 👁

Ok I feel like shit over missing the event though I'm almost thinking of just trying to fly to Germany

Or should I just take that other flight straight to Kiev

> Or should u fly out of Mexico, which sounds the safest ?

23:30 👁

It's all a gamble I think I will but the flight from nyc to Kiev i like that it is direct with no layover

> Then go for it.
> I have forwarded your data

23:48 👁

вторник, 9 окт. 2018 г.

Tickets booked

> Ok. You arrive when exactly!

10:18 👁

USA_00204346



✈                    21:06                    17 % 🔋 ⚡

< Сообщения  **~Robtheroman**        Править

10:18 👁  ?



```
oooo T-Mobile 📶    12:18 AM    *📶 33% 🔋
<                  🔽  🗑  ✉  •••

   Kiev, Ukraine (KBP)         Nonstop

   Ukraine Intl Airl
   Flight 232
   Terminal 7

   12:30am    Wed. Oct 10    New York, NY
                                    (JFK)
   4:20pm     Wed. Oct 10    Kiev (KBP)
                                  Economy

   Total Trip
   Time: 8h 50m         Change Flights

   See Baggage Allowance Details
```

**RECEIPTS**

| Date | Receipt # | Details | Amount |
|------|-----------|---------|--------|
| October 8, 2018 | #109092 441 | View Receipt | $447.84 USD |

Total: $447.84 USD

10:24 👁  **Holding fingers crossed.**

**Yeah just got to make it threw nyc airport**

10:33 👁  **Forwarded it to the guys.**

**It's practically tonight u r supposed to arrive. And what**

+  [                    ]  

USA_00201347

8



✈️   21:06   17 % 🔋 ⚡

< Сообщения   **~Robtheroman**   Править

It's practically tonight u r supposed to arrive. And what about Cali to NYC?

10:33 👁

Shit it got mixed up

What?

10:50 👁

😅 all fixed



●●○○ T-Mobile LTE   1:13 AM   📶 18% 🔋

YOUR ITINERARY

**Departure**

| **New York, NY (JFK) to Kiev, Ukraine (KBP)** | Nonstop |

Ukraine Intl Airl
Flight 232
*Terminal 7*

| 12:30am | Thu. Oct 11 | New York, NY (JFK) |
| 4:20pm | Thu. Oct 11 | Kiev (KBP) |
| | | Economy |

Total Trip
Time: 8h 50m   **Change Flights**

See Baggage Allowance Details

**RECEIPTS**

| Date | Receipt # | Details | Amount |

Correct flight info

USA_00201348

9



21:06    17 % ⚡

< Сообщения   ~**Robtheroman**   Править

Correct flight info

15:38 👁

If I wouldn't have asked u would have missed it ))

••○○○ T-Mobile  LTE   5:38 AM   🕐 ⚡ 100% 🔋 ›

‹ 48    359-22   ⓘ

Text Message
Today 5:37 AM

Flight AA2626 from SNA to DFW on Oct9 at 8:12AM has been canceled. We're working to rebook you and will send an update soon.

› | Text Message   ⬆ |

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤   space   return

🤔

16:37 👁

16:37 👁   What do u think it means?

+ | [redacted] |   USA_00201349

10



21:06   17 % ⚡

< Сообщения  **~Robtheroman**   Править

What if feds just fuck around with your cell?
Call the company.

16:37 👁

I did it was canceled I just re booked a different flight

Fuckin weird stuff



16:38 👁

16:38 👁  Coincidence?

I don't believe in Coincidence anymore

I'm not allowed to fly

18:58 👁  What reason?

Fuck

They banned me from flying

They are probably going to arrest me soon





USA_00201350

11

21:07

‹ Сообщения **~Robtheroman** Править

Will u be able to cross Mexican border?

18:59

That is what I will try

If that don't work I'm fucked

Should we gather money for you? Anything that would help?

19:00

I don't know what to do at the moment I will try n speak to my lawyer

But this is unreal

Step 1
Step 2 - speak to Bob , I am sure he know how people who "got into trouble" left the US via Mexican border

19:08

And try your best not to get caught

19:08

Yes will do I think I will ditch my phone

USA_00204351

12

 21:07 17 % 

 Сообщения  **~Robtheroman**  Править

Yes will do I think I will ditch my phone

среда, 10 окт. 2018 г.

I'm going to go to South America

Do you have anyone down there?

They are putting out the most insane articles on us

https://amp.cnn.com/cnn/2018/10/09/us/ram-rise-above-movement-california-hate-group-charlottesville/index.html

http://www.latimes.com/opinion/op-ed/la-oe-picciolini-white-supremacists-20181007-story.html?outputType=amp

My government takes these articles at face value

 

USA_00201352

13



✈️ 21:07 17 % 🔋 ⚡

‹ Сообщения   ~robtheroman   Править

Мультимедиа

среда, 10 окт. 2018 г.

Ok I'm in one step free from the USA

Make step2
I am not sure about any connections is South America. Got some guys in Chilie and Brazil

08:50 👁

But I do not know them personally

08:50 👁

Keep me informed

08:50 👁

I will fly from South America to Ethiopia to Dubai to iev

That sounds like one fantastic trip to me!

09:01 👁

)

09:01 👁

USA_00201353

14

21:07    17 % ⚡

< Сообщения **~robtheroman** Править

We'll manage it Amigo.    09:01 👁

Haha

Might stay a few days in Ethiopia

Find a wife



Hmm🤔    09:04 👁
Or two

Well brother I will see u in a few days

Do not forget - I am away from 12 to 15tg    09:14 👁

But we have forwarded your data to our border guys    09:14 👁

Ok no worries I meet with bob

Alyona will stay in touch with me about border
09:31 👁

USA_00204354

15

 21:07  17 % 

‹ Сообщения   **~robtheroman**   Править

Alyona will stay in touch with me about border

09:31 👁



Have u thought of a one way ticket scenario?

10:35 👁

If you know when exactly u arrive - let me know

10:35 👁

At this point I only think of a one way ticket I got guys on stand by back home to sell my car and a few other things

10:37 👁   Ок

I will figure everything out once I'm in a safe spot to think things out

But at the moment my whole thing is just to get away

What do u think about a 2 hour layover in Italy do u think

   

USA_00204355

16



21:07

17 % 

 **Сообщения** **~robtheroman** Править

> What do u think about a 2 hour layover in Italy do u think I should avoid all eu countries

> It is just going to be very expensive and hard to get around eu countries

22:19  **Avoid EU.**

> Ok

**Dubai, Moldova, Belarus - possible.**

22:19 

> Will keep looking I'll either leave today or tomorrow

22:29  **U r not in USA anymore?**

> I'm in Mexico

**Ок. Well, does it feel like at home for diaboli blanco?**

23:19 

> I will have to go to Brazil and there is a direct flight from Brazil to dubia



USA_00201356

17

 21:07   17 % 

< Сообщения   **~robtheroman**   Править

Take notes
Perhaps u will write a book 1 day

23:19 

Yeah so this is the plan I'm going to go to Cuba

Then Cuba to switerzland

Zurich

Then Zurich to iev

Careful with Zurich
I mean it is no eu but who knows...

23:21 👁

That is true

You think Dubai or Istanbul would be best

It just not many flights from South America out

Yeah. Istumbul better - not eu, many people from the Orient come and go, besides you want to go Eastward-less

 _____ 

USA_00201357

18

 21:08 18 % 

 Сообщения **~robtheroman** Править

Yeah. Istumbul better - not eu, many people from the Orient come and go, besides you want to go Eastward–less control

23:24 

Ok I'll keep looking

How about Cuba to Moscow

23:59  U need a visa for Moscow

Only to leave the airport

I had a layover there before

четверг, 11 окт. 2018 г.

A, Moscow has transit zone ☝🏼 perhaps a good Idea 👍🏼

00:01 

Ok there's a direct flight on Monday from Havana to Moscow

I will book it

And head to Cuba today

 ▬▬▬▬▬▬

USA_00204358

19

21:08                    18 % ⚡

< Сообщения  **~robtheroman**        Править

Yeah. Istumbul better - not eu, many people from the Orient come and go, besides you want to go Eastward-less control

23:24 👁

Ok I'll keep looking

How about Cuba to Moscow

23:59 👁    U need a visa for Moscow

Only to leave the airport

I had a layover there before

четверг, 11 окт. 2018 г.

A, Moscow has transit zone ☝🏼 perhaps a good Idea 👍🏼

00:01 👁

Ok there's a direct flight on Monday from Havana to Moscow

I will book it

And head to Cuba today

USA_00201359

20

✈     21:08     18 % 🔋 ⚡

< Сообщения   **~robtheroman**     Править

00:02 👁     The Traveller boi

Ha sad that it has to be like this

Do not forget-to get to Kiev from Moscow u will fly via Minsk
00:02 👁

I was very excited to come out to Germany and things were going really good in the states

Ok

A short trip but does not work other way
00:03 👁

Rob, u can do whatever as long as U r free. From behind the bars u r fucked. Imagine guys get 10 years
00:06 👁

A friend just got free after staying 11 years. For killing Muslim back in 2008.
00:06 👁

00:06 👁     It's crazy.

USA_00201360

21



21:08   18 % ⚡

< Сообщения   **~robtheroman**   Править

There will be tournaments for u

00:06 👁

Yeah true ok I am booking tickets now see you in a few days

**воскресенье, 14 окт. 2018 г.**

19:42 👁   How are u?

Ok in Cuba look forward to being in Kiev

How did the event go?

15.10.2018 , 00:51 👁   Was ok. I lost on points in a fucking slugfest )

**вторник, 16 окт. 2018 г.**

Ah slugfest the best type of fest lol

))
How are u?

17:40 👁

Ah ok can't wait to head out of here



USA_00204361

22



21:08  18 % ⚡

〈 Сообщения  **~robtheroman**  Править

There will be tournaments for u

00:06 

Yeah true ok I am booking tickets now see you in a few days

**воскресенье, 14 окт. 2018 г.**

19:42 👁  How are u?

Ok in Cuba look forward to being in Kiev

How did the event go?

15.10.2018 , 00:51  Was ok. I lost on points in a fucking slugfest )

**вторник, 16 окт. 2018 г.**

Ah slugfest the best type of fest lol

17:40 👁  )) How are u?

Ah ok can't wait to head out of here

 
USA_00201362

23

✈ **21:08** 18 % 🔋 ⚡

‹ **Сообщения**  ~**robtheroman**  **Править**

There will be tournaments for u

00:06 👁

Yeah true ok I am booking tickets now see you in a few days

**воскресенье, 14 окт. 2018 г.**

19:42 👁 How are u?

Ok in Cuba look forward to being in Kiev

How did the event go?

15.10.2018 , 00:51 👁 Was ok. I lost on points in a fucking slugfest )

**вторник, 16 окт. 2018 г.**

Ah slugfest the best type of fest lol

))
How are u?

17:40 👁

Ah ok can't wait to head out of here

USA_00201363

24

 21:08  18 % 

 Сообщения  **~robtheroman**  Править

Ah ok can't wait to head out of here

I herd police have been to my place since I left asking about me

17:45  They can have some dick now

17:45  What is your situation now? When are we meeting up?

Haha

I leave to Moscow tomorrow it it was one of the few direct flights without going to eu country

So I think flight is 11 hours I will get my ticket to Kiev in a few and send u info

17:46  Ok. Hell of a travel.

17:46  U ok so far?

Fuckkk

 

 21:08 18 % 

 Сообщения **~robtheroman** Править

Yeah I little down with everything but no worries I think things can work out

Ben and guys? Any news from them?

17:47 

Nothing good from what I have herd they all are being denied bale and Ben and another guy can't even be found in the system yet to write to or send money

17:50  They handle em like terrorists

I think they will be sent to Charlottesville this week

Yeah that what they are pushing for

When I was arrest in uk they were calling me that

17:51  Seriously?!

Swear these two British fbi



USA_00204365



 ~**robtheroman** Править

Swear these two British fbi type came to the room i was detained in with a bunch of news articles one being the one that talks about the trip to Ukraine and said that they would not allow me to network and start terroist cells in Europe

Fuckin retarded

That is crazy as fuck.
I really wonder how much fear they have for sheer white boys.

17:54 

Unreal this whole thing

It's crazy because we really did nothing wrong it is only for our political stance

But we will speak more when I get there not much WiFi here

Sure.
You are very welcome here

USA_00204366

27

21:08                                    18 % ⚡

< Сообщения  **~robtheroman**         Править

Sure.
You are very welcome here and once u arrive we will decide for all the upcoming stuff.

20:46 👁

**среда, 17 окт. 2018 г.**

They won't let me fly

Fuckkkk

I don't know what to do

And more arrest have been made in us

I might have to try flying three Spain

20:13 👁  Wait

20:13 👁  Who ?

They wouldn't let me fly because of visa issue

20:13 👁  Russia?

+

USA_00201367

28

21:08   18 % ⚡

‹ Сообщения   **~robtheroman**   Править

> Sure.
> You are very welcome here and once u arrive we will decide for all the upcoming stuff.

20:46 👁

среда, 17 окт. 2018 г.

They won't let me fly

Fuckkkk

I don't know what to do

And more arrest have been made in us

I might have to try flying three Spain

> Wait

20:13 👁

> Who ?

20:13 👁

They wouldn't let me fly because of visa issue

> Russia?

20:13 👁

USA_00201368

29

21:08                              19 % ⚡

< Сообщения   **~robtheroman**            Править

Yeah even though I had a
ticket to Dubai

20:14  👁   **Look for flights direct to Kiev**

20:14  👁   **Via Moldova**

20:14  👁   **Or Istanbul**

They won't let they won't let
me fly to Moscow

They said I need a visa even to
transfer

Even though I have done that
in the past

**Transit visa is normally no
problem**
20:15  👁

How to get

20:15  👁   **Direct to Ukraine?**

No from Havana to Moscow to
transfer to Dubai

Aeroflot won't let me check in

USA_00204369

30

 **21:09** 19 % 

 Сообщения **~robtheroman** Править

Aeroflot won't let me check in without visa

He said even just to change flights I need a visa

20:17  U are in Cuba now?

Yeah

At the airport

I know it is happening- tension between US and Russia

20:18 

Yeah they won't even refund me

I think maybe fly into Madrid

Than Kiev

I was able to fly into Iceland when the uk banned me

Maybe it was just uk

I think I will try to Madrid

 

USA_00204370

31



✈ **21:09** 19 % ⚡

< Сообщения **~robtheroman** Править

Hmm — 20:36 👁

We'll give it a go... what if u just stay in Dubai — 20:36 👁

And fly from there to Kiev? — 20:36 👁

I can't get to Dubai without going to a eu country

Wait a sec, I check some options — 20:37 👁

Ok

Ok I think I'm going to just go back to Mexico now I need to get out of Cuba the no WiFi thing means I can't do anything and I need to be speak with lawyers erx

Hmm... and then? — 20:44 👁

Idk I can't tell you how much this is costing me but freedom is a higher price

USA_00204371

32



✈                    21:09                 19 % ⚡

< Сообщения   ~robtheroman        Править

20:45 👁  **Oh yes**

Maybe do the other thing go to Brazil then to Ethiopia then Istanbul than Kiev

Idk I don't want to stay in these shit country's to hide out without any contacts

Well, get some sort of prepaid cards or something.
Take a longer route, check out Ukrainian AI for direct flights
20:47 👁

From Argentina
20:47 👁

Yeah

Ok I'm going to go to Mexico and take it from there

18.10.2018, 07:31 👁  **Ok . Keep me informed**

When are u fucking coming here man :-( I am pretty nervous coz of this whole shit.
18.10.2018, 07:31 👁

+                                        USA_00201372

33



✈    21:09    19 % 🔋 ⚡



‹ Сообщения    **~robtheroman**    Править

20:45 👁    **Oh yes**

Maybe do the other thing go to Brazil then to Ethiopia then Istanbul than Kiev

Idk I don't want to stay in these shit country's to hide out without any contacts

Well, get some sort of prepaid cards or something.
Take a longer route, check out Ukrainian AI for direct flights

20:47 👁

From Argentina

20:47 👁

Yeah

Ok I'm going to go to Mexico and take it from there

18.10.2018 , 07:31 👁    Ok . Keep me informed

When are u fucking coming here man :-( I am pretty nervous coz of this whole shit.

18.10.2018 , 07:31 👁

USA_00201373

34



21:09

19 % 

 Сообщения  **~robtheroman**   Править

Made it bac̶k̶ ̶t̶o̶ ̶M̶e̶x̶i̶c̶o̶ ̶g̶o̶t̶ ̶a̶ **четверг, 18 окт. 2018 г.** hundred emails and texts people think I have a case against propublica and want me to sue



I been looking up if you can transfer flights in Moscow and everything said I can I just think the dumb nigger didn't know what he was talking



 USA_00201374

35



21:09

19 % 

 Сообщения **~robtheroman** Править

I been looking up if you can transfer flights in Moscow and everything said I can I just think the dumb nigger didn't know what he was talking about I want to call Aeroflot they should give me tickets or full refund because this is crazy

08:39  Ask Russian embassy

08:39  It is the best

I think I'm shit outta luck yet again

18:19 What u mean?

Do not get desperate, Rob. And do not do anything stupid.
If u are getting out of money - let me know, we'll send u some over to get your ass here.
Do not forget, that your number 1 aim now is to stay



USA_00201375

36



21:09

19 % 

 Сообщения **~robtheroman**   Править

Do not get desperate, Rob. And do not do anything stupid.
If u are getting out of money - let me know, we'll send u some over to get your ass here.
Do not forget, that your number 1 aim now is to stay free.

18:19 👁



all lifecell 🛜         11:27         66 % 🔋

🔒 directflights.com
DIRECT FLIGHT

GRU 01:25 ↗  ↘ DXB 22:55
Sao Paulo Guarulhos      Dubai

Flight Details −

Outbound Flight
DIRECT FLIGHT                    ⏱ 14H 30M

**Emirates**

EK-262 ECONOMY
⏱ 14h 30m

TAKE OFF
SAT 20 OCT, 01:25
GRU
(SAO PAULO GUARULHOS)

LANDING
SAT 20 OCT, 22:55
DXB
(DUBAI)

**грн.48521.20**      **Book** ▸
AeroBilet

**Emirates**

⏱ 14h 30m
DIRECT FLIGHT

GRU 07:45 ↗  ↘ DXB 05:15
Sao Paulo Guarulhos      Dubai

Flight Details +

18:19 👁

USA_00204376

37

21:09    19 % ⚡

‹ **Сообщения**   **~robtheroman**    Править

There are direct flights from San Paulo Brazil to Dubai

18:19 👁

What is your status?

19:56 👁

Think I found a way for the 21st direct flight from el Salvador to Istanbul

That will give me a few days to talk to lawyers get some things set up

Do it.

20:16 👁

Ok

Buying now

Will hold my fingers crossed for u amigo

20:45 👁

Ask your lawyer if feds are looking for u via Interpol etc... Perhaps it will make sense to ask for political refuge here?

20:45 👁

Ok tickets booked I will speak to my lawyer just spoke to one

USA_00204377

38

 21:09   19 % 

 Сообщения   **~robtheroman**   Править

Ok tickets booked I will speak to my lawyer just spoke to one of the guys lawyers said things don't look so good at the moment

They are being brought to Virginia and I guess they found ammunition in one of the guys houses that he legally has a right to own but there making it like Aryana terror brigade

21:11    Fak

Ok all set should be in Kiev on the 23

21:47     00:13

Haha

Yeah I hope it works out this time around

Best regards from Swedish giant Marcus !
We are having a very gay

   USA_00201378

21:10     19 % ⚡

‹ Сообщения   **~robtheroman**   Править

Best regards from Swedish giant Marcus !
We are having a very gay evening in a fancy restaurant ❤️

21:48 👁

Ha enjoy



21:49 👁

Oossh looks a bit like a pirate eyepatch lol

21:50 👁   ))

22:16 👁   How are u?

🎤 01:05

🎤 00:30

22:56 👁

USA_00204379

40

**Exhibit 11**

Your trip confirmation and receipt

| | |
|---|---|
| **From:** | "Justfly.com" <noreply@justfly.com> |
| **Sent:** | 10/8/2018 5:28:48 PM -0400 |
| **To:** | Robert <robertrundo@gmail.com> |
| **Subject:** | Your trip confirmation and receipt |

# justfly.com

## Pack your bags, you're all set to travel!

Your booking is all set and check-in for your flight will be available 24 hours before departure. When it's time, go to the airline's website and enter your airline confirmation number (below). There, you'll be able to check in and get your mobile or printable boarding pass.

**Justfly Booking Number: 119-684-171**
**Ukraine Intl Airl Confirmation Number: KMUOL6**

## With JustFly, you're in control of your booking!

Justfly is the only place where you can fully manage your booking online and at your convenience. Fine-tune the details of your trip without spending hours on hold. Access your booking online and:

- Check status of your booking
- Change your flights
- Print or email your receipts
- Get baggage information
- Select seats
- Cancel Flight

**Manage my Booking**

## Still Need Help?

Check out out our extensive **support section** to answer your questions.

### YOUR ITINERARY

**Departure**

| New York, NY (JFK) to Kiev, Ukraine (KBP) | Nonstop |
|---|---|

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…   1/4

1

Your trip confirmation and receipt

| | | | |
|---|---|---|---|
| Ukraine Intl Airl<br>Flight 232<br>*Terminal 7* | **12:30am**<br>**4:20pm** | Wed. Oct 10<br>Wed. Oct 10 | New York, NY (JFK)<br>Kiev (KBP)<br><br>Economy |

Total Trip Time: **8h 50m**                                    Change Flights

See Baggage Allowance Details

## RECEIPTS

| Date | Receipt # | Details | Amount |
|---|---|---|---|
| **October 8, 2018** | #109092441 | View Receipt | $447.84 USD |
| | | | **Total: $447.84 USD** |

## TRAVELERS

| Name | E-ticket |
|---|---|
| **Robert Paul Rundo** | Ukraine Intl Airl: 566-7264657925 |

### Select your seats!

Be sure to travel in comfort and select your preferred seat online now. Avoid having to arrive at the airport early, and secure that scenic window or stress-free aisle seat ahead of time.

**Select Seats**

### Need a place to stay?

We've already picked out some great hotels for your trip to Kiev. at rates perfect for any budget. Look forward to the comfort of a perfect hotel at a great price.

**Find a Hotel**

### Car convenience—at train prices

The convenience of a car makes all the difference when exploring a new place. Get a great deal on a rental car and explore on your own schedule.

**Rent a Car**

Your trip confirmation and receipt

## Peace of mind, at an affordable price.

Don't let your trip go south! Avoid the costs of travel mishaps
like cancellations, medical bills, lost luggage, and other
unforeseen events with affordable travel insurance.

**Add Insurance**

## Need a different flight? No problem.

If you need to make changes to your itinerary, we're here to
help. Our site lets you manage your booking online, where you
can easily change flights at your convenience.

**Change Flights**

## AIRLINE INFORMATION

| Ukraine Intl Airl | Check-in | Baggage Policy | Contact |
|---|---|---|---|

About Us  •  Privacy Policy  •  Terms & Conditions

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp4059799wrt; Mon, 8 Oct 2018 |
| | (PDT) |
| **X-Google-Smtp-Source:** | ACcGV62Vdw7VuaQaEwR5ek0BJe6zYajYsv9lUPn5lKlRenhqwIlAH98+qeiRn3iBE |
| **X-Received:** | by 2002:a0c:b0ce:: with SMTP id p14-v6mr21370059qvc.158.1539034128675; Mo |
| | 14:28:48 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539034128; cv=none; d=google.com; s=arc-20160816; |
| | b=SCzndJ2Rf5AJX7IPW3suMgYtz68mShwiCAUNRDsZlAMiYFhY4T7fORvL2t7Ju |
| | erGixV8ULN86jCPLHipNkmFYA52OQW2r7WrxYbe2uyjsJL+rU3vIIudMVgOSuPk+ |
| | 6v8l8mn3jSfwOhkY7uao+FSr8VJpiagosJKaA6RaokV7EET41rsZGMERxFH8G1z- |
| | lXrvqhv7P+SkDHJjEScqN2OYZSl8Nol3Xfji5AGtHI3Zeej54q/3l8s9HpMCFlcMq6vt |
| | RSz8Ay26ichSWbl+wl1CAKtV70fkTFRJR6q0vGcdpFTvObJTpX7Db/SLoATJuLTY |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime- |
| | version:message-id:subject:reply-to:from:to:date; |
| | bh=myPLYj3yeYSqLnnMVYtZwVJHWau3yu4+s/i+Ge/j65Q=; |
| | b=JGn5AHIvOZSFH/c6tFIv4rnwIr90mSeHd5953jne8Jkv9CrRWeC6EYZCnoeVvF |
| | NB8we5wxcQjErIWlb0BgjPjgtMKhajLZDN9C3Tv/j3vum9XvzUNY6g6eeucrt8yS1T |
| | CjxCCIzml0pObkL4MixkRqXC3/8J16rt5raBCTK2vGNP8MnO5O9UDDbunx0EBNI |
| | El9PfH5C+pTx/P0o0hBUeTiWzqNJum3NRYL87s6siG9Miy7vRMr92ROPTRhy4ch |
| | nDHSXQhQeOYgY1U0ZZiwJyzPS5KejuAAVymFmR1W7nax6aSTog0WDLhgmyL |
| | PoMw== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; spf=pass (google.com: domain of noreply@justfly.com desigr |
| | 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |
| **Return-Path:** | <noreply@justfly.com> |
| **Received:** | from smtp.justfly.com (smtp.justfly.com. [107.21.248.60]) by mx.google.com with E |
| | v6si3357192qkd.185.2018.10.08.14.28.48 for <robertrundo@gmail.com>; Mon, 08 |
| | 14:28:48 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as pe |
| | client-ip=107.21.248.60; |
| **Authentication-Results:** | mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates |
| | as permitted sender) smtp.mailfrom=noreply@justfly.com |

3

Your trip confirmation and receipt

| | |
|---|---|
| **Received:** | from localhost.localdomain (unknown [208.99.79.177]) by smtp.justfly.com (Postfix id 67D5120331 for <robertrundo@Gmail.com>; Mon, 8 Oct 2018 17:28:47 -0400 ( |
| **Reply-To:** | "Justfly.com" <noreply@justfly.com> |
| **Message-ID:** | <47e5650c22a86a8cf3943a85c68b0568@localhost.localdomain> |
| **X-Priority:** | 3 |
| **X-Mailer:** | PHPMailer 5.2.1 (http://code.google.com/a/apache-extras.org/p/phpmailer/) |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="b1_47e5650c22a86a8cf3943a85c68b0568" |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…   4/4

4

Your reservation has been cancelled

| From: | "Justfly.com" <noreply@justfly.com> |
|---|---|
| Sent: | 10/9/2018 4:12:15 AM -0400 |
| To: | Robert <robertrundo@gmail.com> |
| Subject: | Your reservation has been cancelled |



## WE'RE SORRY YOUR PLANS DIDN'T WORK OUT

Your reservation has been cancelled as of 2018-10-09. If you would like more
details on the reasoning to why your reservation has been cancelled, please
click on the "Help" section below.

We'll be here for you when you're ready to book a new trip.

SEARCH FOR FLIGHTS

### Justfly Booking Number: 119-684-171

About Us | Help | Privacy Policy | Terms & Conditions



| Delivered-To: | robertrundo@gmail.com |
|---|---|
| Received: | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp4536028wrt; Tue, 9 Oct 2018 01:12:16 -0700 (PDT) |
| X-Google-Smtp-Source: | ACcGV62xMCKPLjwxQk4ALaGSGgUP0GzaYhxCN+6enX1pjjLgmZIgAZGQ4azp9fp+DMmOWkRwIrXc |
| X-Received: | by 2002:a0c:b79c::: with SMTP id l28-v6mr17626149qve.127.1539072736584; Tue, 09 Oct 2018 01:12:16 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1539072736; cv=none; d=google.com; s=arc-20160816; b=c3Of9O8UJec0hbOFyt2OGO9iXi4vmRuc4kXMpmzfSe9W9jHiFc5+Vl6W21zFVPZkJ5 D2ejps42IXEmxfygvpsTmcXBnGO55XaPH9NaryTNgZLRY3rrAryd6gkBBuuHiW+H2oKG nLeYIrW7Mwwb4HeSS0J4h9O6MFiaa8jygqy6tvFR21/TpBARvHkbO25CYES30pLCUgEF aVZVKZlrl0eybrBGczvOIYyugTV6/+wY51eyiLb+qsQg0P7TKELS0TqiyuOr2IGz3ezP 17sfc/fml7AogoPwGpxyunHl9qY8NvzxiWcR/9tncLDMYGyFbmWsJlB1klltLOKR0Ohm etfw== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:message-id:subject:reply-to:from:to:date; bh=E8lxj8yMFe5PzguV9PaA32dqh0FUZGFi+OapIvdfoK8=; b=V7ZJFYgaRZS6zLmUQY2bqfHiWDOi8Q9VpNB21CyXc/HIyq6aKeGmJXw2JWJH5WMlxQ MDPr9p163Sh4CFq+BdRmsUVTH/qyzViY5NghAHZg1db0hDBxepAz2o1eE/ujQZLv8IYK YZcToOu23T20C0xipWvxbsxVMaGuuAupLZxWS0rWYIKWQp49BOTuSf5Z5gDAP4/y/NXy yWgULbsKvB5mrF6PGdZMTDIBSeSFPwWKIWatHSIkA21DYjt8XgMcvDmRZkVCIHLcWajJ xFkO7sIJCK3FVcEtYLZGZfZVSaSe4GaLJnGfBD+5gXegtsAqOoUtYepr9tuNKeIQCNJe sF1g== |
| ARC-Authentication-Results: | i=1; mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |
| Return-Path: | <noreply@justfly.com> |
| Received: | from smtp.justfly.com (smtp.justfly.com. [107.21.248.60]) by mx.google.com with ESMTP id e13-v6si1442544qth.310.2018.10.09.01.12.16 for <robertrundo@gmail.com>; Tue, 09 Oct 2018 01:12:16 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) client-ip=107.21.248.60; |
| Authentication-Results: | mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |
| Received: | from localhost.localdomain (unknown [208.99.79.177]) by smtp.justfly.com (Postfix) with ESMTP id 916982032C for <robertrundo@Gmail.com>; Tue, 9 Oct 2018 04:12:13 -0400 (EDT) |
| Reply-To: | "Justfly.com" <noreply@justfly.com> |
| Message-ID: | <2338a18f4ae3b47b54bb87752ce1b284@localhost.localdomain> |
| X-Priority: | 3 |
| X-Mailer: | PHPMailer 5.2.1 (http://code.google.com/a/apache-extras.org/p/phpmailer/) |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   1/2

5

Your reservation has been cancelled

**MIME-Version:**           1.0
**Content-Type:**           multipart/alternative; boundary="b1_2338a18f4ae3b47b54bb87752ce1b284"

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   2/2

6

My JustFly Reservation

| | Flights   Hotels   Cars | | 🇺🇸 USD   Support   My Trips   Robert |
|---|---|---|---|

# Welcome, Robert!

## My itinerary    [ Airline confirmation codes ]

---

## Flight information

### Travellers

See an incorrect name? Please chat with us. Fees may apply.

Passenger 1

**Robert Paul Rundo**
4/28/1990
Female

---

## Billing

### Price Summary                                     Chat with us

Date                          Receipt #                          Amount

My JustFly Reservation

| | | |
|---|---|---|
| October 8th, 2018 2:28 PM | #109092441 | $464.40 USD |
| October 9th, 2018 12:37 AM | #109147301 | $33.59 USD |
| October 9th, 2018 1:12 AM | #109147961 | $0.00 USD |
| Total Charged: | | $497.99 USD |

Please note: Your credit card may be billed in multiple charges totalling the above amount.

**Exhibit 12**

Your trip confirmation and receipt

| From: | "Justfly.com" <noreply@justfly.com> |
|---|---|
| **Sent:** | 10/9/2018 4:07:50 AM -0400 |
| **To:** | Robert <robertrundo@gmail.com> |
| **Subject:** | Your trip confirmation and receipt |

# justfly.com

## Pack your bags, you're all set to travel!

Your booking is all set and check-in for your flight will be available 24 hours before departure. When it's time, go to the airline's website and enter your airline confirmation number (below). There, you'll be able to check in and get your mobile or printable boarding pass.

**Justfly Booking Number: 119-742-661**
**Ukraine Intl Airl Confirmation Number: LR3PL2**

## With JustFly, you're in control of your booking!

Justfly is the only place where you can fully manage your booking online and at your convenience. Fine-tune the details of your trip without spending hours on hold. Access your booking online and:

- Check status of your booking
- Change your flights
- Print or email your receipts
- Get baggage information
- Select seats
- Cancel Flight

**Manage my Booking**

## Still Need Help?

Check out out our extensive **support section** to answer your questions.

## YOUR ITINERARY

**Departure**

| New York, NY (JFK) to Kiev, Ukraine (KBP) | | | Nonstop |
|---|---|---|---|
| Ukraine Intl Airl Flight 232 *Terminal 7* | 12:30am 4:20pm | Thu. Oct 11 Thu. Oct 11 | New York, NY (JFK) Kiev (KBP) |
| | | | Economy |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   1/4

1

Your trip confirmation and receipt

Total Trip Time: **8h 50m**                                    Change Flights

See Baggage Allowance Details

## RECEIPTS

| Date | Receipt # | Details | Amount |
|---|---|---|---|
| **October 9, 2018** | #109147881 | View Receipt | $447.84 USD |

Total: **$447.84 USD**

## TRAVELERS

| Name | E-ticket |
|---|---|
| **Robert Paul Rundo** | Ukraine Intl Airl: 566-7264732790 |

### Select your seats!

Be sure to travel in comfort and select your preferred seat online now. Avoid having to arrive at the airport early, and secure that scenic window or stress-free aisle seat ahead of time.

**Select Seats**

### Need a place to stay?

We've already picked out some great hotels for your trip to Kiev. at rates perfect for any budget. Look forward to the comfort of a perfect hotel at a great price.

**Find a Hotel**

### Car convenience—at train prices

The convenience of a car makes all the difference when exploring a new place. Get a great deal on a rental car and explore on your own schedule.

**Rent a Car**

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...    2/4

2

Your trip confirmation and receipt

## Peace of mind, at an affordable price.

Don't let your trip go south! Avoid the costs of travel mishaps
like cancellations, medical bills, lost luggage, and other
unforeseen events with affordable travel insurance.

**Add Insurance**

---

## Need a different flight? No problem.

If you need to make changes to your itinerary, we're here to
help. Our site lets you manage your booking online, where you
can easily change flights at your convenience.

**Change Flights**

---

## AIRLINE INFORMATION

| | | Check-in | Baggage Policy | Contact |
|---|---|---|---|---|
| | Ukraine Intl Airl | | | |

About Us   •   Privacy Policy   •   Terms & Conditions

---

| | |
|---|---|
| Delivered-To: | robertrundo@gmail.com |
| Received: | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp4532406wrt; Tue, 9 Oct 2018 0 (PDT) |
| X-Google-Smtp-Source: | ACcGV618j0DC2F47QLNQjpLxmD2wJOWpxlbytvdt6F/SKfrhA0ZdJML8YEJW03K\ |
| X-Received: | by 2002:ac8:4790:: with SMTP id k16-v6mr22525547qtq.253.1539072470892; Tue 01:07:50 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1539072470; cv=none; d=google.com; s=arc-20160816; b=bM8njRDTaECpGE9Mpm5duiwDTsQhW2BLs3I1yLV2GBswsnVZFsEJINzE5Eu6 Iw5rT+1j5WbYQ4hkEepBo3oDguBvTqRAW9h6VB28Bx+AZvtYcP81xkac8dsYt5hG 6hIKDXPSYCjyg/CW1IeB8GGt3W6h551IttC7hTFT3O9ZK5VK7yjoCKusHqpVv6RG 8uEbgTPDXKcVPPSCBVpa/EZ61JtZ+RMI98U4gZJXSDydqn1sooleSS71DZUuYuf ClaEe1JgKeBOkT8SceHaxcFLWqH84OlX1tpTBlTTZ5e0UPW8Gl/leOUWIr109Zzz` |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-ve id:subject:reply-to:from:to:date; bh=m9hPMPOh/IBWOOIbd5UuaJxsug5ix+hoYQjnu b=DRdAwz2ZoPsn/oj1qzuDLqvXnIxrUyJxRhqeRd/qXJORLLwYlAj/NzcaajOhrgb0x3 IHa+VXJs5Wo+m4xfehKryiyYRo1PpuGaSt0A9DimZ8LHkpj11SqUf3OVkL+DQhuX ajkRnsgtd4UrH4iY28wrmUp4/t04rePvMa63do92axJECr4mdqlZ6nQFTHViwZ8Kvb2 iFA1+b2Y9Mi2LRwtnAgYy9HZiO804zs7YeTmwNIefJM4HPF9ZkcHX8Idzm8wGDU D33JXX/xgcuQMpZfUQzSJGTCs4OkKYCBZFjvGq3UkIGcCNwpLe6u2pfmS/Vkt/3w |
| ARC-Authentication-Results: | i=1; mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designa 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |
| Return-Path: | <noreply@justfly.com> |
| Received: | from smtp.justfly.com (smtp.justfly.com. [107.21.248.60]) by mx.google.com with ES l11si2921176qvo.70.2018.10.09.01.07.50 for <robertrundo@gmail.com>; Tue, 09 C -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as per client-ip=107.21.248.60; |
| Authentication-Results: | mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates as permitted sender) smtp.mailfrom=noreply@justfly.com |
| Received: | from localhost.localdomain (unknown [208.99.79.177]) by smtp.justfly.com (Postfix) F219E20324 for <robertrundo@gmail.com>; Tue, 9 Oct 2018 04:07:47 -0400 (EDT |
| Reply-To: | "Justfly.com" <noreply@justfly.com> |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   3/4

3

Your trip confirmation and receipt

| | |
|---|---|
| **Message-ID:** | <0ce4722075ed01c58b1875b6d0a07d67@localhost.localdomain> |
| **X-Priority:** | 3 |
| **X-Mailer:** | PHPMailer 5.2.1 (http://code.google.com/a/apache-extras.org/p/phpmailer/) |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="b1_0ce4722075ed01c58b1875b6d0a07d67" |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   4/4

4

Your reservation has been cancelled

| From: | "Justfly.com" <noreply@justfly.com> |
|---|---|
| Sent: | 10/9/2018 12:47:47 PM -0400 |
| To: | Robert <robertrundo@gmail.com> |
| Subject: | Your reservation has been cancelled |



## WE'RE SORRY YOUR PLANS DIDN'T WORK OUT

Your reservation has been cancelled as of 2018-10-09. If you would like more details on the reasoning to why your reservation has been cancelled, please click on the "Help" section below.

