**DECLARATION OF SOLOMON KIM**

I, Solomon Kim, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I am one of the prosecutors assigned to United States v. Rundo et al., No. CR 2:18-759-CJC. I have knowledge of the facts set forth herein.

2. Attached as **Exhibit A** is a February 22, 2024, email correspondence with the chambers of the Honorable Steve Kim, United States Magistrate Judge.

3. On February 22, 2024, counsel for defendant Robert Rundo called me at approximately 4:45 p.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 12, 2024.

/s/
SOLOMON KIM
Assistant United States Attorney