| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | APR 18 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

ROBERT RUNDO,

    Defendant - Appellee.

No. 24-1054

D.C. No. 2:18-cr-00759-CJC-1
Central District of California,
Los Angeles

ORDER

Before: PAEZ and M. SMITH, Circuit Judges, and TIGAR, District Judge.*

Defendant-Appellee Robert Rundo's Motion to Dismiss (Dkt. No. 4) is **GRANTED**.  This case is **DISMISSED AS MOOT** and all other pending motions in this appeal are **DENIED AS MOOT.**

---

    *    The Honorable Jon S. Tigar, United States District Judge for the Northern District of California, sitting by designation.