# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No. | CR 18-00759-CJC-1 |
| Date | April 30, 2024 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Rolls Royce Paschal | Sharon Seffens | Solomon Kim; Kathrynne Seiden; Mark Takla |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | X | X | | 1) Julia Deixler, DFPD; Caroline Platt, DFPD | X | X | |

**PROCEEDINGS:** DEFENDANT ROBERT PAUL RUNDO'S MOTION FOR BAIL PENDING APPEAL PURSUANT TO 18 U.S.C. §§ 3142 AND 3143(C) [389]

Joey Johnson, PSA also present.

Order issued.   Motion hearing held.   The Court hears oral argument from the parties.

Witnesses called, sworn, and testified.   The evidentiary hearing is held.

For the reasons stated on the record, Federal Public Defender shall file the order to the United States Court of Appeals for the Ninth Circuit.

|  | 2 : 10 |
|---|---|
| Initials of Deputy Clerk | rrp |

**cc: PSA, USPO, USM, BOP**