CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org)
CAROLINE S. PLATT (Bar No. 353326)
(E-Mail: caroline_platt@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT RUNDO,<br><br>　　　　　　Defendant. | Case No. CR 18-759-CJC-1<br><br>***EX PARTE* APPLICATION FOR AN ORDER TO STRIKE APPEARANCE OF ATTORNEY STEPHEN YAGMAN FROM THE DOCKET** |

Deputy Federal Public Defenders Julia Deixler, Erin M. Murphy, and Caroline S. Platt, counsel of record for Defendant Robert Rundo, hereby apply *ex parte* for an order to strike the appearance of attorney Stephen Yagman as counsel for Robert Paul Rundo in this matter.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 16, 2024        By  */s/ Julia Deixler*
                                ERIN M. MURPHY
                                JULIA DEIXLER
                                CAROLINE PLATT
                                Deputy Federal Public Defenders
                                Attorneys for ROBERT RUNDO

1

## MEMORANDUM

When counsel is already appointed for a criminal defendant, a request to substitute in as new counsel must be accompanied by an application signed by the defendant and an accompanying proposed order. *See* C.D. Cal. Form G-01. Such application must identify the attorney seeking to withdraw as counsel, identify the attorney seeking to substitute in as new counsel, and include the written consent of the party represented by the withdrawing attorney. *See id.* Further, any attorney, whether appointed or retained, may not withdraw as counsel except by leave of court. C.D. Cal. L.Cr.R. 44-1.

On May 16, 2024, attorney Stephen Yagman filed a form "Notice of Appearance or Withdrawal of Counsel." Dkt. No. 414. The notice asserted that Mr. Yagman was seeking to appear as pro bono counsel on behalf of Robert Paul Rundo. *Id*. The notice did not indicate that appointed counsel was withdrawing as counsel. Mr. Yagman's filing was not accompanied by an application for substitution of counsel, nor was it accompanied by any written consent of Mr. Rundo. The Office of the Federal Public Defender has not sought to withdraw as counsel in this matter and is not proceeding as co-counsel with Mr. Yagman. Undersigned counsel therefore believes that the Notice of Appearance filed by Mr. Yagman was procedurally improper, and that both the notice and his appearance should be stricken from the docket.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 16, 2024     By  /s/ Julia Deixler
ERIN M. MURPHY
JULIA DEIXLER
CAROLINE PLATT
Deputy Federal Public Defenders
Attorneys for ROBERT RUNDO

2

# DECLARATION OF JULIA DEIXLER

I, Julia Deixler, declare:

1. I am an attorney at the Office of the Federal Public Defender in the Central District of California. Along with my co-counsel Erin Murphy and Caroline Platt, I am appointed to represent defendant Robert Rundo in *United States v. Robert Rundo, et al.*, 18-CR-759-CJC.

2. On May 16, 2024, I received a Notice of Electronic Filing indicating that attorney Stephen Yagman had filed a Notice of Appearance on behalf of Mr. Rundo. Neither I nor my co-counsel received any communication from Mr. Yagman prior to that filing.

3. Neither I nor my co-counsel have been presented with a substitution of counsel form in this matter or otherwise informed that Mr. Rundo seeks to replace the Office of the Federal Public Defender as his counsel.

4. On May 16, 2024, I contacted Mr. Yagman at the email address listed on his filed Notice of Appearance. I advised Mr. Yagman by email that I would be filing this *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2024, at Los Angeles, California.

*/s/ Julia Deixler* .
JULIA DEIXLER
Deputy Federal Public Defender