CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org)
CAROLINE S. PLATT (Bar No. 353326)
(E-Mail: caroline_platt@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ROBERT RUNDO,<br><br>            Defendant. | Case No. CR 18-759-CJC-1<br><br>**[PROPOSED] ORDER TO STRIKE APPEARANCE OF ATTORNEY STEPHEN YAGMAN FROM THE DOCKET** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the *Ex Parte* Application for an Order to Strike the Appearance of Attorney Stephen Yagman from the Docket is GRANTED. Docket No. 414, as well as Mr. Yagman's appearance as counsel on the docket, shall be stricken.

DATED: May __, 2024                    _____
                                        HONORABLE CORMAC J. CARNEY
                                        United States District Judge

Presented by:
*/s/ Julia Deixler*
Deputy Federal Public Defender