# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RUNDO,<br><br>　　　　　Defendant. | Case No. CR 18-759-CJC-1<br><br>**ORDER TO STRIKE APPEARANCE OF ATTORNEY STEPHEN YAGMAN FROM THE DOCKET [415]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the *Ex Parte* Application for an Order to Strike the Appearance of Attorney Stephen Yagman from the Docket is GRANTED. Docket No. 414, as well as Mr. Yagman's appearance as counsel on the docket, shall be stricken.

DATED: May 17, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　United States District Judge

Presented by:
*/s/ Julia Deixler*
Deputy Federal Public Defender