STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Robert Paul Rundo

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>  v.<br><br>ROBERT PAUL RUNDO,<br><br>   Defendants. | 18-cr-00759-CJC<br><br>**AFTER-THE-FACT RESPONSE TO JULIA DEIXLER'S *EX PARTE* APPLICATION**<br><br><br>Judge Cormac J. Carney |

   Stephen Yagman did not see, or know about, Julia Deixler's *ex parte* application until after it had been ruled upon, and now states the following in response to it:

   1. The correct form, G-123, was filed on May 16, because Mr. Yagman had been asked by Mr. Rundo to appear on Mr. Rundo's behalf;

   2. Form G-01 was not used because Mr. Rundo did not request that Mr. Yagman substitute in, in place and stead of another counsel;

   3. In these two regards, the *ex parte* application misstates matters;

   4. Mr. Yagman re-confirmed with Mr. Rundo, in a face-to-face meeting at the MDCLA on the morning of May 17, that Mr. Rundo wishes Mr. Yagman to represent him in this action, as is indicated in the immediately-prior filing.

5. Mr. Yagman does not now, nor has he ever, communicated via email. *See Munoz v. Superior Court*, 2022 WL 7150155, *2 (C.D. Cal. 2022) ("counsel [meaning Mr. Yagman] has every right not to use email except for filing and to communicate only by mail and phone . . . .").

6. Ms. Deixler never telephoned Mr. Yagman.

**YAGMAN + REICHMANN, LLP**

By: _____
**STEPHEN YAGMAN**