| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:18-CR-00759-CJC-3 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | CR-24-50172-PHX-SPL |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Mr. Tyler Laube | Central of California | Western |
| FILED CLERK, U.S. DISTRICT COURT 8/22/2024 CENTRAL DISTRICT OF CALIFORNIA BY: MMC DEPUTY | NAME OF SENTENCING JUDGE | |
| | Honorable Cormac J. Carney | |
| | DATES OF: SUPERVISED RELEASE | FROM April 4, 2024 — TO April 3, 2025 |

**OFFENSE**
18 USC 245(b)(3) Interference with a Federally Protected Right Without Bodily Injury

**JUSTIFICATION/REASON FOR TRANSFER:**
Tyler Laube will be residing in the District of Arizona permanently.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    **CENTRAL**    DISTRICT OF    **CALIFORNIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Arizona</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

08/07/2024
Date

_Dolly M. Gee_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    **ARIZONA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/19/2024
Effective Date

_S. Logan_
United States District Judge