E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANNA P. BOYLAN (Cal. Bar No. 322791)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2170 / 0631
    Facsimile: (213) 894-0141
    E-mail:    anna.boylan@usdoj.gov
               kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>ROBERT PAUL RUNDO, et al.,<br><br>      Defendants. | No. CR 2:18-00759-JLS<br><br>JOINT STATUS REPORT |

Plaintiff United States of America, by and through its counsel of record, Anna P. Boylan and Kathrynne N. Seiden, Assistant United States Attorneys for the Central District of California, and Deputy Federal Public Defenders Erin Murphy and Julia Deixler, counsel of record for and on behalf of defendant Robert Paul Rundo, and Peter Swarth, counsel of record for and on behalf of defendant Robert Boman, hereby respectfully submit a joint status report in the above-captioned case, as required by the Court's order on August 22, 2024. (Dkt. No. 430.)

1. As to defendant Robert Paul Rundo, the parties are discussing resolution of the case. In the event that a pre-trial resolution is not reached, the parties will request a trial date with the Court, prior to the Speedy Trial Act expiration on October 19, 2024.

2. As to defendant Robert Boman, the parties are discussing resolution of the case. In the event that a pre-trial resolution is not reached, the parties will request a trial date with the Court, prior to the Speedy Trial Act expiration on October 19, 2024.

Dated: August 28, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

   */s/ Anna Boylan*
ANNA P. BOYLAN
KATHRYNNE N. SEIDEN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 29, 2024

*/s/ Erin Murphy (per email authorization given on 8/29/24)*

ERIN MURPHY
JULIA DEIXLER
Deputy Federal Public Defenders
Attorneys for DEFENDANT ROBERT RUNDO

*/s/ Peter Swarth (per email authorization given on 8/29/24)*

Dated: August 29, 2024

PETER C. SWARTH
Attorney for DEFENDANT ROBERT BOMAN