UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CR 18-00759(A)-JLS |
| Date | December 13, 2024 |

Present: The Honorable  Josephine L. Staton, United States District Judge

Interpreter  none

| Kelly Davis | Myra Ponce | Anna Boylan, Kathrynne Seiden |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Paul Rundo | X | X | | Julia Deixler, DFPD | X | X | |

**Proceedings:**   **SENTENCING**

The matter is called and counsel state their appearances.   Sentencing hearing held.   See separate Judgment and Commitment Order. Release Order 14278 issued to USMS.

cc:  USPPO

| | | |
|---|---|---|
| | 1 : 16 | |
| Initials of Deputy Clerk | kd | |