SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

FILED
LOS ANGELES SUPERIOR COURT
APR 09 2013
JOHN A. CLARKE, CLERK
BY C. JUBBINA, DEPUTY

| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. YA087104 |
| Plaintiff, | |
| v. | |
| 01  ROBERT EDWARD BOMAN (         /1993) | FELONY COMPLAINT |
| Defendant(s). | |

The undersigned is informed and believes that:

COUNT 1

On or about April 5, 2013, in the County of Los Angeles, the crime of SECOND DEGREE ROBBERY, in violation of PENAL CODE SECTION 211, a Felony, was committed by ROBERT EDWARD BOMAN, who did unlawfully, and by means of force and fear take personal property from the person, possession, and immediate presence of A▆▆ O▆▆, D▆▆ C▆▆

"NOTICE:  The above offense is a violent felony within the meaning of Penal Code 667.5(c)."
"NOTICE:   The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged that the above offense is a serious felony, violent felony or an offense requiring registration pursuant to Penal Code section 290(C), and that prison custody time for the above offense is to be served in state prison pursuant to Penal Code section 1170(h)(3).

* * * * *

9 1 APR 09 2013

BOOKING FEE REQUIRED

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

NOTICE: A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR

NOTICE: Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER YA087104, CONSISTS OF 1 COUNT(S).

Executed at TORRANCE, County of Los Angeles, on April 8, 2013.

_____ #17265
RYAN GALASSI
DECLARANT AND COMPLAINANT

JACKIE LACEY, DISTRICT ATTORNEY

BY: _____
CHRISTINE A. VON HELMOLT, DEPUTY

AGENCY: TORRANCE PD    I/O: RYAN GALASSI    ID NO.: 17379    PHONE:
DR NO.: 130020245    OPERATOR: RHH    PRELIM. TIME EST.:

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| BOMAN, ROBERT EDWARD | ▮▮▮ | ▮/1993 | 3506278 | $50,000 | 04/09/2013 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

Rev. 900-1/99  DA Case 33781504                  Page 3                                    Case No. YA087104
*FELONY COMPLAINT*

BOMAN_00000092

## FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

ROBERT EDWARD BOMAN

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 211 | 2-3-5 State Prison | PC 1170(h)(3) | MSP State Prison |

I order that the defendant(s) be held to answer therefore and be admitted to bail in the sum of:

ROBERT EDWARD BOMAN    $ 50,000 Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

ROBERT EDWARD BOMAN    6-13-13    in Dept C

at: 8:30 A.M.

Date: 5-30-13



Committing Magistrate

HECTOR M. GUZMAN

I certify that this is a true and correct copy of the [original] on file in or issued from this office, consisting of 4 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1-3-2025   By: Michelle W[...], Deputy

Rev. 900-1/99  DA Case 33781504          Page 4          Case No. YA087104
*FELONY COMPLAINT*

