UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 18-00759-(A)-JLS | | Date | February 7, 2025 |
|---|---|---|---|---|

Present: The Honorable    JOSEPHINE L. STATON, United States District Judge

Interpreter    n/a

| Kelly Davis | Miranda Algorri | Anna Boylan, Kathrynne Seiden |
|---|---|---|
| *Courtroom Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Boman | X | | X | Peter Swarth, CJA | X | X | |

**Proceedings:    STATUS CONFERENCE / MOTION HEARING**

The matter is called and counsel state their appearances. The Status Conference and Motions hearing are held. The Court hears argument on the motions in limine. The Court takes the motions in limine [463], [464], [465], [466], [467], [468], and [469] under submission. The Court's order will issue.

The Jury Trial date is continued to February 25, 2025, at 9:00 a.m.

|  | : | 31 |
|---|---|---|

Initials of Deputy Clerk    kd