JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0631/2170
    Facsimile: (213) 894-0141
    E-mail:   kathrynne.seiden@usdoj.gov
                anna.boylan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT BOMAN,<br><br>        Defendant. | No. CR 2:18-759(A)-JLS-2<br><br><u>TRIAL STIPULATION NO. 1 (FOUNDATION, AUTHENTICITY, AND PREADMIT GOVERNMENT EXHIBITS)</u><br><br>Trial Date:  February 25, 2025<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the Hon. Josephine L. Staton |
|---|---|

      Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kathrynne N. Seiden and Anna P. Boylan, and defendant Robert Boman, by and through his counsel of record, Peter Swarth, hereby agree and stipulate to the following facts, which the parties agree and stipulate may be entered into evidence at trial and read to and shown to the jury at any time for any purpose, unless otherwise ordered by the Court.

**TRIAL STIPULATION NO. 1: EXHIBITS**

1. The below records are true and accurate copies of the items they purport to be.

2. Defendant does not object on authenticity or foundational grounds to admission of these records at trial.

3. Defendant agrees to pre-admission of these records under Federal Rules of Evidence 902(11), 902(13), and 803(6), subject only to objections under Federal Rules of Evidence 401 and 403.

4. By this stipulation, without waiving the objections expressed herein, the parties request that the Court issue the proposed order filed concurrently herewith.

| Entity | Document(s) to Be Admitted and Bates Number(s) and Date of Production | Bates Number(s) of Custodian Declarations and Date of Production |
|---|---|---|
| Facebook, Inc.[1] | Facebook account (identification number 100015952330065) with display name "ben.goyimprideworldwide.5" attributed to "Ben Goyimpridworldwide" (BOMAN_00000204)<br><br>**Produced on February 7, 2025** | BOMAN_00000205<br><br><br><br><br><br>**Produced on February 7, 2025** |

---

[1] At the time, these records were owned by Facebook, Inc., which has been subsequently purchased by Meta Platforms, Inc.

2

| Entity | Document(s) to Be Admitted and Bates Number(s) and Date of Production | Bates Number(s) of Custodian Declarations and Date of Production |
|---|---|---|
| Twitter[2] | Twitter account number 950407121790697472 with display name "RiseAboveMvmt" (BOMAN_00000278)  **Produced on February 7, 2025** | BOMAN_00000279- BOMAN_00000280  **Produced on February 7, 2025** |
| JP Morgan Chase Bank, N.A. | Chase Account Number -5716 attributed to "Robert Rundo"  **Produced on February 7, 2025** | BOMAN_00000201- BOMAN_00000202  **Produced on February 7, 2025** |
| Facebook, Inc. | Facebook account (identification number 10001460804631) with display name "ben.daley.16" attributed to "Ben Daley" (BOMAN_00000281)  **Produced on February 14, 2025** | BOMAN_00000284  **Produced on February 14, 2025** |
| PayPal Holdings, Inc. | PayPal accounts (identification 1986308093686676284 and 1640630840449857332) attributed to "Ben Daley" (BOMAN_00000323)  **Produced on February 14, 2025** | BOMAN_00000324- BOMAN_00000325  **Produced on February 14, 2025** |

---

[2] Twitter changed its name to X, Corp. in 2023.

IT IS SO STIPULATED.

Dated: February 18, 2025        Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

*/s/*
_____
ANNA P. BOYLAN
KATHRYNNE N. SEIDEN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: February 18, 2025        */s/\**
_____
PETER SWARTH
Attorney for Defendant
ROBERT BOMAN

*\*signed pursuant to e-mail authorization*

4