We'll be here for you when you're ready to book a new trip.

SEARCH FOR FLIGHTS

### Justfly Booking Number: 119-742-661

About Us | Help | Privacy Policy | Terms & Conditions

 

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Delivered-To: | robertrundo@gmail.com |
|---|---|
| Received: | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp5076416wrt; Tue, 9 Oct 2018 09:47:49 -0700 (PDT) |
| X-Google-Smtp-Source: | ACcGV636pl+/oq8ZSyZcK2YLsx8NhDlZ2+hb89QU3MGBdBVGia7274sVCeXboTi+aEtPjRX15Vqd |
| X-Received: | by 2002:a0c:aa57:: with SMTP id e23-v6mr23840826qvb.176.1539103668927; Tue, 09 Oct 2018 09:47:48 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1539103668; cv=none; d=google.com; s=arc-20160816; b=D2MzdSRf9+Z8pqwTFCj+w9qFpv5h+GpAweYUj/aKV2PxnZdH8aa5XVuJMZz/OF9r4q lRHYJglOFljUL6B9h7dVbqtDshN169XvNMlnYa53ElrCnyY23118uSiB/BLo85uazvhgr dClhnzoHWRCRlCWhX4AL2nAetAojyvR4/r+llv2pgtA0bKvzpUjKtoxtnElzqv6P79WN GsdOkbbnzBlwrPEkRvJwjJl3lPg52iGpHfLhaZonzlgiBx+tk7MXBNgvsMobsew1/cEh i/UHoKvaJ/Klo5hE1ywqEPR7SC/H6kkIC29Z6TjrWhZo1MxayQOjYTWn3UlxQJ37FFR/ J90w== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:message-id:subject:reply-to:from:to:date; bh=YtAeSb9ckTSOvglp9h9FlZLwXbLzVEsg7vObCqNStOk=; b=ipfaDEY8mnoTydjX6Byvn4lj055lZi1HfjeFKBthbAxE4A/GEni4V1e0dNweQbVSvt9 3ZqDzFAMtR5lepeAFluH95m4119h/3jawGSlyyLqEjUryL/2K4mj/9/95FRPFHgEdN1P AGK6ROY+nI7a4FkeJ103wmHUywQ4TiDyyM2Y9GHNKyfSnaSFdXg7xJItUE5cjBQiTa1P HyxkwFm4zuyeJXGKqFgya7CxoQUYp0vZBdkZLWTLJmNuODD1VtVOuR17pVyFwHt2676E t9wLkNtD8/rHMab3LxwoglpgounRsCAyGxrmVVybwiH5bdabcB99d83+omb4JWE4q5wW SRhQ== |
| ARC-Authentication-Results: | i=1; mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |
| Return-Path: | <noreply@justfly.com> |
| Received: | from smtp.justfly.com (smtp.justfly.com. [107.21.248.60]) by mx.google.com with ESMTP id s2-v6si2673013qvo.40.2018.10.09.09.47.48 for <robertrundo@gmail.com>; Tue, 09 Oct 2018 09:47:48 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) client-ip=107.21.248.60; |
| Authentication-Results: | mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |
| Received: | from localhost.localdomain (unknown [208.99.79.177]) by smtp.justfly.com (Postfix) with ESMTP id 67765207BC for <robertrundo@gmail.com>; Tue, 9 Oct 2018 12:47:47 -0400 (EDT) |
| Reply-To: | "Justfly.com" <noreply@justfly.com> |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   1/2

5

Your reservation has been cancelled

| | |
|---|---|
| **Message-ID:** | <088ad6b7ae19969aab80b04b02d081dd@localhost.localdomain> |
| **X-Priority:** | 3 |
| **X-Mailer:** | PHPMailer 5.2.1 (http://code.google.com/a/apache-extras.org/p/phpmailer/) |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="b1_088ad6b7ae19969aab80b04b02d081dd" |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...    2/2

6

My JustFly Reservation

Flights   Hotels   Cars          🇺🇸 USD   Support   My Trips   Robert

# Welcome, Robert!

**My itinerary**   | Airline confirmation codes |

---

**Flight information**

**Travellers**

See an incorrect name? Please chat with us. Fees may apply.

Passenger 1

**Robert Paul Rundo**
4/28/1990
Female

---

**Billing**

**Price Summary**                                    Chat with us

Date                          Receipt #                Amount

7

My JustFly Reservation

October 9th, 2018 1:07 AM                     #109147881                          $464.40 USD

Total Charged:                                                                    $464.40 USD

Please note: Your credit card may be billed in multiple charges totalling the above amount.

8

## **Exhibit 13**

Your trip confirmation-ICYDBN 09OCT

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | 10/8/2018 8:08:33 PM -0400 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Your trip confirmation-ICYDBN 09OCT |



Hello Robert Rundo!                                    Issued: Oct 8, 2018

## Your trip confirmation and receipt

Record locator: **ICYDBN**

**You're booked in Basic Economy**
**Restrictions include:**

- Seats assigned at check-in
- Not eligible for upgrades
- No flight changes or refunds
- Board in last group

Basic Economy rules»

| Manage Your Trip |
|---|

### Tuesday, October 9, 2018

| SNA | → | DFW | Seats: -- |
|---|---|---|---|
| **8:12** AM | | **1:06** PM | Class: Economy (B) |
| Orange County | | Dallas/Fort Worth | Meals: Food For Purchase |

American Airlines 2626

| DFW | → | LGA | Seats: -- |
|---|---|---|---|
| **2:38** PM | | **7:00** PM | Class: Economy (B) |
| Dallas/Fort Worth | | New York La Guardia | Meals: Food For Purchase |

American Airlines 1105

Free entertainment with the American app »

### Robert Rundo



NEW AAdvantage MileUp℠ card No annual fee. Earn a $50 statement credit + 10,000 bonus miles after qualifying purchases Learn more >>

**Earn miles with this trip.**

Join AAdvantage »

Ticket # 0012315162248

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   1/3

1

Your trip confirmation-ICYDBN 09OCT

# Your trip receipt

 Visa XXXXXXXXXXXXX5390

### *Robert Rundo*

| | |
|---|---|
| FARE-USD | $ 159.07 |
| TAXES AND CARRIER-IMPOSED FEES | $ 34.73 |
| **TICKET TOTAL** | **$ 193.80** |

| Hotel offers | Car rental offers | Buy trip insurance | SuperShuttle |
|---|---|---|---|

   

[Contact us](#) | [Privacy policy](#)

Get the American Airlines app



**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - SNALGA-No free checked bags/ American Airlines 1STCHECKED BAG FEE-SNALGA-USD30.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-SNALGA-USD40.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**

**SERVICE & SUPPORT ANIMAL REQUIREMENTS**

For tickets issued on or after July 1, 2018, customers traveling with emotional support animals are required to submit documents to our Special Assistance Desk at least 48 hours in advance of travel for cabin accommodation. Your animal must be trained to behave properly in public. During your journey, if any form of disruptive behavior is observed that cannot be successfully corrected or controlled, your animal will not be permitted to fly with you in the cabin. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…     2/3

2

Your trip confirmation-ICYDBN 09OCT

herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can access the Conditions of Carriage button below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 19133544425408190665344700

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Delivered-To: | robertrundo@gmail.com |
| Received: | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp4187101wrt; Mon, 8 Oct 2018 17:08:34 -0700 (PDT) |
| X-Google-Smtp-Source: | ACcGV60feVl9EMFs1Dciu8xn5lHU6njoNgdiVaQwmf1t1NUekfTgjBS1n9xPXoZpqMugnW9aCYE9 |
| X-Received: | by 2002:aed:3f08:: with SMTP id p8-v6mr21061229qtf.185.1539043741473; Mon, 08 Oct 2018 17:08:34 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1539043714; cv=none; d=google.com; s=arc-20160816; b=ko/sOO4/Bc5JGYvQA2x87tcWaeUMV3J7KdXF55bxnc8crz TFl4Jz0leekZ3E5hfQTOL2oe+x8q/QyrUhFCe8AqO0xaCdCbao0yk6AkvIBMJeNHxjh XKY7JPfzwrg+j6qIHM0MnG/anPv9xhi8WEb68yrkId8B we6C0UPEEVHzrvBJ+WrYDmnrhjGSXhJTmbd1BAaejTnCcfANlw0AaikRDJg+ID70lYEP T6il2TOUWQgk+gJ9AuYJ1e6XKpV40lgWvaQENC |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=content-id:mime-version:subject:message-id:to:from:date :dkim-si b=CSqGBnBEEOC/+ix6f0mWH8Kghbb5qqf5JnphwMq1s9V6ab56zpl4uLUaG2uBqbf3Du S0+mxjb/0EUd7HoUYclZpXTUkGSM/FwReBJbLC of+xp0qjbsKzdV2q9ZqKWgzzayT3NbPmHTQ4HsXlkmrpAtVo3d+NnPc9ed5W4sQya0UO fBge2FvF+syL+wiNHPyCdPVPa3l7X3Kqdckm2R P6EOQxwK2wmgjor8Asdhqdgi96sUKGPTyus9YLuacRPXtMS6DJwfzJzPeRDKWkS6V94p oiNQ== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@notify.email.aa.com header.s=selector1 header.b=W76HZQYL; spf=pass (google.com: domain of no-smtp.mailfrom=no-reply@notify.email.aa.com designates 170.75.215.143 as permitted sender) smtp.mailfrom=no-reply@notify.email.aa.com; dmarc=pass (p=REJECT sp=NONE dis=NONE) header.from=aa.com |
| Return-Path: | <no-reply@notify.email.aa.com> |
| Received: | from prodamx09.prod.appriss.com (prodamx09.prod.appriss.com. [170.75.215.143]) by mx.google.com with ESMTPS id j36-v6si4054055qtj cipher=ECDHE-RSA-AES128-SHA bits=128/128); Mon, 08 Oct 2018 17:08:34 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of no-reply@notify.email.aa.com designates 170.75.215.143 as permitted sender) client-ip=170.75.215.143; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@notify.email.aa.com header.s=selector1 header.b=W76HZQYL; spf=pass (google.com: domain of no-smtp.mailfrom=no-reply@notify.email.aa.com; dmarc=pass (p=REJECT sp=NONE dis=NONE) header.from=aa.com) |
| DKIM-Signature: | v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=notify.email.aa.com; s=selector1; h=Content-ID:Content-Type:MIME-Version:Subject:Me b=W76HZQYLVeHDUbYjsTWCMmZ08xoupyOi3ZpG3UuUJqempoWFEtXE3iKaP2CX5Jnbkfa04nkmN9ApT+tZW9bYMqMX27Zx3zC35OLN |
| Received: | from localhost ([127.0.0.1] helo=prodamx09.prod.appriss.com by prodamx09.prod.appriss.com with esmtp (Exim 4.71) (envelope-from <no- ROBERTRUNDO@GMAIL.COM; Mon, 08 Oct 2018 20:08:33 -0400 |
| Message-ID: | <183938049.1905921.1539043713147@globalnotifications.com> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative; boundary="----=_Part_1905920_1876641572.1539043713145" |
| Content-ID: | 725650031@localhost |

Confirm or change flight

---

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | 10/9/2018 9:02:11 AM -0400 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Confirm or change flight |

   

## You've been rebooked

Record locator: **ICYDBN**

We rebooked your trip from SNA to DFW because one of your flights was canceled.
Please confirm the new flight or choose another flight.

Confirm or change flight

- New arrival: John F Kennedy Intl (JFK)
- New connecting airport
- All passengers rebooked

---

**NEW FLIGHT**

## SNA to JFK

Tuesday, October 9, 2018

| SNA | PHX | |
|---|---|---|
| **12:58** PM | **2:20** PM | Flight #: AA 1141<br>Aircraft: Boeing 737-800 |
| Orange County | Phoenix | Class: Economy |

| PHX | JFK | |
|---|---|---|
| **3:26** PM | **11:20** PM | Flight #: AA 1388<br>Aircraft: Boeing 737-800 |
| Phoenix | New York Kennedy | Class: Economy |

---

**CANCELED**

## SNA to DFW

Tuesday, October 9, 2018

| SNA | DFW | |
|---|---|---|
| **8:12** AM | **1:06** PM | Flight #: AA 2626 |
| Orange County | Dallas/Fort Worth | |

---

Contact us   |   Privacy policy

4

Confirm or change flight

Get the American Airlines app

 

Please do not reply to this email address as it is not monitored. This email was sent to ROBERTRUNDO.COM.

**one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

---

| | |
|---|---|
| Delivered-To: | robertrundo@gmail.com |
| Received: | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp4804922wrt; Tue, 9 Oct 2018 06:02:12 -0700 (PDT) |
| X-Google-Smtp-Source: | ACcGV63vHfqPhCgLBVuDMiKe3177Wvp7vfGnDsZxLJTxLHAMuvq6arRNEkWkbQtEd9zHejnTpAUX |
| X-Received: | by 2002:a0c:9c42:: with SMTP id w2-v6mr23069399qve.194.1539090131910; Tue, 09 Oct 2018 06:02:11 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1539090131; cv=none; d=google.com; s=arc-20160816; b=k83nZKjdrFpWt08mY+e0UZ/cAkjP6TQMyKEzZRM0sNS2<br>bG07zrENXoZxPtdzbn6zEKYIvmfHtLkBLlxhBgMeCoV031WF1ok01zvaAQGGOo3wOA63W JUrgGGutzcRJ6PoWskvA9qcabUg4t8ucr53dBA<br>5osrh8PvixfQ6VqXwjKbGlzX93JssBvaTt3weI4mIvWAvi6u6yF1K1fp8isqre2lghjI tl8dxC5LckcUthxxcoyDv/kSSwdDD724jpa3mTMM/VNuJzK |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=content-id:content-transfer-encoding:mime-version:subject :mess<br>bh=F/2LNv2/wMtq+V4m6I5ZeQEIAjnbN2XT1TueXK01uIs=; b=VH3mdEwMDXbeSnW2F+EmAqBmSZ6RtPljpKNxSSv5ch1R5amJMJFXPA<br>RTZRET7yPTIBm/luppXgGJ5gZrmVEND2gXh5wKbSsuqS2IL3AfgUpIyy73K42vMY6HPf cAjkhd5OOgrj4xJWgH25z984fTIMDXjiT/f2NV9wV<br>LihTZA47XQfs/cFHsUtSRXehzE+kEXPSNqT9r6j9Zu9NUweEPO9SUOwRvTm0pmmAM3cJ IbhxY4EQTlXfcOY3sw22UOJcc0kGuF9UCas |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@notify.email.aa.com header.s=selector1 header.b="Spx/PMMN"; spf=pass (google.com: domain<br>smtp.mailfrom=no-reply@notify.email.aa.com; dmarc=pass (p=REJECT sp=NONE dis=NONE) header.from=aa.com |
| Return-Path: | <no-reply@notify.email.aa.com> |
| Received: | from prodamx07.prod.appriss.com (prodamx07.prod.appriss.com. [170.75.215.142]) by mx.google.com with ESMTPS id i6-v6si2793400qkt<br>cipher=ECDHE-RSA-AES128-SHA bits=128/128); Tue, 09 Oct 2018 06:02:11 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of no-reply@notify.email.aa.com designates 170.75.215.142 as permitted sender) client-ip=170.75.215.142; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@notify.email.aa.com header.s=selector1 header.b="Spx/PMMN"; spf=pass (google.com: domain of n<br>smtp.mailfrom=no-reply@notify.email.aa.com; dmarc=pass (p=REJECT sp=NONE dis=NONE) header.from=aa.com |
| DKIM-Signature: | v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=notify.email.aa.com; s=selector1; h=Content-ID:Content-Transfer-Encoding:Content-Ty<br>bh=F/2LNv2/wMtq+V4m6I5ZeQEIAjnbN2XT1TueXK01uIs=;<br>b=Spx/PMMN02PDdJ4E9IARoxEdqaGeWi14bGp+44AsDHHRDyYgG6dK6yxqG3wzpKC40j1whdGeT7Ud3xe8MBjzlLy/B7SKRIbctt5lt+M11 |
| Received: | from localhost ([127.0.0.1] helo=prodamx07.prod.appriss.com) by prodamx07.prod.appriss.com with esmtp (Exim 4.71) (envelope-from <no<br>ROBERTRUNDO@GMAIL.COM; Tue, 09 Oct 2018 06:02:11 -0400 |
| Message-ID: | <1068088552.2218567.1539090131166@globalnotifications.com> |
| MIME-Version: | 1.0 |
| Content-Type: | text/html; charset="UTF-8" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-ID: | 725851043@localhost |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...    2/2

5

Your refund is complete

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | 10/10/2018 8:05:24 AM -0400 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Your refund is complete |

 

Your refund is complete

Ticket number: **0012315162248**     Record locator: **ICYDBN**

ROBERT RUNDO

Refund amount: **193.80 USD**

Refund to: **VISA ending 5390**

Date refund issued: **10/09/2018**

You should see your credit in 1-2 billing cycles.

Contact us   |   Privacy policy

Get the American Airlines app

 

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.
© American Airlines, Inc. All Rights Reserved.

........................................................................................................................................

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp897150wrt; Wed, 10 Oct 2018 05:05:25 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV62aHcUWJ8zOuOWF3wYEZrguCAYpIki9dfIfBckhL9BcUJ6Osj+30f2SxiIdpejgVkKz88qv |
| **X-Received:** | by 2002:ac8:42dd:: with SMTP id g29-v6mr26796242qtm.162.1539173125195; Wed, 10 Oct 2018 05:05:25 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539173125; cv=none; d=google.com; s=arc-20160816; b=DHAYw66tk+Qb5i2BaGoeWwiiy/PNfFkMf/AXqN1r/g9mR4zLl44nqMMb7ESZ0/xOM008aRIP7iy0jVzLrqEUZfb9Fcj5bkxGMkjlPKe/kiPloo5NQT LEycWE6b4Dgte8p4oeCRv41MwC0mKYqk6pZNpeX9jJyzwFZ90VqKWdb8w+ENLgWL0cGJ5CnxoHbv7FGAXLfnFtuuYwBrwGX1tnOdVhRrESPiJ qqb+O85LqeKVfD8viPv4jXJlpTW1q5cenOVS3 |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=content-id:content-transfer-encoding:mime-version:subject :message bh=XQ32xyMY0dxr1ZWL7ds8alF8+fj29nfB50bRgDg4Kjk=; b=iXvGPbz3nLQWTHbLP29tFKEtGifCMKTuTtNrmX2cAj7yy2GesiREMldTZehjknF/0QOrZw284QR9aEdiEQEbthmWkAOBEoy+R6H4nyrzP2ES7Y1dIplMOvqV2IqFywHu D5xDyZV8kor/9k63J4lwLlRTyQ9Pbf7FXunPsB4Z+AW2S0BuOnpNSjbz56ph5aip3plVpVbaop842UQTd2rho6v6ZpjFpQF9Yd51sYN1qPj 4Cvf1LNtK+8uzDKxQ1CVDjwLtm9vaZapvjtW8knxl |

Your refund is complete

| | |
|---|---|
| **ARC-Authentication-Results:** | i=1; mx.google.com; dkim=pass header.i=@notify.email.aa.com header.s=selector1 header.b="M/h9OJwO"; spf=pass (google.com: domain smtp.mailfrom=no-reply@notify.email.aa.com; dmarc=pass (p=REJECT sp=NONE dis=NONE) header.from=aa.com |
| **Return-Path:** | <no-reply@notify.email.aa.com> |
| **Received:** | from prodamx07.prod.appriss.com (prodamx07.prod.appriss.com. [170.75.215.142]) by mx.google.com with ESMTPS id y6-v6si6671204qv cipher=ECDHE-RSA-AES128-SHA bits=128/128); Wed, 10 Oct 2018 05:05:25 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of no-reply@notify.email.aa.com designates 170.75.215.142 as permitted sender) client-ip=170.75.215.142; |
| **Authentication-Results:** | mx.google.com; dkim=pass header.i=@notify.email.aa.com header.s=selector1 header.b="M/h9OJwO"; spf=pass (google.com: domain of n smtp.mailfrom=no-reply@notify.email.aa.com; dmarc=pass (p=REJECT sp=NONE dis=NONE) header.from=aa.com |
| **DKIM-Signature:** | v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=notify.email.aa.com; s=selector1; h=Content-ID:Content-Transfer-Encoding:Content-Ty bh=XQ32xyMY0dxr1ZWL7ds8aIF8+fj29htB50bRgDg4Kjk=; b=M/h9OJwO9IhAN+nkWI243zYZQWNWE1rCyrrqvL2Zawfy9sV/SJsosf1NgW+AFofrx4ydKamKoYTayJa8K2pOfoSTKBQBlFUAG3Vr8fvDH |
| **Received:** | from localhost ([127.0.0.1] helo=prodamx07.prod.appriss.com) by prodamx07.prod.appriss.com with esmtp (Exim 4.71) (envelope-from <nc ROBERTRUNDO@GMAIL.COM; Wed, 10 Oct 2018 08:05:24 -0400 |
| **Message-ID:** | <1641725059.8619.1539173124308@globalnotifications.com> |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | text/html; charset="UTF-8" |
| **Content-Transfer-Encoding:** | quoted-printable |
| **Content-ID:** | 726517244@localhost |

**<u>Exhibit 14</u>**

Your trip confirmation and receipt

| **From:** | "Justfly.com" <noreply@justfly.com> |
| --- | --- |
| **Sent:** | 10/9/2018 4:10:50 AM -0400 |
| **To:** | Robert <robertrundo@gmail.com> |
| **Subject:** | Your trip confirmation and receipt |

# justfly.com

## Pack your bags, you're all set to travel!

Your booking is all set and check-in for your flight will be available 24 hours before departure. When it's time, go to the airline's website and enter your airline confirmation number (below). There, you'll be able to check in and get your mobile or printable boarding pass.

**Justfly Booking Number: 119-742-731**
**Ukraine Intl Airl Confirmation Number: LQXCUK**

### With JustFly, you're in control of your booking!

Justfly is the only place where you can fully manage your booking online and at your convenience. Fine-tune the details of your trip without spending hours on hold. Access your booking online and:

- Check status of your booking
- Change your flights
- Print or email your receipts

- Get baggage information
- Select seats
- Cancel Flight

**Manage my Booking**

### Still Need Help?

Check out out our extensive **support section** to answer your questions.

### YOUR ITINERARY

**Departure**

| New York, NY (JFK) to Kiev, Ukraine (KBP) | | | Nonstop |
| --- | --- | --- | --- |
| Ukraine Intl Airl<br>Flight 232<br>*Terminal 7* | 12:30am<br>4:20pm | Thu. Oct 11<br>Thu. Oct 11 | New York, NY (JFK)<br>Kiev (KBP)<br>Economy |

1

Your trip confirmation and receipt

| Total Trip Time: **8h 50m** | Change Flights |
| --- | --- |
| See Baggage Allowance Details | |

## RECEIPTS

| Date | Receipt # | Details | Amount |
| --- | --- | --- | --- |
| **October 9, 2018** | #109147931 | View Receipt | $447.84 USD |
| | | | **Total: $447.84 USD** |

## TRAVELERS

| Name | E-ticket |
| --- | --- |
| **Robert Paul Rundo** | Ukraine Intl Airl: 566-7264732797 |

### Select your seats!

Be sure to travel in comfort and select your preferred seat online now. Avoid having to arrive at the airport early, and secure that scenic window or stress-free aisle seat ahead of time.

**Select Seats**

### Need a place to stay?

We've already picked out some great hotels for your trip to Kiev. at rates perfect for any budget. Look forward to the comfort of a perfect hotel at a great price.

**Find a Hotel**

### Car convenience—at train prices

The convenience of a car makes all the difference when exploring a new place. Get a great deal on a rental car and explore on your own schedule.

**Rent a Car**

Your trip confirmation and receipt

## Peace of mind, at an affordable price.

Don't let your trip go south! Avoid the costs of travel mishaps like cancellations, medical bills, lost luggage, and other unforeseen events with affordable travel insurance.

**Add Insurance**

---

## Need a different flight? No problem.

If you need to make changes to your itinerary, we're here to help. Our site lets you manage your booking online, where you can easily change flights at your convenience.

**Change Flights**

---

### AIRLINE INFORMATION

| Ukraine Intl Airl | Check-in | Baggage Policy | Contact |

About Us  ·  Privacy Policy  ·  Terms & Conditions

---

| Delivered-To: | robertrundo@gmail.com |
| Received: | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp4534933wrt; Tue, 9 Oct 2018 01: |
| X-Google-Smtp-Source: | ACcGV60QDo2BO0oEbVCt9M79aKGEyjUamjhCbVX9YDlf0GMaBJo9JhgyBxO3YqD |
| X-Received: | by 2002:aed:3c1b:: with SMTP id t27-v6mr21906334qte.226.1539072651384; Tue, 0 01:10:51 -0700 (PDT) |
| ARC-Seal: | i=1; a=rsa-sha256; t=1539072651; cv=none; d=google.com; s=arc-20160816; b=I4erJHzK/7ffEO97UDNcJhezzoFuBog9f0r/UGd3RKtN/WzptDNpt6om8LAlRktvrP alwvVbpyKvrtXg/tsT8z0D8aaHAX5ghO7QzWty5Lanq5DFF13bXY/CDqIyzJE0y55d53 AveEK80gdm5bawbJaW98V08WdwjfwGisqNHBrwIKxEOJlp3tytEZnfhi7h07yvg12eC H650sIBWOyJZsbZW8AMfOcvTdUmInh1gmSwNJ9Au5pY775tpwWpqCYc9fFb4A0w Ki6+4gfPWuXWTWrJFlYt1HTR8U10oMqET4aU3g+qTrySQV2gyCFGLmNjYFyCiyem |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-vers id:subject:reply-to:from:to:date; bh=HByYo/lq7C4V8Qdf6iiu9eZa7yNYA469uTuQNPo b=S5qbyNCTHx6SZwpdZlxZq4tzNKfpwH3IKE66xWZO533mdvRAokfoq2BaxozItSxvI ZtNJawwXfYbNDFoxxQT00fnwWnOiuXOradsLYpV56HVPufrUGLlS5vD6TOwxTaMEi IDnzICsDudhiMgiGGQ6Ipr/c+EogKka+pFSpevSpUTZYFliu9be0z5rJuxWViultKe0T sTc5pqONRkk2tWHz663rThAxYPupZ3RzKcpcR7uE0UAGjwCjOn+5pWzwOdnBbPq vdSl5V2rSx8GPgGmmxYBd//OszojOJAY+p6ymOxcUz+vrCCenuhKqeHdSNXoUML |
| ARC-Authentication-Results: | i=1; mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designate as permitted sender) smtp.mailfrom=noreply@justfly.com |
| Return-Path: | <noreply@justfly.com> |
| Received: | from smtp.justfly.com (smtp.justfly.com. [107.21.248.60]) by mx.google.com with ESM v6si1181730qtj.202.2018.10.09.01.10.51 for <robertrundo@gmail.com>; Tue, 09 Oct -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as perm client-ip=107.21.248.60; |
| Authentication-Results: | mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates 10 permitted sender) smtp.mailfrom=noreply@justfly.com |
| Received: | from localhost.localdomain (unknown [208.99.79.177]) by smtp.justfly.com (Postfix wi 7546C2032C for <robertrundo@gmail.com>; Tue, 9 Oct 2018 04:10:48 -0400 (EDT) |
| Reply-To: | "Justfly.com" <noreply@justfly.com> |
| Message-ID: | <9f1b6d92dca0cf7ac078b7eacbce0dab@localhost.localdomain> |
| X-Priority: | 3 |
| X-Mailer: | PHPMailer 5.2.1 (http://code.google.com/a/apache-extras.org/p/phpmailer/) |

Your trip confirmation and receipt

| | |
|---|---|
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="b1_9f1b6d92dca0cf7ac078b7eacbce0dab" |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   4/4

4

Your reservation has been cancelled

| | |
|---|---|
| **From:** | "Justfly.com" <noreply@justfly.com> |
| **Sent:** | 10/9/2018 12:41:46 PM -0400 |
| **To:** | Robert <robertrundo@gmail.com> |
| **Subject:** | Your reservation has been cancelled |



## WE'RE SORRY YOUR PLANS DIDN'T WORK OUT

Your reservation has been cancelled as of 2018-10-09. If you would like more details on the reasoning to why your reservation has been cancelled, please click on the "Help" section below.

We'll be here for you when you're ready to book a new trip.

SEARCH FOR FLIGHTS

### Justfly Booking Number: 119-742-731

About Us | Help | Privacy Policy | Terms & Conditions



---

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp5069673wrt; Tue, 9 Oct 2018 09:41:47 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV62gDwh0CtzI3MPAfyn3MehDtjInV0/bI8OpFe2AbH4OQkKdp2u11FYx/x9t6nhhwDAAMw5E |
| **X-Received:** | by 2002:a37:5946:: with SMTP id n67-v6mr22744589qkb.202.1539103307009; Tue, 09 Oct 2018 09:41:47 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539103306; cv=none; d=google.com; s=arc-20160816; b=Tnhm+VUHeluHQsTFI7fjrmiXDuzw6STe0lPtZdm0vXRkSlJu7159VZVHRdc6CHDmrk QhjZ9NeOGm6WyydOw6elbV/06r6+ACLnK47NL9InylBuV2CcPqCdjl90KKqyx29z3qhE /3uQJstnIguSKzLgvm5BVmcwcB5zYRzWwYrflaBW2JHdBZ8cQSpzjvjZTl/R4r3ACnCn moaaOxj+szOpH80/GgfUuR/+hJhiuU/n3rPN4VW4VRMuQcsfAHClEdD1Cj2YiySdZ9SS k+wCh85/bdtory8rdJcWs/A1eCYNaSkLgLWUBBmEVJg+uyw5anW+z0T3OI3SBPmcWtDS FbuQ== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:message-id:subject:reply-to:from:to:date; bh=abqbT5dqqWk59tNJ6W+YMKT66wiETy24kV4sz6PcDMU=; b=Oe8WO+TP2mFubJVaPukMZOSqWHwWQ8qAWnw7AfTKmE40SSw/trx+0CGMHEOFCRy1Hp W4A87dUPdMd/m+AkVQwUDjhsHMftxQYauF/NyVHRiaZzTTE+Ai6ZDxRPpf7kJm+HfNIy P0ytdKp7LXUlCo3e15qpD280uKftxsfh20NA6c74X1QYs/hIVQvhCm2/DQyttuyTe1WC 5SuFYTHY2vGhJ478c6UTIumF+oH+ID9hSY5+GTMezjaLGRGVZvfWHsT2aXz3VZbnvaJC Vz78iWrkNsYJiylo14yCBk0CJ8ADbofd3wIcWiiTnI67IThiqcOO7I5SUq9jEDnx+OAI 1EwA== |
| **ARC-Authentication-Results:** | i=1; mx=google.com; spf=pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |
| **Return-Path:** | <noreply@justfly.com> |
| **Received:** | from smtp.justfly.com (smtp.justfly.com. [107.21.248.60]) by mx.google.com with ESMTP id a7-v6si1322663qke.271.2018.10.09.09.41.46 for <robertrundo@gmail.com>; Tue, 09 Oct 2018 09:41:46 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) client-ip=107.21.248.60; |
| **Authentication-Results:** | mx.google.com; spf=pass (google.com: domain of noreply@justfly.com designates 107.21.248.60 as permitted sender) smtp.mailfrom=noreply@justfly.com |

5

Your reservation has been cancelled

| | |
|---|---|
| **Received:** | from localhost.localdomain (unknown [208.99.79.177]) by smtp.justfly.com (Postfix) with ESMTP id 78A8320C4F for <robertrundo@gmail.com>; Tue, 9 Oct 2018 12:41:46 -0400 (EDT) |
| **Reply-To:** | "Justfly.com" <noreply@justfly.com> |
| **Message-ID:** | <c1cda419821941f74a72b6aa5b9c93e9@localhost.localdomain> |
| **X-Priority:** | 3 |
| **X-Mailer:** | PHPMailer 5.2.1 (http://code.google.com/a/apache-extras.org/p/phpmailer/) |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/alternative; boundary="b1_c1cda419821941f74a72b6aa5b9c93e9" |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   2/2

6

My JustFly Reservation

| | Flights | Hotels | Cars | | 🇺🇸 USD | Support | My Trips | Robert |

# Welcome, Robert!

## My itinerary    | Airline confirmation codes |

---

## Flight information

### Travellers

See an incorrect name? Please chat with us. Fees may apply.

Passenger 1

**Robert Paul Rundo**
4/28/1995
Female

---

## Billing

### Price Summary

Chat with us

| Date | Receipt # | Amount |

My JustFly Reservation

October 9th, 2018 1:10 AM                    #109147931                              $464.40 USD

Total Charged:                                                                       $464.40 USD

Please note: Your credit card may be billed in multiple charges totalling the above amount.

**Exhibit 15**

| | |
|---|---|
| **From:** | "United Airlines, Inc." <unitedairlines@united.com> |
| **Sent:** | 10/9/2018 8:26:42 AM -0500 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Your United reservation for New York, NY, US (LGA - LaGuardia) is processing |

Add **UnitedAirlines@news.united.com** to your address book. See instructions.

Tuesday, **October** 09, 2018

# Thank you for choosing United

 Advance seat assignments are currently restricted for this flight, but you may be able to select a seat at a later time or date.

 We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the **United Customer Contact Center**

Confirmation number:

Orange County, CA, US (SNA)
to New York, NY, US (LGA - LaGuardia)

# L323VZ

Manage reservation

## Purchase summary

| | |
|---|---|
| 1 Adult (18-64) | $140.47 |
| Taxes and fees | $33.33 |
| **Total** | **$173.80** |

Credit card payment: $173.80 (Visa-**5390)

## Trip summary

### Tue, Oct 09, 2018

UA 2401

1 Connection
6h 52m total

| | | | |
|---|---|---|---|
| **8:27 am**<br>Orange County, CA, US (SNA) | ✈ | **11:45 am**<br>Denver, CO, US (DEN) | Duration: 2h 18m<br>United Economy (L)<br>Snacks for Purchase |

50m Layover

UA 1412



| 12:35 pm | ✈ | 6:19 pm | Duration: 3h 44m |
|---|---|---|---|
| Denver, CO, US (DEN) | | New York, NY, US (LGA - LaGuardia) | United Economy (L) Meals for purchase |

## Travelers

| Robert Rundo | SNA to DEN | -- | Email address: | robertrundo@gmail.com |
|---|---|---|---|---|
| | DEN to LGA | 35A | Home phone: | +1 3479970024 |





Economy Plus

Secure more legroom for your flight today.

Learn More

## Additional trip planning tools

Baggage Policies: View current baggage acceptance allowances.
Passport and Visa Information: International Travel Documentation requirements

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

One carry-on bag no more than 45 linear inches or 114 linear centimeters
One personal item (such as a shoulder or laptop bag)

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage.

## Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| ✈ Tue, Oct 09, 2018  Orange County, CA, US (SNA) to New York, NY, US (LGA - LaGuardia) | $30 per traveler | $40 per traveler | 50 lbs (23 kgs) |

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances,

2

weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage.

## Check Your First Bag for Free



Save up to $100 per roundtrip. The primary Cardmember and one companion on the same reservation can check their first standard bag free on United-operated flights when purchasing tickets with their Explorer Card. Terms apply.

Learn more

| united.com | Deals & offers | Reservations | Earn miles | My account |
|---|---|---|---|---|

**STAY CONNECTED**

  

A STAR ALLIANCE MEMBER

Copyright © 2018 United Airlines, Inc.All Rights Reserved

View our Privacy Policy.

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this e-mail is intended for the original recipient only.

United MileagePlus
900 Grand Plaza Dr.
Houston, TX 77067 USA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Delivered-To:**              robertrundo@gmail.com
**Received:**                  by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp4836345wrt; Tue, 9 Oct 2018 06:26:43 -0700 (PDT)
**X-Google-Smtp-Source:**      ACcGV611wFQnk/qcY4ftDpwrCELBS0V5djdMBEvqLbriCGqRZ7C1vQNHjls0QGqLMTTJIL+r0kCE
**X-Received:**                by 2002:a24:cd02:: with SMTP id l2-v6mr1746119itg.70.1539091603014; Tue, 09 Oct 2018 06:26:43 -0700 (PDT)
**ARC-Seal:**                  i=1; a=rsa-sha256; t=1539091602; cv=none; d=google.com; s=arc-20160816;
                               b=NkQGKlA7Q/oyeSjm8V3f4trg9JlpyZjQF2w7V116m+sMbr04oATbiJsLVU9syElSFq
                               tS9pi+8Lng E930ot2QaCOTZJJ3mYVRUd59JQHDNifgLe8G6rur0yE7aGq1tLO5SLomrj
                               YkrIEKW61m1wjQMw3MlGrAvaXGQLOo47/Y2vbXxqDplZcdPz3BQ32Ozhp8utUloagc9B
                               ukcWxDUwWNJ9TKnOfpkFLXVufZkNz3w0rz+dH4u0xpASchEP4Lsy95sDbyVJfMMnkSTE
                               v7Cy0PhhJNrXiCkaDbyURSmbtHW+NkfgqozL4qUUEyQPglWdggD7PRxbc0noEw9/bS44 K5hw==
**ARC-Message-Signature:**     i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=content-transfer-
                               encoding:subject:date:to:from:message-id :mime-version;
                               bh=HbRITIIuTFz2IWjk4eFMg39bb2ecjCC2mouXlgCAWac=;
                               b=hkr7WXyZPUGy9eyoXSRJ3jrCPi22IAW42EH4W1TfYMjtLMVkegP+PdDsi6qu/T++Da
                               Iq3jIeDfMv4Omf/LaRqlx4OZ7eZJVxAOYFxYqRlKoVteblCtIjQJw5NA1C6BRgt5m3R7
                               oqyzbsfPAVGoN/HkZDLxxIrNoJLhvzT/HOqH1c+fM28/SR3BDn/J23n8CpN23/9RjFOG
                               UihJuG1t7/Bahz0KOqMny7MFr/Z9i/9JoXVwHCZLLeDEKmk31qTuLLjpHK4dz5E5iwrq
                               NfvX7WUw+mbRzQTv7S0u8RlQj2Qxlu3vVamrthXgDiYwVFZyel5P+o6MU9ViBQYSMsvf Yl4g==
**ARC-Authentication-Results:** i=1; mx.google.com; spf=pass (google.com: domain of unitedairlines@united.com designates
                               12.169.195.44 as permitted sender) smtp.mailfrom=unitedairlines@united.com; dmarc=pass
                               (p=NONE sp=NONE dis=NONE) header.from=united.com
**Return-Path:**               <unitedairlines@united.com>
**Received:**                  from mx2.coair.com (mx2.coair.com. [12.169.195.44]) by mx.google.com with ESMTPS id d67-
                               v6si3257764itc.24.2018.10.09.06.26.42 for <robertrundo@gmail.com> (version=TLS1_2
                               cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Tue, 09 Oct 2018 06:26:42 -0700 (PDT)
**Received-SPF:**              pass (google.com: domain of unitedairlines@united.com designates 12.169.195.44 as permitted
                               sender) client-ip=12.169.195.44;
**Authentication-Results:**    mx.google.com; spf=pass (google.com: domain of unitedairlines@united.com designates
                               12.169.195.44 as permitted sender) smtp.mailfrom=unitedairlines@united.com; dmarc=pass
                               (p=NONE sp=NONE dis=NONE) header.from=united.com
**X-AuditID:**                 0af0cd2e-c73ff7000000165f-ac-5bbcac92d24a
**Received:**                  from VUCOM2DPCSLWS52 (Unknown_Domain [10.232.101.11]) by mx2.coair.com (Symantec
                               Messaging Gateway) with SMTP id C5.88.05727.29CACBB5; Tue, 9 Oct 2018 09:26:42 -0400 (EDT)
**MIME-Version:**              1.0
**Message-ID:**                <C5.88.05727.29CACBB5@mx2.coair.com>
**Content-Type:**              text/html; charset=utf-8
**Content-Transfer-Encoding:** base64

3

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   3/4

X-Brightmail-Tracker:

H4sIAAAAAAAA+Ngr+KdkWtWWRmVeSWpSXmKPExsXC9SKVW3fSmj3RBpc2y1gs633P5sDosXPW
XfYAxigum5TUnMyy1CJ9uwSujB/rjrMVfHrlWnGt5RpLA+OTM6xdjJwcEglmElNbdzN1MXJx
CAnsYJQ4+r2bESTBKyAocXLmExYl20DiyLF3QA0cHGwClhJf7suBhEUEJCX+zJrCDGKzCMhL
7GheygZiCwuES3z+ugKsnFlATWJZqxJlmFlAUWJK90P2CYxcs5AsmIVQNQtJ1QJG5lWM4mXJ
xbnJRkUFuenFBoZ6yfmJmUVAMncTI8jrH87q7WB8u9TjEKMAB6MSD++MvN3RQqyJZcWVuYcY
JTiYlUR4RbfvihbiTUmsrEotyo8vKs1JLT7EKM3BoiTOu2jzlmghgfTEktTs1NSC1CKYLBMH
p1QDl8eR/NBKRt/LlybOnX0t0mGxbrXHoYN7WxYZX1wwvU+e2+XEghcfDFfu4JMXbqh0PRXz
8cqrxox/Rqx7G5L+/BaYuHry7gxXzbLNdjfPnzhWYOxsfHfirhSW+HlKPXdP+Z1b5tmrEuBm
8+/bBo37kS9fxH91eqaisO5QreKHgiWGnQkPi4SiPJRYijMSDbWYi4oTAdEraCX2AQAA

4

**Exhibit 16**

**10/10/2018 1:47:47 PM(UTC-7)Direction:Incoming, CN3J35T7 (johnny) => To: robtheroman robtheroman (robtheroman)**
I really wish you jad a lawyer figure out what was going on before you fled

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| robtheroman robtheroman | | | |

Status: Read
Delivered: 10/10/2018 1:47:47 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4C645 (Table: ZMESSAGE, ZCONTACT, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:54:44 PM(UTC-7)Direction:Incoming, CN3J35T7 (johnny) => To: robtheroman robtheroman (robtheroman)**
You still dont know what the warrant was for

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| robtheroman robtheroman | | | |

Status: Read
Delivered: 10/10/2018 1:54:44 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4C438 (Table: ZMESSAGE, ZCONTACT, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:55:35 PM(UTC-7)Direction:Outgoing, robtheroman (robtheroman)**
The search warrent?

Status: Sent
Delivered: 10/10/2018 1:55:37 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4C262 (Table: ZMESSAGE, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:55:43 PM(UTC-7)Direction:Incoming, CN3J35T7 (johnny) => To: robtheroman robtheroman (robtheroman)**
Ya

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| robtheroman robtheroman | | | |

Status: Read
Delivered: 10/10/2018 1:55:43 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4C1FF (Table: ZMESSAGE, ZCONTACT, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:55:53 PM(UTC-7)Direction:Outgoing, robtheroman (robtheroman)**
It was for harresment and to terrorize me

Status: Sent
Delivered: 10/10/2018 1:55:53 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4C181 (Table: ZMESSAGE, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:56:26 PM(UTC-7)Direction:Incoming, CN3J35T7 (johnny) => To: robtheroman robtheroman (robtheroman)**
Thats not a reason to run

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| robtheroman robtheroman | | | |

Status: Read
Delivered: 10/10/2018 1:56:26 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4FF54 (Table: ZMESSAGE, ZCONTACT, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:57:22 PM(UTC-7)Direction:Outgoing, robtheroman (robtheroman)**
For me it is

Status: Sent
Delivered: 10/10/2018 1:57:22 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4FD8D (Table: ZMESSAGE, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:57:39 PM(UTC-7)Direction:Outgoing, robtheroman (robtheroman)**
Anyway u can come visits me in Cuba

Status: Sent
Delivered: 10/10/2018 1:57:39 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4FD15 (Table: ZMESSAGE, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**10/10/2018 1:58:09 PM(UTC-7)Direction:Outgoing, robtheroman (robtheroman)**
And like I said these media are just saying what ever the fuck they want they are going to make us Terri it's

Status: Sent
Delivered: 10/10/2018 1:58:09 PM(UTC-7)

Source file: rome's iPhone/Applications/group.ch.threema/ThreemaData.sqlite : 0x4FC53 (Table: ZMESSAGE, Size: 2211840 bytes)
rome's iPhone/Applications/group.ch.threema/Library/Preferences/group.ch.threema.plist : 0x8EE (Size: 14044 bytes)

**Exhibit 17**

Booking 13811237: Confirmed — E-ticket Attached

| | |
|---|---|
| **From:** | "Kiwi.com" <tickets@kiwi.com> |
| **Sent:** | 10/10/2018 9:34:07 PM +0000 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Booking 13811237: Confirmed — E-ticket Attached |
| **Attachments:** | E-ticket_passenger_8672ad6593d5ca833d8aa4475c178181.pdf |



KIWI · COM

For more info, visit our
*Help Centre*

| Booking number: | Booking status: |
|---|---|
| **13811237** | ✔ **CONFIRMED** |

| Passengers (1): | Baggage: |
|---|---|
| **Robert Rundo Paul** | 1x  **Cabin baggage** 7 kg <br> 55 × 25 × 40 cm |
| | 1x  **Personal item** 3 kg <br> 40 × 23 × 30 cm |

### Confirmed — E-ticket Attached

Your booking was successful. **Print the attached e-ticket** and bring it with you on the trip.
Through Manage My Booking, you can change your flights, update your information, download your documents, and order additional services like allocated seating and insurance.

**Enter Manage My Booking**

| | | |
|---|---|---|
| ✈ Tijuana - Tijuana International **TIJ** | Thu Oct 11, 2018 | 05:00 |
| 🛬 Monterrey - Monterrey International **MTY** | Thu Oct 11, 2018 | 09:54 |

Airline: **Volaris**

**Important:**
Online check-in is not available for this flight. You must check in at the airport using your printed e-ticket which you can download below.
*We strongly recommend arriving at the airport at least two hours before the scheduled departure.*

| | | |
|---|---|---|
| ✈ Monterrey - Monterrey International **MTY** | Thu Oct 11, 2018 | 11:45 |
| 🛬 Mexico City - Mexico City International **MEX** | Thu Oct 11, 2018 | 13:15 |

Airline: **Interjet**

**Important:**
Your e-ticket is being issued and will be ready to download within **8 hour(s)**. We'll send it to you as soon as it's available.

| | |
|---|---|
| Booked by | Robert rundo Paul |

1

Booking 13811237: Confirmed — E-ticket Attached

| Email | robertrundo@gmail.com |
| Total paid | 184 USD |

**Important information:**
**Recheck your baggage:** low-cost carriers and some airlines will not do this for you. More Info
**Visas and documentation:** it's your responsibility to ensure that you have the correct visas, tickets, and boarding passes. Visa Info

## Car hire in Mexico City

Secure the guaranteed lowest car hire prices today.



View Cars

## Rooms in Mexico City

Choose from more than a million properties worldwide.



Find a Room

For complete flight info, boarding passes, seating and much more, click below to visit Manage My Booking,

**Enter Manage My Booking**

 INVOICE_2018_7C0625C030D341B8_13811237.PDF



Visit our Help Centre for answers. Or contact our Customer Support Team — we're available 24/7.

www.kiwi.com

--------------------------------------------------------------------------

| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp1618705wrt; Wed, 10 Oct 2018 14:34:10 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV61y8ecl10e2x12hD8ZhKJeJ6AtTXL557luqLAodsQ/5I6MJjC/IaMiCiOOlNI6sYOgQYKN8 |
| **X-Received:** | by 2002:a25:5d0f:: with SMTP id r15-v6mr19815202ybb.36.1539207249332; Wed, 10 Oct 2018 14:34:09 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539207249; cv=none; d=google.com; s=arc-20160816; b=ITejsXfUIR2UyYia6MYgGsbEvsFgyJnDTaL/4LL1LKd4DWLDibVEOTx3zpldSwsl1m a6OCSkwz0pDlG/zx1qqw3wYm9q/zC+jw+qwIdsOibd5zcica9vUO2WKM62n7KYZ44Q9l G2j5Qba1BFw9+ItbJM01nLngkNNHeSGs+KwqDQ4skVsORnUj59B3JCTC9bylkSLNEskd GA0SPN7DC/STIbPJyTzYH/0Hn6Nqpng2nhElu+GdAW3q2b0AooRCQtHuofFm184UWFnS lisCle3L1xfj9T+7RyBL9Jjvr5SrKyBG2zjiVfBehhb/2RoWEKDXmzSyGeco3ufHrhDd lvMg== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:date:message-id:to:subject:from:dkim-signature :dkim-signature; bh=3NaCn3UHD3Xi8KijGzOp7CRW6ojbJlbVYHTaJNYoxb4=; b=Zg/+HGOaK2gMQrb2298Sh1ARN0kbiAFALYK9ouydQ6KdXhGF/1+PM/QIUNpHigx7gR erq2Cy+eommFF681iTuIJxsXTCfa5ihO/IdeOtMHI4CbOR8bwJu2ZaDltOrSTFJzQEZk |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...    2/3

2

Booking 13811237: Confirmed — E-ticket Attached

| | |
|---|---|
| | zmNPlvzUkIpDvLZmGibzhev2zBisg7RKWNHGlA+dp1nsaerl4O8jtKohxQB38ujZnyhi flYgbGExCbrSEhXSqyR5Iy/pKdZSAxgMjdm5wxaUsZlQwlMu9J0sFHzunQwFuZuwAx+J Xyg2nxpBapdynVV3rUmS9cTc4I+2mM+vyqUTJ4BmWkSBns7f4PIYQpOhF3ggwDlo+I/T trSw== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@kiwi.com header.s=mandrill header.b=STpmGMyS; dkim=pass header.i=@mandrillapp.com header.s=mandrill header.b=oTlg+Pvi; spf=pass (google.com: domain of bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com designates 198.2.135.10 as permitted sender) smtp.mailfrom=bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com |
| Return-Path: | <bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com> |
| Received: | from mail135-10.atl141.mandrillapp.com (mail135-10.atl141.mandrillapp.com. [198.2.135.10]) by mx.google.com with ESMTPS id g131-v6si6493256ybg.130.2018.10.10.14.34.09 for <robertrundo@gmail.com> (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Wed, 10 Oct 2018 14:34:09 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com designates 198.2.135.10 as permitted sender) client-ip=198.2.135.10; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@kiwi.com header.s=mandrill header.b=STpmGMyS; dkim=pass header.i=@mandrillapp.com header.s=mandrill header.b=oTlg+Pvi; spf=pass (google.com: domain of bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com designates 198.2.135.10 as permitted sender) smtp.mailfrom=bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com |
| DKIM-Signature: | v=1; a=rsa-sha256, c=relaxed/relaxed; s=mandrill; d=kiwi.com; h=From:Subject:To:Message-Id:Date:MIME-Version:Content-Type; bh=3NaCn3UHD3Xi8KijGzOp7CRW6ojbJlbVYHTaJNYoxb4=; b=STpmGMySzlP5zMHMxZ3+99OWiQ18wDCjpbSH/lmzPtpg4L3ms2QlF4Kh1F9CZKhiLSEr26wcJbEl CTglbcfnGalTIoAVBWivWVoa4lTk87Eyofwbx1Ll4mHmljr4EeR/3BVAN4Q9316Tdb9YE5ZuShCs poENEjJGL4zzfsNpqQ0= |
| Received: | from pmta03.mandrill.prod.atl01.rsglab.com (127.0.0.1) by mail135-10.atl141.mandrillapp.com id hnpo521sau81 for <robertrundo@gmail.com>; Wed, 10 Oct 2018 21:34:09 +0000 (envelope-from <bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com>) |
| DKIM-Signature: | v=1; a=rsa-sha256, c=relaxed/relaxed; d=mandrillapp.com; q=dns/txt; s=mandrill; t=1539207247; h=From : Subject : To : Message-Id : MIME-Version : Content-Type : From : Subject : Date : X-Mandrill-User : List-Unsubscribe; bh=3NaCn3UHD3Xi8KijGzOp7CRW6ojbJlbVYHTaJNYoxb4=; b=oTlg+Pvi8CY6h89fl4VYLc7QGuC+wsqdyjbSTaQ1Ica35a3g2EbepePbxEdXZ4N/dqWGk+ aRp8z86je4H92ysidJGm1SX/4UMqCaf8kPoqWXlyjl2lpT2cMNsnO4Vd8uJaJcTP2btdeKA2 clAk9lJsCJd7BabP5FCrphUpgdglQ= |
| Return-Path: | <bounce-md_30178145.5bbe704f.v1-10aa5279cb0a4b86ae1a0a7f5fa13177@mandrillapp.com> |
| Received: | from [52.16.237.132] by mandrillapp.com id 10aa5279cb0a4b86ae1a0a7f5fa13177; Wed, 10 Oct 2018 21:34:07 +0000 |
| X-Report-Abuse: | Please forward a copy of this message, including all headers, to abuse@mandrill.com |
| X-Report-Abuse: | You can also report abuse here: http://mandrillapp.com/contact/abuse?id=30178145.10aa5279cb0a4b86ae1a0a7f5fa13177 |
| X-Mandrill-User: | md_30178145 |
| Message-Id: | <30178145.20181010213407.5bbe704fb3ec44.00121005@mail135-10.atl141.mandrillapp.com> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed; boundary="_av-mzR2eXvNRD65jKComTfNUA" |

3

## **Exhibit 18**

Booking Confirmed - Flyfar.ca Electronic Ticket - Interjet - Booking Confirmation ND5KYQ

---

| | |
|---|---|
| **From:** | Flyfar Sales Department<sales@flyfar.ca> |
| **Sent:** | 10/10/2018 5:40:24 PM -0400 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Booking Confirmed - Flyfar.ca Electronic Ticket - Interjet - Booking Confirmation ND5KYQ |



## Summary of your Booking/Request is below.

Date of Transaction: Wed Oct 10 17:40 PM

TICKET DETAILS:                                    Flyfar.ca Booking ID:7434752

Your flight has been booked with Interjet.

This email is your electronic ticket to be presented at airport check-in.
Online check-in begins 24 hours prior to departure and ends an hour prior to your flight's scheduled departure.

Your Interjet Booking ID: **ND5KYQ**
> Reference this number when contacting Interjet or via Online/Airport Check-in.

Your FlyFar.ca Booking ID: **7434752**
> Reference this number when contacting FlyFar.ca

PASSENGER INFORMATION:

Adult :                      Mr Robert Paul Rundo (Age 28 )

DETAILS:

**Flight Details**                               **Reference/ Confirmation #: ND5KYQ**

**Depart Flight : Thursday October 11, 2018**

| Departs: | Arrives: | Airline: |
|---|---|---|
| Mexico City - Benito Juarez International (MEX) Thu Oct 11 3:15pm | Havana - Jose Marti International (HAV) Thu Oct 11 6:50pm | Interjet # 2902 |
| Flight Duration : 2h 35m  \|  Economy | | |

**Reconfirm Your Flights**
It is your responsibility to reconfirm your flight times with **Interjet(4O)** at least 24 hours prior to your flight departure.
You can also check with your local airport authority for flight status and timings. FlyFar.ca is not responsible for last minute schedule changes made within 48 hours prior to departure. For more information on schedule changes please visit our Terms and Conditions.

**Suggested Check in times:**
Within Canada - 60-90 minutes prior to departure
To/From US - 90-120 minutes prior to departure
To/From International - 180-210 minutes prior to departure

**Insurance Details**                                    **DECLINED**

You have DECLINED travel Insurance. Travel insurance is designed to make travel a worry-free experience. Emergencies can occur even to the most well prepared of frequent traveller. Travel insurance protects you against these unforeseen incidents and ensures that financial help is readily available to you. Purchasing travel insurance is purchasing 'Peace of mind'. For assistance contact our offices at 1-888-775-1099.

**IMPORTANT NOTE:**
**As of May 1, 2010 travellers must hold proof of health insurance to enter Cuba. Those who cannot provide proof of coverage will be required to purchase health insurance from a Cuban insurance company upon arrival at the Cuban Airport.**

PAYMENT DETAILS:

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…   1/4

1

Booking Confirmed - Flyfar.ca Electronic Ticket - Interjet - Booking Confirmation ND5KYQ

**Breakdown of Flight Charges**

| Traveller Type | # of Travellers | Fare | Taxes & Fees | Total |
|---|---|---|---|---|
| Adult | 1 | USD $ 197.04 | USD $ 91.40 | USD $ 288.44 |
| | | | **Total Charges for Flight** | **USD $ 288.44** |

Flight charges include a Flyfar Booking Fee

| Traveller Name | Type of Bags | Total |
|---|---|---|
| Robert Rundo | Carryon Bags | USD $ 0.00 |
| | **Total Baggage Charges:** | **USD $ 0.00** |

**Summary of All Charges**

| | |
|---|---|
| **Total Charges for all Passengers & Flights** | **USD $ 288.44** |
| **Grand Total** | **USD $ 288.44** |

Your credit card will be charged an approximate total of USD $ 288.44 which includes the base fare, taxes and all surcharges.

**Important:**
* Any Coupon Codes applied will be processed as a refund immediately after booking and will appear on your statement within 2-3 business days.

** Any instant or Honoured Discounts applied will be processed as a refund immediately after booking and will appear on your statement within 2-3 business days.

**Disclosure: Terms and Conditions**
By making this booking you have accepted the Flyfar.ca's Terms and Conditions and which covers important topicsand which covers important topics like Passports/Visas, Cancellations, Changes and Check-in Times. You understood that even after pressing the Purchase Button that a reservation is not confirmed until receiving a confirmation email mentioning this. You have verified robertrundo@gmail.com is the correct email address.

If your credit card payment is declined or if you have not provided us accurate credit card billing information, your reservation is liable to be cancelled without notice. Proof of documents for bookings using third party credit cards may be required.

**CONTACT/BILLING DETAILS:**

| | |
|---|---|
| **Contact Name:** | Robert Rundo |
| **Email:** | robertrundo@gmail.com |
| **Telephone:** | 347-997-9924 (Home) |
| **Billing Address :** | 16761 viewpoint lane , Huntington Beach , CA , 92647 , US |

**CHANGES AND CANCELLATIONS:**

**Changes :**
The minimum change fee for your flight is CAD $100, per passenger, plus any fare difference if permitted by airline. In most cases, tickets are Non-Refundable and Non-Changeable. If airlines do permit changes, their fees can range from $150 - $500 plus any difference in fare along with the additional fee quoted.

**Cancellations:**
FlyFar.ca will waive all airline and Flyfar.ca penalties from the date of purchase [EST] up to 11:59 pm EST on that same day if Best Purchase Guarantee is purchased for a fee at the time of Booking. This does not apply to select Charter airline penalties as particular fees must be charged and therefore cannot be waived by Flyfar.ca.

Change & Cancellation Penalty Information
After 11:59 pm EST , change and cancellation penalties will apply to all bookings. Flight dates and times may be changed with most airlines for an additional fee which can begin at $250 per ticket plus any difference in the fare. For cancellations, the remaining funds may be available within one year of the cancellation however, please note that the travel credit is available only to the passenger listed on the original ticket. This option does not apply to all airlines.

**No Shows:**
Customers who do not appear or 'no show' for their flight will forfeit the entire fare paid. To avoid this, please contact FlyFar.ca at least 3 hours before the original departure time of your flight to check the exact fare rules of your ticket. If you arrive at the airport late or are denied boarding you will again forfeit the entire fare paid.

**MANDATORY INFORMATION:**

**Important Information Please Read**

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   2/4

2

Booking Confirmed - Flyfar.ca Electronic Ticket - Interjet - Booking Confirmation ND5KYQ

=================================================================================

Please double check your booking information in this email to verify the flight details and the passenger names, ensuring they appear as per the passport for international travel and as per photo ID for domestic travel.

If there is a problem, please call us at 1-888-775-1099 as soon as possible. We're open 24/7.

Your booking is subject to the terms and conditions of our website. Please reconfirm check-in cut off times with the airline directly. All flights must also be reconfirmed with the relevant airlines at least 24 hours prior to the commencement of that leg of the journey unless specifically informed otherwise by that airline.

**Passports/Visas/Health Requirements:**
Please note that many countries require that your passport be valid for a period of (a minimum) six months beyond your return date. You should ensure that you meet the passport, visa, affidavit, health and other requirements of the countries you wish to visit and those that you transit (even if it is for a plane change). We accept no responsibility if you should be denied boarding or deported for any reason, including your age.

Please check the documentation and/or inoculations needed for your destination(s).

For further questions regarding travel documentation please contact Flyfar.ca directly. Our office is open 24/7 for your convenience.

**Baggage Allowance and Restrictions:**
In order to avoid paying higher baggage fees at the airport, please select your baggage in advance by visiting your operating airline's website directly in advance of your departure. Please check your electronic ticket for baggage allowances. Baggage allowance and restrictions apply to all airlines and are subject to change at any time. If you have questions about baggage contact the airline you are travelling with directly to verify the specific baggage restrictions. Click Here for telephone numbers for most airlines or visit http://www.flyfar.ca/airlinenumbers.shtml

**Check-in**
Please check-in 24 hours before you depart by visiting your operating airline's website directly to avoid paying any additional fees at the airport. Some airlines are now charging fees to print boarding passes at the airport.

**Advanced Seat Selection:** Advanced seat selection is available on some airlines and is subject to availability and the fare type booked. If you are unable to obtain advanced seat selection online, the airlines do hold a percentage of seats until the day of departure for airport check-in. Customers with special needs should contact the operating airline directly for their seating needs. Advanced seat selection is subject to change at any time and is fully controlled by the operating airline(s).

Thank you for booking with Flyfar.ca

In the event that the airline is unable to process your credit card directly, we will attempt to charge your card internally which will result in the total amount being transacted in Canadian (CAD) dollars.

**Flyfar.ca**
**3100 Ridgeway Drive**
**Unit #16**
**Mississauga ON, L5L 5M5**
**Tel: (1-888)775-1099**
**Frequently Asked Questions**

***CONFIDENTIALITY NOTICE:*** *This email message, including any attachments may contain confidential and privileged information intended only for the person(s) named above.If you are not the intended recipient or have received this message in error, please notify the sender immediately by reply e-mail and permanently delete the original transmission from us, including any attachments, without disseminating, distributing or making a copy. Any unauthorized review; use or disclosure is prohibited. Thank you.*

Flyfar.ca | 16-3100 Ridgeway Drive | Mississauga | ON | L5L 5M5 | Toll Free: 1-888-775-1099
Ontario TICO Registration: 3392505

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp1624274wrt; Wed, 10 Oct 2018 14:40:25 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV63PD1DK05IXAcTJrsPW1QQF+7ThEDBdZkw/T7GKgQ9wtMHJEdYqTi219j9jtco91Riae670 |
| **X-Received:** | by 2002:a6b:7a05:: with SMTP id h5-v6mr21788947iom.89.1539207624925; Wed, 10 Oct 2018 14:40:24 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539207624; cv=none; d=google.com; s=arc-20160816; b=gyevdBOa3UWfYgqhZWoaI0uqrQoixVNdYtckzQrUB4r74+wPEZobmCOWSXhjHRquGX NfRkr0tdP5RsGhukOscOehREe2e4UnQzQZRiu366W6M7hxCER+ENGP8HJJugzd29xuaj qJ65/szfrWW3f54eF6jW1eaHQf2rWUGLp6HUt9RZ9HZZTvZwBYrcuMt8pnIAVv9/4mCI tdUgHjxpvGn9FZQr/vrMF6eMeozBDPP5E24y4GwsyrkjJnIgpky+tcBFZZQzjWnrS6o8 SrbokLKIxUr2d8ZOma0I/vR6TS+yzGa83h8h4Y3b/FP/PhsyG+SKlRRX7znc6mUDqbk9 8z6g== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=content-transfer-encoding:message-id:subject:to:from:date :mime-version; bh=8yzOTac98CmuaxTsAzJZq2/yffmNF3RvU/S32aHt1/Y=; b=ubktHF5HQNvtiXiCORGnBQyJccR+V6/39XWX2sOpWcucCnTtzCD0Zm35dXEOkZnGmR eVL/nx1eYBxW0BHIFNFFgqoI76x4YOAwOpk0atK+CZ5wg/IfmmaGb+juHRQaiSiZ8Yiy sfAeduP8drueHC+bpLVENOLnxvwOvSmgoFN7D72yVRgj5XWxHhVYyBW6GoyPOfJ33JWF |

3

Booking Confirmed - Flyfar.ca Electronic Ticket - Interjet - Booking Confirmation ND5KYQ

xddJXfQyJAmY//azWVpTTCv0j4vfniyxr0Fvan+xxp4XdkPwPN50thxq7v00Ci6S274H
HTZUOxonAnj5Qvy4HmgTRjGeXzTkybjzqWFNFuwwzm89YVrDF8O+QdrvPftHVlJQeXqq b2JA==

| | |
|---|---|
| **ARC-Authentication-Results:** | i=1; mx.google.com; spf=pass (google.com: domain of sales@flyfar.ca designates 158.106.106.144 as permitted sender) smtp.mailfrom=sales@flyfar.ca |
| **Return-Path:** | <sales@flyfar.ca> |
| **Received:** | from smtp01.ops.prod.cog.fn.pvt (mailrelay.flightnetwork.com. [158.106.106.144]) by mx.google.com with SMTP id q74-v6si13336318itb.97.2018.10.10.14.40.24 for <robertrundo@gmail.com>; Wed, 10 Oct 2018 14:40:24 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of sales@flyfar.ca designates 158.106.106.144 as permitted sender) client-ip=158.106.106.144; |
| **Authentication-Results:** | mx.google.com; spf=pass (google.com: domain of sales@flyfar.ca designates 158.106.106.144 as permitted sender) smtp.mailfrom=sales@flyfar.ca |
| **Received:** | from ffapi15.ae.prod.cog.fn.pvt (ffapi15.ae.prod.cog.fn.pvt [192.168.15.175]) by smtp01.ops.prod.cog.fn.pvt (Postfix) with ESMTP id 763A4A184A; Wed, 10 Oct 2018 17:40:24 -0400 (EDT) |
| **Received:** | from localhost.localdomain (localhost [127.0.0.1]) by ffapi15.ae.prod.cog.fn.pvt (Postfix) with ESMTP id 6A097FFBFF; Wed, 10 Oct 2018 17:40:24 -0400 (EDT) |
| **Content-Type:** | multipart/mixed; boundary="_---------=_153920762483220" |
| **MIME-Version:** | 1.0 |
| **X-Mailer:** | MIME::Lite 3.030 (F2.85; T2.12; A2.13; B3.15; Q3.13) |
| **Message-Id:** | <20181010214024.6A097FFBFF@ffapi15.ae.prod.cog.fn.pvt> |
| **Content-Transfer-Encoding:** | 7bit |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…   4/4

4

**Exhibit 19**

Your E-Ticket – Ready for your Tri p!

| | |
|---|---|
| **From:** | "Travel2be" <donotreply@mailer.travel2be.com> |
| **Sent:** | 10/11/2018 1:26:51 AM +0000 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Your E-Ticket – Ready for your Tri p! |



## Dear ROBERT

We would like to inform you that the amount has been charged and your booking has been successfully processed. This is your e-ticket. We suggest you print this document and that you carry it when you travel.

The booking code allows you to check in and obtain your boarding passes on the airline's website or at the airport check-in counter.

Bear in mind that when online check in is allowed by the airline, the code required to check in online will be the one displayed as "AIRLINE BOOKING CODE" on your itinerary information.

Thank you for choosing us. We wish you a pleasant trip.

Booking code: **PYUUCV**                         Date: **10/11/2018**

## Your flight itinerary:
-------------------------------------------------------------------------------

### Outgoing:
-------------------------------------------------------------------------------
| | | |
|---|---|---|
| FLIGHT | SU 151 - Aeroflot | 10/17/2018 |
| DEPARTURE: | Havana, CU (Aeropuerto Int. Jose Marti) | 10/17/2018 14:25 |
| ARRIVAL: | Moscow, RU (Sheremetyevo) | 10/18/2018 09:00 |
| AIRLINE BOOKING CODE:SU/EXCRWY | | |
| BOOKING CONFIRMED, Economy | | DURATION: 11:35 |

BAGGAGE ALLOWANCE: 1 Pieces
STOPS:                       -
OPERATED BY:        Aeroflot, SU
-------------------------------------------------------------------

-------------------------------------------------------------------------------

## E-tickets
-------------------------------------------------------------------------------
TICKET:**5552969311389 – rundo robert**

## General Information
-------------------------------------------------------------------------------
Please check your travel information:

http://checkmyflight.travelgenio.com/Home/Index/en-US/236/PYUUCV/rundo

Tips on online check in:
In order to get your boarding pass in advance, you should visit the airline's website and introduce the airline's booking code as well as the passengers name and/or last name as it appears in the booking or the email address given during the booking process. Online check-in conditions might change depending on each airline, therefore we suggest you verify the online check-in deadline on your airline's website.