BOMAN_00000093

```
                      SUPERIOR COURT OF CALIFORNIA
                         COUNTY OF LOS ANGELES
NO. YA087104                                     PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.    CURRENT DATE 01/03/25
DEFENDANT 01:  ROBERT EDWARD BOMAN
LAW ENFORCEMENT AGENCY EFFECTING ARREST: TORRANCE POLICE DEPARTMENT

BAIL: APPEARANCE   AMOUNT    DATE      RECEIPT OR   SURETY COMPANY   REGISTER
      DATE         OF BAIL   POSTED    BOND NO.                      NUMBER

CASE FILED ON 04/09/13.
OFFENSE(S):
   COUNT 01: 211 PC FEL
COMMITTED ON OR ABOUT 04/05/13 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
   04/09/13   830 AM   ARRAIGNMENT   DIST TORRANCE COURTHOUSE DEPT 004



ON 04/09/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004


CASE CALLED FOR ARRAIGNMENT
PARTIES: THOMAS SOKOLOV (JUDGE)  DEBORAH LUNA   (CLERK)
               JOANNE GARCIA  (REP)     CANDACE F. SMITH   (DA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  DANA FLAUM - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DANA FLAUM DEPUTY PUBLIC
   DEFENDER
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
   CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 211 PC.
THE COURT ORDERS A PRE-PLEA REPORT PURSUANT TO PENAL CODE SECTION 1203.7.
THE DEFENDANT'S COUNSEL DOES NOT CONSENT TO A PRE-PLEA INTERVIEW.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
BAIL SET AT $50,000.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
04/23/13   830 AM   PRELIM SETTING/RESETTING   DIST TORRANCE COURTHOUSE DEPT 004


CUSTODY STATUS: REMANDED TO CUSTODY


ON 04/23/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: THOMAS SOKOLOV (JUDGE)  DEBORAH LUNA  (CLERK)
               JOANNE GARCIA           (REP)  CANDACE F. SMITH   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BENNETT T. MORI DEPUTY PUBLIC
   DEFENDER
   TIME ESTIMATE 30 MINUTES
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   05/07/13   830 AM   PRELIMINARY HEARING   DIST TORRANCE COURTHOUSE DEPT 003



ON 05/07/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 003
```

```
CASE NO. YA087104                                      PAGE NO.   2
DEF NO.  01                                            DATE PRINTED 01/03/25
CASE CALLED FOR PRELIMINARY HEARING
PARTIES: DUDLEY GRAY II (JUDGE)  SHIRLEY LINARES  (CLERK)
              DAWSHA L. LAYLAND     (REP)  TANVIR A ANIS   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER APPEARING BY WILLIAM HOFFMAN
BAIL SET AT $50,000
     NOTICE OF MOTION TO CONTINUE (PENAL CODE SECTION 1050) FILED.
     .
     DEFENSE WRITTEN MOTION TO CONTIUE - NO OBJECTION BY THE PEOPLE.
     .
     MOTION IS GRANTED.
     .
     WITNESSES: D▓▓▓ C▓▓▓▓▓▓, A▓▓▓▓▓ O▓▓▓ AND OFFICER SLAWSON
     ARE ORDERED TO RETURN ON DATE AND TIME SET AS INDICATED BELOW.
     .
     MATTER IS CONTINUED TO MAY 29, 2013 AT 8:30AM, IN DEPARTMENT 3.
     COURT ORDERS AND FINDINGS:
     -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
   05/29/13   830 AM   PRELIMINARY HEARING   DIST TORRANCE COURTHOUSE DEPT 003

CUSTODY STATUS: DEFENDANT REMANDED


ON 05/29/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 003

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: HECTOR M. GUZMAN (JUDGE)  SHIRLEY LINARES  (CLERK)
              DAWSHA L. LAYLAND  (REP)    PHILIP E. Y. NORRIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
COUNT (01) : DISPOSITION: HELD TO ANSWER
     COURT ORDERS AND FINDINGS:
     -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
     THE CAUSE IS CALLED FOR PRELIMINARY HEARING. ALL PARTIES ARE
     PRESENT AND READY TO PROCEED.
     .
     THE DEFENDANT WAIVES READING OF THE COMPLAINT AND STATEMENT OF

     CONSTITUTIONAL RIGHTS.
     .
     MOTION FOR DEFENDANT FOR EXCLUSION OF WITNESSES IS HEREBY
     GRANTED AND SO ORDERED.
     .
     WITNESS SWORN AND EXAMINED FOR THE PEOPLE:
     J▓▓▓ A▓▓▓▓ O▓▓▓
     .
     PEOPLE REST. NO AFFIRMATIVE DEFENSE AT THIS TIME.
     .
     DEFENDANT'S MOTION TO DISMISS DUE TO INSUFFICIENCY OF THE
     EVIDENCE IS ARGUED AND DENIED.
     .
     IT APPEARING TO THE COURT FROM THE EVIDENCE PRESENTED THAT THE
     OFFENSE CHARGED HAS BEEN COMMITTED AND THAT THERE IS
```

```
CASE NO. YA087104                                    PAGE NO.   3
DEF NO.  01                                          DATE PRINTED 01/03/25

  SUFFICIENT CAUSE TO BELIEVE THAT THE DEFENDANT IS GUILTY, THE
  COURT ORDERS THAT THE DEFENDANT BE HELD TO ANSWER.
.
  THE MATTER IS SET FOR ARRAIGNMENT ON JUNE 13, 2013, AT
  8:30 A.M., IN DEPARTMENT SW-C.
BAIL SET AT $50,000.
NEXT SCHEDULED EVENT:
 FELONY ARRAIGNMENT/PLEA, ON JUNE 13, 2013, IN SUPERIOR COURT OF LOS ANGELES
COUNTY, SOUTHWEST DISTRICT, DEPT SWC, AT  830 AM.

CUSTODY STATUS: DEFENDANT REMANDED.



01/03/25


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET

ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
DAVID W. SLAYTON ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____Michelle Luth_____, DEPUTY
```