Travel2be.com
Other contacts

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp1835183wrt; Wed, 10 Oct 2018 18:26:53 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV629C4k74drbS6w3jvHcNE9hIH8TNzOGfUgy+H+8y1bEjHMd98SPdyHSiXQhpv9c87wImjY3 |
| **X-Received:** | by 2002:a17:906:e0d5:: with SMTP id gl21-v6mr35457281ejb.92.1539221213171; Wed, 10 Oct 2018 18:26:53 -0700 (PDT) |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   1/2

1

Your E-Ticket – Ready for your Tri p!

| | |
|---|---|
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539221213; cv=none; d=google.com; s=arc-20160816; b=uv1u1Aa4jHqp5cbIuGUzM4tj7r8sYgbxksfuoDmtxkXYTZIjL1H/3+uyKL8xWjj8FY Lh9DFT20ytI0peOM3R1mMWtN9JuKQFkkbXnHLw2tLCFtEkyuopqwVWRJfDCRHqW6Ey5k ARLVqipMSGOxh+HkKVfKvVIZtWxw800iJ/NcsSDDzXca2ea+wpMhQBoIzIMRPG7HoHTK 5MmIHDT4qdtti93XMpSHAfewArRXEQ5jKPui+vGcrND8QMYFVRBU+B6mh4N1liYmxh3U w8YvLe/iMb5G/sYpSW3Armwg+LS36oDskbrj6/szI91f13LCA/fMiZkW+zF8SK9mEm2H 4HwQ== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=message-id:content-transfer-encoding:subject:date:to:from :mime-version:dkim-signature:dkim-signature; bh=LYAA57I6hq5ShVTeEg9WXnu/tXdjxCk6DIjNfM+IGro=; b=HMxW41iFlSVChpb87UwDo+OU5PDQhGeSllIsfwFBBtb8TrcP351rpahyUA7OJVSRiT kc/DTazS3foFXUezcskTXPIMZNBOQj2iiidRGnCtxXFGdhmf4aX5uY3yCZTUrHOagIKq yXhodYPDxNH6k3rQwh0FHcHM9xcO8Ga4nI8a5m0s+RK2WLHSNH7g55vLzKbzCwdqoELm MHHMUEkQGnX+66jR2+qM8kOr+TVXpkjjEdi0o1z7hxp3OrDoRV6lk9TFLH8IckFqxrsc x+eInpo74xxGTAwiT1q/B9HqYT0KsRARd7cNUsR4bNxGqsaWLSINnuFCPQ0N1jcAN1g2 KpQw== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; dkim=temperror (no key for signature) header.i=@mailer.travel2be.com header.s=smtpapi header.b=V3Nd2FFL; dkim=pass header.i=@sendgrid.info header.s=smtpapi header.b=cEMSGMAy; spf=pass (google.com: domain of bounces+1430722-2b8f-robertrundo=gmail.com@email.corp.travelgenio.com designates 167.89.45.32 as permitted sender) smtp.mailfrom="bounces+1430722-2b8f-robertrundo=gmail.com@email.corp.travelgenio.com" |
| **Return-Path:** | <bounces+1430722-2b8f-robertrundo=gmail.com@email.corp.travelgenio.com> |
| **Received:** | from o1.email.corp.travelgenio.com (o1.email.corp.travelgenio.com. [167.89.45.32]) by mx.google.com with ESMTPS id m17-v6si241413ejj.272.2018.10.10.18.26.52 for <robertrundo@gmail.com> (version=TLS1_2 cipher=ECDHE-RSA-CHACHA20-POLY1305 bits=256/256); Wed, 10 Oct 2018 18:26:53 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of bounces+1430722-2b8f-robertrundo=gmail.com@email.corp.travelgenio.com designates 167.89.45.32 as permitted sender) client-ip=167.89.45.32; |
| **Authentication-Results:** | mx.google.com; dkim=temperror (no key for signature) header.i=@mailer.travel2be.com header.s=smtpapi header.b=V3Nd2FFL; dkim=pass header.i=@sendgrid.info header.s=smtpapi header.b=cEMSGMAy; spf=pass (google.com: domain of bounces+1430722-2b8f-robertrundo=gmail.com@email.corp.travelgenio.com designates 167.89.45.32 as permitted sender) smtp.mailfrom="bounces+1430722-2b8f-robertrundo=gmail.com@email.corp.travelgenio.com" |
| **DKIM-Signature:** | v=1; a=rsa-sha1; c=relaxed/relaxed; d=mailer.travel2be.com; h=mime-version:from:to:subject:content-type:content-transfer-encoding; s=smtpapi; bh=V7nEr40vhN43eNLy3Vm5gDcWXeE=; b=V3Nd2FFLah744UIKbk /twJkCsW7djQLMOhpRGXtmAvmq966dHOOjmfMVv/1S3zdS1mtQ+dT3A3KWelerO/ qfKQX5Jz6en96aCBuldyp4Qhb6vLLUadDXAvVOVbpQvTs1/evwoRqKAJmWufhwX9 XSspwmyxIBvOeqocyGaPOMExo= |
| **DKIM-Signature:** | v=1; a=rsa-sha1; c=relaxed/relaxed; d=sendgrid.info; h=mime-version:from:to:subject:content-type:content-transfer-encoding:x-feedback-id; s=smtpapi; bh=V7nEr40vhN43eNLy3Vm5gDcWXeE=; b=cEMSGMAyWtc+49CPQE y0yxjCmCQmLUaT5ST1nrt0B0GoU1rxxmF5tL1RwHhjRvHhRKCj4h29ZyAM5YINU JCBveebxxJxc3GsTB/QJIVGsEVR2QRrI9vLOcERbDCbsFqSTfE9ckkxc76E3fw/W iCf7iY7QMv//KIf2sPsc0OY6Y= |
| **Received:** | by filter0099p3iad2.sendgrid.net with SMTP id filter0099p3iad2-23256-5BBEA6DB-25 2018-10-11 01:26:51.666303918 +0000 UTC m=+441750.072713618 |
| **Received:** | from smtpdx21.travelgenio.com (smtpdx21.travelgenio.com [138.201.114.46]) by ismtpd0002p1lon1.sendgrid.net (SG) with ESMTP id rStucS2uTb6-ph877b7gIA Thu, 11 Oct 2018 01:26:51.305 +0000 (UTC) |
| **Received:** | from vDE114 (unknown [10.1.5.210]) by smtpdx21.travelgenio.com (Postfix) with ESMTP id 25310DF931; Thu, 11 Oct 2018 03:26:51 +0200 (CEST) |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | text/html; charset=utf-8 |
| **Content-Transfer-Encoding:** | base64 |
| **Message-ID:** | <rStucS2uTb6-ph877b7gIA@ismtpd0002p1lon1.sendgrid.net> |
| **X-SG-EID:** | VlM3MsPsHRZs81aGC1xkcJcPHIaEf9SSri3Sk9SkI9bPa/YelrfVddfAbHlDle9V6FdQOziIBp+69U 3o4LT4k9cjRifwkvjReIHNpTOM5xuGej0LA6FsTM5JH3MBeWrD5zK5BJyJN0RRwMRhNS4lYZTMqACZ +daM2dhwq/v0FUK5cW1Vhfnpmkdi CgdKfPoqiTlXF+Wfdw7ZGtiMdiZTjvTlU9KW3pd6z9RXOMbCC4 0= |
| **X-Feedback-ID:** | 1430722:OupodkKAkRdaSNc7ef8kk7uFWjBBczLlmoEvbxHiCfU=:OupodkKAkRdaSNc7ef8kk7uFWjBBczLlmoEvbxHiCfU=:SG |

2

## **Exhibit 20**

Booking Confirmed - FlightNetwork Electronic Ticket - Flydubai - Booking Confirmation R3JPGS

| | |
|---|---|
| **From:** | Flight Network Sales Department <sales@flightnetwork.com> |
| **Sent:** | 10/17/2018 12:33:39 PM -0400 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Booking Confirmed - FlightNetwork Electronic Ticket - Flydubai - Booking Confirmation R3JPGS |

![flightnetwork.com]

## Summary of your Booking/Request is below.

Date of Transaction:Wed Oct 17 12:33 PM

TICKET DETAILS:

Your flight has been booked with Flydubai.

This email is your electronic ticket to be presented at airport check-in.
Online check-in begins 24 hours prior to departure and ends an hour prior to your flight's scheduled departure.

**Your Flydubai Booking ID: R3JPGS**
> Reference this number when contacting Flydubai or via Online/Airport Check-in.

**Your Flight Network Booking ID: 7449761**
> Reference this number when contacting Flight Network

PASSENGER INFORMATION:

Adult :          Mr Robert Paul Rundo

DETAILS:

**Flight Details**                              **Reference/ Confirmation #: R3JPGS**

**Depart Flight : Thursday October 18, 2018**

| Departs: | Arrives: | Airline: |
|---|---|---|
| Moscow - Sheremetyevo Intl (SVO) | Dubai - Dubai International (DXB) | Flydubai # 918 |
| 8:20am Thu Oct 18 | 2:40pm Thu Oct 18 | |
| Flight Duration :  5h 20m   |   Economy | | |

**Reconfirm Your Flights**
It is your responsibility to reconfirm your flight times with **Flydubai(FZ)** at least 24 hours prior to your flight departure. You can also check with your local airport authority for flight status and timings. Flight Network is not responsible for last minute schedule changes made within 48 hours prior to departure. For more information on schedule changes please visit our Terms and Conditions.

**Suggested Check in times:**
Within Canada - 60-90 minutes prior to departure
To/From US - 90-120 minutes prior to departure
To/From International - 180-210 minutes prior to departure

PAYMENT DETAILS:

**Breakdown of Flight Charges**

| Traveller Type | # of Travellers | Base Price | Taxes & Fees | Total |
|---|---|---|---|---|
| Adult | 1 | USD $ 163.67 | USD $ 89.52 | USD $ 253.19 |
| **Total Charges for Flight (Visa will show charges from FlightNetwork®)** | | | | **USD $ 253.19** |

Booking Confirmed - FlightNetwork Electronic Ticket - Flydubai - Booking Confirmation R3JPGS

Flight charges include a Flight Network Booking Fee

**Summary of All Charges**

| | |
|---|---|
| **Total Charges for all Passengers & Flights** | USD $ 253.19 |
| **Grand Total** | **USD $ 253.19** |

Your credit card will be charged an approximate total of USD $ 253.19 which includes the base fare, taxes and all surcharges.

**Important:**

*Upon redemption, any Price Drop Protection Dollars will be refunded in the form of a cheque and mailed to the credit card holders mailing address on file. Please allow 7-10 days for delivery.

** Any Coupon Codes applied will be processed as a refund immediately after booking and will appear on your statement within 2-3 business days.

*** Any instant or Honoured Discounts applied will be processed as a refund immediately after booking and will appear on your statement within 2-3 business days.

**Disclosure: Terms and Conditions**
By making this booking you have accepted FlightNetwork®'s Terms and Conditions; and which covers important topics like Passports/Visas, Cancellations, Changes and Check-in Times. You understood that even after pressing the Purchase Button that a reservation is not confirmed until receiving a confirmation email mentioning this. You have verified robertrundo@Gmail.com is the correct email address.

If your credit card payment is declined or if you have not provided us accurate credit card billing information, your reservation is liable to be cancelled without notice. Proof of documents for bookings using third party credit cards may be required.

## CONTACT/BILLING DETAILS:

| | |
|---|---|
| **Contact Name:** | Robert Rundo |
| **Email:** | robertrundo@Gmail.com |
| **Telephone:** | 347-997-0824 (Home) |
| **Billing Address :** | 16761 Viewpoint Lane , HuntingtonBeach , CA , 92647 , US |

## ADD TO YOUR FLIGHT :

fn-img-2          fn-img-3          fn-img-4

## Change and Cancellation:

**If you need to change or cancel your Flydubai reservation, please call us immediately within North America at 1-800-577-0470. Alternate numbers can be found at the bottom of this email. We are open 24/7 for your convenience.**

**Changes :**
The minimum change fee for your flight is CAD $ 100, per passenger, plus any fare difference if permitted by Airline. In most cases, tickets are Non-Refundable and Non-Changeable. If airlines do permit changes, their fees can range from $150 - $500 plus any difference in fare along with the additional fee quoted.

**Cancellations:**
For all other cancellations, a minimum fee of CAD $ 50, per passenger, is charged at the time of cancellation and an airline fee is applied at the time of rebooking. If permitted by the airline,the remaining funds may be available within one year of the cancellation. However, please note that the travel credit is available only to the passenger listed on the original ticket.

**No Shows:**
Customers who do not appear or 'no show' for their flight will forfeit the entire fare paid. To avoid this, please contact Flight Network at least 3 hours before the original departure time of your flight to verify the exact fare rules of your ticket. If you arrive at the airport late or are denied boarding, you will again forfeit the entire fare paid.

## MANDATORY INFORMATION:

**Important Information Please Read**
===============================================================================
Thank you for booking with FlightNetwork.com. Please double check your booking information in this email to verify the flight details and passenger names, ensuring they appear as per the passport for international travel and as per photo ID for domestic travel.

If there is a problem, please call our Flight Reservations Department at 1-877-496-4815 or at 1-905-829-8699 as

Booking Confirmed - FlightNetwork Electronic Ticket - Flydubai - Booking Confirmation R3JPGS

soon as possible. We are open 24/7.

Your booking is subject to the terms and conditions of our website. Please reconfirm check-in cut off times with the airline directly. All flights must also be reconfirmed with the relevant airlines at least 24 hours prior to the commencement of that leg of the journey unless specifically informed otherwise by that airline.

**Passports/Visas/Health Requirements:** Please note that many countries require that your passport be valid for a period of (a minimum) six months beyond your return date. You should ensure that you meet the passport, visa, affidavit, health and other requirements of the countries you wish to visit and those that you transit (even if it is for a plane change). We accept no responsibility if you should be denied boarding or deported for any reason, including your age.

Please check the documentation and/or inoculations needed for your destination(s).

For further questions regarding travel documentation please contact Flight Network directly. Our office is open 24/7 for your convenience.

**Baggage Allowance and Restrictions-**
In order to avoid paying higher baggage fees at the airport, please select your baggage in advance by visiting your operating airline's website directly in advance of your departure. Please check your electronic ticket for Baggage Allowances. Baggage Allowance and Restrictions apply to all airlines and are subject to change at any time. If you have questions about Baggage contact the airline you are travelling with directly to verify the specific Baggage restrictions. Click Here for Airline contact information including online check-in, baggage and seat selection or visit http://www.flightnetwork.com/pages/airline-information/

**Check-in**
Please check-in 24 hours before you depart by visiting your operating airline's website directly to avoid paying any additional fees at the airport. Some airlines are now charging fees to print boarding passes at the airport.

**Advanced Seat Selection:** Advanced seat selection is available on some airlines and is subject to availability and the fare type booked. If you are unable to obtain advanced seat selection online, the airlines do hold a percentage of seats until the day of departure for airport check-in. Customers with special needs should contact the operating airline directly for their seating needs. Advanced seat selection is subject to change at any time and is fully controlled by the operating airline(s).

Thank you for booking with FlightNetwork®

In the event that the airline is unable to process your credit card directly, we will attempt to charge your card internally which will result in the total amount being transacted in USD.

**FlightNetwork®**
**1 Toronto Street, Suite 1000**
**Toronto, Ontario**
**Canada**
**M5C 2V6**

**CALL US FROM THE FOLLOWING COUNTRIES :**

Within Canada : 1 (877) 496-4815
Within United States : 1 (855) 976-9378

Outside North America
Within Argentina : 1152197792
Within Australia : 1300 764 316 or +61 2 8806 3764
Within Austria : 43800802899
Within Belgium : 3280026896
Within Brazil : 1149502287
Within Chile : 800914351
Within Colombia : 8005184639
Within Denmark : 4580820090
Within Finland : 87 53 25 16 35
Within France : 9 75 18 82 77
Within German: 498000004656
Within Italy: 39800593870
Within Mexico City : 8002694546
Within New Zealand : 9887 9881
Within Norway: 4780025093
Within Peru : 17008757
Within Sweden: 46218138112
Within United Kingdom : 1444 300036
Within Singapore : 653 159 1623
Within All Other Countries : +00 1 905 829 8699

**E-mail: sales@flightnetwork.com**

Frequently Asked Questions

*CONFIDENTIALITY NOTICE: This email message, including any attachments may contain confidential and privileged information intended only for the person(s) named above.If you are not the intended recipient or have received this message in error, please notify the sender immediately by reply e-mail and permanently delete the original transmission from us, including any attachments, without disseminating, distributing or making a copy. Any unauthorized review; use or disclosure is prohibited. Thank you.*

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   3/4

3

Booking Confirmed - FlightNetwork Electronic Ticket - Flydubai - Booking Confirmation R3JPGS

FlightNetwork®.com | 2947 Portland Drive | Oakville | ON | L6H 5S4 | Toll Free: 1-877-496-4815 | Fax: 905-829-9102
Ontario TICO Registration: 3392505

----------------------------------------------------------------------------------------------

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp1004097wrt; Wed, 17 Oct 2018 09:33:40 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV63Zr8ylZvWwtgUOrVXfNIgzUUfZ2KfDeVqZpNzSE/gUOwgwJ2wn6j4JDRWOWUJ6reRDANSW |
| **X-Received:** | by 2002:a6b:b5cf:: with SMTP id e198-v6mr17806567iof.137.1539794020054; Wed, 17 Oct 2018 09:33:40 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539794019; cv=none; d=google.com; s=arc-20160816; b=om2H/Fg3EjZDWoag90zMtTYd13nPUxNbK+srUrLiJXl0bT4OzS3B0IF5+YVHmjC1hm GFLzcy3kBe8YeNd7d2+dTKi2JliNyMise4dqP9y2QfNYwbv0xlm4wTFuOmB0gW1LLLKy MRLmVrJSDzVP8KBs6N/G16g1frujRr/bUe5S3jqf5HOF3AdVNxLkynl+Q1/O6B+HxmuV eGJF5qHwfTn3SwVxo9nIK5Civ5pl2W2Hoh9ktXo3FRfhZ2Q3p73zglbpirDXCPmefNoS pEyY2X2zBrHavXZ1Uqjr0Euv3TjGUcL5edwzPsd4nVl7j1tHFOo21TAcYXj1hxZE/mwq /LHw== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=content-transfer-encoding:message-id:subject:to:from:date :mime-version; bh=EtA+1a0iJVFp6+LtiU1uTnEe+MBoARm/Rlv+llh7S2l=; b=XZ+had7OBVu/m8cHlsroCR+mAjd80F5WcfLjD6wrGS97m2lqwEAq30TzeiSn5NgHFc 4pkXW1c8+8HmXjoWVL6d/AaGLOa1aAQc6lT5drgCiFyTJSTYtm/huB9qVJpyvc57Q+B/ GHdQ0HlirP5h+UEheH9VUJPLC1GlGFlrRYTw1ouZAgTgQaU+x4KJ3oUQAihwZsDJIKuRj VNzcAm5KwGlpPLsjuqG5uRRm9gqvi6wZ/UjBdHwT49DnW8k9aFSADU/C1uh6/N8AW02A zL6wvTaRg96uuwpPsi3Ugrv8w7iPNXB/dPleH1Lc6cDAvTMS1VZe5IELuUDKOHwe2/ts PWPA== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; spf=pass (google.com: domain of sales@flightnetwork.com designates 158.106.106.144 as permitted sender) smtp.mailfrom=sales@flightnetwork.com |
| **Return-Path:** | <sales@flightnetwork.com> |
| **Received:** | from smtp01.ops.prod.cog.fn.pvt (mailrelay.flightnetwork.com. [158.106.106.144]) by mx.google.com with SMTP id c3-v6si11289188iod.59.2018.10.17.09.33.39 for <robertrundo@gmail.com>; Wed, 17 Oct 2018 09:33:39 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of sales@flightnetwork.com designates 158.106.106.144 as permitted sender) client-ip=158.106.106.144; |
| **Authentication-Results:** | mx.google.com; spf=pass (google.com: domain of sales@flightnetwork.com designates 158.106.106.144 as permitted sender) smtp.mailfrom=sales@flightnetwork.com |
| **Received:** | from fnapi33.ae.prod.cog.fn.pvt (fnapi33.ae.prod.cog.fn.pvt [192.168.15.53]) by smtp01.ops.prod.cog.fn.pvt (Postfix) with ESMTP id 8EAD4A1DB0; Wed, 17 Oct 2018 12:33:39 -0400 (EDT) |
| **Received:** | from localhost.localdomain (localhost [127.0.0.1]) by fnapi33.ae.prod.cog.fn.pvt (Postfix) with ESMTP id 8034B2012C; Wed, 17 Oct 2018 12:33:39 -0400 (EDT) |
| **Content-Type:** | multipart/mixed; boundary="_--------=_1539794019141090" |
| **MIME-Version:** | 1.0 |
| **X-Mailer:** | MIME::Lite 3.030 (F2.85; T2.12; A2.13; B3.15; Q3.13) |
| **Message-Id:** | <20181017163339.8034B2012C@fnapi33.ae.prod.cog.fn.pvt> |
| **Content-Transfer-Encoding:** | 7bit |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   4/4

4

RE: Booking reference: R3JPGS Payment reference: 39406138 #06033066 [ ref:_00Db0dBTz._5000N1ZCzjz:ref ]

---

**From:**        "letstalk" <letstalk@flydubai.com>
**Sent:**        11/1/2018 8:03:46 AM +0000
**To:**          robertrundo@gmail.com
**Subject:**     RE: Booking reference: R3JPGS Payment reference: 39406138 #06033066 [ ref:_00Db0dBTz._5000N1ZCzjz:ref ]

Hello Robert,

Thank you for your email regarding cancellation enquiry.

We apologise for the delay in response.

Since you have contacted us within 24 hours prior to flight departure, please note that A fee of AED 365 per person, per sector. A flydubai voucher will be issued for the balance amount. The voucher will be valid for 06 months after the date of issue and can be used to book future flight with flydubai.

Please provide your acceptance on voucher issuance.

Looking forward to hearing from you.

Kind Regards

Heena |The flydubai team
+971 600 544 445 (from UAE) | 24x7
letstalk@flydubai.com | flydubai.com

--------------- Original Message ---------------
**From:** work smart [robertrundo@gmail.com]
**Sent:** 17/10/2018 22:28
**To:** letstalk@flydubai.com
**Cc:** letstalk@flydubai.com
**Subject:** Booking reference: R3JPGS Payment reference: 39406138 #06033066

**Booking reference: R3JPGS**
Payment reference: 39406138

This was a mistake on the card Please cancel this flight and refund the tickets

Sent from my iPhone

--------------------------------------------------------------------------------------

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:65ca:0:0:0:0:0 with SMTP id e10-v6csp418553wrw; Thu, 1 Nov 2018 01:04:04 -0700 (PDT) |
| **X-Google-Smtp-Source:** | AJdET5fmvqW2VvEgL+ypic8qvU+nd5QaxKf2cqkZWTdBkqjqUz7G+iu5j4hFgSxZ/IVjX7tdvaLS |
| **X-Received:** | by 2002:a24:36d2:: with SMTP id l201-v6mr5038590itl.130.1541059444464; Thu, 01 Nov 2018 01:04:04 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1541059444; cv=none; d=google.com; s=arc-20160816; b=wQKx1gLdkc3n1p77wtlYxwvsDqZB+GGhT0E1v3XwCyoepwihHmT7xatVtgN3aVQJiQ alhMOETuYq44wZcVBtOGl4sp9O9vgUO5x0E5+KH2ltCNRnLNK1e7PJN1d5yOkWLwDUNa 3hGKWfMVjNGpLumDI3X+MaddNmyHBLg7ZXw3V+dII0YylIB7ruMLVXM8hYYOK3tK2yNZ P14Cksia1L3kvmc3LMI5/TJEXfr+pNx161C5ifztwBdrRn4NiG9uJITFY2gPRvCoVKH6 KDWEz4c/uPJPwfLNA0rDCkMM0ivVRyKLvA8vqKurdK6XmZtjIA+Xq+eoHMeHz5XZxz9/ Y0dw== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=sender:mailbox:msgid:list-unsubscribe:mime-version:to:date:from :subject:message-id:domainkey-signature:dkim-signature; bh=kE3TTrCYAMLDDu6IUBPtSkItVO2Pd/zF5xNR4Rdtbjc=; b=q2LkECQ2owVx/VXFetJw4qTv5CQbQADnx0eHqkP8fx051Apf4jJ/yK1Dkj3TKY7GgR JIhvkQ9F8QtcCUdRylFev4d3BujDPOy9qdxIIfu2MAQWd0gFupfTW2bNAJJPLIQwYQT0 TxWQSZM8g9nMoQrs01sWMXjI/ak1trmXoXgdf13EuE2XHuE6XlXcXm0zDxi5avL2ztqO pFiy1NyHVgxo9/wkyouVuA/f6YeduaDiXz2bq5ZN9uceHoGW6XU5IOXKvQTgKyGM5mpq R8AIyTLE1QvW7RHIP8qhbo9JnDcdy3VY2EuUFRUKf9pDRQYHwknPeIQRtBh7wpxnNuo3 mE1A== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; dkim=pass header.i=@flydubai.com header.s=flydubai header.b=ig74TJYN; spf=pass (google.com: domain of letstalk@flydubai.com designates 173.244.184.249 as permitted sender) smtp.mailfrom=letstalk@flydubai.com |
| **Return-Path:** | <letstalk@flydubai.com> |
| **Received:** | from x31-e.jsmtp.net [xi31-e.jsmtp.net] [173.244.184.249]) by mx.google.com with ESMTPS id w16-v6si16872769itc.92.2018.11.01.01.04.03 for <robertrundo@gmail.com> (version=TLS1_2 cipher=ECDHE-RSA-AES128-SHA bits=128/128); Thu, 01 Nov 2018 01:04:04 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of letstalk@flydubai.com designates 173.244.184.249 as permitted sender) client-ip=173.244.184.249; |
| **Authentication-Results:** | mx.google.com; dkim=pass header.i=@flydubai.com header.s=flydubai header.b=ig74TJYN; spf=pass (google.com: domain of letstalk@flydubai.com designates 173.244.184.249 as permitted sender) smtp.mailfrom=letstalk@flydubai.com |
| **DKIM-Signature:** | v=1; a=rsa-sha1; q=dns/txt; c=relaxed/relaxed; d=flydubai.com; s=flydubai; h=X-Feedback-ID:Message-ID:Subject:From:Date:To:MIME-Version:X-Mailer: List-Unsubscribe:X-UserID:X-VConfig:Content-Type:MsgID:SenderMailbox: Authentication-Results:X-SFDC-LK:X-SFDC-User:X-mail_abuse_inquiries: X-SFDCOrgRelay:X-SFDC-Binding:X-SFDC-EmailCategory:X-SFDC-EntityId: X-SFDC-Interface:X-SFDC-Restrict:X-SFDCRelayAddr:X-SFDCRelayPort: X-SFDCTLS; t=1541059437; bh=boYKs8gR7bgEE2bjVMqcoB0QYZU=; |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   1/2

5

RE: Booking reference: R3JPGS Payment reference: 39406138 #06033066 [ ref:_00Db0dBTz._5000N1ZCzjz:ref ]

b=ig74TJYNuVLrI5lx6n/znuGx4QTtei4ctDNb1r1eZFOyZQ1oOHeqVuyXlq8sCXViiDBrPx wly9AKwnMMXCNxvz3+9+oU+eW6K8FgUEcQN+AIpIwM90N1+ISmbLMYPAM2dcuPKBSMi2is vRvzIPMBKUzEB4IpTgmaJxHuDBGgWos=

| | |
|---|---|
| DomainKey-Signature: | a=rsa-sha1; c=nofws; d=flydubai.com; h=X-Feedback-ID:Message-ID:Subject:From:Date:To:MIME-Version:X-Mailer: List-Unsubscribe:X-UserID:X-VConfig:Content-Type:MsgID:SenderMailbox: Authentication-Results:X-SFDC-LK:X-SFDC-User:X-mail_abuse_inquiries: X-SFDCOrgRelay:X-SFDC-Binding:X-SFDC-EmailCategory:X-SFDC-EntityId: X-SFDC-Interface:X-SFDC-Restrict:X-SFDCRelayAddr:X-SFDCRelayPort: X-SFDCTLS; q=dns; s=flydubai; b=DNWGx0XzOSg8tivzAwLjxeBrFXeuokwMAFgOpSEtjhbxXajrn2/y19FltpK50/22Y+Jj10 uDZSzmpi9N0wkqXMAaYwHl+9aTlT2sJIWshwKNvtcwl8BTIAEOiGKEbOBpgwwmr8hJsCUH XeVYpIgMn//aZoSbSqZZmr7qRriAdxo=; |
| X-Feedback-ID: | T:290692:699546:JangoMail |
| Message-ID: | <1p0BK000000000000000000000000000000000000000000PHI92800mqEhqgxVQ9SG_oOsdOOTgg@sfdc.net> |
| MIME-Version: | 1.0 |
| X-Mailer: | N/A |
| List-Unsubscribe: | <http://track.flydubai.jmsend.com/u.z?195b00301db14c0aa8d92ff1ae36da0c>,<mailto:flydubai@jangomail.com?Subject=Unsubscribe> |
| X-UserID: | 699546.11750280121T290692 |
| X-VConfig: | T.11750280121 |
| Content-Type: | multipart/alternative; boundary="----=_Part_22836_1236234110.1541059425562" |
| MsgID: | 201811010803467071 |
| SenderMailbox: | <letstalk=flydubai.com__0-7bynery60869vu@4g7qibz1pook25.b-dbtzeam.eu8.bnc.salesforce.com> |
| Return-Path: | <letstalk=flydubai.com__0-7bynery60869vu@4g7qibz1pook25.b-dbtzeam.eu8.bnc.salesforce.com> |
| Authentication-Results: | mx3-par-sp1.mta.salesforce.com x-tls.subject="/C=US/ST=California/L=San Francisco/O=salesforce.com, inc./OU=0:app;1:par;2:par-sp1;3:eu8;4:prod/CN=eu8-app2-14-par.ops.sfdc.net"; auth=pass (cipher=ECDHE-RSA-AES256-GCM-SHA384) |
| X-SFDC-LK: | 00Db0000000dBTz |
| X-SFDC-User: | 005b0000001AxaQ |
| X-mail_abuse_inquiries: | http://www.salesforce.com/company/abuse.jsp |
| X-SFDCOrgRelay: | 00Db0000000dBTz |
| X-SFDC-Binding: | 1WrlRBV94myi25uB |
| X-SFDC-EmailCategory: | emailAuthorEmail |
| X-SFDC-EntityId: | 5000N00001ZCzjz |
| X-SFDC-Interface: | internal |
| X-SFDC-Restrict: | ^(.*) |
| X-SFDCRelayAddr: | relay.jangosmtp.net |
| X-SFDCRelayPort: | 25 |
| X-SFDCTLS: | 0 |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...    2/2

6

**<u>Exhibit 21</u>**

Booking 14787773: Confirmed — E-ticket Attached

| | |
|---|---|
| **From:** | "Kiwi.com" <tickets@kiwi.com> |
| **Sent:** | 10/17/2018 4:40:06 PM +0000 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Booking 14787773: Confirmed — E-ticket Attached |
| **Attachments:** | E-ticket_passenger_3e7d377b3c73ba307593e40ab7883120.pdf |



For more info, visit our
**Help Centre**

| Booking number: | Booking status: |
|---|---|
| **14787773** | ✅**CONFIRMED** |

| Passengers (1): | Baggage: |
|---|---|
| **Robert Rundo Paul** | 1x  **Cabin baggage** 10 kg<br>55 × 20 × 40 cm |
| | 1x  **Personal item** 5 kg<br>35 × 13 × 20 cm |
| | 1x  **Checked baggage** 23 kg |

## Confirmed — E-ticket Attached

Your booking was successful. **Print the attached e-ticket** and bring it with you on the trip.
Through Manage My Booking, you can change your flights, update your information, download your documents, and order additional services like allocated seating and insurance.

Enter Manage My Booking

| | | |
|---|---|---|
| Moscow - Sheremetyevo International **SVO** | Thu Oct 18, 2018 | 10:10 |
| Baku - Heydar Aliyev International **GYD** | Thu Oct 18, 2018 | 14:10 |

Airline: **Aeroflot Russian Airlines**

**Important:**
Online check-in is not available for this flight. You must check in at the airport using your printed e-ticket which you can download below.
*We strongly recommend arriving at the airport at least two hours before the scheduled departure.*

| | | |
|---|---|---|
| Baku - Heydar Aliyev International **GYD** | Thu Oct 18, 2018 | 22:35 |
| Dubai - Dubai International **DXB** | Fri Oct 19, 2018 | 01:30 |

Airline: **Azerbaijan Airlines**

**Important:**
Online check-in is not available for this flight. You must check in at the airport using your printed e-ticket which you can download below.
*We strongly recommend arriving at the airport at least two hours before the scheduled departure.*

1

Booking 14787773: Confirmed — E-ticket Attached

**Download E-ticket**

| Booked by | Robert rundo Paul |
|-----------|-------------------|
| Email | robertrundo@gmail.com |
| Total paid | 331 USD |

**Important information:**
**Recheck your baggage:** low-cost carriers and some airlines will not do this for you. More Info
**Visas and documentation:** it's your responsibility to ensure that you have the correct visas, tickets, and boarding passes. Visa Info

## Car hire in Dubai

Secure the guaranteed lowest car hire prices today.



**View Cars**

## Rooms in Dubai

Choose from more than a million properties worldwide.



**Find a Room**

For complete flight info, boarding passes, seating and much more, click below to visit Manage My Booking.

**Enter Manage My Booking**

 INVOICE_2018_FAB9EC2580F14826_14787773.PDF



Visit our Help Centre for answers. Or contact our Customer Support Team — we're available 24/7.

www.kiwi.com

---

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp1013371wrt; Wed, 17 Oct 2018 09:40:23 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV62BcUkMT9Ili5k5Dqhv9rhqVaXOK2+a5+cG4grYgAJOuOAdxZPPG24pM+rRMYRClJDQphra |
| **X-Received:** | by 2002:a25:d001:: with SMTP id h1-v6mr15135156ybg.306.1539794422308; Wed, 17 Oct 2018 09:40:22 -0700 (PDT) |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…   2/3

2

Booking 14787773: Confirmed — E-ticket Attached

| | |
|---|---|
| ARC-Seal: | i=1; a=rsa-sha256; t=1539794422; cv=none; d=google.com; s=arc-20160816; b=fgWBhqZFhmNuqvEZBFIu0VXeX8rwadNELKS+GQVXKAPnutUI7QFWuUJ7YboJQgDJRt j1e9q3a2We+D022I7xw7/5fUr6TxiHUM7c2Omc1/5Ec0siiMg9JcyGDmoDMiASvKXOQy ywFUG0Mql1PQLDKEBPkBFN2H3YCZWr7Hzl/WEdnkqZaz4gglJpGEQEwpyDiMZk0qHjk0 H/iRG7WE0qBq3zbiVDW5Y4HOilYTO86k45tpRqSZVOAmXwEJZRkr1tJAptAIiWq+1449 BuJinBPT5qKSeyFb2GPKK6wo0YOqkDn2b3H8m3Hy8Doxui5D9Ij5ywULzqxtTro08Ay4 c24w== |
| ARC-Message-Signature: | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=mime-version:date:message-id:to:subject:from:dkim-signature; bh=BlAjl9Nvcgzej7WTqXipBoWFw/M8ytqf5PNQKLkQQ5I=; b=O6eywVC1fcv5w5rbsv9ExlRyVAkR2K3S3o8JR7GWsoFALz815EUR/5BKtVnS0xtiFF yAWRlpmVbBy3mlfTqhz77c8yXLdkc12e9sEtFnpRP0s+B/PA4p6Tn6Ve7gfOlVXlMmJa xKe4g8cRMNVrp6DPzau64ffyuFtPP3DkFO0L91rqhOzlRLxUmge+yNx6N7hVD3Ji/HGK SvJZ77P7a+TrHP1zvMxlxk0bLklkk4kfj7qCsolAyPxGNX9GXQUCAd9AIVNfMlu1YCOM g9iS06EtugUVheynMxA1iy1yuQm1yIEDgQ5zBdBU+fKWUdlUYWHVrV1GCvOKKcQn61T6 4FRA== |
| ARC-Authentication-Results: | i=1; mx.google.com; dkim=pass header.i=@kiwi.com header.s=mandrill header.b=bQFDvzJx; dkim=pass header.i=@mandrillapp.com header.s=mandrill header.b=ELsnuqGX; spf=pass (google.com: domain of bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com designates 198.2.136.11 as permitted sender) smtp.mailfrom=bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com |
| Return-Path: | <bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com> |
| Received: | from mail136-11.atl41.mandrillapp.com (mail136-11.atl41.mandrillapp.com. [198.2.136.11]) by mx.google.com with ESMTPS id v3-v6si5961252ywv.17.2018.10.17.09.40.22 for <robertrundo@gmail.com> (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128); Wed, 17 Oct 2018 09:40:22 -0700 (PDT) |
| Received-SPF: | pass (google.com: domain of bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com designates 198.2.136.11 as permitted sender) client-ip=198.2.136.11; |
| Authentication-Results: | mx.google.com; dkim=pass header.i=@kiwi.com header.s=mandrill header.b=bQFDvzJx; dkim=pass header.i=@mandrillapp.com header.s=mandrill header.b=ELsnuqGX; spf=pass (google.com: domain of bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com designates 198.2.136.11 as permitted sender) smtp.mailfrom=bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=kiwi.com; h=From:Subject:To:Message-Id:Date:MIME-Version:Content-Type; i=tickets@kiwi.com; bh=BlAjl9Nvcgzej7WTqXipBoWFw/M8ytqf5PNQKLkQQ5I=; b=bQFDvzJx/Tbtgb9Ero/9MA42gB3+to4W/2n3zrW4S9Wi3F0VUvChRHlYdvZjpC9aOqLsXxQb+WWT mB6zpclywV39yTCgm72z9J0wdtE39hhob5MfsHUVzlUfMnaiJYWEyL7UYdi40a5Ks0xjVSt71iOs s+139DOroO6igMske3M= |
| Received: | from pmta04.mandrill.prod.atl01.rsglab.com (127.0.0.1) by mail136-11.atl41.mandrillapp.com id hotivc1sb1km for <robertrundo@gmail.com>; Wed, 17 Oct 2018 16:40:07 +0000 (envelope-from <bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com>) |
| DKIM-Signature: | v=1; a=rsa-sha256; c=relaxed/relaxed; d=mandrillapp.com; i=@mandrillapp.com; q=dns/txt; s=mandrill; t=1539794406; h=From : Subject : To : Message-Id : Date : MIME-Version : Content-Type : From : Subject : Date : X-Mandrill-User : List-Unsubscribe; bh=BlAjl9Nvcgzej7WTqXipBoWFw/M8ytqf5PNQKLkQQ5I=; b=ELsnuqGXXsWfCwVTfyczvWrqlCFNigr6AADQlYgvh1gLJnWomd9635E9GFTIqreLhM1lvv0 CPyJPGjGaMWadwVolVNh5laJxu4ll80XyTWYcb9KKlAhXYcAcXBKCWVKO5ZMQ3Ndrz92MZCY L5usXAETNtGS5PLzP8LRvfo5WB3w8= |
| Return-Path: | <bounce-md_30178145.5bc765e6.v1-2ad2b9e47a8546ecaa3f9f43e6669627@mandrillapp.com> |
| Received: | from [52.16.237.132] by mandrillapp.com id 2ad2b9e47a8546ecaa3f9f43e6669627; Wed, 17 Oct 2018 16:40:06 +0000 |
| X-Report-Abuse: | Please forward a copy of this message, including all headers, to abuse@mandrill.com |
| X-Report-Abuse: | You can also report abuse here: http://mandrillapp.com/contact/abuse? id=30178145.2ad2b9e47a8546ecaa3f9f43e6669627 |
| X-Mandrill-User: | md_30178145 |
| Message-Id: | <30178145.20181017164006.5bc765e68fa826.01939692@mail136-11.atl41.mandrillapp.com> |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed; boundary="_av-I1MMyjlqRBrriht04udIQQ" |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…   3/3

3

**<u>Exhibit 22</u>**

| From: | notificaciones@volaris.com |
|---|---|
| Sent: | 10/18/2018 12:35:15 PM -0500 |
| To: | robertrundo@gmail.com |
| Subject: | My Itinerary - Volaris reservations |



## Thanks for choosing to fly with Volaris.

Purchase date: 18/Oct/2018

Volaris Reservation code:
VD1TNA

Total cost of your trip: **$ 389.82 USD**

 Volaris provides your electronic invoice here (Mexico)

Download your itinerary here

## Customers

| Customer No. | Customer Name |
|---|---|
| 1 | ROBERT  RUNDO |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Reservation details

| Flight date | Departure / Arrival time | To / From | Flight |
|---|---|---|---|
| Friday 19 Oct | 06:00 AM ☁ / 07:11 AM ☀ | Ciudad de México, Benito Juárez T1 **(MEX)** - Guatemala, La Aurora Tnorte **(GUA)** <br> Operated by <br> Volaris Costa Rica | Q6 4069 |
| Friday 19 Oct | 08:11 AM ☀ / 09:12 AM ☀ | Guatemala, La Aurora Tnorte **(GUA)** - San Salvador, El Salvador **(SAL)** | Q6 4093 |

1

My Itinerary - Your Reservation

Operated by
Volaris Costa Rica

## The fare you purchased includes:

 **1 checked bag.**
Up to 55 lbs. and 62 total inches.

 **2 cabin bags.**
Up to 22 lbs. between both of them and that don't exceed 22.4 x 15.7 x 12.9 inches each.

*Does not apply for international flights purchased before November 1st 2017, or if you relinquished your checked bag.