[Seal: Superior Court of California, County of Los Angeles]

```
                    SUPERIOR COURT OF CALIFORNIA
                       COUNTY OF LOS ANGELES
NO. YA087104                                        PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.       CURRENT DATE 01/03/25
DEFENDANT 01:  ROBERT EDWARD BOMAN
LAW ENFORCEMENT AGENCY EFFECTING ARREST: TORRANCE POLICE DEPARTMENT

BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR   SURETY COMPANY   REGISTER
      DATE        OF BAIL   POSTED    BOND NO.                      NUMBER

CASE FILED ON 05/29/13.
INFORMATION FILED ON 06/13/13.
OFFENSE(S):
   COUNT 01: 211 PC FEL
COMMITTED ON OR ABOUT 04/05/13 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
  06/13/13    830 AM   ARRAIGNMENT    DIST SOUTHWEST DISTRICT DEPT SWC


ON 06/13/13 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWC


CASE CALLED FOR ARRAIGNMENT
PARTIES: ALAN B. HONEYCUTT (JUDGE)  CAREY TAING   (CLERK)
              BRENDA MATSUI  (REP)      NORMAN HEARON   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
    INFORMATION FILED AND THE DEFENDANT IS ARRAIGNED.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 211 PC.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   DEPARTMENT SWL CALLS DEPARTMENT SWC'S CALENDAR.
   .
   THE DEFENDANT ENTERS A PLEA OF NOT GUILTY AND DENIES ANY AND ALL
   SPECIAL ALLEGATIONS.
   .
   THE MATTER IS SET FOR A PRE-TRIAL CONFERENCE ON JULY 22, 2013,
   AT 8:30 A.M., IN DEPARTMENT SWC.
   .
   THE MATTER IS SET FOR A READINESS HEARING ON AUGUST 2, 2013, AT
   8:30 A.M., IN DEPARTMENT SWC.
   .
   THE MATTER IS SET FOR JURY TRIAL ON AUGUST 12, 2013, AT
   8:30 A.M., IN DEPARTMENT SWC.
BAIL SET AT $50,000.
NEXT SCHEDULED EVENT:
07/22/13    900 AM   PRETRIAL CONFERENCE   DIST SOUTHWEST DISTRICT DEPT SWC
NEXT SCHEDULED EVENT :
  08/02/13    900 AM   READINESS HEARING   DIST SOUTHWEST DISTRICT DEPT SWC

CUSTODY STATUS: REMANDED TO CUSTODY


ON 06/13/13 AT  930 AM :

NEXT SCHEDULED EVENT:
  08/12/13    900 AM   JURY TRIAL    DIST SOUTHWEST DISTRICT DEPT SWC



ON 07/22/13 AT  900 AM  IN SOUTHWEST DISTRICT DEPT SWC

CASE CALLED FOR PRETRIAL CONFERENCE
```

```
CASE NO. YA087104                                    PAGE NO.   2
DEF NO.  01                                          DATE PRINTED 01/03/25

PARTIES: ERIC C. TAYLOR (JUDGE)   SHELIA BRAY   (CLERK)
              DARCY SENFF         (REP)  NORMAN HEARON   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
BAIL SET AT $50,000
  -BKG# 3506278// PV-YA083012.
  .
   DEFENDANT MOTION TO SET CASE OF PRE TRIAL AND/OR POSSIBLE
   DISPOSITION IS GRANTED AND SO ORDERED.
   {WORKIN ON VIDEO}
   .
   PRE TRIAL SET FOR AUGUST 1, 2013 AT 9:00 A.M. IN
   DEPARTMENT SWC.
   .
   READINESS HEARING DATE OF AUGUST 2, 2013 AS DAY 50 OF 60
   AND JURY TRIAL DATE OF AUGUST 12, 2013 AS DAY 60 OF 60 TO
   REMAIN INTACT.
   .
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
  08/01/13   900 AM  PRETRIAL CONFERENCE   DIST SOUTHWEST DISTRICT DEPT SWC
NEXT SCHEDULED EVENT:
  08/02/13   900 AM  READINESS HEARING   DIST SOUTHWEST DISTRICT DEPT SWC

CUSTODY STATUS: DEFENDANT REMANDED


ON 08/01/13 AT  900 AM  IN SOUTHWEST DISTRICT DEPT SWC

CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: ERIC C. TAYLOR (JUDGE)   SHELIA BRAY   (CLERK)
              DARCY SENFF         (REP)  NORMAN HEARON   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
BAIL SET AT $50,000
  -BKG# 3506278// PV YA083012
  .
   MATTER IS CONTINUED FOR READINESS HEARING AS DAY 6 OF 10
   ON AUGUST 8, 2013 9:00 A.M. IN DEPARTMENT SWC.
   .
   JURY TRIAL DATE OF AUGUST 12, 2013 AS DAY 10 OF 10
   TO REMAIN INTACT.
   .
   {DISCOVERY ISSUES REGARDING SURVEILLANCE VIDEO}
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 BY STIPULATION CAUSE CONTINUED TO
  08/08/13   900 AM  READINESS HEARING   DIST SOUTHWEST DISTRICT DEPT SWC
NEXT SCHEDULED EVENT:
  08/12/13   900 AM  JURY TRIAL   DIST SOUTHWEST DISTRICT DEPT SWC

CUSTODY STATUS: DEFENDANT REMANDED
```