Check our Baggage Policy 

Calculate the cost of the baggage you need for your trip.
Try out our **Additional Services Calculator.** 

## YOUR CALL additional services:

Customer name (1): **ROBERT  RUNDO**

Departure / Arrival: **MEX - GUA**          Departure / Arrival: **GUA - SAL**

- TripAssistance
- DNI

- TripAssistance
- DNI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Your call!** Complete your flight with what you need. **It's cheaper than at the airport counter!**



### Add weight to your cabin baggage

Add up to 22 extra lbs., to carry a **total of 44 lbs.** between both of your cabin bags.

Purchase Here



### Choose your seat

Make sure **you pick the seat you like the most.**

Purchase Here

2



### Extra checked bags

Check up to **4 additional 55 lbs.** and **62 in. bags.**

Purchase Here

### TripAssistance

**It has your back** from the moment you book your ticket and **until your trip has ended.**

Purchase Here



Pay your reservations with your **Volaris INVEX** credit card in **3, 6 or 11 months interest-free** and get **free baggage** for you and your companions.

Apply now

---

## VERY IMPORTANT INFORMATION FOR INTERNATIONAL FLIGHTS

 **Print your boarding pass or do a Mobile Check-in.**
From 1 to 24 hours before your flight.

 **Personal Assistance:**
If you don't wish to print your boarding pass you can go directly to the counter and we'll help you print it, for an extra charge.

 **Arrive at the airport.**
International flight: 3 hrs. before your flight.

 **If you DON'T CHECK baggage:**
Go to the counters to validate your documents. Remember not to exceed the measures of your small cabin bags or an extra charge will apply. Check prices here.

 **If you DO CHECK baggage:**
Check your bags 2 hrs. prior to your flight. Present your documents and if your checked bag weighs over 55 lbs. an extra charge will apply. Check prices here.

 **Present your documents.**
Passport and Visa (if needed).

 **Show up at the boarding gate.**
International flight: 1 hour before your flight.

 **Check which additional documents you need to travel with:**
infant(s), unaccompanied minor(s), special services, pet, sports equipment, musical instruments and/or restricted items.

*Route or date change up to 4 hours before your flight here, Name change through the call center: Mexico (55) 1102 8000 / USA - Puerto Rico 1 855 8652747 / Guatemala 502 2301 3939 / Costa Rica 506 4002 7462.*

*For flights to and from the United States and/or Puerto Rico a cancellation or a booking change will be allowed within the 24 hours after the purchase with no extra charge or penalization as long as bookings were made within 7 or more days prior to the flight's departure date. For any itinerary change, the corresponding nivelation fare will apply.*

*\* If any of your payments was made with a debit or credit card, you must bring that same card and show it at the moment of your check-in at the airport, in order to verify such payment.*

Get out of town prices.

3

Download App here:            Follow us:     

---

Contact phone numbers:

| | | | |
|---|---|---|---|
| 🇲🇽 01 (55) 1102-8000 | 506-4002-7462 | 502-2301-3939 | 503-2504-5540 |
| 🇺🇸 1 855 865-2747 | 505-2251-2198 | | |

Concesionaria Vuela Compañía de Aviación, S.A.P.I. de C.V.
Av. Antonio Dovalí Jaime No. 70, Torre B, Piso 13 Col. Zedec Santa Fe, Del. Álvaro Obregón, C.P. 01210
Ciudad de México, México.

---

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp2685047wrt; Thu, 18 Oct 2018 10:35:16 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV63Uhxy1jXbxDlL2NwPZ4ZGY6ZVNlVa/kc5KNiy9l8YA3jLb3Rmgg1D0ndZozHeucXewImYK |
| **X-Received:** | by 2002:ae9:c307:: with SMTP id n7-v6mr29549789qkg.70.1539884116163; Thu, 18 Oct 2018 10:35:16 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539884116; cv=none; d=google.com; s=arc-20160816; b=IO/MP9IS9G+Yn3Z9Mqnw9TFX+orAqGvQxj8zxPcg3kWGPuEENLRVX58uaubNaNzT1n 5cXkcMERc/dzsxrrb26eXyLBRW2kogPJZNuKGhFCY7ygaWJTjPwkbvXSQLsZvnbQWk3z ZBxy+6Nb1AANuM842ZhtQnMGjxG1A+fylVYCJ994yLwMN1v5lduro3XMDQF33hGPg9Ux KgccoKjgIOGHmLs4G9QMcQAkWAPXAkH2DdmRMliA5mrt2xNinjYlqjB4rl+Q4BbXey/d 1MLPrMpXesaFZrfU7W1ZFaTBq33lwJfmZRb1gdd20+wwxEJ1xDpEe38mZ09CZtfDuA1j gZmw== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=message-id:subject:date:reply-to:to:from:mime-version; bh=Wq897t5svZ1k1BgBpjC6WrREWSJ7NGAIk0LoMffK59o=; b=FS8owPn7vRHjT20gq//ne6GQgsOhGY/q4b23yiofYSQRMKn9he7xQ6B1at/qnrEVHb 5apY7kR/0uhCMGURgJas0/KFlI3+ECx6ps2SWMX8GxEUIrBufiSOH5uNf9LJB4i/Qs7X H+6oNm0sK2ISPck5hQpa4HPnRr7qVaZWt6I3k42/SILq3Z9jxfQb8LPhHtVJSCOemvQ7 X9qJOzx8BPXxCozdr3UbmvcGWq45RSEbM9okoDndVXFe1X/DaDb0lOmyI7kE9R1Uvq8F jm3LnaLkq12acLEKEMMv0KzeO84CBKoz83LCAoU67QajyZxfcXZibOLpqRM4wYxkGFez OijQ== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; spf=pass (google.com: domain of notificaciones@volaris.com designates 52.54.26.227 as permitted sender) smtp.mailfrom=notificaciones@volaris.com |
| **Return-Path:** | <notificaciones@volaris.com> |
| **Received:** | from Y4AVSMTP01 (ec2-52-54-26-227.compute-1.amazonaws.com. [52.54.26.227]) by mx.google.com with ESMTP id u31-v6si8530256qtu.230.2018.10.18.10.35.15 for <robertrundo@gmail.com>; Thu, 18 Oct 2018 10:35:16 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of notificaciones@volaris.com designates 52.54.26.227 as permitted sender) client-ip=52.54.26.227; |
| **Authentication-Results:** | mx.google.com; spf=pass (google.com: domain of notificaciones@volaris.com designates 52.54.26.227 as permitted sender) smtp.mailfrom=notificaciones@volaris.com |
| **Received:** | from Y4RZPWMNS100 ([149.122.50.15]) by Y4AVSMTP01 with Microsoft SMTPSVC(8.5.9600.16384); Thu, 18 Oct 2018 12:35:12 -0500 |
| **MIME-Version:** | 1.0 |
| **Reply-To:** | notificaciones@volaris.com |
| **Content-Type:** | multipart/alternative; boundary=--boundary_702460_b16836d1-ce11-4987-a96a-9f0306083f0d |
| **Return-Path:** | notificaciones@volaris.com |
| **Message-ID:** | <Y4AVSMTP01z8B8ign2E0003010c@Y4AVSMTP01> |
| **X-OriginalArrivalTime:** | 18 Oct 2018 17:35:12.0760 (UTC) FILETIME=[EC9B7F80:01D46708] |

4

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...    4/4

**Exhibit 23**

Your priceline itinerary for Istanbul, Turkey - Sunday, October 21, 2018 (Itinerary# 119-448-654-70)

| | |
|---|---|
| **From:** | "Priceline.com" <trans@priceline.com> |
| **Sent:** | 10/19/2018 9:15:27 AM -0400 |
| **To:** | robertrundo@gmail.com |
| **Subject:** | Your priceline itinerary for Istanbul, Turkey - Sunday, October 21, 2018 (Itinerary# 119-448-654-70) |

priceline.com

Hotels    Cars    Flights

# Have a great time Robert!

Thanks for booking your flight with priceline.com via **KAYAK**

Priceline Trip Number:

119-448-654-70

View printer friendly itinerary

San Salvador, El Salvador ⟶ Istanbul, Turkey

Sun Oct 21 2018 - Mon Oct 22 2018

To view your airline confirmation numbers, click here.

Passengers :      **Robert Paul Rundo**
Ticket Number: 2357216983291

| Sun Oct 21 | San Salvador ⟶ Istanbul |
|---|---|

SAL ⟶ PTY

07:11 AM - 10:19 AM
Turkish Airlines Flight 9558
Operated by Copa
*2h 8m, 721 miles*

Depart:   Óscar Arnulfo Romero Intl Airport (SAL), San Salvador
Arrive:    Tocumen Intl Airport (PTY), Panama City

Economy Class - Boeing 737-700

2h 21m layover in Panama City

PTY ⟶ IST

12:40 PM - 09:55 AM
Overnight Flight
Turkish Airlines Flight 800
*13h 15m, 6,726 miles*

Depart:   Tocumen Intl Airport (PTY), Panama City
Arrive:    Ataturk Intl Airport (IST), Istanbul

Economy Class - Airbus A330-200

**Important Information**

Airline change penalties and restrictions apply.

Airline Tickets are non-transferrable. Name changes or adjustments are not allowed

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…    1/4

1

Your priceline itinerary for Istanbul, Turkey - Sunday, October 21, 2018 (Itinerary# 119-448-654-70)

You will be issued electronic tickets. All travelers will need a valid passport and you may also need to show additional documentation at your destination and/or in connecting countries

Children under the age of 18 may require additional documentation when traveling internationally.

Federal law forbids the carriage of hazardous materials such as aerosols, fireworks, and flammable liquids aboard aircraft in your luggage or on your person. For full details on prohibited materials contact your airline or visit the FAA website.

## Need a Rental Car?                                    See all Rental Cars
We've got amazing deals from the top rental car brands!

Pick-up:    **Mon October 22 - 10:30 AM**                Change Search
Drop-off:   **Tue October 23 - 09:30 AM**

### Reserve Your Car Now Before Rates Go Up!



| | | |
|---|---|---|
| **Payless** | **Budget** | **Budget** |
| **$12** / day | **$36** / day | **$40** / day |
| Mini Car | Economy Car | Compact Car |
| man  ac | 5  1  man  ac | 5  1  man  ac |
| ✔ Pay at Pick-up | ✔ Pay at Pick-up | ✔ Pay at Pick-up |
| ✔ Free Cancellation | ✔ Free Cancellation | ✔ Free Cancellation |
| Choose | Choose | Choose |

Prices are **per day** in USD            Don't see something you like? See More Cars

## Add a Hotel                                          See all Hotels

Check-in:    **Mon October 22**
Check-out:   **Tue October 23**

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…    2/4

2

Your priceline itinerary for Istanbul, Turkey - Sunday, October 21, 2018 (Itinerary# 119-448-654-70)



**Dilek Hotel**
Topkapi - Aksaray - Yeni...
★★★★☆
From **$18**



**Avcilar Dedem Hotel**
Esenyurt - Beylikduzu - ...
★★★☆☆
From **$19**



**Avcilar Inci Hotel**
Esenyurt - Beylikduzu - ...
★★★☆☆
From **$22**



**Elit Suits Pendik**
Sabiha Gokcen Intl Airpo...
★★★☆☆
From **$24**

Prices are **per night** in USD



Frequently Asked Questions

What identification will I need at check-in?

Can I change or cancel my reservation?

Reserving seats

Online check-in

What are the baggage / carry-on restrictions and fees?

See All



**5X More Rewards!**
With the Priceline Visa® Card
More Details »



Get our **FREE APP**
Book and view your itinerary on the go!
More Details »

**Celebrate your love of the deal!**
Travel bargains, coupons, special offers and more...

   

Responses to this e-mail will not go to a customer care representative. To contact our customer care team directly, please go to the customer care page of our website.

This is a transactional email from priceline.com LLC - 800 Connecticut Ave. Norwalk, CT 06854

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp...   3/4

3

Your priceline itinerary for Istanbul, Turkey - Sunday, October 21, 2018 (Itinerary# 119-448-654-70)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **Delivered-To:** | robertrundo@gmail.com |
| **Received:** | by 2002:a5d:60cd:0:0:0:0:0 with SMTP id x13-v6csp3907560wrt; Fri, 19 Oct 2018 06:15:28 -0700 (PDT) |
| **X-Google-Smtp-Source:** | ACcGV601xCGBFgwekTJWMjZGXBx+LCh+o0yJfWJzc2NR8I59EjVMsLJWCeIzmGbNrgFsgrn9c1GW |
| **X-Received:** | by 2002:a0c:d0a2:: with SMTP id z31mr9235341qvg.179.1539954928309; Fri, 19 Oct 2018 06:15:28 -0700 (PDT) |
| **ARC-Seal:** | i=1; a=rsa-sha256; t=1539954928; cv=none; d=google.com; s=arc-20160816; b=CC3Uim4GXmGrGXUgxRPUarvxc8CVQCBF3H2o5NHH6OmE3o3kCs2ZmhpT9jynBa86hn pF3IxU6p1u5BmcSjaxqaoKfyBNAT4ZGka4cWav2zEGXRSPWlPKMSnU82QAftPlP2XpO7 tBuo3vKmMH0GeNWqwCPHFC0oyn9obZj73gisPK90OOYJHqZHNvBgTMzPe64AAGQxbhJm 14VX/s4M9y41Fya5HaPVytTgiVWpz9Y2fFNcukPeEyCNHLFLTux7ec/mJupep/c36WNj L35/K2+nQgfudN/pUekMpp56hoxmMSr04waMGLdQcBXiCh/exZ2ODcqbXkGx6vbqwnLv F3rQ== |
| **ARC-Message-Signature:** | i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=return-to:content-transfer-encoding:mime-version:subject:to :reply-to:from:date:message-id:dkim-signature:dkim-filter; bh=d0eY8MqBHpIw3lCQGnYBNCrHGck4tWnx+L6RqNsH1Wo=; b=vkyYtkdzW+C/tG0zLSxrctmpb2iFDy4AqrEfjjVrkP5ekmpJvr7uf+HmvV1ClEY++u URWcAF5UB0iq2s6bA4nLGNJ8x8w+tGShFHZo+qkNmh9oXf6GefYbdNhAQWN2fNZpFYj5 /DecOTT9LkLJb86+Mn9SfMolUoUYA7ZWxmpXaryl9afyrNFz0CJ8R/J+eHl1/rL0cGMu c5c5TBC+DQlnfJ7ATdUFA/72jGsE3OWUSe+mXpj31Xk9DJxzYRl/262bjhnbpXfSXGUK qQ9xA/qTUgEexC59RSyEBFOqBUJ7PWV2+ewYoi+6XZPZrDbKYFlBXxanCYs0R0WwvqE/ JJmQ== |
| **ARC-Authentication-Results:** | i=1; mx.google.com; dkim=pass header.i=@priceline.com header.s=corp-def2014 header.b=PUYwaz5Y; spf=pass (google.com: domain of trans@priceline.com designates 64.6.30.6 as permitted sender) smtp.mailfrom=trans@priceline.com; dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=priceline.com |
| **Return-Path:** | <trans@priceline.com> |
| **Received:** | from ash1-smtp-dmz02.dmz.priceline.com (ash1-smtp-dmz02.dmz.priceline.com. [64.6.30.6]) by mx.google.com with ESMTPS id g8-v6si1996712qtk.14.2018.10.19.06.15.28 for <ROBERTRUNDO@gmail.com> (version=TLS1 cipher=AES128-SHA bits=128/128); Fri, 19 Oct 2018 06:15:28 -0700 (PDT) |
| **Received-SPF:** | pass (google.com: domain of trans@priceline.com designates 64.6.30.6 as permitted sender) client-ip=64.6.30.6; |
| **Authentication-Results:** | mx.google.com; dkim=pass header.i=@priceline.com header.s=corp-def2014 header.b=PUYwaz5Y; spf=pass (google.com: domain of trans@priceline.com designates 64.6.30.6 as permitted sender) smtp.mailfrom=trans@priceline.com; dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=priceline.com |
| **Received:** | from ash1-smtpfwd-401.corp.priceline.com (ash1-smtpfwd-401.corp.priceline.com [10.5.115.2]) by ash1-smtp-dmz02.dmz.priceline.com (8.14.7/8.14.5) with ESMTP id w9JDFRoe014213 for <ROBERTRUNDO@GMAIL.COM>; Fri, 19 Oct 2018 09:15:27 -0400 |
| **DKIM-Filter:** | OpenDKIM Filter v2.8.0 ash1-smtp-dmz02.dmz.priceline.com w9JDFRoe014213 |
| **DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; d=priceline.com; s=corp-def2014; t=1539954927; bh=d0eY8MqBHpIw3lCQGnYBNCrHGck4tWnx+L6RqNsH1Wo=; h=Date:From:Reply-To:To:Subject; z=Date:=20Fri,=2019=20Oct=202018=2009:15:27=20-0400=20(EDT)|From:=2 0"Priceline.com"=20<trans@priceline.com>|Reply-To:=20no-reply@pric eline.com|To:=20ROBERTRUNDO@GMAIL.COM|Subject:=20Your=20priceline= 20itinerary=20for=20Istanbul,=20Turkey=20-=20Sunday,=20October=202 1,=20D=0A=202018=20(Itinerary#=20119-448-654-70); b=PUYwaz5YmfUEx2Zs29RABNcCPyUQO5wPtMMqV2wbAnsBxT/sSWBCWPFSRc+p4ZMf7 lHGhxEko88uiWdfz3WdCPd8KygJlBJyXa7KHcv0S+TDXkE7vRDrQScYf60tLf4ZeGx HX8LiloSmMkHsf3sZWWQWMTlyZiKLiQtA6nQ+e48= |
| **Received:** | from ash1-dets-401 (ash1-dets-401.prod.pcln.com [10.5.68.11]) by ash1-smtpfwd-401.corp.priceline.com (8.14.7/8.14.5) with ESMTP id w9JDFRm028195 for <ROBERTRUNDO@GMAIL.COM>; Fri, 19 Oct 2018 09:15:27 -0400 |
| **Message-ID:** | <1700301906.1539954927564.JavaMail.dets@ash1-dets-401> |
| **Reply-To:** | no-reply@priceline.com |
| **Mime-Version:** | 1.0 |
| **Content-Type:** | text/html; charset=utf-8 |
| **Content-Transfer-Encoding:** | quoted-printable |
| **X-priceline-ets-request-id:** | fbede999-42d1-4f02-acf5-c7906638e313 |
| **X-priceline-ets-audit-id:** | 43701693207 |
| **X-priceline-ets-sent_email-id:** | 43048517007 |
| **Return-TO:** | 234234.bounce@production.priceline.com |

file:///E:/Discovery/Individuals/Robert Rundo/Emails/4 Emails (Riseabovemvnt@gmail.com, robertrundo@gmail.com, diynationalism@gmail.com, ourp…    4/4

4

**Exhibit 24**

# Wells Fargo Everyday Checking

January 9, 2020 ▪ Page 1 of 5



ROBERT P RUNDO

ANAHEIM CA 92804-5922

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | | Auto Transfer/Payment | |
| Online Statements | | Overdraft Protection | |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/10 | $2,054.13 |
| Deposits/Additions | 4,922.25 |
| Withdrawals/Subtractions | - 5,881.03 |
| **Ending balance on 1/9** | **$1,095.35** |

Account number:   **9770208032**

**ROBERT P RUNDO**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

January 9, 2020 ▪ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 12/10 | | Purchase authorized on 12/09 Killarneys Huntington Be CA S389343357767703 Card 5981 | | 23.71 | 2,030.42 |
| 12/11 | | ATM Cash Deposit on 12/11 7141 "A" Yorktown Ave Huntington Be CA 0006785 ATM ID 3759C Card 5981 | 2,220.00 | | |
| 12/11 | | ATM Cash Deposit on 12/11 7141 "A" Yorktown Ave Huntington Be CA 0006786 ATM ID 3759C Card 5981 | 600.00 | | |
| 12/11 | | ATM Cash Deposit on 12/11 7141 "A" Yorktown Ave Huntington Be CA 0006787 ATM ID 3759C Card 5981 | 330.00 | | |
| 12/11 | | Purchase authorized on 12/09 Turkish Airlines Uk Gbr S389344180982077 Card 5981 | | 1,229.75 | |
| 12/11 | | Purchase authorized on 12/09 Vivaaerob 000000 WWW.Vivaaerob CA S389344185950421 Card 5981 | | 156.58 | 3,794.09 |
| 12/12 | | Purchase Return authorized on 12/11 Turkish Airlines Uk Gbr S389344180982077 Card 5981 | 107.25 | | |
| 12/12 | | Purchase authorized on 12/10 Turkish Airlines Uk Gbr S389345080432712 Card 5981 | | 234.40 | 3,666.94 |
| 12/13 | | Purchase Return authorized on 12/12 Turkish Airlines Uk Gbr S389345080432712 Card 5981 | 234.35 | | |
| 12/13 | | Purchase Return authorized on 12/12 Turkish Airlines Uk Gbr S389344180982077 Card 5981 | 1,122.50 | | |
| 12/13 | | Money Transfer authorized on 12/12 From Rundo Robert NY S00389347090210300 Card 5981 | 297.00 | | |
| 12/13 | | Purchase authorized on 12/11 Flyfar-Kayak-Mom 855-9769102 WA S589346062255228 Card 5981 | | 192.50 | 5,128.29 |
| 12/16 | | Purchase authorized on 12/12 Avianca.Com Ticket 305-5997266 FL S469346482637558 Card 5981 | | 933.17 | |
| 12/16 | | Purchase authorized on 12/12 Arsenio's Mexican Huntington Be CA S589347208087656 Card 5981 | | 7.42 | |
| 12/16 | | Purchase authorized on 12/13 City of Hb Parking Huntingtn Bch CA S589347708207625 Card 5981 | | 2.00 | |
| 12/16 | | Purchase authorized on 12/13 The Sugar Shack CA 714-5360355 CA S309347737980425 Card 5981 | | 33.67 | |
| 12/16 | | Purchase authorized on 12/13 City of Hb Parking Huntingtn Bch CA S589347762354749 Card 5981 | | 2.00 | |
| 12/16 | | Purchase authorized on 12/13 2ND Floor Fad Huntingtn Be CA S389348022895226 Card 5981 | | 48.00 | |
| 12/16 | | Purchase authorized on 12/15 Sables Hotel Guarulhos Bra S589349343298700 Card 5981 | | 59.12 | 4,042.91 |
| 12/17 | | Purchase Return authorized on 12/16 Kiwi.Com Delaware DE S619351550523180 Card 5981 | 11.13 | | |
| 12/17 | | Purchase authorized on 12/15 Turkish Airl235743 212-2610470 NY S639351549771618 Card 5981 | | 1,067.33 | |
| 12/17 | | Purchase authorized on 12/15 Kiwi.Com Delaware DE S469350212696119 Card 5981 | | 45.00 | 2,941.71 |
| 12/18 | | Airbnb Payments 7Lq3Gq5Fyr G-3Fugsq7Mayuyq Rmr*Ik*G-3Fugsq7Mayuyq\ | 0.01 | | |
| 12/18 | | Airbnb Payments 7Lq3Gq5Fyr G-3Lx35Tgestabk Rmr*Ik*G-3Lx35Tgestabk\ | 0.01 | | |
| 12/18 | | Purchase Intl authorized on 12/17 Shokladnitsja Borispol Ukr S309351310990108 Card 5981 | | 1.71 | |
| 12/18 | | International Purchase Transaction Fee | | 0.05 | |
| 12/18 | | Purchase Intl authorized on 12/17 Shokladnitsja Borispol Ukr S389351318053435 Card 5981 | | 4.05 | |
| 12/18 | | International Purchase Transaction Fee | | 0.12 | |
| 12/18 | | Purchase Intl authorized on 12/17 Shokladnitsja Borispol Ukr S309351357063432 Card 5981 | | 4.05 | |
| 12/18 | | International Purchase Transaction Fee | | 0.12 | |
| 12/18 | | Purchase Intl authorized on 12/17 Shokladnitsja Borispol Ukr S389351440501693 Card 5981 | | 5.33 | |
| 12/18 | | International Purchase Transaction Fee | | 0.15 | |

January 9, 2020 ▪ Page 3 of 5


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 12/18 | | Purchase Intl authorized on 12/17 Istanbul Havaliman Istanbul Tur S389351568870943 Card 5981 | | 189.06 | |
| 12/18 | | International Purchase Transaction Fee | | 5.67 | |
| 12/18 | | Purchase Intl authorized on 12/17 Plus Kitchen Istanbul Tur S389351581435487 Card 5981 | | 9.25 | |
| 12/18 | | International Purchase Transaction Fee | | 0.27 | 2,721.90 |
| 12/20 | | Non-WF ATM Withdrawal authorized on 12/20 Ccb ATM 067721 Varna Bgr 00389354512588948 ATM ID 00067721 Card 5981 | | 227.93 | |
| 12/20 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 2,488.97 |
| 12/23 | | Purchase Intl authorized on 12/20 Red Kanape Eood Varna Bgr S389354740944104 Card 5981 | | 21.69 | |
| 12/23 | | International Purchase Transaction Fee | | 0.65 | |
| 12/23 | | Non-WF ATM Withdrawal authorized on 12/21 Bacb ATM Mall Varna Varna Bgr 00389355291063903 ATM ID A1800018 Card 5981 | | 227.56 | |
| 12/23 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 2,234.07 |
| 12/24 | | Purchase Intl authorized on 12/21 B221 Varna 2 Varna Bgr S389355586814213 Card 5981 | | 18.13 | |
| 12/24 | | International Purchase Transaction Fee | | 0.54 | |
| 12/24 | | Purchase Intl authorized on 12/21 Bulmag Varna Bgr S389355598826578 Card 5981 | | 14.16 | |
| 12/24 | | International Purchase Transaction Fee | | 0.42 | |
| 12/24 | | Purchase Intl authorized on 12/22 Dm 50 Varna 4 Varna Bgr S389356468462313 Card 5981 | | 5.25 | |
| 12/24 | | International Purchase Transaction Fee | | 0.15 | 2,195.42 |
| 12/26 | | Non-WF ATM Withdrawal authorized on 12/25 Bulgaria Bul 1, Cba V.Tarnovo Bgr 00389359323294972 ATM ID 00000499 Card 5981 | | 226.91 | |
| 12/26 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 1,963.51 |
| 12/27 | | Purchase Intl authorized on 12/25 Group Plus Ltd Veliko Tar Bgr S389359303226419 Card 5981 | | 11.36 | |
| 12/27 | | International Purchase Transaction Fee | | 0.34 | 1,951.81 |
| 12/30 | | Purchase Intl authorized on 12/24 New Chance Sport E Veliko Tarnov Bgr S389358474046935 Card 5981 | | 47.48 | |
| 12/30 | | International Purchase Transaction Fee | | 1.42 | |
| 12/30 | | Purchase Intl authorized on 12/26 H&M Varna Bgr S389360504231784 Card 5981 | | 71.49 | |
| 12/30 | | International Purchase Transaction Fee | | 2.14 | |
| 12/30 | | Purchase Intl authorized on 12/26 Adidas Grand Mal Varna Bgr S389360556792200 Card 5981 | | 27.63 | |
| 12/30 | | International Purchase Transaction Fee | | 0.82 | 1,800.83 |
| 12/31 | | Purchase Intl authorized on 12/30 54002 New Yourker Varna Bgr S389364416219790 Card 5981 | | 34.37 | |
| 12/31 | | International Purchase Transaction Fee | | 1.03 | 1,765.43 |
| 1/2 | | Non-WF ATM Withdrawal authorized on 01/02 Unicredit 065426 Varna Bgr 00380002515710343 ATM ID 00065426 Card 5981 | | 229.87 | |
| 1/2 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 1,530.56 |
| 1/3 | | Purchase Intl authorized on 12/31 Casino Cherno More Varna Bgr S389365842059087 Card 5981 | | 57.41 | |
| 1/3 | | International Purchase Transaction Fee | | 1.72 | |
| 1/3 | | Recurring Payment authorized on 01/02 Spotify USA 877-7781161 NY S300002492238035 Card 5981 | | 9.99 | 1,461.44 |
| 1/6 | | Purchase Intl authorized on 01/02 Sila BG Varna Bgr S380002571573769 Card 5981 | | 21.72 | |
| 1/6 | | International Purchase Transaction Fee | | 0.65 | |
| 1/6 | | Non-WF ATM Withdrawal authorized on 01/04 Office Varna Rostov Varna Bgr 00380004479512383 ATM ID Pb843001 Card 5981 | | 228.67 | |
| 1/6 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 1,205.40 |
| 1/8 | | Purchase Intl authorized on 01/07 Birena Kashta Varna Bgr S380007680319019 Card 5981 | | 5.90 | |
| 1/8 | | International Purchase Transaction Fee | | 0.17 | 1,199.33 |

January 9, 2020  ▪  Page 4 of 5



---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|------------|---------|
| 1/9 | | Purchase authorized on 01/08 Kindle Svcs*7H3A84 866-321-8851 WA S30000876280 4001 Card 5981 | | 2.99 | |
| 1/9 | | Purchase authorized on 01/08 Amzn Digital*746at 888-802-3080 WA S380008762822214 Card 5981 | | 0.99 | |
| 1/9 | | Purchase authorized on 01/09 Venmo* VISA Direct NY S00580009480289935 Card 5981 | | 100.00 | 1,095.35 |
| **Ending balance on 1/9** | | | | | **1,095.35** |
| **Totals** | | | **$4,922.25** | **$5,881.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/10/2019 - 01/09/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | **Minimum required** | **This fee period** |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,095.35 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.02 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 36 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐
RC/RC

January 9, 2020 ▪ Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.   $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** **Add** **A** and **B** to calculate the subtotal.   = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

**<u>Exhibit 25</u>**
**(filed under seal)**

**Exhibit 26**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF, | **ORIGINAL** No. CR 18-759-CJC |
| v. | |
| ROBERT PAUL RUNDO, | **WARRANT FOR ARREST** |
| DEFENDANT(S) | |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT PAUL RUNDO,**
and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment charging him/her with Conspiracy and Riots, in violation of Title 18, United States Code, Sections 371, 2101.

| Kiry K. Gray | April 21, 2022        Los Angeles, CA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | |
| Valerie Mosqueda | By:  HON. MICHAEL WILNER |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**1245**        RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF, | No. CR 18-759-CJC |
| v. | |
| ROBERT PAUL RUNDO, | **WARRANT FOR ARREST** |
| DEFENDANT(S) | |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| YEAR OF BIRTH: **1990** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |
| LAST KNOWN RESIDENCE: | | | | LAST KNOWN EMPLOYMENT: | | | |
| FBI NUMBER: | | | | | | | |
| ADDITIONAL INFORMATION: | | | | | | | |
| INVESTIGATIVE AGENCY NAME: **FBI** | | | | INVESTIGATIVE AGENCY ADDRESS: | | | |

NOTES:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>ROBERT RUNDO<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>CR 18-759(A)-CJC-1 |
|---|---|
| | **WARRANT FOR ARREST** |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT RUNDO**
and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment
charging him/her with Conspiracy and Rioting, in violation of Title 18, United States
Code, Sections 371 and 2101.

| Kiry K. Gray | January 4, 2023        Los Angeles, CA |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| V. VELASCO | By:  KAREN STEVENSON |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF, | CR 18-759(A)-CJC-1 |
| v. | |
| ROBERT RUNDO | |
| DEFENDANT(S) | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| YEAR OF BIRTH: **1900** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |
| LAST KNOWN RESIDENCE: | | | | LAST KNOWN EMPLOYMENT: | | | |
| FBI NUMBER: | | | | | | | |
| ADDITIONAL INFORMATION: | | | | | | | |
| INVESTIGATIVE AGENCY NAME: **FBI** | | | | INVESTIGATIVE AGENCY ADDRESS: | | | |

NOTES:

4

**Exhibit 27**

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

**USA**

# UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No / No. du Passeport / No. de Pasaporte

**P**      **USA**        **833523915**

Surname / Nom / Apellidos

**PAVIC**

Given Names / Prénoms / Nombres

**ROBERT LAZAR**

Nationality / Nationalité / Nacionalidad

**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento

**28 Apr 1994**

Place of birth / Lieu de naissance / Lugar de nacimiento

**NEW YORK, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición

**31 Oct 2013**

Date of expiration / Date d'expiration / Fecha de caducidad

**30 Oct 2023**

Endorsements / Mentions Spéciales / Anotaciones

**SEE PAGE 27**

Sex / Sexe / Sexo

**M**

Authority / Autorité / Autoridad

**United States
Department of State**

**USA**

```
P<USAPAVIC<<ROBERT<LAZAR<<<<<<<<<<<<<<<<<<<<<<<<
8335239151USA9404285M2310308759621048<754858
```

1

**Exhibit 28**



1



**February 1, 2023**

**Rundo's spot**

RESOURCES — WHAT WE DO — OUR ISSUES — HATEWATCH — HATE MAP — PODCAST  **DONATE**  Q

January 31, 2023                                              by Jason Wilson

A leaked Department of Homeland Security (DHS) list
shows that Robert Paul "Rob" Rundo, founder of the violent
white nationalist Rise Above Movement (RAM), has been
marked on a 2019 "no-fly" list compiled by the Terrorist

I cannot tell you what a headache it is to be on the No Fly list and
the amount of money wasted on flight tickets while figuring out
how it works. At first just being flat-out denied at the airport without
explanation because the "no-fly" doesn't "exist". even after i made it
outside the US there was still issues like landing in the next county
only to be greeted by police and detained for a few days before
being sent back to the US to try all over again (this happened 3
times ). Eventually, I figured it out after months of attempts, despite
the state and journalists' best efforts . i Being a stubborn and
determined individual I made it and might be the only man on the
no-fly list to find a way around it and get to travel the world.