BOMAN_00000098

```
CASE NO. YA087104                                    PAGE NO.   3
DEF NO.  01                                          DATE PRINTED 01/03/25



ON 08/08/13 AT  900 AM  IN SOUTHWEST DISTRICT DEPT SWC

CASE CALLED FOR READINESS HEARING
PARTIES: ERIC C. TAYLOR (JUDGE)   SHELIA BRAY   (CLERK)
              DARCY SENFF   (REP)     NORMAN HEARON  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
  PUBLIC DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
DEFENDANT ADVISED OF THE FOLLOWING RIGHTS ORALLY:
DEFENDANT WAS INFORMED OF HIS RIGHT TO BE ADVISED OF THE FOLLOWING:
 THE EFFECTS OF PROBATION;
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
TRIAL BY COURT AND TRIAL BY JURY
    CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
    SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
    AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:
 THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENT OF THE OFFENSE IN THE
INFORMATION AND POSSIBLE DEFENSES TO SUCH CHARGES;
 THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
   THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
   EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
   SAME OR SIMILAR OFFENSES;
 THE EFFECTS OF PROBATION;
 IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
   OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
   DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
   NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.
COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
    MADE;
THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
 NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 211
 PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (01) : DISPOSITION: CONVICTED
THE COURT FINDS THE OFFENSE IN COUNT 01 TO BE IN THE SECOND DEGREE.
   COURT ORDERS AND FINDINGS:

   -THE COURT ADVISES THE DEFENDANT OF PAROLE RIGHTS.
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
   ACCEPTS PLEA.
   DEFENDANT ADMITS SPECIAL ALLEGATION PURSUANT TO PENAL CODE
   SECTION 1170(H)(3) AS ALLEGED IN THE INFORMATION.
   .
   JURY TRIAL DATE OF AUGUST 12, 2013 IS VACATED.
   .
NEXT SCHEDULED EVENT:
   SENTENCING
   DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
   WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
   JUDGMENT:
IMPRISONED IN STATE PRISON FOR A TOTAL OF 2 YEARS
AS TO THE BASE COUNT  (01):
```