3.6K ⊙ edited 00:43

**Rundo's spot**
@robrundo

| 1.99K | 79 | 31 | 28 |
|---|---|---|---|
| Subscribers | Photos | Videos | Links |

Since banned on all social media will use this
channel as youtube/Instagram/Facebook etc
etc

**◢ DOWNLOAD TELEGRAM**

About     Blog     Apps     Platform

2

**<u>Exhibit 29</u>**
**(filed manually)**

**Exhibit 30**



**Exhibit 31**

Q09652467

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
| | COUNTY OF QUEENS |
| V. | |
| | |
| ROBERT RUNDO | |
| DEFENDANT | |
| | |

DETECTIVE FRANCIS JOHNSTON OF QNS DET AREA 109, TAX REG#: 910273,
BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT MAY 10 2009  AT
ABOUT 11:10PM, AT THE NE INTERSECTION OF 159 STREET AND 43 AVENUE,
COUNTY OF QUEENS, STATE OF NEW YORK

THE DEFENDANT COMMITTED THE OFFENSES OF:
PL 120.07 GANG ASSAULT IN THE FIRST DEGREE
PL 120.06 GANG ASSAULT IN THE SECOND DEGREE
PL 120.10-1 ASSAULT IN THE FIRST DEGREE
PL 120.05-1 ASSAULT IN THE SECOND DEGREE
PL 120.05-2 ASSAULT IN THE SECOND DEGREE (2 COUNTS)
PL 265.01-2 CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE

IN THAT THE DEFENDANT DID:    WITH INTENT TO CAUSE SERIOUS PHYSICAL
INJURY TO ANOTHER PERSON AND WHEN AIDED BY TWO OR MORE OTHER PERSONS
ACTUALLY PRESENT, HE CAUSES SERIOUS PHYSICAL INJURY TO SUCH PERSON OR
TO A THIRD PERSON;  WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER
PERSON AND WHEN AIDED BY TWO OR MORE OTHER PERSONS ACTUALLY PRESENT, HE
CAUSES SERIOUS PHYSICAL INJURY TO SUCH PERSON OR TO A THIRD PERSON;WITH
INTENT TO CAUSE SERIOUS PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH
INJURY TO SUCH PERSON OR A THIRD PERSON BY MEANS OF A DEADLY WEAPON OR
DANGEROUS INSTRUMENT;WITH INTENT TO CAUSE SERIOUS PHYSICAL INJURY TO
ANOTHER PERSON, CAUSE SUCH INJURY TO SUCH PERSON OR TO A THIRD PERSON
WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH
INJURY TO SUCH PERSON OR A THIRD PERSON BY MEANS OF A DEADLY WEAPON OR
A DANGEROUS INSTRUMENT;POSSESS A DAGGER, DANGEROUS KNIFE, DIRK, RAZOR,
STILETTO, IMITATION PISTOL, SHIRKEN OF KUNG FU STAR OR ANOTHER
DANGEROUS OR DEADLY INSTRUMENT OR WEAPON WITH INTENT TO USE THE SAME
UNLAWFULLY AGAINST ANOTHER PERSON

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S
BELIEF ARE AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY THE COMPLAINANT, ▇▇▇▇▇▇▇ THAT AT THE A
BOVE MENTIONED DATE, TIME AND LOCATION OF OCCURRENCE, HE AND HIS FRIEND, ▇▇▇▇
▇▇▇▇▇▇▇, WERE AT THE STORE WHEN THEY WERE APPROACHED BY THE DEFENDANT AND FOUR
UNAPPREHENDED OTHERS, AND THAT THE DEFENDANT ASKED HIM WHY HE WAS WEARING BLUE.

DEPONENT STATES THAT HE IS FURTHER INFORMED BY THE COMPLAINANT THAT THE DEFENDAN
T AND ONE OF THE UNAPPREHENDED OTHERS DISPLAYED KNIVES, AND THAT HE AND ▇▇▇▇▇
▇▇ THEN FLED THE STORE, WITH THE DEFENDANT AND A NUMBER OF THE UNAPPREHENDED OT
HERS CHASING THEM.

DEPONENT STATES HE IS FURTHER INFORMED BY THE COMPLAINANT THAT HE TRIPPED WHILE
RUNNING AWAY FROM THE SCENE, AND THAT WHILE HE WAS ON THE GROUND ATTEMPTING TO G
ET UP THE DEFENDANT STABBED HIM IN HIS RIGHT HAND, ON HIS RIGHT ELBOW, ON HIS LE
FT ARM, ON THE BACK OF HIS NECK AND IN HIS CHEST.

DEPONENT STATES HE IS FURTHER INFORMED BY ▇▇▇▇▇▇▇▇▇▇ THAT HE ATTEMPTED TO
PULL HIS FRIEND, ▇▇▇▇▇▇ AWAY FROM THE ATTACK, BUT THAT HE WAS SET UPON BY ONE
OF THE UNAPPREHENDED OTHERS WHO HIT HIM IN THE FACE WITH AN UNKNOWN OBJECT, CAUS
ING A LACERATION TO HIS FOREHEAD THAT REQUIRED STITCHES TO CLOSE.

DEPONENT STATES HE IS FURTHER INFORMED BY COMPLAINANT ▇▇▇ THAT ONE OF THE UNAPP
REHENDED OTHERS HIT HIM IN THE FACE WITH AN UNKNOWN OBJECT, CHIPPING FOUR OF HIS
TEETH.

DEPONENT STATES HE IS INFORMED BY BOTH COMPLAINANTS THAT THEY RECEIVED TREATMENT
FOR THEIR ABOVE MENTIONED INJURIES AT A LOCAL HOSPITAL.

DEPONENT STATES HE IS INFORMED BY COMPLAINANT ▇▇▇ THAT AS OF SEPTEMBER 1, 2009,
HIS RIGHT HAND IS STILL SWOLLEN, AND THAT HE CANNOT CLOSE IT COMPLETELY OR WITH
OUT PAIN DUE TO NERVE AND TENDON DAMAGE FROM THE ABOVE DESCRIBED ATTACK.

DEPONENT STATES THAT HE HAS RECOVERED AND OBSERVED SURVEILLANCE VIDEO WHICH SHOW
S MUCH OF THE ABOVE MENTIONED INCIDENT, AND HE OBSERVED THAT ON THAT VIDEO A PER

SON RESEMBLING THE DEFENDANT AND TWO UNAPPREHENDED OTHERS CHASED THE COMPLAINANT
S, AND THAT ONE OF THE UNAPPREHENDED OTHERS CARRIED SOME SORT OF CLUB AND THAT T
HE OTHER UNAPPREHENDED OTHER USED IT TO STRIKE EACH OF THE COMPLAINANTS.

1

1   SUPREME COURT OF THE STATE OF NEW YORK

2   COUNTY OF QUEENS: CRIMINAL TERM, PART W-50

3   ------------------------------------------------------------------X

4   THE PEOPLE OF THE STATE OF NEW YORK,        SCI No.

5        -against-                             35-2010

6   ROBERT RUNDO,                              **PLEA**

7                        Defendant.
    ------------------------------------------------------------------X

8

9                              January 7, 2010
                               125-01 Queens Boulevard
10                             Kew Gardens, New York 11415

11   B E F O R E :

12        HONORABLE SUZANNE MELENDEZ,
                                          Justice,
13

14   A P P E A R A N C E S :

15   FOR THE PEOPLE:

16        JOHN M. RYAN, ESQ.
          District Attorney, Queens County,
17        BY: ERNEST BURSTEIN, ESQ.
              Assistant District Attorney
18

19   FOR THE DEFENDANT:

20        EDWARD W. MACE, ESQ.
          515 Madison Avenue
21        New York, New York 10022

22        BY:  ROBERT ZGUZIK, ESQ.

23

24                              **GAIL J. NEUFELD, RPR**
                                SENIOR COURT REPORTER
25

gjn

USA_00222206
3

ROBERT RUNDO - Proceedings                              2

1          THE CLERK:    From the plea calendar, number 29, Robert Rundo,
2    SCI number 35 of 2010.
3          Counselor, appearance, please.
4          MR. ZGUZIK:    Robert Zguzik for Edward W. Mace, PC, 515 Madison
5    Avenue, New York, New York 10022.
6          Good afternoon, your Honor.
7          THE COURT:    Good afternoon.
8          MR. BURSTEIN:    This is your copy. (Handing.)
9          THE OFFICER:    Explain the paperwork to him, have him sign it.
10         THE COURT:    What is the disposition?
11         MR. BURSTEIN:    Judge, the plea is to the D felony of attempted
12   gang assault in the 2nd degree with a promise of two years jail and
13   two years post release supervision.
14         THE CLERK:    Out until the day of sentence.
15         MR. BURSTEIN:    Out I&S.
16         (Whereupon the defendant was sworn by the clerk of the court.)
17         THE DEFENDANT:    Yes.
18         THE COURT:    All right. I have before me Superior Court
19   Information number 35 of 2010 charging the defendant, Robert Rundo
20   with a class D felony of attempted gang assault in the 2nd degree
21   and waiver signed by the defendant waiving his right to indictment
22   by grand jury and appeal after conviction and sentence.
23         You've been sworn in. I am going to ask you some questions.
24   You could stop me at any time to speak to your lawyer. Anything you
25   say which is not the truth, you could be charged with perjury.

gjn

USA_00222207
4

ROBERT RUNDO - Proceedings                                    3

1          Do you understand?

2          THE DEFENDANT:   Yes, your Honor.

3          THE COURT:    Thank you.

4          Please give me your name your aging and whether or not you are

5    a US citizen.

6          THE DEFENDANT:    My name is Robert Rundo, date of birth is

7    ██ /90, age is 19.

8          THE COURT:    Are you a US citizen?

9          THE DEFENDANT:   Yes, I am a US citizen.

10         THE COURT:    Are you under the influence of any alcohol or drugs

11   at the present time?

12         THE DEFENDANT:    No.

13         THE COURT:    Have you had any within the past 24 hours?

14         THE DEFENDANT:    No.

15         THE COURT:    Have you had enough time to discuss this plea with

16   your attorney?

17         THE DEFENDANT:    Yes.

18         THE COURT:    Are you satisfied with his handling of your case?

19         THE DEFENDANT:    Yes.

20         THE COURT:    Since you are charged with a felony you have the

21   right to have your case presented to the grand jury and to be

22   prosecuted only if the grand jury voted and filed an indictment

23   against you.

24         Do you understand this?

25         THE DEFENDANT:    Yes.

gjn

USA_00222208

1          THE COURT:    By signing the waiver you are telling me you are

2    willing to give up these rights because you wish to accept the plea

3    offered by the district attorney and the sentence promised by the

4    Court.

5          Is that what you wish to do?

6          THE DEFENDANT:    Yes.

7          THE COURT:    Based on the defendant's answers to my questions I

8    find the waiver was made in a knowing and intelligent manner in the

9    presence of his lawyer in full compliance with the Criminal

10   Procedure Law. I approve of the waiver.

11         THE CLERK:    Robert Rundo, the district attorneys' office of

12   Queens County has filed Superior Court Information 35 of 2010

13   charging you with the felony of attempted gang assault in the 2nd

14   degree, a class D violent felony.

15         Counselor, waive further readings?

16         MR. ZGUZIK:    No, your Honor.

17         THE CLERK:    Waive further reading?

18         MR. ZGUZIK:    Yes.

19         THE CLERK:    Plea is guilty?

20         MR. ZGUZIK:    Yes.

21         THE COURT:    Sir, your attorney tells me you wish to enter a

22   plea of guilty to attempted gang assault in the 2nd degree, a class

23   D felony to take care of the charges in this case.

24         You could have received up to seven years in jail on this case;

25   however the promise here is two years in jail with two years post

gjn

ROBERT RUNDO - Proceedings                          5

1       release supervision when you are sentenced.

2               Do you want to enter this plea of guilty?

3               THE DEFENDANT:   Yes, your Honor.

4               THE COURT:   Now you are going to remain out pending sentence.

5       I am going to impose upon you the usual three conditions which are

6       the following: First, do not get rearrested between now and the

7       time of sentence.

8               Do you understand that?

9               THE DEFENDANT:   Yes, your Honor.

10              THE COURT:   Secondly, you report to probation and cooperate

11      with them.

12              Do you understand that?

13              THE DEFENDANT:   Yes, your Honor.

14              THE COURT:   And lastly, you come back to court on the date I am

15      about to give you for sentence.

16              Do you understand that?

17              THE DEFENDANT:   Yes, your Honor.

18              THE COURT:   All right. The sooner you do this, you heard what

19      your sentence will be, but if you do not comply with these

20      conditions, People, what's the proposed sentence if he doesn't

21      comply with the conditions?

22              MR. BURSTEIN:   The sentence on this?

23              THE COURT:   Yes.

24              MR. BURSTEIN:   It would be up to seven years jail, your Honor.

25              THE COURT:   All right. You could receive then up to seven

gjn

USA_00222210
7

ROBERT RUNDO - Proceedings                          6

1     years in jail so make sure you do what you have to do here.

2             Do you understand?

3             THE DEFENDANT:    Yes, your Honor.

4             THE COURT:    Now I also advise you this will be your first

5     felony conviction. If we discover you previously have been

6     convicted of a felony in New York or any other state or jurisdiction

7     you won't be sentenced as I just said but you will get mandatory

8     jail time and I will not allow you to withdraw your plea.

9             Do you understand this?

10            THE DEFENDANT:    Yeah -- yes, your Honor.

11            THE COURT:    Yes. Have you ever been convicted of a felony in

12    New York or any other state or jurisdiction?

13            THE DEFENDANT:    No, your Honor.

14            THE COURT:    All right. By pleading guilty here you are giving

15    up your right to a trial. You are giving up your right to have the

16    People put on witnesses to testify against you and giving up your

17    right to testify on your own behalf or remain silent.

18            Do you understand this?

19            THE DEFENDANT:    Yes, your Honor.

20            THE COURT:    Also by signing the Waiver of Appeal you are giving

21    that up as well so by entering this plea of guilty you are giving up

22    all of these rights.

23            Are you willing to do so to plead guilty?

24            THE DEFENDANT:    Yes, your Honor.

25            THE COURT:    Has anybody forced you to plead guilty here?

gjn

USA_00222211

8

1          THE DEFENDANT:    No, your Honor.

2          THE COURT:    Are you pleading guilty because you are in fact

3     guilty?

4          THE DEFENDANT:    Yes, your Honor.

5          THE COURT:    Directing your attention then to on or about

6     May 10, 2009 in the County of Queens, City and State of New York,

7     being aided by two or more persons actually present with intent to

8     cause physical injury to Jose Maya, did you attempt to cause serious

9     physical injury to Jose Maya, did you do that?

10          THE DEFENDANT:    Yes, your Honor.

11          THE COURT:    Now after you plead guilty in this case you're

12    going to have a felony conviction on your record so if you are

13    convicted of another felony you will be deemed to be a predicate

14    felon, that means with somebody with more than one felony conviction

15    and you must be sentenced then to mandatory state time.

16          Do you understand that?

17          THE DEFENDANT:    Yes, your Honor.

18          THE COURT:    Have you understood all of my questions?

19          THE DEFENDANT:    Yes, your Honor.

20          THE COURT:    Is the plea acceptable to the People?

21          MR. BURSTEIN:    Yes, your Honor.

22          THE COURT:    Thank you to the court as well.

23          What date for sentence -- and there is an Order of Protection

24    in effect as well?

25          THE CLERK:    How is March 22nd?

gjn

ROBERT RUNDO - Proceedings                                                 8

1          MR. ZGUZIK:   March 22nd is good.

2          THE COURT:   All right. 3/22. Thank you.

3          MR. ZGUZIK:   Thank you, your Honor.

4

5                      * * * * * * * *

6

7          CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT OF

8          THE ORIGINAL STENOGRAPHIC MINUTES TAKEN OF THIS

9          PROCEEDING.

10

11

12                          *Gail Neufeld*
                            **GAIL J. NEUFELD, RPR**
13                          Senior Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

USA_00222213
10

1

1    SUPREME COURT OF THE STATE OF NEW YORK

2    COUNTY OF QUEENS:  CRIMINAL TERM, PART W-50
     ----------------------------------------X
3    THE PEOPLE OF THE STATE OF NEW YORK,   Indictment No.

4                    -against-                35.10

5                                           Sentence
     ROBERT RUNDO,
6
                        Defendant.
7    ----------------------------------------X
                        March 22, 2010
8                       125-01 Queens Boulevard
                        Kew Gardens, New York
9

10
     B E F O R E :
11
             HONORABLE DOROTHY CHIN BRANDT,
12                                        Justice,

13

14
     A P P E A R A N C E S :
15
     For the People:
16
         JOHN M. RYAN,ESQ.
17       District Attorney, Queens County,
         BY: SHARON SCOTT-BROOKINGS, ESQ.
18       Assistant District Attorney

19
     FOR THE DEFENDANT:
20
         EDWARD W. HAYES, P.C.
21       BY:  ADAM GUZIK, ESQ.

22

23                       ROCHELLE J WRIGHT, RPR, CSR
                         OFFICIAL COURT REPORTER
24

25

                                   RJW

USA_00222214

11

Proceedings                              2

1          COURT CLERK:  Number six on the calendar,

2     Robert Rundo.

3          MS. SCOTT-BROOKINGS:  Sharon Scott

4     Brookings.

5          MR. GUZIK:  Good afternoon, your Honor.

6     Adam Guzik, Edward W. Hayes, PC 515 Madison Avenue,

7     430, New York, New York 10022 for the defendant Robert

8     Rundo.

9          THE COURT:  This defendant actually had pled

10    guilty before me.  He had an out investigation and

11    sentence.  He was promised two years in jail with two

12    years post-release supervision.  Is that everybody's

13    understanding here?

14          MR. GUZIK:  Yes.

15          MS. SCOTT-BROOKINGS:  Yes.

16          THE COURT:  Are we ready to proceed?

17          MR. GUZIK:  Yes, your Honor.

18          THE COURT:  Sir, your sentence is that you

19    be sentenced to a term of two years in jail with two

20    years post-release supervision.  There is a mandatory

21    surcharge.  I am directing that be taken from inmate

22    funds.  I wish you good luck.

23          COURT CLERK:  $325 plus $50 DNA fee.

24          CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT.

25          ROCHELLE J. WRIGHT, RPR, CSR

                                              RJW

USA_00222215

12

Release Funds $151, 36

**STATE OF NEW YORK**
**EXECUTIVE DEPARTMENT – DIVISION OF PAROLE**
**CERTIFICATE OF RELEASE TO PAROLE SUPERVISION**
DETERMINATE – POST-RELEASE SUPERVISION

SENTENCE:

NYSID NO.   02930033H

RUNDO, ROBERT  10A1614 _____, now confined in  Greene CF _____ who was convicted of  Att. Gang Assault and 2 (D)

sentenced in the county of ____Queens____ at a term of the ___Supreme___ Court, Judge ___Melendez___ presiding on

the ____22____ day of ___March___ 2010 , for the term of __0-0-0/2-0-0__ the maximum term of such sentence

expires on the __18__ day of ___March___ 20 12 , has agreed to abide by the conditions to which (he) (she)

has signed (his) (her) name below, and is hereby released by virtue of the authority conferred by New York State Law.

Robert Rundo _____, is additionally subject to a period of _2 Yrs_ years Post-Release Supervision,

which will commence on the release date of ____12/2/11____ and (he) (she) will be under the legal jurisdiction of the

Division of Parole until the Post-Release Supervision maximum expiration date of _____12/2/_____, 20 13 .

Date of Release: __12/2/11__                        Reside: [redacted]  mother

Post-Release Supervision Period: ____2 Yrs____

Post-Release Supervision Maximum Expiration Date: __12/2/13__          Bayside, NY 11364±1
                                                                       PH:

I, ___Robert Rundo_____, voluntarily accept Parole Post-Release supervision. I fully
understand that my person, residence and property are subject to search and inspection. I understand that Parole Post-Release
Supervision is defined by these Conditions of Release and all other conditions that may be imposed upon me by the Board of Parole or
its representatives. I understand that my violation of these conditions may result in the revocation of my release.

**CONDITIONS OF RELEASE**

1. I will proceed directly to the area to which I have been released, and, within twenty-four hours of my release, make
my arrival report to the Office of the Division of Parole unless other instructions are designated on my release agreement.
Report to: [redacted]                        Jamaica, NYH11433

2. I will make office and/or written reports as directed.          PH: 718-
3. I will not leave the State of New York or any other State to which I am released or transferred, or any area defined
in writing by my Parole Officer without permission.
4. I will permit my Parole Officer to visit me at my residence and/or place of employment and I will permit the search
and inspection of my person, residence and property. I will discuss any proposed changes in my residence, employment or
program status with my Parole Officer. I understand that I have an immediate and continuing duty to notify my Parole Officer
of any changes in my residence, employment or program status when circumstances beyond my control make prior
discussion impossible.
5. I will reply promptly, fully and truthfully to any inquiry of or communication by my Parole Officer or other
representative of the Division of Parole.
6. I will notify my Parole Officer immediately any time I am in contact with or arrested by any law enforcement
agency. I understand that I have a continuing duty to notify my Parole Officer of such contact or arrest.
7. I will not be in the company of or fraternize with any person I know to have a criminal record or whom I know to
have been adjudicated a Youthful Offender except for accidental encounters in public places, work, school or in any other
instance with the permission of my Parole Officer.
8. I will not behave in such manner as to violate the provisions of any law to which I am subject which provide for a
penalty of imprisonment, nor will my behavior threaten the safety or well-being of myself or others.
9. I will not own, possess, or purchase any shotgun, rifle or firearm of any type without the written permission of my
Parole Officer. I will not own, possess or purchase any deadly weapon as defined in the Penal Law or any dangerous knife,
dirk, razor, stiletto, or imitation pistol. In addition, I will not own, possess or purchase any instrument readily capable of
causing physical injury without a satisfactory explanation for ownership, possession or purchase.
10. In the event that I leave the jurisdiction of the State of New York, I hereby waive my right to resist extradition to
the State of New York from any state in the Union and from any territory or country outside the United States. This waiver
shall be in full force and effect until I am discharged from Parole or Conditional Release. I fully understand that I have the
right under the Constitution of the United States and under law to contest an effort to extradite me from another state and
return me to New York, and I freely and knowingly waive this right as a condition of my Parole or Conditional Release.
11. I will not use or possess any drug paraphernalia or use or possess any controlled substance without proper
medical authorization.
12. Special Conditions:

                         SEE ATTACHED CONTINUATION SHEET

13. I will fully comply with the instructions of my Parole Officer and obey such special additional conditions as
he or she, a Member of the Board of Parole or an authorized representative of the Division of Parole may direct.

I hereby certify that I have read and that I understand the foregoing conditions of my release and that I have received
a copy of this Certificate of Release.

Signed this _____/5T_____ day of __Dec__ 20__

Releaser: _____       Witness: _____

3010PRS (12/00)

**COPY TO CENTRAL FILES**

DIVISION OF PAROLE
R E C E I V E D
DEC 0 5 2011
CENTRAL FILES

USA_00222216

13

Release Funds $151.36

**STATE OF NEW YORK**
**EXECUTIVE DEPARTMENT – DIVISION OF PAROLE**
**CERTIFICATE OF RELEASE TO PAROLE SUPERVISION**
DETERMINATE – POST-RELEASE SUPERVISION

SENTENCE:

NYSID NO. 02930033H

RUNDO, ROBERT   10A1614 _____ , now confined in __Greene CF__ who was convicted of __Att. Gang Assault__ 2 (D)

sentenced in the county of __Queens__ at a term of the __Supreme__ Court, Judge __Melendez__ presiding on

the __22__ day of __March 2010__, for the term of __0-0-0/2-0-0__ the maximum term of such sentence

expires on the __18__ day of __March__ 20 _12_, has agreed to abide by the conditions to which he (she)

has signed his (her) name below, is hereby released by virtue of the authority conferred by New York State Law,
__Robert Rundo__ , is additionally subject to a period of _2 Yrs_ years Post-Release Supervision,

which will commence on the release date of _____12/2/11_____ and he (she) will be under the legal jurisdiction of the

Division of Parole until the Post-Release Supervision maximum expiration date of _____12/2/_____, 20 _13_.

Date of Release: __12/2/11__          Reside:

Post-Release Supervision Period: __2 Yrs__          mother

Post-Release Supervision Maximum Expiration Date: __12/2/13__

Bayside, NY 11361
PH:

__Robert Rundo__ _____ , voluntarily accept Parole Post-Release supervision. I fully
understand that my person, residence and property are subject to search and inspection. I understand that Parole Post-Release
Supervision is defined by these Conditions of Release and all other conditions that may be imposed upon me by the Board of Parole or
its representatives. I understand that my violation of these conditions may result in the revocation of my release.

**CONDITIONS OF RELEASE**

1. I will proceed directly to the area to which I have been released, and, within twenty-four hours of my release, make
my arrival report to the Office of the Division of Parole unless other instructions are designated on my release agreement.
Report to:                                                                                              NYH11433

2. I will make office and/or written reports as directed.   PH:   558-5150
3. I will not leave the State of New York or any other State to which I am released or transferred, or any area defined
in writing by my Parole Officer without permission.
4. I will permit my Parole Officer to visit me at my residence and/or place of employment and I will permit the search
and inspection of my person, residence and property. I will discuss any proposed changes in my residence, employment or
program status with my Parole Officer. I understand that I have an immediate and continuing duty to notify my Parole Officer
of any changes in my residence, employment or program status when circumstances beyond my control make prior
discussion impossible.
5. I will reply promptly, fully and truthfully to any inquiry of or communication by my Parole Officer or other
representative of the Division of Parole.
6. I will notify my Parole Officer immediately any time I am in contact with or arrested by any law enforcement
agency. I understand that I have a continuing duty to notify my Parole Officer of such contact or arrest.
7. I will not be in the company of or fraternize with any person I know to have a criminal record or whom I know to
have been adjudicated a Youthful Offender except for accidental encounters in public places, work, school or in any other
instance with the permission of my Parole Officer.
8. I will not behave in such manner as to violate the provisions of any law to which I am subject which provide for a
penalty of imprisonment, nor will my behavior threaten the safety or well-being of myself or others.
9. I will not own, possess, or purchase any shotgun, rifle or firearm of any type without the written permission of my
Parole Officer. I will not own, possess or purchase any deadly weapon as defined in the Penal Law or any dangerous knife,
dirk, razor, stiletto, or imitation pistol. In addition, I will not own, possess or purchase any instrument readily capable of
causing physical injury without a satisfactory explanation for ownership, possession or purchase.
10. In the event that I leave the jurisdiction of the State of New York, I hereby waive my right to resist extradition to
the State of New York from any state in the Union and from any territory or country outside the United States. This waiver
shall be in full force and effect until I am discharged from Parole or Conditional Release. I fully understand that I have the
right under the Constitution of the United States and under law to contest an effort to extradite me from another state and
return me to New York, and I freely and knowingly waive this right as a condition of my Parole or Conditional Release.
11. I will not use or possess any drug paraphernalia or use or possess any controlled substance without proper
medical authorization.
12. Special Conditions:

SEE ATTACHED CONTINUATION SHEET

13. I will fully comply with the instructions of my Parole Officer and obey such special additional written conditions as
he or she, a Member of the Board of Parole or an authorized representative of the Division of Parole may impose.

I hereby certify that I have read and that I understand the foregoing conditions of my release and that I have received
a copy of this Certificate of Release.

Signed this _____15_____ day of __Dec__ 20__11__

Releasee: _____          Witness: _____

DIVISION OF PAROLE
RECEIVED
DEC 0 5 2011
FB
CENTRAL FILES

3010PRS (12/00)

COPY TO CENTRAL FILES

USA_00222217

14

**Exhibit 32**

Serial 15

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___03/19/2024___

On February 22, 2024, a physical surveillance was conducted on ROBERT RUNDO. The surveillance was conducted by the following personnel [Note: Not all personnel were present for the entirety of surveillance.]:

- Special Agent (SA) Sean MacDougall (SM)
- Task Force Officer (TFO) Devin Hankard (DH)
- TFO Jesse Zaldivar (JZ)
- TFO Jordan Good (JG)
- TFO Alex Roti (AR)
- TFO Dennis Coughlin (DC)
- SA Erica Price (EP)
- SA Kimberly Elias (KE)
- SA Jeremy Fisher (JF)

Surveillance was aided by San Diego Sheriff's Department deputies in an SDSD airborne unit.

The following observations were made at the noted approximate times:

0600: Turnover brief was provided by offgoing surveillance team, which placed RUNDO at ███████████, Escondido, CA, the home of R█ W██████.

0615: FISUR established at ███████████. The following vehicles were located in the driveway (KE):

- Dark green Toyota Tacoma, CA plate #██████
- White or light blue Subaru SUV, CA plate #██████
- Tan Jeep Wrangler, CA plate #██████

0745: A white female matching the description of K███ S████ W██████ exited ███████████ and walked to the house immediately to the west (███████████). (JG)

0906: K███ W██████ was observed in the garage of ███████████. (JG)

Investigation on __02/22/2024__ at  Escondido, Ramona, California, United States (In Person)

File # ███████████                                  Date drafted __02/29/2024__

by ███████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

███████████████████████ **Serial 15**

FD-302a (Rev. 5-8-10)

████████████████

Continuation of FD-302 of (U) Surveillance of Robert Rundo _____ , On 02/22/2024 , Page 2 of 2

0909: K██ W████████ returned to █████████████ . (JG)

0940: RUNDO and R████ W██████ exited █████████████████ entered
with W█████ driving, and drove a logical route to MetroPCS, 1511 E. Valley
Pkwy, Suite A2, Escondido, CA. Both RUNDO and W█████ entered the store.
(JG, KE, EP, SM, JF)

0948: RUNDO and W████████ exited MetroPCS and drove a logical route to
WalMart, 1330 E. Grand Ave, Escondido, CA. Both RUNDO and W█████ entered
the store. (JF, SM)

1011: RUNDO and W██████ exited WalMart with bags indicating purchases, re-
entered ████████ and drove to █████████████ . RUNDO and W█████ briefly
spoke with R██ W████████ ., and then drove toward State Route 78 (the 78).
(JF,DH)

1028: G███ M██████, wearing a black tank top, black shorts, and a black
ballcap, arrived at ███████████████ driving a black Ford Ranger, CA
plate # ██████████ . M██████████ walked to the front door, then walked back to
████████ and departed. (JZ)

1030: RUNDO and W███████ drove to Ramona, CA, via the 78 east. RUNDO and
W██████ then drove west on Main St and parked in a lot behind 780 Main St,
Ramona, CA. RUNDO and WHELDON then walked to and entered the Turkey Inn, 716
Main St, Ramona, CA. (DH, JF, EP, KE)

1115: G███ M██████ entered the Turkey Inn. (JF)

1119: ██████████ was observed parked on the corner of 8th St. and A St. in
Ramona. (SM)

1147: RUNDO, W████████, and M████████ were observed walking to Auto Detailing
Studio, 225 8th St, Ramona, CA. All three were observed in the alley behind
the building, and observed entering and exiting the building. (DH, JF)

1205: Surveillance turned over to FBI San Diego SOG.

FD-1055 (Rev. 08-17-12)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION

### Physical Surveillance Log

**Title:** (U) 20240222 SD SOG Surveillance                **Date:** 04/11/2024

**CC:** SD-SOG (OST)

**Approved By:** SD-SOG (SSA)

**Drafted By:**   Paul R. McCarthy
                 BRADY SCOTT
                 B. H. Crawford
                 HOSEK MIKA E
                 Heather A. Jackson

**Case ID #:**     –   (U//LES) Surveillance

                 (U) Patrick Kelly MUSHANEY;
                 Norco, CA;
                 DT – Racially Motivated Violent
                 Extremism;
                 Tier 1 – Operator

**National Threat Band:** I
**Local Threat Band:** I

**Enclosure(s):** Enclosed are the following items:
1.  (U//FOUO) Scanned surveillance log notes.

**Office Conducting Surveillance:** SD

**Surveillance Type:** Ground Surveillance (Hybrid)
**Started:** 02/22/2024 12:12 PM PST
**Ended:** 02/22/2024 05:20 PM PST

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  Serial 18

**Teams:**
Team 1      Heather A. Jackson (Team Leader)
            HOSEK MIKA E
            BRADY SCOTT

UNCLASSIFIED//LES

3

UNCLASSIFIED//LES

Title:  (U) 20240222 SD SOG Surveillance
Re:  ████████████████  04/11/2024

B. H. Crawford
Paul R. McCarthy

**Details:**

| Surveillance Agent | Surveillance Agent |
|---|---|
| SA Mika E. Hosek (1601) | SA B.H. Crawford (1612) |
| SA Heather A. Jackson (1602) **(TL)** | SA Paul R. McCarthy (1615) **(Log)** |
| Scott Brady (1605) | |

| Signal | Time | Activity |
|---|---|---|
| 1602, 1615 | 12:12 pm | Assumed surveillance duties from San Diego FBI, Squad DT-1, in the vicinity of the intersection of Main Street and 8th Street, Ramona, California (CA).  Three males walked to a green Toyota Tacoma, bearing CA license plate: ████ (known vehicle).  One of the males, wearing a white tee shirt, appeared to be Robert Paul Rundo (Rundo).  (Photos) |
| 1612, 1615 | 12:14 pm | The three males walked away from the green Tacoma. |

UNCLASSIFIED//LES

UNCLASSIFIED//LES

Title:  (U) 20240222 SD SOG Surveillance
Re:  ████████████████████, 04/11/2024

| 1601 | 12:18 pm | The three males walked in to "La Cocina" Mexican restaurant, at 681 Main Street, Ramona, CA. |
|---|---|---|
| 1602 | 1:56 pm | The three males exited the Mexican restaurant.  They walked west and into a business named: Auto Detailing Studio ", at 225 8th St, Ramona, CA.<br><br>(Photos) |
| 1602 | 2:22 pm | The three males exited the Auto Detailing Studio.  One of the males, wearing a black tank top, separated from the group. |
| 1602, 1605 | 2:24 pm | The male in the black tank top was believed to be ████████████████  He entered the known black Ford Ranger. |
| 1615 | 2:25 pm | Rundo and the other male walked to the known green Tacoma.  The other male entered the driver's seat.  Rundo entered the passenger seat, and the green Tacoma departed. |
| 1612 | 2:27 pm | The green Tacoma briefly stopped in the vicinity of the Auto Detailing Studio.  Rundo exited the truck briefly, and then returned to the Tacoma.  The vehicle departed with the two males. |

UNCLASSIFIED//LES

UNCLASSIFIED//LES

Title:  (U) 20240222 SD SOG Surveillance
Re:  ██████████████████, 04/11/2024

| 1605 | 2:30 pm | The black Ranger departed with M███████ driving. |
|---|---|---|
| 1602, 1612 | 2:32 pm | The green Tacoma arrived and parked in an "Albertsons" supermarket lot, at 1459 Main St, Ramona, CA 92065.  Rundo and the male driver entered the supermarket. |
| 1602, 1612 | 2:47 pm | The two males returned to the green Tacoma and loaded some items.  The vehicle departed briefly, then returned to the same lot.  The males exited and walked back to the Albertsons. |
| 1601 | 2:55 pm | The two males returned again to the green Tacoma, and the vehicle departed. |
| 1612 | 3:03 pm | The green Tacoma arrived and parked on 8th Street, Ramona, across the street from the Auto Detailing Studio.  Rundo exited the vehicle and grabbed a dark backpack.  He and the male driver both walked towards the Auto Detailing Studio.  Rundo carried the backpack with him. |
| 1602 | 3:16 pm | The driver briefly exited the Auto Detailing Studio and locked the green Tacoma. |
| 1602 | 3:23 pm | The two males exited the "Iron Pony Trading Post", at 803 Main Street, Ramona.  They |

UNCLASSIFIED//LES

UNCLASSIFIED//LES

Title:  (U) 20240222 SD SOG Surveillance
Re:  266N-LA-2595943-FISUR, 04/11/2024

|  |  | walked north on 8th Street and into the Auto Detailing Studio. |
|---|---|---|
| 1602 | 3:30 pm | The driver returned to the green Tacoma.  He departed alone. |
| 1612 | 3:36 pm | The green Tacoma parked in n a space on D Street near the intersection with 8th Street, Ramona, CA. |
| 1612 | 3:47 pm | The green Tacoma departed with the solo driver. |
| 1612 | 3:58 pm | Surveillance discontinued on the green Tacoma as it traveled west bound on state route 78, at the intersection of Weekend Villa Road, Ramona, CA. |
| 1605 | 4:30 pm | The known black Ford Ranger drove past the Auto Detailing Studio.  The driver was identified as being M███████. |
| 1605 | 4:34 pm | M██████ walked into the Auto Detailing Studio. |
| 1605 | 4:39 pm | A gray Nissan Xterra Sport Utility Vehicle (SUV), bearing CA license plate: ██████, arrived and parked on 8th Street near the Auto Detailing Studio.  The male driver exited the vehicle and walked into the |

UNCLASSIFIED//LES

UNCLASSIFIED//LES

Title:  (U) 20240222 SD SOG Surveillance
Re:  266N-LA-2595943-FISUR, 04/11/2024

| | | |
|---|---|---|
| | | business.<br><br><br>[CA Department of Motor Vehicles (DMV) database check showed CA license plate: ███ to be a 2002 Nissan UT, with a registered owner of M███ K█ P███, of ████████.] |
| 1605 | 5:03 pm | Rundo exited the Detailing Studio, accompanied by M████. The two walked south to Main Street. |
| 1615 | 5:04 pm | Rundo  and M███ were contacted by law enforcement in front of the Iron Pony Trading Post on Main Street, Ramona, CA. |
| 1615 | 5:10 pm | M████, walked back north on 8th Street. He was using a cellphone.  He went to the black Ford Ranger. |
| 1615 | 5:16 pm | The black Ranger departed. |
| 1602 | 5:20 pm | Surveillance discontinued. |

**Observations:**
  **Observed:**  02/22/2024 12:12 PM PST

UNCLASSIFIED//LES

UNCLASSIFIED//LES

Title:  (U) 20240222 SD SOG Surveillance
Re:  ███████████ , 04/11/2024

**Observation:**
(U//FOUO) Please refer to the Details section for complete
surveillance log.
**Observer(s):**          (FBI) Paul R. McCarthy

◆◆

UNCLASSIFIED//LES

████████████   Serial 1113

- 1 of 2 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry      02/29/2024

   Pursuant to an arrest warrant issued in the Central District of
California, Special Agents and Task Force Officers (TFOs) of the Federal
Bureau of Investigation located and arrested ROBERT RUNDO on a public
sidewalk in front of 801 Main St, Ramona, CA 92065. The following agents and
TFOs took part in the arrest operation:

- Special Agent Sean MacDougall
- TFO Sgt. Nick Ketchum
- TFO Devin Hankard
- TFO Alex Roti
- TFO Jordan Good
- Special Agent Kimberly Elias
- Special Agent Andrew Schalin
- TFO Jesse Zaldivar
- TFO Dennis Coughlin

The following events occurred at the noted approximate times:

1703: RUNDO and G███ M████ were observed exiting AUTO DETAILING STUDIO,
225 8th St, Ramona, CA 92065. RUNDO and M████ walked south on 8th St and
turned west on Main St.