BOMAN_00000099

```
CASE NO. YA087104                                        PAGE NO.   4
DEF NO.  01                                              DATE PRINTED 01/03/25

COURT ORDERS PROBATION DENIED.
  SERVE 2 YEARS IN ANY STATE PRISON
  COURT SELECTS THE LOW TERM OF 2 YEARS AS TO THE BASE TERM COUNT 01.
   DEFENDANT GIVEN TOTAL CREDIT FOR 152 DAYS IN CUSTODY 127 DAYS ACTUAL CUSTODY
    AND 25 DAYS GOOD TIME/WORK TIME
     FORTHWITH
  COMMITMENT ISSUED
  IN ADDITION:
  -PAY THE FOLLOWING AMOUNTS THROUGH THE DEPARTMENT OF
    CORRECTIONS.
  -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
    1202.4(B) PENAL CODE IN THE AMOUNT OF $280.00.
  -DEFENDANT IS TO PAY A PAROLE RESTITUTION FINE, PURSUANT TO PENAL
    CODE SECTION 1202.45, IN THE AMOUNT OF $280.00.
    .
    SAID FINE IS STAYED AND THE STAY IS TO BECOME PERMANENT UPON
    SUCCESSFUL COMPLETION OF PAROLE.
    .

  -MAKE RESTITUTION TO VICTIM(S) PER HEARING.
  -DEFENDANT TO PAY A $40.00 COURT OPERATIONS ASSESSMENT FEE
    PURSUANT TO PENAL CODE SECTION 1465.8(A)(1).
    .
    DEFENDANT TO PAY $30.00 CRIMINAL CONVICTION ASSESSMENT FEE
    PURSUANT TO GOVERNMENT CODE SECTION 70373.
    .
    PAY $10.00 CRIME PREVENTION FUND FINE PURSUANT TO
    PENAL CODE SECTION 1202.5 PLUS PENALTY ASSESSMENT
    AND 20% CRIMINAL SURCHARGE.
    .
  COURT ORDERS AND FINDINGS:
  -PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
    BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
    IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
    SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
    IDENTIFICATION.
  -DO NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
    INCLUDING ANY FIREARMS, KNIVES OR OTHER WEAPONS.
  -COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS.
  -DEFENDANT ACKNOWLEDGES THAT HE UNDERSTANDS AND ACCEPTS EACH

    TERM AND CONDITION OF HIS SENTENCE.
  PROBATION OFFICER'S SEQUENCE REPORT NUMBER 1 IS READ,
  CONSIDERED AND FILED.
  X-2083838.
    .
    COURT RECOMMENDS DRUG TREATMENT PROGRAM.
    .
COUNT (01): DISPOSITION: CONVICTED
ABSTRACT ISSUED ON 08/08/13 FOR COUNT 01
DMV JUDGMENT CODE  J
NEXT SCHEDULED EVENT:
  PROCEEDINGS TERMINATED

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE.

08/09/13   ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
           JUSTICE
```

BOMAN_00000100

```
CASE NO. YA087104                                    PAGE NO.   5
DEF NO.  01                                          DATE PRINTED 01/03/25


01/03/25


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
DAVID W. SLAYTON ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____Michelle Luther_____, DEPUTY
```



BOMAN_00000101