1704: TFO Hankard and TFO Roti pulled a marked San Diego Sheriff's
Department (SDSD) patrol vehicle, with emergency lights activated, alongside
RUNDO and M████ on Main St. TFO Hankard and TFO Roti exited the vehicle
wearing SDSD duty vests and arrested RUNDO and detained M████ on the
sidewalk in front of 801 Main St, Ramona, CA 92065 without incident.

1705: RUNDO was searched and placed inside the back of the SDSD marked
patrol vehicle. During the search incident to arrest, TFO Hankard seized a
wallet containing only cash and a mobile phone. M████ was patted down for
weapons and seated on a nearby bench.

1705: SA MacDougall asked M████ questions related to agent/TFO safety
about other persons inside AUTO DETAILING STUDIO.

Investigation on   02/22/2024   at   Ramona, California, United States (In Person)

File #   ███████████████████████                                      Date drafted   02/23/2024

Sean Patrick MacDougall, KETCHUM NICHOLAS CHARLES, ROTI ALEXANDER DAVID, HANKARD
DEVIN RONAN, JORDAN W. GOOD, ELIAS KIMBERLY LORRAINE, Andrew Phillip Schalin,
by   ZALDIVAR JESSE RYAN, COUGHLIN DENNIS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

Serial 1113

FD-302a (Rev. 5-8-10)

266N-LA-2595943

Continuation of FD-302 of (U) Arrest of Robert Rundo , On 02/22/2024 , Page 2 of 2

1710: M█████ was released from investigative detention and escorted from the immediate area.

1723: RUNDO was transferred into the custody of FBI SA Scott Bierwirth for transport. RUNDO's wallet and phone were also transferred to SA Bierwirth.

The arrest warrant is attached in a digital 1A.

████████████████ Serial 1110

- 1 of 1 -

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    02/27/2024

   Special Agents Scott Bierwirth and Rachel Fletcher transported Robert Rundo after he was arrested in the vicinity of 803 Main Street, Ramona, California (CA) 92065 to the West Covina Jail at 1444 W Garvey Avenue South, West Covina, CA 91790 on February 22, 2024.  Rundo's arrest will be documented separately.  Rundo was provided water upon Agents taking custody, and advised that whenever he got hungry, Agents would pull over to acquire dinner at a place of his choosing.

5:24 pm- Agents took custody of Rundo from arresting Agents, including the receipt of property found on Rundo incident to his arrest.

5:30 pm- Began transport of Rundo.  Starting mileage 56,439.

6:15 pm- Agents switched Rundo from being handcuffed behind his back to handcuffed in front with a bellyband.

7:32 pm- Agents pulled over to a 76 gas station, located at 2240 Compton Avenue, Corona, CA 92881, to allow Rundo to use the bathroom and pick out whatever food he wanted.  Agents bought a sandwich, juice, and gum for Rundo to eat while in transit, or to take with him into the jail.

7:41 pm- Agents resumed the transport.

8:17 pm- Agents arrived at West Covina Jail.  Ending mileage 56,553.

8:24 pm- West Covina jail officers took custody of Rundo.

**UNCLASSIFIED//FOUO**

Investigation on   02/22/2024   at   West Covina, California, United States (In Person)

File #  ████████████                                                    Date drafted   02/26/2024

by   BIERWIRTH SCOTT JAMES, FLETCHER RACHEL A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Serial 1109

- 1 of 1 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___02/27/2024___

On February 23, 2024, Special Agents (SA) Christian Holm and Geoffrey Morris, pursuant to the execution of a Federal Arrest Warrant, transported Robert Rundo (RUNDO) in SA Morris's vehicle to the United States Marshal Service at the United States Courthouse located at 350 West 1st Street, Los Angeles, California 90012 from the West Covina Police Department's Detention Center located at 1444 West Garvey Avenue South, West Covina, California 91790. Starting time 8:04 AM, starting mileage 119,003, ending time 9:03 AM, ending mileage 119,024.

The afternoon of February 23, 2024, it was determined RUNDO would have an appearance at the Ronald Reagan Federal Building and United States Courthouse. Agents transported RUNDO in SA Shane Andersen's vehicle to the Ronald Reagan Federal Building and United States Courthouse located at 411 West Fourth Street, Santa Ana, California 92701 from the United States Marshal Service at the United States Courthouse located at 350 West 1st Street, Los Angeles, California 90012. Starting time 2:31 PM, starting mileage 106,576, ending time 3:48 PM, ending mileage 106,608.

Investigation on ___02/23/2024___ at ___Los Angeles, California, United States (In Person)___

File # [redacted]     Date drafted ___02/26/2024___

by ___HOLM CHRISTIAN RANDOLPH, ANDERSEN SHANE M, MORRIS GEOFFREY RYAN___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.













**Exhibit 33**

ORIGINAL

AO 91 (Rev. 11/82)

**CRIMINAL COMPLAINT**

FILED
CLERK, U.S. DISTRICT COURT

**10/20/2018**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br>ROBERT PAUL RUNDO, ROBERT BOMAN,<br>TYLER LAUBE, and AARON EASON | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO.<br>18 MJ02791 |

Complaint for violation of Title 18, United States Code, Sections 2101, 371

| NAME OF MAGISTRATE JUDGE<br>THE HONORABLE STEVE KIM | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>March 25, 2017 – February 2018 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. §§ 2101, 371]

Between at least March 25, 2017, and February 12, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants ROBERT PAUL RUNDO, ROBERT BOMAN, TYLER LAUBE, and AARON EASON were part of an agreement to use, and in fact used facilities of interstate or foreign commerce with intent to incite, organize, promote, encourage, participate in, or carry on riots, or to commit acts of violence in furtherance of a riot, or to aid or abet any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot, and during such use, performed or attempted to perform an overt act for one or more of the purposes specified above, in violation of Title 18, United States Code, Sections 2101, 371.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**SCOTT BIERWIRTH**<br>OFFICIAL TITLE<br>Special Agent, Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 20, 2018 |
|---|---|

[1] See Federal Rules of Criminal Procedure 3 and 54

AUSA David Ryan x4491 REC: Detention

**AFFIDAVIT**

I, SCOTT J. BIERWIRTH, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") in Los Angeles, California and have been so employed for approximately ten months.  I am currently assigned to a counter-terrorism squad, where I specialize in the investigations of domestic terrorist groups.  I attended 21 weeks of New Agent Training at the FBI Academy in Quantico, Virginia.  Prior to joining the FBI, I was an Infantry Officer in the United States Army, where I trained for counter-terrorism related missions across the globe for over four years.

2.   Through my training and experience in the FBI and the United States Army, I am familiar with terrorist organizations' methods of operations, including their use of social media to communicate regarding coordination of strategic ideological goals, recruit and radicalize individuals, and coordinate violent extremist activities and other criminal activities to generate funds for the terrorist organization.

## II. PURPOSE OF THE AFFIDAVIT

3.   I make this affidavit in support of criminal complaints and arrest warrants for Robert Rundo ("RUNDO"), Robert Boman ("BOMAN"), Tyler Laube ("LAUBE"), and Aaron Eason ("EASON") for violations of Title 18, United States Code, Sections 2101 (Riots) and 371 (Conspiracy).

1

2

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaints and warrants and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only with original typographical errors and all dates are approximate.

### III.  **SUMMARY OF PROBABLE CAUSE**

5.    As described more fully below, RUNDO, BOMAN, LAUBE, and EASON (collectively, the "defendants") are members of the "Rise Above Movement" ("RAM"), a white supremacy extremist group headquartered in Southern California.  Throughout 2017, the defendants and other RAM members traveled to political rallies, including in Huntington Beach, California on March 25, 2017, Berkeley, California on April 15, 2017, San Bernardino, California on June 10, 2017, and Charlottesville, Virginia on August 11-12, 2017.  RAM members violently attacked and assaulted counter-protestors at each of these events.

6.    On October 10, 2018, four RAM members were indicted in the Western District of Virginia for Conspiracy to Riot and Riots, in violation of 18 U.S.C. §§ 371, 2101, as a result of their participation in the events at Huntington Beach, Berkeley,

and Charlottesville, Virginia.  See United States v. Daley et al., 3:18-CR-00025 (W.D. Va.).[1]

7.    The defendants and other RAM members used facilities of interstate commerce with the intent to organize, promote, encourage, participate in, or carry on riots in at least two ways.  First, the defendants used the Internet to coordinate combat training in preparation for the events, to arrange travel to the events, to coordinate attendance at the events, and to celebrate their acts of violence in order to recruit members for future events.  Second, the defendants and other RAM members traveled to the April 15, 2017 event in Berkeley in a van that EASON rented using his Visa credit card.

### IV. STATEMENT OF PROBABLE CAUSE

8.    Based on my training and experience, my personal investigation into this matter, my conversations with other law enforcement officers, and my review of open-source materials and law enforcement reports, I know the following:

**A.   Background on RAM**

9.    RAM was founded in or around the winter of 2016-2017 by several founding members, including RUNDO and Ben Daley ("Daley").  According to private Facebook messages sent by Daley in or around June 2017, RAM was originally branded as the "DIY

---

[1] On October 2, 2018, United States Magistrate Judge Jean P. Rosenbluth issued search warrants for the premises of several RAM members, including RUNDO and BOMAN, in Case Numbers 2:18-MJ-2592, and 2:18-MJ-2598 (C.D. Cal.).  During those searches, agents received physical evidence of RUNDO and BOMAN's participation in RAM, as well as several digital devices, which are still being reviewed.

DIVISION," but formally rebranded to the Rise Above Movement in 2017.[2]

10.   RAM represents itself publicly, through videos and other public online postings, as a combat-ready, militant group of a new nationalist white supremacy/identity movement.  For example, RAM members maintained a Twitter account with the user name "@RiseAboveMvmt" (the "RAM Twitter account"), which posted videos and pictures of RAM members conducting training in hand-to-hand combat, often interspersed with video clips of RAM members assaulting people at political events, with their faces partially obscured by distinctive skeleton or American flag masks.  RUNDO, BOMAN, and LAUBE appear in several of these videos and photographs.  The photographs below, posted by the RAM twitter account, depict RUNDO and Daley training above the words "WHITE UNITY," and several RAM members, with RUNDO front and center, posing in skeleton masks.

 

---

[2]   I reviewed contents from Daley's Facebook page pursuant to a search warrant issued on April 4, 2018 from the Honorable Joel C. Hoppe, United States Magistrate Judge, Western District of Virginia, in Case Number 3:18-MJ-00007 (W.D. Va.).

11.   Based on my review of private messages sent by the RAM Twitter account, I believe the account was operated by RUNDO. For example, on April 11, 2018, the RAM Twitter account sent a direct message to another Twitter user stating, "I am going over to Europe next week and will be competing in a pan European [mixed martial arts] event."  Based on my review of Customs and Border Protection ("CBP") records, law enforcement databases, and subsequent interviews with RUNDO, I know that RUNDO traveled to Europe in April 2018 and participated in a mixed martial arts event.

12.   The RAM Twitter account regularly posted content in support of the group's white supremacy extremist ideology.  For example, on February 5, 2018, the RAM Twitter account posted a photograph of RAM members covering their faces with books with the accompanying text, "When the squads not out smashing commies . . . #nationalist #lifestyle."  On March 9, 2018, the RAM Twitter account posted a photograph of RAM members posing with their faces partially covered with black skeleton masks and the hashtags, "#nationalist #ultraright."  On March 20, 2018, the RAM Twitter account posted a photograph of a man doing physical exercises next to a banner depicting one person kicking another and the text, "GOOD NIGHT LEFT SIDE," appearing to endorse the use of physical violence against others who do not share RAM's "ultraright" ideology.

13.   Based on my review of private social media communications  between RAM members, I know that RAM leaders discourage RAM members from using explicitly violent or

extremist language in public social media postings in order to avoid generating unwanted attention or dissuading potential recruits.  For example, in private Facebook messages on August 25, 2017, an associate of Daley's complimented Daley on a recent RAM promotional video and said he was interested in getting involved with RAM.  Daley wrote, "Yeah man.  If your still in LA area it'll probably be me meeting up with you.  We go for the implicit look so you'll have to change your [style] up a bit when your with us."  The associate responded, "Yea that's fine [I] can grow my hair out if need be, drop the boots and braces look etc."  Daley responded with an image of an "OK" symbol, and stated, "Trust I did it for a long time too but ultimately the 80s in that style of nationalism proved to be ineffective. . . . [I] think its time to reimagine the nationalist look and playbook, we have become predictable that needs to change."  In January 2018, in private Facebook messages to another associate, Daley wrote: "I would be mindful of saying anything that could be misconstrued as a call to violence.  I know people who literally have had feds show up at there door over posts. [J]ust food for thought.  Trust I'm not speaking in terms of morality rather practicality."

14.  Notwithstanding Daley's admonishment, RAM and its members documented their white supremacy extremist ideology in both private and public Internet postings.  In a video taken by a RAM associate, later posted online, the RAM associate asked RUNDO to say the "14 words."  Based on my training and experience, I know that "14 words" refers to a slogan commonly

known and used by white supremacy extremists and neo-Nazis that states: "We must secure the existence of our people and a future for white children." RUNDO responded, "I'm a big supporter of the fourteen, I'll say that."

15.   RAM members also used graffiti to promote their white supremacist ideology. On January 12, 2018, law enforcement officers took photographs of graffiti in the Aqua Chinon Wash Tunnel in Irvine, California, where RAM members have posted videos of the group conducting physical training exercises. The photographs showed the words "RAM" and "RISE ABOVE" written in yellow spray paint inside the tunnel, as well as a Celtic cross with the number "14" over the top in black spray paint. As discussed above, the number "14" is commonly used among white supremacy extremists and neo-Nazis to refer to the "14 words." Based on my training and experience, I know that the image of the Celtic cross, combined with the number 14, is commonly used by white supremacy extremists and neo-Nazis to express their ideology.

16.   In the Spring of 2018, according to reports of interviews conducted by Customs and Border Protection officers as well as public posts on social media accounts of RAM and several of its members, several RAM members, including RUNDO, Daley, and Michael Miselis ("Miselis") traveled to Germany, Ukraine, and Italy to celebrate Adolf Hitler's birthday and meet with members of European white supremacy extremist groups, including a group known as White-Rex. Shortly after that trip, the RAM-affiliated clothing company Right Brand Clothing, of

which RUNDO is the registered owner, posted several photographs
on its Instagram page of RUNDO and other RAM members in Germany,
Ukraine, and Italy, slap-tagging stickers on various buildings
and poles with the RAM logo and the words "RAPEFUGEES ARE NOT
WELCOME HERE," "FCK ANTIFA," and "REVOLT AGAINST MODERN . . .
ACTIVITISM-ATHLETICS-VIRTUE . . . RIGHT SIDE."  RAM members also
posted online a video showing Daley in the Ukraine performing a
salute known to be associated with the western Hammerskins, a
well-established violent white supremacy extremist group that is
associated with RAM, and of which Daley was a member before co-
founding RAM.

17.  On August 1, 2018, an Instagram user "tagged" Right
Brand Clothing's account in a post containing a photograph of
RAM members during their trip to Germany, Ukraine, and Italy
meeting with Olena Semenyaka, the leader of the International
Department for the National Corps, which is a political party in
the Ukraine that was founded in 2016 out of a regiment of the
Ukranian military called the Azov Battalion.  Based on my
training and experience, I know that the Azov Battalion is a
paramilitary unit of the Ukranian National Guard which is known
for its association with neo-Nazi ideology and use of Nazi
symbolism, and which is believed to have participated in
training and radicalizing United States-based white supremacy
organizations.  The text associated with the post stated,
"@rightbrandwear it was an honor to meet the singer and patriot
from #8l8th #nationalist #blackmetal #ukraine #antiantifa."

8

**B.**   **March 25, 2017: RUNDO, BOMAN, LAUBE, and Other RAM Members Attacked Counter-Protestors at a Political Rally in Huntington Beach, California**

18.   Based on my review of law enforcement reports, videos and photographs posted online, and public and private communications between RAM members, I know that groups of RAM members have attended public rallies together, acted in concert to commit acts of violence, and planned such acts in advance using the Internet.

19.   For example, I reviewed a recording of a December 2016 RAM group phone call in which Daley shared RAM's strategic plan to attend rallies in 2017 in order to provide "security."  Based on my training and experience, evidence gathered in this investigation, and the context of this discussion, Daley and the RAM group, who had no official role in the rallies they planned to attend, appeared to be discussing appearing as security personnel at the rallies so they could be prepared to engage in violent confrontations that may erupt at the rallies.  On the call, Daley instructed listeners to wear specific clothing, such as polo-style shirts and khakis, to get military style haircuts, and to maintain an organized presence at the events.

20.   On March 25, 2017, at least several hundred people attended a "Make America Great Again" rally at the Bolsa Chica State Beach in Huntington Beach, California.  The rally, and the violence that ensued, were captured on video by numerous journalists and participants.  Throughout the morning, the attendees engaged in various activities, including chanting and

9

making speeches.  As those activities were ongoing, a small
group of counter-protestors gathered nearby on the beach.

21.  Videos uploaded online show hundreds of rally
attendees marching south along the beach.  At the same time, to
the north of the marchers, videos show a small group of rally
attendees, including several RAM members carrying signs that
read "DEFEND AMERICA" and "Da Goyim Know," did not march south,
but instead confronted the counter-protestors.  Based on my
training and experience, I know that the phrase "da goyim know"
is commonly used by white supremacist extremists to refer to
their supposed knowledge of a Jewish conspiracy to control world
affairs.

22.  Videos show several rally attendees confronting,
pushing, and then punching two journalists from a local news
publication.  As the journalist stumbled backward, LAUBE grabbed
the journalist's shoulder with his left hand, and punched him
three times in the face.  A counter-protestor then released
pepper spray, leading the crowd to momentarily disperse.  LAUBE
is depicted assaulting the journalist in the screenshot below.



10

23.  Videos show a group of approximately three to five counter-protestors then turned away from the group of rally attendees and walked north along the beach while a small group, led by RUNDO, BOMAN, LAUBE, Daley, and other RAM members pursued them.

24.  Approximately 20 seconds later, videos show that BOMAN caught up to one of the counter-protestors and kicked him in the back, as depicted below.



25.  A second counter-protestor turned and approached Daley, who shoved the counter-protestor in response.  The counter-protestors continued walking north away from the RAM members, as the RAM members continued pursuing them.  Another rally attendee walking alongside the RAM members approached one of the counter-protestors and punched him in the face, knocking him to the ground.

11

26.   Seconds later, videos show RUNDO approached another of the counter-protestors from behind and punched him in the back of the head.   BOMAN ran up behind RUNDO toward the counter-protestor, but turned back after a second counter-protestor released pepper spray.   RUNDO then turned to the second counter-protestor, punched him in the back of the head, grabbed the back of his neck, and threw him to the ground, landing on top of him. RUNDO then held the counter-protestor down with his left hand and threw several punches at the counter-protestor's head while other RAM members looked on, cheered, and prevented others from intervening, as depicted in the screenshot below.



27.   After several seconds, video shows the counter-protestor released pepper spray, leading RUNDO to back away from him.   The counter-protestor then ran northeast from the beach into a parking lot, while other rally attendees pursued him, pushing him and hitting him with flag poles.   According to

12

eyewitnesses, another RAM member pursued the counter-protestor and threw a large rock at him, striking him in the chest.

28.   During and after these violent confrontations, videos show the majority of the rally attendees continued peacefully marching south down the beach, while RUNDO, BOMAN, LAUBE, Daley, and other RAM members, remained in the same area with a group of other rally attendees.   Approximately 20 minutes later, approximately five counter-protestors arrived at the beach near where the location where the RAM members remained gathered.   The RAM members, including RUNDO, BOMAN, LAUBE, and Daley, led a group of 15-20 men who pursued the counter-protestors for over a minute as the counter-protestors walked north along and the beach to the parking lot.

      **C.**     **March-April 2017: RAM Members Celebrated Their Assaults at Huntington Beach and Prepared for Berkeley**

29.   Based on my review of the contents of Daley's cell phone, I know that later on March 25, 2017, Daley sent a text message to another RAM member, stating, "Front page of the stormer we did it fam."   Based on my training and experience, I know that the "Daily Stormer" is a news website and online community forum that is well known among neo-Nazis and white supremacy extremists, which published an article after the Huntington Beach event titled "Trumpenkriegers Physically Remove Antifa Homos in Huntington Beach."[3]   Based on my review of the

---

[3] Based on my training and experience, I know that "Trumpenkriegers" is intended to mean "Fighters for Trump." "Physical removal" is a term commonly used by white supremacy extremists to refer to the goal of separating or "physically

contents of BOMAN's Facebook account, I know that BOMAN posted the Daily Stormer article on his Facebook page, along with the comment, "We did it fam."[4]

30.  I reviewed photographs of the Huntington Beach rally published on the Internet.  One image, which appears to have been posted by the DIY Division's Instagram account, depicts RUNDO punching a counter-protestor, with the words "Physical Removal" superimposed across the top.  That image is depicted below.



31.  The RAM Twitter account later posted a picture of RAM members, including RUNDO, BOMAN, and Daley, at the Huntington Beach rally, standing behind a sign stating "Defend America," with the accompanying text, "Shortly after this pic antifa was

---

removing" those with viewpoints or lifestyles that are viewed as undesirable.

[4] I reviewed contents from BOMAN's Facebook page pursuant to a search warrant issued on September 4, 2018 from the Honorable Paul L. Abrams, United States Magistrate Judge, Central District of California, in Case Number 2:18-MJ-02307 (C.D. Cal.).

btfo in Huntington Beach." Based on my training and experience, I know that "BTFO" stands for "Blown The Fuck Out."

32. Based on my review of the contents of Miselis's cell phone, I know that, on March 27, 2017, EASON sent a text message to Miselis, who appears to have first been introduced to the other RAM members at the Huntington Beach rally, inviting him to the rally in Berkeley on April 15, 2017. EASON wrote, "It's Aaron from the HB rally. I wanted to let you know that the organizers of the free speech rally at Berkeley on April 15 are paying for rooms for our guys. . . . We're expecting about 15 solid guys in our caravan coming up from So Cal and we can accomodate as many as you can give. Quality only of course. If you have good people who aren't cut out for security, the organiziers are looking for people to fill roles like photography. Anyone who doesn't come will wish they had. Oh and we have hand to hand and formation fighting training in San Clemente this Saturday. It's not required, but we'd like to get everyone we can there."

33. Later on March 27, 2017, Daley wrote to Miselis to invite him to the Berkeley rally, and Miselis replied, "Right on, Aaron from the rally mentioned some folks were going up. I'll drop the line on our end and see if anyone else can make it." Daley replied, "Preciate we need all heads we can get."

34. On March 29, 2017, EASON wrote to MISELIS again, stating, "Training is a go. Saturday at 11 am. Marblehead Park, San Clemente. . . . We'll probably have equipment for shield and stick training and our formation tactics ready."

15

35.  On April 12, 2017, Daley wrote to Miselis, "Got a 11 van reserved for Friday."  Asking everyone to kick in 20 or 40. Thinking of leaving around 1130.  Does that time work for you?" Miselis replied, "Absolutely."

36.  According to records received from Airport Van Rental, on April 14, 2017, EASON rented a 12-15 passenger van for $493.87, using a Visa credit card with account number ending in 0807.  Photographs posted online show BOMAN, Daley, Miselis, and other RAM members posing in front of the van following the event in Berkeley on April 15, 2017.

> **D.  April 15, 2017: RUNDO, BOMAN, EASON, and Other RAM Members Attacked Counter-Protestors at a Political Rally in Berkeley, California**

37.  On April 15, 2017, RUNDO, BOMAN, EASON, Daley, and other RAM members attended a political rally at Martin Luther King Jr. Civic Center Park in Berkeley, California.  Videos posted online also show RUNDO, BOMAN, EASON, and Daley standing alongside other RAM members displaying a sign that stated "Defend America" with their hands taped in the manner of a boxer or mixed martial arts fighter, wearing grey and black athletic shirts with their faces partially covered by the distinctive skeleton masks shown in RAM training videos.  Videos posted online show that rally attendees and counter-protestors were initially separated by orange fencing.  After several minutes, several RAM members crossed the orange fencing and assaulted counter-protestors.  In one video, BOMAN is shown punching a counter-protestor in the face.  In another video, BOMAN is shown punching a person while holding the person down on the ground.

The images below depict BOMAN at the Berkeley rally preparing to fight with his hands taped and then BOMAN punching a counter-protestor while EASON, Miselis, and other RAM members stood beside him.

 

38. In another video, another RAM member is shown repeatedly punching a person while two unidentified people and a second RAM member appear to hold the person down in a crouched position. In another video, Miselis, Daley, and two other RAM members are shown repeatedly kicking and punching a counter-protestor who was crouching in a defensive position, until police intervened and pushed them away. In another video, RUNDO is shown approaching a counter-protestor and punching him in the side of the head.

39. Minutes later, after several RAM members and rally attendees had crossed the orange fencing separating them from the counter-protestors, RUNDO, BOMAN, EASON, Daley, Miselis confronted several counter-protestors. Videos show RUNDO, BOMAN, and Daley attempting to pull away a banner held by several of the counter-protestors. After one of the counter-

17

18

protestors fell to the ground, videos show RUNDO began throwing punches at multiple different people, including one person who was falling to the ground.  According to Berkeley Police Department ("BPD") officers, a BPD officer saw RUNDO punching the apparently defenseless person in the head, and ordered RUNDO to stop, but RUNDO did not respond.  The BPD officer knocked RUNDO to the ground to stop the ongoing assault, and RUNDO punched the officer twice in the head before BPD officers subdued and arrested him.

40.  Several minutes later, EASON, Daley and other RAM members and rally attendees pursued counter-protestors out of the park through public streets, chanting "hey, hey, hey, Goodbye."  Videos show BOMAN confronting counter-protestors and hitting a counter-protestor in the face.  Videos show Daley climbing over over a barricade separating protestors and counter-protestors, kicking counter-protestors as they fall down due to the falling barricade, and then chasing a counter-protestor and kicking him in the back.  Pictures posted online from after the event show BOMAN, Daley, Miselis, and other RAM members holding up in celebration the banner that they pulled away from counter-protestors during the rally.

**E.   April-August 2017: RAM Members Celebrated Their Assaults at Berkeley and Prepared for More Events**

41.  On April 16, 2017, the day after the Berkeley rally, BOMAN posted a photograph on his Facebook page showing him punching counter-protestors at what appears to be the rally in Berkeley the previous day.  BOMAN then "liked" the photograph on

18

Facebook.  Another RAM member commented on the post, "You can't like your own photo you idiot," and BOMAN responded, "Offff couuuuurssseeee you can,!!!"

42.  On April 16, 2017, BOMAN posted a photograph on his Facebook page showing himself and fellow RAM members pulling what appears to be a banner or poster away from counter-protestors at the Berkeley rally.

43.  On April 16, 2017, another RAM member sent a text message to Miselis describing a video showing Miselis at the Berkeley event, and Miselis replied, "Hell yeah man.  I was about to jump into that but our guys were just wrecking them, like not even any room to get a hit in.  I was like alrite, u guys got it handled then lol."[5]  Later that day, Miselis sent another text message describing how one of the guys "up their fighting with us . . . was pretty based too, apparently he hit an antifa so hard he dislocated his shoulder."  Miselis wrote, "I've been dealing with my hand all day.  Just found a video on that site where you can see me breaking it on a guys head lol."  The other RAM member responded, "I've been looking at videos.  There's a grey-shirted storm trooper at the fucking front every, single, time.  You guys were lions."  Miselis replied, "Total Aryan victory."

44.  On April 21, 2017, EASON sent a text message to Miselis asking if his broken hand was strong enough to attend

_____

[5] "Lol" is an acronym meaning "laugh out loud."

another event at Berkeley on April 27, 2017, stating, "I'm driving up to deny antifa a face-saving victory."

45.  On May 15, 2017, the RAM Twitter account sent a message to another Twitter user who had proposed interviewing RAM leaders for a podcast.  The RAM Twitter account replied, "Maybe if there [is] enough time could mention berekly how we were the first guys to jump over the barrier and engage and how that had a huge impact."

46.  On June 1, 2017, Daley sent a private Facebook message to an associate stating that he and his group "stole yevet farlarkas banner at the April 15th riots lol."  Daley's associate responded, "That subhuman professor from CA. . . . She needs the rope[,]" appearing to suggest that the professor should be hanged.  Daley responded, "Yep lol."  The associate responded, "My boy supposedly kicked her in the face."  Based on my review of publicly available media accounts of the rally in Berkeley on April 15, 2017, Yvette Felarca was a leader of a local group of antifa counter-protestors who attended the rally.

47.  In May 2017, BOMAN posted a picture on Facebook showing himself and another RAM member boxing in a garage with various white supremacist signs and banners posted on the walls. One of the signs states, "Da Goyim know," and appears to be the same sign BOMAN and other RAM members were photographed carrying at the Huntington Beach rally in March 2017.  Another of the banners appears to be the same banner that Daley claimed he and his associates stole from Yvette Felarca during the Berkeley rally in April 2017.

48.   On August 10, 2017, BOMAN posted a photograph on his Facebook page showing himself punching a counter-protestor. Another Facebook user later commented on the photograph, "U in Charlottesville?"  BOMAN responded, "Naw that was in Berkley."

**F.    August 11-12, 2017: Other RAM Members Committed Violent Assaults at the Unite the Right Rally in Charlottesville, Virginia**

49.   Based on my review of RAM members text messages and Facebook communications, photographs and videos posted online, and law enforcement reports, I know that, between April and August 2017, RAM members engaged in regular combat training sessions and attended additional political events where they confronted counter-protestors and others who do not share their ideology.  For example, videos posted online show that, on June 10, 2017, RUNDO, Daley, and other RAM members attended an "Anti-Islamic Law" rally in San Bernardino, California, where they engaged in violence against counter-protestors, leading to arrests of three RAM members.  On June 13, 2017, Daley wrote a text message to an associate stating, "We smashed some antifa as they were leaving."  The associate responded, "If it wasn't for the White Nationalists nothing would ever get done.  Daley replied, "This is true would've been no victory in Huntington or Berkeley."

50.   On August 12, 2017, several RAM members, including Daley and Miselis, attended the "Unite the Right" rally in Charlottesville, Virginia.  RAM members coordinated their attendance at that rally in the previous months.  For example, I reviewed a screenshot from a group chat on the chatroom hosting

21

service Discord, from a subgroup labeled "lodging_wanted" within a group labeled "Charlottesville 2.0," in which a user named "Ben Daley" stated on July 24, 2017, "need room for at least three Goys from CA.  For Friday and Saturday night.  Solid sober respectful experienced at these events all were in Berkeley riots.  Plz let me know."  Based on my training and experience and facts learned in this investigation, I believe that in this message, "Ben Daley" was offering his and his associates' "experience" and presence at the "Berkeley riots" as bona fides, demonstrating his intent to travel to Charlottesville to create another riot there, and seeking lodging amongst other white supremacists willing to host "Goys."

51.  I reviewed another statement posted using Discord, in a chat subgroup labeled "general_1," within the "Charlottesville 2.0" group, in which unknown users discussed whether the permit for the Unite the Right rally had been revoked.  After the users confirmed that the permit had been renewed, user "Ben Daley" responded, "Good stuff.  Regardless we should all still go.  Im flying out from CA with a handful regardless.  Fuck these jews."

52.  On July 25, 2017, RUNDO sent a text message to Miselis stating, "Hey, if you can get in touch with ben, I may have a place for you guys to stay in Charlottesville."

53.  Videos uploaded to YouTube and published by individuals and news organizations show Daley, Miselis, and other RAM members at the rally in Charlottesville with their hands taped in the manner of a boxer or mixed martial arts fighter, committing multiple assaults against multiple victims.

22

One video shows Daley approaching a man from behind as the man stood still on the side of the street watching the protestors march down the street.  Daley raised his right hand and punched the man in the back of the head, causing him to fall to the ground.  Daley then walked up to various counter-protestors who were standing in the path of the Unite the Right protestors, punched some counter-protestors in the face, and threw others to the ground.

### G.    August 2017-February 2018: RAM Members Celebrated Their Assaults and Prepared for More Events

54.    Based on my review of RAM members text messages and Facebook communications, photographs and videos posted online, and law enforcement reports, following the Charlottesville event, RAM members continued to engage in regular combat training sessions and post photographs and videos on social media promoting their assaults at prior rallies.  For example, on September 14, 2017, the RAM Twitter account posted a picture of RUNDO and another RAM member assaulting counter-protestors at the Berkeley rally, with the accompanying text: "#antiantifa, #goodnightleftsisde, #riseabovemovement."

55.    On September 25, 2017, EASON sent a text message to Miselis stating, "Im back in a position to go hard with activism.  I got sidetracked after Berkeley."  Miselis responded that "for the time being I think everyone is laying a little low on account of [Charlottesville] fallout."

56.    In November 2017, RUNDO and Miselis exchanged several text messages about creating a video promoting RAM.  On December

23

17, 2017, the "Rise Above Movement" YouTube account posted a RAM promotional video combining video of RUNDO, BOMAN, LAUBE, and other RAM members assaulting counter-protestors with photographs and video of RAM members training in hand-to-hand combat. Based on my review of text messages between RUNDO and Miselis, in which RUNDO described putting together a RAM promotional video and the clips he was using for the video, I believe that RUNDO orchestrated the creation of the video.

57. On January 10, 2018, the RAM Twitter account wrote, "What's up with giving a shoutout to the only alt right crew that actually beats antifa senseless and wins rallies."

58. On January 17, 2018, the RAM Twitter account wrote, "From the guys that [won] very rally they ever attended and always chased out antifa."

59. On February 12, 2018, Daley sent a private Facebook message to an associate stating, "We're not going be going to rally's for a few months cause we got a big trip planned but definitely after that we'll be back on the scene. Some good scenes from the April 15 Berkeley riots halfway thru this video." The associate responded, "I've never heard of you guys. Just nationalists or white nationalists?" Daley responded, "Huwhite. We were the only reason shit was popping off at socal right wing events. Were not hostile to non whites we just do our thing the way all other races do theirs. Didn't want you thinking I was just some lop critiquing from the sidelines lol."

60. As described above, RUNDO, BOMAN, LAUBE, and EASON along with other RAM members, have used the Internet to prepare

24

to incite and participate in violence at various political events, have committed violent assaults while at those events, and have applauded each other for it and publicly documented their assaults in order to recruit more members to engage in further assaults.

### V.  CONCLUSION

61.  Based on the foregoing, there is probable cause to believe RUNDO, BOMAN, LAUBE, and EASON violated Title 18, United States Code, Sections 2101 (Riots) and 371 (Conspiracy).

_____
SCOTT J. BIERWIRTH, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn
before me on October 20, 2018

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

25

**Exhibit 34**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
*In open Court*
MAY 03 2019
JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Criminal Action No. 3:18CR00025-001

BENJAMIN DRAKE DALEY


In the presence of Lisa Lorish, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment and Count One  thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.


Signature of Defendant

5/3/19
Date

Witness

1

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
MAY 03 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:18 CR 00025 (NKM) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN DRAKE DALEY | : | |

## STATEMENT OF OFFENSE

The offenses described below occurred within the Western District of Virginia, as well as other districts. This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation.

This statement of facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial in the event this plea is later withdrawn notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11, unless the Court rejects the plea agreement under Rule 11(c)(1)(C).

The defendant, BENJAMIN DRAKE DALEY, acknowledges and agrees that, in proving the elements of the crimes to which he is pleading guilty, the United States can establish the following facts beyond a reasonable doubt, and that these facts constitute an adequate basis for his plea of guilty.

In early 2017, the defendant Benjamin Drake Daley and other individuals participated in an organization originally known as the "DIY Division" that was later re-branded as the "Rise Above Movement" or "RAM." RAM was located in the greater Los Angeles, California area and represented itself as a combat-ready, militant group of a new nationalist white identity movement. RAM regularly held hand-to-hand and other combat training for RAM members and associates to prepare to engage in violent confrontations with protestors and other individuals at purported "political" rallies. They attended these rallies with the expectation that physical conflict with counter-protestors would occur, and they celebrated violence it happened. RAM leaders organized the training sessions and attendance at political rallies through phone calls and text messages. In 2017, the defendant attended several such combat training events and rallies.

Through various social media platforms, RAM would publicly post photographs of its members with their faces partially concealed. These photographs would be accompanied by

*Defendant's Initials:* 

1

statements such as "When the squad[']s not out smashing commies," "#rightwingdeathsquad," or "#goodnightleftside." The defendant posed in some of these group photographs.

### I.     Huntington Beach, California on March 25, 2017

On March 25, 2017, the defendant attended a political rally in Huntington Beach, California along with several RAM members. At that event, several RAM members engaged in physical fights with protestors and other persons. Following that rally, photographs depicting RAM members assaulting protestors and other persons were covered on the news and on various Neo-Nazi, white supremacist websites. RAM members celebrated this coverage, and used the Internet to post statements, photographs, and videos of assaults committed by RAM members at this rally in order to recruit members to engage in violent confrontations at future events. For example, on the evening after the rally, the defendant sent a text message to fellow RAM members: "Front page of [website] we did it fam." In referencing these events at Huntington Beach, the RAM Twitter account later posted a photograph showing several RAM members at the event, with the message, "Shortly after this pic antifa was btfo [i.e., blown the f—k out] in Huntington Beach."

### II.    Berkeley Riots on April 15, 2017

In early 2017, a purported political rally was scheduled to occur in Martin Luther King Jr. Civic Center Park in Berkeley, California.

In anticipation of this rally, the defendant helped to organize a RAM training on Sunday, April 9, 2017, in San Clemente, California, the weekend before the rally. At this training, one of the subjects of focus would be hand-to-hand fighting and formation fighting. The defendant attended these trainings.

Prior to the event, on or about April 14, 2017, the defendant, using his debit card and his phone number, reserved and rented a van from Airport Van Rentals located at the Los Angeles International Airport to transport the defendant and other RAM members from southern California to Berkeley, California. On the evening of Friday, April 14, 2017, the defendant and several RAM members drove together to Berkeley, California.

On April 15, 2017, several hundred people – to include the defendant and the other RAM members – attended the rally. The defendant and other RAM members were dressed in gray clothing, goggles, and with black scarfs or masks to cover the lower half of their faces. Throughout the day, there were several violent clashes between some rally attendees and individuals protesting the rally. In one of the first such instances, the defendant and other RAM members crossed the barrier separating the attendees and protestors, and physically fought with protestors.

As the rally broke up, rally attendees and protestors dispersed onto the streets of downtown Berkeley. The defendant, alongside other RAM members, followed a group of

*Defendant's Initials:* _BD_

2

protestors who were leaving the area.  Other RAM members attacked a protestor, punching him several times and stomping on him once.  The defendant kicked down a fence that was blocking the street, and then ran up to a protestor and kicked him from behind.  The protestor then sprayed the defendant with a chemical irritant.

Following the rally, photographs depicting the defendant and other RAM members assaulting protestors and other persons were covered on the news and on various Neo-Nazi, white supremacist websites.  RAM members celebrated this coverage, and used the Internet to post photograph and videos of assaults committed by RAM members in order to recruit members to engage in violent confrontations at future events.  For example, on May 15, 2017, the RAM Instagram account posted a photograph of a RAM member wearing a black skull mask at the Berkeley event along with the comment, "#rightwingdeathsquad."  On May 31, 2017, the defendant posted on Facebook: "White nationalist[s] were the reason the battle on Berkeley on April 15th was a victory."  On January 10, 2018, the RAM Twitter account posted a message describing itself as "the only alt right crew that actually beats antifa senseless and wins rallies." On February 14, 2018, the RAM Gab account posted a photograph of a RAM member punching a protestor at the Berkeley event along with the text, "Talk shit get hit!"

Because one of the RAM members had broken his hand by punching someone in Berkeley, future RAM trainings events would include training on using "palm strikes" and elbows.  Over the summer of 2017, the defendant helped organize these trainings to prepare for future rallies.

### III.    Preparations and Travel to Charlottesville in August 2017

In or around the spring and summer of 2017, an event referred to as the "Unite the Right" rally was organized and scheduled to occur on August 12, 2017, at Emancipation Park in Charlottesville, Virginia.  This rally was widely promoted on social media and internet sites associated with white-supremacist individuals and groups, and was scheduled to feature a lineup of well-known white-supremacist speakers.

On or about July 26, 2017, the defendant, through a family member, obtained a ticket on American Airlines for a round-trip commercial flight from Los Angeles International Airport in California to Charlottesville Albemarle Airport in Charlottesville, Virginia, departing on August 11, 2017 and returning on August 16, 2017.  On August 11, 2017, the defendant boarded his flight and traveled from California to Charlottesville, Virginia, landing at approximately 2:25 p.m. (EST).  At the time of his travel, the defendant expected that either he or his fellow RAM members (some of whom were also traveling to Charlottesville) would engage in violent confrontations with protestors or other individuals at the upcoming events in Charlottesville.

For example, on July 24, 2017, the defendant posted on the Discord platform to the "Charlottesville" thread for Unite the Right Rally participants that he and his co-defendants were "experienced at these events" and that "all were in Berkeley riots."  In a text message on August

*Defendant's Initials:*

3

9, 2017, the defendant described a co-defendant who would be staying with them in Charlottesville as an "Excellent fighter" and that he was "[s]toked to have him with us."

In anticipation of these confrontations, after arriving in Charlottesville, the defendant used his debit card to purchase athletic tape at the Wal-Mart for RAM members to wrap their fists in order to prevent their hands from breaking when they punched someone. In advising others when buying provisions for the weekend, the defendant advised them to "[m]ake sure to not use your card. Hit the ATM and use cash."

### IV.   The Torch-Lit March at the University of Virginia on August 11, 2017

On August 11, 2017, the evening prior to the scheduled Unite the Right rally, hundreds of individuals, including the defendant and fellow RAM members and associates, were gathering to engage in a torch-lit march on the grounds of the University of Virginia in Charlottesville, Virginia. At a nearby field where the group was gathering, the defendant and fellow RAM members and associates lined up in formation, lit their torches, and waited for the march to commence.

Throughout the march, the participants engaged in chants promoting or expressing white supremacist and other racist and anti-Semitic views, such as "Blood and soil!" and "Jews will not replace us!" The march culminated near the University of Virginia's Rotunda, where a smaller group of individuals, including University of Virginia students, had gathered around a statue of Thomas Jefferson to protest the torch-lit march. Members of this group held a banner that read: "VA Students Act Against White Supremacy." Chanting and bearing torches, the march participants encircled the Thomas Jefferson statue and surrounded the protestors. Violence erupted among the crowd, with some individuals punching, kicking, spraying chemical irritants, swinging torches, and otherwise assaulting others, all resulting in a riot as that term is defined under 18 U.S.C. § 2102. During and in furtherance of this riot, the defendant and other RAM members and associates punched and struck multiple individuals with a torch.

On February 6, 2018, in a conversation on Facebook, the defendant admitted that he was present at "the fight at the torch march" and that he "hit like 5 people."

### V.   The Unite the Right Rally on August 12, 2017

On the morning of August 12, 2017, multiple groups and individuals espousing white-supremacist and other anti-Semitic and racist views arrived in and around the vicinity of Emancipation Park in Charlottesville, Virginia, to attend the Unite the Right rally. When they showed up to Emancipation Park, the defendant and other RAM members had in fact wrapped their hands with the white athletic tape purchased the day prior. After several instances of violence prior to the scheduled start of the rally, law enforcement declared an "unlawful assembly" and required rally participants to disperse.

*Defendant's Initials:*

4

One of the first breakouts of violence on the morning of August 12, 2017 occurred on 2nd Street NE, between Jefferson and High Streets, in downtown Charlottesville. The defendant and other RAM members were part of a large group of (over forty) individuals seeking entry to Emancipation Park by way of 2nd Street NE, but were told by members of law enforcement they had to enter from a different location. The group, including the defendant and other RAM members, turned around, lined up, and began to make their way through a group of (over twenty) individuals who had come to the rally to protest against racial and other forms of discrimination.

As they made their way through the group of protestors who were blocking their path to the park, the defendant and other RAM members collectively pushed, punched, kicked, choked, head-butted, and otherwise assaulted several individuals, resulting in a riot. During an in furtherance of this riot, the defendant personally committed multiple acts, including but not limited to, the following: (1) punching a protestor at least twice and kicking him once; (2) attempting to punch a second protestor; (3) grabbing a protestor and throwing her off the sidewalk; and (4) grabbing a protestor by her throat and throwing her to the ground. These acts were not in self-defense.

May 1 2019
Date

Benjamin Drake Daley
Defendant

5/3/19
Date

Lisa Lorish
Counsel for Benjamin Daley

5 - 3 - 19
Date

Thomas T. Cullen
United States Attorney

5/3/19
Date

Christopher Kavanaugh
Assistant United States Attorney

*Defendant's Initials:* BD

5

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
In open court
FILED
MAY 03 2019
JULIA C. DUDLEY CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA      :
     :
        v.      :    **Case No. 3:18cr25 (NKM)**
     :
BENJAMIN DRAKE DALEY      :

## PLEA AGREEMENT

I have agreed to enter into a plea agreement with the United States of America, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that this plea agreement expires on **May 3, 2019**, and that I must enter this guilty plea by or on that date, unless an extension is agreed upon by the United States Attorney's Office for the Western District of Virginia.

The terms and conditions of this agreement are as follows:

## A. CHARGE(S) TO WHICH I AM PLEADING GUILTY AND WAIVER OF RIGHTS

### 1. The Charges and Potential Punishment

My attorney has informed me of the nature of the charge(s) and the elements of the charge(s) that must be proved by the United States beyond a reasonable doubt before I could be found guilty as charged.

I will enter a plea of guilty to Count 1 of the Indictment.

Count 1 charges me with Conspiracy to Riot, in violation of 18 U.S.C. § 371. The maximum statutory penalty is a fine of $250,000, a imprisonment for a term of five years, plus a term of supervised release of three years.

I understand restitution may be ordered, my assets may be subject to forfeiture, and fees may be imposed to pay for incarceration, supervised release, and costs of prosecution. In addition, a $100 special assessment, pursuant to 18 U.S.C. § 3013, will be imposed per

*Defendant's Initials:* BD

Page 1 of 12

felony count of conviction.  I further understand my supervised release may be revoked if I violate its terms and conditions.  I understand a violation of supervised release increases the possible period of incarceration.

I am pleading guilty as described above because I am in fact guilty and because I believe it is in my best interest to do so and not because of any threats or promises.  There has been no promise made whatsoever by anyone as to what the final disposition of this matter will be.

## 2. Waiver of Constitutional Rights Upon a Plea of Guilty

I acknowledge I have had all of my rights explained to me and I expressly recognize I have the following constitutional rights and, by voluntarily pleading guilty, I knowingly waive and give up these valuable constitutional rights:

a. The right to plead not guilty and persist in that plea;
b. The right to a speedy and public jury trial;
c. The right to assistance of counsel at that trial and in any subsequent appeal;
d. The right to remain silent at trial;
e. The right to testify at trial;
f. The right to confront and cross-examine witnesses called by the government;
g. The right to present evidence and witnesses in my own behalf;
h. The right to compulsory process of the court;
i. The right to compel the attendance of witnesses at trial;
j. The right to be presumed innocent;
k. The right to a unanimous guilty verdict; and
l. The right to appeal a guilty verdict.

## 3. Dismissal of Counts

If I comply with my obligations under the plea agreement, the United States will move, at sentencing, that I be dismissed as a defendant in any remaining count(s).  I stipulate and agree the United States had probable cause to bring all the counts in the Indictment which are being dismissed under this agreement, these charges were not frivolous, vexatious or in bad faith, and I am not a "prevailing party" with regard to these charges.  I further waive any claim for attorney's fees and other litigation expenses arising out of the investigation or prosecution of this matter.

*Defendant's Initials:*  BD

## B. SENTENCING PROVISIONS

### 1. General Matters

Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the United States and I agree I shall be sentenced to a period of incarceration within the range of 27 months to 42 months. The parties agree this is a reasonable sentence considering all of the facts and circumstances of this case. I understand the Court must sentence me within this range or reject the plea agreement. If, and only if, the Court rejects the plea agreement, I will be given an opportunity to withdraw my guilty plea. The United States and I agree all other sentencing matters, including, but not limited to, supervised release, fines, and restitution, are left to the Court's discretion. Because the parties have stipulated the agreed to sentence of imprisonment is reasonable regardless of the guidelines calculations, I waive any right I may have to any future reduction in sentence based on a change in the sentencing guidelines.

I understand I will have an opportunity to review a copy of my presentence report in advance of my sentencing hearing and may file objections, as appropriate. I will have an opportunity at my sentencing hearing to present evidence, bring witnesses, cross-examine any witnesses the government calls to testify, and argue to the Court what an appropriate sentence should be within the confines of the terms of this agreement.

I understand I will not be eligible for parole during any term of imprisonment imposed.

### 2. Sentencing Guidelines

I stipulate and agree that all matters pertaining to any of the counts of the charging document(s), including any dismissed counts, are relevant conduct for purposes of sentencing.

The parties agree the 2018 edition of the United States Sentencing Guidelines Manual applies to any guidelines calculation made pertaining to my offense(s). I stipulate that the following guideline section(s) are applicable to my conduct:

| | | Aggravated Assault |
|---|---|---|
| 2A2.2 | 14 | (Assault Involving Intent to Commit Another Felony) |
| 2A2.2(b)(1) | + 2 | Offense involved more than minimal planning |
| 2A2.2(b)(3)(A) | + 3 | Victim sustained bodily injury |

*Defendant's Initials:* BD

Page 3 of 12

| 3B1.1(c) | + | 2 | Organizer/leader |
|----------|---|---|------------------|

The United States stipulates that the guideline section(s) set forth in this section should apply to my conduct.

I understand other guideline sections may be applicable to my case and the United States and I will be free to argue whether these sections should or should not apply; to the extent the arguments are not inconsistent with the stipulations, recommendations and terms set forth in this plea agreement.

I understand the United States retains its right to seek a sentence outside of the applicable guideline range.

I agree to accept responsibility for my conduct. If I comply with my obligations under this plea agreement and accept responsibility for my conduct, the United States will recommend the Court grant me a two-level reduction in my offense level, pursuant to U.S.S.G. § 3E1.1(a) and, if applicable, at sentencing, will move that I receive a one-level reduction in my offense level, pursuant to U.S.S.G. § 3E1.1(b), for purposes of any guidelines calculation. However, I stipulate that if I fail to accept responsibility for my conduct or fail to comply with any provision of this plea agreement, I should not receive credit for acceptance of responsibility.

### 3. Monetary Obligations

#### a. Special Assessments, Fines and Restitution

I understand persons convicted of crimes are required to pay a mandatory assessment of $100.00 per felony count of conviction. I agree I will submit to the U.S. Clerk's Office, a certified check, money order, or attorney's trust check, made payable to the "Clerk, U.S. District Court" for the total amount due for mandatory assessments prior to entering my plea of guilty.

I agree to pay restitution for the entire scope of my criminal conduct, including, but not limited to, all matters included as relevant conduct. In addition, I agree to pay any restitution required by law, including, but not limited to, amounts due pursuant to 18 USC §§ 2259, 3663, and/or 3663A. I understand and agree a requirement I pay restitution for all of the above-stated matters will be imposed upon me as part of any final judgment in this matter.

*Defendant's Initials:* BD

I further agree to make good faith efforts toward payment of all mandatory assessments, restitution and fines, with whatever means I have at my disposal. I agree failure to do so will constitute a violation of this agreement. I will execute any documents necessary to release the funds I have in any repository, bank, investment, other financial institution, or any other location in order to make partial or total payment toward the mandatory assessments, restitution and fines imposed in my case.

I fully understand restitution and forfeiture are separate financial obligations which may be imposed upon a criminal defendant. I further understand there is a process within the Department of Justice whereby, in certain circumstances, forfeited funds may be applied to restitution obligations. I understand no one has made any promises to me that such a process will result in a decrease in my restitution obligations in this case.

I understand and agree, pursuant to 18 U.S.C. §§ 3613 and 3664(m), whatever monetary penalties are imposed by the Court will be due immediately and subject to immediate enforcement by the United States as provided for by statute. I understand if the Court imposes a schedule of payments, that schedule is only a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment.

I agree to grant the United States a wage assignment, liquidate assets, or complete any other tasks which will result in immediate payment in full, or payment in the shortest time in which full payment can be reasonably made as required under 18 U.S.C. § 3572(d).

I expressly authorize the United States Attorney's Office to obtain a credit report on me in order to evaluate my ability to satisfy any financial obligation imposed by the Court.

I agree the following provisions, or words of similar effect, should be included as conditions of probation and/or supervised release: (1) "The defendant shall notify the Financial Litigation Unit, United States Attorney's Office, in writing, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation after the execution of this agreement until all fines, restitution, money judgments and monetary assessments are paid in full" and (2) "The Defendant shall notify the Financial Litigation Unit, United States Attorney's Office, in writing, at least 30 days prior to transferring any interest in property owned directly or indirectly by Defendant, including any interest held or owned under any other name or entity, including trusts, partnership and/or corporations until all fines, restitution, money judgments and monetary assessments are paid in full."

*Defendant's Initials:* BD

Page 5 of 12

The parties will also jointly recommend that as a condition of probation or supervised release, Defendant will notify the Financial Litigation Unit, United States Attorney's Office, before Defendant transfers any interest in property owned directly or indirectly by Defendant, including any interest held or owned under any other name or entity, including trusts, partnership and/or corporations. See 18 U.S.C. § 3664(k), (n).

Regardless of whether or not the Court specifically directs participation or imposes a schedule of payments, I agree to fully participate in inmate employment under any available or recommended programs operated by the Bureau of Prisons.

I agree any payments made by me shall be applied fully to the non-joint and several portion of my outstanding restitution balance until the non-joint and several portion of restitution is paid in full, unless the Court determines that to do so would cause a hardship to a victim of the offense(s).

**b.   Duty to Make Financial Disclosures**

I understand in this case there is a possibility substantial fines and/or restitution may be imposed.  In order to assist the United States as to any recommendation and in any necessary collection of those sums, I agree, if requested by the United States, to provide a complete and truthful financial statement to the United States Attorney's Office, within 30 days of the request or 3 days prior to sentencing, whichever is earlier, detailing all income, expenditures, assets, liabilities, gifts and conveyances by myself, my spouse and my dependent children and any corporation, partnership or other entity in which I hold or have held an interest, for the period starting on January 1st of the year prior to the year my offense began and continuing through the date of the statement.  This financial statement shall be submitted in a form acceptable to the United States Attorney's office.

From the time of the signing of this agreement or the date I sign the financial statement, whichever is earlier, I agree not to convey anything of value to any person without the authorization of the United States Attorney's Office.

**c.   Understanding of Collection Matters**

I understand:

1. as part of the judgment in this case I will be ordered to pay one or more monetary obligations;
2. payment should be made as ordered by the Court;

*Defendant's Initials:* BD

Page 6 of 12

3. I must mail payments, by cashier's check or money order, payable to the "Clerk, U.S. District Court" to: 210 Franklin Road, S.W., Suite 540, Roanoke, Virginia 24011; and include my name and court number on the check or money order;

4. interest (unless waived by the Court) and penalties must be imposed for late or missed payments;

5. the United States may file liens on my real and personal property that will remain in place until monetary obligations are paid in full, or until liens expire (the later of 20 years from date of sentencing or release from incarceration);

6. if I retain counsel to represent me regarding the United States' efforts to collect any of my monetary obligations, I will immediately notify the United States Attorney's Office, ATTN: Financial Litigation Unit, P.O. Box 1709, Roanoke, Virginia 24008-1709, in writing, of the fact of my legal representation; and

7. I, or my attorney if an attorney will represent me regarding collection of monetary obligations, can contact the U.S. Attorney's Office's Financial Litigation Unit at 540/857-2259.

## C. ADDITIONAL MATTERS

### 1. Waiver of Right to Appeal

Knowing that I have a right of direct appeal of my sentence under 18 U.S.C. § 3742(a) and the grounds listed therein, I expressly waive the right to appeal my sentence on those grounds or on any ground. In addition, I hereby waive my right of appeal as to any and all other issues in this matter and agree I will not file a notice of appeal. I am knowingly and voluntarily waiving any right to appeal. By signing this agreement, I am explicitly and irrevocably directing my attorney not to file a notice of appeal. *Notwithstanding any other language to the contrary, I am not waiving my right to appeal or to have my attorney file a notice of appeal, as to any issue which cannot be waived by law, or a claim that 18 U.S.C. § 2101 is unconstitutional.* I understand the United States expressly reserves all of its rights to appeal. **I agree and understand if I file any court document (except for an appeal based on an issue that cannot be waived, by law, or a collateral attack based on ineffective assistance of counsel) seeking to disturb, in any way, any order imposed in my case such action shall constitute a failure to comply with a provision of this agreement.**

### 2. Waiver of Right to Collaterally Attack

I waive any right I may have to collaterally attack, in any future proceeding, any order issued in this matter, unless such attack is based on ineffective assistance of counsel,

*Defendant's Initials:* BD

Page 7 of 12

13

and agree I will not file any document which seeks to disturb any such order, unless such filing is based on ineffective assistance of counsel. **I agree and understand that if I file any court document (except for an appeal based on an issue not otherwise waived in this agreement; an appeal based on an issue that cannot be waived, by law; or a collateral attack based on ineffective assistance of counsel) seeking to disturb, in any way, any order imposed in my case, such action shall constitute a failure to comply with a provision of this agreement.**

### 3. Information Access Waiver

I knowingly and voluntarily agree to waive all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including without limitation any records that may be sought under the Freedom of Information Act, 5 U.S.C. §552, or the Privacy Act of 1974, 5 U.S.C. §552a.

### 4. Deportation

I understand if I am not a citizen of the United States, I may be subject to deportation from the United States, denied United States citizenship, and denied admission to the United States in the future, as a result of my conviction for the offense(s) to which I am pleading guilty.

### 5. Admissibility of Statements

I understand any statements I make (including this plea agreement, and my admission of guilt) during or in preparation for any guilty plea hearing, sentencing hearing, or other hearing and any statements I make or have made to law enforcement agents, in any setting (including during a proffer), may be used against me in this or any other proceeding. I knowingly waive any right I may have under the Constitution, any statute, rule or other source of law to have such statements, or evidence derived from such statements, suppressed or excluded from being admitted into evidence and stipulate that such statements can be admitted into evidence.

### 6. Additional Obligations

I agree not to commit any of the following acts:

- attempt to withdraw my guilty plea;

*Defendant's Initials:* BD

Page 8 of 12

- deny I committed any crime to which I have pled guilty;
- make or adopt any arguments or objections to the presentence report that are inconsistent with this plea agreement;
- obstruct justice;
- fail to comply with any provision of this plea agreement;
- commit any other crime;
- make a false statement;
- fail to enter my plea of guilty by May 3, 2019 – the expiration date of this plea agreement – unless a continuance is agreed to by the United States Attorney's Office and granted by the Court;

## 7. **Completion of Prosecution**

The United States Attorney's Office for the Western District of Virginia and the United States Attorney's Office for the Central District of California agree that if I comply with my obligations under this plea agreement and I am sentenced by this Court, they will not charge me with any additional violations of 18 U.S.C. § 2101 for the conduct included in the Statement of Offense.

## D. **REMEDIES AVAILABLE TO THE UNITED STATES**

I hereby stipulate and agree that the United States Attorney's office may, at its election, pursue any or all of the following remedies if I fail to comply with any provision of this agreement:  (a) declare this plea agreement void; (b) refuse to dismiss any charges; (c) reinstate any dismissed charges; (d) file new charges; (e) withdraw any substantial assistance motion made, regardless of whether substantial assistance has been performed; (f) refuse to abide by any provision, stipulations, and/or recommendations contained in this plea agreement; or (g) take any other action provided for under this agreement or by statute, regulation or court rule.

In addition, I agree if, for any reason, my conviction is set aside, or I fail to comply with any obligation under the plea agreement, the United States may file, by indictment or information, any charges against me which were filed and/or could have been filed concerning the matters involved in the instant investigation.  I hereby waive my right under Federal Rule of Criminal Procedure 7 to be proceeded against by indictment and consent to the filing of an information against me concerning any such charges.  I also hereby waive any statute of limitations defense as to any such charges.

*Defendant's Initials:* ___BD___

Page 9 of  12

The remedies set forth above are cumulative and not mutually exclusive. The United States' election of any of these remedies, other than declaring this plea agreement void, does not, in any way, terminate my obligation to comply with the terms of the plea agreement. The use of "if" in this section does not mean "if, and only if."

## E. GENERAL PROVISIONS

### 1. Limitation of Agreement

This agreement only binds the United States Attorney's Office for the Western District of Virginia, except as provided in Section C, paragraph 8 above. Otherwise, it does not bind any state or local prosecutor, other United States Attorney's Office or other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, or the Internal Revenue Service of the United States Department of the Treasury. These individuals and agencies remain free to prosecute me for any offense(s) committed within their respective jurisdictions.

### 2. Effect of My Signature

I understand my signature on this agreement constitutes a binding offer by me to enter into this agreement. I understand the United States has not accepted my offer until it signs the agreement.

### 3. Effective Representation

I have discussed the terms of the foregoing plea agreement and all matters pertaining to the charges against me with my attorney and am fully satisfied with my attorney and my attorney's advice. At this time, I have no dissatisfaction or complaint with my attorney's representation. I agree to make known to the Court no later than at the time of sentencing any dissatisfaction or complaint I may have with my attorney's representation.

### 4. Misconduct

If I have any information concerning any conduct of any government attorney, agent, employee, or contractor which could be construed as misconduct or an ethical, civil, or criminal violation, I agree to make such conduct known to the United States Attorney's Office and the Court, in writing, as soon as possible, but no later than my sentencing hearing.

*Defendant's Initials:*  BD

Page 10 of 12

16

5. **Final Matters**

I understand a thorough presentence investigation will be conducted and sentencing recommendations independent of the United States Attorney's Office will be made by the presentence preparer, which the Court may adopt or take into consideration. I understand any calculation regarding the guidelines by the United States Attorney's Office or by my attorney is speculative and is not binding upon the Court, the Probation Office or the United States Attorney's Office. No guarantee has been made by anyone regarding the effect of the guidelines on my case.

I understand the prosecution will be free to allocute or describe the nature of this offense and the evidence in this case and make any recommendations not prohibited by this agreement.

I understand the United States retains the right, notwithstanding any provision in this plea agreement, to inform the Probation Office and the Court of all relevant facts, to address the Court with respect to the nature and seriousness of the offense(s), to respond to any questions raised by the Court, to correct any inaccuracies or inadequacies in the presentence report and to respond to any statements made to the Court by or on behalf of the defendant.

I willingly stipulate there is a sufficient factual basis to support each and every material factual allegation contained within the charging document(s) to which I am pleading guilty.

I understand this agreement does not apply to any crimes or charges not addressed in this agreement. I understand if I should testify falsely in this or in a related proceeding I may be prosecuted for perjury and statements I may have given authorities pursuant to this agreement may be used against me in such a proceeding.

I understand my attorney will be free to argue any mitigating factors on my behalf, to the extent they are not inconsistent with the terms of this agreement. I understand I will have an opportunity to personally address the Court prior to sentence being imposed.

This writing sets forth the entire understanding between the parties and constitutes the complete plea agreement between the United States Attorney for the Western District of Virginia and me, and no other additional terms or agreements shall be entered except and unless those other terms or agreements are in writing and signed by the parties. This plea agreement supersedes all prior understandings, promises, agreements, or conditions,

*Defendant's Initials:* BD

Page 11 of 12

if any, between the United States and me.

I have consulted with my attorney and fully understand all my rights.  I have read
this plea agreement and carefully reviewed every part of it with my attorney.  I understand
this agreement and I voluntarily agree to it.  I have not been coerced, threatened, or
promised anything other than the terms of this plea agreement, described above, in
exchange for my plea of guilty.  Being aware of all of the possible consequences of my
plea, I have independently decided to enter this plea of my own free will, and am affirming
that agreement on this date and by my signature below.

Date: May 1 2019

Benjamin Drake Daley, Defendant

I have fully explained all rights available to my client with respect to the offenses listed in
the pending charging document(s).  I have carefully reviewed every part of this plea
agreement with my client.  To my knowledge, my client's decision to enter into this
agreement is an informed and voluntary one.

If I will continue to represent my client regarding the United States' efforts to collect
any monetary obligations, I will notify the United States Attorney's Office, ATTN:
Financial Litigation Unit, P.O. Box 1709, Roanoke, Virginia 24008-1709, in writing, of
the fact of my continued legal representation within 10 days of the entry of judgment in
this case.

Date: 5/3/19

Lisa M. Lorish
Counsel for Defendant

Date: 5-3-19

Thomas T. Cullen
United States Attorney

Date: 5/3/19

Christopher R. Kavanaugh
Assistant United States Attorney

Defendant's Initials: BD

Page 12 of 12

**Exhibit 35**

FD-302 (Rev. 5-8-10)

- 1 of 2 -



UNCLASSIFIED//LES

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___05/21/2019___

    Sergeant ████████████, S-2, with approximately 19 years as an Officer with the Berkeley Police Department (BPD), 2100 Martin Luther King Jr. Way, Berkeley, CA 94704, telephone number ███████████, was interviewed at BPD Headquarters (HQ).  Also present were AUSA's David Ryan and George Pence. After being advised of the identity of the interviewers and the nature of the interview, ████████ provided the following information:

    On 04/15/2017, ████████ was leading the intelligence team within the BPD HQ.  ████████ detailed "real-time" intelligence via live video streams and visual observation in order to distribute information to the Officers in the field for operational planning.  The footage was obtained primarily through the filming of open source news outlets and live feeds from BPD.  The live-streaming was coming in from social media sites such as YouTube, Twitter, 4Chan, and Indybay.  ████████ would occasionally authenticate the live footage in person by observing the events from BPD HQ.

    ████████ knew to anticipate violence due to several open source news and media outlets reporting on the violence from previous similar events, along with controversial social media blogs and antagonizing posts regarding the upcoming 04/15/2017 event.  ████████ knew there was a "high likelihood" of violence from both sides due to this 04/15/2017 event being the 3rd or 4th of these types of recent events.

    Throughout the day, ████████ observed a group of young white males, some wearing skull masks, later identified as RAM (Rise Above Movement), making their presence known, and engaging in several acts of violence on the grass of Martin Luther King Jr. Civic Center Park (MLK Park) and then up Center Street afterwards.  During the entire event, ████████ observed RAM on the frontline of the Right-side instigating the violence against the Left-side. Rafferty did not see the RAM group near or attempting to defend speakers who were back by the fountain trying to get their message out.

UNCLASSIFIED//LES

| | | |
|---|---|---|
| Investigation on 05/01/2019 | at | Berkeley, California, United States (In Person) |

File # ████████████████

Date drafted 05/07/2019

by Henry R. Waldheim

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USA_00201282

1

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//LES**



(U//LES) Interview of Berkeley PD Sergeant

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮ , On 05/01/2019 , Page 2 of 2

    ▮▮▮▮▮▮ would notify Officers as the violence was taking place. ▮▮▮▮▮▮ tracked the violence up Center Street, via live-streaming, as the Right-side, including the RAM group, was aggressively pursing the Left-side as they fled up Center Street.

    ▮▮▮▮▮▮ stated that to his knowledge, no person or group saught a permit for the 04/15/2017 event, nor was a permit given for the 04/15/2017 event. The rally/riot was not allowed and was an un-permitted event.

    (Administrative Note: a signed declaration from the City of Berkeley states that no permit was applied for, nor given out for the free speech event that occurred in Berkeley's MLK Park on 04/15/2017 and is attached as a 1A to this report.)

FD-302 (Rev. 5-8-10)

- 1 of 2 -



UNCLASSIFIED//LES

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     05/17/2019

    Officer ███████████, ████, a former United States Marine with three years on the Berkeley Police Department (BPD), 2100 Martin Luther King Jr. Way, Berkeley, CA 94704, telephone number ██████████, was interviewed at BPD Headquarters (HQ).  Also present were AUSA's David Ryan and George Pence.  After being advised of the identity of the interviewers and the nature of the interview, ███████ provided the following information:

    On 04/15/2017, ████████ was assigned to monitor the Berkeley rally/riot as a "floater" in a car.  He was to act as mobile response and initially stationed himself at incident command at BPD HQ which was located adjacent to the North West corner of Martin Luther King Jr. Civic Center Park (MLK Park) where the event was occurring.  Leading up to the event, prior events and intelligence briefings, along with open source information and reporting, led ████████ to have an expectation of violence and to anticipate that the right-wing and left-wing groups were planning to engage in violence at the rally/riot that day.

    ████████ was initially roaming around at an entry control/casualty collection check point near the BPD HQ when he noticed groups of people breaking through the established orange snow fence barriers.  The snow fence was set up in the middle of MLK Park to divide the right-wing group from the left-wing group and to establish a corridor where the BPD officers could operate out of and attempt to keep the peace.

    ████████ then stationed himself at the North East corner of MLK Park to watch the "flank" of the Special Response Team's (SRT) located inside the park.  ████████ noticed among the right-wing side groups that contained the "true believers" of the "troll culture" with their "frog flags" who appeared "battle ready", including some with helmets on, which told ████████ that people were definitely "coming to fight" and "here to fight."  ████████ noticed ANTIFA among the left-wing side in their "all black" clad

UNCLASSIFIED//LES

| | | |
|---|---|---|
| Investigation on | 05/01/2019 | at Berkeley, California, United States (In Person) |

File # ████████████      Date drafted  05/06/2019

by  Henry R. Waldheim

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USA_00201279

3

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//LES**

██████████████     (U//LES) Interview of Berkeley PD Officer

Continuation of FD-302 of   Semir Muratovic                                    , On  05/01/2019  , Page   2 of 2

clothing.

██████████   recognized significant elements on both sides that were prepared for violence.  ████████   remembers seeing the "Defend America" banner as it was being moved forward in the crowd by an organized group of young white males, later identified as RAM (Rise Above Movement).  ████████ observed several of the young white males holding the "Defend America" banner wearing similar clothing such as tight grey shirts with skull masks, mechanics gloves, their hands taped-up, mouth guards, and goggles.  The mouth guards could clearly be seen under the tight clothing because they formed a little "u" outline in the clothing. Throughout the day, the RAM group would antagonize and then fight with counter-protestors.  On multiple occassions, they would pick a person and then go after the person as a group, pulling the person out, isolate them, and then attacking them.

After several fights in and around MLK Park, a large group of counter-protestors began backing up and retreating East up Center Street and ████████   could see the RAM group pursuing and engaging them in fighting. ████████   recalled seeing a blond haired individual, whom he later identified as Ben DALEY, who appeared to be leading the group of young white males.  More counter-protestors came out to support the retreating group and the crowd seemed to dissipate from there at the end of Center Street near the Shattuck Avenue.  At some point during the fighting, ████████  arrested a guy throwing eggs, took him into custody and left the scene.

## **Exhibit 36**
## **(filed under seal)**